UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

*FILED 9/13/02*
*4:10 pm*
*FJM*

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET. AL. | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance in the above-captioned action on behalf of plaintiff,

Boarhead Farms Agreement Group.

Monique M. Mooney
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
(215) 864-8999

Date: September 13, 2002

PHL_A #1666030 v1

# CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2002, a true and correct copy of the

foregoing Entry of Appearance was served by first class mail, postage prepaid, upon:

Thomas W. Sabino, Esquire
Wolff & Samson, PC
280 Corporate Center
5 Becker Farm Road
Roseland, New Jersey  07068-1776
*Attorney for Advanced Environmental Technology Corp.*

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
Six Becker Farm Road
Roseland, New Jersey  07068-1739
*Attorney for Handy & Harman Tube Company*

David A. Christiansen, Esquire
Associate General Counsel & Assistant Secretary
Legal Department
Carpenter Technology Corporation
1047 North Park Road
Wyomissing, PA  19610
*Attorney for Carpenter Technology Corporation*

Michael W. Steinberg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
*Attorney for Novartis Corp.*

Rachel Deming, Esquire
Environmental Remediation Counsel
Ciba Specialty Chemicals Corp.
P.O. Box 2005
Tarrytown, NY 10591-9005
*Attorney for Novartis Corp.*

Mr. Ronald J. Reid, III
Manager, Health/Safety/Environment
Diaz Chemical Corp.
40 Jackson Street
Holley, NY  14470-1156
*Diaz Chemical Corp.*

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396
*Attorney for Flexible Circuits & Etched Circuits*

Globe Disposal Co., Inc.
Lucon Road
Skippack, PA 19474

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
*Attorney for Merit Metals Products Corp.*

Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Geneva, IL  60134-0805
*Attorney for Plymouth Tube Company*

Sandford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ  08055
*Attorney for Quikline Design*

Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
***Attorney for Rahns Specialty Metals, Inc.***
***Techalloy Co., Inc.***


Michael J. Geiger, Esquire
Assistant General Counsel
Thomas & Betts Corporation
8155 Thomas & Betts Boulevard
Memphis, TN  38125
***Attorney for Thomas & Betts Corporation***


David T. Nobel, Esquire
Assistant General Counsel
Environment, Health & Safety
Unisys Corporation
Township Line & Union Meeting Roads
P.O. Box 500
Blue Bell, PA  19424-0001
***Attorney for Unisys Corporation***


Robin Lampkin-Isabel, Esquire
Ashland, Inc.
5200 Blazer Parkway
Dublin, OH  43017
***Attorney for Ashland, Inc.***


Jerome C. Muys, Jr., Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, DC  20007
***Attorney for Emhart Corporation***

Jennifer Berke Levin, Esquire
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA  19106-2349
***Attorney for Rohm and Haas Company***


Mr. Samuel Simon
Simon Wrecking Co., Inc.
P.O. Box 3275
Williamsport, PA  17701
***and***
Mr. David Simon
P.O. Box 230
Stevenson, MD 211530230
***Simon Wrecking Co., Inc.***


United States of America, Department of Navy
Judith Keith, Esquire
U.S. Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC  200263986
***United States of America, Department of Navy***


Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
902 One Montgomery Plaza
P.O. Box 751
Norristown, PA  19404
***Attorney for NRM Investment Co.***


Richard Friedman, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA  171081166
***Attorney for Knoll Inc.***

Boarhead Corporation
Lonely Cottage Drive
Upper Black Eddy
Bridgeton Township, PA 18972

Dated:  September 13, 2002

Monique M. Mooney