IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : : : | |
| Plaintiff, | : : : | |
| v. | : : : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION; ASHLAND CHEMICAL COMPANY; BOARHEAD CORPORATION; CARPENTER TECHNOLOGY CORPORATION; CROWN METRO; INC.; DIAZ CHEMICAL CORPORATION; EMHART INDUSTRIES, INC.; ETCHED CIRCUITS, INC.; fcg, INC.; GLOBE DISPOSAL CO., INC.; GLOBE-WASTECH, INC.; HANDY & HARMAN TUBE COMPANY, INC.; KNOLL, INC.; MERIT METAL PRODUCTS CORPORATION; NOVARTIS CORPORATION; NRM INVESTMENT COMPANY; PLYMOUTH TUBE COMPANY; QUIKLINE DESIGN AND MANUFACTURING CO.; RAHNS SPECIALTY METALS, INC.; ROHM AND HAAS COMPANY; SIMON WRECKING CO., INC.; TECHALLOY CO., INC.; THOMAS & BETTS CORPORATION; UNISYS CORPORATION; UNITED STATES OF AMERICA DEPARTMENT OF NAVY, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Case No. 02-3830 Judge LeGrome Davis |
| Defendants. | : | |

ENTRY OF APPEARANCE

TO THE CLERK:

794640.01

Please enter my appearance on behalf of defendant, Advanced Environmental Technology Corporation.

                                MORRIS & ADELMAN, P.C.

                                _____/s/_____
                                ROBERT M. MORRIS
                                I.D. No. 67896
                                1920 Chestnut Street, Suite 300
                                P.O. Box 30477
                                Philadelphia, PA 19103-8477
                                Tel. No. 215-568-5621
                                Email: mail@morrisadelman.com

Dated:   September 25, 2002

794640.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2002, I caused a copy of the within Entry of Appearance to be served upon all Counsel of Record via first class mail.

MORRIS & ADELMAN, P.C.

_____/s/_____
ROBERT M. MORRIS
I.D. No. 67896
1920 Chestnut Street, Suite 300
P.O. Box 30477
Philadelphia, PA 19103-8477
Tel. No. 215-568-5621
Email: mail@morrisadelman.com
Attorneys for Defendant,
Advanced Environmental
Technology Corporation

794640.01