**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, ET. AL. : : Plaintiff, : : v. : : ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION; | Case No. 02-3830 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance in the above-captioned action on behalf of Defendant, Simon Wrecking Co., Inc.

MATTLEMAN, WEINROTH & MILLER, P.C.

_____
Sharon Oras Morgan, Esquire
Attorney for Defendant, Simon Wrecking Co., Inc.
Land Title Building Suite 2226
Philadelphia, PA 19110
(215) 923-2225