UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET. AL.<br>　　　　　Defendants. | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 02-3830<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of the Motion Of Plaintiff Boarhead Farm Agreement Group For An Extension Of Time To Serve Defendant Globe Wastech, Inc., it is hereby ORDERED that the Motion is GRANTED, and that Plaintiff is granted an extension of 120 days to serve Defendant Globe Wastech, Inc.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT  :
GROUP,                   :
        Plaintiff,     :  CIVIL ACTION
                       :
        v.             :  NO. 02-3830
                       :
ADVANCED ENVIRONMENTAL    :
TECHNOLOGY CORPORATION,   :
ET. AL.                   :
                       :
        Defendants.    :

FILED 10/16/02 4:00pm FJM

## MOTION OF PLAINTIFF BOARHEAD FARM AGREEMENT GROUP FOR AN EXTENSION OF TIME TO SERVE DEFENDANT GLOBE WASTECH, INC.

Plaintiff Boarhead Farm Agreement Group ("Plaintiff"), by its undersigned counsel, hereby moves for an extension of time to serve a summons and complaint on Defendant Globe Wastech, Inc. ("Wastech"). In support of this motion, Plaintiff avers as follows:

1. On June 18, 2002, Plaintiff filed a complaint naming Globe Disposal Co., Inc. ("Globe") as a defendant.

2. Thereafter, Plaintiff attempted to serve Globe with the summons and complaint.

3. On August 26, 2002, Plaintiff filed an amended complaint naming Wastech, successor-in-interest to Globe, as a defendant.

4. On August 27, 2002, Plaintiff sent a request for waiver of service ("Waiver") to Wastech at Lucon Road Skippack, PA, the address obtained from the Pennsylvania Secretary of State.

5. The post office returned the Waiver to Plaintiff marked "Not Deliverable As Addressed – Unable To Forward." (A copy of the envelope returned to Plaintiff is attached at Exhibit A).

6. Plaintiff believes that neither Globe nor Wastech is actively engaged in business.

7. Plaintiff has made diligent efforts to accomplish service on Globe and Wastech, including contacting the Secretary of State of Pennsylvania, conducting internet and telephone searches, researching corporate records and, most recently, hiring a private investigator to locate current or former officers of Globe and Wastech.

8. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve Defendant Wastech within 120 days after the filing of the complaint unless Plaintiff shows good cause for the failure.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff an extension of 120 days to serve Defendant Wastech.

Monique M. Mooney
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
(215) 864-8999

Date: October 16, 2002

## CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2002, a true and correct copy of the foregoing Motion Of Plaintiff Boarhead Farm Agreement Group For An Extension Of Time To Serve Defendant Globe Wastech, Inc. was served by first class mail, postage prepaid, upon:

Thomas W. Sabino, Esquire
Wolff & Samson, PC
280 Corporate Center
5 Becker Farm Road
Roseland, New Jersey  07068-1776
***Attorney for Advanced Environmental Technology Corp.***

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
Six Becker Farm Road
Roseland, New Jersey  07068-1739
***Attorney for Handy & Harman Tube Company***

David A. Christiansen, Esquire
Associate General Counsel & Assistant Secretary
Legal Department
Carpenter Technology Corporation
1047 North Park Road
Wyomissing, PA  19610
***Attorney for Carpenter Technology Corporation***

Michael W. Steinberg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
***Attorney for Novartis Corp.***

Mr. Ronald J. Reid, III
Manager, Health/Safety/Environment
Diaz Chemical Corp.
40 Jackson Street
Holley, NY 14470-1156
***Diaz Chemical Corp.***


Seth vdH. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396
***Attorney for Flexible Circuits & Etched Circuits***


Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1815
***Attorney for Merit Metals Products Corp.***


Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Geneva, IL 60134-0805
***Attorney for Plymouth Tube Company***


Sandford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ 08055
***Attorney for Quikline Design***

Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
***Attorney for Rahns Specialty Metals, Inc.
and Techalloy Co., Inc.***


Michael J. Geiger, Esquire
Assistant General Counsel
Thomas & Betts Corporation
8155 Thomas & Betts Boulevard
Memphis, TN 38125
***Attorney for Thomas & Betts Corporation***


David T. Nobel, Esquire
Assistant General Counsel
Environment, Health & Safety
Unisys Corporation
Township Line & Union Meeting Roads
P.O. Box 500
Blue Bell, PA 19424-0001
***Attorney for Unisys Corporation***


David M. Doto, Esquire
Phelen, Pettit & Biedrzycki
Suite 1600
The North American Building
121 South Broad Street
Philadelphia, PA 19107
***Attorney for Ashland, Inc.***


Jerome C. Muys, Jr., Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
***Attorney for Emhart Corporation***

Jennifer Berke Levin, Esquire
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA 19106-2349
***Attorney for Rohm and Haas Company***


Sharon O. Morgan, Esquire
Mattleman Weinroth & Miller
Land Title Building, Suite 2226
Broad & Chestnut Street
Philadelphia, PA 19110
***Attorney for Simon Wrecking Co., Inc.***


United States of America, Department of Navy
Judith Keith, Esquire
U.S. Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 200263986
***United States of America, Department of Navy***


Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
902 One Montgomery Plaza
P.O. Box 751
Norristown, PA 19404
***Attorney for NRM Investment Co.***


Richard Friedman, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA 171081166
***Attorney for Knoll Inc.***

Boarhead Corporation
Lonely Cottage Drive
Upper Black Eddy
Bridgeton Township, PA 18972


Mr. Ivan Block
President, CEO
Crown Metro Inc.
315 Echelon Road
Greenville, SC

Dated: October 16, 2002

_____
Monique M. Mooney

$1.52 U.S. POSTAGE
PB METER 7121188
PHILADELPHIA PA AUG 26 '02

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Globe-Wastech, Inc.
Lucon Road
Skippack, PA 19474



RTS RETURN TO SENDER



☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☒ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

FILED 10/15/02
2:00 pm
FJM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP, :
:
                Plaintiff, :   Civil Action No. 02-3850
:
v. :
:
ADVANCED ENVIRONMENTAL :
TECHNOLOGY CORPORATION, ET AL., :
:
                Defendants. :

## STIPULATION EXTENDING TIME TO RESPOND

Plaintiff and defendant Simon Wrecking Company, Inc. ("Simon") hereby stipulate and agree that the time in which Simon shall answer, move, or otherwise plead in response to the Amended Complaint is extended fourteen days, until October 28, 2002.

Boarhead Farm Agreement Group

_____
Monique Mooney
Date: 10/15/02

Simon Wrecking Company, Inc.

_____
Sharon Oras Morgan
Date: 10/14/02

VH_DOCS_A #70725 v1