**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Boarhead Farm Agreement Group, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3830 |
| | : | |
| Advanced Environmental Technology Corp. et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this      day of November, 2002, it is hereby ORDERED and decreed that all Objections to the attached (Proposed) Case Management Order, submitted on November 18, 2002, must be filed with the Court by December 18, 2002.  Objections filed after the stated deadline will not be considered.  Following receipt of Objections, the Court will schedule a Status Conference to be held at the U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

_____
Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania