IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, : | | CIVIL ACTION |
|     Plaintiff, | | |
| | : | |
|     v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., | | |
|     Defendants | | |

**O R D E R**

AND NOW, this     day of November, 2002, upon consideration of the Stipulation Extending Time to Respond (filed by the plaintiff, Boarhead Farm Agreement Group, and the defendant, the United States of America Department of Navy [Navy] on 11/6/02), IT IS HEREBY **ORDERED** that the time in which the Navy shall answer, move or otherwise plead in response to the Amended Complaint is extended until December 18, 2002.

BY THE COURT:

_____
Legrome D. Davis, Judge

civil-o.frm (9/97)