# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP,　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　:　　　Civil Action No. 02-3830
　　　　　　　　　　　　　　　　　　　　　　:
ADVANCED ENVIRONMENTAL　　　　　　　:　　　Judge Legrome D. Davis
TECHNOLOGY CORPORATION, ET AL.,　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　　　　:

## PRAECIPE TO ENTER APPEARANCES

To the Clerk of the Court:

　　　　Pursuant to Eastern District of Pennsylvania Local Civil Rule 5.1, the Clerk of the Court will please enter the appearances of Michael M. Steinberg, Esq. and Michael R. Dillon, Esq. as attorneys for Novartis Corporation in the above-captioned matter.

Dated: November 22, 2002　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Michael W. Steinberg (Bar # 25778)
　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　1111 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　　　　　　　　　　　202.739.5141
　　　　　　　　　　　　　　　　　　　　202.739.3001 Facsimile

　　　　　　　　　　　　　　　　　　　　Michael Dillon (Bar # 43854)
　　　　　　　　　　　　　　　　　　　　MORGAN LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-2921
　　　　　　　　　　　　　　　　　　　　215.963.4938
　　　　　　　　　　　　　　　　　　　　215.963.5299 Facsimile

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Novartis Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to Enter Appearances was delivered by First Class Mail to the counsel of record listed below, this _____ day of November, 2002.

_____
Michael W. Steinberg (Bar # 25778)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
202.739.5141
202.739.3001 Facsimile

Attorney for Defendant
Novartis Corporation

Counsel:

Glenn A. Harris
Ballard Spahr Andrews & Ingersoll LLP
Plaza 1000 Suite 500 Main Street
Voorhees, NJ  08043-4636

Monique M. Mooney
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street
Philadelphia, PA  19103

Attorneys for Plaintiff
Boarhead Farm Agreement Group

Diana L. Buongiorno
John M. Simon
Thomas Sabino
Wolff & Samson
5 Becker Farm Road
Roseland, NJ  07068-1776

Robert M. Morris
Morris & Adelman, PC
P.O. Box 30477 1920 Chestnut Street
3rd Floor
Philadelphia, PA  19103-8477

Attorneys for Defendant
Advanced Environmental Technology Corporation

David Michael Doto
Phelan Pettit & Biedrzycki
The North American Builidng
Suite 1600
121 S. Broad Street
Philadelphia, PA  19107

Attorney for Defendant
Ashland Chemical Company

Sharon Oras Morgan
Mattleman Weinroth & Miller, PC
Land Title Building
Broad & Chestnut Streets
Suite 2226
Philadelphia, PA  19110

Attorney for Defendant
Simon Wrecking Co., Inc.

D. Judith Keith
U.S. Department of Justice
Environmental & Natural Resources Div.
Environmental Defense Section
P.O. Box 23986
Washington, DC  20026-3986

Attorney for Defendant
United States of America Department of Navy