IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORP., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 02-3850<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

In accordance with Eastern District of Pennsylvania Local Civil Rule 5.1, please enter the appearance of Jerome C. Muys, Jr. and Laura A. Ford on behalf of Defendant Emhart Industries, Inc.

Respectfully submitted,

*Laura A. Ford*
Jerome C. Muys, Jr.
Laura A. Ford
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
(202) 424-7500
(202) 424-7643 Facsimile
Attorneys for Emhart Industries Inc.

Dated: December 2, 2002