IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOARHEAD FARM AGREEMENT GROUP**<br><br>Plaintiff,<br><br>v.<br><br>**ADVANCED ENVIRONMENTAL TECHNOLOGY CORP., et al.**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 02-3850<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

NOW COME Jerome C. Muys, Jr. and Laura A. Ford who hereby move, in accordance with ¶ 4 of the Proposed Case Management Order, filed with this Court on October 16, 2002, for admission *pro hac vice* for the purpose of appearing and participating in the above-captioned action on behalf of Defendant Emhart Industries, Inc.

In support of this Motion, Movants state as follows:

1. Jerome C. Muys, Jr. ("Mr. Muys") is a resident of the State of Maryland.

2. Laura A. Ford ("Ms. Ford") is a resident of the State of Maryland.

3. Mr. Muys and Ms. Ford are attorneys with the law firm of Swidler Berlin Shereff Friedman, LLP, 3000 K Street, N.W., Suite 300, Washington, D.C. 20007, (202) 424-7500.

4. Swidler Berlin Shereff Friedman, LLP has been retained by Defendant Emhart Industries, Inc. to represent it in the above-captioned action.

5. Mr. Muys has been a practicing attorney since being admitted to the Bar of the District of Columbia in 1979, and is in good standing with that Bar. Mr. Muys is also admitted to practice before the United States District Court for the District of Columbia, the United States

District Court for the District of Maryland, the United States Supreme Court and has been admitted *pro hac vice* in District Courts throughout the United States.

6.  Ms. Ford has been a practicing attorney since being admitted to the Bar of the State of Maryland in 1998 and is a member in good standing with the Bars of the State of Maryland and the District of Columbia. Ms. Ford is also admitted to practice before the United States Court of Appeals for the Fourth Circuit, and has been admitted *pro hac vice* in District Courts throughout the United States.

7.  Mr. Muys and Ms. Ford are litigators specializing in environmental litigation.

8.  Neither Mr. Muys nor Ms. Ford have ever been disbarred, suspended or denied admission to practice before any Court.

WHEREFORE, it is respectfully requested that this Court order that Jerome C. Muys, Jr. and Laura A. Ford be admitted to practice *pro hac vice* before this Court for the purpose of appearing and participating in the above-captioned action on behalf of Defendant Emhart Industries, Inc.

Respectfully submitted,

*Jerome C. Muys, Jr./LAF*
Jerome C. Muys, Jr.

*Laura A. Ford*
Laura A. Ford
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
(202) 424-7500
(202) 424-7643 Facsimile
Attorneys for Emhart Industries Inc.

Dated: December 2, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORP., et al.<br><br>Defendants. | Civil Action No. 02-3850 |

## ORDER

Upon consideration of the Motion for Admission Pro Hac Vice by Jerome C. Muys, Jr. and Laura A. Ford (the "Motion"), it is this ____ day of _____ 2002 by the United States District Court for the Eastern District of Pennsylvania

ORDERED that the Motion be, and the same is, hereby GRANTED, and it is further

ORDERED that Jerome C. Muys, Jr. and Laura A. Ford are admitted to practice *pro hac vice* before this Court for the purpose of appearing and participating in the above-captioned action on behalf of Defendant Emhart Industries, Inc.

_____
Legrome D. Davis, U.S.D.J.