# CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of December, 2002 a true and correct copy of the foregoing Entry of Appearance, Motion for Admission Pro Hac Vice, and proposed Order were served by U.S. Mail, first class postage prepaid, on

Glenn A. Harris
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ  08043-4636

Monique M. Mooney
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
Philadelphia, PA  19103

Diana L. Buongiorno
John M. Simon
Thomas Sabino
Wolff & Samson
5 Becker Farm Road
Roseland, NJ  07068-1776

Robert M. Morris
Morris & Adelman, P.C.
P.O. Box 30477
1920 Chestnut Street
3rd Floor
Philadelphia, PA  19103-8477

David Michael Doto
Phelan Pettit & Biedrzycki
The North American Bldg. Suite 1600
121 S. Broad Street
Philadelphia, PA  19107

Michael Dillon
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103-2921

Michael W. Steinberg
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave., N.W.
Washington, DC  20004

Sharon Oras Morgan
Mattleman Weinroth & Miller, PC
Land Title Building, Suite 2226
Broad & Chestnut Streets
Philadelphia, PA  19110

D. Judith Keith
U.S. Dept. of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 23986
Washington, DC  20026-3986

*Laura A. Ford*
Laura A. Ford