IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP : | | CIVIL ACTION |
| Plaintiff, : | | |
| v. : | | |
| : | | |
| : | | NO. 02-cv-3830 |
| ADVANCED ENVIRONMENTAL | | |
| TECHNOLOGY CORP., et al. | | |
| Defendants. | | |

## **O R D E R**

AND NOW, this   day of December, 2002, upon consideration of the Motion for Admission *Pro Hac Vice* of Jerome C. Muys, Esquire, and Laura A. Ford, Esquire, **IT IS ORDERED** that the Motion is **GRANTED** and that Jerome C. Muys, Esquire and Laura A. Ford, Esquire are admitted *pro hac vice* for the purpose of representing Defendant Emhart Industries, Inc.

_____
Legrome D. Davis, Judge

civil-o.frm (9/97)