IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP<br>      Plaintiff, | : | CIVIL ACTION |
| | : | |
| vs. | | |
| | : | NO. 02-cv-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY<br>CORP., ET AL<br>      Defendants. | | |

### NOTICE

Please be advised that a conference in the above-captioned case will be held on <u>Tuesday, January 28, 2003 at 10:00 a.m. before the Honorable Legrome Davis in courtroom 12A.</u>

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office, who should be as familiar as is feasible with the case and have authority from the client and an evaluation of the case for settlement purposes, should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

Very truly yours,

_____
Jessica E. Whitfield,
Deputy Clerk to Legrome D. Davis
267-299-7651
267-299-5076 (fax)

**Copies by mail to:**
A. Foster, Esq.
D. Keith, Esq.
D. Doto, Esq.
D. Buongiorno, Esq.
E. Fahey, Esq.
G. Troublefield, Esq.
J. Muys, Esq.
J. Simon, Esq.
M. Dillon, Esq.
M. Steinberg, Esq.
M. Mooney, Esq.
R. Morris, Esq.
S. Schmidt, Esq.

**Copies by fax to:**
 G. Harris, Esq.
 L. Ford, Esq.
 S. Morgan, Esq.
 T. Sabino, Esq.

**1/3/03 - JW**

**Civ 4 (8/80)**