IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Boarhead Farm Agreement Group, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3830 |
| | : | |
| Advanced Environmental Technology Corp. et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this ____ day of January, 2003, it is hereby **ORDERED and DECREED** that on Tuesday, January 28, 2003 the Court will discuss the (Proposed) Case Management Order, submitted on November 18, 2002, and all Objections thereto which were filed with the Court by December 18, 2002. The Conference will be held at 10:00 a.m. in Courtroom 12A, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

It is further **ORDERED** that counsel participating in the Conference enter their appearance with the Clerk of Court and notify law clerk Delphine Park of their intention to attend by January 22, 2003.

BY THE COURT:


Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania