IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance as counsel for the following named defendants:

(1) Rahns Specialty Metals, Inc.; (2) Techalloy Co., Inc.; (3) Thomas & Betts Corporation; and

(4) Unisys Corporation.


Dated: January 21, 2003

                                                                Adina M. Dziuk, Esq.
Attorney I.D. No. 89860
DRINKER BIDDLE & REATH, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2696

## **CERTIFICATE OF SERVICE**

I, Adina M. Dziuk, Esq. hereby certify that on this 21st day of January, 2003, I caused a true and correct copy of the foregoing Notice of Entry of Appearance to be served by first class mail, postage prepaid, on counsel at the following addresses:

Diana L. Buongiorno, Esquire
Wolff & Sampson
5 Becker Farm Road
Roseland, NJ 07068-1776

Michael Dillon, Esquire
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Eileen K. Fahey, Esquire
7 N. Main Street
Medford, NJ 08055

Laura A. Ford, Esquire
Swidler Berlin Shereff Friedman LLP
3000 "K" Street, NW, Suite 300
Washington, DC 20007

D. Judith Keith, Esquire
U. S. Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 23986
Washington, DC 20007

Jerome C. Muys, Esquire
Swidler Berlin Shereff Friedman LLP
3000 "K" Street, NW, Suite 300
Washington, DC 20007

Sandford F. Schmidt, Esquire
Schmidt & Tomlinson
29 Union Street
Medford, NJ 08055

John M. Simon, Esquire
Wolff & Samson
5 Becker Farm Road
Roseland, NJ 07068-1776

G. Glennon Troublefield
Carella, Byrne, Bain, Gilfillan, Cecchi,
  Stewart & Olstein
6 Becker Farm Road – 3rd Floor
Roseland, NJ 07068-1739

Date: January 21, 2003                    _____
                                            Adina M. Dziuk

PHLIT\420120\1