IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| | : | Civil Action No. 02-3830 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORP., et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendant Merit Metals Products Corporation.

Dated:    January 21, 2003

Stephen P. Chawaga
MONTEVERDE MCALEE & HURD
1617 John F. Kennedy Blvd.
Suite 1500
Philadelphia, PA 19103-1815
(215) 557-2900
FAX: (215) 557-2950

Attorneys for Merit Metals Products Corp.