IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP  :              CIVIL ACTION
           Plaintiff,                :
           v.                 :
                            :
ADVANCED ENVIRONMENTAL      :              NO. 02-cv-3830
TECHNOLOGY CORPORATION, et al.,

           Defendants.

## O R D E R

AND NOW, this    day of January, 2003, upon consideration of the Application

for Admission *Pro Hac Vice* of Steven J. Lemon, Esquire, **IT IS ORDERED** that the

Application is **GRANTED** and that Steven J. Lemon, Esquire is admitted *pro hac vice* for the

purpose of representing Defendants Plymouth Tube Company.

**BY THE COURT**:

Legrome D. Davis, Judge

civil-o.frm (9/97)