## CERTIFICATE OF SERVICE

I, Marc E. Davies, Esquire, hereby certify that I caused a true and correct copy of the foregoing Motion of for Standardized Deposition Instructions of Plaintiff, Boarhead Farm Agreement Group, proposed Order, and accompanying memorandum of law, to be served via first class mail to all counsel on the attached service list this 19th day of February 2003.

Dated: February 19, 2003

_____
Marc E. Davies

PHL_A #1721762 v1

Copies furnished to:

Thomas W. Sabino, Esquire
Wolff & Samson, PC
280 Corporate Center
5 Becker Farm Road
Roseland, New Jersey 07068-1776
Phone: 973-740-0500
Fax: 973-740-1407
e-mail: tsabino@wolffsamson.com

    *-and-*

Robert M. Morris, Esquire
Morris & Adelman, P.C.
1920 Chestnut Street
P.O. Box 30477
Philadelphia, PA 19103
Phone: 215-568-5621
Fax: 215-568-3253
e-mail: rmmorris@morrisadelman.com
*Advanced Environmental Technology Corp.*

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
Six Becker Farm Road
Roseland, New Jersey 07068-1739
Phone: 973-994-1700
Fax: 973-994-1744
e-mail: mflax@carellabyrne.com
Handy & Harman Tube Company

Lynn Wright, Esquire
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York 10022-1200
Phone: 212-308-4411

Fax:  212-308-4844
e-mail:  lwright@ealaw.com
Carpenter Technology Corporation

Michael W. Steinberg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Phone:  202-739-3000
Fax:  202-739-3001
e-mail:  msteinberg@morganlewis.com
Novartis Corp.

Mr. Ronald J. Reid, III
Manager, Health/Safety/Environment
Diaz Chemical Corp.
40 Jackson Street
Holley, NY  14470-1156
Phone:  716-638-6321
Fax: 716-638-8356
e-mail:  ron.reid@diazchem.com

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396
Phone:  215-979-1000
Fax:  215-979-1020
e-mail:  secooley@duanemorris.com
Flexible Circuits & Etched Circuits

[No Counsel of Record]
Globe Disposal Co., Inc.

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
Phone:  215-557-2900
Fax:  215-557-2990

e-mail:  schawaga@monteverde.com
Merit Metals Products Corp.


Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Geneva, IL  60134-0805
Phone:  630-208-0805
Fax: 630-208-4651
e-mail:  StevenL@joneslemon.com
*Plymouth Tube Company*


Sandford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ  08055
Phone:  609-714-0600
Fax:  609-714-0610
e-mail:  lawschmidt@erols.com
Quikline Design


Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Phone:  215-998-2700
Fax: 215-988-2757
e-mail:  Andrew.foster@dbr.com
Rahns Specialty Metals, Inc.
Techalloy Co., Inc.
Thomas & Betts Corporation
Unisys Corporation


David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building
121 South Broad Street
Philadelphia, Pennsylvania  19107
Phone:  215-546-0500
Fax: 215-546-9444
e-mail:  ddoto@pp-b.com

Ashland, Inc.

Jerome C. Muys, Jr., Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, DC  20007
Phone:  202-424-7500
Fax:  202-424-7643
e-mail:  jcmuys@swidlaw.com
Emhart Corporation


Jennifer Berke Levin, Esquire
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA  19106-2349
Phone:  215-592-6838
Fax:  215-592-3227
e-mail:  jlevin@rohmhaas.com


Sharon O. Morgan, Esquire
Mattleman, Weinroth & Miller, PC
401 Route 70 East, Suite 100
Cherry Hill, New Jersey  08034
Phone:  856-429-5507
Fax:  856-429-9036
e-mail:  smorgan@mwm-law.com
Simon Wrecking Co., Inc.


United States of America, Department of Navy    Overnight Mail:
Judith Keith, Esquire
U.S. Department of Justice    601 D. Street NW
Environmental & Natural Resources Division    Suite 8000
Environmental Defense Section    Washington, DC  20004
P.O. Box 23986
Washington, DC  20026-3986
Phone:  202-514-3747
Fax:  202-514-8865
e-mail:  Judith.keith@usdoj.com

Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
Suite 902 - One Montgomery Plaza
P.O. Box 751
Norristown, PA  19404
Phone:  610-279-3370
Fax:  610-279-0696
NRM Investment Co.
e-mail:  edwardfackenthal@cs.com


Richard Friedman, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA  17108-1166
Phone:  717-237-5469
Fax:  717-237-5300
e-mail:  rfriedman@mwn.com
Knoll Inc.


Boarhead Corporation
Lonely Cottage Drive
Upper Black Eddy
Bridgeton Township, PA  18972


Knox L. Haynsworth, III, Esquire
Brown, Massey, Evans, McLeod & Haynsworth, PA
106 Williams Street
P.o. Box 2464
Greenville, South Carolina  29602
Phone:  864-271-7424
Fax:  864-271-3192
e-mail:  knoxhaynsworth@bmemhlaw.com
Crown Metro, Inc.