IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion for Standardized Deposition Instructions of Plaintiff Boarhead Farm Agreement Group, and Defendants' opposition thereto, if any, it is hereby ORDERED:

    1.    Plaintiff's Motion for Standardized Deposition Instructions is GRANTED; and

    2.    Each deponent shall be given the following instruction at the beginning of his or her deposition, and shall be informed that the instruction is being given by order of the Court:

> You have just taken an oath to tell the truth today. Your obligation to tell the truth today is just as great as if we were sitting in a courtroom and the Judge were listening to your testimony. Your job is to tell the truth today, and to remember as best as you can the events you are asked about.
>
> You may sometime before today have given testimony under oath concerning the matters about which you will be asked today. You may have given testimony at that time that you did not then believe to be true. If you did, you may have committed perjury.

PHL_A #1721425 v1

2

Perjury is the making of a false material statement under oath that the witness knows to be false. There are, however, statutes of limitation for perjury. Those statutes, or laws, limit the circumstances under which a person may be prosecuted for or convicted of perjury. A person may be prosecuted for perjury only if the charges against him for that perjury are first brought within five years after the perjury was committed. Thus, even if you committed perjury when testifying under oath concerning the matters about which you will be asked today, so long as that prior testimony was given more than five years ago you cannot be prosecuted for that perjury now.

You should tell the truth today even if you have made statements before today which you knew then to be false. You can be prosecuted for perjury if you give testimony today about a material matter which you do not believe to be true. You cannot be prosecuted for having committed perjury more than five years ago.

3. Aside from the "truthful testimony" instruction in ¶ 2 above, all parties and their respective counsel are barred from giving any deponent any other instruction concerning the deponent's obligation to tell the truth or concerning in any way the law of perjury.

_____
Legrome D. Davis, U.S.D.J.

Dated: February \_\_\_\_, 2003