## CERTIFICATE OF SERVICE

I, Stephanie Trimboli, hereby certify that I caused a true and correct copy of the foregoing Memorandum in Opposition to Joint Motion of Certain Defendants to Dismiss the Amended Complaint for Failure to State a Claim, Second Amended Complaint and proposed Order to be served via first class mail to all counsel on the attached service list this 21st day of February 2003.

Dated:  February 21, 2003                                  _____

                                                           Stephanie Trimboli

Copies furnished to:

Thomas W. Sabino, Esquire
Wolff & Samson, PC
280 Corporate Center
5 Becker Farm Road
Roseland, New Jersey  07068-1776
Phone:  973-740-0500
Fax:  973-740-1407
e-mail:  tsabino@wolffsamson.com

*-and-*

Robert M. Morris, Esquire
Morris & Adelman, P.C.
1920 Chestnut Street
P.O. Box 30477
Philadelphia, PA  19103
Phone:  215-568-5621
Fax:  215-568-3253
e-mail:  rmmorris@morrisadelman.com
*Advanced Environmental Technology Corp.*

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
Six Becker Farm Road
Roseland, New Jersey  07068-1739
Phone:  973-994-1700
Fax:  973-994-1744
e-mail:  mflax@carellabyrne.com
Handy & Harman Tube Company

Lynn Wright, Esquire
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York  10022-1200
Phone:  212-308-4411
Fax:  212-308-4844
e-mail:  lwright@ealaw.com
Carpenter Technology Corporation

Michael W. Steinberg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Phone:  202-739-3000
Fax:  202-739-3001
e-mail:  msteinberg@morganlewis.com
Novartis Corp.

Mr. Ronald J. Reid, III
Manager, Health/Safety/Environment
Diaz Chemical Corp.
40 Jackson Street
Holley, NY  14470-1156
Phone:  716-638-6321
Fax: 716-638-8356
e-mail:  ron.reid@diazchem.com

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396
Phone:  215-979-1000
Fax:  215-979-1020
e-mail:  secooley@duanemorris.com
Flexible Circuits & Etched Circuits


[No Counsel of Record]
Globe Disposal Co., Inc.


Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
Phone:  215-557-2900
Fax:  215-557-2990
e-mail:  schawaga@monteverde.com
Merit Metals Products Corp.

Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Geneva, IL  60134-0805
Phone:  630-208-0805
Fax: 630-208-4651
e-mail:  StevenL@joneslemon.com
*Plymouth Tube Company*


Sandford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ  08055
Phone:  609-714-0600
Fax:  609-714-0610
e-mail:  lawschmidt@erols.com
Quikline Design

Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Phone:  215-998-2700
Fax: 215-988-2757
e-mail:  Andrew.foster@dbr.com
Rahns Specialty Metals, Inc.
Techalloy Co., Inc.
Thomas & Betts Corporation
Unisys Corporation

David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building
121 South Broad Street
Philadelphia, Pennsylvania  19107
Phone:  215-546-0500
Fax:  215-546-9444
e-mail:  ddoto@pp-b.com
Ashland, Inc.

Jerome C. Muys, Jr., Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, DC  20007
Phone:  202-424-7500
Fax:  202-424-7643
e-mail:  jcmuys@swidlaw.com
Emhart Corporation

Jennifer Berke Levin, Esquire
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA  19106-2349
Phone: 215-592-6838
Fax:  215-592-3227
e-mail:  jlevin@rohmhaas.com

Sharon O. Morgan, Esquire
Mattleman, Weinroth & Miller, PC
401 Route 70 East, Suite 100
Cherry Hill, New Jersey  08034
Phone:  856-429-5507
Fax:  856-429-9036
e-mail:  smorgan@mwm-law.com
Simon Wrecking Co., Inc.

United States of America, Department of Navy Overnight Mail:
Judith Keith, Esquire
U.S. Department of Justice 601 D. Street NW
Environmental & Natural Resources Division Suite 8000
Environmental Defense Section Washington, DC  20004
P.O. Box 23986
Washington, DC  20026-3986
Phone:  202-514-3747
Fax:  202-514-8865
e-mail:  Judith.keith@usdoj.com

Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
Suite 902 - One Montgomery Plaza
P.O. Box 751
Norristown, PA 19404
Phone: 610-279-3370
Fax: 610-279-0696
NRM Investment Co.
e-mail: edwardfackenthal@cs.com

Richard Friedman, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA 17108-1166
Phone: 717-237-5469
Fax: 717-237-5300
e-mail: rfriedman@mwn.com
Knoll Inc.

Boarhead Corporation
Lonely Cottage Drive
Upper Black Eddy
Bridgeton Township, PA 18972

Knox L. Haynsworth, III, Esquire
Brown, Massey, Evans, McLeod & Haynsworth, PA
106 Williams Street
P.O. Box 2464
Greenville, South Carolina 29602
Phone: 864-271-7424
Fax: 864-271-3192
e-mail: knoxhaynsworth@bmemhlaw.com
Crown Metro, Inc.