IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>          Plaintiff,<br><br>          v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION; ET AL.,<br><br>          Defendants. | Civil Action<br><br>02-CV-3830<br><br>Judge Legrome D. Davis |

**ORDER**

Upon consideration of the Joint Motion of Certain Defendants to Dismiss the Amended Complaint for Failure to State a Claim, and the papers submitted in opposition thereto, and for good cause shown,

IT IS on this _____ day of _____, 2003 hereby ORDERED, ADJUDGED, AND DECREED that Defendants' Motion is DENIED.

_____

Legrome D. Davis, U.S.D.J.

VH_DOCS_A #98425 v1