# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7643
WWW.SWIDLAW.COM

LAURA A. FORD
DIRECT DIAL: (202) 424-7861
FAX: (202) 424-7643
LAFORD@SWIDLAW.COM

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TEL.(212) 973-0111
FAX (212) 891-9598

February 25, 2003

**VIA REGULAR MAIL**

Clerk's Office
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Room 2609
Philadelphia, PA 19106-1797

Re: *Boarhead Farm Agreement Group v. Advanced Environmental Technology Corp., et al.*, Civil Action No. 02-3830

Dear Clerk:

Enclosed please find an original and one copy of Defendant Emhart Industries Inc.'s Joinder and Adoption of the Joint Motion of Certain Defendants to Dismiss the Amended Complaint for Failure to State a Claim for filing in the above-captioned case. Please date-stamp and return the copy in the enclosed self-addressed, stamped envelope. Thank you very much for your assistance.

Sincerely,

*Laura A. Ford*

Laura A. Ford

Enclosures

cc: All parties of record

2101091v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORP., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 02-3830<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT EMHART INDUSTRIES INC.'S JOINDER AND ADOPTION OF THE JOINT MOTION OF CERTAIN DEFENDANTS TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendant Emhart Industries, Inc. ("Emhart") hereby joins and adopts the Joint Motion of certain defendants to dismiss Plaintiff's Amended Complaint and also joins and adopts the supporting Memorandum.

For the reasons stated in the Motion and the Memorandum, Emhart requests that this Court dismiss Plaintiff's Amended Complaint.

Respectfully submitted,

*Laura A. Ford*
_____
Jerome C. Muys, Jr.
Laura A. Ford
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
(202) 424-7500
(202) 424-7643 Facsimile
Attorneys for Emhart Industries Inc.

Dated: February 25, 2003

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of February, 2003 a true and correct copy of the foregoing Defendant Emhart Industries Inc.'s Joinder and Adoption of the Joint Motion of Certain Defendants to Dismiss the Amended Complaint for Failure to State a Claim was served by U.S. Mail, first class postage prepaid, on

Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636
*Counsel for Plaintiff*

Monique M. Mooney, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff*

Diana L. Buongiorno, Esquire
John M. Simon, Esquire
Thomas Sabino, Esquire
Wolff & Samson
5 Becker Farm Road
Roseland, NJ 07068-1776
*Counsel for Defendant Advanced Environmental Technology Corp.*

Robert M. Morris, Esquire
Morris & Adelman, P.C.
P.O. Box 30477
1920 Chestnut Street
3rd Floor
Philadelphia, PA 19103-8477
*Counsel for Defendant Advanced Environmental Technology Corp.*

Pamela R. Esterman
Sive, Paget & Riesel
460 Park Avenue
New York, NY 10022
*Counsel for Defendant Advanced Environmental Technology Corp.*

Richard C. Biedrycki, Esquire
David M. Doto, Esquire
Phelan Pettit & Biedrzycki
The North American Bldg. Suite 1600
121 S. Broad Street
Philadelphia, PA 19107
*Counsel for Defendant Ashland, Inc.*

David A. Christiansen, Esquire
Assoc. General Counsel & Asst. Secretary
Legal Department
Carpenter Technology Corporation
1047 North Park Road
Wyomissing, PA 19610
*Counsel for Defendant Carpenter Technology Corp.*

Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
*Counsel for Defendant Carpenter Technology Corp.*

Ronald J. Reid, III
Manager, Health/Safety/Environment
*Diaz Chemical Corp.*
40 Jackson Street
Holley, NY 14470-1156

Harry C. Barbin, Esquire
Barbin & O'Connell
608 Huntington Pike
Rockledge, PA 19046
*Counsel for Defendants Etched Circuits, Inc. and fcg, Inc.*

G. Glennon Troublefield, Esquire
John M. Agnello, Esquire
Melissa E. Flax, Esquire
John A. Azzarello, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
    Stewart & Olstein
6 Becker Farm Road
3rd Floor
Roseland, NJ  07068-1739
*Counsel for Defendant Handy & Harmon Tube Co.*

Richard Friedman, Esquire
Scott A. Gould, Esquire
Alexandra Chiaruttini, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA  17108-1166
*Counsel for Knoll, Inc.*

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
*Counsel for Merit Metals Products Corp.*

Michael W. Steinberg, Esquire
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave., N.W.
Washington, DC  20004
*Counsel for Novartis Corp.*

Michael Dillon, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103-2921
*Counsel for Novartis Corp.*

Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
P.O. Box 751
Norristown, PA  19404
*Counsel for NRM Investment Co.*

Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Genova, IL  60134-0805
*Counsel for Plymouth Tube Co.*

Sandford F. Schmidt
Schmidt & Tomlinson
29 Union Street
Medford, NJ  08055
*Counsel for Quikline Design*

Eileen K. Fahey
7 N. Main Street
Medford, NJ  08055
*Counsel for Quikline Design*

Andrew P. Foster, Esquire
Adina M. Dziuk, Esquire
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA  19103-6996
*Counsel for Rahns Specialty Metals, Inc.; Techalloy Co, Inc.; Thomas & Betts Corp.; and Unisys Corp.*

Jennifer Berke Levin, Esquire
Rohm & Haas Company
100 Independence Mall West
Philadelphia, PA  19106-2349
*Counsel for Rohm & Haas Co.*

Sharon Oras Morgan
Mattleman Weinroth & Miller, PC
Land Title Building, Suite 2226
Broad & Chestnut Streets
Philadelphia, PA  19110
*Counsel for Simon Wrecking Co.*

2

D. Judith Keith
U.S. Dept. of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
*Counsel for United States of America,
Department of Navy*

                                                _/s/ Laura A. Ford_
                                                Laura A. Ford