

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION III
841 Chestnut Building
Philadelphia, Pennsylvania 19107-4431

Mr. John Barsum
62 Frogtown Road
Ottsville, PA  18942

Re:  Boarhead Farms Superfund Site, Bucks County, PA

Dear Mr. Barsum:

Attached you will find a subpoena directing you to appear at the National Hotel, 31 Race Street, Frenchtown, NJ 08825, on June 4 and 5, 1997. Please report by 10:00 a.m. to the hotel. You are being directed to appear for the purpose of providing testimony regarding the Boarhead Farms Superfund Site ("Site"). EPA has reason to believe that you can provide information and facts with respect to the disposal and/or release of hazardous substances at the Site and the entities who may have responsibility for such disposal and/or release. Accordingly, EPA directs your appearance, pursuant to the authority of Section 122(e)(3)(B) of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. § 9622(e)(3)(B), at the above stated time and place so that you may provide the information sought.

Any questions concerning the attached subpoena should be directed to:

>   Sarah P. Keating, Esquire (3RC33)
>   Senior Assistant Regional Counsel
>   U.S. Environmental Protection Agency
>   841 Chestnut Building
>   Philadelphia, PA  19107
>   Tel: (215) 566-2655
>   Fax: (215) 566-2603



Failure to comply with this subpoena could subject you to a civil enforcement action.

Sincerely yours,

Abraham Ferdas, Associate Director
Office of Superfund Programs

Enclosure
cc: James Harper, U.S. EPA (3HW21)
    Joan Martin-Banks, U.S. EPA (3HW11)
    Sarah Keating, U.S. EPA (3RC33)
    Paul Neale, U.S. EPA (3RC33)
    Bevin Hardy, U.S. EPA (3RC23)

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION III
841 Chestnut Building
Philadelphia, PA 19107

IN THE MATTER OF:                    :
                                     :
Boarhead Farms Superfund Site        :
Bucks County,                        :
Pennsylvania                         :   SUBPOENA AD TESTIFICANDUM
                                     :   Subpoena No. 000036
                                     :
                                     :
                                     :

TO:

Mr. John Barsum
62 Frogtown Road
Ottsville, PA 18942

    RESPONDENT

    Pursuant to the authority of Section 122(e)(3)(B) of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended (CERCLA), 42 U.S.C. § 9622(e)(3)(B), the United States Environmental Protection Agency (EPA) is issuing this subpoena for the purpose of determining liability and otherwise implementing Section 122 of CERCLA by collecting information relating to the Boarhead Farms Superfund Site.

    YOU ARE HEREBY COMMANDED TO APPEAR IN PERSON at the following place and time:

TIME AND DATE: June 4 and 5, 1997, 10:00 A.M.

PLACE:   National Hotel
         31 Race Street
         Frenchtown, NJ 08825

    At the above time and place, the EPA will take your statement regarding: (1) the disposal and release of hazardous substances at the above-referenced Site; and (2) the entities who may have responsibility for such disposal and release. The statement will be taken under oath before a court reporter or other officer authorized by law to take sworn statements.

    YOU ARE COMMANDED FURTHER TO TESTIFY THEN AND THERE UNDER OATH, GIVE ORAL AND TRUTHFUL RESPONSES, to all lawful inquiries and questions put to you on behalf of the EPA, and TO REMAIN IN ATTENDANCE until expressly excused by the attorney conducting the proceeding for the EPA.

FAILURE TO COMPLY WITH THIS SUBPOENA MAY SUBJECT YOU TO A CIVIL ENFORCEMENT ACTION.

Issued at Philadelphia, Pennsylvania this 23 day of April, 1997.

*[signature]*
Abraham Ferdas, Associate Director
Office of Superfund Programs
U.S. EPA Region III

Any questions concerning this subpoena should be directed to:

Sarah P. Keating, Esquire (3RC33)
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency
841 Chestnut Building
Philadelphia, PA 19107
Tel: (215) 566-2655
Fax: (215) 566-2603

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION III
841 CHESTNUT BUILDING
PHILADELPHIA, PA 19107

AFFIDAVIT OF SERVICE

I hereby certify that being a person over 18 years of age, I served a copy of a subpoena issued pursuant to Section 122(e)(3)(B) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended (CERCLA), 42 U.S.C. § 9622(e)(3)(B), addressed to:

Mr. John Barsum
62 Frogtown Road
Ottsville, PA 18942

(check one)    ( ) in person

( ) by certified mail, return receipt requested to the following address:

_____
_____
_____
_____
_____

( ) by other method:

_____
_____
_____
_____
_____

on _____ , 1997.

_____
Signature of Server

_____
Name of Server

_____
Title of Server