IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-3830 |
| ) | |
| ) | Judge Legrome D. Davis |
| ) | |
| ADVANCED ENVIRONMENTAL ) TECHNOLOGY CORPORATION, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## VERIFIED APPLICATION OF WADE B. WILSON

## FOR LIMITED ADMISSION (*PRO HAC VICE*)

Pursuant to paragraph 4 of the Case Management Order entered by this Court on February 3, 2003, I apply for limited admission to this Court.

I declare under the penalty of perjury:

(1) That I am a member in good standing of the highest courts of the State of Maryland and the District of Columbia;

(2) That I am a member in good standing of the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, and the United States Court of Appeals for the Fourth Circuit;

(3) That there are no disciplinary complaints pending against me for violation of the rules of the courts listed above;

(4) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5) That I have not been convicted of any "serious crime" as defined by the Rules of this Court;

(6) That, pursuant to Rule 83.5.2 (b), I am associated with Mr. Michael Steinberg (#25778) and Mr. Michael Dillon (# 43854) who are members of the Pennsylvania Bar and the bar of this Court.  Mr. Dillon maintains his office in Philadelphia Pennsylvania.  Mr. Dillon is familiar with current practice and procedures in the Eastern District of Pennsylvania, and has extensive access to legal support staff at the local office of Morgan, Lewis & Bockius L.L.P.;

(7) That I do not practice or hold out to practice law in the State of Pennsylvania;

(8) That I have read all of the rules of the United States District Court for the Eastern District of Pennsylvania.

(9) That I am applying for limited admission to represent defendant Novartis Corporation in the pending case;

(10) That I specialize in environmental litigation and am familiar with the factual and legal issues involved in this matter;

(11) That I acknowledge the jurisdiction of the courts of Pennsylvania over my professional conduct, and I agree to be bound by the United States District Court for the Eastern District of Pennsylvania Rules of Professional Conduct, in this matter, if I am admitted for the limited purpose requested, as per Rule 83.6.VIII;

(12) and that I attach hereto a check, made payable to the clerk for $40.00 as payment for this application for limited admission.

Respectfully submitted,

Dated: 11 March, 2003        _____
Wade B. Wilson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
202.739.5469
202.739.3001 Facsimile

Attorney for Defendant
NOVARTIS Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 02-3830 |
| | ) | Judge Legrome D. Davis |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al. | ) ) ) ) ) | |
| Defendants. | ) ) | |

### MOTION FOR LIMITED ADMISSION (*PRO HAC VICE*) OF WADE B. WILSON

Pursuant to paragraph 4 of the Case Management Order entered by this Court on February 3, 2003 and the attached verified application, we move for the limited admission of Wade B. Wilson to this Court.

Respectfully submitted,

_____
Michael W. Steinberg (Bar # 25778)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
202.739.5141
202.739.3001 Facsimile

        Michael Dillon (Bar # 43854)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
215.963.4938
215.963.5299 Facsimile

Attorneys for Defendant
Novartis Corporation

Dated: March 11, 2003

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | Judge Legrome D. Davis |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of paragraph four of the Case Management Order entered on February 3, 2003, the Verified Application of Wade B. Wilson for Limited Admission *(Pro Hac Vice)*, and the Motion of Counsel of Record for Novartis Corporation for Limited Admission *(Pro Hac Vice)* of Wade B. Wilson, the Court finds that the Motion should be granted.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** this _____ day of _____, 2003, as follows:

Wade B. Wilson is hereby admitted to this Court for the purpose of representing Novartis Corporation in Civil Action No. 02-3830.

_____
Judge Legrome D. Davis
United States District Court for the
Eastern District of Pennsylvania

# **CERTIFICATE OF SERVICE**

   I hereby certify that this 11th day of March, 2003, I have served the foregoing MOTION FOR LIMITED ADMISSION (*PRO HAC VICE*) OF WADE B. WILSON, VERIFIED APPLICATION OF WADE B. WILSON FOR LIMITED ADMISSION (*PRO HAC VICE*)**,** and proposed ORDER by causing a copy of same to be delivered by first class mail to:

Monique M. Mooney, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
Phone: 215.864.8189
Fax: 215.864.9266
mooney@ballardspahr.com

Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043-4636
Phone: 856.761.3440
Fax: 856.761.9001
harrisg@ballardspahr.com

and delivered by first class mail to all counsel of record:

**Counsel for Defendants:**

*Advanced Environmental Technology Corporation*

| | |
|---|---|
| John M. Simon, Esquire | Robert M. Morris, Esquire |
| Thomas Sabino, Esquire | Morris & Adelman, P.C. |
| Diana L. Buongiorno, Esquire | P.O. Box 30477 |
| Wolff & Samson | 1920 Chestnut Street |
| 5 Becker Farm Road | 3rd Floor |
| Roseland, NJ 07068-1776 | Philadelphia, PA 19103 |
| Phone: 973.740.0500 | Phone: 215.568.5621 |
| Fax: 973.436.4440 | mail@morrisadelman.com |
| tsabino@wolffsamson.com | |

*Ashland, Inc.*
Richard C. Biedrzycki, Esquire
David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
121 South Board Street
Suite 1600
Philadelphia, PA 19107
Phone: 215.546.0500

*Carpenter Technology Corporation*

| | |
|---|---|
| David A. Christiansen, Esquire | Lynn Wright, Esquire |
| Associate General Counsel & Assistant Secretary | Edwards & Angell |
| Legal Department | 750 Lexington Avenue |
| Carpenter Technology Corporation | New York, NY 10022 |
| 1047 North Park Road | Phone: 212.756.0215 |
| Wyomissing, PA 19610 | Fax:    888.325.9169 |
| Phone: 610.208.2000 | lwright@ealaw.com |
| Fax:    610.208.3068 | |
| dchristiansen@cartech.com | |

*Diaz Chemical Corp.*
Ronald J. Reid, III
Manager, Health/Safety/Environment
Diaz Chemical Corp.
40 Jackson Street
Holley, NY 14470-1156
Phone: 716.638.6321
Fax:    716.638.8356
reid@diazche.com

*Emhart Corporation*
Jerome C. Muys, Jr., Esquire
Laura A. Ford, Esquire
Swidler Berlin Shereff Friedman LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
Phone: 202.424.7500
Fax:    202.424.7643
jcmuys@swidlaw.com

*Etched Circuits, Inc. & Fcg, Inc.*
Harry C. Barbin, Esquire
Barbin & O'Connell
608 Huntington Pike
Rockledge, PA 19046-4490
Phone: 215.379.1638
Fax:    215.663.8906
hcb@barbin-oconnell.com

***Handy & Harman Tube Company***
G. Glennon Troublefield, Esquire
Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian,
    Cecchi, Steward & Olstein, P.C.
6 Becker Farm Road, 3rd Floor
Roseland, NJ 07068-1739
Phone: 973.994.1700
Fax:    973.994.1744
mflax@carellabyrne.com

***Knoll, Inc.***
Richard Friedman, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA 17108-1166
Phone: 717.237.5469
Fax:    717.237.5300
rfriedman@mwn.com

***Merit Metals Products Corp.***
Stephen P. Chawaga, Esquire
Monteverde, Mcalee & Hurd
One Penn Center
Suite 1500
1617 JFK Boulevard
Philadelphia, PA 19103-1815
Phone: 215.557.2900
Fax:    215.557.2990
schawaga@monteverde.com

***Novartis Corp.***
Michael W. Steinberg, Esquire
Michael Dillon, Esquire
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202.739.3000
Fax:    202.739.3001
msteinberg@morganlewis.com

***NRM Investment Co.***
Edward Fackenthal, Esquire
Henderson, Weitherill, O'hey & Horsey
902 One Montgomery Plaza
P.O. Box 751
Norristown, PA 19404
Phone: 610.279.3370
Fax:    610.219.0696
edwardfacenthal@cs.com

*Plymouth Tube Company*
Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Geneva, IL 60134-0805
Phone: 630.208.0805
Fax:    630.208.4651
stevenl@joneslemon.com

*Quickline Design*
Sanford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ 08055
Phone: 609.714.0600
Fax:    609.714.0610
lawschmidt@erols.com

*Rahns Specialty Metals, Inc.*
*Techalloy Co., Inc.*
*Thomas & Betts Corporation*
*Unisys Corporation*
Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Phone: 215.998.2700
Fax:    215.988.2757
andrew.foster@dbr.com

*Rohm and Haas Company*
Jennifer Berke Levin, Esquire
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA 19106-2349
Phone: 215.592.6838
Fax:    215.592.3227
jlevin@rohmhaas.com

*Simon Wrecking Co., Inc.*
Sharon Oras Morgan, Esquire
Mattlemen Weinroth & Miller
Land Title Building, Suite 2226
Broad & Chestnut Streets
Philadelphia, PA 19110
Phone: 215.923.2225
Fax:    215.567.4151
smorgan@mwm-law.com

*United States of America, Department of Navy*
Judith Keith, Esquire
U.S. Department of Justice
Environmental & Natural Resources Division
P.O. Box 23986
Washington, D.C. 20026-3986
Phone: 202.514.3747
Fax:    202.514.8865
judith.keith@usdoj.com

                                                                          _____
                                                                          Wade B. Wilson