IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL<br>TECHNOLOGY CORPORATION, ET AL.,<br><br>Defendants. | Civil Action No. 02-3830 |

## STIPULATION

Plaintiff Boarhead Farm Agreement Group and the undersigned Defendants hereby stipulate as follows:

1. The undersigned Defendants, each of whom filed or joined in the Joint Motion of Certain Defendants to Dismiss the Complaint for Failure to State a Claim, hereby withdraw said motion because the allegations in the Second Amended Complaint, when taken as true pursuant to Rule 12(b), make out the standing of Plaintiff to bring this action as the real party in interest.

2. Defendants may serve Plaintiff with notices of deposition pursuant to Rule 30 seeking the attendance of witnesses identified with, or designated pursuant to Rule 30(b)(6) by, one or more of the five member companies of Plaintiff ("the Members").

3. Interrogatories served on Plaintiff pursuant to Rule 33 will be responded to based upon information available to Plaintiff and information available to the Members. Interrogatories that are limited in scope to a single Member shall be responded to

separately by such Member. Additionally, responses based upon information available solely to an individual Member shall be verified by such Member.

4. Requests for Production served on Plaintiff pursuant to Rule 34 will be responded to based upon documents in the possession, custody, or control of Plaintiff and upon documents in the possession, custody or control of the Members.

5. Requests for Admissions served on Plaintiff pursuant to Rule 36 will be responded to based upon the reasonable inquiry of Plaintiff and of the Members.

_____
Glenn A. Harris
Ballard Spahr Andrews
   & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, N.J. 08043-4636
(856) 761-3440

Counsel for Plaintiff
Boarhead Farm Agreement Group

_____
Michael W. Steinberg
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5141

Counsel for Defendant Novartis Corporation, and, for purposes of this Stipulation only, Counsel for Defendants Advanced Environmental Technology Corporation, Ashland Inc., designated by Plaintiff as Ashland Chemical Corporation, Carpenter Technology Corporation, Emhart Industries Inc., Knoll, Inc., Merit Metal Products Corporation, NRM Investment Company, Plymouth Tube Company, Rahns Specialty Metals, Inc., Rohm and Haas Company, Simon Wrecking Co., Inc., Techalloy Co., Inc., Thomas & Betts Corporation, and Unisys Corporation.

Date: March 17, 2003

## CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2003, the foregoing Stipulation was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania. In addition, a true and correct copy of the foregoing Stipulation was served by first-class mail, postage prepaid, upon the following:

Thomas W. Sabino, Esquire
Wolff & Samson, PC
280 Corporate Center
5 Becker Farm Road
Roseland, New Jersey  07068-1776


Robert M. Morris, Esquire
Morris & Adelman, P.C.
1920 Chestnut Street
P.O. Box 30477
Philadelphia, PA  19103
*Advanced Environmental Technology Corp.*


Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
Six Becker Farm Road
Roseland, New Jersey  07068-1739
*Handy & Harman Tube Company*


Lynn Wright, Esquire
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York  10022-1200
*Carpenter Technology Corporation*


Michael W. Steinberg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
*Novartis Corp.*

Mr. Ronald J. Reid, III
Manager, Health/Safety/Environment
*Diaz Chemical Corp.*
40 Jackson Street
Holley, NY  14470-1156


Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396
*Flexible Circuits & Etched Circuits*


Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
*Merit Metals Products Corp.*


Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Geneva, IL  60134-0805
*Plymouth Tube Company*


Sandford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ  08055
*Quikline Design*

Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
*Rahns Specialty Metals, Inc.*
*Techalloy Co., Inc.*
*Thomas & Betts Corporation*
*Unisys Corporation*


David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building
121 South Broad Street
Philadelphia, Pennsylvania 19107
*Ashland, Inc.*


Laura Ford, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
*Emhart Corporation*


Jennifer Berke Levin, Esquire
*Rohm and Haas Company*
100 Independence Mall West
Philadelphia, PA 19106-2349


Sharon O. Morgan, Esquire
Mattleman, Weinroth & Miller, PC
401 Route 70 East, Suite 100
Cherry Hill, New Jersey 08034
*Simon Wrecking Co., Inc.*

*United States of America, Department of Navy*
John Sheehan, Esquire
U.S. Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986


Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
Suite 902 - One Montgomery Plaza
P.O. Box 751
Norristown, PA 19404


Richard Friedman, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA 17108-1166
*Knoll Inc.*


Boarhead Corporation
Lonely Cottage Drive
Upper Black Eddy
Bridgeton Township, PA 18972


Knox L. Haynsworth, III, Esquire
Brown, Massey, Evans, McLeod
& Haynsworth, PA
106 Williams Street
P.O. Box 2464
Greenville, South Carolina 29602
*Crown Metro, Inc.*


Date: March 18, 2003

Monique M. Mooney, Esquire
Attorney for Plaintiff