IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORP., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 02-3830<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter the appearance of Jerome C. Muys, Jr. and Laura A. Ford on behalf of Defendant Crown Metro, Inc.

                    Respectfully submitted,

                    _____
                    Jerome C. Muys, Jr.
                    Laura A. Ford
                    SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
                    3000 K Street, N.W., Suite 300
                    Washington, D.C.  20007
                    (202) 424-7500
                    (202) 424-7643 Facsimile
                    Attorneys for Emhart Industries Inc.

Dated:  March 19, 2003

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of March, 2003 the foregoing Notice of Entry of Appearance was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania.  The following have consented to electronic service:

Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ  08043-4636
*Counsel for Plaintiff*

Monique M. Mooney, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
Philadelphia, PA  19103
*Counsel for Plaintiff*

Robert M. Morris, Esquire
Morris & Adelman, P.C.
P.O. Box 30477
1920 Chestnut Street
3rd Floor
Philadelphia, PA  19103-8477
*Counsel for Advanced Environmental Technology Corp.*

Thomas Sabino, Esquire
Wolff & Samson
5 Becker Farm Road
Roseland, NJ  07068-1776
*Counsel for Advanced Environmental Technology Corp.*

David M. Doto, Esquire
Phelan Pettit & Biedrzycki
The North American Bldg. Suite 1600
121 S. Broad Street
Philadelphia, PA  19107
*Counsel for Ashland, Inc.*

Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY  10022
*Counsel for Carpenter Technology Corp.*

Richard Friedman, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA  17108-1166
*Counsel for Knoll, Inc.*

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
*Counsel for Merit Metals Products Corp.*

Michael W. Steinberg, Esquire
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave., N.W.
Washington, DC  20004
*Counsel for Novartis Corp.*

Andrew P. Foster, Esquire
Adina M. Dziuk, Esquire
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA  19103-6996
*Counsel for Rahns Specialty Metals, Inc.; Techalloy Co, Inc.; Thomas & Betts Corp.; and Unisys Corp.*

Sharon Oras Morgan
Mattleman Weinroth & Miller, PC
Land Title Building, Suite 2226
Broad & Chestnut Streets
Philadelphia, PA  19110
*Counsel for Simon Wrecking Co*

  In addition, a true and correct copy of the foregoing Notice of Entry of Appearance was served by U.S. Mail, first class postage prepaid, on the following:

Brian Geoffrey Glass, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
Philadelphia, PA  19103
*Counsel for Plaintiff*

Diana L. Buongiorno, Esquire
John M. Simon, Esquire
Wolff & Samson
5 Becker Farm Road
Roseland, NJ  07068-1776
*Counsel for Advanced Environmental Technology Corp.*

Richard C. Biedrzycki, Esquire
Phelan Pettit & Biedrzycki
The North American Bldg. Suite 1600
121 S. Broad Street
Philadelphia, PA  19107
*Counsel for Ashland, Inc.*

David A. Christiansen, Esquire
Assoc. General Counsel & Asst. Secretary
Legal Department
Carpenter Technology Corporation
1047 North Park Road
Wyomissing, PA  19610
*Counsel for Carpenter Technology Corp.*

Ronald J. Reid, III
Manager, Health/Safety/Environment
*Diaz Chemical Corp.*
40 Jackson Street
Holley, NY  14470-1156

Harry C. Barbin, Esquire
Barbin & O'Connell
608 Huntington Pike
Rockledge, PA  19046
*Counsel for Etched Circuits, Inc. and fcg, Inc.*

G. Glennon Troublefield, Esquire
John M. Agnello, Esquire
Melissa E. Flax, Esquire
John A. Azzarello, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
6 Becker Farm Road
3rd Floor
Roseland, NJ  07068-1739
*Counsel for Handy & Harmon Tube Co.*

Michael Dillon, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103-2921
*Counsel for Novartis Corp.*

Wade B. Wilson, Esquire
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave., N.W.
Washington, DC  20004
*Counsel for Novartis Corp.*

Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
P.O. Box 751
Norristown, PA  19404
*Counsel for NRM Investment Co.*

2

Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Genova, IL  60134-0805
*Counsel for Plymouth Tube Co.*

Sandford F. Schmidt
Schmidt & Tomlinson
29 Union Street
Medford, NJ  08055
*Counsel for Quikline Design*

Eileen K. Fahey
7 N. Main Street
Medford, NJ  08055
*Counsel for Quikline Design*

Jennifer Berke Levin, Esquire
Rohm & Haas Company
100 Independence Mall West
Philadelphia, PA  19106-2349
*Counsel for Rohm & Haas Co.*

John Sheehan, Esquire
U.S. Dept. of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 23986
Washington, DC  20026-3986
*Counsel for United States of America, Department of Navy*

_____
Laura A. Ford