IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ADVANCED ENVIRONMENTAL : <br> TECHNOLOGY CORPORATION; : <br> ET AL., : <br> : <br> Defendants. : | Civil Action <br><br> 02-CV-3830 <br><br> Judge Legrome D. Davis |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Boarhead Farm Agreement Group hereby dismisses Count III only of its Second Amended Complaint as against only Defendant United States of America Department of Navy, without prejudice and without costs to either party.

Ballard Spahr Andrews & Ingersoll, LLP

Dated:   April 14`, 2003

By:_____
     Glenn A. Harris, Esquire (#51222)
Plaza 1000, Suite 500, Main Street
Voorhees, New Jersey  08043
Phone:  (856) 761-3400

Attorney for Plaintiff Boarhead Farm Agreement Group

VH_DOCS_A #103317 v1