IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, : | | CIVIL ACTION |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| ADVANCED ENVIRONMENTAL : | | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., : | | |
| Defendants. : | | |

**O R D E R**

AND NOW, this      day of April 2003, upon consideration of (i) Plaintiff's Motion for Standardized Deposition Instructions (Docket Entry No. 59); (ii) Defendant, Handy & Harman Tube Company's Response in Opposition (Docket Entry No. 63); (iii) Memorandum of Law of Certain Defendants in Opposition (Docket Entry No. 64); (iv) Defendant, United States of America Department of Navy's Opposition (Docket Entry No. 65); and (v) Plaintiff's Memorandum of Law in Response to Certain Defendants' Opposition to Plaintiff's Motion for Standardized Deposition Instructions (Docket Entry No. 70), it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion for Standardized Deposition Instructions is **DENIED**.

BY THE COURT:

Legrome D. Davis