IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 02-CV-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : Judge Legrome D. Davis |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of the undersigned on behalf of defendant fcg, inc. t/a Flexible Circuits in the above-entitled matter.

DUANE MORRIS LLP

_____
Seth v.d.H. Cooley

One Liberty Place, Suite 4200
Philadelphia, PA 19103
(215) 979-1000

Attorneys for Defendant
fcg, inc. t/a Flexible Circuits

Date: May 5, 2003

PH2\724416.1