UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO. 02-3830 |
| : | |
| ADVANCED ENVIRONMENTAL : | |
| TECHNOLOGY CORPORATION, : | |
| ET. AL. : | |
| : | |
| Defendants. : | |

## REQUEST TO ENTER DEFAULT

TO:   Clerk of the United States Court for the Eastern District of Pennsylvania:

Please enter the default of Defendant Diaz Chemical Corporation in the above-referenced case for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the affidavit of Monique M. Mooney, Esquire hereto attached.

Dated: May 30, 2003

_____
Monique M. Mooney
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
(215) 864-8999

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 02-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET. AL. | : |
| Defendants. | : |

**AFFIDAVIT FOR ENTRY OF DEFAULT**

| | |
|---|---|
| STATE OF PENNSYLVANIA COUNTY OF PHILADELPHIA | : ss.: |

  Monique M. Mooney, Esquire, attorney for Plaintiff Boarhead Farm Agreement Group ("Plaintiff"), being duly sworn, deposes and says as follows:

  1. On July 19, 2002, I sent a Request for a Waiver of Service of Summons to Diaz Chemical Corporation ("Diaz") in the above-captioned case.

  2. On July 23, 2002, Diaz returned an executed Waiver of Service of Summons, a copy of which is attached hereto as Exhibit A.

  3. Pursuant to the Federal Rules of Civil Procedure, Diaz was required to file a response to Plaintiff's Complaint within 60 days after July 19, 2002.

  4. To date, Diaz has not filed a response to Plaintiff's Complaint.

  5. Diaz has not been granted an extension of time in which to respond to the Complaint.

6. Diaz is not party to the Case Management Order, entered by this Court on February 3, 2003, which obviates the need to respond to the Complaint for those defendants who are parties thereto.

7. No attorney has entered an appearance on behalf of Diaz in this case.

8. On February 26, 2003, I contacted Ronald Reid, the Health, Safety and Environmental Manager of Diaz and the signatory of the Waiver of Service of Summons Diaz returned to Plaintiff, and inquired whether Diaz intended to respond to Plaintiff's Complaint.

9. Mr. Reid informed me that Diaz has no intention of responding to the Complaint or defending Plaintiff's suit against Diaz.

Dated: May 30, 2003

Monique M. Mooney
Attorney for Plaintiff

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

### Waiver of Service of Summons

FILED 9/6/02
4:00 pm
FJM

TO: (A) Glenn R. Harris, Esq.

I acknowledge receipt of your request that I waiver service of summons in the action of (B) Boarhead Farm Agreement Group v. AETC, et al., which is case number (C) 02-3830 in the United States District Court for the Eastern District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after (D) July 15, 2002, or within 90 days after that date if the request was sent outside the United States.

07/23/02
Date

Signature
Printed/typed name: Ronald J. Reid III
[as (E) Health Safety Environmental Mgr.]
[of (F) Diaz Chemical Corp.]

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of summons, fails to do so will be required to bear the costs of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Notes:
A- Name of plaintiff's attorney or unrepresented plaintiff
B- Caption of action
C- Docket number of action
D- Date request for waiver of service of summons was sent
E- Title, or other relationship to corporate defendant
F- Name of corporate defendant, if any

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Request For Entry of Default to be served by postage prepaid first class mail upon all counsel on the attached service list this 30th day of May, 2003.

Dated: May 30, 2003

Monique M. Mooney

Thomas W. Sabino, Esquire
Wolff & Samson, PC
280 Corporate Center
5 Becker Farm Road
Roseland, New Jersey 07068-1776
Phone: 973-740-0500
Fax: 973-740-1407
e-mail: tsabino@wolffsamson.com

   *-and-*

Robert M. Morris, Esquire
Morris & Adelman, P.C.
1920 Chestnut Street
P.O. Box 30477
Philadelphia, PA 19103
Phone: 215-568-5621
Fax: 215-568-3253
e-mail: rmmorris@morrisadelman.com
*Advanced Environmental Technology Corp.*


Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
     Stewart & Olstein, P.C.
Six Becker Farm Road
Roseland, New Jersey 07068-1739
Phone: 973-994-1700
Fax: 973-994-1744
e-mail: mflax@carellabyrne.com
*Handy & Harman Tube Company*


Lynn Wright, Esquire
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York 10022-1200
Phone: 212-308-4411
Fax: 212-308-4844
e-mail: lwright@ealaw.com
*Carpenter Technology Corporation*

Michael W. Steinberg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Phone:  202-739-3000
Fax:  202-739-3001
e-mail:  msteinberg@morganlewis.com
*Novartis Corp.*


Mr. Ronald J. Reid, III
Manager, Health/Safety/Environment
*Diaz Chemical Corp.*
40 Jackson Street
Holley, NY  14470-1156
Phone:  585-638-6321
Fax: 585-638-8356
e-mail:  ron.reid@diazchem.com


Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396
Phone:  215-979-1000
Fax:  215-979-1020
e-mail:  secooley@duanemorris.com
*Flexible Circuits & Etched Circuits*


***[No Counsel of Record]***
*Globe Disposal Co., Inc.*


Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
Phone:  215-557-2900
Fax:  215-557-2990
e-mail:  schawaga@monteverde.com
*Merit Metals Products Corp.*

Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Geneva, IL  60134-0805
Phone:  630-208-0805
Fax: 630-208-4651
e-mail:  StevenL@joneslemon.com
*Plymouth Tube Company*


Sandford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ  08055
Phone:  609-714-0600
Fax:  609-714-0610
e-mail:  lawschmidt@erols.com
*Quikline Design*


Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Phone:  215-998-2700
Fax: 215-988-2757
e-mail:  Andrew.foster@dbr.com
*Rahns Specialty Metals, Inc.*
*Techalloy Co., Inc.*
*Thomas & Betts Corporation*
*Unisys Corporation*


David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building
121 South Broad Street
Philadelphia, Pennsylvania  19107
Phone:  215-546-0500
Fax:  215-546-9444
e-mail:  ddoto@pp-b.com
*Ashland, Inc.*

Laura Ford, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, DC  20007
Phone:  202-424-7500
Fax:  202-424-7643
e-mail:  LAFord@SWIDLAW.com
*Emhart Corporation*


Jennifer Berke Levin, Esquire
*Rohm and Haas Company*
100 Independence Mall West
Philadelphia, PA  19106-2349
Phone:  215-592-6838
Fax:  215-592-3227
e-mail:  jlevin@rohmhaas.com


Sharon O. Morgan, Esquire
Mattleman, Weinroth & Miller, PC
401 Route 70 East, Suite 100
Cherry Hill, New Jersey  08034
Phone:  856-429-5507
Fax:  856-429-9036
e-mail:  smorgan@mwm-law.com
*Simon Wrecking Co., Inc.*


*United States of America, Department of Navy*
John Sheehan, Esquire
U.S. Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC  20026-3986
Phone:  202-514-0995
Fax:  202-514-8865
e-mail:  john.sheehan@usdoj.gov

*Overnight Mail:*

601 D. Street NW
Suite 8000
Washington, DC  20004

Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
Suite 902 - One Montgomery Plaza
P.O. Box 751
Norristown, PA 19404
Phone: 610-279-3370
Fax: 610-279-0696
*NRM Investment Co.*
e-mail: edwardfackenthal@cs.com


Richard Friedman, Esquire
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA 17108-1166
Phone: 717-237-5469
Fax: 717-237-5300
e-mail: rfriedman@mwn.com
*Knoll Inc.*


Boarhead Corporation
Lonely Cottage Drive
Upper Black Eddy
Bridgeton Township, PA 18972


Knox L. Haynsworth, III, Esquire
Brown, Massey, Evans, McLeod & Haynsworth, PA
106 Williams Street
P.o. Box 2464
Greenville, South Carolina 29602
Phone: 864-271-7424
Fax: 864-271-3192
e-mail: knoxhaynsworth@bmemhlaw.com
*Crown Metro, Inc.*