IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 02-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET. AL. | : : : : | |
| Defendants. | : | |

## ORDER ESTABLISHING PROCEDURE FOR DISMISSING DEFENDANTS THAT SETTLE IN GOOD FAITH WITH PLAINTIFF BOARHEAD FARM AGREEMENT GROUP

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion For Standing Order Regarding Dismissal of Settling Defendants, it is hereby ORDERED that the Motion is GRANTED and that the following procedure will be followed for entry of orders dismissing all claims against and barring any future claims against any Defendant that settles in good faith with Plaintiff:

    1.    Plaintiff shall submit to the Court:

        (a)    A certification of counsel for Plaintiff describing the nature of the settlement negotiations or proceedings that produced the settlement and containing a representation that the settlement was reached in an arms-length manner and entered in good faith; and

        (b)    A proposed order dismissing the settling defendant and barring future claims against the settling Defendant related to the Boarhead Farm Superfund Site, except

to the extent that such claims relate to matters excluded from any release entered into between Plaintiff and such settling Defendant.

2. Such certification and proposed order shall be served by counsel for Plaintiff on all parties in this matter, along with a statement that objections to the Court's issuance of the proposed order must be filed with the Court and served on counsel for Plaintiff and all other parties within fourteen days of the third day following the date of service.

3. If any timely objection is received, the Court shall schedule a brief status hearing at which objections to the fairness and good faith nature of the settlement shall be heard.

**IT IS SO ORDERED:**

_____

Legrome D. Davis, Judge