IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP,

    Plaintiff,

v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
02-cv-3830 (LDD)

## CERTIFICATE OF SERVICE

I, Melissa E. Flax, Esq., declare under penalty of perjury that a copy of Handy & Harman Tube Company, Inc.'s opposition to plaintiff's motion for a standing order regarding dismissal of settling defendants and a proposed order was served on all counsel on the attached service list, via facsimile and ordinary mail, on this date.

Dated: January 29, 2004

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Defendant, Handy & Harman
Tube Company, Inc.

By: _____
MELISSA E. FLAX
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
(973) 994-1744 (fax)

*Boarhead Farm Service List*

COUNSEL FOR PLAINTIFF:

*Boarhead Farm Agreement Group*

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP

Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:      (856) 761-3400
Fax:     (856) 761-1020
E-mail:  harris@ballardspahr.com

Monique M. Mooney, Esq.
*Ballard, Spahr, Andrews & Ingersoll*
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
Tel:      (215) 864-8189
Fax:     (215) 864-9266
E-mail:  mooney@ballardspahr.com

*Advanced Environmental Technology Corp.*

Thomas W. Sabino, Esq.
Wolff & Samson
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 740-0500
Fax: (973) 740-1407
Email: tsabino@wolffsamson.com

*Ashland, Inc.*

David M. Doto
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone: (215) 546-0500
Fax: (215) 546-9444
Email: ddoto@pp-b.com

*Carpenter Technology Corporation*

Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone: 212-756-0215
Fax: 888-325-9169
email: lwright@ealaw.com

VH_DOCS_A #69713 v1

*Crown Metro, Inc. and Emhart Corporation*

Laura Ford, Esq.
Jerome C. Muys, Jr., Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
Phone: 202-424-7500
Fax: 202-424-7643
e-mail: jcmuys@swidlaw.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*

A. Nicole Friant, Esq.
Duane Morris
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
Phone: (215) 979-1818
Fax: (215) 979-1020
e-mail: anfriant@duanemorris.com

*Handy & Harman Tube Company*

Melissa E. Flax, Esq.
Carella, Byrne, Bain, Gilfillian, Cecchi,
    Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
Phone: 973-994-1700
Fax: 973-994-1744
e-mail: mflax@carellabyrne.com

*Knoll Inc.*

Richard Friedman, Esq.
McNees, Wallace & Nurick, LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA 17108-1166
Phone: 717-237-5469
Fax: 717-237-5300
e-mail: rfriedman@mwn.com

*Merit Metals Products Corp.*

Stephen P. Chawaga, Esq.
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
Phone:  215-557-2900
Fax:  215-557-2990
e-mail:  schawaga@monteverde.com

*NRM Investment Co.*

Edward Fackenthal, Esq.
Henderson, Weitherill, O'Hey & Horsey
902 One Montgomery Plaza
P.O. Box 751
Norristown, PA  19404
Phone:  610-279-3370
Fax:  610-279-0696
e-mail:  edwardfackenthal@cs.com

*Plymouth Tube Company*

Steven J. Lemon, Esq.
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Geneva, IL  60134-0805
Phone:  630-208-0805
Fax: 630-208-4651
e-mail:  stevenl@joneslemon.com

*Quikline Design*

Sandford F. Schmidt, Esq.
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ  08055
Phone:  609-714-0600
Fax:  609-714-0610
e-mail:  lawschmidt@erols.com

*Rahns Specialty Metals, Inc/Techalloy Co., Inc. and Unisys*

Andrew P. Foster, Esq.
Adina Dziuk, Esq.
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Phone:  215-998-2700
Fax: 215-988-2757
e-mail:  andrew.foster@dbr.com


*Rohm and Haas Company*

Jennifer Berke Levin, Esq.
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA  19106-2349
Phone:  215-592-6838
Fax:  215-592-3227
e-mail:  jlevin@rohmhaas.com

*Simon Wrecking Co., Inc.*

Sharon Oras Morgan, Esq.
Mattleman Weinroth & Miller
Land Title Building, Suite 2226
Broad & Chestnut Streets
Philadelphia, PA  19110
Phone:  215-923-2225
Fax:  215-567-4151
email:  smorgan@mwm-law.com

*United States of America, Department of Navy*

Judith Keith, Esq.
U.S. Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC  20026-3986
Phone:  202-514-3747
Fax:  202-514-8865
e-mail:  judith.keith@usdoj.com

*Overnight Mail:*
601 D. Street NW
Suite 8000
Washington, DC  20004