IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>Plaintiff,<br>v.<br><br>ADVANCED ENVIRONMENTAL<br>TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>02-cv-3830 (LDD) |

**ORDER DENYING PLAINTIFF'S MOTION FOR STANDING ORDER REGARDING DISMISSAL OF SETTLING DEFENDANTS**

AND NOW, this _____ Day of _____ 2003, upon consideration of plaintiff's motion and defendant Handy & Harman Tube Company, Inc.'s opposition, it is hereby

ORDERED that plaintiff's motion for a standing order regarding dismissal of settling defendants is DENIED.

_____
Legrome D. Davis, Judge