RECEIVED
OCT 03 2002
KENNETH J. MURPHY, Clerk
DAYTON, OHIO



OCT - 9 2002
FILED
KENNETH J. MURPHY

02 OCT -4 PM 2: 34

SOUTHERN DISTRICT OHIO
WESTERN DISTRICT DAYTON

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CARGILL, INC., et al.,                    :

    Plaintiffs,                           :     Case No. C-3-98-3601

    v.                                    :     Judge Algenon L. Marbley

ABCO CONSTRUCTION, et al.,                :     Magistrate Judge Michael R. Merz

    Defendants.                           :
                                          :
                                          :

---

### ORDER

---

Upon consideration of Plaintiffs' Motion to Dismiss "Settling Defendants" and "RI/FS Settlors" Without Prejudice, and for good cause shown, the Court finds said Motion to be well-taken.

It is ORDERED that the following "Settling Defendants" and "RI/FS Settlors" be immediately dismissed without prejudice from this litigation, and that all past, present and future counterclaims, cross-claims and other claims relating to the NSL Site, including any claims which have been or which could be made against the Settling Defendants by any person, whether a party to this action or not, except as specifically stated otherwise in the Global Settlement Agreements for reopener claims, toxic tort claims, and natural resource damages claims, shall be discharged and/or barred:

1.  Miami-Cast, Inc.;

2.  Carey Paving Co., Inc.;

3.  Cemex, Inc., as successor to Southwestern Portland Cement Co.;

-5-

829048_1.DOC

532

4.   The Children's Medical Center, Dayton, Ohio;

5.   Fryman-Kuck General Contractors;

6.   Homewood Corporation;

7.   Ideal Company, Inc., d.b.a. F&M Contractors;

8.   Joe Becks & Associates, Inc.;

9.   LDI, Ltd., successor to U.S. Corrugated Fibre Box Co.;

10.  Oberer Development Co.;

11.  Pepsi-Cola General Bottlers of Ohio, Inc.;

12.  Williams Bros. Roofing & Siding Co., Inc., f.k.a. Williams Brother Roofing;

13.  Shook, Inc.;

14.  Dayton Door Sales, Inc.;

15.  Coca-Cola Enterprises, Inc.;

16.  C&N Industrial Maintenance (a.k.a. C&N Industrial Contractors, Inc.;

17.  Tomkins Industries, Inc. (a.k.a. Philips of Texas);

18.  Turner Construction Company;

19.  Kmart Corp.;

20.  MWC Inc. (f.k.a. Megacity Warehousing Center, Inc.); and

21.  Dayton Hard Chrome.

In addition, all cross-claims made by and against these defendants are also dismissed without prejudice.

    **IT IS SO ORDERED.**

_____
Magistrate Judge Michael R. Merz

-6-

829048_1.DOC



LEVIN & HLUCHAN, P.C.
BY: GLENN A. HARRIS (GH0919)
     JULIE L. SPOSITI (JS6927)
1101 Laurel Oak Road, Suite 100
Voorhees, New Jersey 08043
(856) 627-8555
Attorneys for Plaintiff, Global Landfill Agreement Group

AUG - 9 1999
FILED

AUG 0.5 1999

AT 8:30 ...........................M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

GLOBAL LANDFILL AGREEMENT
GROUP,

                Plaintiff,

       v.

280 DEVELOPMENT CORPORATION,
et al.,

                Defendants.

ENTERED

CIVIL ACTION
NO. 96-5338 (NHP)

STIPULATION OF DISMISSAL
WITH PREJUDICE AND
ORDER OF SETTLEMENT

      Plaintiff Global Landfill Agreement Group (the "Agreement Group") and those

defendants listed on Appendix 1-A (Settlement Group 1-A) and on Appendix 1-B

(Settlement Group 1-B) stipulate and agree as follows:

      1.    This Stipulation of Dismissal with Prejudice and Order of Settlement is

effective solely as to the Agreement Group, on behalf of themselves and all persons who

have assigned contribution rights to the Agreement Group in connection with the Global

Landfill Site, and Settlement Group 1-A and Settlement Group 1-B, (collectively, the

"Parties").

      2.    By this Stipulation of Dismissal with Prejudice and Order of Settlement

the Parties settle claims asserted with respect to each other in the action captioned Global

claims of the members of Settlement Groups 1-A and 1-B against the Agreement Group, shall be dismissed with prejudice.

5.    This Stipulation embodies a settlement of claims that were contested, denied, and disputed as to validity and amount. Without admitting or conceding any fault or liability, the Agreement Group and the members of Settlement Groups 1-A and 1-B agree that, as to each, the settlement embodied in this Stipulation was arrived at through an arms-length process of negotiation, in good faith, that it is entered into as a mutual accommodation and in order to avoid further expensive and possibly protracted litigation, and that it is entered in order to resolve all claims asserted in the Contribution Action between the members of the Agreement Group and the members of Settlement Groups 1-A and 1-B.

6.    The defendants listed on Appendix 1-A (Settlement Group 1-A) and the defendants listed on Appendix 1-B (Settlement Group 1-B) hereby assign to the Agreement Group and its members, collectively and individually, jointly and severally, all statutory and common law contribution claims and causes of action which they have or may have against any other person or entity, other than persons against whom the members of Settlement Group 1-A and the members of Settlement Group 1-B possess claims premised upon privity of contract, which contribution claims arise from or relate to the Site or matters addressed in the Amended Complaint.

7.    This Stipulation of Dismissal with Prejudice and Order of Settlement shall be entered without costs or attorneys' fees against the Agreement Group or the members of Settlement Groups 1-A and 1-B.

3

8.      This Stipulation of Dismissal with Prejudice and Order of Settlement shall

be binding upon and inure to the benefit of the heirs, successors and assigns of the

Parties.

9.      This stipulation of Dismissal with Prejudice and Order of

Settlement shall not constitute and shall not be interpreted, construed or used as evidence

of any admission of liability, law or fact, or as a waiver of any right or defense, or as an

estoppel against any Party by any other Party or by any person not a Party; however, this

Stipulation may be interpreted, construed or used to enforce the terms herein.


_____
Nicholas H. Politan, U.S.D.J.

8/5/99

4

LEVIN & HLUCHAN, P.C.
BY:    GLENN A. HARRIS (GH0919)
       JULIE L. SPOSITI (JS6927)
1101 Laurel Oak Road
Suite 100
Voorhees, NJ  08043
(856) 627-8555
Attorneys for Plaintiff, Global Landfill Agreement Group

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

GLOBAL LANDFILL AGREEMENT           :
GROUP,                              :
                                    :
              Plaintiff,            :
                                    :        CIVIL ACTION
         v.                         :        NO. 2:96cv05338 (NHP)
                                    :
280 DEVELOPMENT CORPORATION,        :
et al.,                             :
                                    :
              Defendants.           :
_____:

APPENDIX 1-A TO AUGUST 1999 ORDER OF SETTLEMENT
AND DISMISSAL WITH PREJUDICE

SETTLEMENT GROUP 1-A

280 Development Corporation
Perk Chemical Company
Stone Container Corporation
S&W Waste, Inc.
Seco Corporation

LEVIN & HLUCHAN, P.C.
BY:    GLENN A. HARRIS (GH0919)
       JULIE L. SPOSITI (JS6927)
1101 Laurel Oak Road
Suite 100
Voorhees, NJ  08043
(856) 627-8555
Attorneys for Plaintiff, Global Landfill Agreement Group

JUL ? 8 1999

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

GLOBAL LANDFILL AGREEMENT
GROUP,
                                          :
                                          :
                                          :
                    Plaintiff,            :
                                          :    CIVIL ACTION
          v.                              :    NO. 2:96cv05338 (NHP)
                                          :
280 DEVELOPMENT CORPORATION,              :
et al.,                                   :
                                          :
                                          :
                    Defendants.           :
                                          :

APPENDIX 1-B TO AUGUST 1999 ORDER OF SETTLEMENT
AND DISMISSAL WITH PREJUDICE
(REVISED)

## SETTLEMENT GROUP 1-B

Alexian Bros. Hospital
Allied-Signal, Inc.
Alpha Wire Corporation
Apache Products Company
Archer-Daniels-Midland Company
Armin Polyfilm
Atlas Srew & Specialty Co., Inc.
Colonial Pipeline Company
CPC International, Inc. (Bestfoods)
E&B Marine, Inc.
Economy Color Card Co., Inc.
Engelhard Corp.

Englert Metal, Inc.
George A. Milton Can Company
Hyatt and Clark Rollerbearing (General Motors)
Linde-Griffith Construction Co.
Magruder Color Company, Inc.
Maher Container
Mayfair Supermarkets
Metal Litho
Millipore Corporation (Worthington Biochemical)
National Starch and Chemical
Paul's Trucking
Perth Amboy Dry Dock
Rahway Hospital
Ritter Foods
Sherwin-Williams
Simmons
St. Elizabeth Hospital
Thomas & Betts Corporation
Borough of Atlantic Highlands
Town of Eastchester
Township of Harrison
Borough of Hazlet
Township of Holmdel
Borough of Jamesburg
Borough of Keansburg
Township of Marlboro
Township of Monroe
Township of New Rochelle
Township of Piscataway
Township of Port Chester
Village of Scarsdale
City of White Plains
Dietrich Bros., Inc.
Haulaway, Inc.
Marangi Sanitation
Suburban Carting Corp.
Trottown Transfer, Inc.

2