IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, : | | CIVIL ACTION |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| ADVANCED ENVIRONMENTAL : | | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., : | | |
| Defendants. : | | |

O R D E R

AND NOW, this     day of February 2004, upon consideration of Plaintiff's Motion for Leave to File a Reply Brief (Docket Entry No. 88), it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED.

BY THE COURT:


Legrome D. Davis