## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing United States' Motion for Leave to File Reply Brief, proposed Order, and proposed Memorandum in Opposition to Memorandum of Law of Certain Defendants in Opposition to the Joint motion by Plaintiff and the United States Navy for Approval of Settlement and Dismissal was served by first class mail, postage paid, on the counsel listed on the attached Service List.

This _____ day of _____, 2004

_____
D. Judith Keith
Trial Attorney
U. S. Department of Justice
Environmental Defense Section
Environment and Natural Resources Division
Post Office Box 23986
Washington, D.C. 20026