**SERVICE LIST**
**Boarhead Farm Agreement Group v. Advanced Environmental**
**Technology Corp, Inc., et al., C.A. No. 02-3830**

schawaga@monteverde.com; ANFriant@duanemorris.com
dchristiansen@cartech.com;ddoto@pp-b.com; edwardfackenthal@cs.com;
mflax@carellabyrne.com;jagnello@carellabyrne.com;
andrew.foster@dbr.com; rfriedman@mwn.com; harrisg@ballardspahr.com;
relampkin-isabel@ashland.com; stevenl@joneslemon.com;jlevin@rohmhaas.com;
smorgan@mwm-law.com; jcmuys@swidlaw.com; LAFord@swidlaw.com;
reid@diazche.com; Tsabino@wolffsamson.com; lawschmidt@erols.com;
lwright@EdwardsAngell.com

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1815
*Merit Metals Products Corp.*

A. Nicole Friant, Esquire
Duane Morris, LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7398
*Fcg, Inc. (Flexible Circuits) & Etched Circuits, Inc.*

David M. Doto, Esquire
Richard C. Biedrzycki, Esquire
Phelan, Pettit & Biedrzycki
North American Building, Suite 1600
121 S. Broad Street
Philadelphia, PA 19107
*Ashland, Inc.* (local counsel)

Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
902 One Montgomery Plaza
P.O. Box 751
Norristown, PA 19404
*NRM Investment Co.*

Melissa Flax, Esquire
John Agnello, Esquire
G. Glennon Troublefield, Esquire
Carella, Byrne, Gilfillan, Cecchi, Stewart & Olstein, P.C.
Five Becker Farm Road
Roseland, New Jersey 07068-1739
*Handy & Harman Tube Company*

Andrew P. Foster, Esquire
Adina M. Dziuk, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
*Rahns Speciality Metals, Inc.,*
*Techalloy Co., Inc.,*
*Thomas & Betts Corporation,*
*Unisys Corporation*

Richard Friedman, Esquire
Scott A. Gould, Esquire
Alexandra Chiaruttini, Esquire
McNees, Wallace & Nurick
P.O. Box 1166
100 Pine Street
Harrisburg, PA 17108-1166
*Knoll, Inc.*

Glenn A. Harris, Esquire
Ballard, Spahr, Andrews & Ingersoll
Plaza 1000, Suite 500
Main Street
Voorhees, N.J. 08043-4636
*Boarhead Farm Agreement Group*

Robin Lampkin-Isabel, Esquire
Senior Litigation Counsel
Ashland, Inc.
5200 Blazer Parkway
Dublin, OH 43017
*Ashland, Inc.*

Steven J. Lemon, Esquire
Jones, Lemon, Graham & Chaney
28 North Bennett Street, Suite A
P.O. Box 805
Genova, IL 60134-0805
*Plymouth Tube Company*

Jennifer Berke Levin, Esquire
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA 19106-2349
*Rohm and Haas Company*

Sharon Oras Morgan, Esquire
Mattleman, Weinroth & Miller
Land Title Building, Suite 2226
Broad and Chestnut Streets
Philadelphia, PA 19110
*Simon Wrecking Co. Inc.*

Jerome C. Muys, Jr., Esquire
Laura A. Ford, Esquire
Swidler Berlin Shereff Friedman
3000 K St. Suite 300
Washington, D.C. 20007
*Emhart Industries, Inc.*

Ronald J. Reid, III
Manager, Health/Safety/Environment
Diaz Chemical Corp.
40 Jackson Street
Holley, NY 14470-1156
*Diaz Chemical Corp*

Thomas Sabino, Esquire
John M. Simon, Esquire
Diana I. Buongiorno, Esquire
Wolff & Samson
5 Becker Farm Road
Roseland, N.J. 07068-1776
*Advanced Environmental Technology Corp.*

Sandford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ 08055
*Quikline Design*

Daniel L. Williams
Vice-President, Finance
Flexible Circuits
202 Valley Road
Warrington, PA 18976-2580
*Flexible Circuits*

Lynn Wright, Esquire
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
*Carpenter Technology Corporation*
email: lwright@EdwardsAngell.com

[To be identified]
Boarhead Corporation

[To be identified]
Crown Metro, Inc.

[To be identified]
Globe Disposal Co., Inc.

[To be identified]
Globe Wastech, Inc.