**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | ) | |
| Plaintiff, | ) | Civil Action No. 02-3830 |
| v. | ) | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of the United States' Motion for Leave to File Reply Brief, it is hereby ORDERED that the motion is GRANTED, and it is further ORDERED that the proposed reply memorandum be accepted for filing.

SO ORDERED,

This _____ day of _____, 2004

_____
Hon. Legrome D. Davis
United States District Judge