IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, : | | CIVIL ACTION |
|     Plaintiff, : | | |
| : | | |
|     v. : | | |
| : | | |
| ADVANCED ENVIRONMENTAL : | | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., : | | |
|     Defendants. : | | |

O R D E R

AND NOW, this 2nd day of June 2004, upon consideration of the request of Plaintiff's counsel dated May 26, 2004, it is ordered as follows:

A second case management conference will be held at 11:00 AM on Thursday, June 10, 2004 in Courtroom 12A, United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

Counsel for Plaintiff is directed to provide a copy of the proposed Fifth Case Management Order to the Court no later than 5:00 PM on Tuesday, June 8, 2004.

It is further ORDERED that counsel participating in the Conference notify Judge Davis' Civil Deputy, Carol Sampson, by telephone (267-299-7650) or facsimile (267-299-5076) of their intention to attend no later than 5:00 PM on Wednesday, June 9, 2002.

BY THE COURT:

Legrome D. Davis