08/09/2004 15:35   6102790696                                        PAGE 02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 02-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET. AL., | : | |
| Defendants. | : | |

## STIPULATION OF EXTENSION

It is hereby stipulated and agreed that the time for Plaintiff Boarhead Farm Agreement Group to answer, move, or otherwise plead in response to the Counterclaim of NRM Investment Company is extended to August 23, 2004.

Boarhead Farm Agreement Group                NRM Investment Company

By: Glenn A. Harris                          By: Edward Fackenthal

Dated: August 9, 2004

VH_DOCS_A #157312 v1