IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 02-3850 |
| : | |
| ADVANCED ENVIRONMENTAL : | |
| TECHNOLOGY CORPORATION, ET AL., : | |
| : | |
| Defendants. : | |

**STIPULATION EXTENDING TIME TO ANSWER
PLAINTIFF'S MOTION TO OVERRULE OBJECTIONS AND
<u>COMPEL DEFENDANT ASHLAND TO RESPOND TO DISCOVERY REQUESTS</u>**

Plaintiff and the undersigned defendant hereby stipulate and agree that the time in which the Defendant shall respond to the Plaintiff's Motion To Overrule Objections And Compel Defendant Ashland Chemical Company To Respond to Plaintiff's Discovery Requests is extended until November 5, 2004.

Boarhead Farm Agreement Group

_____
Monique M. Mooney

Ashland Inc., designated as
Ashland Chemical Company

_____
Richard C. Biedrzycki

_____
LeGrome D. Davis, U.S.D.J.

Date:   October 18, 2004