IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 02-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET. AL. | : : : : | |
| Defendants. | : : | |

## ORDER

AND NOW, this 1st day of November, 2004, it is hereby ORDERED that the time to respond to Plaintiff's Motion to Overrule Objections and Compel Defendant Ashland to Respond to Discovery Requests (Doc. No. 111), filed October 8, 2004, is hereby extended until November 5, 2004.

BY THE COURT:

_____
Legrome D. Davis, J.