WOLFF & SAMSON PC
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
Attorneys for Defendant, Advanced Environmental Technology Corp. (TS-6491)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-3830 (LDD) <br><br> **DEFENDANT AETC'S MOTION TO OVERRULE OBJECTIONS AND COMPEL PLAINTIFF BOARHEAD FARM AGREEMENT GROUP TO RESPOND TO AETC'S DISCOVERY REQUESTS** |

PLEASE TAKE NOTICE that as soon as counsel may be heard, Wolff & Samson PC the undersigned counsel for Defendant, Advanced Environmental Technology Corporation ("AETC"), shall move before this Court, pursuant to Fed. R. Civ. R. 37(a), to overrule the objections of Plaintiff Boarhead Farm Agreement Group ("BFAG") to AETC's Initial Set of Interrogatories and Document Demands ("AETC's Discovery Requests"), and to compel BFAG to respond to certain interrogatories and requests for production of documents contained in AETC's Discovery Requests.

PLEASE TAKE FURTHER NOTICE that in support of the within application, Defendants shall rely upon the accompanying Memorandum of Law and Declaration of Thomas Sabino;

931792.01

PLEASE TAKE FURTHER NOTICE that oral argument is not requested, unless opposition is filed.

WOLFF & SAMSON PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 070552-3698
Attorneys for Defendant, Advanced
Environmental Technology Corp.


By:    /s/ Thomas Sabino_____

November 29, 2004              THOMAS SABINO

931792.01