CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2004, Defendant Advanced Environmental Technology Corporation's ("AETC") Motion to Overrule Objections and Compel Response to AETC's Discovery Requests was sent for filing, via Federal Express overnight delivery, to the Clerk of the United States District Court for the Eastern District of Pennsylvania. In addition, a true and correct copy of the foregoing motion was served, via Federal Express overnight delivery, upon counsel for the Plaintiff, Glenn A. Harris, Esq., and by first class mail, postage prepaid, upon the following:

| | |
|---|---|
| Richard Biedrzycki, Esquire<br>Phelan, Pettit & Biedrzycki<br>Suite 1600<br>The North American Bldg.<br>121 South Broad Street<br>Philadelphia, PA 19107<br>**Ashland Chemical Company** | Melissa E. Flax, Esquire<br>Carella, Byrne, Bain, Gilfillan,<br> Cecchi, Stewart & Olstein<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>**Handy & Harman Tube Co.** |
| Andrew Foster, Esquire<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18 & Cherry Streets<br>Philadelphia, PA 19103-6996<br>**Techalloy Co., Inc. and**<br>**Thomas & Betts Corp.** | Stephen P. Chawaga, Esq.<br>Monteverde, McAlee & Hurd<br>One Penn Center at Suburban Station<br>1617 John F. Kennedy Blvd.<br>Suite 1500<br>Philadelphia, PA 19103-1815<br>**Merit Metals Products Corp.** |
| Lynn Wright, Esquire<br>Edwards & Angell<br>750 Lexington Avenue<br>New York, NY 10022<br>**Carpenter Technology Corporation** | Edward Fackenthal, Esq.<br>Law Office of Edward Fackenthal<br>One Montgomery Plaza – Suite 209<br>Norristown, PA 19401<br>**NRM Investment Company** |
| Nichole Friant, Esq.<br>Duane Morris LLP<br>Suite 4200, One Liberty Place<br>Philadelphia, PA 19103-7396<br>**Etched Circuits, Inc. & FCG, Inc.** | |

Dated: November 30, 2004

_____
THOMAS SABINO, ESQUIRE
Attorney for Defendant
Advanced Environmental Technology Corporation

932459.01