IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET. AL. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of January 2005, upon consideration of Plaintiff Boarhead Farm Agreement Group's Motion to Compel Defendant Carpenter Technology Corporation to Respond to Plaintiff's Discovery Requests (Doc. No. 113) filed October 22, 2004, it is hereby ORDERED that Plaintiff's Motions is GRANTED as unopposed.

BY THE COURT:

_/s/_____
Legrome D. Davis, J.