IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 02-CV-3830 |
| ADVANCED ENVIRONMENTAL<br>TECHNOLOGY CORPORATION, ET AL., | : Judge Legrome D. Davis |
| Defendants. | : |

## FLEXIBLE CIRCUITS' MOTION TO JOIN
## IN DEFENDANTS TECHALLOY CO., INC. AND RAHNS
## SPECIALTY METALS, INC.'S MOTION TO COMPEL RESPONSES TO
## INTERROGATORIES AND FOR EXTENSION OF FACT DISCOVERY PERIOD

Defendant fcg, inc. t/a Flexible Circuits ("FCG"), by and through its undersigned counsel, Duane Morris LLP, hereby joins in defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period. Defendant FCG hereby incorporates by reference defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period and Memorandum of Law as if set forth herein at length.

PH2\851151.1

WHEREFORE, defendant FCG, respectfully requests that this Court grant defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period.

Respectfully submitted,
**DUANE MORRIS LLP**

BY: _____
Seth v.d.H. Cooley
A. Nicole Friant

One Liberty Place, Suite 4200
Philadelphia, PA 19103
(215) 979-1000

Attorneys for Defendant
fcg, inc. t/a Flexible Circuits

Date: March 17, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has this date caused true and correct copies of the attached Motion To Join In Defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion To Compel Responses To Interrogatories and for Extension of Fact Discovery Period to be served on all counsel of record via first class mail, postage prepaid, addressed as follows:

**Counsel for Boarhead Farm Agreement Group**
Glenn A. Harris, Esquire
Ballard Spahr Andrews &
 Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043-4636
(856) 761-3440
(856) 761-9001 (Fax)
harrusg@ballardspahr.com

**Counsel for Advanced Environmental Technology**
Thomas Sabino, Esquire
Wolff & Samson
5 Becker Farm Road
Roseland, NJ 07068-1776
(973) 740-0500
(973) 436-4440 (Fax)
tsabino@wolffsamson.com

**Counsel for Ashland Chemical Company**
Richard Biedrzycki, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Bldg.
121 South Broad Street
Philadelphia, PA 19107
(215) 546-0500
(215) 546-9444 (Fax)
rbiedrzycki@pp-b.com

**Counsel for Carpenter Technology Corporation**
Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
(212) 756-0215

PH2\851151.1

3

(888) 325-9169 (Fax)
lwright@ealaw.com

**Counsel for Diaz Chemical Corp.**
Ronald J. Reid, III
Manager, Health/Safety/Environment
Diaz Chemical Corp.
40 Jackson Street
Holley, NY 14470-1156
(716) 638-6321
(716) 638-8356 (Fax)
reid@diazche.com

**Counsel for Handy & Harman Tube Co.**
Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
 Stewart & Olstein
Five Becker Farm Road – 3rd Fl.
Roseland, NJ 07068-1739
(973) 994-1700
(973) 994-1744 (Fax)
mflax@carellabyrne.com

**Counsel for Merit Metals Products Corp.**
Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd.
Suite 1500
Philadelphia, PA 19103-1815
(215) 557-2950
(215) 557-2990/2991
schawaga@monteverde.com

**Counsel for NRM Investment Company**
Edward Fackenthal, Esquire
Henderson, Wetherill, O'Hey & Horshey
P.O. Box 751
Suite 902
One Montgomery Plaza
Norristown, PA 19404
(610) 279-3370
(610) 279-0696 (Fax)
edwardfackenthal@cs.com

_____
A. Nicole Friant

Date: 3/17/05