## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP, : :
                       :

                   Plaintiff, :

                       :

         v.                    :         Civil Action No. 02-3830

                       :

ADVANCED ENVIRONMENTAL : TECHNOLOGY CORPORATION, et al., :

                       :

                Defendants. :

### STIPULATION EXTENDING TIME FOR DEFENDANT
### ASHLAND INC. TO ANSWER PLAINTIFF'S
### MOTION TO COMPEL DOCUMENTS AND FOR SANCTIONS

        Plaintiff and the undersigned Defendant hereby stipulate and agree that the time in which

the Defendant shall respond to the Plaintiff's Motion To Overrule Objections And Compel

Defendant Ashland Chemical Company To Respond to Plaintiff's Discovery Requests, filed on

March 4, 2005, is extended until March 25, 2005.

 

_____         _____
MONIQUE M. MOONEY                    RICHARD C. BIEDRZYCKI
Counsel for Plaintiff                       Counsel for Defendant Ashland Inc.,
Boarhead Farm Agreement Group         designated as Ashland Chemical Company


                              APPROVED BY THE COURT:


                             _____
                             LEGROME D. DAVIS, U.S.D.J.

Date:   March 18, 2005

G:\DATA\1357-29\Pldgs\STIP-ETto A Motion to Compel2.wpd

Revised: August 3, 2004                                                    #1357-29

**Boarhead Farm Agreement Group v.**
**Advanced Environmental Technology Corporation, et al.**
**U.S.D.C., E.D.Pa. Civil Action No. 02-3850**

**SERVICE LIST (Non-Settled Defendants)**

**Counsel for Plaintiff:**

Monique M. Mooney, Esquire
Glenn A. Harris, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
Phone: (215) 864-8189
Fax: (215) 864-9266
harrisg@ballardspahr.com
mooney@ballardspahr.com

**Counsel for Defendants:**

*Advanced Environmental Technology Corporation*
Thomas Sabino, Esquire
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
Phone: 973-325-1500
Fax: 973-325-1501
tsabino@wolffsamson.com

*Carpenter Technology Corporation*
Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone: (212) 756-0215
Fax: (888) 325-9169
lwright@ealaw.com

**Handy & Harman Tube Company**
Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfillan,
        Cecchi, Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
Phone: (973) 994-1700
Fax: (973) 994-1744
mflax@carellabyrne.com

**Merit Metals Products Corp.**
Stephen P. Chawaga, Esquire
Monteverde, Mcalee & Hurd
One Penn Center
Suite 1500
1617 JFK Boulevard
Philadelphia, PA 19103-1815
Phone: (215) 557-2900
Fax: (215) 557-2990
schawaga@monteverde.com

**NRM Investment Co.**
Edward Fackenthal, Esquire
Law Office of Edward Fackanthal
One Montgomery Plaza
Suite 209
Norristown, PA 19401
Phone: (610) 279-3370
Fax: (610) 279-0696
edwardfackenthal@cs.com

**Rahns Specialty Metals, Inc.**
**Techalloy Co., Inc.**
**Thomas & Betts Corporation**
Andrew P. Foster, Esquire
Adina M. Dziuk, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Phone: (215) 988-2700
Fax: (215) 988-2757
andrew.foster@dbr.com
Adina.Bingham@dbr.com

***Flexible Circuits***
Seth v.d.H. Cooley, Esquire
A. Nicole Friant, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396
Telephone: 215-979-1000
Fax: 215-979-1020
scooley@duanemorris.com
anfriant@duanemorris.com

G:\DATA\1357-29\ServiceList(NSDefs).wpd