IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP, :
: 
    Plaintiff, :
:
v. : Civil Action No. 02-3830
:
ADVANCED ENVIRONMENTAL :
TECHNOLOGY CORPORATION, ET AL., :
:
    Defendants. :

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Pursuant to Rules 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereby Stipulate that all Defendants shall have an extension of time until April 4, 2005, within which to file their responses, if any, to the Plaintiff's Motion for Leave to Amend Third Amended Complaint, which Motion was filed with the Court on March 11, 2005.

_____
Glenn A. Harris
**Counsel for Plaintiff**
   **Boarhead Farm Agreement Group**
BALLARD SPAHR ANDREWS &
  INGERSOLL, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ  08043

_____
Andrew P. Foster
**On behalf of all Defendants**
  (for Stipulation only)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103

IT IS SO ORDERED.

Legrome D. Davis, Judge