IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : : : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : : | 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : : : : | |
| Defendants. | : : | |

**HANDY & HARMAN TUBE COMPANY, INC.'S MOTION TO JOIN IN DEFENDANTS TECHALLOY CO., INC. AND RAHNS SPECIALTY METALS, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND FOR EXTENSION OF FACT DISCOVERY PERIOD**

Defendant, Handy & Harman Tube Company, Inc. (Handy & Harman Tube Company"), by and through its undersigned counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, hereby joins in defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period. Defendant Handy & Harman Tube Company hereby incorporates by reference defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period and Memorandum of Law as if set forth herein at length.

WHEREFORE, defendant Handy & Harman Tube Company respectfully requests that this Court grant defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period.

        Respectfully submitted,

        CARELLA, BYRNE, BAIN, GILFILLAN,
        CECCHI, STEWART & OLSTEIN

By:     MF1386
        MELISSA E. FLAX

        5 Becker Farm Road
        Roseland, New Jersey 07068

        Attorneys for Defendant,
        Handy & Harman Tube Company, Inc.

Dated: March 21, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date caused true and correct copies of the attached Motion to Join in Defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period to be served on all counsel of record via first class mail, postage prepaid, addressed as follows:

*Boarhead Farm Agreement Group*

| | |
|---|---|
| Glenn A. Harris, Esq. | Monique M. Mooney, Esq. |
| Ballard Spahr Andrews & Ingersoll, LLP | *Ballard, Spahr, Andrews & Ingersoll* |
| Plaza 1000 – Suite 500 | 1735 Market Street |
| Main Street | 51st Floor |
| Voorhees, New Jersey 08043-4636 | Philadelphia, Pennsylvania 19103 |
| Tel:     (856) 761-3400 | Tel:     (215) 864-8189 |
| Fax:     (856) 761-1020 | Fax:     (215) 864-9266 |
| E-mail:  harris@ballardspahr.com | E-mail:  mooney@ballardspahr.com |

*Advanced Environmental Technology Corp.*
Thomas W. Sabino, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone: (973) 740-0500
Fax: (973) 740-1407
Email: tsabino@wolffsamson.com

*Ashland, Inc.*
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone: (215) 546-0500
Fax: (215) 546-9444
Email: rbiedrzycki@pp-b.com

*Carpenter Technology Corporation*
Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone: 212-756-0215
Fax: 888-325-9169
Email: lwright@ealaw.com

***Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)***
A. Nicole Friant, Esq.
Duane Morris
One Liberty Place
Philadelphia, Pennsylvania  19103-7396
Phone:  (215) 979-1818
Fax:  (215) 979-1020
Email:  anfriant@duanemorris.com

***Merit Metals Products Corp.***
Stephen P. Chawaga, Esq.
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815
Phone:  215-557-2900
Fax:  215-557-2990
Email:  schawaga@monteverde.com

***NRM Investment Co.***
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA  19401
Phone:  610-279-3370
Fax:  610-279-0696
Email:  edwardfackenthal@cs.com

***Rahns Specialty Metals, Inc/Techalloy Co., Inc.,***
***Thomas & Betts, and Unisys***
Andrew P. Foster, Esq.
Adina Dziuk, Esq.
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Phone:  215-998-2700
Fax: 215-988-2757
Email:  andrew.foster@dbr.com

            MF1386
           MELISSA E. FLAX

Dated: March 21, 2005