IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>       Plaintiff,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>       Defendants. | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION<br>:   NO. 02-3830<br>:<br>:<br>:<br>: |

**PRAECIPE TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL
DEFENDANT CARPENTER TECHNOLOGY CORPORATION
TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND FOR SANCTIONS**

      Plaintiff, Boarhead Farm Agreement Group, by and through its attorneys, hereby withdraws, without prejudice, Plaintiff's Motion To Compel Defendant Carpenter Technology Corporation To Respond To Plaintiff's Discovery Requests And For Sanctions (Docket Entry No. 134).

                                        Respectfully submitted,

Dated: March 24, 2005           By:  _____
                                                    Glenn A. Harris, Esquire
                                                      Monique M. Mooney, Esquire
                                                      Anne K. Heidel, Esquire
                                                      BALLARD SPAHR ANDREWS &
                                                           INGERSOLL, LLP
                                                     1735 Market Street, 51st Floor
                                                     Philadelphia, PA 19103-7599
                                                     (215) 665-8500

                                                     Attorneys for Plaintiff Boarhead Farm
                                                     Agreement Group

PHL_A #1983420 v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, the Praecipe To Withdraw Plaintiff's Motion To Compel Defendant Carpenter Technology Corporation To Respond To Plaintiff's Discovery Requests And For Sanctions was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania. In addition, where electronic notice from the Court was not applicable, a true and correct copy was served via fax and first-class mail on the following:

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian,
    Cecchi, Stewart, & Olstein, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739

*Counsel for Handy & Harman Tube Company*

                                                                                                                       _____
                                                                                                                         Anne K. Heidel