IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>    Plaintiff,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:  NO. 02-3830<br>:<br>:<br>:<br>: |

**PRAECIPE TO WITHDRAW
PLAINTIFF BOARHEAD FARM AGREEMENT GROUP'S
MOTION TO COMPEL DOCUMENTS AND FOR SANCTIONS
<u>AGAINST DEFENDANT ASHLAND INC.</u>**

Plaintiff, Boarhead Farm Agreement Group, by and through its attorneys, hereby withdraws, without prejudice, its Motion To Compel Documents And For Sanctions Against Defendant Ashland, Inc. (Docket Entry No. 135).

Respectfully submitted,

Dated: March 24, 2005        By: _____
                                Glenn A. Harris, Esquire
                                Monique M. Mooney, Esquire
                                Anne K. Heidel, Esquire
                                BALLARD SPAHR ANDREWS &
                                    INGERSOLL, LLP
                                1735 Market Street, 51st Floor
                                Philadelphia, PA 19103-7599
                                (215) 665-8500

                                Attorneys for Plaintiff Boarhead Farm
                                Agreement Group

PHL_A #1983419 v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, the Praecipe to Withdraw Plaintiff Boarhead Farm Agreement Group's Motion To Compel Documents And For Sanctions Against Defendant Ashland, Inc. was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania. In addition, where electronic notice from the Court was not applicable, a true and correct copy was served via fax and first-class mail on the following:

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian,
     Cecchi, Stewart, & Olstein, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739

*Counsel for Handy & Harman Tube Company*

                                                                   _____
                                                                   Anne K. Heidel