IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL.<br><br>Defendants. | CIVIL ACTION NO.<br>02-CV-3830<br><br>Judge Legrome B. Davis |

**CARPENTER TECHNOLOGY CORPORATION'S MOTION TO JOIN IN DEFENDANTS TECHALLOY CO., INC. AND RAHNS SPECIALTY METALS, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND FOR EXTENSION OF FACT DISCOVERY PERIOD**

Defendant Carpenter Technology Corporation, by and through its undersigned counsel, Edwards & Angell, LLP, hereby joins in defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period. Defendant Carpenter Technology Corporation hereby incorporates by reference defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period and Memorandum of Law as if set forth herein at length.

WHEREFORE, defendant Carpenter Technology Corporation respectfully requests that this Court grant defendants Techalloy Co., Inc. and Rahns Specialty Metals, Inc.'s Motion to Compel Responses to Interrogatories and for Extension of Fact Discovery Period.

>Respectfully submitted,
>**EDWARDS & ANGELL, LLP**
>
>By: *[signature]*
>Lynn Wright
>
>51 John F. Kennedy Parkway
>Short Hills, New Jersey 07078
>(973) 376-3380
>
>Attorneys for Defendant
>Carpenter Technology Corporation

Dated: March 28, 2005