IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOARHEAD FARM AGREEMENT GROUP,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ADVANCED ENVIRONMENTAL** | : | **NO. 02-3830** |
| **TECHNOLOGY CORPORATION, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this  30th  day of March, 2005, upon consideration of Plaintiff Boarhead Farm Agreement Group's Motion to Amend Third Amended Complaint (Doc. No. 137), filed March 11, 2005, it is hereby ordered that the Motion is GRANTED as unopposed.[1]

                                                    **BY THE COURT:**

                                                    __/s/_____
                                                    **Legrome D. Davis, J.**

---

[1] Failure to respond to a properly filed motion within the time set forth by Local R. of Civ. Procedure 7.1 permits the court to treat the motion as uncontested. Fiore v. Giant Food Stores, 1998 U.S. Dist. LEXIS 5418 (E.D.Pa. Apr. 17, 1998). No response was filed by the March 25, 2005 deadline.