IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOARHEAD FARM AGREEMENT GROUP,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **ADVANCED ENVIRONMENTAL** | : | **NO. 02-3830** |
| **TECHNOLOGY CORPORATION, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 31st day of March, 2005, it is hereby ORDERED that the Court's Order of March 30, 2005 (Doc. No. 151) is VACATED.

BY THE COURT:

____/s/_____
**Legrome D. Davis, J.**