IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : |
| Defendants. | : |

**HANDY & HARMAN TUBE COMPANY, INC.'S CROSS MOTION
FOR SUMMARY JUDGMENT**

Defendant, Handy & Harman Tube Company, Inc. (Handy & Harman Tube Company"), by and through its undersigned counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, hereby cross moves against plaintiff Boarhead Farm Agreement Group for summary judgment with respect to the Third Amended Complaint. For the reasons set forth in the accompanying memorandum, Handy & Harman Tube Company's cross motion should be granted.

Respectfully submitted,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

By: _____MF1386_____
MELISSA E. FLAX
5 Becker Farm Road
Roseland, New Jersey 07068

Attorneys for Defendant,
Handy & Harman Tube Company, Inc.

Dated: April 4, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date caused true and correct copies of the attached Cross Motion to Dismiss the Third Amended Complaint to be served on all counsel of record via email and first class mail, postage prepaid, addressed as follows:

***Boarhead Farm Agreement Group***
Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:    (856) 761-3400
Fax:    (856) 761-1020
E-mail:   harris@ballardspahr.com

Monique M. Mooney, Esq.
*Ballard, Spahr, Andrews & Ingersoll*
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
Tel:    (215) 864-8189
Fax:    (215) 864-9266
E-mail:   mooney@ballardspahr.com

***Advanced Environmental Technology Corp.***
Thomas W. Sabino, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone:  (973) 740-0500
Fax:  (973) 740-1407
Email:  tsabino@wolffsamson.com

***Ashland, Inc.***
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone:  (215) 546-0500
Fax:  (215) 546-9444
Email:  rbiedrzycki@pp-b.com

***Carpenter Technology Corporation***
Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone:  212-756-0215
Fax:  888-325-9169
Email:  lwright@ealaw.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*
A. Nicole Friant, Esq.
Duane Morris
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
Phone: (215) 979-1818
Fax: (215) 979-1020
Email: anfriant@duanemorris.com

*Merit Metals Products Corp.*
Stephen P. Chawaga, Esq.
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1815
Phone: 215-557-2900
Fax: 215-557-2990
Email: schawaga@monteverde.com

*NRM Investment Co.*
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
Phone: 610-279-3370
Fax: 610-279-0696
Email: edwardfackenthal@cs.com

*Rahns Specialty Metals, Inc/Techalloy Co., Inc.,
Thomas & Betts, and Unisys*
Andrew P. Foster, Esq.
Adina Dziuk, Esq.
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Phone: 215-998-2700
Fax: 215-988-2757
Email: andrew.foster@dbr.com

                                               MF1386
                                        MELISSA E. FLAX

Dated: April 4, 2005