IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP,

    Plaintiff,

v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
02-cv-3830 (LDD)

**ORDER DENYING PLAINTIFF'S MOTION TO FILE A FOURTH AMENDED COMPLAINT AND GRANTING HANDY & HARMAN TUBE COMPANY, INC.'S CROSS MOTION FOR SUMMARY JUDGMENT**

AND NOW, this _____ day of _____ 2005, upon consideration of plaintiff's motion and defendant Handy & Harman Tube Company, Inc.'s opposition and cross motion, it is hereby ORDERED that plaintiff's motion for leave to file a Fourth Amended Complaint is DENIED and Handy & Harman Tube Company, Inc.'s Cross Motion for Summary Judgment dismissing the Third Amended Complaint is GRANTED.

                                                    _____
                                                   Legrome D. Davis, Judge