**EXHIBIT A**



## U.S. Environmental Protection Agency
# Mid-Atlantic Superfund

Serving Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, and West Virginia

Recent Additions | Contact Us | Print Version    Search: [    ] GO

EPA Home > Superfund > Regions > Mid-Atlantic Superfund > Pennsylvania Sites > Boarhead Farms
EPA Home > Region 3 > Cleanup in Region 3 > Mid-Atlantic Superfund > Pennsylvania Sites > Boarhead Farms

Superfund Home
Region 3 Home
Region 3 Cleanup

Region 3 Superfund
Federal Facilities
Delaware
District of Columbia
Maryland
Pennsylvania
Virginia
West Virginia
All NPL Sites
Administrative Record Online
Superfund Documents: Five-year Reviews & Close Out Reports

What's New
Newsroom
Enforcement
Grants & Funding
Partnerships
Related Links
Calendar

# Boarhead Farms

## Current Site Information

| EPA Region 3 (Mid-Atlantic) | EPA ID# PAD047726161 | Other Names |
|---|---|---|
| Pennsylvania<br>Bucks County<br>Bridgeton Township | 8th Congressional District<br><br>Last Update: Janury 2004 | Boarhead Corporation |

## Current Site Status

The U.S. Environmental Protection Agency (EPA) has entered into a consent agreement with a small group of Potentially Responsible Parties (PRPs). The PRPs have completed activities associated with the ground water portion of the Site cleanup (Operable Unit 1). These activities include operating, maintaining, and upgrading an existing ground water treatment system and assuming the maintenance responsibilities for carbon filter units previously installed on 18 home wells. These filters were recently replaced and based on several years of monitoring data, filters have been removed from all but 6 residences. Ongoing activities (planned for February 2004) include expansion of the monitoring well system in the area beyond the interceptor trench. In December 2002 a group of PRPs entered into a Consent Decree to perform the clean-up actions associated with OU2. Work on cleanup actions to address contaminated soils and buried drums (Operable Unit 2) began in March 2003. During the course of this clean-up over 900 drums were excavated and shipped off-site for disposal. In addition 3000 tons of hazardous soils were also shipped off-site for disposal. The work on OU2 was completed in November 2003.

## Site Description

The 113-acre Boarhead Farms site in Upper Black Eddy, Bridgeton Township, Pennsylvania, was used for horse breeding until 1970, when the Boarhead Corporation purchased the property and began to repair equipment and store waste materials associated with its waste salvaging and hauling business. Shaak Excavating Company (also known as the Keystone Excavating Company), a heavy equipment firm, leases a portion of the property. The exact amount of waste disposed of at the site is unknown. However, EPA has removed over 2,500 drums of waste which were buried on the property. In addition, the contents of numerous tank trucks were discharged at the site. A number of releases have occurred on the property, attributed to broken valves on trucks that stopped for repairs or to discharges by the Boarhead Corporation. Discharges included 3,000 gallons of ferrous chloride, in 1973, and, in 1976, 4,000 gallons of ammonia and 2,700 gallons of sulfuric acid. After the last spill, the State of Pennsylvania issued an injunction forbidding any chemicals to be brought onto the property. Approximately 900 people live within 3 miles of the site and obtain drinking water from public and

private wells. Roughly 1/3 of the site is low-lying wetlands. The Delaware River, which is used for recreational activities, is 2-½ miles downgradient from the site.

**Site Responsibility**
Cleanup of this site is the responsibility of the Federal and State governments.

**NPL Listing History**
Our country's most serious, uncontrolled, or abandoned hazardous waste sites can be cleaned using federal money. To be eligible for federal cleanup money, a site must be added to the National Priorities List. This site was proposed to the list on June 24, 1988 and formally added to the list on March 31, 1989. The Record of Decision detailing all of the specific remedial actions was signed on November 18, 1998.

## Threats and Contaminants

In 1984, EPA detected volatile organic chemicals (VOCs) and heavy metals in wells, surface waters, and sediments on the site thought to have been caused by the release of hazardous materials. Although only sporadic instances of contamination were found in residential wells, people in the area could be exposed to contaminants by drinking or coming into direct contact with contaminated ground water or surface water. All home wells currently affected by the site are being treated by carbon filtration units to ensure that residents have safe drinking water. An on-site farmhouse well is heavily contaminated with VOCs. On-site wetlands could be affected by contaminants from the ground water and surface water.

Contaminant descriptions and associated risk factors are available on the Agency for Toxic Substance and Disease Registry, an arm of the CDC, web site at http://www.atsdr.cdc.gov/hazdat.html EXIT disclaimer

## Cleanup Progress

This site has been addressed by three emergency removal actions. In 1992 and 1993 over 2,500 buried drums and numerous leaking tank trucks were removed from the site. In January 1997 approximately 18 residences were supplied with carbon filters for their drinking water wells. In addition, an interception trench and on-site groundwater treatment facility have been constructed to treat VOC contamination. The treatment facility is currently in operation and will be upgraded to improve its ability to treat volatile organic compounds and to remove heavy metals.

EPA conducted a remedial investigation and feasibility study (RI/FS) to fully characterize site contamination for soil and ground water and to identify possible alternatives for remedy selection. The Proposed Remedial Action Plan was issued on January 5, 1998. It outlined EPA's preferred alternative and a 90 day public comment period followed. The Record of Decision (ROD) for this site was issued on November 18, 1998. It called for the remedial action to perform the following tasks: excavation and removal of remaining buried drums, clean-up of contaminated soils, and collection and treatment of contaminated groundwater. The ground water remedies are being conducted by a small group of cooperating Potentially Responsible Parties (PRPs). The remedial action for OU 2 was completed, via December 2002 Consent Decree with the PRPs, in November 2003. Monitoring of the groundwater components continues on a tri-annual basis.

### Site Contacts

### Administrative Record Locations

Region 3 | Cleanup in Region 3 | Cleanup - Where You Live | EPA Home | EPA Cleanup Homepage

EPA Home | Privacy and Security Notice | Contact Us

Last updated on Thursday, March 17th, 2005
URL: http://www.epa.gov/reg3hwmd/npl/PAD047726161.htm