IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>            Plaintiff,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION<br>:   NO. 02-3830<br>:<br>:<br>:<br>: |

**PRAECIPE TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFF'S GLOBAL DISCOVERY REQUESTS WITH RESPECT TO DEFENDANT HANDY & HARMAN TUBE CO.**

Plaintiff, Boarhead Farm Agreement Group, by and through its attorneys, hereby withdraws, without prejudice, its Motion To Compel Defendants To Respond To Plaintiff's Global Discovery Requests (Docket Entry No. 143) with respect to Defendant Handy & Harman Tube Co. Plaintiff's Motion To Compel Defendants To Respond To Plaintiff's Global Discovery Requests remains pending against Defendants NRM and Merit Metals Corp.

Respectfully submitted,

Dated: April 5, 2005    By: _____
Glenn A. Harris, Esquire
Monique M. Mooney, Esquire
Anne K. Heidel, Esquire
BALLARD SPAHR ANDREWS &
   INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

Attorneys for Plaintiff Boarhead Farm Agreement Group

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2005, the Praecipe to Withdraw Plaintiff's Motion To Compel Defendants To Respond to Plaintiff's Global Discovery Requests With Respect To Handy & Harman Tube Co. was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania.  In addition, where electronic notice from the Court was not applicable, a true and correct copy was served via fax and first-class mail on the following:

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian,
        Cecchi, Stewart, & Olstein, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739

*Counsel for Handy & Harman Tube Co.*

_____
Anne K. Heidel

PHL_A #1986994 v1