DRINKER BIDDLE & REATH LLP
Andrew P. Foster, Esq.
Adina D. Bingham, Esq.
One Logan Square                           Attorneys for Defendants
18th and Cherry Streets                    Techalloy Co., Inc.,
Philadelphia, PA 19103                     Rahns Specialty Metals, Inc.,
(215) 988-2696                             Thomas & Betts Corp.

UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP,    :
                                  :
        **Plaintiff**             :
                                  :    **CIVIL ACTION**
            v.                    :    **No. 02-3830**
                                  :
ADVANCED ENVIRONMENTAL            :
TECHNOLOGY CORPORATION et al.,    :
                                  :
        **Defendants**            :

## NOTICE OF DEPOSITION

TO:   Glenn Harris, Esq.
      Ballard Spahr Andrews & Ingersoll, LLP
      Plaza 1000 – Suite 500
      Main Street
      Vorhees, NJ 08043-4636
      Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, the deposition upon oral examination of the Rule 30(b)(6) witness identified below will be taken before a notary public or some other officer authorized by law to administer oaths and take depositions, at

PHLIT\520752\1

the offices of Drinker Biddle & Reath LLP, One Logan Square, 18th and Cherry Streets, Philadelphia, PA 19103 on March 18, 2005 beginning at 9:00 a.m., or at such other date and time as may be scheduled by agreement of the parties. This examination is to be conducted from day to day or upon such adjourned date(s) as may be agreed upon until concluded.

The deponent will be Plaintiff Boarhead Farm Group Agreement (on behalf of itself and its members), by its representative or representatives designated pursuant to Fed. R. Civ. Pro. 30(b)(6) with regard to the following matters:

1. The volume of waste generated by each of the following entities that was disposed at the Boarhead Farm Superfund Site (the "Site"):

    A. Each non-settled Defendant;

    B. Each settled Defendant;

    C. Each BFAG member;

    D. Every other entity or person that BFAG believes is a liable party under CERCLA or HSCA with respect to the Site.

2. The types and amounts of hazardous substances contained in waste generated by each of the following entities that was disposed at the Site:

    A. Each non-settled Defendant;

    B. Each settled Defendant;

    C. Each BFAG member;

    D. Every other entity or person that BFAG believes is a liable party under CERCLA or HSCA with respect to the Site.

- 3 -

3. The share of liability for past and future Site response costs that Plaintiff BFAG asserts should be borne by each of the following entities:

    A. Each non-settled Defendant;

    B. Each settled Defendant;

    C. Each BFAG member;

    D. Every other entity or person that BFAG believes is a liable party under CERCLA or HSCA with respect to the Site.

_____
Andrew P. Foster

Dated: March 9, 2005