# DrinkerBiddle&Reath LLP

Andrew P. Foster
215-988-2512
andrew.foster@dbr.com

Law Offices
One Logan Square
18TH and Cherry Streets
Philadelphia, PA
19103-6996

215-988-2700
215-988-2757 fax
www.drinkerbiddle.com

NEW YORK
WASHINGTON
LOS ANGELES
SAN FRANCISCO
PRINCETON
FLORHAM PARK
BERWYN
WILMINGTON

*Via FAX and Regular Mail*

March 9, 2005

Glenn Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Vorhees, NJ 08043-4636

Re:  *Boarhead Farm Agreement Group v. AETC, et al.*
     *E.D. Pennsylvania Civil Action No. 02-CV-3830*

Dear Glenn:

Enclosed please find Notices of Deposition for four former SPS Technologies employees (Messrs. Edwin Oberholtzer, John Benz, Raymond Celano, and Leonard Fisher), together with a Rule 30(b)(6) Notice of Deposition directed to Plaintiff Boarhead Farm Agreement Group ("BFAG").

Regarding the SPS witnesses, kindly let me know if BFAG or SPS will produce them voluntarily, or whether we need to arrange service of subpoenas.

I have arbitrarily scheduled all five depositions for next week, two on Thursday, March 17th, and three on Friday, March 18th. However, as the notices state, I would be glad to re-schedule them to more convenient dates and times, including dates after the current fact discovery deadline of March 18th.

Please give me a call at your earliest convenience to discuss arrangements.

Very truly yours,

Andrew P. Foster

APF:tsw
Enclosures

cc:  All Counsel (w/enclosures via FAX and Regular Mail)

Established
1849

PHLIT\520865\1