IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:　CIVIL ACTION<br>:　NO. 02-3830<br>:<br>:<br>:<br>:<br>: |

**PRAECIPE TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFF'S GLOBAL DISCOVERY REQUESTS WITH RESPECT TO DEFENDANT MERIT METALS CORP.**

　　　　　Plaintiff, Boarhead Farm Agreement Group, by and through its attorneys, hereby withdraws, without prejudice, its Motion To Compel Defendants To Respond To Plaintiff's Global Discovery Requests (Docket Entry No. 143) with respect to Defendant Merit Metals Corp. Plaintiff's Motion To Compel Defendants To Respond To Plaintiff's Global Discovery Requests remains pending against Defendant NRM Investments.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 8, 2005

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Glenn A. Harris, Esquire
　　　　　　　　　　　　　　　　　　　　　Anne K. Heidel, Esquire
　　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR ANDREWS &
　　　　　　　　　　　　　　　　　　　　　　　INGERSOLL, LLP
　　　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-7599
　　　　　　　　　　　　　　　　　　　　　(215) 665-8500

　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Boarhead Farm Agreement Group

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2005, the foregoing Praecipe to Withdraw Plaintiff's Motion To Compel Defendants To Respond to Plaintiff's Global Discovery Requests With Respect To Merit Metals Corp. was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania. In addition, where electronic notice from the Court was not applicable, a true and correct copy was served via fax and first-class mail on the following:

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian,
    Cecchi, Stewart, & Olstein, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739

*Counsel for Handy & Harman Tube Co.*

_____
Anne K. Heidel