IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP,  :
:
   Plaintiff,  :   CIVIL ACTION NO.
v.  :   02-cv-3830 (LDD)
:
ADVANCED ENVIRONMENTAL  :
TECHNOLOGY CORPORATION, et al.,  :
:
   Defendants.  :
:

**DECLARATION OF MELISSA E. FLAX IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

I, Melissa E. Flax, Esq., of full age and upon her oath, declares as follows:

1. I am an attorney at law in the state of New Jersey and a member of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, attorneys for defendant Handy & Harman Tube Company, Inc. I have been admitted *pro hac vice* to this Court for this matter.

2. Attached hereto as Exhibit A are true and accurate copies of email correspondence between counsel for plaintiff and myself regarding the scheduling and the rescheduling of the Rule 30(b)(6) designee for Agere Systems, Inc., a member of the plaintiff group.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2005.

By: ___MF1386_____
MELISSA E. FLAX

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
(973) 994-1744 (fax)

Attorneys for Defendant, Handy & Harman
Tube Company, Inc.

EXHIBIT A

# Melissa Flax

**From:** Melissa Flax
**Sent:** Saturday, January 29, 2005 12:14 PM
**To:** 'harrisg@ballardspahr.com'
**Subject:** Boarhead Farm - Deposition of Agere 30(b)(6) witness

Glenn,

On January 21, 2005, I faxed to you a notice for deposition pursuant to Rule 30(b)(6) for a representative(s) from Agere with respect to the matters listed in the notice. A week has now passed and I have not heard from you regarding a mutually convenient time and place for the deposition. Nor have you provided me with the name(s) of the representative(s). If I do not hear from you with respect to the foregoing, I will be compelled to unilaterally schedule the deposition. Your prompt attention to this matter is appreciated.

Melissa E. Flax
Carella, Byrne, Bain, Gilfillan,
Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
(973) 994-1744
mflax@carellabyrne.com

1

**Melissa Flax**
___

| | |
|---|---|
| From: | Harris, Glenn A. (VH) [HarrisG@ballardspahr.com] |
| Sent: | Monday, January 31, 2005 5:08 PM |
| To: | Melissa Flax |
| Subject: | Boarhead - Agere 30(b)(6) deposition |

Melissa,

As we discussed on the phone, Marianne Santarelli will be the designee for Agere, and is available to be deposed in Agere's Allentown offices on the afternoon of 2/10.

Regards,

Glenn

Glenn A. Harris
Ballard Spahr Andrews & Ingersoll, LLP
856-761-3440
harrisg@ballardspahr.com

1

# Melissa Flax

**From:** Melissa Flax
**Sent:** Thursday, February 03, 2005 9:18 AM
**To:** 'Harris, Glenn A. (VH)'
**Subject:** RE: Boarhead - Agere dep

Glenn,

I can do February 22. May we start at 10:00 rather than in the afternoon? I will send out a revised deposition notice once I hear back from you regarding the time of the deposition.

Melissa

-----Original Message-----
From: Harris, Glenn A. (VH) [mailto:HarrisG@ballardspahr.com]
Sent: Thursday, February 03, 2005 8:41 AM
To: Melissa Flax
Subject: Boarhead - Agere dep

Melissa,

The Agere dep could be moved to 2/22. How does that work for you?

Regards,

Glenn

Glenn A. Harris
Ballard Spahr Andrews & Ingersoll, LLP
856-761-3440
harrisg@ballardspahr.com

1

**Melissa Flax**

| | |
|---|---|
| **From:** | Melissa Flax |
| **Sent:** | Friday, February 18, 2005 1:34 PM |
| **To:** | 'harrisg@ballardspahr.com' |
| **Subject:** | Boarhead - Deposition of Agere 30(b)(6) witness |

Glenn,

This will confirm our telephone conversation yesterday wherein I advised you that we will proceed with the deposition scheduled for Tuesday, February 22, 2005 at 10 a.m. at Agere's Allentown facility. By proceeding with the deposition, I am not waiving my right to depose a witness with information responsive to items D and E set forth in the Third Amended Deposition Notice. You have objected to those two items and I will respond to you shortly regarding your objection.

Melissa E. Flax
Carella, Byrne, Bain, Gilfillan,
Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
(973) 994-1744
mflax@carellabyrne.com

1