IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>        Plaintiff,<br>v.<br><br>ADVANCED ENVIRONMENTAL<br>TECHNOLOGY CORPORATION, et al.,<br><br>        Defendants. | CIVIL ACTION NO.<br>02-cv-3830 (LDD) |

## CERTIFICATE OF SERVICE

I, Melissa E. Flax, Esq., declare under penalty of perjury that a copy of Handy & Harman Tube Company, Inc.'s Memorandum in Opposition to Plaintiff's Motion for Protective Order and a proposed order was served on all counsel on the attached service list, via email and first class mail, on this date.

Dated: April 8, 2005

                                        CARELLA, BYRNE, BAIN, GILFILLAN,
                                        CECCHI, STEWART & OLSTEIN
                                        Attorneys for Defendant, Handy & Harman
                                        Tube Company, Inc.

                                        By: __MF1386_____
                                           MELISSA E. FLAX
                                           5 Becker Farm Road
                                           Roseland, New Jersey 07068
                                           (973) 994-1700
                                           (973) 994-1744 (fax)

## SERVICE LIST

*Boarhead Farm Agreement Group v. AETC, et al.*
*Civil Action No. 02-cv-3830 (LDD)*

COUNSEL FOR PLAINTIFF:

*Boarhead Farm Agreement Group*

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP

Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:   (856) 761-3400
Fax:   (856) 761-1020
E-mail:   harris@ballardspahr.com

Monique M. Mooney, Esq.
*Ballard, Spahr, Andrews & Ingersoll*
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
Tel:   (215) 864-8189
Fax:   (215) 864-9266
E-mail:   mooney@ballardspahr.com

COUNSEL FOR DEFENDANTS:

*Advanced Environmental Technology Corp.*
Thomas W. Sabino, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone:  (973) 740-0500
Fax:  (973) 740-1407
Email:  tsabino@wolffsamson.com

*Ashland, Inc.*
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone:  (215) 546-0500
Fax:  (215) 546-9444
Email:  rbiedrzycki@pp-b.com

*Carpenter Technology Corporation*
Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone:  212-756-0215
Fax:  888-325-9169
Email:  lwright@ealaw.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*
A. Nicole Friant, Esq.
Duane Morris

VH_DOCS_A #69713 v1

One Liberty Place
Philadelphia, Pennsylvania 19103-7396
Phone: (215) 979-1818
Fax: (215) 979-1020
Email: anfriant@duanemorris.com

*Handy & Harman Tube Company, Inc.*
Melissa E. Flax, Esq.
Carella, Byrne, Bain, Gilfillan, Cecchi,
    Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
Phone: 973-994-1700
Fax: 973-994-1744
Email: mflax@carellabyrne.com

*Merit Metals Products Corp.*
Stephen P. Chawaga, Esq.
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1815
Phone: 215-557-2900
Fax: 215-557-2990
Email: schawaga@monteverde.com

*NRM Investment Co.*
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
Phone: 610-279-3370
Fax: 610-279-0696
Email: edwardfackenthal@cs.com

*Rahns Specialty Metals, Inc/Techalloy Co., Inc.,*
*Thomas & Betts, and Unisys*
Andrew P. Foster, Esq.
Adina Dziuk, Esq.
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Phone: 215-998-2700
Fax: 215-988-2757
Email: andrew.foster@dbr.com

201242v3