IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| v. : | 02-cv-3830 (LDD) |
| : | |
| ADVANCED ENVIRONMENTAL : | |
| TECHNOLOGY CORPORATION, et al., : | |
| : | |
| Defendants. : | |

**ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

AND NOW, this _____ day of _____ 2005, upon consideration of plaintiff's motion and defendant Handy & Harman Tube Company, Inc.'s opposition, it is hereby ORDERED that plaintiff's motion for a protective order is DENIED.

_____
Legrome D. Davis, Judge