IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>    Plaintiff,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION<br>: NO. 02-3830<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, Plaintiff Boarhead Farm Agreement Group's Memorandum in Opposition to Defendants' Cross-Motions for Summary Judgment was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania. In addition, where electronic notice from the Court was not applicable, a true and correct copy was served via FedEx on the following:

   Melissa Flax, Esquire
   Carella, Byrne, Bain, Gilfillian,
        Cecchi, Stewart, & Olstein, P.C.
   5 Becker Farm Road
   Roseland, NJ 07068-1739

   *Counsel for Handy & Harman Tube Co.*

                                                  _____
                                                  Anne K. Heidel

PHL_A #1996095 v1