## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 02-cv-3830 (LDD) |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Melissa E. Flax, Esq., declare under penalty of perjury that a copy of the Reply Memorandum on Behalf of Handy & Harman Tube Company, Inc. in Further Support of Its Cross Motion for Summary Judgment was served on all counsel on the attached service list, via facsimile and first class mail, on this date.

Dated: May 31, 2005

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Defendant, Handy & Harman
Tube Company, Inc.

By: ___MF1386_____
MELISSA E. FLAX
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
(973) 994-1744 (fax)