IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP, :
:
        Plaintiff, :
:
       v. :      Civil Action No. 02-3830
:
ADVANCED ENVIRONMENTAL :
TECHNOLOGY CORPORATION, ET AL., :
:
        Defendants. :

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Pursuant to Rules 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereby Stipulate that Defendants shall have an extension of time until May 31, 2005, within which to file reply briefs in support of their pending Cross-Motions for Summary Judgment (Docket Entries Nos. 154 and 155).

_____
Glenn A. Harris
**Counsel for Plaintiff**
  **Boarhead Farm Agreement Group**
BALLARD SPAHR ANDREWS &
  INGERSOLL, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ  08043

_____
Andrew P. Foster
**Counsel for Defendants**
  **(for Stipulation only)**
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103

**IT IS SO ORDERED.**

Legrome D. Davis, Judge