**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AGERE SYSTEMS, INC. , CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC, and TI GROUP AUTOMOTIVE SYSTEMS, LLC,<br><br>Plaintiffs,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:  NO. 02-3830<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2005, I caused a true and correct copy of the Plaintiffs' Fourth Amended Complaint to be served by postage prepaid first class mail on the following:

    Andrew P. Foster, Esquire
    Drinker, Biddle & Reath, LLP
    One Logan Square
    18th & Cherry Streets
    Philadelphia, PA  19103-6996

    Thomas W. Sabino, Esquire
    Wolff & Samson, PC
    280 Corporate Center
    5 Becker Farm Road
    Roseland, NJ  07068-1776

    Melissa Flax, Esquire
    Carella, Byrne, Bain, Gilfillian, Cecchi, Stewart, & Olstein, P.C.
    5 Becker Farm Road
    Roseland, NJ 07068-1739

Richard C. Biedrzycki, Esquire
Phelan Pettit & Biedrzycki
121 South Broad Street, Suite 1600
Philadelphia, PA 19107

Robert M. Morris, Esquire
Morris & Adelman, P.C.
1920 Chestnut Street
P.O. Box 30477
Philadelphia, PA  19103

Lynn Wright, Esquire
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY  10022-1200

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center, Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1815

Edward Fackenthal, Esquire
One Montgomery Plaza, Suite 209
Norristown, PA  19401

Dated: August 1, 2005                                                                    _____
                                                                                                          Anne K. Heidel