IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>ADVANCED ENVIRONMENTAL :<br>TECHNOLOGY CORPORATION, et al., :<br>:<br>Defendants. : | Civil Action No. 02-CV-3830 |

**STIPULATION FOR EXTENSION OF TIME**

Pursuant to Rule 7.4 of the Local Rules of Civil Procedure, the Parties hereby stipulate and agree that Defendants shall have an extension of time until September 9, 2005 to answer, plead or otherwise move in response to Plaintiffs' Fourth Amended Complaint which was filed on August 1, 2005. No prior extensions with regard to such Pleading have been granted.

_____
GLENN A. HARRIS
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 864-8189

**Counsel for Plaintiffs**

_____
RICHARD C. BIEDRZYCKI
Attorney I.D. No. 30604
Phelan, Pettit & Biedrzycki
121 South Broad Street, Suite 1600
Philadelphia, PA 19107
(215) 546-0500

**Counsel for Defendant Ashland Inc. and, for purposes of this Stipulation only, on behalf of Defendants Advanced Environmental Technology Corporation, Carpenter Technology Corporation, Flexible Circuits, Inc., Handy & Harman Tube Company, Merit Metal Products Corp., NRM Investment Co., Rahns Specialty Metals, Inc., Techalloy Company, Inc. and Thomas & Betts Corporation**

APPROVED:

_____

Date:

## CERTIFICATE OF SERVICE

I, Richard C. Biedrzycki, Esquire, hereby certify that on this 8th day of August, 2005, I caused true and correct copies of the foregoing Stipulation for an extension of time until September 9, 2005 for Defendants to answer, plead or otherwise move in response to Plaintiffs' Fourth Amended Complaint, to be served electronically and/or by first class mail, postage prepaid, on counsel of record, at the following addresses:

**COUNSEL FOR PLAINTIFFS**:

Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636


**COUNSEL FOR DEFENDANTS**:

*Advanced Environmental Technology Corporation*
Thomas Sabino, Esquire
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052


*Carpenter Technology Corporation*
Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022


*Handy & Harman Tube Company*
Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfillan,
    Cecchi, Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739

*Merit Metals Products Corp.*
Stephen P. Chawaga, Esquire
Monteverde, Mcalee & Hurd
One Penn Center
Suite 1500
1617 JFK Boulevard
Philadelphia, PA 19103-1815


*NRM Investment Co.*
Edward Fackenthal, Esquire
Law Office of Edward Fackanthal
One Montgomery Plaza
Suite 209
Norristown, PA 19401


*Rahns Specialty Metals, Inc.*
*Techalloy Co., Inc.*
*Thomas & Betts Corporation*
Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996


*Flexible Circuits*
Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396


_____
RICHARD C. BIEDRZYCKI

Date:  August 8, 2005

G:\DATA\1357-29\Pldgs\COS-STIPforET-4thAComp.wpd