IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 02-CV-3830 |
| : | |
| ADVANCED ENVIRONMENTAL : | |
| TECHNOLOGY CORPORATION, et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this          day of                         , 2005, upon consideration of the Motion of Defendant Ashland Inc., joined in by Defendants Advanced Environmental Technology Corporation, Carpenter Technology Corporation, FCG, Inc., a/k/a Flexible Circuits, Inc., Handy & Harman Tube Company, Inc., Merit Metal Products Corp., NRM Investment Company, Rahns Specialty Metals, Inc., Techalloy Company, Inc. and Thomas & Betts Corporation, to Dismiss the Fourth Amended Complaint for failure to state a claim upon which relief can be granted, and the Plaintiffs' response thereto, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and the Fourth Amended Complaint is dismissed in its entirety, with prejudice.

BY THE COURT:

_____
Legrome D. Davis, J.