IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC INDUSTRIES :
INC., FORD MOTOR COMPANY, SPS
TECHNOLOGIES, LLC, and TI GROUP
AUTOMOTIVE SYSTEMS LLC,

          Plaintiffs,

    v.                                        Civil Action No. 02-3830

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, ET AL.,

          Defendants.

### STIPULATION AND ORDER FOR EXTENSION OF TIME

Pursuant to Rules 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereby Stipulate that Plaintiffs shall have an extension of time until October 18, 2005 within which to file their response, if any, to the Motion to Dismiss, which Motion was filed with the Court by Defendant Ashland Inc. on September 9, 2005.

_____
Glenn A. Harris
**Counsel for Plaintiffs**
BALLARD SPAHR ANDREWS &
  INGERSOLL, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043

_____
Richard C. Biedrzycki
**Counsel for Ashland Inc.**
PHELAN, PETTIT & BIEDRZYCKI
121 SOUTH BROAD STREET
Suite 1600
Philadelphia, PA 19107

                                      **IT IS SO ORDERED.**

                                        Legrome D. Davis, Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that I have today caused to be served via first class mail, postage prepaid, a true and correct copy of the foregoing Stipulation and Order for Extension of Time on the following:

Thomas W. Sabino, Esquire
Wolff & Samson, PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052

Robert M. Morris, Esquire
Morris & Adelman, P.C.
1920 Chestnut Street
P.O. Box 30477
Philadelphia, PA 19103

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739

Lynn Wright, Esquire
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York 10022-1200

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396

A. Nicole Friant, Esquire
Duane Morris LLP
One Liberty Place
Suite 4200
Philadelphia, PA 19103-7396

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
Suite 1500

1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1815

Andrew P. Foster, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Edward Fackenthal, Esquire
Law Office of Edward Fackenthal
One Montgomery Plaza
Suite 209
Norristown, PA 19401

Richard C. Biedrzycki, Esquire
Phelan, Pettit & Biedrzycki
The North American Building
Suite 1600
121 South Broad Street
Philadelphia, PA 19107

／s／ Ronald M. Varnum
_____
Ronald Varnum

DATED:   September 21, 2005