## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET. AL. | : | |
| | : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Brian G. Glass as attorney for Plaintiffs in the above-captioned matter.

Dated: September 28, 2005      /s/ Brian G. Glass
Brian G. Glass, Esquire
Attorney No. 89405
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Plaza 1000, Suite 500, Main Street
Voorhees, NJ 08043
Phone: (856)761-3400

Attorneys for Plaintiffs Boarhead Farm Agreement Group

CERTIFICATE OF SERVICE

I, Brian G. Glass, do hereby certify that on this date I caused a true and correct copy of the foregoing withdrawal of appearance to be served on all counsel electronically.


Dated:  September 28, 2005            /s/ Brian G. Glass
                                      Brian G. Glass, Esquire