UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP<br><br>　　　　　　　　　Plaintiff,<br><br>V.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL.<br><br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 02-3830<br><br>**NOTICE OF CHANGE OF<br>FIRM NAME** |

The undersigned hereby advises the court and all parties to this cause of the name change of the firm of Edwards & Angell, LLP. All future pleadings, papers and correspondence should be directed to the undersigned at: **Edwards Angell Palmer & Dodge LLP**.

The address and telephone number remain unchanged.

Dated: January 26, 2006

　　　　　　　　　　　　　　　　　EDWARDS ANGELL PALMER & DODGE LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Lynn Wright, Esquire (LW 3774)
　　　　　　　　　　　　　　　　　51 John F. Kennedy Parkway
　　　　　　　　　　　　　　　　　Short Hills, New Jersey 07078-5006

TO:

**Counsel for Plaintiff:**

Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636
Phone: (856) 761-3440

NYC_221316_4/LWRIGHT

Monique M. Mooney, Esquire
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street - 5151 Flr.
Philadelphia, PA 19103-7599
Phone: (215) 864-8189

**Counsel for Defendants:**

**Advanced Environmental Technology**
Thomas W. Sabino, Esquire
Diana L. Buongiorno, Esquire
Wolff & Samson
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
Phone: (973) 325-1500

**Attorneys for Ashland, Inc.**
David M. Doto, Esquire
Richard C. Biedrzycki, Esquire
Phelan, Pettit & Biedrzycki
The North American Building, Suite 1600
121 South Broad Street
Philadelphia, PA 19107
Phone: 215-546-0500

**Attorneys for Etched Circuits, Inc. and FCG, Inc.**
Seth H. Cooley, Esquire
A. Nicole Friant, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396
Phone: (215) 979-1000

**Attorneys for Handy & Harman Tube Company**
G. Glennon Troublefield, Esquire
Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
   Stewart & Olstein, P.C.
Five Becker Farm Road,
Roseland, NJ 07068-1739
Phone: 973-994-1700

NYC_221316_4/LWRIGHT

**Attorneys for Merit Metals Products Corp.**
Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Surburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1815
Phone: 215-557-2900

**Attorneys for NRM Investment Co.**
Edward Fackenthal, Esquire
The Law Office of Edward Fackenthal
One Montgomery Plaza
Suite 209
Norristown, PA 19401
Phone: 610-279-3370

**Attorneys for Rahns Speciality Metals, Inc.**
**Techalloy Co., Inc., Thomas & Betts Corporation, Unisys Corporation**
Andrew P. Foster, Esquire
Adina Marie Bingham, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Phone: 215-988-2700

NYC_221316_4/LWRIGHT

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP       :
                                    :
                  Plaintiff,        :   CIVIL ACTION
                                    :   NO. 02-3830
V.                                  :
                                    :   **AFFIDAVIT OF SERVICE**
                                    :
ADVANCED ENVIRONMENTAL TECHNOLOGY   :
CORPORATION, ET AL.                 :
                                    :
                  Defendants.       :
                                    :

Kisha Moreira-Small, being duly sworn, deposes and says:

I am over the age of eighteen years and am not a party to this action. On February 2, 2006, I served a true copy of the attached Notice of Change of Firm Name upon the following:

Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636

Monique M. Mooney, Esquire
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street - 5151 Flr.
Philadelphia, PA 19103-7599

Thomas W. Sabino, Esquire
Diana L. Buongiorno, Esquire
Wolff & Samson
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052

David M. Doto, Esquire
Richard C. Biedrzycki, Esquire
Phelan, Pettit & Biedrzycki
The North American Building, Suite 1600
121 South Broad Street
Philadelphia, PA 19107

Seth H. Cooley, Esquire
A. Nicole Friant, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396

G. Glennon Troublefield, Esquire
Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
Five Becker Farm Road,
Roseland, NJ 07068-1739

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Surburban Station
Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1815

Edward Fackenthal, Esquire
The Law Office of Edward Fackenthal
One Montgomery Plaza
Suite 209
Norristown, PA 19401

Andrew P. Foster, Esquire
Adina Marie Bingham, Esquire
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

NYC_226894_1/LWRIGHT

by depositing a true and exact copy of same, enclosed in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Kisha Moreira-Small*
Kisha Moreira-Small

Sworn to before me this
2nd day of February 2006

_____
Notary Public

ROBERT COLON
Notary Public, State of New York
No. 01CO5071375
Qualified in New York County
Commission Expires January 13, 20 07

NYC_226894_1/LWRIGHT