IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et. al., : | |
|     Plaintiffs, : | CIVIL ACTION |
| : | |
| v. : | NO. 02-3830 |
| : | |
| ADVANCED ENVIRONMENTAL : | |
| TECHNOLOGY CORPORATION, : | |
| et al., : | |
|     Defendants. : | |

ORDER

AND NOW, this 27th day of March 2006, it is hereby ORDERED that Defendants' Motion to Dismiss the Fourth Amended Complaint (Doc. No. 175) is DENIED.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.