IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | |
| v. | : | 02-CV-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this   1st   day of May 2006, it is hereby ORDERED as follows:

1. The parties in this matter shall meet and confer and shall jointly submit a proposed case management plan upon which the parties have agreed.  This proposal shall be submitted to the Court on or before Wednesday, May 3, 2006.

2.  To the extent that the parties cannot agree upon the entirety of a  proposed case management plan, the parties may submit separate proposals as to any disputed aspects of the case management plan.   Separate proposals, if necessary, shall be submitted to the Court by Friday, May 5, 2006.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis