IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC INDUSTRIES :
INC., FORD MOTOR COMPANY, SPS :
TECHNOLOGIES, LLC, and TI GROUP :
AUTOMOTIVE SYSTEMS LLC, :
:
    Plaintiffs, :
:
    v. : Civil Action No. 02-3830
:
ADVANCED ENVIRONMENTAL :
TECHNOLOGY CORPORATION, ET AL., :
:
    Defendants. :

## STIPULATION FOR EXTENSION OF TIME

Pursuant to Rules 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereby Stipulate that Defendant NRM Investment Company shall have an extension of time until May 8, 2006 within which to file its Answer to the Fourth Amended Complaint. No such prior extension has been granted.

_/s/_
Glenn A. Harris
**Counsel for Plaintiffs**
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043

_/s/_
Edward Fackenthal
**Counsel for NRM Investment Company**
ONE MONTGOMERY PLAZA
Suite 209
Norristown, PA 19401

Dated: May 4, 2006