IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

EIGHTH CASE MANAGEMENT ORDER

AND NOW, this 16th day of May, 2006, it is hereby ORDERED that this case shall proceed as follows:[1]

1. Plaintiffs shall make their expert disclosures and produce the information required by Fed. R. Civ. P. 26(a)(2) on or before June 30, 2006.

2. Defendants shall make their expert disclosures and produce the information required by Fed. R. Civ. P. 26(a)(2) on or before September 29, 2006.

3. Plaintiffs shall make their rebuttal expert disclosures (if any), and produce the information required by Fed. R. Civ. P. 26(a)(2) on or before November 15, 2006.

4. Pursuant to Fed. R. Civ. P. 26(b)(4), any party may take the deposition of any identified expert after the expert's report has been produced. Except upon motion for good cause shown, all expert depositions must be completed by December 20, 2006.

5. Defendants may serve Plaintiffs with contention interrogatories on or before

---

[1] This Order shall supersede all prior Case Management Orders entered in this case.

January 15, 2007, in accordance with the Court's June 23, 2005 Order (Doc. No. 169), to which Plaintiffs will respond as required by Fed. R. Civ. P. 33(b).

6. Any party may file a motion for summary judgment at any time pursuant to Fed. R. Civ. P. 56.

7. After the close of this discovery period, the Court will schedule a case management conference to determine a framework for the remainder of this action. If appropriate, the Court will consider motions to compel and/or reasonable extension of discovery at that time, in accordance with the Court's June 23, 2005 Order (Doc. No. 169). Prior to the conference, the parties shall confer in good faith to abide by the terms of this Order.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis