IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : | |
| Defendants | : | NO. 02-3830 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please note my entry of appearance on behalf of Defendant Advanced Environmental Technology Corporation in this civil action.

WOLFF & SAMSON PC

By: *[signature]*

Robert T. Carlton, Jr.
Attorney No. 25050
Two Penn Center, Suite 1310
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215)-567-2877 (Phone)
(215) 567-2872 (Fax)
rcarlton@wolffsamson.com

Attorneys for Defendant
Advanced Environmental
Technology Corporation

1026152.1