IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, et al., | : | |
| | : | |
| Defendants | : | NO. 02-3830 |

**DEFENDANT AETC'S MOTION FOR SUMMARY JUDGMENT**

Defendant Advanced Environmental Technology Corporation ("AETC") moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for the entry of summary judgment in its favor and against Plaintiffs, dismissing Plaintiffs' Fourth Amended Complaint with prejudice.

In support of the Motion, AETC shall rely upon the grounds set forth in the accompanying Brief and Declaration of Counsel and the attached Exhibits.

Respectfully submitted,

WOLFF & SAMSON PC

Dated: August 2, 2006

By: /s/ Robert T. Carlton, Jr.
ROBERT T. CARLTON, JR.
Attorney No. 25050
Two Penn Center, Suite 1310
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-567-2877 (tel.)
215-567-2872 (fax)
rcarlton@wolffsamson.com
Attorneys for Defendant
Advanced Environmental
Technology Corporation

1026762.1