## **CERTIFICATE OF SERVICE**

I, Thomas Sabino, certify that on August 2, 2006, I caused a true and correct copy of the foregoing Motion For Summary Judgment, Brief in Support of Motion, Declaration of Thomas Sabino, and Exhibits thereto, and proposed form of order to be sent First Class Mail to each of the following:

**Counsel for Plaintiffs – Boarhead Farm Agreement Group**
Glenn A. Harris, Esquire
Ballard Spahr Andrews &
  Ingersoll, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636
(856) 761-3440
(856) 761-9001 (Fax)
harrusg@ballardspahr.com

**Attorney for NRM Investment Company**
Edward Fackenthal, Esq.
Law Offices of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
(610) 279-3370
(610) 279-0696 (Fax)
edwardfackenthal@cs.com

**Counsel for Ashland Chemical Company**
Richard C. Biedrzycki, Esquire
David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600, The North American Bldg.
121 South Broad Street
Philadelphia, PA 19107
(215) 546-0500
(215) 546-9444 (Fax)
ddoto@pp-b.com

**Counsel for Carpenter Technology Corp.**
Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
(212) 756-0215
(888) 325-9169 (Fax)
lwright@ealaw.com

**Counsel for Flexible Circuits**
Seth v.d.H. Cooley, Esq.
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396
(215) 979-1000
(215) 979-1020 (Fax)
secoley@duanemorris.com

**Counsel for Handy & Haman Tube Co.**
Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
  Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
(973) 994-1744 (Fax)
mflax@carellabyrne.com

**Counsel for Merit Metals Products Corp.**
Stephen P. Chawaga, Esq.
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103-1815
(215) 557-2950
(215) 557-2990/2991
schawaga@monteverde.com

1026661.1

**Attorney for Rahns Specialty Metals, Inc.**
**Techalloy Co., Inc. and Thomas Betts Corp.**
Andrew P. Foster, Esq.
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA  19103
(215) 988-2700
(215) 988-2757 (Fax)
Andrew.foster@dbr.com

_____
Thomas Sabino
Wolff & Samson, PC
One Boland Drive
West Orange, New Jersey 07052
973-530-2044
973-530-2244
tsabino@wolffsamson.com
Attorneys for Advanced Environmental
Technology Corporation

2

1026661.1