IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : | |
| Defendants | : | NO. 02-3830 |

### REQUEST FOR ORAL ARGUMENT

Defendant Advanced Environmental Technology Corporation respectfully requests that this Court hear oral argument on Advanced Environmental Technology Corporation's Motion for Summary Judgment in this civil action.

WOLFF & SAMSON PC

By: /s/ 
Robert T. Carlton, Jr.
Attorney No. 25050
Two Penn Center, Suite 1310
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215)-567-2877 (Phone)
(215) 567-2872 (Fax)
rcarlton@wolffsamson.com

Attorneys for Defendant
Advanced Environmental
Technology Corporation