# CERTIFICATE OF SERVICE

I, Robert T. Carlton, Jr., certify that on August 9, 2006, I caused a true and correct copy of the foregoing Request for Oral Argument to be sent First Class Mail to each of the following:

**Counsel for Plaintiffs – Boarhead Farm Agreement Group**
Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636
(856) 761-3440
(856) 761-9001 (Fax)
harrusg@ballardspahr.com

**Attorney for NRM Investment Company**
Edward Fackenthal, Esq.
Law Offices of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
(610) 279-3370
(610) 279-0696 (Fax)
edwardfackenthal@cs.com

**Counsel for Ashland Chemical Company**
Richard C. Biedrzycki, Esquire
David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600, The North American Bldg.
121 South Broad Street
Philadelphia, PA 19107
(215) 546-0500
(215) 546-9444 (Fax)
ddoto@pp-b.com

**Counsel for Carpenter Technology Corp.**
Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
(212) 756-0215
(888) 325-9169 (Fax)
lwright@ealaw.com

**Counsel for Flexible Circuits**
Seth v.d.H. Cooley, Esq.
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396
(215) 979-1000
(215) 979-1020 (Fax)
secoley@duanemorris.com

**Counsel for Handy & Haman Tube Co.**
Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
(973) 994-1744 (Fax)
mtlax@carellabyrne.com

**Counsel for Merit Metals Products Corp.**
Stephen P. Chawaga, Esq.
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103-1815
(215) 557-2950
(215) 557-2990/2991
schawaga@monteverde.com

**Attorney for Rahns Specialty Metals, Inc.**
**Techalloy Co., Inc. and Thomas Betts Corp.**
Andrew P. Foster, Esq.
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA 19103
(215) 988-2700
(215) 988-2757 (Fax)
Andrew.foster@dbr.com

Robert T. Carlton, Jr.