UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD) |

**CIV. R. 56.1 STATEMENT IN SUPPORT OF SUMMARY JUDGMENT MOTION OF DEFENDANT ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION**

WOLFF & SAMSON PC
Thomas Sabino (TS-6491)
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
tsabino@wolffsamson.com
Attorneys for Defendant AETC

By: /s/ Thomas Sabino
   THOMAS SABINO (TS-6491)

Dated: August 9, 2006

1024348.1

Pursuant to Fed.R.Civ.P. 56.1, this Statement of Material Facts is submitted on behalf of Defendant Advanced Environmental Technology Corporation ("AETC") in support of AETC's motion for summary judgment.

1. AETC operated as a hazardous waste management company in the 1970s and brokered the removal and disposal of wastes for AETC's customers. (¶2 of Exhibit 1 to Declaration of Thomas Sabino.)[1] AETC was formed in 1976 by Robert Landmesser and John Leuzarder. (Exhibit 1, ¶1; Exhibit 3 at pp. 14-15.) For the first year and a half of its existence, AETC conducted its business operations in John Leuzarder's garage. (Exhibit 3 at p. 18.) While working in Mr. Leuzarder's garage, AETC had three employees: Mr. Landmesser, Mr. Leuzarder and a secretary. (Exhibit 3 at p. 16-18.)

2. During 1976-77, AETC acted as a broker between DeRewal Chemical Company and defendants Ashland Chemical Company ("Ashland") and Diaz Chemical Company ("Diaz") regarding the removal and disposal of those defendants' waste. (Exhibit 1, ¶2; Exhibit 3 at p.125.) Bills of lading referencing an ongoing business relationship between AETC, Ashland Chemical and DeRewal Chemical affiliate Environmental Chemical Control are dated from August 9, 1976 to April 5, 1977. (Exhibit 12.) Bills of lading referencing an ongoing business relationship between AETC, Diaz Chemical and Environmental Chemical Control are dated from January 6, 1977 to April 14, 1977. (Exhibit 11.)

3. At his deposition in the above-captioned matter, former Assistant District Attorney General David Michelman characterized Environmental Chemical Control as "a

---

[1] All references herein to any "Exhibit" shall be those attached to the Declaration of AETC's trial counsel Thomas Sabino, Esq. submitted in support of AETC's summary judgment motion.

corporation which [Manfred] DeRewal used as a front for his operations." (Exhibit 5 at pp. 15-16.)

4. AETC never transported any waste materials from Ashland or Diaz to the Boarhead Farms Superfund site. (Exhibit 1, ¶2; Exhibit 2, Interrogatory Answer no. 5.) AETC never had control or possession of the liquid wastes that DeRewal Chemical/Environmental Chemical Control collected from Ashland or Diaz. (Exhibit 1, ¶2; Exhibit 3 at p. 217.)

5. AETC did not own any of the waste materials generated by Ashland and Diaz. (Exhibit 10 at pp. 24-25; Exhibit 9 at p. 149; Exhibit 3 at p. 62.)

6. AETC acted with the understanding that DeRewal Chemical/Environmental Chemical Control was transporting the Ashland and Diaz wastes to the neutralization facility at the Wissinoming Industrial Park in Philadelphia. (Exhibit 1, ¶2; Exhibit 3 at p.73.)

7. AETC was not aware that any of the Ashland and Diaz wastes were sent to the Boarhead Farms Superfund site. (Exhibit 1, ¶2; Exhibit 3 at p. 73.) AETC did not become aware of the dumping of wastes at the Boarhead Farms Superfund site until after it has ceased doing business with DeRewal Chemical. (Exhibit 1, ¶4.)

## CERTIFICATE OF SERVICE

I, Thomas Sabino, certify that on August 9, 2006, I caused a true and correct copy of the foregoing Rule 56.1 Statement to be sent First Class Mail to each of the following:

**Counsel for Plaintiffs – Boarhead Farm Agreement Group**
Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636
(856) 761-3440
(856) 761-9001 (Fax)
harrusg@ballardspahr.com

**Counsel for Ashland Chemical Company**
Richard C. Biedrzycki, Esquire
David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600, The North American Bldg.
121 South Broad Street
Philadelphia, PA 19107
(215) 546-0500
(215) 546-9444 (Fax)
ddoto@pp-b.com

**Counsel for Flexible Circuits**
Seth v.d.H. Cooley, Esq.
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396
(215) 979-1000
(215) 979-1020 (Fax)
secoley@duanemorris.com

**Counsel for Merit Metals Products Corp.**
Stephen P. Chawaga, Esq.
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103-1815
(215) 557-2950
(215) 557-2990/2991
schawaga@monteverde.com

**Attorney for NRM Investment Company**
Edward Fackenthal, Esq.
Law Offices of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
(610) 279-3370
(610) 279-0696 (Fax)
edwardfackenthal@cs.com

**Counsel for Carpenter Technology Corp.**
Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
(212) 756-0215
(888) 325-9169 (Fax)
lwright@ealaw.com

**Counsel for Handy & Haman Tube Co.**
Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
  Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
(973) 994-1744 (Fax)
mtlax@carellabyrne.com

1028040.2

**Attorney for Rahns Specialty Metals, Inc.
Techalloy Co., Inc. and Thomas Betts Corp.**
Andrew P. Foster, Esq.
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA 19103
(215) 988-2700
(215) 988-2757 (Fax)
Andrew.foster@dbr.com

*/s/ Thomas Sabino*
Thomas Sabino

2

1028040.2