IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC, and TI GROUP AUTOMOTIVE SYSTEMS LLC,

    Plaintiffs,

v.

ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL.,

    Defendants.

Civil Action No. 02-3830

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Pursuant to Rules 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereby Stipulate that Plaintiffs shall have an extension of time until September 14, 2006 within which to file their response, if any, to the Motion for Summary Judgment of Advanced Environmental Technology Corporation, which Motion was filed with the Court on August 2, 2006.

_/s/ Glenn A. Harris_
Glenn A. Harris
**Counsel for Plaintiffs**
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043

_/s/ Thomas W. Sabino_
Thomas W. Sabino
**Counsel for Advanced Env. Technology Corp.**
WOLF & SAMSON
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
West Orange, NJ 07052

**IT IS SO ORDERED.**

_____
Legrome D. Davis, Judge