IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., | : |
| | : CIVIL ACTION NO. 02-3830 |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| ADVANCED ENVIRONMENTAL | : |
| TECHNOLOGY CORPORATION, | : |
| et al., | : |
| | : |
| Defendants. | : |

**NOTICE OF CHANGE OF FIRM NAME**

TO THE CLERK:

Kindly take notice that the name of the firm representing Defendant Merit Metal Products Corp. in the above-captioned matter has changed its name from Monteverde McAlee & Hurd, P.C., to McElroy Deutsch Mulvaney & Carpenter, LLP. The firm's address, telephone number, and fax number remain the same.

Dated: September 1, 2006

/s/ Stephen P. Chawaga
Stephen P. Chawaga, Esquire
MCELROY DEUTSCH MULVANEY &
   CARPENTER, LLP
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103-1815
Telephone: (215) 557-2900
Facsimile: (215) 557-2990

Attorneys for Paul and Patricia Young

## CERTIFICATE OF SERVICE

I, Stephen P. Chawaga, hereby state that on this date I caused to be served a copy of the foregoing Notice of Change of Firm Name by first-class mail directed to counsel for the parties listed below:

Glenn A. Harris
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636

Richard Biedrzycki
Phelan Pettit & Biedrzycki
The North American Building, Suite 1600
121 South Broad St.
Philadelphia, PA 19107

Edward Fackenthal, Esq.
One Montgomery Plaza, Suite 209
Norristown, PA 19401

Lynn Wright
Edwards Angell Palmer & Dodge, LLP
750 Lexington Ave.
New York, NY 10022

Thomas Sabino
Wolff & Samson, P.A.
One Boland Drive
West Orange, New Jersey 07052

Melissa Flax
Carella Byrne Bain Gilfillen Cecchi
    Stewart & Olstein
Five Becker Farm Rd.
Roseland, NJ 07068-1739

Andrew P. Foster, Esq.
Drinker Biddle & Reath
One Logan Square
18th & Cherry Sts.
Philadelphia, PA 19103-6996

Seth v.d.H. Cooley
Duane Morris, LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7398

Dated:    September 1, 2006

_____
Stephen P. Chawaga