# EXHIBIT "A"



DOS Homepage

# Entity Details

Request
- New Request

Free Search
- General Name Search
- Old Name Search
- Orphan Search

**Basic Entity Information**

| | | | |
|---|---|---|---|
| Entity Type | - | | |
| Entity Name | MERIT METAL PRODUCTS CORPORATION | | |
| Entity No. | 228999 | | |
| Filing Date | 09/01/1966 | **Letter of Consent** | No |
| Address | PAUL VALLEY INDUSTRIAL PARK | | |
| | WARRINGTON   Pennsylvania   USA | | |
| County | Bucks | **Jurisdiction** | - |
| Purpose | - | | |
| Limited Authority | No | | |

**Instrument History**

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date | Comments |
|---|---|---|---|---|---|
| ARTICLES OF DOMESTICATION- BUSINESS | 6831 | 659 | 0 | 09/16/1968 | - |
| CERTIFICATE OF AUTHORITY - BUSINESS | 6626 | 884 | 0 | 09/01/1966 | - |

Back

Home | Site Map | View as Text Only

Visit the
PA PowerPort

Copyright © 2002 Pennsylvania Department of State. All Rights
Commonwealth of PA Privacy Statement