# EXHIBIT "E"

# PENNSYLVANIA Department of State

DOS Homepage

**Request**
- New Request

**Free Search**
- General Name Search
- Old Name Search
- Orphan Search

## Entity Details

### Basic Entity Information

| | |
|---|---|
| **Entity Type** | PENNSYLVANIA BUSINESS CORPORATION |
| **Entity Name** | STEFANOWICZ & LUTZ, INC. |
| **Entity No.** | 1031310 |
| **Filing Date** | 04/27/1988   **Letter of Consent**   No |
| **Address** | 242 VALLEY RD |
| | WARRINGTON   Pennsylvania   USA   18976 |
| **County** | Bucks   **Jurisdiction**   - |
| **Purpose** | BROAD-MFG METAL PRODUCTS-HINGES DOOR LOCKS ETC |
| **Limited Authority** | No |

### Corporate Officers

| | |
|---|---|
| **Updated Date** | 04/27/1988 |
| **President** | A RICHARD STEFANOWICZ |
| **Secretary** | - |
| **Treasurer** | EDWIN J LUTZ |
| **Vice-President** | - |

### Instrument History

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date | Comments |
|---|---|---|---|---|---|
| DECENNIAL REPORT | 2002007 | 875 | 875 | 12/20/2001 | ADR |
| ARTICLES OF INCORPORATION-BUSINESS | 8830 | 364 | 0 | 04/27/1988 | ENDING PG 365 |

Back

Home | Site Map | View as Text Only

Visit the
PA PowerPort

Copyright © 2002 Pennsylvania Department of State. All Rights
Commonwealth of PA Privacy Statement