# EXHIBIT "F"

DSCB. 54-311 (Rev. 84)
FICTITIOUS NAME
REGISTRATION

CORPORATION BUREAU
DEPARTMENT OF STATE
308 NORTH OFFICE BUILDING
HARRISBURG, PENNSYLVANIA 17120

FI    FEE: ☒ Corporate/Individual - $65.00
☒ Corporation $40.00
☐ Individual $25.00
☐ Check Enclosed
☐ Charge Account # _____

In compliance with the requirements of Section 311 of Act 1982-295 (54 Pa. C.S. §311), the undersigned entity(ies) desiring to carry on or conduct a business in this Commonwealth under an assumed or fictitious name, style or designation, does (do) hereby certify that:

1. Fictitious Name: **Merit Metal Products Corporation**

2. Address of the principal place of business (including street and number): **242 Valley Road, Warrington, PA 18976**    (COUNTY) **Bucks**

3. Brief statement of the character or nature of the business: **Manufacture, distribution and sale of metal products.**

4. Individual or individuals interested in the business (name and address):
(NAME)    (NUMBER)    (STREET)    (CITY)    (STATE)    (ZIP CODE)

5. Entity other than an individual interested in the business: **NONE**
(NAME)    (FORM OF ENTITY)    (ORGANIZING JURISDICTION)    (ADDRESS IN JURISDICTION)    (REGISTERED OFFICE [if any])

**Stefanowicz & Lutz, Inc.    corporation    Pennsylvania,    242 Valley Road, Warrington, PA 18976**

6. I am familiar with the provisions of Section 332 of the Fictitious Names Act and understand that filing under the Act does not create any exclusive or other right to the fictitious name.

7. Agent, if any, authorized to execute amendments, withdrawals, or cancellations:

IN TESTIMONY WHEREOF, the undersigned have caused this registration to be executed this **20th** day of **July**, 19**88**.

_____
Individual

_____
Individual

_____
Individual

_____
Individual

Corporate Seal

_____
Secretary or Assistant Secretary

Corporate Seal

_____
Secretary or Assistant Secretary

**Stefanowicz & Lutz, Inc.**
Name of Corporation

_____
President or Vice President

_____
Name of Corporation

_____
President or Vice President

- FOR OFFICE USE ONLY -

| 030 FILED | 002 CODE | 003 REV BOX | SEQUENTIAL NO. | 100 MICROFILM NUMBER |
|---|---|---|---|---|
| | REVIEWED BY | 004 SICC | AMOUNT $ | 001 CORPORATION NUMBER |
| | DATE APPROVED | | | |
| | DATE REJECTED | CERTIFY TO<br>☐ REV. | INPUT BY | LOG IN | LOG IN (REFILE) |
| Secretary of the Commonwealth<br>Department of State<br>Commonwealth of Pennsylvania | MAILED BY DATE | ☐ L & I<br>☐ OTHER | VERIFIED BY | LOG OUT | LOG OUT (REFILE) |

M. BURR KEIM COMPANY, PHILADELPHIA