# EXHIBIT "G"

;CB 17.2 (Rev. 6-72)

iing Fee: none

onsent to Appropriation
f Name

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF STATE
## CORPORATION BUREAU

Pursuant to 19 Pa. Code §17.2 (relating to appropriation of the name of a senior corporation) the undersigned corporation, desiring to consent to the appropriation of its name by another corporation, does hereby certify that:

1. The name of the corporation executing this Consent to Appropriation of Name is:

   **MERIT METAL PRODUCTS CORPORATION**

2. The address of the registered office of the corporation is (the Department of State is hereby authorized to correct the following statement to conform to the records of the Department):

   **242** (NUMBER) **VALLEY ROAD** (STREET)

   **WARRINGTON** (CITY), Pennsylvania **18976** (ZIP CODE)

3. The date of its incorporation is: **9/16/68**

4. The statute under which it was incorporated is:

   **PA. BUSINESS CORPORATION LAW - ACTIVE MAY, 5 1933 P.L. 364 AS AMENDED**

5. The corporation is (check one):
   - [X] About to change its name.
   - [ ] About to cease to do business.
   - [ ] Being wound up.
   - [ ] About to withdraw from doing business in this Commonwealth.

6. The corporation(s) entitled to the benefit of this Consent to Appropriation of Name is (are):

   **STEFANOWICZ & LUTZ, INC.**

M BURR KEIM COMPANY, PHILADELPHIA

DSCB: (Rev 8-72)-2

IN TESTIMONY WHEREOF, the undersigned corporation has caused this consent to be signed by a duly authorized officer and its corporate seal, duly attested by another such officer, to be hereunto affixed, this __14th__ day of __July__, 19__88__.

MERIT METAL PRODUCTS CORPORATION
(NAME OF CORPORATION)

By: _____
(SIGNATURE)

CHAIRMAN
(TITLE: PRESIDENT, VICE PRESIDENT, ETC.)

Attest: _____
(SIGNATURE)

SECRETARY
(TITLE: SECRETARY, ASSISTANT SECRETARY, ETC.)

(CORPORATE SEAL)

INSTRUCTIONS FOR COMPLETING FORM:

Where this form is executed by an unincorporated body which has registered its name pursuant to statute (see 19 Pa. Code §17.101 et seq.) the language of the form should be modified accordingly, and a seal need be affixed only where the unincorporated body has adopted a seal.