STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

NAME OF CARRIER                                                    DELIVERING CARRIER

SHIPPED BY:            **ASHLAND CHEMICAL COMPANY**

ROUTE    ADVANCED ENVIROTECH CO.

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE SHIPPED: 10/7/76

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.  CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS.    APPROX. 44,000 LBS. | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

ASHL00093

DRUMS RETURNED    I.C.C.                    REG.

ITEMS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS  44,000

ASHLAND CHEMICAL COMPANY, Shipper

Per

Permanent postoffice address of shipper        P.O. BOX 2219, COLUMBUS, OHIO 43216

Per        ADVANCED ENVIROTECH CO.        Agent

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER                                              DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
|---|---|---|---|

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | 210 GT MEADOWS NJ | | |
| CUSTOMER ORDER & REQ NO | | DATE SHIPPED | 10/8/86 | | REQUESTED SHIP DATE |

FOB  S-IPPING POINT  : DESTINATION  4-PRODUCING PLANT  5-SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY

P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CON | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | APPROX 4500 Gallons  APPROX 44,000 Lbs | | | | |
| | | NOLABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
900 424-9300, DAY OR NIGHT.

ASHL00094

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT
WEIGHT IS  44,000#

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per Charles Hendershot        Per ADVANCED ENVIROTECH CO        Agent

Permanent postal office address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                    DELIVERING CARRIER

**SHIPPED BY:**     **ASHLAND CHEMICAL COMPANY**     ORDER NO

ROUTE

ADVANCED ENVIROTECH CO     CAR NO     SHIP FROM (CITY & STATE)    OCO DATE OF ORDER

CUSTOMER ORDER & REQ. NO     210 GT MEADOWS NJ

DATE SHIPPED   0/8/76    REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 3,000 Gallons | APPROX | 44,000 | | |
| | | CORROSIVE LIQUID N.O.S  CORROSIVE LIQUID | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

*Bruce Delewal*

ASHL00095

DRUMS RETURNED    I.C.C.      REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT   44,000
WEIGHT IS

**ASHLAND CHEMICAL COMPANY,** Shipper

Per *Charles Heuchert*    Per **ADVANCED ENVIROTECH CO**    Agent

Permanent postoffice address of shipper,   P.O. BOX 2219, COLUMBUS, OHIO 43216

Copy

**THIS MEMORANDUM** is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                                   DELIVERING CARRIER

| SHIPPED BY: | ASHLAND CHEMICAL COMPANY | | ORDER NO |
|---|---|---|---|

| ROUTE | | CAR NO. | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| | | | 210 | | |

| CUSTOMER ORDER & REQ. NO. | T.O.B | FREIGHT PPD 2-COLL | SHIP CODE TC 1 LN 2 | DATE SHIPPED 10/12/7 | REQUESTED SHIP DAT |
|---|---|---|---|---|---|

1-B    SHIPPING POINT    2-DESTINATION    4-PRODUCING PLANT    5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J. 08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | R WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.  CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS. | APPROX. 44,000 LBS. | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |

DRUMS RETURNED          NO.C.          REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS    44,000    LBS

ASHLAND CHEMICAL COMPANY, Shipper

Per

Permanent post office address of shipper, P.O. BOX 2219, COLUMBUS, OHIO 43216

ADVANCED ENVIROTECH CO.

Agent

ASHL00096

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| NAME OF CARRIER | | DELIVERING CARRIER | | | | |
|---|---|---|---|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | | | | ORDER NO |
| ROUTE ........ PICK-UP | CAR NO. | SHIP FROM (CITY & STATE) 210 ST MEADOWS NJ | | OCO | DATE OF ORDER |
| CUSTOMER ORDER & REQ. NO. | FREIGHT SHIP CODE | DATE SHIPPED 10/12/... | | | REQUESTED SHIP |

F.O.B. 1-SHIPPING POINT  2-DESTINATION  4-PRODUCING PLANT  5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J. 08850

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

If charges are to be prepaid write or stamp here "To Be Prepaid"

**COLLECT**

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | ★ WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| 79dr | | 1 Truck Load Of Waste Material-----FLAMMABLE MATERIAL | | | | |
| | | 64 Drums Isopropanol------Flammable Liquid | | | | |
| | | Alcohol N.O.S.   Flammable Liquid | | 28,800 | | |
| | | 15 Drums Methanol---------Flammable Liquid | | | | |
| | | Methyl Alcohol   Flammable Liquid | | 6756℔S | | |
| | | FLAMMABLE LABELS REQUIRED | | | | |

DRUMS RETURNED      I.C.C.          REG.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

79

|THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS 35550
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper          Per    ADVANCED ENVIROTECH CO.          Agent

Per _____

Permanent post-office address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

"This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

ASHL00097

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.
RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                      DELIVERING CARRIER

| SHIPPED BY: | ASHLAND CHEMICAL COMPANY | | ORDER NO |
|---|---|---|---|

| ROUTE | ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCC | DATE OF ORDER |
|---|---|---|---|---|---|
| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED 10/12/7 | | REQUESTED SHIP DATE |

DESTINATION — PRODUCING PLANT  SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.   08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.   CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS. (280?) | APPROX. | 44,000 LBS | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

ASHL00098

57003

DRUMS RETURNED          I.C.C.                REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT  44,000
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., Shipper

ASHLAND CHEMICAL COMPANY, Shipper
Per                                        ADVANCED ENVIROTECH CO.                    Per          Agent
Ed Long
Permanent post-office address of shipper  P. O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                                    DELIVERING CARRIER

| SHIPPED BY: | | | | |
|---|---|---|---|---|
| ROUTE | **ASHLAND CHEMICAL COMPANY** | | | ORDER NO |
| ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCD | DATE OF ORDER |
| CUSTOMER ORDER & REQ NO | | DATE SHIPPED 10/13/7 | | REQUESTED SHIP DATE |

SHIPPING POINT  DESTINATION  PRODUCING PLANT  SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.      08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES. SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.   CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS.      APPROX. 44,000 LBS. | | | | |
| | | 2800 | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT. CALL TOLL-FREE NUMBER 800-424-9300. DAY OR NIGHT. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | ASHL00099 | | | | |

DRUMS RETURNED    I.C.C.                    REG

44,000

ASHLAND CHEMICAL COMPANY  Shipper

Per  H. Tom Henderson  Per  ADVANCED ENVIROTECH CO.  Agent

Permanent address of shipper  P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

From ASHLAND CHEMICALS COMPANY    OCT 14 19 26 BY TRUCK ☒ FREIGHT ☐

At GREAT MEADOWS NEW JERSEY    Shipper's No.

Carrier ADVANCED ENVIROTECH CO    Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. Box 152 MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO    Vehicle or Car Initial    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Spent Mixed Acid | | APPROX 44,000# | | |
| | CORROSIVE LIQUID N.O.S | APPROX 5,000 Gal | | |
| | CORROSIVE LIQUID | | | |
| | IN THE EVENT | | | |
| | CONCERNING OF ANY EMERGENCY | | | |
| | SHIPMENT, THE PRODUCT IN THIS | | | |
| | 800-424-9300, CALL TOLL-FREE NUMBER | | | |
| | DAY OR NIGHT. | | | |
| | CORROSIVE LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper.

Shipper, Per Charles Marchese ADVANCED ENVIROTECH, Per

C. O. D. SHIPMENT

C O D Amt

Collection fee

Total Charges

Shipper    Agent or Cashier.

00577

ASHL00105

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| NAME OF CARRIER | | DELIVERING CARRIER | | | |
|---|---|---|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | | | ORDER NO |
| ROUTE | ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCC | DATE OF ORDER |
| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED 10/14/76 | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.     08852

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.   CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS.      APPROX. 44,000 LBS. | | | | |
| | | | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

DRUMS RETURNED     I.C.C.     REG.

ASHL00106

ASHLAND CHEMICAL COMPANY, Shipper          Agent
Per _____     Per ADVANCED ENVIROTECH CO.
Permanent Post-office address of shipper.   P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

OF CARRIER                                    DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**    ORDER NO

| ROUTE | CAR NO | SHIP FROM (CITY & STATE): | OCC | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |
| CUSTOMER ORDER & REQ. NO | | DATE SHIPPED 10/ /76 | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR'Y | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | APPROX 5,000 Gallons   APPROX 44,000 Lbs | | | | |
| | | 4500 | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

ASHL00107

DRUMS RETURNED    I.C.C.    REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS 44,000# LBS
SUBJECT TO VERIFICATION IF APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT.
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper    Agent
Per Charles Vandenhof
Permanent post office address of shipper  P.O. BOX 2219, COLUMBUS, OHIO 43216

Per ADVANCED ENVIROTECH CO.

From ASHLAND CHEMICAL CO.

OCT. 15, 19 76 BY TRUCK ☑ FREIGHT ☐ DESIGNATE WITH AN (X)

At  GREAT MEADOWS, N.J.

Carrier  ADVANCED ENVIROTECH CO.

Shipper's No. _____

Agent's No. _____

Consigned to  ADVANCED ENVIROTECH COMPANY

Mail or street address of consignee — For purposes of notification only.

Destination  P.O. BOX 152        MILLTOWN        State of  N.J.        County of _____

Route _____

Delivering Carrier  ADVANCED ENVIROTECH CO.        Vehicle or Car Initial _____        No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck & Containing | | | | |
| | Spent Mixed Acid | APPROX. 44,000 LBS. | | |
| | | APPROX. 3,000 GALS. | | |
| | CORROSIVE LIQUID N.O.S. | | | |
| | CORROSIVE LIQUID | IN THE EVENT OF AN EMERGENCY | | |
| | | CONCERNING THE PRODUCT IN THIS | | |
| | | SHIPMENT CALL TOLL FREE NUMBER | | |
| | | 800-424-9300 DAY OR NIGHT. | | |
| | CORROSIVE LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper

Shipper, Per _____  ADVANCED ENVIROTECH CO., Agent, Per Ed Fry

C.O.D. SHIPMENT

C.O.D Amt _____

Collection Charge _____

Total Charges _____

ASHL00108

BF 000564

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From ASHLAND CHEMICALS CO.

At GREAT MEADOWS, N.J.    OCT. 18 19 76    BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

DESIGNATE WITH AN (X)

Carrier    ADVANCED ENVIROTECH CO.    Agent's No. _____

Mail or street address of consignee — For purposes of notification only)

Consigned to    ADVANCED ENVIROTECH COMPANY

Destination    P.O. BOX 152    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier    ADVANCED ENVIROTECH CO.    Vehicle or Car Initial _____ No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Spent Mixed | | | |
| | Acid CORROSIVE LIQUID | | | |
| | CORROSIVE LIQUID N.O.S  CORROSIVE LIQUID | | | |
| | | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 44,000 lbs | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED    LBS.

CORRECT WEIGHT IS _____

Permanent post office address of shipper

Shipper, Per Charles Vanderbilt    Advanced Envirotech Agent, Per _____

C.O.D. SHIPMENT

C.O.D. Amt. _____

Collection Fee _____

Total Charges _____

RF 000558

ASHL00109

BY 000559

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY                    OCT 19 1976 BY truck ☒ freight ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO                                                    Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination MILLTOWN  P.O. BOX 152                    State of NEW JERSEY    County of _____

Route _____

| Delivering Carrier ADVANCED ENVIROTECH CO | Vehicle or Car Initial | | | |
|---|---|---|---|---|
| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
| 1 Tank Truck Containing Spent Mixed | | | | |
| | Acid  APPROX 3,000 Gallons | | | |
| | APPROX 44,000 lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LIQUID | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT | | | |
| | CORROSIVE LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED. _____ LBS.

CORRECT WEIGHT IS _____

Shipper, Per Charles Maxwell ADVANCED ENVIROTECH Agent, Per _____

RF 000560

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From ___ GILLAND CHEMICAL CO.

At __ EAST MEADOWS, N.J. ___

Carrier ___ ADVANCED ENVIROTECH CO.

DESIGNATE WITH AN (X):
BY TRUCK ☒ FREIGHT ☐    OCT 2 09 76    Shipper's No. ___

Agent's No. ___

Consigned to __ ADVANCED ENVIROTECH COMPANY

Destination __ P. O. BOX 152 __ MILLTOWN __ State of __ N.J. __ County of ___

Route ___

Delivering Carrier __ ADVANCED ENVIROTECH CO. __ Vehicle or Car Initial ___

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Spent | | | |
| | Mixed Acid | APPROX. 44,000 LBS. | | |
| | | APPROX. 3,000 GALS. | | |
| | | | | |
| | CORROSIVE LIQUID N.O.S. | | | |
| | CORROSIVE LIQUID | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE 20
800-424-9300 DAY OR NIGHT

ADVANCED ENVIROTECH CO.

Shipper, Per ___

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS ___ LBS.

ASHL00113

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading,

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY                    OCT 20 19 76 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier    ADVANCED ENVIROTECH CO                                                    Agent's No. _____

DESIGNATE WITH AN (X)

Consigned to    ADVANCED ENVIROTECH COMPANY

Destination    MILLTOWN P.O. BOX 152                        State of  New Jersey    County of _____

Route _____

| Delivering Carrier    ADVANCED ENVIROTECH CO., | Vehicle or Car Initial | | | | |
|---|---|---|---|---|---|
| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
| 1 | Tank Truck Containing Waste Water | | | | |
| | From GBN | | | | |
| | NO LABELS REQUIRED | | | | |
| | APLROX    GALLONS | | | | |
| | APPROX 44,000 lbs | | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.    † The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per Charles Woods for Advanced envirotech  Agent, Per _____

Permanent post office address of shipper _____

BF000561

BF 000562

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    OCT 21 19 76

Carrier ADVANCED ENVIROTECH CO

Consigned to    ADVANCED ENVIROTECH COMPANY

Destination  P.O. BOX 152  MILLTOWN    State of  NEW JERSEY    County of _____

Route _____

Delivering Carrier  ADVANCED ENVIROTECH CO    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Spent Mixed | | | | |
| Acid  CORROSIVE LIQUID N.O.S | | | | |
| APPROX 2800  GALLONS | | | | |
| APPROX 44,000 Lbs | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THIS PRODUCE IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |
| | CORROSIVE LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.        LBS

CORRECT WEIGHT IS _____

C.O.D. Shipment

C.O.D. Amt. _____

Collection Fee _____

Total Charges _____

Shipper, Per _____    Agent, Per _____

ADVANCED ENVIROTECH, Agent, Per. _____

BK000563

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY    OCT 22 19 76 BY TRUCK ☒ FREIGHT ☐    Shipper's No.

Carrier ADVANCED ENVIROTECH CO    Agent's No.

Consigned to  ADVANCED ENVIROTECH COMPANY

Destination  P.O. BOX MILLTOWN    State of  NEW JERSEY    County of

Route

Delivering Carrier    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Spent | | | |
| | Mixed Acid APPROX 3000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LIQUID | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS            LBS.

ADVANCED ENVIROTECH, Agent, Per

Shipper, Per

Permanent post office address of shipper

BF 000557

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL CO

At GREAT MEADOWS NJ    OCT 25 1976    BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

Shipper's No. _____

Agent's No. _____

Carrier ADVANCED ENVIROTECH CO

Consigned to ADVANCED ENVIROTECH CO

Destination P.O. BOX 152 ALLENTOWN NJ    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier ADVANCED ENVIROTECH CO    Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Spent Mixed Acid APPROX 200 GALLONS APPROX 44,000 Lbs | | | |
| | CORROSIVE LIQUID N.O.S | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | |
| | CORROSIVE LIQUID | | | |
| | CORROSIVE LABELS REQUIRED | | | |

C.O.D. SHIPMENT

C.O.D. Amt _____
Collection Fee _____
Total Charges _____

Shipper, ADVANCED ENVIROTECH Per Ed Foya Agent, Per Ed Foya

Shipper, Per Charles Steinhardt Per Ed Foya

ASHL00117

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NJ          OCT 26 1976 BY TRUCK ☒  FREIGHT ☐

DESIGNATE WITH AN (X)

Carrier  ADVANCED ENVIROTECH COMPANY

Shipper's No.

Agent's No.

Consigned to  XXX ADVANCED ENVIROTECH COMPANY

Mail or street address of consignee — For purposes of notification only.

Destination  P.O. BOX 152    MILLTOWN      State of  NEW JERSEY      County of

Route

Delivering Carrier  ADVANCED ENVIROTECH          Vehicle or Car Initial                 No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid  APPROX 3500 Gallons | | | |
| | APPROX 44,000 lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LIQUID | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

DIRECT WEIGHT IS _____ LBS

Charles Achalt ADVANCED ENVIROTECH Agent, Per Ed Jones

Shipper, Per  Ed Jones    Shipper

BY 000545

000741

ASHL00118

From STRAND CHEMICAL COMPANY

GREAT MEADOWS      OCT 25 1976 BY TRUCK X FREIGHT Shipper's No.

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH COMPANY                                Agent's No.

Consigned to KKKK ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN          State of NEW JERSEY      County of

Route

Delivering Carrier ADVANCED ENVIROTECH          Vehicle or Car Initial          No.

| NO. OF PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid  APPROX      Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LIQUID | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Per _____ Ed Jones  Shipper

Shipper, Per _____ ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper

† This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF000070

ASHL00119

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY    OCT 27 19 76 BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH COMPANY    Shipper's No.

Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY    (Mail to street address of consigned — for purposes of notification only.)

Destination P. O. BOX 152 MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier    ADVANCED ENVIROTECH CO    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLE, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO COMB.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Waste Water | | | | |
| From CDN APPROX 4500 GALLONS | | | | |
| APPROX 44,000 Lbs NO LABELS REQUIRED | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

DIRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper.

Shipper, Per Ed Jones    ADVANCED ENVIROTECH Agent, Per Ed Jones

BF000547

0002 11

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    OCT 29 1976    BY TRUCK ☒ FREIGHT ☐    Shipper's No.

Carrier ADVANCED ENVIROTECH CO    DESIGNATE WITH AN (X)    Agent's No.

Consigned to    P.O. BOX 152 MILLTOWN    Must or street address of consignee – For purposes of notification only.)

Destination ADVANCED ENVIROTECH COMPANY    State of NEW JERSEY    County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO    Vehicle or Car Initial    No.

| NO.
PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT
(SUBJECT TO CORR.) | CLASS
OR RATE | CHECK
COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From DIES APIROX    GALLONS | | | |
| | APIROX 44,000 lbs | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300 DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS    LBS.

Shipper, Per    ADVANCED ENVIROTECH, Agent, Per

Permanent post office address of shipper

ASHL00121

From ASHLAND CHEMICAL COMPANY    NOV 4  1976  BY  TRUCK ☑  FREIGHT ☐    DESIGNATE WITH AN X    Shipper's No.
TO  GREAT MEADOWS NEW JERSEY

Carrier ADVANCED ENVIROTECH CO.    Agent's No.

(Mail or street address of consignee — For purposes of notification only)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO.    Vehicle or Car Initial    No.

| NO. OF PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| 39 Drums | Containing XYLENE Flammabel Liquid | | | | |
| 30 Drums | Containing TOLUENE Flammable Liquid | | | | |
| 4 Drums | Containing METHANOL Flammable Liquid | | | | |
| 7 Drums | Containing 6MT DISTILATION (NAPHTHA) | | | | |
| | TOTAL WEIGHTS | | | | |
| | APPROX NET 29,950 Lbs | | | | |
| | APPROX TARE 3,040 Lbs | | | | |
| | APPROX GROSS 32,990 Lbs | | | | |
| | FLAMMABLE LABELS REQUIRE | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300. DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here. To be Prepaid.

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced.

Per Pound DRYNX 50 Cents

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____ ADVANCED ENVIROTECH Agent, Per _____

Per _____ Shipper

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

C. O. D. SHIPMENT
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

BF 000074

ASHL00123

BF 000548

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY    NOV 4   1976   BY TRUCK ☒ FREIGHT ☐   Shipper's No. _____
Carrier ADVANCED ENVIROTECH CO.,                                                    Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN          State of NEW JERSEY    County of _____

Route _____

Delivering Carrier ADVANCED ENVIROTECH CO.,          Vehicle or Car Initial _____   No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 39 Drums | Containing XYLENE Flammabels Liquid | | | |
| 30 Drums | Containing TOLUENE Flammable Liquid | | | |
| 4 Drums | Containing ETHANOL Flammable Liquid | | | |
| 7 Drums | Containing 6WT DISTILLATION (NAPHTHA) | | | |
| | TOTAL WEIGHTS | | | |
| | APPROX NET 29,950 Lbs | | | |
| | APPROX TARE 3,040 Lbs | | | |
| | APPROX GROSS 32,990 Lbs | | | |
| | FLAMMABLE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CALL THIS SHIPMENT DAY OR NIGHT.
CONCERNING THE PRODUCT TOLL-FREE NUMBER
800-424-9300.

RVNX 50 Cwnts   Per Pound

C. O. D. SHIPMENT
C.O.D. Amt. $ _____
Collection Fee _____
Total Charges _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

ADVANCED ENVIROTECH Agent, Per _____
Shipper, Per _____

Permanent post office address of shipper _____

ASHL00124

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY       NOV 4  19 76  BY TRUCK ☒  FREIGHT ☐  Shipper's No.

At  GREAT MEADOWS NEW JERSEY                                                              Agent's No.

Carrier  ADVANCED ENVIROTECH COMPANY

Consigned to  ADVANCED ENVIROTECH COMPANY

Destination  P.O. BOX 152 MILLTOWN          State of  NEW JERSEY   County of

Route

Delivering Carrier  ADVANCED ENVIROTECH       Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Waste Water | | | | |
| From Dyes | | | | |
| APPROX 4500 GALLONS | | | | |
| APPROX 44,000 Lbs | | | | |
| | | | | |
| NO LABELS REQUIRED | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS                    LBS.

Charles for Ashland
Shipper, Per

ADVANCED ENVIROTECH Agent, P

ASHL00125

DF000549

BF 000550

000-21

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From  ASHLAND CHEMICAL CO.

At  GREAT MEADOWS, N.J.          NOV. 5  19 76  BY TRUCK

Carrier  ADVANCED ENVIROTECH COMPANY

Consigned to  P.O. BOX 152    MILLTOWN, N.J.

Destination  ADVANCED ENVIROTECH COMPANY          State of  N.J.    County of

Route

Delivering Carrier  ADVANCED ENVIROTECH CO.          Vehicle or Car Initial

Shipper's No.

Agent's No.

DESIGNATE WITH AN (X)  FREIGHT ☐

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water Frox Dyes | | | |
| | APPROX. 4500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE | | | |
| | NO LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS  44,000  LBS.

Shipper, Per

ADVANCED ENVIROTECH CO.

Agent, Per

ASHL00126

From ASHLAND CHEMICAL CO.

At GREAT MEADOWS, N.J. NOV. 5 1976 BY TRUCK ☐ FREIGHT ☐ Shipper's No.

Carrier ADVANCED ENVIROTECH COMPANY Agent's No.

Consigned to P.O. BOX 152 MILLTOWN, N.J.

ADVANCED ENVIROTECH COMPANY

Destination ___ State of N.J. County of ___

Route ___

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial ___ No. ___

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | ~~1 Tank Truck Containing 44,000~~ | | | |
| | ~~Waste Water~~ | | | |
| 1 | Tank Truck Containing Waste Water | | | |
| | Frox Dyes | | | |
| | APPROX. 4500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | NO LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS APPROX. 44,000 LBS.

Shipper, Per ___ ADVANCED ENVIROTECH CO.

Permanent post office address of shipper

* This is to certify th   he above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation,
according to the appr   b.  tory regulations of the Department of Transportation.

BF 000075

ASHL00127

000120

BF000551

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading.

From ASHLAND CHEMICAL CO

At GREAT MEADOWS NJ

Date NOV 9 19 76 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO    Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination MILLTOWN P.O. BOX 152    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From Dyes | | | |
| | APPROX    GALLONS | | | |
| | APPROX 44,000 lbs | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT CALL TOLL FREE NUMBER | | | |
| | ___ ___ DAY OR NIGHT | | | |
| | NO LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

ADVANCED ENVIROTECH Agent, Per _____

Shipper, Per _____

Permanent post office address of shipper _____

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICALS COMPANY
At GREAT MEADOWS NEW JERSEY          NOV 15 1976 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO                          Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY
152
Destination P.O. BOX MILLTOWN          State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____

| NO.<br>PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL<br>MARKS AND EXCEPTIONS | *WEIGHT<br>(SUBJECT TO COR.) | CLASS<br>OR RATE | CHECK<br>COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From Dyes Approx 1,500 GALLONS | | | |
| | APPORX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERTING THE TRECHET IN THIS | | | |
| | SHIPMENT, CALL TOLLERIE NUMBER | | | |
| | 800.424.9300 DAY OR NIGHT. | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.    LBS

CORRECT WEIGHT IS

Shipper, Per _____ ADVANCED ENVIROTECH Agent, Per _____

BF 000541

ASHI 00129

From ASHLAND CHEMICALS COMPANY

At GREAT MEADOWS NEW JERSEY    NOV 15 1976  BY  TRUCK ☒  FREIGHT ☐    Shipper's No.

Carrier  ADVANCED ENVIROTECH CO                                    Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to  ADVANCED ENVIROTECH COMPANY

352

Destination  P.O. BOX MILLTOWN                    State of  NEW JERSEY    County of

Route

Delivering Carrier                                    Vehicle or Car Initial                    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | Tank Truck Containing Waste | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | Water From Dyes  Approx 4,000 GALLONS | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | APPOX 44,000 Lbs | | | | Per |
| | | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | NO LABELS REQUIRED | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | | | | Agent or Cashier. |
| | | | | | Per (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced. |

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

† Shipper's imprint is in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

† The fibre boxes used for this shipment conform to the specifications set forth in the box-makers' certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.                    Per _____ Shipper

Shipper, Per  Charles _____  ADVANCED ENVIROTECH  Agent, Per _____

Permanent post office address of shipper

C. O. D. SHIPMENT

C. O. D. Amt. _____
Collection Fee _____
Total Charges _____

† "This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

BF000070

ASHL00130

BF 000542

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading...

**From** ASHLAND CHEMICAL CO.

**At** GREAT MEADOWS, N.J. ____ Nov. 18 76 DESIGNATE WITH AN (X) BY TRUCK ☒ FREIGHT ☐ Shipper's No. ____

**Carrier** ADVANCED ENVIROTECH COMPANY    Agent's No. ____

**Consigned to** ADVANCED ENVIROTECH COMPANY

**Destination** P.O. BOX 152 MILLTOWN    State of N.J.    County of ____

**Route** ____

**Delivering Carrier** ADVANCED ENVIROTECH COMPANY    Vehicle or Car Initial ____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water From Dyes | | | |
| | APPROX. 4500 GALS. | 4500 GALS. | | |
| | APPROX. 44,000 LBS. | 44,000 LBS. | | |
| | IN THE EVENT OF ANY EMERGENCY IN THIS SHIPMENT, CALL THE TOLL FREE NUMBER DAY OR NIGHT. 800-424-9300. | NO LABELS REQUIRED | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED 44,000    LBS.

CORRECT WEIGHT IS 44,000

Permanent post office address of shipper.

Shipper, Per ____ ADVANCED ENVIROTECH Agent, Per ____

COD SHIPMENT
COD Amt. ____
Collection Fee ____
Total Charges ____

ASHL00131

From MARLAND CHEMICAL CO.

At _____ NOV 19 76

Carrier ADVANCED ENVIROTECH COMPANY

ADVANCED ENVIROTECH COMPANY

Consigned to

Destination P.O. BOX 152 MILLTOWN          State of N.J.          County of

Route

Delivering Carrier ADVANCED ENVIROTECH COMPANY          Vehicle or Car Initial          No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water From Dyes | | | |
| | APPROX. 4500 GALS. | 4500 GALS. | | |
| | APPROX. 44,000 LBS. | 44,000 LBS. | | |
| | NO LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS 44,000 LBS

Shipper, Per _____ ADVANCED ENVIROTECH CO.

Permanent post office address of shipper

C. O. D. SHIPMENT
C. O. D. Amt.
Collection Fee
Total Charges

* "This is to certify th:   ne above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the app:  ble regulations of the Department of Transportation.

BF000077

ASHL00132

BX000543

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    NOV 24 19 76 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH COMPANY    Agent's No. _____

Mail or street address of consignee — For purposes of notification only.)

Consigned to    ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier ADVANCED ENVIROTECH CO    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing 2% Acid | | | |
| | Water AP ROX 3,000 Gallons | | | |
| | APPROX 44,000 lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300 DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED,

CORRECT WEIGHT IS _____ LBS.

ADVANCED ENVIROTECH, Per _____

Shipper, Per _____

Permanent post office address of shipper.

ASHL00133

BF 000554

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    NOV 30 19 76 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

DESIGNATE WITH AN (X)

Carrier  ADVANCED ENVIROTECH CO    Agent's No. _____

Consigned to  ADVANCED ENVIROTECH COMPANY

Destination  P.O. BOX 152  MILLTOWN    State of  NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From Dyes  APPROX 5,500 Gallons | | | |
| | approx 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER. | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper

Shipper, Per _____    ADVANCED ENVIROTECH, Agent, Per _____

C.O.D. SHIPMENT

C.O.D Amt. _____

Collection Fee _____

Total Charges _____

ASHL00134

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**RECEIVED**, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading,

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY

DESIGNATE WITH AN (X)
DEC 3 19 76 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH COMPANY

Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN ____ State of NEW JERSEY ____ County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste | | | |
| | Water From Dyes APPROX 6pH | | | |
| | APPROX 4,500 Gallons | | | |
| | AP ROX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE SHIPMENT, CALL PRODUCT IN THIS
800-424-9300, DAY OR NIGHT. TOLL-FREE NUMBER

THIS SHIPMENT IS CORRECTLY DESCRIBED. _____ LBS

CORRECT WEIGHT IS _____ LBS

ADVANCED ENVIROTECH, Per _____

Shipper, Per _____

Permanent post office address of shipper _____

BA 000555

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading,

From ASHLAND CHEMICAL CO.                    DEC. 9 19 76 BY TRUCK ☒ FREIGHT ☐
At  GREAT MEADOWS, N.J.                       DESIGNATE WITH AN (X)

Carrier ___ADVANCED ENVIROTECH CO.___                    Shipper's No. _____

Consigned to ___ADVANCED ENVIROTECH CO.___              Agent's No. _____

Destination ___P.O. BOX 152     MILLTOWN___     State of ___N.J.___     County of _____

Route _____

Delivering Carrier ___ADVANCED ENVIROTECH CO.___     Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From Dyes | | | |
| | | | | |
| | APPROX. 4500 GALLONS | | | |
| | APPROX. 44,000 LBS. | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL FREE | | | |
| | 8- | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ___44,000#___ LBS.

Permanent post office address of shipper.

Shipper, Per _____

Agent, Per _____

00043

BF000556

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

From ASHLAND CHEMICAL CO.     DEC. 13 19 76

At GREAT MEADOWS, N.J.     DESIGNATE WITH AN (X)     Shipper's No. _____

BY TRUCK ☒  FREIGHT ☐

Carrier _____ ADVANCED ENVIROTECH CO. _____     Agent's No. _____

Mail or street address of consignee — For purposes of notification only.

Consigned to _____ ADVANCED ENVIROTECH CO. _____

Destination _____ P.O. BOX 152 _____ MILLTOWN _____ State of _____ N.J. _____ County of _____

Route _____

Delivering Carrier _____ ADVANCED ENVIROTECH _____     Vehicle or Car Initial _____     No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | ONE TANK TRUCK CONTAINING | | | |
| | WASTE WATER FROM DYES. | | | |
| | | | | |
| | APPROX. 4500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | | | | |
| | | IN THE EVENT OF ANY EMERGENCY | | |
| | | CONCERNING THE PRODUCT IN THIS | | |
| | | SHIPMENT CALL TOLL FREE NUMBER | | |
| | | 800-424-9300, DAY OR NIGHT. | | |
| | | | | |
| | NO LABELS REQUIRED | | | |

ADVANCED ENVIROTECH CO.

Shipper, Per _____     Agent, Per _____

C.O.D. SHIPMENT

C.O.D. Amt. _____

Collection Fee $ _____

LBS.

ASHL00137

BF 000540

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS   NEW JERSEY     DEC 15 9 - 76 0Y   TRUCK ☒   FREIGHT ☐   Shipper's No.

DESIGNATE WITH AN (X)

Carrier   ADVANCED ENVIROTECH CO                                    Agent's No.

Mail or street address of consignee — For purposes of notification only.)

Consigned to   ADVANCED ENVIROTECH COMPANY

Destination   P.O. BOX 152 ,MILLTOWN          State of   NEW JERSEY    County of

Route

Delivering Carrier                              Vehicle or Car Initial                              No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | | | | |
| | APPROX 4,500 Gallons   APPROX 44,000 # | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | NO LABELS REQUIRED   SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

C. O. D. SHIPMENT

C. O. D. Amt.
Collection Fee
Total Charges.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS                LBS.

Charles Per Marshburn
Shipper, Per

ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

ASHL00138

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

From SHILAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY

Carrier ADVANCED ENVIROTECH CO

DEC 16 1976 BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

Shipper's No. _____

Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination MILLTOWN  P.O. BOX 152    State of New Jersey    County of _____

Route BARETT

Delivering Carrier ADVANCED ENVIROTECH    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COM. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 2-55 Gal | Drums Containing Waste Water From | | | |
| | Gdn And Dyes  Chemicals n.o.i.b.n | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| IN THE EVENT OF ANY EMERGENCY | CONCERNING THE PRODUCT IN THIS | | | |
| CONCERNING THE PRODUCT IN THIS | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| SHIPMENT CALL TOLL-FREE NUMBER | 800-424-9300, DAY OR NIGHT. | | | |
| 800-424-9300, DAY OR NIGHT. | | | | |

RVNX  50 Cents

Pound

C.O.D. SHIPMENT

C O D Amt _____

Collection Fee _____

Total Charges _____

Charges Advanced $

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper.

Shipper, Per Charles P. Kendall J

Per _____  Agent, Per _____

BARETT

ASHL00139

BF 000552

BF 0000527

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    JAN 29 19 79    DESIGNATE WITH AN (X)    BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier Advanced Envirotech Co.    Agent's No. _____

(Mail or street address of consignee – For purposes of notification only.)

Consigned to Advanced Envirotech Company

Destination PO BOX 152 Milltown    State of New Jersey    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Phthalide Acid Water Layer | | | |
| | 2% CORROSIVE LIQUID N.O.S. | | | |
| | AFPH04 3,000 Gals. | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

Miss to ricorm.
pl pl

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT CALL TOLL FREE NIGHT
OR DAY
800 424 9300

THIS SHIPMENT IS CORRECTLY OF SCRIBE D.    CORRECT WEIGHT IS 44,000# LBS

Chas Mclaughlin    ADVANCED ENVIROTECH Agent, Per _____

Shipper, Per _____

C.O.D. SHIPMENT

C O D Amt _____    Collection fee _____

Charges Advanced _____

BF000528

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

From ASHLAND CHEMICAL CO.          JAN 31 19 77 BY TRUCK ☐ FREIGHT ☐   Shipper's No.

At GREAT MEADOWS, N.J.                                          Agent's No.

Carrier  ADVANCED ENVIROTECH COMPANY                    (Mail or street address of consignee - for purposes of notification only)

Consigned to  ADVANCED ENVIROTECH COMPANY

Destination  P. O. BOX 152      MILLTOWN      State of NEW JERSEY      County of

Route

Delivering Carrier  ADVANCED ENVIROTECH CO.      Vehicle or Car Initial      No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|
| | 1 Tank Truck Containing | | |
| | Phthalide Acid Water Acid | | |
| | 2% CORROSIVE LIQUID N.O.S. | | |
| | APPROX. 3,000 GALS. | | |
| | APPROX. 40,000 LBS. | | |
| | CORROSIVE LABELS REQUIRED | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS  40,000  LBS

Permanent post office address of shipper

Shipper, Per                      Agent, Per

ASHL00143

RECEIVED

From _____ CHEMICAL CO.

At GREE MEADOWS, N.J.    JAN 3ʳ 1977  BY TRUCK ☐  FREIGHT ☐   Shipper's No.

Carrier    ADVANCED ENVIROTECH CO.                                Agent's No.

Consigned to    ADVANCED ENVIROTECH COMPANY

Destination    P.O. BOX 152    MILLTOWN    State of    NEW JERSEY    County of _____

Route _____

Delivering Carrier    ADVANCED ENVIROTECH CO.    Vehicle or Car Initial _____ No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing | | | |
| | Phthalide Acid Water Acid | | | |
| | 2% CORROSIVE LIQUID N.O.S. | | | |
| | APPROX 3,000 GALS. | | | |
| | APPROX. 40,000 LBS. | | | |
| | CORROSIVE LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS  40,000.  LBS.

Shipper, Per _____                    Agent, Per _____

Permanent post office address of shipper

ADVANCED ENVIROTECH CO.

ASHL00144

BF 000393