BF 000529

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL CO.

At GREAT MEADOWS, N.J.    FEB 1  19 77  BY  TRUCK ☒  FREIGHT ☐

Carrier ADVANCED ENVIROTECH CO.    Shipper's No. ____

DESIGNATE WITH AN (X)    Agent's No. ____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    MILLTOWN    State of NEW JERSEY    County of ____

Route ____

Delivering Carrier ADVANCED ENVIROTECH CO.    Vehicle or Car Initial    No.

| NO PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT SUBJECT TO CORR. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From Dyes | | | |
| | | | | |
| | APPROX. 4,560 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | | | | |
| | | | | |
| | NO LABELS R. OHIO | | | |

IN THE EVENT
CONCERNING THE SHIPMENT
800 NEW ... CALL THE ANY EMERGENCY
933 ... DAY CL ... CT & AGENCY
CR ... ANY ... T.S ...
... NUMBER

THIS SHIPMENT IS CORRECTLY DESCRIBED ____ LBS 44,000

Shipper, Per ____    Edward Lam

____ Agent, Per EVLAS

ASHL00145

BF 000530

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading,

From ASHLAND CHEMICAL CO.

At GT. MEADOWS, N.J.

Carrier _____ ADVANCED ENVIROTECH CO.

Consigned to _____ ADVANCED ENVIROTECH COMPANY

Destination _____ P.O. BOX 152    MILLTOWN    State of    NEW JERSEY    County of _____

Route _____

Delivering Carrier _____ ADVANCED ENVIROTECH CO.    Vehicle or Car Initial

DESIGNATE WITH AN (X)
BY TRUCK ☑    FREIGHT ☐

FEB. 29 77

Shipper's No. _____

Agent's No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT SUBJECT TO CORR. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water From Dyes | | | |
| | APPROX. 4,500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF AN EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL COLLECT
800-424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ____44,000#____ LBS.

Permanent post office address of shipper.

Shipper, Per _____

ADVANCED ENVIROTECH COMPANY

Agent, Per _____

C.O.D. SHIPMENT

ASHL00146

From ASHLAND CHEMICAL CO.

GT. MEADOWS, N.J.                FEB. 2 19 77   BY TRUCK ☐  FREIGHT ☐   Shipper's No.

Carrier ADVANCED ENVIROTECH CO.                                    Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination   P.O. BOX 152   MILLTOWN           State of NEW JERSEY   County of

Route

Delivering Carrier   ADVANCED ENVIROTECH CO.        Vehicle or Car Initial                No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Waste | | | | |
| | Water From Dyes | | | | |
| | | | | | |
| | APPROX. 4,500 GALS. | | | | |
| | APPROX. 44,000 LBS. | | | | |
| | | | | | |
| | NO LABELS REQUIRED | | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS 44,000#   LBS.

Shipper, Per                          Agent, Per

Permanent post office address of shipper

BF 000394

ASHL00147

BF000531

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From Ashland Chemical Company

At Great Meadows New Jersey

Carrier Advanced Envirotech Co.

DESIGNATE WITH AN (X)
BY TRUCK ☒ FREIGHT ☐    FEB 21 1977

Shipper's No.

Agent's No.

Consigned to Advanced Envirotech Company

Destination P. O. Box 152 Milltown    State of NEW JERSEY    County of

Route

Delivering Carrier    Vehicle or Car Initial    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing | | | | |
| | PHTHALIDE ACID WATER LAYER | | | |
| | 2% CORROSIVE LIQUID N.O.S | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | CORROSIVE LABELS REQUIRED | | | |

THE PRODUCT IN FACT THIS CONCERNING / CALL TOLL-FREE NUMBER DAY OR NIGHT. (800) 424-9300

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper, Per _____    ADVANCED ENVIROTECH Agent, Per _____

C.O.D. SHIPMENT

C.O.D. Amt _____
Collection Fee _____
Total Charges _____

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

Permanent post office address of shipper.

ASHL00148

From Ashland Chemical Company.
At Great Meadows New Jersey                FEB 3 1977 BY TRUCK ☒  FREIGHT ☐   Shipper's No.
Carrier  Advanced Envirotech Co.                                    DESIGNATE WITH AN (X).
                                                                          Agent's No.
                                                                     (Mail or street address of consignee - For purposes of notification only
Consigned to  Advanced Envirotech Company

Destination P.O Box 152  MILLTOWN                      State of NEW JERSEY      County of

Route

Delivering Carrier                                Vehicle or Car Initial                    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES. SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing | | | |
| | PHTHALIDE ACID WATER LAYER | | | |
| | 2% CORROSIVE LIQUID N.O.S | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER ... 4-9300, DAY OR NIGHT.

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS_____LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box-makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper, Per                              ADVA.C.D ENVIROTEC Agent, Per

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Subject to Section 7 of conditions...

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Per
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, To be Prepaid.

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$

C. O. D. SHIPMENT
C. O. D. Amt.
Collection Fee
Total Charges
Per                    Shipper

W 000395

ASHL00149

BF000532

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY _____ FEB 4 19 72 BY TRUCK ☒ FREIGHT ☐     DESIGNATE WITH AN (X)     Shipper's No. _____

Carrier _____ ADVANCED ENVIROTECH CO _____     Agent's No. _____

Consigned to _____ ADVANCED ENVIROTECH COMPANY _____     (Mail or street address of consignee — For purposes of notification only.)

Destination P.O. BOX 152 BILLTOWN _____     State of NEW JERSEY _____     County of _____

Route _____

Delivering Carrier _____     Vehicle or Car Initial _____ No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | from Dyes | | | |
| | approx 4,500 Gal. | | | |
| | approx 44,000 lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED _____ LBS

CORRECT WEIGHT IS _____

Permanent post office address of shipper.

Shipper, Per _____ ADVANCED ENVIROTECH Agent, Per _____

ASHL00150

TO: ___ CHEMICAL COMPANY ___ FEB 1, 19 77 BY TRUCK ☒ FREIGHT ☐   Shipper's No. _____

Carrier __ ADVANCED ENVIROTECH CO __                              Agent's No. _____

Consigned to __ ADVANCED ENVIROTECH COMPANY __        (Mail or street address of consignee — For purposes of notification only)

Destination __ P.O. BOX 152 MILLTOWN __ _____ State of __ NEW JERSEY __ ___ County of _____

Route _____

Delivering Carrier _____ Vehicle or Car Initial _____ No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | approx 4,500 Gal. | | | |
| | approx 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $_____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$_____

C. O. D. SHIPMENT
C. O. D. Amt. _____
Collection Fee _____
Total Charges _____

† This is to certify that the above named articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Permanent post office address of shipper _____

Shipper, Per _Charles Sheackeslut_          ADVANCED ENVIROTECH ___ Agent, Per _____

* This is to certify the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

BF 000392

ASHL00151

BF 000533

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY        FEB 7 19 77 BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO

Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Mail or street address of consignee – For purposes of notification only.)

Destination F.O. BOX XXX 152 MILLTOWN        State of NEW JERSEY        County of _____

Route _____

Delivering Carrier _____        Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Tank Truck Containing Waste Water | | | |
| | From Dyes    APPROX 4,5000a llons | | | |
| | APPROX 44,000 lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS

Permanent post office address of shipper _____

Shipper, Per _____  ADVANCED ENVIROTECH Agent, Per _____

No. _____

C. O. D. SHIPMENT

C O D Amt _____

Collection for _____

Charges _____

ASHI 00152

From ISRAEL CHEMICAL COMPANY

A GREAT MEADOWS NEW JERSEY    FEB.7  19 77 BY TRUCK ☒  FREIGHT ☐    Shipper's No.

Carrier ADVANCED ENVIROTECH CO

Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX XXX 152 MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier    Vehicle or Car Initial    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes    APPROX 4,500 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800 424 9300, DAY OR NIGHT. | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced.

$

C.O.D. SHIPMENT

C.O.D. Amt.

Collection Fee

Total Charges

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____    ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF 000396

ASHL00153

BF000534

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of this shipment...

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY  FEB 9 19 77 BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO

Agent's No. _____

(Mail or street address of consignee – For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination  P.O. B.X 152  ALLTOWN  State of  NEW JERSEY  County of _____

Route _____

Delivering Carrier _____  Vehicle or Car Initial _____  No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From Dyes APPROX 2,600 Gal | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | IN THE EVENT OF ANY EMERGENCY | | |
| | | CONCERNING THE PRODUCT IN THIS | | |
| | | SHIPMENT, CALL TOLL FREE NUMBER | | |
| | | 800-424-9300, DAY OR NIGHT | | |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THIS SHIPMENT IS CORRECTLY DESCRIBED

1. The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS

Shipper, Per Meckaly J  ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper _____

C. O. D SHIPMENT

C. O. D Amt _____

Collection fee _____

Total Charges _____

Shipper _____

ASHL00154

CHEMICAL COMPANY
MEADOWS NEW JERSEY        FEB 19 19 77  BY TRUCK ☒  FREIGHT ☐  Shipper's No.

DESIGNATE WITH AN "X"

Carrier ADVANCED ENVIROTECH CO                                          Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination  P.O. BOX 152    MILLTOWN              State of  NEW JERSEY    County of

Route

Delivering Carrier                                  Vehicle or Car Initial                No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | 1 Tank Truck Contianing Waste Water | | | | |
| | From Dyes  APPROX 2,600 Gal | | | | |
| | APPROX 40,000 Lbs | | | | |
| | | | | | |
| | NO LABELS REQUIRED | | | | |
| | IN THE EV | | | | |

ASHL00155

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

From  ASHLAND CHEMICAL COMPANY

At UPPER MEADOWS NEW JERSEY    FEB 10 19 72 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier  ADVANCED ENVIROTECH CO    Agent's No. _____

Consigned to  ADVANCED ENVIROTECH COMPANY    (Mail or street address of consignee - For purposes of notification only.)

Destination  P.O. BOX 152 MILLTOWN    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Waste Water | | | | |
| From-Dyes | | | | |
| APPROX 5,000 Gallons | | | | |
| APPROX 44,000 Lbs | | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | OCCURRING THE CHEMTREC IN THIS | | | |
| | AREA ON 24 HR. TOLL FREE NUMBER | | | |
| | OF 800 424 9300 DAY OR NIGHT | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS

*Amount post office address of shipper

Shipper, Per _____  ADVANCED ENVIROTECH Agent, Per _____

Per _____    Agent or Cashier.

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

C O D SHIPMENT

ASHL00156

BF 000519

CHEMICAL COMPANY    FEB 10 19 77 BY TRUCK ☒ FREIGHT ☒    Shipper's No.

Carrier ADVANCED ENVIROTECH CO    Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier    Vehicle or Car Initial    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT SUBJECT TO CORR. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | APPROX 5,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | |

Shipper, Per    ADVANCED ENVIROTECH Agent, Per

BF 000399

ASHL00157

BF000520

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From  ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS  NEW JERSEY          FEB  11 19 77  BY TRUCK ☑ FREIGHT ☐   Shipper's No.

Carrier  ADVANCED ENVIROTECH CO.                         DESIGNATE WITH AN (X)        Agent's No.

Consigned to  ADVANCED ENVIROTECH COMPANY                          (Mail or street address of consignee — For purposes of notification only.)

Destination  P.O. BOX 152  MILLTOWN          State of  NEW JERSEY  County of

Route

Delivering Carrier _____  Vehicle or Car Initial _____  No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Phthalide | | | |
| | Water Layer | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE ANY DAY OR NIGHT
800 424 9300, DAY OR NIGHT

* This is to certify that the above articles are properly described by name and are packed and marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Interstate Commerce Commission.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED                  Shipper, Per

CORRECT WEIGHT IS _____ LBS              ADVANCED ENVIROTECH, Agent, Per

Permanent post office address of shipper

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

C O D SHIPMENT
C O D Amt $ _____
Collection Fee $ _____
Total Charges $ _____

ASHL00163

BF000521

## STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From ..ILL..ND CHE..IC..L COM..NY

At ..U.. ..LL DOKS .. ..K.. ..Y          F.. 14, .. 77 BY TRUCK [☑] FREIGHT [ ]          Shipper's No. _____

DESIGNATE WITH AN (X)

Carrier ..VAN..U .VIR..TECH CO.,          Agent's No. _____

Consigned to ..VAN..D ..VIR..TECH COMPANY

Destination P.O. BOX 152          ..IL.TON          State of NEW JERSEY          County of _____

Route _____

Delivering Carrier _____          Vehicle or Car Initial _____          No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | AP BOX 5,500 Gallons 000 | | | |
| | APPROX 44,000 LBS | | | |
| | NO HAZARD..US WASTE | | | |

Shipper, Per ..VAN..D ..VIR..TECH Agent, Per

ASHL00164

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading,
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier
(the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said
destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said
route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform
Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable
motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff
which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From **ASHLAND CHEMICAL COMPANY**                           **FEB 14** 19 **77** BY TRUCK ☒  FREIGHT ☐   Shipper's No. _____

At **GREAT MEADOWS NEW JERSEY**                            DESIGNATE WITH AN (X)

Carrier **ADVANCED ENVIROTECH CO.**                                              Agent's No. _____

                                                                    (Mail or street address of consignee — For purposes of notification only.)

Consigned to **ADVANCED ENVIROTECH COMPANY**

Destination **P.O. BOX 152   MILLTOWN** _____ State of **NEW JERSEY** _____ County of _____

Route _____

| Delivering Carrier _____ | | Vehicle or Car Initial _____ | | No. _____ | |
|---|---|---|---|---|---|
| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
| 1 | 1 Tank Truck Containing Waste Water | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | From Dyes | | | | |
| | APROX 5,500 Gallons | | | | Per _____ (Signature of Consignor) |
| | APPROX 44,000 lbs | | | | If charges are to be prepaid, write or stamp here, To be Prepaid." |
| | | | | | |
| | NO LABELS REQUIRED | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | |
| | | | | | Agent or Cashier. |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

* Shipper's imprints in lieu of stamp; not a part of bill of lading as approved by the Interstate Commerce Commission.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

‡ The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.

Per _____

C. O. D. SHIPMENT
C. O. D. Amt _____
Collection Fee _____
fare Charges _____

Shipper, Per _____ **ADVANCED ENVIROTECH** Agent, Per _____

Shipper _____

Permanent post office address of shipper _____

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BW 000377

ASHL00165

BF0000522

From: MOBILED CHEMICAL CO. INC. NEW JERSEY

At GREAT MEADOWS NEW JERSEY F.BR15 19 77 BY TRUCK ☑ FREIGHT ☐    DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH CO.    Shipper's No. _____

Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY    (Mail or street address of consignee - For purposes of notification only.)

Destination P.O.BOX 152    EDGETOWN    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing PHTHALID | | | |
| | ACID WATER LAYER | | | |
| | APPROXIMATELY | | | |
| | APPROX 4,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | CORROSIVE LIQUID N.O.S. | | | |
| | CORROSIVE LIQUID N.O.S. UN1760 | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper _____

Shipper, Per _____    Agent, Per _____

C.O.D. SHIPMENT

Charges Advanced

From **ISLAND CHEMICAL COMPANY**     **FEB 15**     19 **77**     DESIGNATE WITH AN (X):
At **GREAT MEADOWS NEW JERSEY**     BY     TRUCK ☐     FREIGHT ☐     Shipper's No. _____
Carrier **ADVANCED ENVIROTECH CO.**

Agent's No. _____

(Mail or street address of consignee – For purposes of notification on

Consigned to **ADVANCED ENVIROTECH COMPANY**

Destination **P.O. BOX 152   -   MILLTOWN** _____ State of **NEW JERSEY** County of _____

Route _____

Delivering Carrier _____     Vehicle or Car Initial _____     No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Tank Truck Containing PHTHALIDE | X | | |
| | ACID WATER LAYER | | | |
| | APPROXIMATE | | | |
| | APPROX 4,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LABELS REQUIRED | | | |

*IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.*

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commissions
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____

**ADVANCED ENVIROTEC** Agent, Per _____

Permanent post office address of shipper

† The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.

Per _____     Shipper _____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)
If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $

C.O.D. SHIPMENT

C.O.D. Amt _____
Collection Fee _____
Total Charges _____

(2) This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

**BF 000378**

ASHL00167

BF000523

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY

Carrier ADVANCED ENVIROTECH CO.

DESIGNATE WITH AN (X)
Date FEB 17 19 77 BY TRUCK ☒ FREIGHT ☐

Shipper's No. _____

Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152   ALL TOWN   State of NEW JERSEY   County of _____

Route _____

Delivering Carrier _____   Vehicle or Car Initial _____   No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Waste DIP HALIDE | | | | |
| | Acid   APPROX 4,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800.424.9300, DAY OR NIGHT. | | | |

Please submit original and one
copy of your transit bill with
this copy of the Bill of Lading to:
ASHLAND CHEMICAL CO.
TRAFFIC DEPARTMENT
P.O. BOX 1083
COLUMBUS, OHIO 43216

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper.

Per Ed Jones

ADVANCED ENVIROTECH CO.
Shipper, Per _____

Shipper, Per _____

C O D SHIPMENT

C O D Amt _____
Collection Fee _____
Total Charges _____

Charges Advanced, _____

ASHL00168



THIS Shipping Order [...]
RECEIVE subject to the classifications and tariffs in effect on the date of issue of this Shipping Order.
the property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier [...]

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY          FEB 17 19 77 BY TRUCK ☒  FREIGHT ☐    Shipper's No. _____
Carrier ADVANCED ENVIROTECH CO.                                          Agent's No. _____
                                                    (Mail or street address of consignee – For purposes of notification only

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O.BOX 152 , MILLTOWN _____ State of NEW JERSEY _ County of _____

Route _____

Delivering Carrier _____  Vehicle or Car Initial _____  No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Spent | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | Acid   APPROX 4,000 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | APPROX 40,000 Lbs | | | | Per _____ (Signature of Consignor.) If charges are to be prepaid, write or stamp here, "To Be Prepaid." |
| | CORROSIVE LABELS REQUIRED | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300 DAY OR NIGHT | | | | Agent or Cashier. Per _____ (The signature here acknowledges only the amount prepaid.) Charges Advanced $ _____ |

(In margin, vertical text:) Please submit original and one copy of your freight bill with this copy of our Bill of Lading to: TRAFFIC DEPARTMENT ASHLAND CHEMICAL CO. P.O. BOX 1063 COLUMBUS, OHIO 43216

(near description top: PHTHALIDE)

* This is to certify that the above named articles are properly described by name and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
* Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.     * The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

Per _____  Shipper

Charles Hendershot

Permanent post office address of shipper

Ed Long

A Bill of Lading must be signed and retain this Shipping Order and must sign the Original Bill of Lading.

000379

ASHL00169

BF 000524

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading...

From: Millard Chemical Company
At: GREAT MEADOWS NEW JERSEY    FEB 18 19 77 BY TRUCK ☒ FREIGHT ☐    DESIGNATE WITH AN (X)    Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO    Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    MILLTOWN,    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes  APPROX 5,000 Gallons | | | |
| | APPROX 44,000 lbs | | | |
| | IF CONCERNING THIS SHIPMENT, CALL TOLL-FREE 800-424-9300. DAY OR NIGHT. | | | |
| | NO LABELS REQUIRED | | | |

If this is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

†If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

‡The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Shipper, Per Harshall    ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper _____

C.O.D. SHIPMENT
C.O.D. Amt. $_____
Collection fee $_____
Total charges $_____

Shipper _____

ASHL00170

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier
(the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said
destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said
route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform
Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable
motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff
which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| From ASHLAND CHEMICAL COMPANY | | | |
| At GREAT MEADOWS NEW JERSEY | FEB 18 19 77 | DESIGNATE WITH AN (X) BY TRUCK ☒, FREIGHT ☐ | Shipper's No. _____ |
| Carrier ADVANCED ENVIROTECH CO | | | Agent's No. _____ |

Consigned to ADVANCED ENVIROTECH COMPANY

(Mail or street address of consignee — For purposes of notification only.)

Destination P.O. BOX 152    MILLTOWN, —    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From Dyes  APPROX 5,500 Gallons | | | 1 |
| | APPROX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced.

$ _____

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE.—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

C. O. D. SHIPMENT

THIS SHIPMENT IS CORRECTLY DESCRIBED.    † The fibre boxes used for this shipment conform to the specifications set forth in the box-makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

C. O. D. Amt _____
Collection Fee _____
Shipper Total Charges _____

Charles _____ Shipper, Per Hk. Marshall    ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper _____

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF 000412

ASHL00171