IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS, LLC<br><br>   Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>   Defendants. | Civil Action No. 02-CV-3830 (LDD) |

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the accompanying Brief, Declaration of Counsel and attached Exhibits, Plaintiffs Agere Systems, Inc., Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC and TI Group Automotive Systems, LLC ("Plaintiffs") move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the entry of summary judgment in their favor and against Defendant AETC.

Respectfully Submitted,

Ballard Spahr Andrews & Ingersoll, LLP

Dated: September 14, 2006

By: _____
Glenn A. Harris, Esquire
Monique M. Mooney, Esquire
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500