IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS, LLC<br><br>Plaintiffs,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-CV-3830 (LDD) |

**CERTIFICATE OF SERVICE**

I, Monique M. Mooney, Esquire, certify that, on September 14, 2006, Plaintiffs' Cross-Motion for Partial Summary Judgment and in Opposition to Advanced Environmental Technology Corporation's Motion for Summary Judgment and accompanying Brief, Declaration of Counsel and Exhibits were filed electronically and are available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania. In addition, a true and correct copy of the foregoing was served by first-class mail, postage prepaid, upon the following:

> Melissa Flax, Esquire
> Carella, Byrne, Bain, Gilfillian,
> Cecchi, Stewart & Olstein, P.C.
> 5 Becker Farm Road
> Roseland, New Jersey 07068-1739

Dated: September 14, 2006

/s/ Monique M. Mooney
Monique M. Mooney, Esquire
Attorney for Plaintiffs

DMEAST #9599864 v1