IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS, LLC<br><br>Plaintiffs,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant AETC's Motion for Summary Judgment and accompanying Brief, Declaration of Counsel and Exhibits ("Defendant's Motion") and Plaintiffs' Cross-Motion for Partial Summary Judgment and in Opposition to Advanced Environmental Technology Corporation's Motion for Summary Judgment Motion and accompanying Brief, Declaration of Counsel and Exhibits ("Plaintiffs' Motion"), it is hereby ORDERED that:

1)    Defendant's Motion is DENIED; and

2)    Plaintiffs' Motion is GRANTED, and AETC is declared to be a person liable under 42 U.S.C. § 9607(a)(3).

_____
Legrome D. Davis, J.

DMEAST #9599864 v1