BF0000525

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From ASHLAND CHEMICALS COMPANY

At GREAT MEADOWS NEW JERSEY    FEB 18 19 77    DESIGNATE WITH AN X
TRUCK ☒  FREIGHT ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO.    Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY    (Mail or street address of consignee — for purposes of notification only.)

Destination P. O. BOX 152  MILLVILLE,    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Spent Mixed | | | | |
| Acid  Corrosive Liquid NOIX | | | | |
| APPROX 2,900 gallons 3,000 | | | | |
| APPROX 40,000 lbs | | | | |
| | | | | |
| CORROSIVE LABELS REQUIRED | | | | |
| | | | | |

Rec'd in 2/7/77 OneDist
Fred stopped about 8hrs dropped
trailer Came back 2/16 for load

Shipper, Per CAROL ___

*This is to certify that the above named articles are properly described by name, and are packed and marked and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ADVANCED ENVIROTECH (Agent), Per ___

THIS SHIPMENT IS CORRECTLY DESCRIBED.

DIRECT WEIGHT IS _____ LBS

(permanent post office address of shipper)

ASHL00172

Shipper's Order

From **ASHLAND CHEMICALS COMPANY**

**AT GREAT MEADOWS NEW JERSEY**    FEB 18 19 77   DESIGNATE WITH AN (X) BY TRUCK [X]   FREIGHT [ ]   Shipper's No. _____

Carrier **ADVANCED ENVIROTECH CO.**    Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to **ADVANCED ENVIROTECH COMPANY**

Destination **P.O. BOX 152 MILLTOWN,**    State of **NEW JERSEY**    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid   Corrosive Liquid XXXXX. | | | |
| | APPROX 2,700 Gallons 32 ??? | | | |
| | APPROX 40,000 Lbs | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
800 42 3500, DAY OR NIGHT

* This is to certify that the above articles are properly described by name and are packed and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

ADVANCED ENVIROTECH CO. Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent postoffice address of shipper

BF 000380

ASHL00173

BF000513

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading.

DESIGNATE WITH AN (X) Shipper's No.

FEB 19 19 77 BY TRUCK ☒ FREIGHT ☐    Agent's No.

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERS. Y

Carrier ADVANCED ENVIROTECH CO

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    MILLTOWN,    State of NEW JERSEY    County of

Route

Delivering Carrier    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Bulk Truck Containing Waste Spent Mixed Acid   Corrosive Liquid | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

ADVANCED ENVIRTOECH  Agent, Per

Shipper, Per

THIS SHIPMENT IS CORRECTLY DESCRIBED

DIRECT WEIGHT IS

C.O.D. SHIPMENT
C O D Amt.
Collection Fee
Total Charges
Charges Advanced

ASHL00174

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

From **ASHLAND CHEMICAL COMPANY**
At **GREAT MEADOWS NEW JERSEY**

<span>FEB 19</span> 19 <span>77</span> BY  TRUCK ☒  FREIGHT ☐    Shipper's No. _____

DESIGNATE WITH AN (X)

Carrier **ADVANCED ENVIROTECH CO.**    Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to **ADVANCED ENVIROTECH COMPANY**

Destination **P.O. BOX 152    MILLTOWN.**    State of **NEW JERSEY**    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Spent | | | |
| | Mixed Acid Corrosive Liquid | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | | | | |
| | | | | |
| | | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

_____ Charges Advanced.

* This is to certify that the above articles are property described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's insertion in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

C. O. D. SHIPMENT

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.

C. O. D. Amt _____

Collection Fee _____

Total Charges _____

Per _____ Shipper

Shipper, Per _____ **ADVANCED ENVIROTECH** Agent, Per _____

manent post office address of shipper

This is to certify that the above-named articles are property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

RF 000413

ASHL00175

BF000526

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    FEB 19 19 77 BY TRUCK ☒ FREIGHT ☐    Shipper's No.

Carrier ADVANCED ENVIROTECH CO.    Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    MILLION,    State of NEW JERSEY    County of

Route

DESIGNATE WITH AN (X)

| Delivering Carrier | | Vehicle or Car Initial | | No. |
| --- | --- | --- | --- | --- |
| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
| 1 Tank Truck Containing Waste Spent | | | | |
| Mixed Acid Corrosive Liquid | | | | |
| APPROX 3,000 Gallons | | | | |
| APPROX 40,000 lbs | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| CORROSIVE LABELS REQUIRED | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

ADVANCED ENVIROTECH Agent, Per

ASHL00176

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    FEB 19 1977 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO

Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

(Mail or street address of consignee – For purposes of notification only)

Destination P.O. BOX 152   MILLTOWN,    State of NEW JERSEY   County of _____

Route _____

Delivering Carrier _____   Vehicle or Car Initial _____  No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Spent | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 1 | Mixed Acid   Corrosive Liquid | | | | |
| | APPROX 3,000 Gallons | | | | Per _____ (Signature of Consignor) |
| | APPROX 40,000 Lbs | | | | If charges are to be prepaid, write or stamp here, To be Prepaid. |
| | | | | | |
| | CORROSIVE LABELS REQUIRED | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | |
| | | | | | Agent or Cashier. |
| | | | | | |
| | | . | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced. $ _____ |

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

† The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS

C. O. D. SHIPMENT

C O D Amt _____

Collection Fee _____

Total Charges _____

Shipper, Per _____    Per _____ Shipper

AD VANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper _____

This is to certify the above named articles are properly classified, described, packaged, marked and labelled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF 000414

ASHL00177

BF000535

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    FEB 1 9 19 77 BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO.    Agent's No. _____

(Real or street address of consignee - For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Phthalide Acid Water Layer | | | |
| | 2,a Corrosive Liquid N.O.S | | | |
| | APROX 3,000 Gallons APROX 40,000 lbs | | | |
| | CORROSIVE LIQUID LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | R00 424 0300, DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED

RECT WEIGHT IS _____ LBS

Shipper, Per _____    ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper

ASHL00178

BF000515

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading. [fine print of terms and conditions]

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY          FEB 22 1977 BY TRUCK ☐ FREIGHT ☐     Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO          DESIGNATE WITH AN (X)          Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152  MILLTOWN          State of NEW JERSEY          County of _____

Route _____

Delivering Carrier _____          Vehicle or Car Initial _____          No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From CDW | | | |
| | APPROX 5,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE
800-424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED

DIRECT WEIGHT IS _____ LBS

Shipper, Per _____

permanent post office address of shipper

ADVANCED ENVIROTECH Agent, Per _____

C. O. D. SHIPMENT
C O D Amt $ _____
Collection $ _____
Shipper _____
Total Charges _____

ASHL00179

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

DESIGNATE WITH AN (X)  TRUCK ☒  FREIGHT ☐

From Ashland Chemical Co.
At Great Meadows N.J.    2/22 19 77 BY
Carrier Advanced Envirotech Co.

Shipper's No.
Agent's No.

Consigned to Advanced Envirotech Company

Destination                        State of            County of

Route

Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 T/T | Nitrating (mixed) acid spent | 40,000 | | |
| | Corrosive Material | | | |
| | Corrosive Liquid | | | |
| | Approx 2,900 gals. | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per.

Advanced Envirotech

Agent, Per.

BF000514
ASHL00180

This Shipping Order ... a carrier and retained by the Agent.

Received, subject to the classifications and tariffs in effect on the date of issue of this Shipping Order.

*the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on this date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all of the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.*

| From | Ashland Chemical Co. | | DESIGNATE WITH AN (X) | Shipper's No. _____ |
|---|---|---|---|---|
| At | Great Meadows N.J. | 2/22 19 77 BY | TRUCK X  FREIGHT ☐ | |
| Carrier | Advanced Envirotech Co. | | | Agent's No. _____ |

(Mail or street address of consignee — For purposes of notification only.)

Consigned to **Advanced Envirotech Company**

Destination _____ State of _____ County of _____

Route _____

Delivering Carrier _____ Vehicle or Car Initial _____ No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 T/T | Nitrating (mixed) acid spent | 40,000 | | |
| | Corrosive Material | | | |
| | Corrosive Liquid | | | |
| | Approx 8,000 gals. | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, To be Prepaid.

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced.

$ _____

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
¶ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

C.O.D. SHIPMENT

C.O.D. Amt. _____

Collection Fee _____

Total Charges _____

| THIS SHIPMENT IS CORRECTLY DESCRIBED. | † The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification. | |
|---|---|---|
| CORRECT WEIGHT IS _____ LBS. | Per _____ | Shipper |

**Advanced Envirotech**

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent post office address of shipper _____

BF 000410

ASHL00181

BF 000517

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

DESIGNATE WITH AN (X)

From RICHLAND CHEMICAL COMPANY    FEB 23 19 77 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

At GREAT MEADOWS NEW JERSEY    Agent's No. _____

Carrier ADVANCED ENVIROTECH CO.    Post or street address of consignee - For purposes of notification only.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    HILLTOWN    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Waste | | | | |
| Water From ANR-5521ES | | | | |
| APPROX 5,000 Gallons | | | | |
| APPROX 44,000 Lbs | | | | |
| NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THIS PRODUCT CALL TOLL FREE NUMBER
800-424-9300, DAY OR NIGHT.

ADVANCED ENVIROTECH, Agent, Per _____

Shipper, Per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS

Permanent post office address of shipper _____

C.O.D. SHIPMENT

ASHL00182

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, *[fine print, illegible]*

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    FEB 23 19 77 BY    TRUCK ☒    FREIGHT ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO.    Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    MILLTOWN,    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste | | | |
| | Water From ~~~~ DYES | | | |
| | APPROX 5,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | | | | |
| | | | | |

*This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

THIS SHIPMENT IS CORRECTLY DESCRIBED.    *The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____    ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper _____

*This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BP 000411



ASHL00183

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    FEB 23 19 77

DESIGNATE WITH AN (X)
BY TRUCK ☐    FREIGHT ☐

Shipper's No. _____

Agent's No. _____

Carrier: ADVANCED ENVIROTECH CO

Consigned to ADVANCED ENVIROTECH COMPANY

(Mail or street address of consignee — For purposes of notification only.)

Destination P.O. BOX 152   MILLTOWN,    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Nitrating | 40,000 Lbs | | |
| | (mixed) Acid Spent | | | |
| | CORROSIVE MATERIAL | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX 2,800 Gallons | | | |
| | | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

‡ The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS

Permanent post office address of shipper.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

_____

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

C.O.D. SHIPMENT
C.O.D. Amt _____
Collection fee _____
Total Charges _____

ADVANCED ENVIROTECH    Agent, Per _____

Shipper, Per _____

BF 000516

ASHL00184

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    FEB 23 19 77 BY TRUCK☑  FREIGHT☐  Shipper's No.

Carrier ADVANCED ENVIROTECH CO    Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    MILLTOWN,    State of NEW JERSEY    County of

Route

Delivering Carrier    Vehicle or Car Initial    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Nitrating | 40,000 Lbs | | |
| | (mixed) Acid Spent | | | |
| | CORROSIVE MATERIAL | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX 2,800 Gallons | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

Shipper, Per    ADVANCED ENVIROTECH Agent, Per

BF000376

ASHL00185

BF 000518

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

DESIGNATE WITH AN (X)

From ASHLAND CHEMICAL COMPANY    Feb 2519-77    BY TRUCK ☐ FREIGHT ☒    Shipper's No.

At GREAT MEADOWS NEW JERSEY    Agent's No.

Carrier ADVANCED ENVIROTECH CO

Consigned to ADVANCED ENVIROTECH CO

Destination P O BOX 152 MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier

Vehicle or Car Initial    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | TANK TRUCK Containing Nitrating | 40,000 LBS | | |
| | MIXED ACID SPENT | | | |
| | CORROSIVE MATERIAL | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX 2,800 GALLONS | | | |
| | | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
800-424-9300, DAY OR NIGHT.

C. O. D SHIPMENT

C O D Amt

Collection fee

Total Charges

Charges Advanced

Agent, Per

ASHL00186

ASHL00187

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY    FEB 26 19 77 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO.    Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152   MILLTOWN    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Nitrabing | 40,000 lbs | | |
| | Mixed Spent Acid | | | |
| | Corrosive Material | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX 2,800 Gallons | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

FROM ASHLAND CHEMICAL COMPANY

AGENT AT BOYS NEW JERSEY    FEB 14 19 77 IBY TRUCK    Shipper's No.

Carrier ADVANCED ENVIROTECH CO.    Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152  MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier    Vehicle or Car Initial    No.

| NO. OF PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Tank Truck Containing Waste | | | |
| | Phthalide Acid Water Layer | | | |
| | 2% Corrosive Liquid N.O.S | | | |
| | APPROX 3,000 Gallons APPROX 40,000 Lbs | | | |
| | CORROSIVE LIQUID LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
800 424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____    ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

C. O. D. SHIPMENT

C. O. D. Amt.

Collection Fee

Total Charges

BF 000398

ASHL00188

ASHL00192

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From Ashland Chemical Company    MAR 28, 1977 BY    DESIGNATE WITH AN (X) TRUCK ☒ FREIGHT ☐    Shipper's No. _____

At Great Meadows New Jersey

Carrier Advanced Envirotech co    Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to Advanced Envirotech company

Destination P.O Box 152 ,Milltown    State of New Jersey    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | IN | | | |
| | Fram Dyes | | | |
| | Approx 4,000 Gallons | | | |
| | Approx 44,000 Lbs | | | |
| | | | | |
| | No Placards Required | | | |
| | CONCERNING THE PRODUCT IN THIS SHIPMENT CALL TOLL-FREE NUMBER 800-424-9300 DAY OR NIGHT. | | | |

Shipper, Per _____    Advanced Envirotech Agent, Per _____

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper _____

ASHLT00193

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

DESIGNATE WITH AN (X)

BY TRUCK ☒  FREIGHT ☐

From  ASHLAND CHEMICAL CO.
At    GT. MEADOWS, N.J.    MAR 1  19 77

Shipper's No. _____

Carrier    ADVANCED ENVIROTECH COMPANY

Agent's No. _____

Consigned to  ADVANCED ENVIROTECH CO.

Destination  P.O. BOX 152  MILLTOWN    State of  NEW JERSEY    County of _____

Route _____

Delivering Carrier _____  Vehicle or Car Initial _____  No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Nitrating | | | |
| | Mixed Spent Acid | 40,000 LBS. | | |
| | CORROSIVE MATERIAL | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX. 3000 GALS. | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE IN THIS
800-424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS

Permanent post office address of shipper, _____

Shipper, Per _____

Agent, Per _____

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading

DESIGNATE WITH AN (X)

_____ PREPAID ☐ — FREIGHT ☐ — Shipper ☐

Agent's No. _____

From **Ashland Chemical Company**

At **Great Meadows New Jersey**      Nov. 1, 19 77 BL

Carrier **Advanced Envirotech Co.**

Consigned to **Advanced Envirotech Company**

Destination **P.O. BOX 152 , Milltown,**      State of **New Jersey** , County of _____

Route _____

Delivering Carrier _____      Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing | | | | |
| | Phthalide Acid Layer | | | |
| | Corrosive Liquid N.O.S | | | |
| APPROX 4,000 Gallons | IN THE EVENT OF ANY EMERGENCY | | | |
| APPROX 44,000 Lbs | CONCERNING THE SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT | | | |
| | CORROSIVE PLACARDS REQUIRED IN THIS | | | |

Shipper, Per _____

**ADVANCED ENVIROTECH** Agent, Per _____

ASHL00194

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

DESIGNATE WITH AN (X)   PREPAID ☐   FREIGHT ☐

**Shipper's No.**

**Agent's No.**

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY                MAR 2  19 77  BY TRUCK ☐

Carrier Advanced Envirotech Co.

Consigned to Advanced Envirotech Company

Destination P.O. BOX 152   MILLTOWN,      State of New Jersey   County of

Route

Delivering Carrier

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Nitrating | 40,000 | | | |
| (mixed) Spent Acid | | | | |
| CORROSIVE MATERIAL | | | | |
| CORROSIVE LIQUID | | | | |
| APPROX 3,000 Gallons | | | | |
| | IN THE EVENT OF | | | |
| | SHIPMENT CONCERNING THE PRODUCT | | | |
| | 800-424-9500 | | | |
| | CALL TOLL-FREE IN THIS | | | |
| | DAY OR NIGHT. | | | |
| | ANY EMERGENCY | | | |
| | NUMBER | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

CORRECT WEIGHT IS _____ LBS

THIS SHIPMENT IS CORRECTLY DESCRIBED.

Shipper, Per

ADVANCED ENVIROTECH Agent, Per

C.O.D.

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY        MAR 3 , 19 77 BY TRUCK

Carrier    ADVANCED ENVIROTECH CO.        DESIGNATE WITH AN (X)!   FREIGHT ☐   Shipper's No. _____

Agent's No. _____

Consigned to    ADVANCED ENVIROTECH COMPANY

Destination    P.O. BOX 152    ,MILLTOWN        State of    NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | 44,000 | | |
| | From CDN APPROX 5,500 GALLONS | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |

TIME IN 9:30 AM

TIME OUT 10:45 AM

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
800 424-9300, DAY OR NIGHT.

CORRECT WEIGHT IS _____ LBS.

THIS SHIPMENT IS CORRECTLY DESCRIBED

Shipper, Per. _____

ADVANCED ENVIROTECH Agent, Per. _____

Permanent post office address of shipper.

ASHL00197

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From Ashland Chemical Company

At Great Meadows New Jersey                         MAR 3 19 77 BY    TRUCK ☒  FREIGHT ☐    Shipper's No. _____

Carrier __Advanced Envirotech Co.__                                                    Agent's No. _____

Consigned to __Advanced Envirotech Company__

Destination __P.O. BOX 152    Milltown__        State of __New Jersey__    County of _____

Route _____

Delivering Carrier _____        Vehicle or Car Initial _____        No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO COMP.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Nitrating | 40,000# | | |
| | (Mixed) Spent Acid | | | |
| | Approx 3,000 Gallons | | | |
| | | | | |
| | Corrosive Placards Required | | | |
| | Time In - 3.35 | | | |
| | Time Out - 4.31 | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

CORRECT WEIGHT IS _____ LBS.

THIS SHIPMENT IS CORRECTLY DESCRIBED

Shipper, Per __Advanced Envirotech__        Agent, Per _____

ASHL00198