STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

DESIGNATE WITH AN "X" Company □ Shipper's □ Agent's No.

From Ashland Chemical Company
At Great Meadows, New Jersey          Date March 19, 77 19
Carrier Advanced Envirotech Co.

Consigned to Advanced Envirotech Company

Destination P.O. Box 152    Millburn     State of New Jersey     County of

Route

Delivering Carrier                                    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COMR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Nitrating | 44,000 | | |
| | (mixed) Spent Acid | | | |
| | Corrosive liquid N.O.S | | | |
| | Corrosive Material | | | |
| | Corrosive Placards Required | | | |
| | APPROX 3,000 Gallons | | | |
| in  1:30 | | | | |
| out 2:30 | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800.424.9300, DAY OR NIGHT. | | | |

CORRECT WEIGHT IS _____ LBS.

THIS SHIPMENT IS CORRECTLY DESCRIBED

Shipper, Per                          Advanced Envirotech Agent, Per

C.O.D.

ASHL00199

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From Ashland Chemical Company
At Great Meadows, New Jersey    Mar. 7, 19 77 BY TRUCK ☒ FREIGHT ☐    Shipper's No.
Carrier Advanced Envirotech Co.    Agent's No.

DESIGNATE WITH AN (X)

Consigned to Advanced Envirotech Company

Destination P.O. Box 152    MILLTOWN    State _____ County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE COLUMN | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Prehalide | | | |
| | Corro-sive liquid N.O.S. | | | |
| | Acid Water layer | | | |
| | Approx 4,000 Gallons | | | |
| | Approx 40,000 lbs | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300 DAY OR NIGHT. | | | |
| | CORROSIVE PLACARDS REQUIRED. | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ (LBS.)

Permanent post office address of shipper.

Shipper, Per _____

Advanced Envirotech Co. Agent, Per _____



STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From Ashland Chemical Company
At Great Meadows New Jersey          Mar 7, 19 77 BY
Carrier Advanced Envirotech Co.

Consigned to Advanced Envirtoech Company

Destination P.O. Box 152 , Milltown ,          State of New Jersey , County of

Route

Delivering Carrier

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Vehicle or Car Initial | No. | | |
| 1 Tank Truck Containing Waste Water | | | | |
| From Dyes Approx 6,000 Gallons | | | | |
| Approx 44,000 Lbs | | | | |
| NO PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

LBS.

Shipper, Per          Advanced Envirotech Agent, Per

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                    DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OC | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | 210 GT. MEADOWS, N.J. | | |

| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED 8/8/77 | REQUESTED SHIP DATE |
|---|---|---|---|---|

CONSIGNED TO

ADVANCED ENVIROTECH CO.
P.O. BOX 152
MILLTOWN , N.J.

Signature of Consignor

**COLLECT**

| PRODUCT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Nitrating 9 (Mixed) | | | | |
| | Spent Acid | | | | |
| | | | 40,000 LBS. | | |
| | in - 11:35 | | APPROX. 3,000 GALS. | | |
| | out - 12:30 | | | | |
| | CORROSIVE MATERIAL | | | | |
| | CORROSIVE LIQUID | | | | |
| | CORROSIVE PLACARDS REQUIRED | | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED          I.C.C.          REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS        40,000#

**ASHLAND CHEMICAL COMPANY,** Shipper

Per                                        Per        **ADVANCED ENVIROTECH CO.** Agent

Permanent postoffice address of shipper,  P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00202

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

| NAME OF CARRIER | | | DELIVERING CARRIER | | |
|---|---|---|---|---|---|

SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCD | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO | | DATE SHIPPED | REQUESTED SHIP DATE |
|---|---|---|---|
| | | 3/8/77 | |

CONSIGNED TO

ADVANCED ENVIROTECH CO.
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Neutral Waste Water From Drums | | | | |
| | | APPROX. 5500 GALLONS | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | NO PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT

DRUMS RETURNED | I.C.C. | REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS    40,000#

**ASHLAND CHEMICAL COMPANY,** Shipper    ADVANCED ENVIROTECH CO. Agent

Per                      Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO

ASHL00203

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| NAME OF CARRIER | | DELIVERING CARRIER | | | | CARRIER'S NO |
|---|---|---|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
|---|---|---|---|

| ROUTE Advanced Envirotech Co. | CAR NO. | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCD | DATE OF ORDER |
|---|---|---|---|---|

CUSTOMER ORDER & REQ. NO.

DATE SHIPPED **8/9/77**    REQUESTED SHIP DATE

CONSIGNED TO

Advanced Envirotech Company
P.O. Box 152 , Milltown
New Jersey

**Collect**

| PRODUCT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water From | | | | |
| | Dyes  APPROX 5,500 Gallons | | | | |
| | Approx 44,000 Lbs | | | | |
| | | | | | |
| | No Placards Required | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
800-424-9300. DAY OR NIGHT

| DRUMS RETURNED | C.C. | REG. |
|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS **44,000**

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

**ASHLAND CHEMICAL COMPANY,** Shipper

Per

Per **Advanced Envirotech Co.** Agent

Permanent postoffice address of shipper   P.O. BOX 3219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

ASHL00204

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

NAME OF CARRIER

DELIVERING CARRIER

CARRIER'S NO

SHIPPED BY:

## ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE

ADVANCED ENVIROTECH CO.

| CAR NO | SHIP FROM (CITY & STATE) | OCC | DATE OF ORDER |

210 GT MEADOWS NJ

CUSTOMER ORDER & REQ. NO

DATE SHIPPED 3/10/7

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Phthalide | Acid Water Layer | | | |
| | | CORROSIVE LIQUID N.O.S. | | | | |
| | | APPROX. 1,000 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | |

in- 9:35
out - 12:00

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLLFREE NUMBER
900-424-9300, DAY OR NIGHT.

CORROSIVE PLACARDS REQUIRED

DRUMS RETURNED        I.C.C.        REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS    40,000#

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO., Agent

Per

Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00205

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                          DELIVERING CARRIER

SHIPPED BY:        **ASHLAND CHEMICAL COMPANY**        ORDER NO

ROUTE    ADVANCED ENVIROTECH CO.    CAR NO    SHIP FROM (CITY & STATE)    OCC    DATE OF ORDER
210 GT MEADOWS NJ

CUSTOMER ORDER & REQ NO    DATE SHIPPED  2/10/77    REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | | | | | |
| | | APPROX. 5000 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | | | | | |
| | | NO PLACARDS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERN... THE PRODUCT IN THIS SHIPMENT, CALL TOLLFREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED        I.C.C.        REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

**ASHLAND CHEMICAL COMPANY,** Shipper        ADVANCED ENVIROTECH CO. Agent

Per _____        Per _____

Permanent postoffice address of shipper.    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00206

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | DCD | DATE OF ORDER |
|---|---|---|---|---|
| A VANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |

CUSTOMER ORDER & REQ NO

DATE SHIPPED  3/11/

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT ISSUE TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX 5,000 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | NO LABEL IS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED    I.C.C.    REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS  44,000

ASHLAND CHEMICAL COMPANY, Shipper

Advanced Envirotech Co    Agent

Per                          Per

Permanent post-office address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00207

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER                                        DELIVERING CARRIER

SHIPPED BY:                 **ASHLAND CHEMICAL COMPANY**                    ORDER NO

ROUTE                                    CAR NO        SHIP FROM (CITY & STATE)    OCD  DATE OF ORDER
ADVANCED ENVIROTECH CO                                 210 GT MEADOWS NJ

CUSTOMER ORDER & REQ. NO                               DATE SHIPPED                 REQUESTED SHIP DATE
                                                       8/11/77

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN  NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB. TO COR. | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (Mixed) Spent Acid | | | | |
| | | APPROX 3,000 Gallons   Corrosive Liquid N.O.S | | | | |
| | | APPROX 44,000 Lbs      Corrosive material | | | | |
| | | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300. DAY OR NIGHT. | | | | |

DRUMS RETURNED        I.C.C.        REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT
WEIGHT IS    44,000    LB
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper      Advanced Envirotech Co      Agent

Per                                    Per
Permanent postoffice address of shipper.   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00208

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| | | | |
|---|---|---|---|
| NAME OF CARRIER | | DELIVERING CARRIER | CARRIER'S NO |

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
|---|---|---|---|

| ROUTE | ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| | | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED | REQUESTED SHIP DATE |
|---|---|---|---|---|
| | | | 3/15/77 | |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | | | | | |
| | | APPROX. 5,500 GALS. | | | | |
| | | APPROX. 44,000 LBS. | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | NO LABELS REQUIRED | | | | |

DRUMS RETURNED     I.C.C.          REG.

ASHLAND CHEMICAL COMPANY, Shipper

Per                                    Per ADVANCED ENVIROTECH CO.          Agent

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00209

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| NAME OF CARRIER | | DELIVERING CARRIER | |
|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
|---|---|---|---|

| ROUTE | ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCD | DATE OF ORDER |
|---|---|---|---|---|---|

| CUSTOMER ORDER & REQ. NO | | | DATE SHIPPED 3/15/77 | | REQUESTED SHIP DATE |
|---|---|---|---|---|---|

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Phthalide Acid Water Layer | | | | |
| | | CORROSIVE LIQUID N.O.S. | | | | |
| | | APPROX. 7,000 GALS | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | IN | 10:35 A.m. | | | |
| | | OUT | 12:00 | | | |
| | | Bruce | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THIS PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

**ASHLAND CHEMICAL COMPANY,** Shipper

Per_____    ADVANCED ENVIROTECH CO.    Agent

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00210

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.**

CARRIER'S NO

NAME OF CARRIER                                                    DELIVERING CARRIER

SHIPPED BY:        **ASHLAND CHEMICAL COMPANY**                          ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCC | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | | 210 GT MEADOWS NJ | | |

CUSTOMER ORDER & REQ NO                                    DATE SHIPPED  3/17/77        REQUESTED SHIP DATE

TO   SHIPPING POINT   1 DESTINATION   4 PRODUCING PLANT   5 SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | COH CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | NITRATING ( MIXED ) ACID | | | | |
| | | 1 Tank Truck Containing Nitrating ( Mixed ) Acid SPENT | | | | |
| | | APPROX. 3,000 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | CORROSIVE MATERIAL ● | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

DRUMS RETURNED        I.C.C.        REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

**ASHLAND CHEMICAL COMPANY**, Shipper        **ADVANCED ENVIROTECH CO.**        Agent

Per                                    Per

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00211

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER                                                           DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

| ROUTE ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCD DATE OF ORDER |
|---|---|---|---|

CUSTOMER ORDER & REQ. NO | DATE SHIPPED 3/18/7 | REQUESTED SHIP DATE

SHIPPING POINT   DESTINATION   PRODUCING PLANT   SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (Mixed) | | | | |
| | | Spent Acid    CORROSIVE LIQUID CORROSIVE MATERIAL | | | | |
| | | APPROX 3,000 Gallons | | | | |
| | | APPROX 40,000 Lbs | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT

DRUMS RETURNED        I.C.C.                REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS 40,000 LS

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper          ADVANCED ENVIROTECH CO    Agent

Per                                        Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00212

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                         DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | CO DATE OF ORDER |
|---|---|---|---|---|
| advanced envirotech Co | | | 210 GT MEADOWS NJ | |
| CUSTOMER ORDER & REQ. NO | | PRO | DATE SHIPPED 3/18/7 | REQUESTED SHIP DATE |

FOB   SHIPPING POINT   DESTINATION   PRODUCING PLANT   SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX 5,500 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT

DRUMS RETURNED        C.O.        REG.

ITEMS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS  44,000#

ASHLAND CHEMICAL COMPANY, Shipper

Per

ADVANCED ENVIROTECH CO        Agent

Per

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00215

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

*[fine print paragraph, illegible]*

| NAME OF CARRIER | | | DELIVERING CARRIER | | | | | CARRIER'S NO |
|---|---|---|---|---|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | | | ORDER NO |
|---|---|---|---|---|---|

| ROUTE ADVANCED ENVIORTECH CO | | CAR NO | SHIP FROM (CITY & STATE) 210GT MEADOWS  NJ | OCD | DATE OF ORDER |
|---|---|---|---|---|---|

| CUSTOMER ORDER & REQ NO | | | | DATE SHIPPED 3/19/7 | REQUESTED SHIP DATE |
|---|---|---|---|---|---|

FOB    SHIPPING POINT   2 DESTINATION   4 PRODUCING PLANT   5 SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Phthlaide Acid Water Layer | | | | |
| | | Corrosive Liquid N.O.S | | | | |
| | | APPROX 6,000 Gallons | | | | |
| | | APPROX 40,000 Lbs | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED          ICC.          REG

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT
WEIGHT IS    40,000    lb
SUBJECT TO VERIFICATION BY APPROPRIATE
WEIGHING AND INSPECTION BUREAU ACCORD-
ING TO AGREEMENT
ASHLAND CHEMICAL CO, SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper          ADVANCED ENVIROTECH CO          Agent

Per                                              Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00217

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                    DELIVERING CARRIER

SHIPPED BY:            **ASHLAND CHEMICAL COMPANY**            ORDER NO

| ROUTE | | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | | | 210 GT MEADOWS NJ | | |
| CUSTOMER ORDER & REQ. NO | | | | DATE SHIPPED 3/21/77 | | REQUESTED SHIP DATE |

SHIPPING POINT    DESTINATION    PRODUCING PLANT    SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | *WEIGHT SUB TO COR * | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating ( MIXED ) | | | | |
| | | Spent Acid | | | | |
| | | | | | | |
| | | | | | | |
| | | APPROX. 2800 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | | | | | |
| | | CORROSIVE MATERIAL | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-421-9300, DAY OR NIGHT. | CORROSIVE PLACARDS REQUIRED | | | |

DRUMS RETURNED        I.C.C.        REG.

ASHLAND CHEMICAL COMPANY, Shipper                    Agent    ADVANCED ENVIROTECH CO.

Per                                Per

Permanent postoffice address of shipper,    P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER |
|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

ROUTE **ADVANCED ENVIROTECH CO.**   | CAR NO | SHIP FROM (CITY & STATE) **210 GT MEADOWS NJ** | OCC | DATE OF ORDER

CUSTOMER ORDER & REQ NO   | DATE SHIPPED **3/21/77** | REQUESTED SHIP DATE

CONSIGNED TO

**ADVANCED ENVIROTECH COMPANY**
**P.O. BOX 152**
**MILLTOWN, N.J.**

**COLLECT**

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | # WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX. 5,500 GALS. | | | | |
| | | APPROX. 44,000 LBS. | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE | | | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800/424/9300, DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**ASHLAND CHEMICAL COMPANY, Shipper**                    **ADVANCED ENVIROTECH CO.** Agent

Per _____                Per _____

Permanent post-office address of shipper, P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00219

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

NAME OF CARRIER                                          DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**          ORDER NO

ROUTE  ADVANCED ENVIROTECH CO.    CAR NO    SHIP FROM (CITY & STATE)  210 GT MEADOWS NJ    OCO DATE OF ORDER

CUSTOMER ORDER & REQ NO    DATE SHIPPED  3/21/7    REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Phthalide Acid Water Layer | | | | |
| | | CORROSIVE LIQUID N.O.S. | | | | |
| | | APPROX. 8,000 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300 DAY OR NIGHT. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

DRUMS RETURNED        I.C.C.            REG.

ASHLAND CHEMICAL COMPANY, Shipper

Per                    Per  ADVANCED ENVIROTECH CO    Agent

Permanent postoffice address of shipper.  P. O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00220

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

*[fine print paragraph of terms and conditions, illegible]*

NAME OF CARRIER                                                                    CARRIER'S NO

DELIVERING CARRIER

**SHIPPED BY:**          **ASHLAND CHEMICAL COMPANY**                    ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|

ADVANCED ENVIROTECH CO                    210 GT MEADOWS NJ

CUSTOMER ORDER & REQ NO          DATE SHIPPED  3/22/77          REQUESTED SHIP DATE

| SHIPPING POINT | DESTINATION | PRODUCING PLANT | SEE EXPLANATION BELOW |
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| 1 T/T | | NITRATING (MIXED) ACID SPENT | | | | |
| | | APPROX 2,800 Gallons | | | | |
| | | APPROX 40,000 Lbs | | | | |

CORROSIVE PLACARDS REQUIRED

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

*[fine print note re: shipment by water]*

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS  40,000  LB

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO., SHIPPER

**ASHLAND CHEMICAL COMPANY, Shipper**          ADVANCED ENVIROTECH CO          Agent

Per _____          Per _____

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00221



**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                          DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCD | DATE OF ORDER |
| ADVANCED ENVIROTECH CO | | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED 3/2?/7? | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

**COLLECT**

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing NITRATING (MIXED) ACID 3PENT | | | | |
| | | APPROX 2,800 Gallons | | | | |
| | | APPROX 40,000 Lbs | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG. |

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS  40,000#

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper          ADVANCED ENVIROTECH CO    Agent

Per                                                      Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00222

THIS SHIPPING ORDER

RECEIVE subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order

CARRIER'S NO

NAME OF CARRIER                                        DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**                    ORDER NO

ROUTE                                    CAR NO          SHIP FROM (CITY & STATE)        OCO  DATE OF ORDER
ADVANCED ENVIROTECH CO                                    210 GT MEADOWS NJ
CUSTOMER ORDER & REQ NO                                   DATE SHIPPED                    REQUESTED SHIP DATE
                                                         3/23/7

TO    SHIPPING POINT  2 DESTINATION  4 PRODUCING PLANT  5 SEE EXPLANATION BELOW
                        CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

                                                         COLLECT

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR ) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Nitrating (Mixed) Acid Spent | | | | |
| | | | APPROX 3,000 Gallons | | | | |
| | | | APPROX 40,000 Lbs | | | | |
| | | | | | | | |
| | | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | | | | | | |
| | | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED        I.C.C.              REG.

RVNY 50 Cents                —Pound
ASHLAND CHEMICAL COMPANY, Shipper

Per _____  Per ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper.  P.O. BOX 3319, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper
condition for transportation, according to the applicable regulations of the Department of Transportation.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT  40,000#
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND ORDER

ASHL00223

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| NAME OF CARRIER | | DELIVERING CARRIER | | CARRIER'S NO |
|---|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
|---|---|---|---|

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ NO | | | | DATE SHIPPED | | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|
| | | | | 3/24/7 | | |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | CONT DOD | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing ~~Vacuum~~ Waste Water From | | | | |
| | | Dyes | | | | |
| | | APPROX ~~5,000~~ 4500 Gallons   APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY | | | | |
| | | CONCERNING THE PRODUCT IN THIS | | | | |
| | | SHIPMENT CALL TOLL-FREE NUMBER | | | | |
| | | 800-424-9300, DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

| | CORRECT WEIGHT | 44,000 | lbs |
|---|---|---|---|

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO.    Agent

Per                          Per Edward M Long

Permanent post-office address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00224

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

| | |
|---|---|
| NAME OF CARRIER | DELIVERING CARRIER |

**SHIPPED BY:**   **ASHLAND CHEMICAL COMPANY**   ORDER NO

ROUTE   ADVANCED ENVIROTECH CO        CAR NO        SHIP FROM (CITY & STATE)   210 GT MEADOWS NJ        OCO   DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED   3/24/7

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

**COLLECT**

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (MIXED) Acid Spent | | | | |
| | | APPROX 3,000 Gallons | | | | |
| | | APPROX 44,000 lbs | | | | |
| | | CORROSIVE MATERIAL | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY, CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

CORRECT WEIGHT IS 44,000

**ASHLAND CHEMICAL COMPANY**, Shipper        ADVANCED ENVIROTECH CO   Agent

Per        Per

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00225

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| | | | CARRIER'S NO |
|---|---|---|---|

| DELIVERING CARRIER | | ORDER NO |
|---|---|---|

## ASHLAND CHEMICAL COMPANY

SHIPPED BY:

ROUTE: ADVANCED ENVIROTECH CO

| | CAR NO | SHIP FROM (CITY & STATE) | OCD | DATE OF ORDER |
|---|---|---|---|---|
| | | 210 GT MEADOWS N.J | | |

SHIPPER'S ORDER & REQ. NO

| | | DATE SHIPPED | | REQUESTED SHIP DATE |
|---|---|---|---|---|
| | | 3/25/7 | | |

CONSIGNED TO

COLLECT

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

| PRODUCT CODE | UNIT | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE | |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (MIXED) Acid Spent | | | | | |
| | | APPROX 3,000 Gallons | | | | | |
| | | APPROX 44,000 Lbs | | | | | |
| | | CORROSIVE MATERIAL | | | | | |
| | | CORROSIVE LIQUID | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |
| | | IN THE EVENT OF A EMERGENCY | | | | | |
| | | CONCERNING THE PRODUCT OF THIS | | | | | |
| | | SHIPMENT CALL TOLL FREE NUMBER | | | | | |
| | | 800-424-9300 DAY OR NIGHT | | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

ASHLAND CHEMICAL COMPANY, Shipper

Per

P.O. BOX 2219 COLUMBUS OHIO 43216

Agent ADVANCED ENVIROTECH CO.

Per

ASHL00226

THIS MEMORANDUM

CARRIER'S NO

NAME OF CARRIER                                   DELIVERING CARRIER

SHIPPED BY:                                                                    ORDER NO

## ASHLAND CHEMICAL COMPANY

ROUTE                                CAR NO          SHIP FROM (CITY & STATE)

CUSTOMER ORDER & REQ. NO                           DATE SHIPPED  3/25/          REQUESTED

CONSIGNED TO
1 SHIPPING POINT   2 DESTINATION   4 PRODUCING PLANT   5 SEE EXPLANATION BELOW

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
CLIFTON NEW JERSEY

COLLECT

| PRODUCT CODE | CONT. TOTAL | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY | | |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating | | | | |
| | | (Mixed) Acid Spent   PPHOX 3,000 Gallons | | | | |
| | | PPHOX 44,000 Lbs | | | | |
| | | CORROSIVE MATERIAL | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | | | | | |
| | | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |

DRUMS RETURNED          I.C.C.                          REG

44,000

RV X 50 Cents   = Pound
ASHLAND CHEMICAL COMPANY, Shipper                ADVANCED ENVIROTECH CO. Agent

Per                              Per
Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00227