## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*[fine print paragraph illegible]*

CARRIER'S NO

| NAME OF CARRIER | | DELIVERING CARRIER | |
|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCD | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | F.O.B. | 210 GT MEADOWS NJ | | |
| CUSTOMER ORDER & REQ. NO | | DATE SHIPPED 3/25/7? | | REQUESTED SHIP DATE |

TO: SHIPPING POINT  DESTINATION  PRODUCING PLANT  5-SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

**COLLECT**

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste | | | | |
| | | CDN | | | | |
| | | Water From BYXX APPROX | 5,500 Gallons | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

*[signature] Jeff Shook*

| DRUMS RETURNED | I.C.C. | REG. | |
|---|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT 44,000 #
WEIGHT IS

HVM 50 Cents — Pound

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO   Agent

Per _____  Per _____

Permanent postoffice address of shipper   P.O. BOX 3219, COLUMBUS, OHIO 43216

ASHL 00228

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIRTOECH CO | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO. | | DATE SHIPPED | REQUESTED SHIP DATE |
|---|---|---|---|
| | | 3/28/7 | |

FOR  1 SHIPPING POINT  2 DESTINATION  4 PRODUCING PLANT  5 SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
.ILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES  SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR * | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating | | | | |
| | | (MIXED) Acid Spent  APPROX 3,000 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | CORROSIVE MATERIAL | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | IN THE EVENT OF ... EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL ... NIGHT. 800- | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

CORRECT WEIGHT IS  44,000

ASHLAND CHEMICAL COMPANY, Shipper

FV.X  5C Cents  =Found

ADVANCED ENVIROTECH CO.  Agent

Per

Permanent postoffice address of shipper  P O BOX 2219, COLUMBUS  OHIO 43216

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                        DELIVERING CARRIER

SHIPPED BY:                **ASHLAND CHEMICAL COMPANY**                ORDER NO

| NOTE | | CAR NO | SHIP FROM (CITY & STATE) | | OCO | DATE OF ORDER |
|---|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | 210   GT MEADOWS NJ | | | |
| CUSTOMER ORDER & REQ  NO | | | DATE SHIPPED  3/29/7 | | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO  OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FRGT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (MIXED) Acid | | | | |
| | | Spent CORROSIVE MATERIAL | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | APPROX 1,800 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |

DRUMS RETURNED        I.C.C.                        REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT   44,000#

EVERY  50 Cents    Pound

ASHLAND CHEMICAL COMPANY, Shipper        ADVANCED ENVIROTECH CO        Agent

Per                                Per

Permanent postoffice address of shipper        P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

ASHL00230

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                          DELIVERING CARRIER

SHIPPED BY:    **ASHLAND CHEMICAL COMPANY**              ORDER NO

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ NO | | DATE SHIPPED /29/77 | | REQUESTED SHIP DATE |

SHIPPING AGENT    DESTINATION    A PRODUCING PLANT    5 SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
HILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (Mixed) Acid Spent | | | | |
| | | CORROSIVE MATERIAL | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | APPROX. 2800 GAL. | | | | |
| | | APPROX. 44,000 LBS. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG. |

**ASHLAND CHEMICAL COMPANY, Shipper**          ADVANCED ENVIROTECH CO. Agent

Per _____ ( )          Per _____

Permanent post-office address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00231

THIS MEMORANDUM

NAME OF CARRIER                                           DELIVERING CARRIER

SHIPPED BY:     **ASHLAND CHEMICAL COMPANY**     ORDER NO

CAR NO     SHIP FROM (CITY & STATE)     DATE OF

DATE SHIPPED  /29/77     REQUESTED

SHIPPING POINT     DESTINATION     PRODUCING PLANT     SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIRONMEN... COMPANY
P.O. BOX 152
MILLSTON., N.J.

COLLECT

| | PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY | RATE |
|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Nitrating (Mixed) Acid Spent | | | |
| | | | CORROSIVE MATERIAL | | | |
| | | | CORROSIVE LIQUID | | | |
| | | | APPROX. 28,000 LBS. | | | |
| | | | APPROX. 44,000 LBS. | | | |
| | | | CORROSIVE LABELS REQUIRED | | | |

DRUMS RETURNED     I.C.C.     REG

ASHLAND CHEMICAL COMPANY, Shipper     Agent

Per     ADVANCED ENVIRONMEN... COV

Permanent postoffice address of shipper     P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00232

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*(fine print paragraph, illegible)*

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCC | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED 3/31/77 | REQUESTED SHIP DATE |
|---|---|---|---|---|

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | THE G-H RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX. 5,500 GALS. | | | | |
| | | APPROX. 44,000 LBS. | | | | |
| | | | | | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300 DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

**ASHLAND CHEMICAL COMPANY**, Shipper     ADVANCED ENVIROTECH CO.   Agent

Per                    Per

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

BF 000473
ASHL 00233



Consignee

ADVANCED ENVIROTECH CO., INC.

Destination P.O. Box 157 MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier    ADVANCED ENVIROTECH CO.    Vehicle or Car Initial

1 Tank Truck Containing Spent Mixed

Acid

CORROSIVE LIQUID N.O.S.

CORROSIVE LIQUID

CORROSIVE LABELS REQUIRED

CORRECTLY DESCRIBED.

Shipper, Per    ADVANCED ENVIROTECH, Per

BF 000128

ASHL00234

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,**

CARRIER'S NO

NAME OF CARRIER  *AETC-Cust Pick up*  DELIVERING CARRIER

| SHIPPED BY: | ASHLAND CHEMICAL COMPANY | | ORDER NO |
|---|---|---|---|

ROUTE  *AETC  CusT. Pickup*

CUSTOMER ORDER & REQ. NO.  *Verbal*

SHIP FROM (CITY & STATE)

DATE SHIPPED  *4/2/77*

CONSIGNED TO

*Advanced EnviroTech Co.*
*P.O. Box 152*
*Milltown, N.J.*

*Collect*

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | # WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | *1 Carboy Containing* | | *2 gals.* | | |
| | | ~~████████~~ | | | | |
| | | ~~████████~~ | | | | |
| | | *Net 30 Lbs.* | | | | |

ASHL00238

DRUMS RETURNED    I.C.C.    REG.

ASHLAND CHEMICAL COMPANY, Shipper

Per _____    Per *AETC George Scott*    Agent

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER                                    DELIVERING CARRIER

SHIPPED BY:          **ASHLAND CHEMICAL COMPANY**              ORDER NO

ROUTE                                    CAR NO      SHIP FROM (CITY & STATE)      OCC   DATE OF ORDER
                                                     210 GR  MEADOWS  NJ

                                                     DATE SHIPPED                   REQUESTED SHIP DATE
                                                     4/2/77

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste | | | | |
| | | Water From DYES APPROX 4,000 5,500 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THIS PRODUCT IN THIS
SHIPMENT CALL TOLL FREE NUMBER
800-424-9300, DAY OR NIGHT

DRUMS RETURNED        I.C.C.              REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

RATE 50 Cents  —  Pound

ASHLAND CHEMICAL COMPANY, Shipper        ADVANCED ENVIROTECH CO        Agent

Per                                      Per

Permanent postoffice address of shipper.    P.O. BOX 2219, COLUMBUS, OHIO 43216

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT
WEIGHT IS    44,000#    AS
SUBJECT TO VERIFICATION BY APPROPRIATE
WEIGHING AND INSPECTION BUREAU ACCORD-
ING TO AGREEMENT.

ASHLAND CHEMICAL CO., Shipper

ASHL00239

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.
RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

| NAME OF CARRIER | | DELIVERING CARRIER | |
|---|---|---|---|

| SHIPPED BY: | ASHLAND CHEMICAL COMPANY | | ORDER NO |
|---|---|---|---|

ADVANCED ENVIROTECH CO

| | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCO DATE OF ORDER |
|---|---|---|---|

DATE SHIPPED 4/5/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | APPROX 4,000 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | NO PLACARDS REQUIRED | | | | |
| | | IN EVENT OF ANY EMERGENCY, CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

ASHLAND CHEMICAL COMPANY, Shipper

Per

Permanent post office address of shipper     P.O. BOX 2219, COLUMBUS, OHIO 43216

ADVANCED ENVIROTECH COMPANY
Per

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS     44,000#

ASHL00246

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

*(fine print paragraph, illegible)*

CARRIER'S NO

| NAME OF CARRIER | | DELIVERING CARRIER | | | | ORDER NO |
|---|---|---|---|---|---|---|

**SHIPPED BY:** **ASHLAND CHEMICAL COMPANY**

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | | OCO | DATE OF ORDER |
|---|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | 210 GT MEADOWS NJ | | | |

| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED 4/5/7 | | | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|

TO:  SHIPPING POINT  2 DESTINATION  4 PRODUCING PLANT  5 SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| | PRODUCT CODE | CONT | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Cantining N██████ | | | | |
| | | | ██████ ████ ████ | | | | |
| | | | APPROX 2,███ Gallons | ████████████ | | | |
| | | | █████ ██ ████ ██ | ████████████ | | | |
| | | | | | | | |
| | | | COR OSIVE PLACARDS REQUIRED | | | | |
| | | | | | | | |
| | | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

ASHL00247

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

*(THIS SHIPMENT IS CORRECTLY DESCRIBED)*

CORRECT
WEIGHT IS   **44,000**

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO, SHIPPER

**ASHLAND CHEMICAL COMPANY, Shipper**          **ADVANCED CUSTOMER PICK UP** Agent

Per                              Per

Permanent post office address of shipper.   P.O. BOX 2219, COLUMBUS, OHIO 43216

THIS MEMORANDUM

NAME OF CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ROUTE

CUSTOMER ORDER & REQ. NO

CONSIGNED TO

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Cantining Nitrating | | | | |
| | | (MIXED) Acid Spent | | | | |
| | | APPROX 2,890 Gallons | CORROSIVE MATERIAL | | | |
| | | APPROX 44,900 Lbs | CORROSIVE LIQUID | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY | | | | |

DRUMS RETURNED    I.C.C.    REG.

ASHLAND CHEMICAL COMPANY, Shipper                    Agent

Per                                     Per    ADVANCED CUSTOMER PICK UP

Permanent postoffice address of shipper.    P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

ASHL00248

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

NAME OF CARRIER                                        DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
|---|---|---|---|

| ROUTE | | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | | 210 GT MEADOWS N.J | | |
| CUSTOMER ORDER & REQ. NO. | F.O.B | FREIGHT | SHIP CODE | DATE SHIPPED | | REQUESTED SHIP DATE |
| | | PPD 2-COLL | FC 1 FC 2 | 4/12/77 | | |

FCB    SHIPPING POINT    2-DESTINATION    4-PRODUCING PLANT    5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNY NEW JERSEY 07032

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | % WEIGHT ISUB. TO COB | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing | CORROSIVE MATERIAL | | | |
| | | Nitrating ~~NITRIC~~ Acid | CORROSIVE LIQUID | | | |
| | | ~~~~ APPROX 3,500 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800 424 9300, DAY OR NIGHT. | | | | |

ASHL00251

DRUMS RETURNED          I.C.C.                    REG.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ASHLAND CHEMICAL COMPANY, Shipper | ADVANCED ENVIROTECH | Agent |
|---|---|---|
| Per | Per | |

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT 44,000 LBS
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

| | CARRIER'S NO |

NAME OF CARRIER | DELIVERING CARRIER

## ASHLAND CHEMICAL COMPANY

SHIPPED BY:

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

| CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS N.J | OCO | DATE OF ORDER |

CUSTOMER ORDER & REQ NO | DATE SHIPPED 4/12/77 | REQUESTED SHIP DATE

SHIP TO POINT   DESTINATION   # PRODUCING PLANT   S SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH CO
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNY NEW JERSEY 07032

COLLECT

| PRODUCT CODE | QTY | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | # WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing | | | | |
| | | Waste Water From CDN | | | | |
| | | APPROX 5,500 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

ASHL00252

DRUMS RETURNED    I.C.C.    REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS 44,000#

ASHLAND CHEMICAL COMPANY, Shipper

Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ADVANCED ENVIROTECH          Agent

Per

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER    DELIVERING CARRIER

## ASHLAND CHEMICAL COMPANY

SHIPPED BY:    ORDER NO

ROUTE ~~DIRECT SHIPMENT CO~~    CAR NO    SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ    OCC    DATE OF ORDER

CUSTOMER ORDER & REQ NO *Advanced EnviroTech Co.*    DATE SHIPPED 4/15/7    REQUESTED SHIP DATE

*Advanced EnviroTech Co,*
*Phi*

ADVANCED ENVIROTECH CO
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNEY NEW JERSEY

COLLECT

| PRODUCT CODE | CON CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containin, | | | | |
| | | (MIXED) Acid Spent    CORROSIVE MATERIAL | | | | |
| | | APPROX 3,500 Gallons    CORROSIVE LIQUID | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | TO BE DELIVERED TO MODERN | | | | |
| | | TRANSPORTATION FOR NEUTRALIZATION AT SOUTH KEARNY | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |

ASHL00255

DRUMS RETURNED    I.C.C.    REG

ASHLAND CHEMICAL COMPANY, Shipper    ADVANCED ENVIROTECH    Agent
Per

P.O. BOX 2219, COLUMBUS, OHIO 43216

CORRECT 44,000;

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**CARRIER'S NO.**

NAME OF CARRIER                                    DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO. |

ROUTE  ADVANCED ENVIROTECH    CAR NO.    SHIP FROM (CITY & STATE)    OCO  DATE OF ORDER
MEXXXX CUSTOMER PICK UP                    210 GT MEADOWS NJ

CUSTOMER ORDER & REQ. NO.    F.O.B.    FREIGHT / SHIP CODE    DATE SHIPPED    REQUESTED SHIP DATE
                                    JPPD 2-COLL  TC 1 TL 2    4/20/7

FOB:  1 SHIPPING POINT  2-DESTINATION  4-PRODUCING PLANT  5-SEE EXPLANATION BELOW

CONSIGNED TO

PHILXXXX
ADVANCED ENVIROTECH COMPANY
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNY NEW JERSEY

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

**COLLECT**

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste | | | | |
| | | Water From DYES APPROX 5,400 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

ASHL00257

DRUMS RETURNED    I.C.C.    REG.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

ASHLAND CHEMICAL COMPANY, Shipper

Per _____

ADVANCED ENVIROTECH CO    Agent

Per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT
WEIGHT IS 44,000 LBS
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO.,SHIPPER

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,**

CARRIER'S NO

NAME OF CARRIER                                                   DELIVERING CARRIER

| SHIPPED BY: | ASHLAND CHEMICAL COMPANY | ORDER NO. |
|---|---|---|

ROUTE **ADVANCED ENVIROTECH CO.**

CAR NO.

SHIP FROM (CITY & STATE) **210 GT MEADOWS NJ**

OCD DATE OF ORDER

CUSTOMER ORDER & REQ NO.

DATE SHIPPED **4/21/77**

REQUESTED SHIP DATE

FOB    1-SHIPPING POINT   2-DESTINATION   4-PRODUCING PLANT    5-SEE EXPLANATION BELOW
CONSIGNED TO

**ADVANCED ENVIROTECH COMPANY**
**C/O MODERN TRANSPORTATION**
**75 JACOBUS AVENUE**
**SOUTH KEARNY, NEW JERSEY**

**COLLECT**

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From DYES | | | | |
| | | APPROX. 5400 GALLONS | | | | |
| | | APPROX. 44,000 LBS. | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | NO LABELS REQUIRED | | | | |

ASHL00258

DRUMS RETURNED        I.C.C.                REG.

**ASHLAND CHEMICAL COMPANY,** Shipper          **ADVANCED ENVIROTECH CO.** Agent

Per                                          Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,**

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|

ADVANCED ENVIROTECH CO.

210 GT MEADOWS NJ

CUSTOMER ORDER & REQ NO

DATE SHIPPED

REQUESTED SHIP DATE

4/26/77

SHIPPING POINT    DESTINATION    x-PRODUCING PLANT    S-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNY NEW JERSEY

COLLECT

| | PRODUCT CODE | CON-TAINER | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR * | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Waste | | | | |
| | | | Water From DYES APPROX 5,400 Gallons | | | | |
| | | | APPROX 44,000 Lbs | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | NO LABELS REQUIRED | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ASHL00259

DRUMS RETURNED        ICC        REG

NOTE—where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO    Agent

Per

Per

Permanent postoffice address of shipper    P.O. BOX 2219 COLUMBUS OHIO 43216

THIS Shipment IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS  44,000 #

DF000423

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.**

| | | CARRIER'S NO |
|---|---|---|

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|

| SHIPPED BY: | ASHLAND CHEMICAL COMPANY | | ORDER NO |
|---|---|---|---|

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | | OCO DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | 27085 | | |
| CUSTOMER ORDER & REQ NO | | DATE SHIPPED 1/28/ | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOULTH KEARNY NEW JERSEY

COLLECT

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 TANK TRUCK CONTAINING WASTE | | | | |
| | | | WATER FROM DYES APPROX 5,400 GALLONS | | | | |
| | | | APPROX 44,000 LBS | | | | |
| | | | | | | | |
| | | | NO LABLES REQUIRED | | | | |

ASHL00260

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

ASHLAND CHEMICAL COMPANY, Shipper

Per _____

Per _____    Agent _____

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.**



CARRIER'S NO

| NAME OF CARRIER | | DELIVERING CARRIER | |
|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |

ROUTE: ADVANCED ENVIROTECH CO    CAR NO    SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ    OCO DATE OF ORDER

CUSTOMER ORDER & REQ NO    DATE SHIPPED 4/30/77    REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH CO
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNEY NEW JERSEY

COLLECT

| PRODUCT CODE | CONT. CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste | | | | |
| | | Water From Dyes APPROX 5,500 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT... CALL TOLL FREE NUMBER
800...

ASHL00261

| DRUMS RETURNED | I.C.C. | REG. |

**ASHLAND CHEMICAL COMPANY, Shipper**    ADVANCED ENVIROTECH    Agent

Per    Per

Permanent residence address of shipper    P.O. BOX 2219  COLUMBUS, OHIO 43216

UNIFORM STRAIGHT BILL OF LADING SHORT FORM—Original—Not Negotiable.

*Charles Hendershot*

LA Name: Run n.a.T.C
F D IV ASHLAND CHEMICAL COMPANY
     DIVISION OF ASHLAND OIL, INC.

FLD FROM: GREAT MEADOWS, NEW JERSEY

CONSIGNED TO
C/O REBLEN TRANSPORTATION
5 CROCCUS AVENUE
SOUTH KEARNEY, NEW JERSEY

DATE SHIPPED 6/16/77
SHIPPED PREPAID

WASTE WATER FROM CLN

APPROX 5,500 Gal.
APPROX 41,000 Lbs.

NO LABELS REQUIRED



Ashland

A CHEMICAL COMPANY

ASHL00275

2

ASHLAND CHEMICAL COMPANY

*Charles Hendershot*

Address of Shipper P O BOX 2219 COLUMBUS, OHIO 43216

DECLARED VALUE

PER *Frank F.*
AGENT

PER

...ND CHEMICAL COMPANY

ALPHANO RD AT
GREAT MEADOWS N,J

R&R A.E.T.C Carrier

Date JULY,22,1977

Shipper's Number

# Ashland.

ASHLAND CHEMICAL COMPANY
Division of Ashland Oil, Inc.

STRAIGHT BILL OF LADING
(Non Transit) SHORT FORM
ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO **R&R A.E.T.C**
C/O R&R SANITATION SER..CE INC.
CARL GULICK COMPANY
BOX 422 R.D #4
DOVER, NEW JERSEY

Mail or Street Address of Consignee
for purpose of Identification only

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

ASHLAND CHEMICAL COMPANY

........................
(Signature of Consignor)

ROUTE  R&R A.E.T.C

DELIVERING CARRIER

CAR OR VEHICLE
INITIAL AND NO.

If charges are to be Prepaid type here "Prepaid"

**PREPAID**

| QUANTITY | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (Subject to Correction) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| T/T | | WASTEWATER XTREM. SLIME SLUDGE | APPROX 3,000 Gal. APPROX 39,000 Lbs. | | |
| | | PLACARDS NO PLATES REQUIRED | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | |

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$

"The fibre boxes or sacks used for this shipment conform to requirements of Rule 5-40 and 41 of Consolidated Freight Classification."

The description and weight indicated on this bill of lading are correct subject to verification by the APPROPRIATE WEIGHING AND INSPECTION BUREAU according to agreement

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$                    per

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Not a bill of lading when moved in a vehicle operated by shipper or owner of product, but merely a receipt for product in behalf of owner

Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of this commodity.

SIGNATURE

...HLAND CHEMICAL COMPANY, SHIPPER

Gilbert S Rook  R&R A.E.T.C    AGENT

PER

...manent post office address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00276

ASHLAND CHEMICAL COMPANY

**Ashland**

A S H L A N D   C H E M I C A L   C O M P A N Y

Division of Ashland Oil, Inc.

STRAIGHT BILL OF LADING

(Non Transit) SHORT FORM

ORIGINAL — NOT NEGOTIABLE

ALPHANO RD AT
GREAT MEADOWS N.J
R&R A.E.T.C    Carrier
Date    JULY, 27, 1977

Shipper's Number

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO    R&R A.E.T.C
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNEY, NEW JERSEY

Mail or Street Address of Consignee
for purpose of identification only

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

ASHLAND CHEMICAL COMPANY

(Signature of Consignor)

ROUTE    R&R

DELIVERING CARRIER

CAR OR VEHICLE
INITIAL AND NO.

If charges are to be Prepaid type here
"Prepaid"

PREPAID

| QUANTITY | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (Subject to Correction) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| T/T | | WASTE WATER FROM CDN | | | |
| | | APPROX    5,500 Gal. | | | |
| | | APPROX    44,000 Lbs. | | | |
| | | | | | |
| | | 727.50 | | | |
| | | NO LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only amount prepaid.)

Charges advanced:

$

"The fibre boxes or sacks used for this shipment conform to requirements of Rule 5-40-41 of Consolidated Freight Classification."

The description and weight indicated on bill of lading are correct subject to verification by the APPROPRIATE WEIGHING AND INSPECTION BUREAU according to agreement.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight.' Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$            per

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Not a bill of lading when moved in a vehicle operated by shipper or owner of product, merely a receipt for product in behalf of owner.

Carrier certifies that the cargo tank supplied this shipment is a proper container for transportation of this commodity.

SIGNATURE

ASHLAND CHEMICAL COMPANY, SHIPPER

Charles Hendershot

Permanent office address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

R&R A.E.T.C    AGENT

PER

FROM
ASHLAND CHEMICAL COMPANY
LPHANO RD    AT
REAT MEADOWS N,J

R&R A.E.T.C    Carrier
Date AUGUST,5,1977

Shipper's Number

**Ashland.**

ASHLAND CHEMICAL COMPANY
Division of Ashland Oil, Inc.

STRAIGHT BILL OF LADING
(Non Transit) SHORT FORM
ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail–water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO  R&R A.E.T.C
C/O MODERN TRANSPORTAION
75 JACOBUS AVENUE
SOUTH KEARNEY, NEW JERSEY

ROUTE  R&R

DELIVERING CARRIER

Mail or Street Address of Consignee
for purpose of Identification only

CAR OR VEHICLE
INITIAL AND NO.

Subject to Section 7 of conditions, if t shipment is to be delivered to the consign without recourse on the consignor, the co signor shall sign the following statement:

The carrier shall not make delivery of t shipment without payment of freight and other lawful charges.

ASHLAND CHEMICAL COMPANY

(Signature of Consignor)

If charges are to be Prepaid type here
"Prepaid"

PREPAID

| QUANTITY | HM | DESCRIPTION OF ARTICLES. SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Subject to Correction) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|---|
| T/T | | WASTE WATER FROM CDN | | | | |
| | | APPROX | 5,500 Gal. | | | |
| | | APPROX | 44,000 Lbs. | | | |
| | | NO LABELS REQUIRED | | | | |

Received $ _____
to apply in prepayment of the charges on property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only amount prepaid.)

Charges advanced:

$ _____

"The fibre boxes or sacks used for this sh ment conform to requirements of Rule 5-40, 41 of Consolidated Freight Classification."

The description and weight indicated on bill of lading are correct subject to verificat by the APPROPRIATE WEIGHING AND SPECTION BUREAU according to agreem

"If the shipment moves between two ports carrier by water, the law requires that the b lading shall state whether it is 'carrier's shipper's weight.' Note—Where the rate dependent on value, shippers are required state specifically in writing the agreed declared value of the property. The agree declared value of the property is hereby sp fically stated by the shipper to be not exceed

$ _____ per _____

This is to certify that the above named mater are property classified, described, packa marked and labeled, and are in pro condition for transportation, according to applicable regulations of the Departmen Transportation.

Not a bill of lading when moved in a ver operated by shipper as owner of product, merely a receipt for product in behalf of ow

Carrier certifies that the cargo tank supplie this shipment is a proper container for transportation of this commodity

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

SIGNAT

HLAND CHEMICAL COMPANY, SHIPPER

R&R A.E.T.C    AGE

PER _____

nanent post office address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00281

**Ashland**

ASHLAND CHEMICAL COMPANY

ASHLAND CHEMICAL COMPANY
Division of Ashland Oil, Inc.

LPHANO ROAD AT
GEAT MEADOWS N, J

R&R A.E.T.C  Carrier

Date  AUGUST, 17, 1977

Shipper's Number

STRAIGHT BILL OF LADING
(Non Transit) SHORT FORM
ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO  R&R A.E.T.C
C/O MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNEY, NEW JERSEY

Mail or Street Address of Consignee
for purpose of Identification only

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

ASHLAND CHEMICAL COMPANY

(Signature of Consignor)

ROUTE  R&R

DELIVERING CARRIER

CAR OR VEHICLE
INITIAL AND NO.

If charges are to be Prepaid type here "Prepaid"

PREPAID

| QUANTITY | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (Subject to Correction) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| 1 T/T | | WASTE WATER FROM CDN      APPROX   APPROX | 5,500 Gal. 44,000 Lbs. | | |

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$

"The fibre boxes or sacks used for this shipment conform to requirements of Rule 5-40 and 41 of Consolidated Freight Classification."

The description and weight indicated on this bill of lading are correct subject to verification by the APPROPRIATE WEIGHING AND INSPECTION BUREAU according to agreement

"If the shipment moves between two points by carrier by water, the law requires that the bill of lading shall state whether it is "carrier's" shipper's" weight." Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed declared value of the property. The agreed declared value of the property is hereby specifically stated by the shipper to be not exceeding

$            per

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Not a bill of lading when moved in a vehicle operated by shipper or owner of product, but merely a receipt for product in behalf of owner.
Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of this commodity.

NO PLACARDS REQUIRED

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

Please submit original and one
copy of your freight bill with
this copy of the Bill of Lading to:
ASHLAND CHEMICAL CO.
TRAFFIC DEPARTMENT
ALPHANO ROAD
GREAT MEADOWS,
NEW JERSEY 07838

SIGNATURE

ASHLAND CHEMICAL COMPANY, SHIPPER

Charles Buchershot

PER

R&R A.E.T.C    AGENT

ASHL00285

ASHLAND CHEMICAL COMPANY

Alphano Rd.
reat Meadows, N.J.

Date  A.E.T.C.  Carrier
Aug. 19,1977

Shipper's Number

**Ashland**

ASHLAND CHEMICAL COMPANY
Division of Ashland Oil, Inc.

STRAIGHT BILL OF LADIN
(Non Transit) SHORT FORM
ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail–water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO    A.E.T.C.
C/O MODERN TRANS.
75 Jacobus Ave.
So. Kearney, N.J.

ROUTE    R&R

DELIVERING CARRIER   R&R

Mail or Street Address of Consignee
for purpose of Identification only

CAR OR VEHICLE
INITIAL AND NO.

Subject to Section 7 of conditions, if shipment is to be delivered to the consig without recourse on the consignor, the signor shall sign the following statement:

The carrier shall not make delivery of shipment without payment of freight and other lawful charges.

ASHLAND CHEMICAL COMPANY

(Signature of Consignor)

If charges are to be Prepaid type here
"Prepaid"

| QUANTITY | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (Subject to Correction) | CLASS OR RATE | CHECK COLUMN |
|----------|-----|---------------------------------------------------------|-------------------------------|---------------|--------------|
| T/T | | Waste water from CDN | 5500Gals. | | |
| | | Approx. 40,000# | | | |
| | | No labels Required | | | |

Received $
to apply in prepayment of the charges on property described hereon.

Agent or Cashe

Per
(The signature here acknowledges only amount prepaid.)

Charges advanced:

$

"The fibre boxes or sacks used for this sh ment conform to requirements of Rule 5-40 41 of Consolidated Freight Classification."

The description and weight indicated on bill of lading are correct subject to verificat by the APPROPRIATE WEIGHING AND SPECTION BUREAU according to agreem

"If the shipment moves between two ports carrier by water the law requires that the b lading shall state whether it is "carrier's shipper's weight." Note—Where the rate dependent on value, shippers are required state specifically in writing the agreed declared value of the property. The agreed declared value of the property is hereby spe ically stated by the shipper to be not exceed

$    per

This is to certify that the above named mater are properly classified, described, packag marked and labeled, and are in pro condition for transportation, according to applicable regulations of the Department Transportation.

Not a bill of lading when moved in a ven operated by shipper or owner of product, merely a receipt for product in behalf of ow

Carrier certifies that the cargo tank supplied this shipment is a proper container for transportation of this commodity.

ASHLAND CHEMICAL COMPANY, SHIPPER

Permanent post office address of shipper. P. O. BOX 2219, COLUMBUS, OHIO 43216

PER   R&R– A.E.T.C.

SIGNATU

AGE

ASHL00286



ALL COUP

FROM

ASHLAND CHEMICAL COMPANY

AT

Alphano Rd.
Great Meadows, N.J.
All County
Carrier
Date    Sept.1,1977

Shipper's Number



**Ashland,**

ASHLAND CHEMICAL COMPANY
Division of Ashland Oil, Inc.

STRAIGHT BILL OF LADING
(Non Transit) SHORT FORM
ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO    A.E.T.C.
c/o All County
235 Highland Cross RD.
Rutherford, New Jersey

Mail or Street Address of Consignee
for purpose of identification only

ROUTE  All County

DELIVERING CARRIER

CAR OR VEHICLE
INITIAL AND NO.

| QUANTITY | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Subject to Correction) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| 1 T/T | X | Containing Solvents N.O.S.<br>FLAMMABLE LIQUID | (5500Gals.)<br>39,000# | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

ASHLAND CHEMICAL COMPANY

(Signature of Consignor)

If charges are to be Prepaid type here "Prepaid".

**PREPAID**

Received $
to apply in prepayment of the charges on property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only amount prepaid.)

Charges advanced:

$

"The fibre boxes or sacks used for this shipment conform to requirements of Rule 5-40; 41 of Consolidated Freight Classification."

The description and weight indicated on bill of lading are correct subject to verification by the APPROPRIATE WEIGHING AND INSPECTION BUREAU according to agreement.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's weight' or 'shipper's weight.' Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$                    per

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Not a bill of lading when moved in a vehicle operated by shipper or owner of product, merely a receipt for product in behalf of owner.

Carrier certifies that the cargo tank supplied this shipment is a proper container for the transportation of this commodity.

ASHL00296

SIGNATURE

ASHLAND CHEMICAL COMPANY SHIPPER

THIS MEMORANDUM

RECEIVED, subject to the classification and tariffs in effect on the date of the receipt by the carrier of the property described in this Original Bill of Lading.

CARRIER'S NO.

NAME OF CARRIER                                              DELIVERING CARRIER

**SHIPPED BY:**                    **ASHLAND CHEMICAL COMPANY**                           ORDER NO.

ROUTE                                              CAR NO.          SHIP FROM (CITY & STATE)      OCO   DATE OF ORDER

ADVANCED ENVIROTECH CO.                                    210 GT MEADOWS NJ

CUSTOMER ORDER & REQ. NO.           FOB   FREIGHT   SHIP CODE   DATE SHIPPED               REQUESTED SHIP DA
                                          1-PPD 2-COLL  1C-1 I N-2    10/14/7

FOB:  1-SHIPPING POINT   2-DESTINATION   4-PRODUCING PLANT   5-SEE EXPLANATION BELOW
                        CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.      08852

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.   CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS.        APPROX. 44,000 LBS. | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | | | | | |

ASHL00303

DRUMS RETURNED        I.C.C.              REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

WEIGHT IS  44,000

SUBJECT TO VERIFICATION BY APPROPRIATE
WEIGHING AND INSPECTION BUREAU ACCORD-
ING TO AGREEMENT

ASHLAND CHEMICAL CO., Shipper                              Agent

Per                                         Per  ADVANCED ENVIROTECH CO.

Permanent post-office address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHLAND CHEMICAL COMPANY

GREAT        AT MEADOWS

**AShland.**

**ASHLAND CHEMICAL COMPANY**

Division of Ashland Oil, Inc.

(Non Transit) SHORT FORM

ORIGINAL — NOT NEGOTIABLE

ALL COUNTY                     Carrier

Date OCT. 14, 1977

Shipper's Number

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail—water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | |
|---|---|
| CONSIGNED TO | A.E.T.C<br>C/O ALL COUNTY<br>235 HIGHLAND CROSS ROAD<br>RUTHERFORD, NEW JERSEY |

Mail or Street Address of Consignee
for purpose of identification only

ROUTE    ALL COUNTY

DELIVERING CARRIER

CAR OR VEHICLE
INITIAL AND NO.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

ASHLAND CHEMICAL COMPANY

(Signature of Consignor)

If charges are to be Prepaid type here "Prepaid"

PREPAID

| QUANTITY | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Subject to Correction) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| 1 T/T | X | SOLVENTS N.O.S<br>FLAMMABLE LIQUID<br><br>960.00 | APPROX  6,000 Gal.<br>APPROX  39,000 Lbs. | | |

FLAMMABLE PLACARDS REQUIRED

Received $
to apply in prepayment of the charges property described hereon.

Agent or Ca

Per
(The signature here acknowledges only amount prepaid.)

Charges advanced:

$

*The fibre boxes or sacks used for this shipment conform to requirements of Rule 41 of Consolidated Freight Classification

The description and weight indicated on this bill of lading are correct subject to verification by the APPROPRIATE WEIGHING AND INSPECTION BUREAU according to agreement.

*If the shipment moves between two ports by carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$                              per

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Not a bill of lading when moved in tank operated by shipper or owner of product merely a receipt for product in behalf

Carrier certifies that the cargo tank surfacing this shipment is a proper container for transportation of this commodity

Please submit original and one
copy of your freight bill with
this copy of the Bill of Lading to:
ASHLAND CHEMICAL CO.
TRAFFIC DEPARTMENT
ALPHANO ROAD
GREAT MEADOWS,
NEW JERSEY 07838

ASHLAND CHEMICAL COMPANY, SHIPPER

ALL COUNTY

Permanent post office address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

PER

ASHL00304

ASHLAND CHEMICAL COMPANY

GREAT AT MEADOWS

**Ashland.**

**ASHLAND CHEMICAL COMPANY**

Division of Ashland Oil, Inc.

(Non Transit) SHORT FORM

**ORIGINAL — NOT NEGOTIABLE**

A.E.T.C    Carrier

Date OCT,21,1977

Shipper's Number

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO    MODERN TRANSPORTATION
75 JACOBUS AVENUE
SOUTH KEARNEY, NEW JERSEY

Mail or Street Address of Consignee for purpose of Identification only

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

ASHLAND CHEMICAL COMPANY

(Signature of Consignor)

ROUTE    A.E.T.C

DELIVERING CARRIER

CAR OR VEHICLE
INITIAL AND NO.

If charges are to be Prepaid type here "Prepaid"

**PREPAID**

| QUANTITY | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (Subject to Correction) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| 1 T/T | | WASTE WATER FROM CDN    APPROX    5,500 Gal.    APPROX    44,000 Lbs.    727.50    NO LABELS REQUIRED | | | |

Received $ _____
to apply in prepayment of the charges property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$ _____

*The fibre boxes or sacks used for this shipment conform to requirements of Rule 5 or 41 of Consolidated Freight Classification.

The description and weight indicated on this bill of lading are correct subject to verification by the APPROPRIATE WEIGHING AND INSPECTION BUREAU according to agreement.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____    per _____

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Not a bill of lading when moved in vehicle operated by shipper or owner of property, merely a receipt for product in behalf of _____

Carrier certifies that the cargo tank used for this shipment is a proper container for transportation of this commodity.

SIC

ASHLAND CHEMICAL COMPANY, SHIPPER

_Charles Henderson_

Permanent post office address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

8304

A.E.T.C

PER _N.R. Dickerson_

ASHL00305