EXHIBIT 18



# DIAZ CHEMICAL CORP.

o7

**P. O. BOX 194    HOLLEY, NEW YORK 14470**

PHONE: (716) 638-6321
OR
637-6010

Attachment A

ORIGINAL
(Red)

TO  Advanced Environmental Tech  
67 West Hanover Ave.  
Randolph New Jersey 07801  

SHIP TO  DIAZ CHEM.  
Jackson St  
Holley NY 14470  

PLEASE ENTER OUR ORDER FOR GOODS LISTED BELOW:

| REQUISITION NO. | DATE REQUIRED | SHIP VIA | ROUTING | TERMS | ORDER DATE |
|---|---|---|---|---|---|
| | | THEIR TRUCK | | | 1/3/7 |

| V | QTY. REC'D. | QTY. ORD'D | UNIT | STOCK NO. | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|---|---|
| | | 30000 Gal | | | Disposal - Spent Nitrating Acid - Transportation Included + (cotton disposal extra??) | 47.5 |
| | | | | | Confirming - Robt Landwesser. 1/3/77. | |
| | | | | | AETC - To obtain necessary permits & licenses - | |
| | | | | | Term of agreement - 3 years Minimum | |

BSAI029142

● OUR ORDER NO. MUST APPEAR ON ALL RELATED PACKAGES AND FORMS ● PLEASE ACKNOWLEDGE IMMEDIATELY AND STATE WHEN YOU WILL SHIP ORDER

118

Please send ___ copies of your invoice with original Bill of La

PURCHASING AGENT

# PURCHASE ORDE

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.) (Red)

UNIFORM STRAIGHT BILL OF LADING        Original—Not Negotiable        Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL        **Company**        Agent's No. 77-WA-05

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York** JANUARY 6 1977 from **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, N.J.**

Destination **Philadelphia, (Wysomming Industrial Park)** State of **Penn.** County of _____

Route _____

Delivering Carrier **Environmental Chemical Control** Car Initial _____ Car No. _____

| No. Pkgs. | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2700 Gallons Waste Sulfuric Acid (SPENT) | 40,500 # | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code        (New) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY | | | | |
| | CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE | | | | |
| | REGULATIONS OF THE DEPARTMENT OF TRANSPORATION. | | | | Agent or Cashier |
| | S.J. CHIRAS | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50 per lb.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."

‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

**Diaz Chemical Corp.**        Shipper, Per J.C. Davis        Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (50 SETS) 6P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029144

ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

**ENVIRONMENTAL CHEMICAL CONTROL**    Company    Agent's No. __77-WA-08__

at __Holley, New York__    JANUARY 8    1977    from    __Diaz Chemical Corp.__

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only.

Consigned to __ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ__

Destination __PHILADELPHIA, (WYSOMMING INDUSTRIAL PARK)__ State of ____PA____    County of _____

Route _____

Delivering Carrier __ENVIRONMENTAL CHEMICAL CONTROL__    Car Initial _____    Car No. _____

| No. ages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges |
| | FOR RECYCLE | | | | |
| | | | | | (Signature of Consignor) |
| | Product Code        (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding __0.50__ per __lb__.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**    Shipper, Per __W. A. Lee__    Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (30 SETS) 8P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029146



ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading. Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    **Original—Not Negotiable**    Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL    **Company**    Agent's No. 77-WA-07

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at **Holley, New York**    JANUARY 7 1977    from    **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only

Consigned to    ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, N.J

Destination    PHILADELPHIA, (WYSOMMING INDUSTRIAL PARK)    State of    PA    County of

Route

Delivering Carrier    ENVIRONMENTAL CHEMICAL CONTROL    Car Initial    Car No.

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code        (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE GULATIONS OF THE DEPARTMENT OF TRANSPORATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0 50    per    lb

Per
(The signature here acknowledges only the amount prepaid.)
Charges Advanced:
$

‡‡The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**    Shipper, Per W. A. Lee    Agent, Per

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (30 SETS) 6P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029148

(over)

(Uniform Domestic Straight Bill of Lading, Adopted by Carrier in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

## UNIFORM STRAIGHT BILL OF LADING     Original—Not Negotiable     Shipper's No.

### ENVIRONMENTAL CHEMICAL CONTROL     Company     Agent's No. 77-WA-06

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York** JANUARY 6 1977 from **Diaz Chemical Corp.**

The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and deemed as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only

Consigned to ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, N.J.

Destination Philadelphia, (Wysomming Industrial Park), State of Penn. County of

Route

Delivering Carrier Environmental Chemical Control     Car Initial     Car No.

| No. pkgs | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code     (New) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY | | | | |
| | CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE | | | | |
| | REGULATIONS OF THE DEPARTMENT OF TRANSPORATION. | | | | Agent or Cashier |
| | S.J. CHIRAS | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50     per     lb.

Per
(The signature here acknowledges only the amount prepaid.)
Charges Advanced:

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
[Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.]

$

**Diaz Chemical Corp.**     Shipper, Per _____     Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (50 SETS) 6P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029150

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     Original—Not Negotiable     Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL                    Company     Agent's No.   77-WA-03

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at __Holley, New York__ . JANUARY _5_ 19 77 _ from _ **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only)

Consigned to __ADVANCED ENVIRONMENTAL TECH. CORPORATION  -  MILFORD, NJ__

Destination __Philadelphia, (Wysomming Industrial Park)__ State of __PA__ _ County of_

Route_

Delivering Carrier __Environmental Chemical Control__ Car Initial_ Car No._

| No. ages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code        (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

__0.50__ per __1b.__

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per_
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_

**Diaz Chemical Corp.**       Shipper, Per _D. Bower_       Agent, Per_

Permanent post-office address of shipper.

Rodiform®
6S 685
POLY PAK (30 SETS) 6P663

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029152

(Uniform Domestic Straight Bill of Lading. Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories. March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING          Original—Not Negotiable          Shipper's No. ____

ENVIRONMENTAL CHEMICAL CONTROL          Company     Agent's No.     77-WA-01

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**     January     19 **77**     from     **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown,) marked, consigned, and destined as indicated below, which said company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

Consigned to  **ADVANCED ENVIRONMENTAL TECH. CORPORATION  -  Milford, NJ**

Destination **Philadelphia (Wysomming Industrial   Park)** State of _____ **PA** _____ County of _____

Route _____

Delivering Carrier **Environmental Chemical Control** _____ Car Initial _____ Car No. _____

| Pack-ages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORATION. | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**0.50**     per     **lb.**

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

‡The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.'
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$_____

**Diaz Chemical Corp.**          Shipper, Per _Li Bower_          _____ Agent, Per ____

Permanent post-office address of shipper. _____

Rediform®
6S 685
POLY PAK (30 SETS) 6P635

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029154

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No. _____

ENVIRONMENTAL CHEMICALS CONTROL _____ **Company**    Agent's No.    **77-WA-02**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**    JANUARY _____ 19 77    from    **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION   -   MILFORD, NJ** _____

Destination **Philadelphia (Wysomming Industrial Park)** State of _____ **PA** _____ County of _____

Route _____

Delivering Carrier **Environmental Chemical Control** Car Initial _____ Car No. _____

| Pages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code       (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50 _____ per _____ lb.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$ _____

**Diaz Chemical Corp.**    Shipper, Per **D. Borver** _____    _____ Agent, Per _____

Permanent post-office address of shipper,

Rediform®

6S 685

POLY PAK (30 SETS) 6P683

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029155

(Uniform Domestic Straight Bill of Lading, Adapted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL    Company    Agent's No. 77-WA-10

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at **Holley, New York**    JANUARY \\ 1977 ___from___ **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own route or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only.

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA, (WYSOMMING INDUSTRIAL PARK)** State of **PA** County of _____

Route _____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial _____ Car No. _____

| No. Pages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORATION. | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

__0.50__ per __lb.__

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**    Shipper, Per _W A Fee_ _____    Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685

POLY PAK (50 SETS) 6Pø85

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029161

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL    Company    Agent's No.    77-WA-09

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**    JANUARY 9    19 77    from    **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only.

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA, (WYSOMMING INDUSTRIAL PARK)** State of ___ **PA** ___ County of_____

Route_____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** ___ Car Initial_____ Car No._____

| No. Pkgs | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code     (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50    per    1b.

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per_____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

**Diaz Chemical Corp.**    Shipper, Per W. A. Pee    Agent, Per_____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (50 SETS) 6P683

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029163

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING      **Original—Not Negotiable**      Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL                    **Company**      Agent's No. 77-WA-13

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**   **JANUARY  18  19 77**   from   **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, N.J.**

Destination **PHILADELPHIA, (WYSOMMING INDUSTRIAL PARK)** State of _____ **PA** _____ County of _____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial _____ Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code     (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | IS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | | S. J. CHIRAS | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ **0.50** _____ per _____ **lb**

‡The Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced:
$_____

**Diaz Chemical Corp.**      Shipper, Per _W. A. Lee_ _____ _____ Agent, Per _____

Permanent post-office address of shipper.

Rodiform®
6S 605

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029166

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     Original—Not Negotiable     Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL     **Company**     Agent's No.  77-WA-12

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**  JANUARY  *17*   1977  from  **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only

Consigned to  ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination  PHILADELPHIA, (WYSOMMING INDUSTRIAL PARK) State of ____ PA ____ County of_____

Route_____

Delivering Carrier  ENVIRONMENTAL CHEMICAL CONTROL ____ Car Initial _____ Car No. _____

| o.<br>ages | Description of Articles, Special Marks, and Exceptions | *Weight<br>(Sub. to Cor.) | Class<br>or Rate | Check<br>Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |
| | | | | | ⊂⊃ |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50 ____ per ____ lb.

Per_____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**     Shipper, Per  *W. A. Fee*  _____     *R. Mule* Agent, Per ____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (30 SETS) #P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029168

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    **Original—Not Negotiable**    Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL    **Company**    Agent's No.  77-WA-11

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**   JANUARY 12  19 77  from  **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only.

Consigned to  ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination  PHILADELPHIA, (WYSOMMING INDUSTRIAL PARK)  State of ____ PA ____  County of _____

Route _____

Delivering Carrier ENVIRONMENTAL CHEMICAL CONTROL ____ Car Initial _____  Car No. _____

| No. Pkges | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code           (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S.J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared valuaof the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50  per  lb.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."

‡Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

**Diaz Chemical Corp.**    Shipper, Per W A Fee    _____  Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (50 SETS) 6P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029170

(Uniform Domestic Straight Bill of Lading. Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1920 and June 15, 1941.) **ORIGINAL**

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No. _____ (Red)

ENVIRONMENTAL CHEMICAL CONTROL    **Company**    Agent's No.    77-WA-17

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**    JANUARY 25 1977    from    **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only.

Consigned to    ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)    State of    PA    County of _____

Route _____

Delivering Carrier    ENVIRONMENTAL CHEMICAL CONTROL    Car Initial _____    Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code    (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50    lb.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced:
$ _____

**Diaz Chemical Corp.**    Shipper, Per W Arlee    Ed Jony, Agent, Per Ev. T.

Permanent post-office address of shipper.

Rediform®
65 685

POLY PAK (10 SETS) 4P683

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029173

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING        Original—Not Negotiable        Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL                    **Company**      Agent's No.      77-WA-18

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**    JANUARY _36_ 1977    from    **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

Consigned to    **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL** PARK) State of _____ **PA** _____ County of_____

Route

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** ____ Car Initial_____ Car No._____

| ages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of condition If this shipment is to be delivered the consignee without recourse the consignor, the consignor she sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delive of this shipment without payment freight and all other lawful charge |
| | FOR RECYCLE | | | | |
| | Product Code        (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, wri or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $_____ to apply in prepayment of the charg on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50 _____ per _____ lb.

Per_____
(The signature here acknowled only the amount prepaid.)

Charges Advanced:

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$_____

**Diaz Chemical Corp.**        Shipper, Per _W. A. Fee_        _____ Agent, Per ____

Permanent post-office address of shipper.

Rediform®
65 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

POLY PAK (50 SETS) 6P683

BSAI029175

ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories. March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     Original—Not Negotiable     Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL     Company     Agent's No. __77-WA-16__

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**   JANUARY **23** 19**77**   from   **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only.

Consigned to   **ADVANCED ENVIRONMENTAL TECH. CORPORATIO - MILFORD, N.J**

Destination **PHIADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of ____ **PA** _____ County of _____

Route _____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial _____ Car No. _____

| No.<br>ages | Description of Articles, Special Marks, and Exceptions | *Weight<br>(Sub. to Cor.) | Class<br>or Rate | Check<br>Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of condition if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delive of this shipment without payment freight and all other lawful charge |
| | FOR RECYCLE | | | | |
| | Product Code    (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, wri or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN RPOPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $_____ to apply in prepayment of the charge on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50   per _____

)"The fibre boxes used for this shipment conform to the specification set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
(Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledge only the amount prepaid.)

Charges Advanced:

$ _____

**Diaz Chemical Corp.**   Shipper, Per _W. A. Lee_    _Ed Long_ _____ Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685
POST PAK (30 SETS) 6P6GS

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029177

ORIGINAL
(R-34)

(Uniform Domestic Straight Bill of Lading. Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     Original—Not Negotiable     Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL               Company     Agent's No.   77-WA-19

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Holley, New York     JANUARY     1977     from     Diaz Chemical Corp.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to  ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

(Mail or street address of consignee—For purposes of notification only.)

Destination  PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)    State of     PA    County of _____

Route _____

Delivering Carrier  ENVIRONMENTAL CHEMICAL CONTROL     Car Initial _____ Car No. _____

| No. Pages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | (CORROSIVE MATERIAL) | | | | |
| | FOR RECYCLE | | | | (Signature of Consignor) |
| | Product Code          (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

Received $_____ to apply in prepayment of the charges on the property described hereon.

S. J. CHIRAS

Agent or Cashier

NOTE: TRUCK ARRIVED ABOUT ½ FULL — TOPPED OFF WITH ABOUT 1500 GALLONS. W.A. Lee (DIAZ CHEM)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50     per     lb.

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Diaz Chemical Corp.     Shipper, Per W.A. Lee     Ed Jong Agent, Per A.V.T.

Permanent post-office address of shipper.

Rediform®     (This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)
65 685
POLY PAK (50 SETS) 6P605

BSAI029179

ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading, Adapted by Carriers in Official, Southern, Western and Illinois Classification Territories. March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING        Original—Not Negotiable        Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL        **Company**    Agent's No.   77-WA-23

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York    FEBRUARY    1977**  from  **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to  **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of _____ XX  PA _____ County of _____

Route _____

...ering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial _____ Car No. _____

| Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | (Signature of Consignor) |
| | Product Code        (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE ...ULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50      per      lb.

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$ _____

**Diaz Chemical Corp.**        Shipper, Per W. A. Lee      X _____ Agent, Per _____

Permanent post-office address of shipper.

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

Rediform®
6S 685
POLY PAK (50 SETS) 6P653

BSAI029182

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     Original—Not Negotiable     Shipper's No. ___     ORIGIN

(Red)

ENVIRONMENTAL CHEMICAL CONTROL     Company     Agent's No.   77-WA-22

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**     **JANUARY**     **1977**     from     **Diaz Chemical Corp.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only.

Consigned to     **ADVANCED ENVIRONMENTAL TECH. CORPORATION – MILFORD, NJ**

Destination   **PHILADELPHIA (WYSOMMING INDUSTRIAL**    PARK)    State of   RA   **PA**   County of _____

Route _____

Delivering Carrier   **ENVIRONMENTAL CHEMICAL CONTROL**   Car Initial _____   Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50    per    lb.

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

**Diaz Chemical Corp.**     Shipper, Per   W A Lee     Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (50 SETS) 6P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029184

(Uniform Domestic Straight Bill of Lading. Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1920 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     Original—Not Negotiable     Shipper's No. } ... ORIGINAL (Red)

ENVIRONMENTAL CHEMICAL CONTROL     Company     Agent's No. 77-WA-21

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**   JANUARY 8   19 77   from **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of ____ **PA** ____ County of ____

Route ____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial ____ Car No. ____

| No. Pkgs | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | | | | |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**0.50** per **lb.**

‡"The fibre boxes used for this shipment conforms to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
(Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.)

Per ____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ____

**Diaz Chemical Corp.**   Shipper, Per   W. A Lee     X ____ Agent, Per ____

Permanent post-office address of shipper.

Rodiform ®.
65 685

POLY PAK (30 SETS) 6P655

...mestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No. **ORIGINAL (Red)**

ENVIRONMENTAL CHEMICAL CONTROL    Company    Agent's No. 77-WA-20

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**    JANUARY    **1977**    from    **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination, It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)**    State of **PA**    County of

Route

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL**    Car Initial    Car No.

| ck | No. ages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| | 1 | 2,900 Gallons Waste Sulfuric Acid (SPENT) | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered the consignee without recourse on the consignor, the consignee shall sign the following statement: |
| | | (CORROSIVE MATERIAL) | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | FOR RECYCLE | | | | |
| | | Product Code        (NEW) | | | | (Signature of Consignor) |
| | | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding 0.50 per lb.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."

‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**    Shipper, Per **W. A. Lee**    Agent, Per

Permanent post-office address of shipper.

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $

Rodiform®
6S 685
POLY PAK (50 SETS) 6P682

BSAI029188

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     **Original—Not Negotiable**

ENVIRONMENTAL CHEMICAL CONTROL                          Shipper's No.

**Company**     Agent's No.     77-WA-31

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York** FEBRUARY 24Th 19 77 from **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under this contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

                                        (Mail or street address of consignee—For purposes of notification only

..signed to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, N.J**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of __PA__     County of_____

Route_____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL**    Car Initial_____ Car No._____

| No.<br>Packages | Description of Articles, Special Marks, and Exceptions | *Weight<br>(Sub. to Cor.) | Class<br>or Rate | Check<br>Column | |
|---|---|---|---|---|---|
| 1 | ~~TANK TRUCK~~ Nitrating (MIXED) ACID. SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL)  2,900 GALLONS | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor)<br>If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $_____<br>to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

                **0.50**          per          **lb.**

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per_____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

**Diaz Chemical Corp.**        Shipper, Per D. Botier        Agent, Per_____

Permanent post-office address of shipper.

Rediform®
6S 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029191

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     **Original—Not Negotiable**     Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL     **Company**     Agent's No. 77-WA-32

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York** FEBRUARY _____ 19 77 from **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

C signed to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, N.J.**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of **PA** County of _____

Route _____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial _____ Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| | TANK TRUCK | | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| 1 | XXXXXXXXXXXXX NITRATING (MIXED) ACID, SPENT | 44,000# | | | |
| | (CORROSIVE MATERIAL) 2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code      (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ 0.50 _____ per _____ 1b.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification. ‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

**Diaz Chemical Corp.**     Shipper, Per _D. Bower_     _Ed Jones_ Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029193

ORIGINAL
(RED)

...atic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.

**A STRAIGHT BILL OF LADING**     **Original—Not Negotiable**     Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL     **Company**     Agent's No. 77-WA-24

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**     **FEBRUARY**     **1977**     from     **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)**  State of ____ **PA**  County of ____

Route ____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL**  Car Initial ____  Car No. ____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL)   2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50     per     lb.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ____

**Diaz Chemical Corp.**     Shipper, Per  W A Fox     ____ Agent, Per ____

Permanent post-office address of shipper.

Rediform®
6S 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029198

ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1920 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL    Company    Agent's No.    77-WA-25

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**    FEBRUARY    **1977**    from    **Diaz Chemical Corp.**

(Mail or street address of consignee—For purposes of notification only)

..igned to    ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination    PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)    State of    PA    County of

Route

Delivering Carrier    ENVIRONMENTAL CHEMICAL CONTROL    Car Initial    Car No.

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) 2,900 Gallons. | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code        (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | XK  S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50                    1b.

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$

1"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
¡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**    Shipper, Per  W. A. Lee    Agent, Per

Permanent post-office address of shipper.

Rediform®

65 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029200

ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     **Original—Not Negotiable**     Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL                Company     Agent's No. 77-WA-26

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at **Holley, New York**  FEBRUARY /8  19 77  from  **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only)

signed to  ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination  PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)  State of_____ PA _____  County of_____

Route_____

Delivering Carrier  ENVIRONMENTAL CHEMICAL CONTROL  Car Initial_____  Car No._____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL)  2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code        (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN RPOPER CONDITION FOR TRANSPORTATION ACCORDING XXX TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50  per  lb.

Per_____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

‡ The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**     Shipper, Per _W A· Fee_

Permanent post-office address of shipper.

Rodiform©
6S 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029202

ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING          **Original—Not Negotiable**          Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL                          **Company**     Agent's No.    77-WA-27

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at **Holley, New York**     FEBRUARY  _19th_ 19 _77_   from   **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only

Consigned to    **ADVANCED ENVIRONMENTAL TECH. CORPORATION — MILFORD, N.J.**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of ____ **PA** ____ County of____

Route____

Delivering Carrier   **ENVIRONMENTAL CHEMICAL CONTROL**  Car Initial____  Car No.____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight* (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK  NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL)   2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | | | | | (Signature of Consignor) |
| | Product Code      (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY | | | | |
| | CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE | | | | |
| | REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | |
| | | | | | |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

____0.50____ per ____1b.____

Per____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$____

‡"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
§Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**          Shipper, Per  _W A-Fee_               Agent, Per____

Permanent post-office address of shipper.

Rediform®
6S 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029204

ORIGIN
(3rd)

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL    Company    Agent's No.  77-WA-28

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at **Holley, New York**  FEBRUARY 2/ 1977  from  **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only)

Consigned to  **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination  **PHIADELPHIA (WYSOMMING INDUSTRIAL PARK)**  State of  **PA**  County of_____

Route_____

Delivering Carrier  **ENVIRONMENTAL CHEMICAL CONTROL**  Car Initial_____  Car No._____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement: |
| | (CORROSIVE MATERIAL)   2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code       (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50 ___ per ___ lb.

Per_____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**    Shipper, Per  W. A. Lee    Agent, Per_____

Permanent post-office address of shipper.

Rediform®
65 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029206

ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    Original—Not Negotiable    Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL    Company    Agent's No.    77-WA-29

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Holley, New York    FEBRUARY 22 1977    from Diaz Chemical Corp.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

Consigned to ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination PHILADELPHIA (WYSOMMING INDUSTRIAL PARK) State of PA    County of

Route

Delivering Carrier ENVIRONMENTAL CHEMICAL CONTROL    Car Initial    Car No.

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) 2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges |
| | FOR RECYCLE | | | | |
| | | | | | (Signature of Consignor) |
| | Product Code        (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | |
| | | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | |
| | | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50    per    lb.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."

(Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.)

$

Diaz Chemical Corp.    Shipper, Per W. A. Fee    Agent, Per

Permanent post-office address of shipper.

Rodiform®    (This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

65 685

BSAI029208

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     **Original—Not Negotiable**     Shipper's No. _____

**RM     ENVIRONMENTAL CHEMICAL CONTROL**     **Company**     Agent's No. 77-WA-30

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York     FEBRUARY 23 1977     from     Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only

signed to  **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, N.J.**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of **PA** County of _____

Route _____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial _____ Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) 2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ 0.50 _____ per _____ 1b _____

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

**Diaz Chemical Corp.**     Shipper, Per _W. A. Fee_ _____     _X Hobart_ _____ Agent, Per _____

Permanent post-office address of shipper.

Rediform®     (This Bill of Lading is to be signed by the shipper
6S 685     and agent of the carrier issuing same.)

BSAI029210

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING       Original—Not Negotiable       Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL                    Company    Agent's No.  77-WA-36

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at  Holley, New York ——————— 4  19 77  from  Diaz Chemical Corp.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

Consigned to  ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination  PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)  State of ____ PA ____   County of _____

Route _____

Delivering Carrier  ENVIRONMENTAL CHEMICAL CONTROL   Car Initial _____   Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK XXXXXXXXXXXXXXX NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | (CORROSIVE MATERIAL) 2,900 Gallons | | | | |
| | FOR RECYCLE | | | | (Signature of Consignor) |
| | Product Code          (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

Per _____
(The signature here acknowledges only the amount prepaid.)

shipment moves between two ports by a carrier by water, the law requires that bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0. 50 _____ per _____ lb.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Charges Advanced:

$ _____

**Diaz Chemical-Corp.**   Shipper, Per  B. Bower  _____    Agent, Per _____

Permanent post-office address of shipper.

Rodiform®
6S 685
POLY PAK (50 SETS) 6P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029216

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    **Original—Not Negotiable**    Shipper's No. _____

| | |
|---|---|
| ENVIRONMENTAL CHEMICAL CONTROL, | Company    Agent's No. 77-WA-34 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at **Holley, New York** _____ MARCH 2 1977 _____ from **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only)

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of **PA** County of _____

Route _____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial _____ Car No. _____

ORIGINAL
(Red)

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK ~~XXXXXX XXXXXXXX~~ NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) 2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| XXXX | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, MARKED, PACKAGED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | S. J. CHIRAS | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50 per lb.

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

**Diaz Chemical Corp.**    Shipper, Per _D. Bower_    _[signature]_    Agent, Per _____

Permanent post-office address of shipper.

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

Rediform®
6S 685
POLY PAK (50 SETS) 6P685

BSAI029218

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     **Original—Not Negotiable**     Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL     **Company**     Agent's No.     77-WA-33

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Holley, New York ~~February~~ 3-/ 1977 from **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination, It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only.

Consigned to  ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination PHILADELPHIA (WYSOMMING INDUSTRIAL PARK) State of ___ PA ___ County of _____

Route _____

Delivering Carrier  ENVIRONMENTAL CHEMICAL CONTROL  Car Initial _____ Car No. _____ (red)

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK ~~XXXXX XXXXXXXX~~ NITRATING (MIXED)ACID, SPENT | 44,000# | | | Subject to Section 7 of condition if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL)  2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*, shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50     per_____ lb.

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per_____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$_____

**Diaz Chemical Corp.**     Shipper, Per _D. Bowen_  _[signature]_ ____Agent, Per _____

Permanent post-office address of shipper.

Radiform®
65 685                     (This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

POLY PAK (50 SETS) APMES

BSAI029220

Holley, New York _____ 1977    from    **Diaz Chemical Corp.**

ORIGINAL
(Red)

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING      **Original—Not Negotiable**     Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL                    **Company**    Agent's No.  77-WA-45

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at __Holley, New York__ _____ 1977    from    **Diaz Chemical Corp.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only

Consigned to  ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination  PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)    State of    PA    County of _____

Route _____

Delivering Carrier  ENVIRONMENTAL CHEMICAL CONTROL    Car Initial _____ Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK XXXXXXXXXXXXX NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | (CORROSIVE MATERIAL) 2,900 Gallons | | | | |
| | FOR RECYCLE | | | | (Signature of Consignor) |
| | Product Code           (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ 0.50 _____ per _____ lb.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

(*The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.")
(§Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.)

$ _____

**Diaz Chemical Corp.**        Shipper, Per  _D. Bower_ _____    Agent, Per _____

Permanent post-office address of shipper.

Rediform®
65 685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029223

;Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING     **Original—Not Negotiable**     Shipper's No. _____

_ENVIRONMENTAL CHEMICAL CONTROL_ _____     **Company**     Agent's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _Holley, New York_     FEBRUARY ___ 19 _77_     from _Diaz Chemical Corp._ _____

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company meant throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to _ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ_

Destination _PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)_ State of ___ _PA_     County of _____

Route _____

Delivering Carrier _ENVIRONMENTAL CHEMICAL CONTROL_ Car Initial _____     Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK | | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | ~~XXXXXXXXXXXX~~ NITRATING (MIXED) ACID, SPENT | 44,000# | | | |
| | (CORROSIVE MATERIAL)   2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | | | | | (Signature of Consignor) |
| | Product Code        (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | |
| | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

    Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

__MAX__     0.50     per ___     lb.

("The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
§Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

**Diaz Chemical Corp.**     Shipper, Per _D. Bower_ _____ Agent, Per _____

Permanent post-office address of shipper. _____

Rediform®

65 685

POLY PAK (50 SETS) 6F653

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029225

ding. Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

**. BILL OF LADING       Original—Not Negotiable**       Shipper's No. _____

| ENVIR MENTAL CHEMICAL CONTROL | | Company | Agent's No. 77-WA-43 |
|---|---|---|---|

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York**     FEBRUARY     19 77     from     **Diaz Chemical Corp.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** of _____ PA _____ County of_____

Route_____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL**  Car Initial_____ Car No._____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| K 1 | TANK TRUCK 20000000000 NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL) 2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

N...   Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

      0.50     per     lb.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per_____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

**Diaz Chemical Corp.**       Shipper, Per  D. Bower  _____       Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (50 SETS) 6P683

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029227

Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING        Original—Not Negotiable        Shipper's No. ORIGINAL (Red)

ENVIRONMENTAL CHEMICAL CONTROL                    Company        Agent's No.  77-WA-42

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at __Holley, New York__  FEBRUARY  3-11  19 77  from  Diaz Chemical Corp.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only

Consigned to   ADVANCED ENVIRONMENTAL TECH. CORPORATION – MILFORD, NJ

Destination  PHILADELPHIA (WYSOMMING INDUSTRIAL  PARK)  State of _____ PA _____  County of _____

Route _____

Delivering Carrier  ENVIRONMENTAL CHEMICAL CONTROL  Car Initial _____  Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK  XXXXXXXXXXX NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of condition if this shipment is to be delivered the consignee without recourse the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment freight and all other lawful charg |
| | (CORROSIVE MATERIAL) 2,900 Gallons | | | | |
| | FOR RECYCLE | | | | (Signature of Consignor) |
| | Product Code           (NEW) | | | | If charges are to be prepaid, wr or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $_____ to apply in prepayment of the charg on the property described hereon |
| | XXXXXXXXXX  S. J. CHIRAS | | | | Agent or Cashier |

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it carrier's or shipper's weight."

NOTE—Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding  __0.50__  per  __lb__.

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Per _____ (The signature here acknowledge only the amount prepaid.)

Charges Advanced:

$_____

Diaz Chemical Corp.        Shipper, Per  D. Bower  _____ Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685
POLY PAK (50 SETS) 6P685

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029229

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    **Original—Not Negotiable**    Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL    **Company**    Agent's No. 77-WA-41

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York** _____ 19 77    from    **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee—For purposes of notification only.

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION- MILFORD, NJ**

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)** State of **PA** _____ County of _____

Route _____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL** Car Initial _____ Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK | | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | ~~XX,000 GALLONS~~ NITRATING (MIXED) ACID, SPENT | 44,000# | | | |
| | (CORROSIVE MATERIAL)  2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**0.50** per **lb.**

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
(Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.)

For _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

**Diaz Chemical Corp.**    Shipper, Per **D. Bower**    _____ Agent, Per _____

Permanent post-office address of shipper.

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

Rediform®
65 685
POLY PAK (50 SETS) 6P685

BSAI029231

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    **Original—Not Negotiable**    Shipper's No.

ENVIRONMENTAL CHEMICAL CONTROL    **Company**    Agent's No.    77-WA-40

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York** ~~February~~ 3-9 1977    from    **Diaz Chemical Corp.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only.

Consigned to **ADVANCED ENVIRONMENTAL TECH. CORPORATION - ~~MIXOR~~**    MILFORD, NJ

Destination **PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)**    State of    **PA**    County of _____

Route _____

Delivering Carrier **ENVIRONMENTAL CHEMICAL CONTROL**    Car Initial _____    Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK ~~(2,900 GALLONS)~~ NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of condition if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL)  2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | Product Code          (NEW) | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | S. J. CHIRAS | | | | Agent or Cashier |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

0.50 per lb.

For _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

†"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**    Shipper, Per _A. Bower_ _K. _____    Agent, Per _____

Permanent post-office address of shipper.

Rediform®
6S 685

POLY PAK (50 SETS) 6P655

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

BSAI029233

(Uniform Domestic Straight Bill of Lading, Adopted by Carriers in Official, Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.)

UNIFORM STRAIGHT BILL OF LADING    **Original—Not Negotiable**    Shipper's No. _____

ENVIRONMENTAL CHEMICAL CONTROL    **Company**    Agent's No. 77-WA-39 ~~ORIGINAL~~

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Holley, New York** _____ March 8 19 77 from **Diaz Chemical Corp.**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

( Mail or street address of consignee—For purposes of notification only.

Consigned to  ADVANCED ENVIRONMENTAL TECH. CORPORATION - MILFORD, NJ

Destination  PHILADELPHIA (WYSOMMING INDUSTRIAL PARK)  State of ___ PA _____ County of _____

Route _____

Delivering Carrier  ENVIRONMENTAL CHEMICAL CONTROL  Car Initial _____ Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK ~~xxxxxxxxxxx~~ NITRATING (MIXED) ACID, SPENT | 44,000# | | | Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | (CORROSIVE MATERIAL)  2,900 Gallons | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | FOR RECYCLE | | | | |
| | | | | | (Signature of Consignor) |
| | Product Code        (NEW) | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY
CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN
PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE
REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

Received $_____
to apply in prepayment of the charges
on the property described hereon.

                    S. J. CHIRAS

Agent or Cashier

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

Per _____
(The signature here acknowledges only the amount prepaid.)

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Charges Advanced:

0.50    per    1b.

$_____

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Diaz Chemical Corp.**    Shipper, Per _D. Bower_ _____ _____Agent, Per _____

Permanent post-office address of shipper.

Radiform®    [This Bill of Lading is to be signed by the shipper
65 685    and agent of the carrier issuing same.]

POLY PAK (50 SETS) 6P655

## STRAIGHT BILL OF LADING

### ORIGINAL - NOT NEGOTIABLE

Shipper No. № 00105⁵

Carrier No. 77-WA-59

_____ENVIRONMENTAL CHEMICAL CONTROL_____
(Name of Carrier)

Date MARCH 26, 1977

| TO: Consigned | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. | CANCEL (Red) |
|---|---|---|---|---|
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street | |
| Destination | PHILADELPHIA, PA    Zip Code | Origin | Holley, New York 14470 | |

Route | Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Ca Use On |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | ~~3000~~ ~~15000~~ Gal. | 44,000# | | |
| | | (CORRISOVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code          (NEW) | | | | |

REMIT C.O.D. TO: ADDRESS

COD    Amt: $

C.O.D. FEE: PREPAID ☐ COLLECT ☐    $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ 0.50 per lb.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS    Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

TOTAL CHARGES:    $

FREIGHT CHARGES
FREIGHT PREPAID    Check box i
except when box at
right is checked    ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party, any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification c the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by th shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | |
|---|---|---|---|
| PER | Diane Bower | PER | R. M. |
| | P.O. Box 194, Holley, New York 14470 | DATE | 3-26-77 |

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

BSAI029238

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Shipper No. № 001054

Carrier No. 77-WA-58

ENVIRONMENTAL CHEMICAL CONTROL
(Name of Carrier)

Date MARCH 25, 1977

| | |
|---|---|
| TO: Consignee ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper **DIAZ CHEMICAL CORP.** |
| Street WYSOMMING INDUSTRIAL PARK | Street Jackson Street |
| Destination PHILADELPHIA, PA    Zip Code | Origin Holley, New York 14470 |

Route

Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Car Use On |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 Gal | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| — | | FOR RECYCLE | | | | |
| | | Product Code          (NEW) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMIT C.O.D. TO: ADDRESS

**COD**  Amt: $

C.O.D. FEE: PREPAID ☐ COLLECT ☐  $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ 0.50 per lb.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS
(Signature of Consignor)

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

TOTAL CHARGES:  $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked    Check box if ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | |
|---|---|
| SHIPPER **DIAZ CHEMICAL CORP.** | CARRIER |
| PER *Diane Bower* | PER *Turn J. De Silva* |
| P.O. Box 194, Holley, New York 14470 | DATE |

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

BSAI029240

# STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

Shipper No. №  001053

Carrier No.  77-WA-57

ENVIRONMENTAL  CHEMICAL  CONTROL
(Name of Carrier)

Date MARCH 24 197

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. |
|---|---|---|---|
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination | PHILADELPHIA, PA         Zip Code | Origin | Holley, New York  14470 |

Route

Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Ca Use O |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 Gal. | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | PRODUCT CODE        (NEW) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMIT C.O.D. TO: ADDRESS

C.O.D. FEE: PREPAID ☐ COLLECT ☐  $

COD    Amt: $

Note—Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ 0.50  per  lb.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS              Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES:  $

FREIGHT CHARGES .
FREIGHT PREPAID ☐
except when box at right is checked        Check box ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by t shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | |
|---|---|---|---|
| PER | Diane Bower | PER | Karen Porte |
| | P.O. Box 194, Holley, New York 14470 | DATE | |

BSAI029242

STYLE F-65 LABELMASTER CHICAGO, IL. 60680

# STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

Shipper No. № 001052

Carrier No. 77-WA-56

ENVIRONMENTAL CHEMICAL CONTROL
(Name of Carrier)

Date MARCH 24, 1977

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. |
|---|---|---|---|
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination: | PHILADELPHIA, PA    Zip Code | Origin | Holley, New York 14470 |

Route

Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Ca Use O |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 3200 Gal. | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code            (NEW) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMIT C.O.D. TO: ADDRESS

**COD**    Amt: $

C.O.D. FEE: PREPAID ☐ COLLECT ☐    $

Note—Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ 0.50 per 1b.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS    Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES:    $

FREIGHT CHARGES
FREIGHT PREPAID    Check box except when box at right is checked
☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | |
|---|---|---|---|
| PER | Diane Bower | PER | |
| | P.O. Box 194, Holley, New York 14470 | DATE | |

BSAI029244

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

# STRAIGHT BILL OF LADING

### ORIGINAL - NOT NEGOTIABLE

Shipper No. № 001051

Carrier No. 77-WA-55

ENVIRONMENTAL CHEMICAL CONTROL
(Name of Carrier)

Date MARCH 22 1977

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. |
|---|---|---|---|
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination | PHILADELPHIA, PA          Zip Code | Origin | Holley, New York 14470 |

Route

Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARGE (For Ca... Use O... |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 Gal. | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code          (NEW) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMIT C.O.D. TO: ADDRESS

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ 0.50 per lb

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS      Signature

**COD**    Amt: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

C.O.D. FEE: PREPAID ☐  COLLECT ☐  $

TOTAL CHARGES:  $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked    Check box ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | |
|---|---|---|---|
| PER | Diane Bower | PER | |
| | P.O. Box 194, Holley, New York 14470 | DATE 3-23-77 | BSAI029246 |

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

# STRAIGHT BILL OF LADING

### ORIGINAL - NOT NEGOTIABLE

Shipper No. №  001050

Carrier No.  77-WA-54

ENVIRONMENTAL CHEMICAL CONTROL

Date MARCH 22, 1977

(Name of Carrier)

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | **DIAZ CHEMICAL CORP.** |
|---|---|---|---|
| Street | WYSOHMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination | PHILADELPHIA, PA        Zip Code | Origin | Holley, New York  14470 |

Route

Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Car Use On |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 Gal. | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code            (NEW) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMIT C.O.D. TO: ADDRESS

**COD**     Amt: $

C.O.D. FEE: PREPAID ☐ COLLECT ☐     $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ _0.50_ per _____ _lb._

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_S. J. CHIRAS_    Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

TOTAL CHARGES:     $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked     Check box ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification c the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by th shipper and accepted for himself and his assigns.

| SHIPPER | **DIAZ CHEMICAL CORP.** | CARRIER | |
|---|---|---|---|
| PER | _Diane Bower_ | PER | _Karen Pote_ |
| | **P.O. Box 194, Holley, New York 14470** | DATE | |

BSAI029248

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

# STRAIGHT BILL OF LADING
## ORIGINAL - NOT NEGOTIABLE

Shipper No. № 001048

Carrier No. 77-WA-53

ENVIRONMENTAL CHEMICAL CONTROL

(Name of Carrier)

Date MARCH 21, 1977

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. |
|---|---|---|---|
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination | PHILADELPHIA, PA    Zip Code | Origin | Holley, New York 14470 |

Route

Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Ca Use O |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 Gal | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code    (NEW) | | | | |

REMIT C.O.D. TO: ADDRESS

COD    Amt: $

C.O.D. FEE:
PREPAID ☐
COLLECT ☐ $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.
$ 0.50 per lb.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS    Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES:    $

FREIGHT CHARGES

FREIGHT PREPAID    Check
except when box at    
right is checked    ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed here shall be subject to all the bill of lading terms and conditions in the governing classificati the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditi the governing classification and the said terms and conditions are hereby agreed to t shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | BSAI029250 |
|---|---|---|---|
| PER | Diane Bowen | PER | |
| | P.O. Box 194, Holley, New York 14470 | DATE | 3-21-77 |

STYLE S SS LABELMASTER CHICAGO IL 60660

# STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

Shipper No. № 001057

Carrier No. 77-WA-62

ENVIRONMENTAL CHEMICAL CONTROL

(Name of Carrier)

Date APRIL 11, 1977

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. |
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination | PHILADELPHIA, PA    Zip Code | Origin | Holley, New York 14470 |

ORIGINAL (RED)

Vehicle Number

Route

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Ca Use On |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 Gal. | 44,000 # | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code        (NEW) | | | | |

REMIT C.O.D. TO: ADDRESS

**COD**    Amt: $

C.O.D. FEE:
PREPAID ☐
COLLECT ☐    $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ 0.50 per 1b.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS    Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES:    $

FREIGHT CHARGES
FREIGHT PREPAID
except when box at right is checked    Check box ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | |
| PER | Diane Bower | PER | |
| | P.O. Box 194, Holley, New York 14470 | DATE | 4-11-77 |

BSAI029255

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

# STRAIGHT BILL OF LADING

### ORIGINAL - NOT NEGOTIABLE

Shipper No. № 001049

Carrier No. __77-WA-61__

## ENVIRONMENTAL CHEMICAL CONTROL
(Name of Carrier)

Date __MARCH 29, 1977__

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. |
|---|---|---|---|
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination | PHILADELPHIA, PA    Zip Code | Origin | Holley, New York 14470 |

Route

Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Ca Use Or |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 Gal. | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code          (NEW) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMIT C.O.D. TO: ADDRESS

C.O.D. FEE: PREPAID ☐ COLLECT ☐ $

COD   Amt: $

TOTAL CHARGES:  $

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ __0.50__ per __lb__

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

__S. J. CHIRAS__          Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

FREIGHT CHARGES

FREIGHT PREPAID ☐ except when box is checked

Check box ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | |
|---|---|---|---|
| PER | Diane Bower | PER | |
| | P.O. Box 194, Holley, New York 14470 | DATE | BSAI029257 |

STYLE F-65 LABELMASTER CHICAGO, IL. 60680

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Shipper No. № 00105€

Carrier No. 77-WA-60

ENVIRONMENTAL CHEMICAL CONTROL
(Name of Carrier)

Date MARCH 28, 1977

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. |
|---|---|---|---|
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination | PHILADELPHIA, PA         Zip Code | Origin | Holley, New York 14470 |

Route

Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Car Usa On |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 3000 Gal. | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code          (NEW) | | | | |

REMIT C.O.D. TO: ADDRESS

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.
$ 0.50 per lb

This is to certify that the above-named materials are property classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
S. J. CHIRAS          Signature

COD          Amt: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ (Signature of Consignor)

C.O.D. FEE: PREPAID ☐ COLLECT ☐   $

TOTAL CHARGES:   $

FREIGHT CHARGES
FREIGHT PREPAID except when box right is checked   Check box if ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party a any time interested in all or any said property, that every service to be performed hereunde shall be subject to all the bill of lading terms and conditions in the governing classification o the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions i the governing classification and the said terms and conditions are hereby agreed to by th shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | | BSAI029259 |
|---|---|---|---|---|
| PER | Diane Bower | PER | | |
| | P.O. Box 194, Holley, New York 14470 | DATE | 3-28-77 | |

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

# STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

Shipper No. № 001058

Carrier No. 77-WA-86 64

ENVIRONMENTAL CHEMICAL CONTROL
(Name of Carrier)

Date APRIL 13, 197

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. | ORIGI |
|---|---|---|---|---|
| Street | WYSOMMING INDURSTRIAL PARK | Street | Jackson Street | |
| Destination | PHILADELPHIA, PA          Zip Code | Origin | Holley, New York 14470 | |

Route                                                                            Vehicle Number

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Ca Use O |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 Gal. | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code          (NEW) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMIT C.O.D. TO: ADDRESS

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ 0.50 per lb.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS          Signature

COD          Amt: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

C.O.D. FEE: PREPAID ☐ COLLECT ☐          $

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked          Check box . ☐

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereund shall be subject to all the bill of lading terms and conditions in the governing classification the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions the governing classification and the said terms and conditions are hereby agreed to by th shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | | BSAI029261 |
|---|---|---|---|---|
| PER | Diane Bower | PER | | |
| | P.O. Box 194, Holley, New York 14470 | DATE | 4-13-77 | |

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

# STRAIGHT BILL OF LADING

### ORIGINAL - NOT NEGOTIABLE

Shipper No. №  001061

Carrier No. 77-WA-66

## ENVIRONMENTAL CHEMICAL CONTROL
(Name of Carrier)

Date APRIL /4, 197

| TO: Consignee | ADVANCED ENVIRONMENTAL TECH. CORP. | FROM: Shipper | DIAZ CHEMICAL CORP. |
|---|---|---|---|
| Street | WYSOMMING INDUSTRIAL PARK | Street | Jackson Street |
| Destination | PHILADELPHIA, PA     Zip Code | Origin | Holley, New York 14470 |

ORIGIN (RL)

| Route | | | | | Vehicle Number | |
|---|---|---|---|---|---|---|

| No. of Units & Container Type | HM | DESCRIPTION AND CLASSIFICATION (Proper Shipping Name and Class per 49 CFR 172.101) | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARG (For Car Use On |
|---|---|---|---|---|---|---|
| 1 tank truck | X | NITRATING (MIXED) ACID, SPENT | 2,900 gal. | 44,000# | | |
| | | (CORROSIVE MATERIAL) | | | | |
| | | FOR RECYCLE | | | | |
| | | Product Code        (NEW) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| REMIT C.O.D. TO: ADDRESS | | COD      Amt: $ | C.O.D. FEE: PREPAID ☐  COLLECT ☐   $ |
|---|---|---|---|

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ 0.50  per  lb.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

S. J. CHIRAS                    Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES: $

### FREIGHT CHARGES

FREIGHT PREPAID except when box at right is checked     Check box if

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or

any of, said property over all or any portion of said route to destination and as to each party interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DIAZ CHEMICAL CORP. | CARRIER | |
|---|---|---|---|
| PER | *Diane Bower* | PER | |
| | P.O. Box 194, Holley, New York 14470 | DATE | 4-14-77 |

STYLE F-65 LABELMASTER CHICAGO, IL. 60660

BSAI029263