EXHIBIT 25

COMMONWEALTH OF PENNSYLVANIA

# COMPLAINT
WARRANT/SUMMONS
NO. _____

VS. Jeffrey Shaak 25 w/m

376 N. Main st. Sellersville Pa.

(Name)                                (Address)

I, Det. Thomas Sholey # 942  Residing at Northeast Det. Division

do hereby state under oath or affirmation, that

**COMPLETE THE FOLLOWING AS APPLICABLE**

I accuse Jeffrey Shaak (Address) 376 N. Main st. Sellersville Pa.
(Name)

with violating the penal Laws of The Commonwealth of Pennsylvania

or

I accuse an individual whose name is unknown to me but who is described as _____

and who bears the nickname or popular designation of _____
with violating the penal laws of the Commonwealth of Pennsylvania

CO-DEFT JOHN BARSUM 77-3-2974

I accuse an individual whose name, nickname or popular designation is unknown to me, but who is described as
BRUCE DEREWAL 77-3-2976
with violating the penal laws of the Commonwealth of Pennsylvania and therefore I have designated him as John Doe.

MANFRED DEREWAL 73-2973

On or about Tuesday 3-29-77, in the county of Philadelphia, the accused committed
(Day)   (Date)

the following acts Did in company with others conspired to pollute the waters of
the Commonwealth of Pa. being the Delaware river at Robbins ave. & the Delaware
river. Polluting material being a liquid consistancy containing sulphuric acid
Charged: Crim. attempts sec. 901 M3 viol. Pa. clean streams act. Purdons statute
35 sec. 691-307 & crim. consp. 903 M3 _____ all of which were against the
peace and dignity of the Commonwealth of Pennsylvania and contrary to the pertinent Acts of Assembly. I ask that a
warrant of arrest or a summons be issued and that the accused be required to answer the charges I have made; and I swear
to or affirm the within complaint upon my knowledge, information and belief.

3-29-77                                _____
Date                                   Complainant

I hereby certify the above as true and correct to the best of my information and belief, and sign on
_____, 19_____ before _____ whose office is that of Judge

_____
Affiant

## WAIVER

On _____, 19_____, I appeared before
_____, Judge,
who read the within complaint to me and explained its
contents, and I hereby waive preliminary hearing and
consent to be found over to court.

_____
Defendant

_____
Attorney for Defendant

_____
Address of Attorney

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA     ss.

3-29-77

Personally appeared before me on _____
19_____, the affiant above named who, being duly sworn
(affirmed), according to law, signed the complaint in my
presence and deposed and said that the facts set forth therein
are true and correct to the best of his (her) knowledge, in-
formation, and belief.

I believe the within affiant to be a responsible person and
that there is probable cause for the issuance of process.

PHKS003230    _____
              Judge, Municipal Court

75-79 (Rev. 9/72)

COURT COPY

(D23)

# EXHIBIT 26

Art

Waste April 1977 Business
Bldg #6

| | DATE | Waste | Company | Gallons | Trucker |
|---|---|---|---|---|---|
| 1 | 3/28/77 | Spent Acid CDN | AETC | 2800 | |
| 2 | 3/28/77 | Spent Acid CDN | AETC | 3000 | |
| 3 | 3/29/77 | Spent Acid CDN | AETC | 2800 | |
| 4 | 4/4/77 | Spent Acid CDN | P. VanLeuven | 3500 | Modern Transportation |
| 5 | 4/4/77 | Spent Acid CDN | P. VanLeuven | 3500 | Modern Transportation |
| 6 | 4/5/77 | Spent Acid CDN | AETC | 2800 | |
| 7 | 4/5/77 | Waste Water CDN | AETC | 4000 | |
| 8 | 4/5/77 | Spent Acid CDN | P. VanLeuven | 3500 | Modern Transportation |
| 9 | 4/6/77 | Spent Acid CDN | P. VanLeuven | 3500 | Modern Transportation |
| 10 | 4/12/77 | Spent Acid CDN | P. VanLeuven | 3500 | Modern Transportation |
| 11 | 4/12/77 | Spent Acid CDN | AETC | 3500 | Modern Transportation |
| 12 | 4/12/77 | Waste Water CDN | AETC | 5500 | Modern Transportation |
| 13 | 4/13/77 | Spent Acid CDN | P. VanLeuven | 3500 | Modern Transportation |
| 14 | 4/15/77 | Spent Acid CDN | AETC | 3500 | Modern Transportation |

Waste April 1977 Business
Plant Area

| | DATE | Waste | Company | Gallons | Trucker |
|---|---|---|---|---|---|
| 23 | 3/31/77 | Waste Water Dyes | AETC | 5500 | |
| 24 | 4/2/77 | Waste Water Dyes | AETC | 4000 | |
| 25 | 4/6/77 | Waste Water Dyes | AETC | 4000 | |
| 26 | 4/7/77 | Waste Water Dyes | AETC | 5500 | Modern Transportation |
| 27 | 4/19/77 | Waste Water Dyes | AETC | 5500 | Modern Transportation |
| 28 | 4/20/77 | Waste Water Dyes | AETC | 5400 | Modern Transportation |
| 29 | 4/21/77 | Waste Water Dyes | AETC | 5400 | Modern Transportation |

17730
1836
5500

BSAI033937

Waste Business May 1977
Plant areas

| Date | Waste | Company | Gallons | Destination | Original H. qipped |
|---|---|---|---|---|---|
| 4/26 | Waste Water Dyes | AETC | 5400 | Modern | None |
| 4/28 | Waste Water Dye | AETC | 5400 | Modern | None |
| 4/30 | Waste Water Dye | AETC | 5400 | Modern | None |
| 5/3 | Waste Water Dye | County Septic | 5500 | Rollins | Comb Liquid |
| 5/6 | Waste Water Dye | County Septic | 5500 | Rollins | Fl. Liquid |
| 5/10 | Waste Water Dyes | County Septic | 5500 | Rollins | Fl. Liquid |
| 5/12 | Waste Solvents | AETC | 5500 | All County | Fl. Liquid |
| 5/12 | Waste (Roll off) | AETC | (Roll off) | Jersey Sanitation | None |
| 5/18 | Waste Water Dye | County Septic | 5500 | Rollins | Comb Liq |
| 5/20 | Residues Solid Chem Waste | | 79 drs | Sanitary Land fill | 20 drs Corrosive 59 drs None |
| 5/14 | Waste Water Dye | County Septic | 5500 | Modern | None |
| 5/20 | Waste (Roll off) | AETC | (Roll off) | Jersey Sanitation | None |
| 5/24 | Waste Water Dye | County Septic | 5500 | Rollins | Fl. Liq |
| 5/24 | Waste Solvents | AETC | 2500 | All County | Fl. Liq |
| 5/24 | Waste (Roll off) | AETC | (Roll off) | Jersey Sanitation | None |

BSAI033929

Waste June 1977 Business Plant

BSA1034169

| Date | Waste | Company | Gallons | Destination | Hazard |
|---|---|---|---|---|---|
| 5/26/77 | Waste Solvents | AETC | 5500 | All County | Flamm |
| 5/27/77 | Waste Water Dyes | County Septic | 5500 | Modern | None |
| 5/27/77 | Waste Water Dyes | County Septic | 5500 | Modern | None |
| 6/1/77 | Residues | Chemical Waste | 79 drs | Sanitary Land Fill | 16 drs Co / 63 drs |
| 6/1/77 | Waste Solvents | AETC | 5500 | All County | Flamm |
| 6/2/77 | Waste Water Dyes | County Septic | 5500 | Modern | Non |
| 6/3/77 | Waste Solvents | AETC | 5500 | All County | Flam |
| 6/4/77 | Waste Solvents | AETC | 5500 | All County | Flam |
| 6/6/77 | Waste Water Dyes | AETC (R&R) | 5500 | Modern | Non |
| 6/6/77 | Waste (Roll off) | AETC | Roll off | Jersey Sanitation | None |
| 6/8/77 | Waste Water Dyes | County Septic | 5500 | Modern | Non |
| 6/9/77 | Waste Water Dyes | County Septic | 5500 | Modern | Non |
| 6/10/77 | Waste Solvents | AETC | 5500 | All County | Flam |
| 6/13/77 | Waste Water Dyes | County Septic | 5500 | Modern | Non |
| 6/13/77 | Waste Solvents | AETC | 5500 | All County | Flam |
| 6/15/77 | Waste Water Dyes | County Septic | 5500 | Modern | Non |
| 6/16/77 | Waste Solvents | AETC | 5500 | All County | Flam |
| 6/16/77 | Waste Residues | Chemical Waste | 29 drs | Sanitary Land Fill | None |
| 6/17/77 | Waste Water Dyes | County Septic | 5500 | Rollins | Combust? |
| 6/22/77 | Waste Solvents | AETC | 5500 | All County | Flam |

BSA1034170

Bldg = 6

Newco 65
+ Freight 660

| DATE | Waste | Company | Gallons | USD | Destination | Hazard |
|---|---|---|---|---|---|---|
| 1. 5/26/77 | Spent Acid | Scientific | 3150 | 2047.65 | Alchemtron | Corrosiv |
| 2. 5/27/77 | Spent Acid | RJ Proper | 2625 | 13.12 50 | RJ Proper (B. Zummo) | Corrosiv |
| 3. 5/28/77 | Spent Acid | Chemical Waste | 2760 | 50 e/g 1380 | Sanitary Landfill | Corrosiv |
| 4. 5/31/77 | Spent Acid | County Septic | 3100 | 1705+50+400 | American Recovery | Corrosiv |
| 5. 6/1/77 | Spent Acid | Scientific | 3150 | 2047.50 | Alchemtron | Corrosiv |
| 6. 6/2/77 | Spent Acid | County Septic | 3100 | 1705+50+400 | American Recovery | Corrosiv |
| 7. 6/2/77 | Waste Water (DN) | County Septic | 5500 | | Modern | None |
| 8. 6/3/77 | Spent Acid | Chemical Waste | 2760 | 1380 | Sanitary Landfill | Corrosiv |
| 9. 6/4/77 | Spent Acid | Chemical Waste | 2760 | 1380 | Sanitary Landfill | Corrosiv |
| 10. 6/6/77 | Spent Acid | County Septic | 3100 | 1705+50+400 | American Recovery | Corrosiv |
| 11. 6/7/77 | Spent Acid | County Septic | 3100 | — | American Recovery | Corrosiv |
| 12. 6/7/77 | Spent Acid | Chemical Waste | 2760 | 1380 | Sanitary Landfill | Corrosiv |
| 13. 6/7/77 | Waste Water (DN) | County Septic | 5500 | | Modern | None |
| 14. 6/8/77 | Spent Acid | Scientific | 3150 | 2047.50 | Alchemtron | Corrosiv |
| 15. 6/9/77 | Spent Acid | Newco | 2781 | 2671.44 | Newco | Corrosiv |
| 16. 6/10/77 | Spent Acid | Chemical Waste | 2760 | 1380 | Sanitary Landfill | Corrosiv |
| 17. 6/11/77 | Spent Acid | Chemical Waste | 2760 | 1380 | Sanitary Landfill | Corrosiv |
| 18. 6/14/77 | Waste Water CDN | AETC (R&L) | 5500 | | Modern | None |
| 19. 6/14/77 | Spent Acid | Scientific | 3150 | 2047.50 | Alchemtron | Corrosiv |
| 20. 6/14/77 | Spent Acid | County Septic | 3100 | 1705+50+400 | American Recovery | Corrosiv |
| 21. 6/15/77 | Spent Acid | Newco | 2781 | | Newco | Corrosiv |
| 22. 6/16/77 | Waste Water CDN | AETC (R&R) | 5500 | | Modern | None |
| 23. 6/16/77 | Spent Acid | RJ Proper | 3334 | 1967 | RJ Proper (B. Zummo) | Corrosiv |
| 24. 6/16/77 | Spent Acid | Chemical Waste | 2760 | | Sanitary Landfill | Corrosiv |
| 25. 6/17/77 | Spent Acid | County Septic | 3100 | | American Recovery | Corros. |
| 26. 6/17/77 | Spent Acid | Newco | 2781 | 2599.31 | Newco | Corrosiv |
| 27. 6/20/77 | Spent Acid | Chemical Waste | 2760 | | Sanitary Landfill | Corros. |
| 28. 6/20/77 | Spent Acid | Newco | 2781 | | Newco | Corros. |
| 29. 6/21/77 | Spent Acid | Scientific | 3150 | | Alchemtron | Corros. |
| 30. 6/22/77 | Spent Acid | ORA (mat/ae) | 3000 | 44,040 net | ORA | Corrosiv |
| 31. 6/22/77 | Waste Water CDN | County Septic | 5500 | | Modern | None |
| 32. 6/22/77 | Spent Acid | County Septic | 3100 | | American Recovery | Corros. |
| 33. 6/24/77 | Spent Acid | Scientific | 3150 | | Alchemtron | Corrosiv |
| 34. 6/25/77 | Spent Acid | County Septic | 3100 | | American Recovery | Corros. |
| | 1500 | | | | | |
| 36. | | | | | | |
| 37. | 45,228.25 | | 86,863 gal | | | |
| 38. Trans County Septic | 3200.00 | | | | | |
| 39. Rental | 1550.00 | | | | | |
| 40. | | | | | | |

© WILSON JONES COMPANY   07206 GREEN   7206 BUFF

Waste Plant  July 1977 Business (Rev)

| DATE | WASTE | COMPANY | GALLONS | DESTINATION | HAZARD | COST |
|---|---|---|---|---|---|---|
| 6/30 | Waste Solvents | AETC | 5500 gals | All County | Flammable | 880.00 |
| 6/30 | Residuo (Solid) | Chemical Waste | 79 drums | Sanitary Landfill | None | 1750.00 |
| 7/6 | Waste Water | County Septic | 5500 gals | Modern | None | 755.00 |
| 7/11 | Waste Water | County Septic | 5500 gals | Modern | None | 755.00 |
| 7/13 | Waste Water | County Septic | 5500 gals | Modern | None | 755.00 |
| 7/13 | Waste Solvents | AETC | 5500 gals | All County | Flammable | 880.00 |
| 7/22 | Waste Water | County Septic | 5500 gals | Modern | None | 755.00 |
| 7/22 | Waste Water | AETC (R&R) | 5500 gals | Modern | None | 727.50 |
| 7/22 | Sludge (Waste Water) | AETC | 3000 gals | R&R Sanitation | None | 690.00 |
| 7/25 | Waste Solvents | AETC | 5500 gals | All County | Flammable | 880.00 |

BSAI034202

art — Waste July 1977 Business
Bldg # 6 (CDN)

| # | DATE | Waste | Company | Gallons or Pounds | Destination | Hazard | Cost |
|---|------|-------|---------|-------------------|-------------|--------|------|
| 1 | 6/27 | Spent Acid | Matlak | 44,240# | ORA Corp ** | Corrosive | 1437.80 |
| 2 | 6/28 | Waste Water | County Septic | 5500 gals | Modern | None | 920.00 |
| 3 | 6/28 | Spent Acid ✓ | Newco | 2550 gals | Newco | Corrosive | 2457.61 |
| 4 | 6/29 | Spent Acid ✓ | Scientific | 3150 gals | AlchemTron | Corrosive | 2047.50 |
| 5 | 6/29 | Spent Acid | Matlak | 43,680# | ORA Corp ** | Corrosive | 1419.60 |
| 6 | 6/30 | Waste Water | AETC (R&R) | 5500 gals | Modern | None | 727.50 |
| 7 | 6/30 | Spent Acid ✓ | Newco | 2700 gals | Newco | Corrosive | 2525.71 |
| 8 | 6/30 | Spent Acid ✓ | R.J. Proper | 3000 gals | R.J. Proper (B. Zummo) | Corrosive | 1557.50 |
| 9 | 7/1 | Spent Acid ✓ | County Septic | 3100 gals | American Recovery | Corrosive | 2105.00 |
| 10 | 7/2 | Spent Acid ✓ | Newco | 2400 gals | Newco | Corrosive | 2164.53 |
| 11 | 7/5 | Spent Acid | Matlak | 43,180# | ORA Corp ** | Corrosive | 1413.25 |
| 12 | 7/6 | Spent Acid ✓ | Newco | 2575 gals | Newco | Corrosive | 2470.03 |
| 13 | 7/8 | Spent Acid ✓ | Newco | 2450 gals | Newco | Corrosive | 2362.15 |
| 14 | 7/8 | Spent Acid ✓ | County Septic | 3100 gals | American Recovery | Corrosive | 2105.00 |
| 15 | 7/8 | Spent Acid ✓ | Scientific | 3150 gals | AlChemTron | Corrosive | 2047.50 |
| 16 | 7/11 | Waste Water | County Septic | 5500 gals | Modern | None | 920.00 |
| 17 | 7/11 | Spent Acid | Matlak | 44,240# | ORA Corp ** | Corrosive | 1447.80 |
| 18 | 7/12 | Spent Acid | Matlak | 43,480# | ORA Corp ** | Corrosive | 1413.10 |
| 19 | 7/13 | Waste Water | AETC (R&R) | 5500 gals | Modern | None | 727.50 |
| 20 | 7/13 | Spent Acid ✓ | Scientific | 3150 gals | AlChemTron | Corrosive | 2047.50 |
| 21 | 7/13 | Spent Acid | Matlak | 40,000# | ORA Corp ** | Corrosive | 1310.00 |
| 22 | 7/14 | Spent Acid | Matlak | 45,100# | ORA Corp ** | Corrosive | 1475.75 |
| 23 | 7/15 | Spent Acid ✓ | Newco | 2575 gal | Newco | Corrosive | 2470.03 |
| 24 | 7/18 | Spent Acid ✓ | County Septic | 3000 gals | American Recovery | Corrosive | 1950.00 |
| 25 | 7/19 | Spent Acid | Matlak | 44,100# | ORA Corp ** | Corrosive | 1453.25 |
| 26 | 7/20 | Spent Acid | Matlak | 46,620 | ORA Corp ** | Corrosive | 1525.15 |
| 27 | 7/22 | Spent Acid | Matlak | 43,000 | ORA Corp ** | Corrosive | 1407.50 |
| 28 | 7/23 | Spent Acid ✓ | County Septic | 3100 gals | American Recovery | Corrosive | 2105.00 |
| 29 | 7/25 | Waste Water | County Septic | 5500 gals | Modern | None | 920.00 |
| 30 | 7/25 | Spent Acid | Matlak | 41,060# | ORA Corp ** | Corrosive | 1344.45 |

* Includes $400 Transportation (County Septic) $0.55 per gallon to American Recovery

** Does not include $0.0125 per ~~gallon~~ pound to ORA Corp

*** Estimated Cost.

BSAI033936

*art*  Waste August 1977 Business
Bldg #6  CCDN

| | Date | Waste | Company | Gallons or Pounds | Destination | Hazard | Cost |
|---|---|---|---|---|---|---|---|
| 1 | 7/26/77 | Spent Acid | Matlak | 40,200 lbs | ORA Corp | Corrosive | 1324.5 |
| 2 | 7/27/77 | Waste Water | AETC(R&R) | 5500 gal | Modern | None | 727.5 |
| 3 | 7/27/77 | Spent Acid | Matlak | 42,280 lbs | ORA Corp | Corrosive | 1908.9 |
| 4 | 7/29/77 | Spent Acid | Matlak | 51,510 lbs | ORA Corp | Corrosive | 1684. |
| 5 | 8/3/77 | Spent Acid | Matlak | 43,460 lbs | ORA Corp | Corrosive | 1431.1 |
| 6 | 8/4/77 | Spent Acid | Matlak | 44,040 lbs | ORA Corp | Corrosive | 1450. |
| 7 | 8/5/77 | Spent Acid | County Septic | 3100 gals | American Recovery | Corrosive | 2105. |
| 8 | 8/5/77 | Waste Water | AETC(R&R) | 5500 gals | Modern | None | 727.5 |
| 9 | 8/8/77 | Spent Acid | Matlak | 39,760 lbs | ORA Corp | Corrosive | 1318. |
| 10 | 8/9/77 | Waste Water | AETC(R&R) | 5500 gals | Modern | None | 727.5 |
| 11 | 8/9/77 | Spent Acid | Matlak | 40,980 lbs | ORA Corp | Corrosive | 1350.0 |
| 12 | 8/10/77 | Spent Acid | Matlak | 40,100 lbs | ORA Corp | Corrosive | 1326.2 |
| 13 | 8/11/77 | Spent Acid | Scientific | 3150 gals | Al Chem Tron | Corrosive | 2047.5 |
| 14 | 8/11/77 | Spent Acid | County Septic | 3100 gals | American Recovery | Corrosive | 2105. |
| 15 | 8/11/77 | Spent Acid | Matlak | 39,960 lbs | ORA Corp | Corrosive | 1318. |
| 16 | 8/12/77 | Spent Acid | Newco | 38,480 lbs | Newco | Corrosive | 2450. |
| 17 | 8/12/77 | Spent Acid | Matlak | 36,640 lbs | ORA Corp | Corrosive | 1318. |
| 18 | 8/17/77 | Waste Water | AETC(R&R) | 5500 gals | Modern | None | 727.5 |
| 19 | 8/19/77 | Waste Water | AETC(R&R) | 5500 gals | Modern | None | 727. |
| 20 | 8/19/77 | Spent Acid | Matlak | 43,100 lbs | ORA Corp | Corrosive | 1419. |
| 21 | 8/19/77 | Spent Acid | County Septic | 3100 gals | American Recovery | Corrosive | 2105 |

Cost for Spent Acid Disposal

ORA Corp (Matlak)  34,563 gals    $15,343.77  Transport.
                                   5,768.75  To ORA
                                  21,112.52  Total or 0.69/g

American Recovery  9300 gal  $6315 Transp. & Payment to
                              1550  Truck Rental @ Am A
                              7865  Total or 0.85/ga

Scientific  3150 gals  $2047.00 Total or 0.65/ga

Newco  2550 gal  2450.47  or 0.96/ga

Grand Total  45,563 gals  $33,474.99 = $0.735/gal

BSAI033962

Waste August 1977 Business Plant

| DATE | WASTE | Company | Gallons | Destination | Hazard | Cost |
|---|---|---|---|---|---|---|
| 8/2/77 | Waste Water | County Septic | 5500 | Modern | None | 755 |
| 8/3/77 | Waste Water | County Septic | 5500 | Modern | None | 755 |
| 8/4/77 | Waste Water | County Septic | 5500 | Modern | None | 755 |
| 8/8/77 | Waste Water | County Septic | 5500 | Modern | None | 755 |
| 8/10/77 | Waste Water | County Septic | 5500 | Modern | None | 755 |
| 8/16/77 | Waste Water | County Septic | 5500 | Modern | None | 755 |
| 8/19/77 | Waste Solvents | AETC | 5500 | ALC County | Flammable | 880.00 |
| | | | | | | 5410 |

BSAI033961

aT  Waste July 1977 Business
    Plant

| Date | Waste | Company | Gallons | Destination | Hazard | Cost |
|---|---|---|---|---|---|---|
| 6/30 | Waste Solvents | AETC | 5500 gals | All County | Flammable | 880.00 |
| 6/30 | Residue (Solid) | Chemical Waste | 79 drums | Sanitary Landfill | None | 1750.00 |
| 7/6 | Waste Water | County Septic | 5500 gals - | Modern | None | 755.00 |
| 7/11 | Waste Water | County Septic | 5500 gals - | Modern | None | 755.00 |
| 7/13 | Waste Water | County Septic | 5500 gals - | Modern | None | 755.00 |
| 7/13 | Waste Solvents | AETC | 5500 gals | All County | Flammable | 880.00 |
| 7/22 | Waste Water | County Septic | 5500 gals - | Modern | None | 755.00 |
| 7/22 | Waste Water | AETC (R&R) | 5500 gals - | Modern | None | 727.50 |
| 7/22 | Sludge (Waste Water) | AETC | 3000 gals - | R&R Sanitation | None | 690.00 |
| 7/25 | Waste Solvents | AETC | 5500 gals | All County | Flammable | 880.00 |

BSAI033935

Waste Sept. 1977 Business Plant

ORIGINAL (Red)

| # | DATE | Waste | Company | Gallons | Destination | Hazard | Cost |
|---|------|-------|---------|---------|-------------|--------|------|
| 1 | 9/2/77 | Waste Water | County Septic | 5500 gals | Modern Trans. | None | 755.00 |
| 2 | 9/1/77 | Waste Solvents | AETC | 5500 gals | All County | Flammable | 880.00 |
| 3 | 9/14/77 | Waste Water | County Septic | 5500 gals | Modern | None | 755.00 |
| 4 | 9/19/77 | Waste Water | County Septic | 5500 gals | Modern | None | 755.00 |

No Waste From Bldg. #6 (CDN)

BSAI033934

Waste    October 1977   Business
Bldg. #6   (CDN)

ORIGINAL
(Red)

| DATE | Waste | Company | Gallons or Pounds | Destination | Hazard | Cost |
|---|---|---|---|---|---|---|
| 10/18/77 | Spent Acid | Scientific | 3000 gals | AL Chemtron | Corrosive | 2015 |
| 10/20/77 | Spent Acid | Scientific | 3150 gals | AL Chemtron | Corrosive | 2047.5 |
| 10/18/77 | Spent Acid | County Septic | 3100 gals | American Recovery | Corrosive | 2605.- |
| 10/21/77 | Waste Water | AETC | 5500 gals | Modern Transport | None | 727.50 |

Waste   October 1977   Business
PLANT

| DATE | Waste | Company | Gallons Pounds | Destination | Hazard | Cost |
|---|---|---|---|---|---|---|
| 10/3/77 | Waste Water | County Septic | 5500 gals | Modern Trans. | None | 755.- |
| 10/1/77 | Waste Water | County Septic | 5500 gals | Modern Trans | None | 755.- |
| 10/7/77 | Waste Water | County Septic | 5500 gals | Modern Trans | None | 755.- |
| 10/14/77 | Waste Solvents | AETC | 600 gals | All County | Flammable | 960.- |
| 10/17/77 | Waste Water | County Septic | 5500 gals | Modern Trans | None | 755.- |
| 10/19/77 | Waste Water | County Septic | 5500 gals | Modern Trans | None | 755.- |
| 10/21/77 | Waste Water | County Septic | 5500 gals | Modern Trans | None | 755.- |

Cost Spent Acid

American Recovery   3100 gals   55¢ per gal To Am. Rec.
                                $400 Transportation County Septic
(County Septic)   $500 10 days Trailer Rental @ Am Rec
Total Cost per gal $0.84

Scientific   6250 gals  $0.65 per gal
Total Cost $0.65

Average Cost per Gallon Total $0.71

BSAI033931

Bldg #6 Waste November Business 197_

| DATE | Waste | Company | Gallons | | | | |
|---|---|---|---|---|---|---|---|
| 10/26/76 | Spent Acid | AEC | 3000 | | | | |
| 10/29/76 | Waste Water (col) | AEC | 4500 | | | | |

Waste Plant Area
November Business 1976

| Date | Waste | Company | Gallons | | |
|---|---|---|---|---|---|
| 10/29/76 | Waste Water Dyes | AEC | 4500 | | |
| 11/4/76 | Xylene Flamable Liq | AEC | 39 - 55 gal drums | 1 - Truck Load | |
| | Toluene " " | | 30 - 55 gal drums | 80 drums | |
| | Methanol " " | | 4 - 55 gal drums | Total | |
| | Naphtha | | 7 - 55 gal drums | | |
| 11/4/76 | Waste Water Dyes | AEC | 4500 | | |
| 11/5/76 | Waste Water Dyes | AEC | 4500 | | |
| 11/9/76 | Waste Water Dyes | AEC | 4500 | | |
| 11/15/76 | Waste Water Dyes | AEC | 4500 | | |
| 11/18/76 | Waste Water Dyes | AEC | 4500 | | |
| 11/21/76 | Phthalic Acid Water | AEC | 3000 | | |

BSAI033932

Waste November 1977
Plant

| Date | Waste | Company | Gallons | Destination | Hazard | Cost |
|---|---|---|---|---|---|---|
| 1. 10/27/77 | Waste Water | County Septic | 5500 | Chemical Control | | 6050 |
| 2. 11/2 | Waste Water | County Septic | 5500 | Chemical Control | | 6050 |
| 3. 11/3 | Waste Water | County Septic | 5500 | Chemical Control | | 6050 |
| 4. 11/3 | Solvents | AETC | 6000 | All County | | 9600 |
| 5. 11/7 | Waste Water | County Septic | 4500 | Chemical Control | | 4950 |
| 6. 11/7 | Phtholide Water | AETC | 4000 | Modern | | 9300 |
| 7. 11/10 | Waste Water | County Septic | 5500 | Chemical Control | | 6050 |
| 8. 11/10 | Phtholide Water | AETC | 4000 | Modern | | 9300 |
| 9. 11/11 | Waste Water | AETC | 4000 | Chemical Control | | 7275 |
| 10. 11/16 | Waste Water | County Septic | 5500 | Chemical Control | | 6050 |

BSAI033945