**EXHIBIT 27**

*superseded*

April 19, 1977

Art Curley
Plant Manager
Alphano Road
Great Meadows, New Jersey 07838

Dear Art:

Confirming our conversation of Tuesday.

Prices for disposal and trucking of your water streams follow:

Materials are to be used as lime make-up water at Modern Transportation South Kearny New Jersey.

A) CDN Waste Water

   14¢ per gallon plus $250.00 freight (trucking by modren) based on 5500 gallon load.

B) Dye Waste Water

   11¢ per gallon plus $250.00 freight (trucking by modren) based on 5500 gallon load.

Marginal quality storage facilities for acid are available at:

   Cramer Oil Company
   Rt 46
   Pequest, New Jersey
   Peter Kero Owner  #347-2414 or 453-2141

Cramer apparently has approximately 1.75 million gallon capacity, tanks however will require cleaning and may not be diked.

Note that we would like additional samples of your CDN water and Dye water (3-1 quart samples of each) for various other disposal alternatives we're persuing.

We are prepared to handle your waste solvents on request.

Keeping our fingers crossed------we're "on call".

                                                    Sincerely

                                                    John Leuzarder

AETC191

**ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.**
97 West Hanover Avenue
Randolph, New Jersey 07801
(201) 895-2028

May 27, 1977

Mr. Art Curley
Ashland Chemical Company
Alphano Road
Great Meadows, New Jersey

Dear Art:

We have sharpened our pencils on your C.D.N. waste water and Dye Water. Our quote follows, it is based on reduced costs of freight and disposal.

Our trucker has full State approval for hauling waste and is registered with the D.E.P.- N.J. B.S.W.M.

Prices:

    A] DYE WATER ( DISPOSAL AT MODERN TRANSPORTATION - South Kearny )

        Price per gallon disposal--------------0.13 ¢ /gal.
        5500 gallons   X 0.13 ¢-------------$715.00/ load
        Freight Charges---------------------$150.00/load

    B] C.D.N. WASTE WATER ( DISPOSAL AT MODERN TRANSPORTATION)

        Price per gallon disposal--------------0.105 ¢/gal.
        5500 gallons   X  0.105 ¢-----------$577.50/load
        Freight Charges---------------------$150.00/load

The above should save Ashland Chemical Comapny some money. We would like to continue to service these streams and are working hard to find interesting alternatives for your acid disposal.

If you have any questions or require further information in this matter please feel free to call me. I am " on call" to assist you in any way possible.

Very Truly yours,

John B. Leuzarder
Technical Representative

JBL/jmd

AETC192

D.E.P. #N.J.B.S.W.M. 5238A

**ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.**
97 West Hanover Avenue
Randolph, New Jersey 07801
(201) 895-2028

June 21, 1977

Mr. Clarence Kroblauch
Ashland Chemical
Meadow Road
Fords, New Jersey

RE: Hazardous Chemical
Disposal Services

Dear Mr. Kroblauch:

You are probably satisfied with your present lab chemical waste hauling contractor.

We'll bet, however, that the extra services offered by Advanced Environmental Technology Corp. (at about the same prices you are paying for disposal only) will obsolete anything you are used to. A.E.T.C. provides as part of our standard services:

1) In-plant seminars for your lab and operations personnel on categorization, labeling, handling and safety of hazardous materials.

2) Full D.O.T. consulting service to assist in conforming to the new July 1, 1977 regulations.

3) Trained technical personnel to classify and package your hazardous and non-hazardous chemicals.

4) All necessary D.O.T. shipping containers (D.O.T. 17E, 17H, 15A, 1A, 12A, 12B, 33A, etc.), packing materials, labels, bill of ladings, disposal certifications and we come fully equipped with safety gear (including Scott Packs, fire suits, respirators, fire extinguishers, etc., etc.).

5) Disposal -- fully approved by State and Federal Agencies, include: a) incineration; b) metal recovery; c) neutralization; d) b.t.u. recovery; e) class A chemical landfill; f) biological and chemical treatment; g) recovery.

6) A Chemical Emergency Response Vehicle to service lab problems.

Our 40 plus customers include research firms, chemical manufacturers, pharmaceutical companies and universities. (References available upon request).

We would like to meet you to provide a quotation and to explain our exceptional approach to our industry.

Sincerely,

ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.

John B. Leuzarder
Technical Representative

JBL:rfs

AETC193

D.E.P. #N.J.B.S.W.M. 5238A

# ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.
97 West Hanover Avenue
Randolph, New Jersey 07801
(201) 895-2028

July 27, 1977

Mr. John Wengryn, Jr.
Modern Transportation
75 Jacobus Avenue
South Kearny, New Jersey 07032

Dear John:

Ashland Chemical Company, Great Meadows has two additional streams coming up (late August) which we would like you to consider and price. Hauling will be done by R & R Sanitation.

No samples are available yet but will be forthcoming, based on your preliminary findings.

Stream #1:

| | | |
|---|---|---|
| 50% | - | Phosphorous, Sulfuric Acid |
| 50% | - | Water |
| Trace | - | Organic impurities |
| Density | - | 11-1/2 pounds per gallon |
| Quantity | - | One 3800 gallon load per week |
| Trailer | - | Rubber lined |

Stream #2:

| | | |
|---|---|---|
| 96 to 97% | - | Anhydrous Acetic Acid Mother Liquor |
| 1 to 2% | - | Trichloroaniline |
| 2% | - | HCL dissolved |
| Density | - | 9 pounds to gallon |
| Quantity | - | 5000 gallons every two weeks |
| Trailer | - | Rubber lined |

We hope the foregoing provides sufficient data to evaluate the feasibility of handling and price.

I am "on call" to assist as necessary.

Very truly yours,

John B. Leuzarder

JBL:rfs
cc: Mr. Seymor Rosenfarb
    R & R Sanitation
    Box 422 - RD #4
    Dover, New Jersey 07801

AETC194
D.E.P. #N.J.B.S.W.M. 5238A

**ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.**
97 West Hanover Avenue
Randolph, New Jersey 07801
(201) 895-2028

December 28, 1977

Mr. Art Curley
Ashland Chemical Company
Alphano Road
Great Meadows, New Jersey 07838

Dear Mr. Curley:

A.E.T.C. is pleased to quote on the trucking and disposal of your waste Acetic (80%) and Hydrochloric Acid Solution. The material will be disposed of at Modern Transportation.

Price for Services

```
Acid Solution (Acetic and HCL)--------------------$   .18/gallon
Freight------------------------------------------$ 150.00/load
```

5500 Gallon Minimum Quantity

Our terms are Net 10 Days.

All prices subject to change on thirty (30) days written notice.

We provide one (1) hour free truck loading time. Should customer delays extend our visit, additional demurrage will be billed at $7.50 per quarter hour.

Sincerely,

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORP.

Robert W. Landmesser
Technical Representative

RWL:rgs

AETC196

D.E.P. #N.J.B.S.W.M. 5238A

**EXHIBIT 28**

# ACORD

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES LISTED BELOW.

**NAME AND ADDRESS OF AGENCY**
Robert E. Bill Associates, Inc.
100 Broad Hollow Road
Farmingdale, NY 11735

**NAME AND ADDRESS OF INSURED**
Advanced Environmental Technology Corp.
97 West Hanover Avenue
Randolph, NJ 07801

**COMPANIES AFFORDING COVERAGES**

| COMPANY LETTER | |
|---|---|
| A | Insurance Co. of North Amer. |
| B | |
| C | |
| D | |
| E | |

This is to certify that policies of insurance listed below have been issued to the insured named above and are in force at this time.

| Company Letter | Type of Insurance | Policy Number | Policy Expiration Date | Limits of Liability in Thousands (000) | | |
|---|---|---|---|---|---|---|
| | | | | | Each Occurrence | Aggregate |
| A | **GENERAL LIABILITY**<br>[X] Premises-Operations<br>[ ] Explosion and Collapse Hazard<br>[ ] Underground Hazard<br>[X] Products/Completed Operations Hazard<br>[X] Contractual Insurance<br>[ ] Broad Form Property Damage<br>[ ] Independent Contractors<br>[ ] Personal Injury | GAL 373 311 | 10-21-78 | Bodily Injury | $ | $ |
| | | | | Property Damage | $ | $ |
| | | | | Bodily Injury and Property Damage Combined | $ 500, | $ 500, |
| | | | | Personal Injury | | $ |
| A | **AUTOMOBILE LIABILITY**<br>[X] Comprehensive Form<br>[ ] Owned<br>[ ] Hired<br>[ ] Non-Owned | GAL 373 311 | 10-21-78 | Bodily Injury (Each Person) | $ | |
| | | | | Bodily Injury (Each Occurrence) | $ | |
| | | | | Property Damage | $ | |
| | | | | Bodily Injury and Property Damage Combined | $ 500, | |
| A | **EXCESS LIABILITY**<br>[X] Umbrella Form<br>[ ] Other than Umbrella Form | XBC 124 539 | 10-21-78 | Bodily Injury and Property Damage Combined | $ 1,000, | $ 1,000, |
| A | **WORKERS' COMPENSATION and EMPLOYERS' LIABILITY** | C1 02 05 77 3 | 10-21-79 | STATUTORY<br>$ 100, (Each Accident) | | |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES**

Cancelled [RECEIVED NOV 07 1977] Should any of the above described policies be cancelled before the expiration date thereof, the issuing company will endeavor to mail _10_ days written notice to the below named certificate holder, but failure to mail such notice shall impose no obligation or liability of any kind upon the company.

**NAME AND ADDRESS OF CERTIFICATE HOLDER**
Ashland Chemical Company
Alphano Road
Great Meadows, NJ 07838
ATT: Jake Young

DATE ISSUED: 11-4-77 am

AUTHORIZED REPRESENTATIVE: *Robert E. Bill*

ACORD 25 (Ed 2-77)

AETC195

**EXHIBIT 29**

September 28, 1976

Mr. Art Curley - Plant Manager
Ashland Chemical Corp.
Alphano Rd.
Great Meadows, N.J.   07838

Dear Mr. Curley,

We are pleased to quote on the extension of our service to cover a one year contractual period for the neutralization and distillation of approximately fourteen (14) million pounds of Mixed Acid - CDN (our code number AC-MA-1).

Our current processing of this material is primarily through controlled dilution and neutralization with lime. We feel, however, that this "disposal" method neglects the potential of the waste stream for reuse of the Nitric and Sulfuric acids which constitute it.

We, therefore, propose to offer to Ashland Chemical economic advantages by installing (with our associate Co. - Environmental Chemical Control, Inc.) acid distillation equipment for de-nitrification. The constituent acids containing organics will then be used in ore extraction. A.E.T.C. will work to provide sufficient markets for the material to maintain the economic structure of our proposal. A.E.T.C. and Environmental Chemical Control reserve the right to confidentiality on all markets for this material, but will reflect improved economics back to Ashland Chemical should on-going market conditions warrant.

The utilization of this approach insures Ashland that changing Environmental Regulations on disposal of materials will not affect the contract. The material is no longer a "waste material". Our proposal does assume, however, that the mono nitrated organic contaminate in the sulfuric acid will not create problems in reuse.

Until such time as an agreement is finalized between A.E.T.C. and Ashland we will continue to provide our present services at the established price of $.4473/gallon. We can handle up to two (2) loads per day of your material on an ongoing basis at our neutralization facilities.

AETC180

-2-

We will install distillation equipment upon receipt of a mutually satisfactory contractual commitment from Ashland for handling all acid produced over a twelve (12) month period (based on a tentative figure of 14 million pounds production). Safeguards must be built into a contract to protect A.E.T.C. and Environmental Chemical Control's investment.

Details:

A) Equipment Requirements - A.E.T.C. and E.C.C. will install all necessary stainless steel equipment including still, condenser, nitric acid cooling and storage equipment, pumps, bulk storage tanks, heater, piping, controls, and electrical.
B) Plant Location - This will be at the Wissinoming Industrial Park, Tacony & Comly Streets, Philadelphia, Pa.
C) Equipment operation date - A.E.T.C. and E.C.C. expect to begin operating the distillation equipment in 4 to 8 weeks from contract date. We can handle 8000-9000 gallons per day.
D) Depreciation of the Equipment - Will be over a one year period which is normal for acid distillation equipment, due to the high corrosion and maintenance requirements. The investment to set-up the foregoing described equipment (not including land, operation, maintenance costs, etc.) will be about $46,000.00. This figure is attractive since we have some unused tankage and excellent pricing on a used still.

Pricing:

A) The existing price on acid neutralization will held at $.4473/gallon until the distillation equipment is in use.
B) Acid Distillation - Tentative marketing surveys show that there is a good market in the ore extraction industry, however, the large quantity of material will require additional markets be developed. In addition the fact that the Sulfuric will contain organic contaminates does restrict the selling price and marketability and will require that surplus material be given away.

All things considered we are confident that the following price is realistic and will cover our costs for an one year period, assuming that no legal restrictions on the resale of material containing the mono nitrated organics takes place. Should

AETC181

-3-

improved economic conditions warrent we will provide, at our discretion, reduced prices to Ashland.

Our price to Ashland will be ------------------$.37/gallon.

(2850 gal. X $.37 = $1054.50)

We look forward to discussing the foregoing in detail and look forward to a good continuing relationship.

Sincerely,

John B. Leuzarder
Technical Service Rep.

AETC182