IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : | |
| Defendants | : | NO. 02-3830 |

### STIPULATION

It is hereby stipulated and agreed by and between the undersigned counsel that the time in which Defendant Advances Environmental Technology Corporation may respond to Plaintiffs' Cross-Motion for Partial Summary Judgment is extended to and including October 16, 2006.

There have been no prior extensions.

| | |
|---|---|
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP | WOLFF & SAMSON PC |
| By: _____ | By: _____ |
| Monique M. Mooney | Robert T. Carlton, Jr. |
| Plaza 1000, Ste. 500 | 1500 J. F. K. Blvd, Ste 1310 |
| Main Street | Philadelphia, PA 19102 |
| Voorhees, NJ 08043 | (215) 567-2877 |
| 856-761-3440 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiffs | Advance Environmental |
| Agere Systems, Inc., Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC and TI Group Automotive Systems, LLC | Technologies Corporation |

Approved by the Court:

_____
Legrome D. Davis, J.

1033748.1