IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL.,  : | | CIVIL ACTION |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| ADVANCED ENVIRONMENTAL : | | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., : | | |
| Defendants. : | | |

O R D E R

AND NOW, this 23rd day of October 2006, it is hereby ORDERED that oral arguments on all outstanding motions will be held at 10:00 a.m. on Monday, November 6, 2006, in Courtroom 6A, United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis