IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et. al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, | : | |
| et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 6th day of November 2006, it is hereby ORDERED that the Motion for Summary Judgment submitted by Defendant Merit Metals Products Corp. (Doc. No. 202) is GRANTED as unopposed.

BY THE COURT:

LEGROME D. DAVIS

Legrome D. Davis, J