IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC.; | : | |
| CYTEC INDUSTRIES. INC.; | : | |
| FORD MOTOR COMPANY; | : | |
| SPS TECHNOLOGIES, LCC; | : | |
| TI GROUP AUTOMOTIVE SYSTEMS; | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW this 17th day of November 2006, it is hereby ORDERED that Plaintiffs'

Cross Motion for Summary Judgment (Doc. No. 204) is GRANTED and Defendant Advanced

Environmental Technology Corporation's Motion for Summary Judgment (Doc. No. 196) is

DENIED.

BY THE COURT

/S/LEGROME D. DAVIS

Legrome D. Davis, J.

17