IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| Defendants. | : | |

O R D E R

AND NOW, this  21 st  day of November 2006, it is hereby ORDERED that the motion of defendant Ashland Chemical Company to file an amended answer to plaintiffs' fourth amended complaint (Doc. No. 211) is DENIED as moot.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis