IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br>**NOTICE OF PETITION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL, UNDER 28 U.S.C. § 1292(b), OF THE NOVEMBER 20, 2006 ORDER GRANTING PLAINTIFFS SUMMARY JUDGMENT** |

TO:   Clerk, United States District Court
      For the Eastern District of Pennsylvania
      601 Market Street
      Philadelphia, PA 19106-1796

      Glenn A. Harris, Esquire
      Ballard Spahr Andrews & Ingersoll, LLP
      Plaza 1000 - Suite 500
      Main Street
      Voorhees, NJ 08043-4636
      Attorneys for Plaintiffs

On Notice to:

   All Defense Counsel of Record

SIRS:

   PLEASE TAKE NOTICE that Defendant Advanced Environmental Technology Corporation will petition the Honorable LeGrome D. Davis for certification for interlocutory appeal, under 28 U.S.C. § 1291 (b), of his November 20, 2006 "Memorandum & Order" which

1047448.1

granted plaintiffs' summary judgment against AETC.

                                         WOLFF & SAMSON PC
                                         Attorneys for Defendant,
                                         Advanced Environmental Technology Corp.

                                         By: _____
Dated: December 18, 2006              THOMAS SABINO

1047448.1