# EXHIBIT C
# TO K. BROWN REPORT

## Scientific Publications

1.  Allen, L. H. and K. W. Brown. 1965. Shortwave radiation in a corn crop. Agron. J. 57:575-580.
2.  Brown, K. W. and W. Covey. 1966. The energy budget evaluation of the micrometeorological transfer processes within a corn field. Agri. Meteoro. 3:73-96.
3.  Brown, K. W. and L. J. Wright. 1967. Comparison of momentum and energy balance method of computing vertical transfer within a crop. Agron. J. 59:427-432. C701.
4.  Brown, K. W. and N. J. Rosenberg. 1968. Errors in sampling and infrared analysis of $CO_2$ in air and their influence in determination of net photosynthetic rate. Agron. J. 60:309-311.
5.  Brown, K. W. 1969. A model of the photosynthesizing leaf. Phys. Plant 22:620-637.
6.  Brown, K. W. and N. J. Rosenberg. 1969. Computer program for plotting time dependent meteorological data. Agric. Meteoro. 6:463-464.
7.  Brown, K. W. and N. J. Rosenberg. 1970. Concentration of $CO_2$ in the air above a sugar beet field. Mo. Weather Rev. 98:75- 82.
8.  Brown, K. W. and N. J. Rosenberg. 1970. The influence of leaf age, illumination and upper and lower surface differences on stomatal resistance of sugar beet (Beta vulgaris) leaves. Agron. J. 62:20-24.
9.  Brown, K. W. and N. J. Rosenberg. 1970. The effect of windbreaks and soil water potential on stomatal diffusion resistance and photosynthetic rate of sugar beets (Beta vulgaris). Agron. J. 62: 4-8.
10. Brown, K. W. and N. J. Rosenberg. 1970. Energy and $CO_2$ balance of an irrigated sugar beet (Beta vulgaris) field in the Great Plains. Agron. J. 63:207-213.
11. Brown, K. W. and N. J. Rosenberg. 1970. Shading inverted pyranometers and measurements of radiation reflected from an alfalfa crop. Water Res. Res. 6:1782-1786.
12. Rosenberg, N. J. and K. W. Brown. 1970. Improvements in the van Bavel-Myer automatic weighing lysimeter. Water Res. Res. 6:1227-1229.
13. Briggs, W. W., A. R. Edison, J. D. Eastin, K. W. Brown, J. W. Marenville, and M. D. Clegg. 1971. Photosynthesis light sensor and meter. Ecology 52:125-131.
14. Brown, K. W. and N. J. Rosenberg. 1971. Turbulent transport and energy balance as affected by a windbreak in an irrigated sugar beet (Beta vulgaris) field. Agron. J. 53:351-355.
15. Brown, K. W. and N. J. Rosenberg. 1971-2. Shelter-effects on micro-climate, growth and water use by irrigated sugar beets in the Great Plains. Agric. Meteoro. 9:241-263.
16. Brown, K. W. and N. J. Rosenberg. 1973. A resistance model to predict evapotranspiration and its application to a sugar beet field. Agron. J. 65:341-347.
17. Duble, R. L. and K. W. Brown. 1973. Environmental concerns for the golf superintendent. USGA Green Section Record. 11:10-13.
18. Brown, K. W. 1974. Calculations of evapotranspiration from crop surface temperature. Agric. Meteoro. 14:199-209.
19. Holder, C. B. and K. W. Brown. 1974. Evaluation of simulated seedling emergence through rainfall induced soil crusts. Soil Sci. Soc. Amer. Proc. 38:705-710.
20. Brown, K. W., C. J. Gerard, B. W. Hipp and J. T. Ritchie. 1974. A procedure for placing large undisturbed monoliths in lysimeters. Soil Sci. Soc. Amer. Proc. 38:981-983.
21. Rosenberg, N.J. and K. W. Brown. 1974. "Self-checking" psychrometer system for gradient and profile determinations near the ground. Agric. Meteoro. 13: 215-226.
22. Spotts, J. W. and K. W. Brown. 1975. A technique for installing induction coils in a profile with minimum soil disturbance. Soil Sci. Soc. Amer. Proc. 39: 1006-1007.
23. Jordan, W. R., K. W. Brown and J. C. Thomas. 1975. Leaf age as a determinant in stomatal control of water loss from cotton during water stress. Plant Physiol. 56:595-599.
24. Brown, K. W. and R. L. Duble. 1975. Physical characteristics of soil mixtures used for golf green construction. Agron. J. 67:647-652.
25. Brown, K. W. 1975. A device for isolating soil columns with minimum disturbance. Soil Sci. Soc. Amer. Proc. 39:1008-1009.
26. Brown, K. W. and N. J. Rosenberg. 1975. Annual windbreaks boosts yields. Crop and Soils Magazine. p. 8-11. Apr-May, 1975.

Kirk W. Brown

27. Brown, K. W. 1976. Chapter II. 3. Sugar beet and potatoes. In: Vegetation and the Atmosphere. (J. L. Monteith, ed.). Academic Press, NY. p. 65-86.

28. Thomas, J. C., K. W. Brown and W. R. Jordan. 1976. Stomatal response to leaf water potential as affected by preconditioning water stress in the field. Agron. J. 68:706-708.

29. Deuel, L. E., Jr., K. W. Brown, F. C. Turner, D. G. Westfall and J. D. Price. 1976. Persistence of Propanil, DCA, and TCAB in soil and water under flooded rice culture. JEQ 6:127.

30. Brown, K. W., W. R. Jordan and J. C. Thomas. 1976. Water stress induced alteration in the stomatal response to leaf water potential. Phys. Plant. 37:1-5.

31. Chaudhari, K. G., K. W. Brown, and C. B. Holder. 1976. Reduction of crust impedance to emergence by the addition of manure. Soil Sci. 122:216-222.

32. Deuel, L. E., Jr., F. C. Turner, K. W. Brown and J. D. Price. 1977. Persistence and factors affecting dissipation of molinate under flooded rice culture. JEQ 7:373-377.

33. Brown, K. W. 1977. Chapter 19. Shrinking and swelling of clay, clay strength and other bulk properties of clay soils and clays. In Minerals in Soil Environments. (J. B. Dixon and S. B. Weed eds.). Soil Sci. Soc. of Amer., pp. 680-707, Madison, WI.

34. Brown, K. W., R. L. Duble and J. C. Thomas. 1977. Nitrogen losses from golf green, USGA Green Section Record. 15:5-7.

35. Brown, K. W., F. C. Turner, J. C. Thomas and M. E. Keener. 1977. Water balance of flooded rice paddies. J. of Agr. Water Use 1:277-291.

36. Deuel, L. E. Jr., K. W. Brown, J. D. Price and F. C. Turner. 1977. Persistence of carbofuran and its metabolities, 3-keto and 3-hydroxy carbofuran, under flooded rice culture, JEQ 8:23-26.

37. Brown, K. W., R. L. Duble and J. C. Thomas. 1977. Influence of management and season on fate of N applied to golf greens. Agron. J. 69:667-671.

38. Brown, K. W. and L. J. Thompson. 1977. Dewatering of Confined Dredge Spoil Areas. Second International Symposium on Dredging Technology. 2-4, November, 1977, Texas A&M University pp. G1-1-G1-24.

39. Shive, J. B. and K. W. Brown. 1978. Quaking and gas exchange in cottonwood (Populus deltoides, Marsh) leaves. Plant Physiol. 61: 331-333.

40. Duble, R. L., J. C. Thomas and K. W. Brown. 1978. Arsenic pollution from underdrainage and runoff from golf greens. Agron. J. 70:71-74.

41. Duble, R. L., K. W. Brown and J. C. Thomas. 1978. Increase fertilizer efficiency and reduce nutrient loss. Golf Superintendent 46:28-31.

42. Jones, S. G., K. W. Brown, L. E. Deuel and K. C. Donnelly. 1978. Influence of rainfall on the retention of sludge heavy metals by the leaves of forage crops. JEQ 8:69-72.

43. Brown, K. W. and J. C. Thomas. 1978. Uptake of nitrogen by grass from septic fields in three soils. Agron. J. 70:1037-1040.

44. Brown, K. W., D. C. Anderson, S. G. Jones, L. E. Deuel, Jr., and J. D. Price. 1979. The relative toxicity of four pesticides in tap water and water from flooded rice paddies. Int. J. Env. Studies. 141:49-54.

45. Brown, K. W., H. W. Wolf, K. C. Donnelly and J. F. Slowey. 1979. The movement of fecal coliform and coliphage below septic lines. JEQ 8:121-125.

46. Wagner, T. L., J. A. Gagne, P. C. Doraiswamy, R. N. Coulson and K. W. Brown. 1979. Development time and mortality of Dendroctonus frontalis in relation to changes in tree moisture and xylem water potential. Environ. Entomol. 8: 1129-1138.

47. Brown, K. W. and D. C. Anderson. 1980. Effect of organic chemicals on clay liner permeability: A Review of the Literature. In: D.W. Shultz (ed.). Disposal of Hazardous Waste. Proceedings of the 6th Annual Research Symposium at Chicago, Illinois. EPA-600/9-80-010. pp. 123-134.

48. Brown, K. W. and L. E. Deuel. 1980. Revegetation of Drastically Disturbed Lands. Texas A&M Lignite Symposium, April 17-18, 1980. pp. 19.0-19.8

49. Brown, K. W., L. E. Deuel, Jr. and J. C. Thomas. 1980. Optimization of land cultivation parameters. In: D.W. Shultz (ed). Disposal of Hazardous Waste. Proceedings of the 6th Annual Research Symposium at Chicago, Illinois. EPA- 600/9-80-010. pp. 254-259.

50. Brown, K. W. and C. B. Holder. 1980. The relationship between oxygen and water uptake by roots of intact bean plants. Soil Sci. Amer. J. 44:21-25.

51. Brown, K. W., S. G. Jones, and K. C. Donnelly. 1980. The influence of simulated rainfall on residual bacteria and virus on grass treated with sewage sludge. JEQ 9(2):261-265.

Kirk W. Brown

52. Brown, K. W. and J. C. Thomas. 1980. The influence of the sand layer on available water retention in a golf green. USGA Green Section Record 18(6):5-7.

53. Brown, K. W. and J. C. Thomas. 1980. The influence of water stress preconditioning on dark respiration. Physiologia Plantarium. 49:205-209.

54. Brown, K. W., J. C. Thomas and A. Almodares. 1980. The necessity of the two-inch sand layer in greens construction. USGA Green Section Record 18(6):1-4.

55. Brown, K. W., L. J. Thompson, K. W. Launius and L. E. Deuel, Jr. 1980. Physical properties of dredged materials. Soil Sci. 129(2):95-106.

56. Turner, F. T., K. W. Brown, and L. E. Deuel. 1980. Nutrients and associated ion concentrations in Irrigation Return Flow from Flooded Rice Fields. JEQ 9(2):256-260.

57. Deuel, L. E. and K. W. Brown. 1980. Impact of surface mining on water quality. Texas A&M Lignite Symposium, April 17-18, 1980. pp. 16.1-16.5.

58. Anderson, D. C., and K. W. Brown. 1981. Organic leachate effects on the permeability of clay liners. In: Proceedings of the 7th Annual Research Symposium at Philadelphia, PA. EPA-600/9-81-002b, pp. 119-130.

59. Anderson, D. C., K. W. Brown, and J. Green. 1981. Organic leachate effects on the permeability of clay liners. In: National Conference on Management of Uncontrolled Hazardous Waste Sites held at Washington, D.C. EPA 600/9-81-002B. pp. 223-229.

60. Brown, K. W., K. C. Donnelly, J. C. Thomas and L. E. Deuel, Jr. 1981. Factors influencing the biodegradation of API separator sludges applied to soils. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 7th Annual Research Symposium at Philadelphia, PA. EPA- 600/9-81-002B. pp. 188-199.

61. Donnelly, K. C. and K. W. Brown. 1981. The development of laboratory and field studies to determine the fate of mutagenic compounds from land applied hazardous waste. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 7th Annual Research Symposium at Philadelphia, PA., EPA-600/9-81-002B. pp. 224-239.

62. Huddleston, R. L., J. E. Rucker, K. W. Brown and L. E. Deuel. 1982. Evaluation of subsurface effects of long-term landfarming. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002, pp. 398- 446.

63. Anderson, D., K. W. Brown and J. Green. 1982. Effect of organic fluids on the permeability of clay soil liners. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002. pp. 179-190.

64. Brown, K. W. 1982. Irrigation of recreational turf with sewage effluent. In: 7th National Turf Conference, S. Australia, June 6-11, 1982. pp. 73-83.

65. Brown, K. W. 1982. Quality of irrigation flow from flooded rice paddies. pp. 139-175. Proceedings of the Workshop on Agrichemicals and Estuarine Productivity. Duke University Marine Laboratory, Beaufort, North Carolina.

66. Brown, K. W., L. E. Deuel, F. C. Turner, and J. D. Price. 1982. Quality of irrigation return flow from flooded rice paddies. pp. 153-166. Proc. of National Conference on Irrigation Return Flow Quality Management. Colorado State University, Fort Collins, Co.

67. Brown, K. W., H. Brawand, J. C. Thomas and G. B. Evans. 1982. Impact of simulated land treatment with oily sludges on ryegrass emergence and yield. Agronomy J. 74:257-261.

68. Brown, K. W. and K. C. Donnelly. 1982. Mutagenic potential of water concentrates from the effluent of a waste oil storage pond. Bull. Environ. Contam. Toxicol. 28:424-429.

69. Brown, K. W., K. C. Donnelly and B. Scott. 1982. The fate of mutagenic compounds when hazardous wastes are land treated. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002, pp. 383-397.

70. Brown, K. W. and J. C. Thomas. 1982. Testing and construction of greens to USGA standards and procedures. In: 7th National Turf Conference, S. Australia-June 6-11, 1982, pp. 26-31.

71. Brown, K. W., J. C. Thomas and R. L. Duble. 1982. Nitrogen source effect on nitrate and ammonium leaching and runoff losses from greens. Agronomy J. 74(6):947-950.

72. Brown, K. W. 1983. Land Treatment of Hazardous Wastes. Chapter 36, pp. 449-474. In: Environment and Solid Wastes. Characterization, Treatment, and Disposal. C. W. Francis and S. I. Auerbach (eds.). Butterworths/Ann Arbor Science Book, Woburn, MA.

Kirk W. Brown

73.    Brown, K. W. and L. E. Deuel, Jr., and J. C. Thomas. 1983. Land Treatability of Refinery and Petrochemical Sludges. Project Summary. EPA-600/S2-83-074.

74.    Brown, K. W. and L. E. Deuel, Jr. 1983. An Evaluation of Subsurface Conditions at Refinery Land Treatment Sites. Project Summary. EPA-600/S2-83-096.

75.    Donnelly, K. C., K. W. Brown, and B. Scott. 1983. pp. 59-78. The Use of Short-Term Bioassays to Monitor the Environmental Impact of Land Treatment of Hazardous Wastes. (Waters, M. D., S. S. Sandhu, J. Lewtas, L. Claxton, and N. Chernoff and S. Nesnow (eds.). The Application of Short Term Bioassays in the Fractionation and Analysis of Complex Environmental Mixtures. Plenum, New York.

76.    Brown, K. W., J. W. Green and J. C. Thomas. 1983. The influence of selected organic liquids on the permeability of clay liners. In: D. W. Shultz (ed). Land Disposal, Incineration, and Treatment of Hazardous Waste. Proceedings of the 9th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-83-018, pp. 114-125.

77.    Brown, K. W. and D. C. Anderson. 1983. Effects of Organic Solvents on the Permeability of Clay Liners. United States Environmental Protection Agency, EPA-600/2-83-016. 153 p.

78.    Brown, K. W., J. C. Thomas and J. F. Slowey. 1983. The movement of metals applied to soils in sewage effluent. Water, Air, Soil Pollut. 19:43-54.

79.    Brown, K. W. and K. C. Donnelly. 1983. Influence of soil environment in biodegradation of refinery and a petrochemical sludge. Environ. Poll. (Series B) 6:119-132.

80.    Brown, K. W., J. C. Thomas and K. W. Launius. 1983. Distribution of Bermudagrass Roots in Native Soils and Reclaimed Lignite Spoil. Reclamation and Revegetation Research, 2, 139-153.

81.    Donnelly, K. C., K. W. Brown, and R. M. Saltarelli. 1983. The Use of B. Subtilis in a Pre-Incubation Assay for the Detection of DNA-Modifying Agents. Research Communications in Chemical Pathology and Pharmacology Vol. 42:135-143.

82.    Brown, K. W., K. C. Donnelly and L. E. Deuel, Jr. 1983. Effects of Mineral Nutrients, Sludge Application Rate, and Application Frequency on Biodegradation of Two Oily Sludges. Microb. Ecol. 9:363-373.

83.    Brown, K. W., J. C. Thomas and J. F. Slowey. 1983. Metal Accumulation by Bermudagrass Grown on Four Diverse Soils Amended with Secondarily Treated Sewage Effluent. Water, Air, and Soil Pollution 20:431-446.

84.    Brown, K. W., J. C. Thomas and L. E. Deuel, Jr. 1984. Physical and Chemical Properties of Gulf Coast Lignite Overburden. Reclamation and Revegetation Research 3:17-29.

85.    Brown, K. W. and K. C. Donnelly. 1984. Mutagenic Activity of the Liquid Waste from the Production of Acetonitrile. Bull. Environ. Contam. Toxicol. 32:742-748.

86.    Brown, K. W., J. C. Thomas and J. F. Slowey. 1984. Extractability of Metals Applied to Soils in Sewage Effluent. Soil Sci. 138(6):423-431.

87.    Brown, K. W., J. C. Thomas, and L. E. Deuel, Jr. 1984. Chemical Characteristics of Surface Runoff from Soils and Revegetated Lignite Mine Spoils. Journal of Soil & Water Conservation, 39(2):146-149.

88.    Brown, K. W. and K. C. Donnelly. 1984. Mutagenic Activity of Runoff and Leachate Water from Hazardous Waste Land Ç701 Treatment. Environmental Pollution (Series A) 35:229-246.

89.    Brown, K. W., K. C. Donnelly, and J. C. Thomas. 1984. Use of Short- Term Bioassay to Evaluate Environmental Impact of Land Treatment of Hazardous Industrial Waste. Project Summary. EPA-600.S2-84-135.

90.    Donnelly, K. C., K. W. Brown, J. C. Thomas, P. Davol, B. R. Scott, and D. Kampbell. 1984. Evaluation of the hazardous characteristics of two petroleum wastes. Hazardous Waste & Hazardous Materials, 2(2):191-208.

91.    Brown, K. W., K. C. Donnelly, J. C. Thomas and J. F. Slowey. 1984. The movement of nitrogen species through three soils below septic fields. JEQ. 13(3):460-465.

92.    Brown, K. W., J. C. Thomas and J. W. Green. 1984. Permeability of compacted soils to solvent mixtures and petroleum products. In: Land Disposal of Hazardous Waste. Proceedings of the 10th Annual Research Symposium at Ft. Mitchell, Kentucky, EPA 600/9-84-007, pp. 124-137.

93.    Brown, K. W. and J. C. Thomas. 1984. Conductivity of Three Commercially Available Clays to Petroleum Products and Organic Solvents. Hazardous Waste. 1:545-553.

94.    Crawley, W., K. W. Brown and D. Anderson. 1984. Inplace closure of previously backfilled and active surface impoundments. Proceedings of the 5th National Conf. on Management of Uncontrolled Hazardous Waste Sites. Nov. 7-9, l984. Houston, TX. pp. 185-188.

Kirk W. Brown

95.    Brown, K. W., J. C. Thomas and K. W. Launius. 1984. Runoff water quality from fresh mine spoil. Environ. Pollution 8:119-131.

96.    Brown, K. W., K. C. Donnelly, J. C. Thomas, P. Davol and B. R. Scott. 1985. Mutagenicity of three agricultural soils. Science of Total Environ. 41:173-186.

97.    Brown, K. W., K. C. Donnelly, J. C. Thomas, P. Davol, and D. Kampbell. 1985. Degradation of Soil Applied Organic Compounds from Three Petroleum Wastes. Waste Mang. Res. 3:27-39.

98.    Rubio-Montoya, D. and K. W. Brown. 1985. Erodibility of Strip-Mine Spoils. Soil Science, 138(5):365-373.

99.    Brown, K. W., and K. C. Donnelly. 1985. Mutagenic Activity of Runoff Water from Simulated Hazardous Waste Landtreatment Facilities. In: Proceedings of the Second Conference on Management of Municipal, Hazardous, and Coal Wastes. S. Sengupta (ed.). Miami, Florida, December 5-7, 1983. pp. 185-195.

100.   Brown, K. W., G. B. Evans, and J. C. Thomas. 1985. Increased Soil Water Retention by Mixing Horizons of Shallow Sandy Soils. Soil Science, 139(2):118-121.

101.   Brown, K. W., L. E. Deuel, Jr., and J. C. Thomas. 1985. Distribution of inorganic constituents in soil following land treatment of refinery wastes. Water, Air, and Soil Pollution, 25:285-300.

102.   Pinkerton, B. W. and K. W. Brown. 1985. Plant Accumulation and Soil Sorption of Cobalt from Cobalt-Amended Soils. Agron. J. 77:634-638.

103.   Deuel, L. E. Jr., K. W. Brown, J. D. Price, and F. T. Turner. 1985. Dissipation of carbaryl and the 1-naphthol metabolite in flooded rice fields. JEQ. 14:349-354.

104.   May, J. H., K. W. Brown, J. C. Thomas, and P. G. Malone. 1985. Use of x-ray radiographic techniques in the evaluation of soil liners. Misc. Paper GL-85-14. Prepared for Asst. Secretary of the Army, Dept. of the Army, Washington, D.C. 20315-1000. Project No. 4A161102A91D.

105.   Brown, K. W., J. C. Thomas, and M. W. Aurelius. 1985. Collecting and testing barrel sized undisturbed soil monoliths. Soil Sci. Soc. Am. J. 49:1067-1069.

106.   Anderson, D. C., K. W. Brown and J. C. Thomas. 1985. Conductivity of compacted clay soils to water and organic liquids. Waste Management & Research, 3:339-349.

107.   Guth, D. L. and K. W. Brown. 1985. A comparison of the SAR and Vaneslow equations in three soils. Soil Science, 140:(5):356-361.

108.   Hornby, W. J., K. W. Brown, and J. C. Thomas. 1986. Nitrogen mineralization potentials of revegetated mixed lignite overburden in the Texas Gulf Coast. Soil Sci. Soc. Am. J. 50:1484-89.

109.   Brown, K. W. 1986. Monitoring the unsaturated zone. In: Land Treatment: A Hazardous Waste Management Alternative. R. C. Loehr and J. F. Malina, Jr. (eds.). Water Resources Symposium No. 13. pp. 171-185.

110.   Malone, P. G., J. H. May, K. W. Brown and J. C. Thomas. 1986. Use of x-ray radiographic methods in the study of clay liners. HMCRI's 3rd National Conference and Exhibition on Hazardous Wastes and Hazardous Materials. March 4-6, 1986, Atlanta, Georgia.

111.   Barbee, G. C. and K. W. Brown. 1986. Comparison between suction and free-drainage soil solution samplers. Soil Sci., Vol. 141:149-153.

112.   Barbee, G. C. and K. W. Brown. 1986. Movement of xylene through unsaturated soils following simulated spills. Water, Air, and Soil Pollution. 29:321-331.

113.   Brown, K. W. and D. E. Daniel. 1986. Use of soils to retain waste in landfills and surface impoundments. In: Utilization, Treatment, and Disposal of Waste on Land. Proceedings of a Workshop held in Chicago, IL, 6-7 Dec. 1985. pp. 279-300.

114.   Brown, K. W., K. C. Donnelly, J. C. Thomas and P. Davol. 1986. Mutagenic activity of soils amended with two refinery wastes. Water, Air, and Soil Pollution 29:1-13.

115.   Brown, K. W., J. C. Thomas and J. W. Green. 1986. Field cell verification of the effects of concentrated organic solvents on the conductivity of compacted soils. Haz. Waste & Haz. Materials 3:1-13.

116.   Brown, K. W. and D. E. Daniel. 1986. Potential groundwater implications of land disposal of toxic substances. In: Issues in Groundwater Management. E. T. Smerdon and W. R. Jordan (eds.). Water Resources Symposium No. 12, Center for Research in Water Resources Publishers. pp. 387-402.

117.   Brown, K. W. 1987. Efficiency of Soil Core and Soil-Pore Water Sampling Systems. Project Summary, EPA/600/S2-86/083.

118.   Donnelly, K. C., P. Davol, K. W. Brown, M. Estiri and J. C. Thomas. 1987. Mutagenic activity of two soils amended with a wood preserving waste. Environ. Sci. & Techn. 21:57-64.

119.   Maggard, L. A., Brown, K. W, and K. C. Donnelly. 1987. The efficiency of two standardized procedures for extraction of mutagenic chemicals from soils. Chemosphere, 16:1243-1255.

Kirk W. Brown

120. Donnelly, K. C., K. W. Brown and D. Kampbell. 1987. Chemical and biological characterization of hazardous industrial waste. I. Prokaryotic bioassays and chemical analysis of a wood-preserving bottom-sediment waste. Mutat. Res 180:31-42.

121. Donnelly, K. C., K. W. Brown, and B. R. Scott. 1987. Chemical and biological characterization of hazardous industrial waste. II. Eukaryotic bioassay of a wood preserving bottom sediment. Mutat. Res. 180:43-53.

122. McBee, K., J. W. Bickham, K. W. Brown and K. C. Donnelly. 1987. Chromosomal aberrations in native small mammals (Peromyscus leucopus and Sigmodon hispidus) at a petrochemical waste disposal site. I. Standard karyology. Archives of Environmental Cont. and Tox. 16:681.

123. Brown, K. W. and J. C. Thomas. 1987. A mechanism by which organic liquids increase the hydraulic conductivity of compacted clay materials. SSSAJ, 51:1451-1459.

124. Cocke, C. L. and K. W. Brown. 1987. The effect of sewage sludge on the physical properties of lignite overburden. Reclamation and Revegetation Research, 6:83-93.

125. Smith, C., K. W. Brown and L. E. Deuel, Jr. 1987. Plant availability and uptake of molybdenum as influenced by soil type and competing ions. JEQ 16:4 377-382.

126. Davol, P., K. C. Donnelly and K. W. Brown. 1987. The use of short-term bioassays to assess clean-up operations of sites contaminated with hazardous Wastes. Proceedings of the 8th National Conference. Superfund 1987. November 16-18, 1987, Washington, D.C. pp. 66-71.

127. Brown, K. W., J. C. Thomas, R. L. Lytton, P. Jayawickrama, and S. C. Bahrt. 1987. Quantification of leak rates through holes in landfill liners. Project Summary. EPA/600/S2- 87/062.

128. Aurelius, M. and K. W. Brown. 1987. Fate of spilled xylene as influenced by soil moisture content. Water, Air, and Soil Pollution 36:23-31.

129. Brown, K. W. and D. E. Daniel. 1988. Influence of organic liquids on the hydraulic conductivity of soils. Chapt. 4.3. In: Land Disposal of Hazardous Waste. Engineering and Environmental Issues (J. R. Gronow, A. N. Schofield, R. K. Jain eds.). Ellis Horwood Publishers, Chickester, West Sussex, England. pp. 199-216.

130. Daniel, D. E. and K. W. Brown. 1988. Landfill liners: How well do they work and what is their future? In: Land Disposal of Hazardous Waste. Engineering and Environmental Issues (J. R. Gronow, A. N. Schofield, R. K. Jain eds.). Ellis Horwood Publishers, Chickester, West Sussex, England. pp. 235-244.

131. Brown, K. W. and K. C. Donnelly. 1988. An estimation of risk associated with the organic constituents of hazardous and municipal waste landfill leachates. Hazardous Waste & Hazardous Matls. 5:1-30.

132. Brown, K. W. and J. C. Thomas. 1988. Leak rates into drainage systems underlying lined retention facilities. Journal of Hazardous Materials 18, 179-188.

133. Jayawickrama, P. W., K. W. Brown, J. C. Thomas and R. L. Lytton. 1988. Leakage rates through flaws in membrane liners. ASCE, J. Environmental Engineering Division, 114:1401-1420.

134. Donnelly, K. C., K. W. Brown and D. G. Digiullio. 1988. Mutagenic characterization of soil and water samples from a Superfund site. Nuclear and Chemical Waste Management 8:132-141.

135. Donnelly, K. C., K. W. Brown and C. P. Chisum. 1988. Mutagenic potential of municipal sewage sludge and sludge amended soil. In: Chemical and Biological Characterization of Sludges, Sediments, Dredge Spoils, and Drilling Muds. ASTM STP 976. J. J. Lichtenberg, J. A. Winter, C. I. Weber, and L. Fradkin, Eds., American Society for Testing and Materials, Philadelphia, pp. 288-299.

136. Brown, K. W. 1988. Review and Evaluation of the Influence of Chemicals on the Conductivity of Soil Clays. Project Summary. EPA/600/S2-88/016.

137. Donnelly, K. C., K. W. Brown, M. Estiri, D. H. Jones and S. Safe. 1988. Mutagenic potential of binary mixtures of nitro-polychlorinated dibenzo-p-dioxins and related compounds. J. Toxicology and Environ. Health, 24:345-356.

138. Brown, K. W. and D. C. Anderson. 1988. Aboveground Disposal. Section 10.7. In: Standard Handbook of Hazardous Waste Treatment and Disposal. H. M. Freeman (ed.). McGraw-Hill Book Company, N.Y.

139. Brown, K. W. and K. C. Donnelly. 1988. The Stability and Mobility of Mutagenic Activity from Wastewater and Sludge in Agricultural Soils. EPA/600/S1-88/002.

140. Brown, K. W. 1988. Fate and transport of pesticides used in rice production. In: Managing Texas Waters: Stewardship in a Regulatory Environment. Proceedings of the 22nd Water for Texas Conference. R. Jensen and C. Dunagan (eds). Texas Water Resources Inst., Texas A&M University, College Station, TX. pp. 128-134.

Kirk W. Brown

141. Davol, P., K. W. Brown, K. C. Donnelly, J. C. Thomas, M. Estiri and D. H. Jones. 1989. Mutagenic potential of runoff water from soils amended with three hazardous industrial wastes. Environmental Toxicology and Chemistry 8:189-200.

142. Brown, K. W. and J. C. Thomas. 1989. New technology for liners. Section 12. Proceedings, Conference on Prevention and Treatment of Groundwater and Soil Contamination in Petroleum Exploration and Production. May 9-11, 1989, Calgary, Alberta, Canada.

143. Donnelly, K. C., K. W. Brown and J. C. Thomas. 1989. Mutagenic potential of municipal sewage sludge amended soils. Water, Air, and Soil Pollution 48, 435-449.

144. Brown, K. W., and J. C. Thomas. 1990. The fate and mobility of pesticides: Lessons from the past, where to from here. Proceedings of Chemicals, Agriculture and Our Environment. January 21, 1990. Corpus Christi, Texas. Texas Agric. Extension Service, pp. 37-51.

145. Donnelly, K. C., K. W. Brown, and J. C. Thomas. 1990. Bacterial mutagenicity of leachate water from municipal sewage sludge-amended soils. Environ. Tox. & Chem. 8:443-451.

146. Brown, K. W., G. C. Barbee and J. C. Thomas. 1990. Detecting organic contaminants in the unsaturated zone using soil and soil-pore water samples. Hazardous Waste & Hazardous Materials 7:151.

147. Donnelly, K. C., K. W. Brown, C. S. Anderson, G. C. Barbee, and S. H. Safe. 1990. Metabolism and bacterial mutagenicity of binary mixtures of benzo(a)pyrene and polychlorinated aromatic hydrocarbons. Environ. & Molecular Mutagenesis 16:238-245.

148. Donnelly, K. C., J. C. Thomas. C. S. Anderson and K. W. Brown. 1990. The influence of application rate on the bacterial mutagenicity of soil amended with municipal sewage sludge. Environmental Pollution 68:147-159.

149. Brown, K. W., J. C. Thomas and M. Holder. 1990. The ability of sorbent materials to adsorb and retain organic liquids under landfill conditions. Hazardous Waste & Hazardous Materials 7:361-371.

150. Brown, K. W., C. P. Chisum, J. C. Thomas and K. C. Donnelly. 1990. A comparison of two different procedures for the extraction of organic mutagens from sewage sludge. Chemosphere 20:13-20.

151. Brown, K. W., J. C. Thomas and K. C. Donnelly. 1991. Bacterial mutagenicity of municipal sewage sludges. J. Environ. Sci. Health, A26 (3), 395-413.

152. Fiedler, D. A., K. W. Brown, J. C. Thomas, and K. C. Donnelly. 1991. Mutagenic potential of plants grown on municipal sewage sludge-amended soil. Arch. Environ. Contam. Toxicol. 20, 385-390.

153. Giam, C.S., T. L. Holliday, R. Evans, Y. Zheng, R. Li, K. W. Brown, K. C. Donnelly, and C. S. Anderson. 1991. Bioassay directed chemical characterization of hazardous organics in soil. In: Proceedings of Hazardous Materials Conference South '91, Houston, Texas, April 24-26, 1991, pp. 159-161.

154. Brown, K. W. 1991. The soil scientist as an expert witness. Soils, Sept.-Oct., p. 39.

155. Anderson, D.C., M. J. Lupo, J. A. Rehage, J. O. Sai, R. L. Shiver, R. C. Speake, K. W. Brown and D. Daniel. 1991. Factors controlling minimum soil liner thickness. EPA/600/S2-91/008. USEPA, Risk Reduction Eng. Lab., Cincinnati, OH 45268.

156. Donnelly, K. C., K. W. Brown, C. S. Anderson and J. C. Thomas. 1991. Bacterial mutagenicity and acute toxicity of solvent and aqueous extracts of soil samples from an abandoned chemical manufacturing site. Environmental Tox. & Chem. 10:1123-1131.

157. Holder, M., K. W. Brown, J. C. Thomas, D. Zabcik, and H. E. Murray. 1991. Capillary-wick unsaturated zone pore water sampler. Soil Sci. Soc. Am. J. 55:1195-1202.

158. Brown, K. W., G. E. Schrab and K. C. Donnelly. 1991. Acute and genetic toxicity of municipal landfill leachate. Texas Water Resources Institute Publication TR-153, Texas A&M University, College Station. 91 pp.

159. Barbee, G. C., K. W. Brown and K. C. Donnelly. 1992. Fate of mutagenic chemicals in soil amended with petroleum and wood preserving sludges. Waste Management & Research 10:73-85.

160. McCarthy, K. P. and K. W. Brown. 1992. Soil gas permeability as influenced by soil gas-filled porosity. Soil Sci. Soc. Am. J. 56:997-1002.

161. Thomas, J. C. and K. W. Brown. 1992. Depth variations in hydraulic conductivity within a single lift of compacted clay. Water, Air, and Soil Pollution 65:371-380.

162. Safe, S., K. W. Brown, K. C. Donnelly, C.S. Anderson, K. V. Markiewicz, M. S. McLachlan, A. Reischl and O. Hutzinger. 1992. Polychlorinated dibenzo-p-dioxins and dibenzofurans associated with wood-preserving chemical sites: Biomonitoring with pine needles. Environmental Science & Techno. 26(2):394.

Kirk W. Brown

163.  Donnelly, K. C., C. S. Anderson, J. C. Thomas, K. W. Brown, D. J. Manek and S. H. Safe. 1992. Bacterial mutagenicity of soil extracts from a bioremediation facility treating wood-preserving waste. J. Hazardous Materials 30:71-81.
164.  Bloodworth, M.E., K. W. Brown, J. B. Beard and S. I. Sifers. 1993. A new look at the Texas-USGA specifications for root-zone modification. Grounds Maintenance, January 1993.
165.  Donnelly, K. C., K. W. Brown, K. V. Markiewicz, C. S. Anderson, D. J. Manek, J. C. Thomas and C. S. Giam. 1993. The use of short-term bioassays to evaluate the health and environmental risk posed by an abandoned coal gassification site. Hazardous Waste & Hazardous Materials. 10:59-70.
166.  Schrab, G. E., K. W. Brown and K. C. Donnelly. 1993. Acute and genetic toxicity of municipal landfill leachate. Water, Air, and Soil Pollution 69:99-112.
167.  Donnelly, K. C., K. W. Brown, C. S. Giam and B. R. Scott. 1993. Acute and genetic toxicity of extracts of munitions wastewater contaminated soils. Chemosphere 27:1439-1450.
168.  Brown, K. W. 1993. Municipal solid waste (MSW) disposal, past, present and future. Hazardous Waste & Hazardous Materials 10:105-106.
169.  Brown, K. W. and L. D. Nelson. 1994. Sources of hazardous constituents in municipal solid waste and landfill leachate. In: 7th annual Municipal Solid Waste Management Conference, Vol. 1. Austin, Texas, January 19-21, 1994.
170.  Prasad, T.V., K. W. Brown and J. C. Thomas. 1994. Diffusion coefficients of organics in high density polyethylene (HDPE). Waste Management & Research 12:61-71.
171.  Brown, K. W. 1994. New Horizons in Soil Remediation. Geotimes, pp. 15-17. September 1994.
172.  Prasad, T. V. and K. W. Brown. 1995. Permachor method to predict diffusivity coefficients of organics in aqueous solutions in flexible membrane liners. Waste Management & Research 13:47-53.
173.  Brown, K. W. 1994. Lysimeters. Encyclopedia of Soil Science (in press).
174.  Brown, K. W. 1994. Soil pore size distribution. Encyclopedia of Soil Science (in press).
175.  Brown, K. W. 1995. Soil solution sampling. Encyclopedia of Soil Science (in press).
176.  Brown, K.W. 1997. Decontamination of polluted soils. Remediation of Soils Contaminated with Metals. pp. 47-66.
177.  Omidi, G.H., T.V. Prasad, J.C. Thomas and K.W. Brown. 1996. The influence of amendments on the volumetric shrinkage and hydraulic conductivity of compacted clays used in landfill liners. Water, Air, and Soil Pollution 86:263-274.
178.  Donnelly, K.C., J.C. Thomas, K.W. Brown. 1995. Mutagenic potential of environmental samples before and after remediation of a solvent-contaminated site. Environmental Toxicology and Chemistry, Vol. 14, No. 8, pp. 1281-86.
179.  Brown, K.W., J.C. Thomas and O.J. Seago. 1995. Degradation of explosive propellants by in-vessel composting. BioCycle. pp. 56-58.
180.  Spongberg, A.L. and Brown, K.W. 1995. Volatilization of toxic organic compounds during in-vessel composting of hazardous waste. Hazardous Waste & Hazardous Materials. 12:295-307.
181.  Spongberg, A.L., J.C. Thomas, and K.W. Brown. 1996. Laboratory scale in-vessel composter designed for volatile emissions analysis. Journal Environmental Quality. 25:371-373.
182.  Omidi, G.H., J.C. Thomas, and K.W. Brown. 1996. Effect of desiccation cracking on the hydraulic conductivity of a compacted clay liner. Water, Air, and Soil Pollution. 89:91-103.
183.  Barbee, G.C., K.W. Brown, J.C. Thomas, K.C. Donnelly, and H.E. Murray. 1996. Mutagenic activity (Ames Test) of wood-reserving waste sludge applied to soil. Bull. Environ. Contam. Toxicol. 57:54-62.
184.  Brown, K.W., J.C. Thomas, S. Friedman and A. Meiri. 1996. Wetting Patterns Associated With Directed Subsurface Irrigation. Pg. 806-811 In: C.R. Camp, E.J. Sadler, and R.E. Yoder (eds.) *Evapotranspiration and Irrigation Scheduling Proceedings of the International Conference.* November 3-6, San Antonio, TX. Publ. by American Society of Agricultural Engineers.
185.  Magnuson, C.E., T.P. Grundy, Z. Wang, M.J. Lupo, M.F. Conlin, D.F. Wunneburger, D. Rodriguez and K.W. Brown. 1996. A GIS application in a study involving a large number of residents with elevated VOC Exposures. pp. 334-345 In: Geographic Information Systems (GIS) in Environmental Resources Management. Proceedings of a Specialty Conference Sponsored by the Air & Waste Management Association, Reno, Nevada, March 13-15, 1996.

Kirk W. Brown

186. Donnelly, K.C., J.C. Chen, H.J. Huebner, K.W. Brown, R.L. Autenrieth and J.S. Bonner. 1997. Utility of four strains of white-rot fungi for the detoxification of 2,4,6-trinitrotoluene in liquid culture. Environmental toxicology and chemistry 16:1105-1110.

187. Brown, K.W., David C. Anderson, James C. Thomas. 1997. Above Ground Disposal. In Standard Handbook Of Hazardous Waste Treatment and Disposal, Second Edition:10.68-10.75.

188. Brown, K.W., J.C. Thomas and F. Whitney. 1997. Fate of volatile organic compounds and pesticides in composted municipal solid waste. Compost Science & Utilization, (1997), Vol. 5, No.4, pp. 6-14

189. Lupo, M.J., G.J. Moridis and K.W. Brown. 1998. Predicting the fate of trichloroethylene and its daughters in a heterogeneous environment. (In Press)

190. Lupo, M.J., K.W. Brown. 1998. Distinguishing the contributions of multiple sources from a gasoline release. (In Press)

191. Brown, K.W. and J.C. Thomas. 1998. A comparison of the convective and diffusive flux of organic contaminants through landfill liner systems. Waste Management & Research 16:296-301.

192. Rooney, D.J., K.W. Brown and J. C. Thomas. 1998. The effectiveness of capillary barriers to hydraulically Isolate salt contaminated soils. Kluwer Academic Publishers. 104: 403-411.

193. Brown, K.W. 1998. Composting of Hazardous Wastes and Hazardous Substances. In: Beneficial Co-Utilization of Agricultural, Municipal and Industrial By-products. (S. Brown, J. S. Angle, and L. Jacobs eds.). Kluwer Academic Publishers, Netherlands. pp. 327-340.

194. West, M.E., K.W. Brown, and J.C. Thomas. 1998. Methane production of raw and composted solid waste in simulated landfill cells. Waste Management & Research 16:5:430-436.

**Miscellaneous Papers**

1. Brown, K. W. 1983. Landfills of the future: Aboveground and aboveboard. Public Works, June 1983, p. 62.

2. Brown, K. W. 1982. Testimony before the House of Subcommittee on Natural Resources, Agriculture Research and Environment of the Committee on Science and Technology. Unpublished paper.

**Miscellaneous Reports**

1. Brown, K. W. 1968. Experimental considerations for the measurement of photosynthetic rates by means of carbon dioxide exchange in leaf chambers. Dept. of Hort. and For., University of Nebraska. Progress Report No. 66.

2. Rosenberg, N. J., E. H. Hart and K. W. Brown. 1968. Evapotranspiration. A review of research. Nebr. Agric. Expt. Sta. MP-20.

3. Brown, K. W. and N. J. Rosenberg. 1969. Computer program for plotting time dependent data with instructions and examples. Nebr. Agric. Expt. Sta. MP-23. 35pp.

4. Brown, K. W. 1969. Mechanisms of windbreak influence on microclimate evapotranspiration and photosynthesis of the sheltered crop. Dept. Hort. and For., University of Nebraska, Proj. Report No. 71. Lincoln, Neb., 254 pp.

5. Rosenberg, N. J. and K. W. Brown. 1973. Measured and modeled effects of microclimate modification on evapotranspiration by irrigated crops in a region of strong sensible heat activation. Plant response to climate factors. UNESCO. Paris 539-546.

6. Brown, K. W., L. E. Deuel, Jr., F. C. Turner and J. D. Price. 1977. Quality of irrigation return flow from flooded rice paddies. In Proc. of National Conf. on Irrigation Return Flow Quality Mgmt. Colorado State University. May 16-19, 1977.

7. Haliburton, T. Allan, Gary N. Durham, K. W. Brown, Robert E. Peters and Thomas B. Delaney, Jr. 1977. Effects of mechanical agitation on drying rate of fine-grained dredged material. Technical Report D-77-10. U. S. Army Eng. Waterways Exp. Sta., Vicksburg, Miss.

8. Brown, K. W., J. F. Slowey and H. W. Wolf. 1978. The movement of salts, nutrients, fecal coliform and virus below septic leach fields in three soils. In Proc. Nat. Home Sewage Treat. Symp. ASAE Publ. pp. 708-717.

9. Reddell, D. L., K. W. Brown and J. M. Sweeten. 1976. Land disposal of blood and paunch manure. In Proceedings of Management of Slaughterhouse and Meat Processing Wastes Seminar in Waco, Texas.

10. Deuel, L. E., Jr., K. W. Brown and J. C. Thomas. 1978. Soil disposal of API pit waste. Presented at the 85th National Meeting of the American Institute of Chemical Engineers. Philadelphia. June 8, 1978.

Kirk W. Brown

11. Brawand, H. and K. W. Brown. 1977. Tentative procedure for measuring bulk density and soil moisture criteria on undisturbed soil cores. Departmental Technical Report No. 55. Texas A&M University, Soil & Crop Sciences Department. College Station, Texas.

12. Brown, K. W. 1978. The fate of sewage effluent heavy metals in land wastewater disposal sites. In: State of Knowledge in Land Treatment of Wastewater. Volume 2 (H. L. Ç701 McKim, Coordinator) Pub. by U. S. Army Corps of Engineers, Cold Regions Research and Engineering Laboratory, Hanover, New Hampshire.

13. Overcash, M. R., K. W. Brown and G. B. Evans, Jr., 1987. Hazardous Waste Land Treatment: A Technology and Regulatory Assessment. Technical Memo ANL/EES-TM-340. Argonne National Laboratory, Energy and Environmental Systems Division, 9700 S. Cass Avenue, Argonne, Ill 60439. 51 pp.

14. Brown, K. W. 1980. Clay Liners May be Unsafe for Hazardous-Waste Impoundments. Texas Agricultural Experiment Station Research Report, Texas A&M University.

15. Brown, K. W., J. C. Thomas and A. Almodares. 1981. Organic Matter Sources and Placements During Root Zone Modification as they Affect Seedling Emergence and Initial turf Quality - Preliminary Report. Texas Turfgrass Research - 1979-80. TAES Consolidated Report 3831-3851.

16. Brown, K. W. 1983. Landfills in the Future. Public Works, June 1983.

17. Brown, K. W. and D. C. Anderson. 1983. The Case for Aboveground Landfills. Pollution Engineering, November 1983.

18. Brown, K. W. and D.C. Anderson. 1984. Abovegrade Storage of Waste. Presented at the National Conference and Exhibition on Hazardous Waste and Environmental Emergencies, Houston, Texas, March 12-14, 1984.

19. Brown, K. W. 1985. Some Municipal Waste Landfills Rival Industrial Ones in Toxicity. Texas Agricultural Experiment Station Research Report, Texas A&M University, College Station.

20. Brown, K. W. 1986. Many Businesses and Individuals are hazardous Waste Generators. Texas Agricultural Experiment Station Research Report, Texas A&M University, College Station.

21. Brown, K. W. 1986. Underground Storage Tanks. Grounds Maintenance, July, 1986. p. 56.

22. Brown, K. W. 1986. Pesticide Rinse Water Disposal Options. Golf Course Management, p. 80.

23. Brown, K. W. and J. C. Thomas. 1986. Bunker sand selection. Golf Course Management, July, 1986, p. 64.

"Efficiency of soil core and soil-pore liquid sampling systems". 1983-1985. Funded by Environmental Protection Agency for $101,766. Final report submitted in 1986.

"Completion of Field Investigation and an Evaluation of Mechanisms by which Organic Liquids Alter the Permeability of Clay Soils". 1984-1985. Funded by EPA for $59,000. Final report submitted in 1986.

"Mobility and Stability of Mutagenic Compounds in Municipal Sewage Sludge Amended Soil." 1984-1986. Funded by Environmental Protection Agency. for $281,800.

"Development of a Capillary Wick Unsaturated Zone Pore Water Sampler." 1985-1986. Funded by Environmental Protection Agency for $236,353.

"Evaluation of the Thickness of Clay Liners Required to Meet RCRA Requirements". Funded by Environmental Protection Agency. 1987-1989. First year funding $122,184.

"Development of a Pesticide Rinse Water Digester". 1986-88. Funded by Texas Water Resource Institute for $58,000.

"Determination of the optimum furrow dike size to minimize rainfall runoff". 1985. Funded by Texas Water Resource Institute for $17,500.

"In situ vapor extraction of volatile contaminants at Superfund sites" 1987-88. Funded by Texas Water Resource Institute for $40,000.

"Development of a comprehensive testing protocol to assess the hazard of an uncontrolled hazardous waste site". 1987-89. Funded by Environmental Protection Agency for $315,897.

"Evaluation of the Bacterial Mutagenicity and Chemical Characteristics of Municipal Landfill Leachate". 1988-1990. Sponsored by Texas Water Resource Institute, $47,500.

"Bioassay Directed Chemical Characterization of Hazardous Organic Chemicals in Waste Contaminated Environments". Funded by National Institute of Health, 1989-1992, $422,000.

"The Use of Short-Term Bioassays to Assess the Human Health Hazard of Uncontrolled Hazardous Waste Sites". Funded by National Institute of Health, 1989-1992, $607,000.

"In Situ Bioremediation of Hazardous Substances in the Vadose Zone". Funded by USEPA, 1988-1991, $341,164.

"Effectiveness of Multiple Liner Systems for Hazardous Waste Containment Facilities". Funded by USEPA, 1988-1991, $387,203.

Kirk W. Brown

"The Use of In-Vessel Composting as a Treatment Technology for Hazardous Waste Minimization". Funded by Gulf Coast Hazardous Substance Research Center, June 1, 1991-April 30, 1994, $107,471.

"Site Assessment." Funded by NIH for $334,.650 for first 3 years. 1992-1996.

"Demonstration of the Degradation of Toxic Organics in Composted Municipal Solid Waste." Funded by Texas Water Commission for $135,000 for two years, 1992-1994.

"A Preliminary Demonstration of the Use of In-Vessel Composting for Degradation of Waste Propellants." Sponsored by Day & Zimmermann, Inc. 1993. Funds amounted to $18,138.

"Water Use Efficiency and Wetting Patterns Associated with Directed Subsurface Irrigation." Sponsored by Texas-Israel Exchange Program through the Texas Department of agriculture 1995-1996 Funds amount to $27,770.

# EXHIBIT D
# TO K. BROWN REPORT

## Documents Relied Upon

Adams, J.I. 1974. Memo: Waste Acid Disposal Costs. 8 Oct 1974.

AETC, 1977. Uniform Striaght Bill of Lading Cansigned to AETC (P-52 5/12/03), AETC, various dates.

AETC, 2003. Defendant AETC's Information ans Document Disclosure Pursuant to February 3,2003

Advanced Environmental Case Management Order. 17 March 2003.

Agere Systems, et. al., 2005. Fourth Ameneded Complaint. 1 August 2005.

Agnello, 2006. Letter from John M. Angello to Krik W. Brown for retention of services. August 18, 2006.

Agreement Group Costs, Undated.

American Cyanamid,1988. American Cyanamid's response to EPA's request for info in 1988. July 13, 1988. (BSAI111-BSAI135)

American Cyanamid,1993. American Cyanamid's response to EPA's 1993 request for information. July 2, 1993. (BSAI 001625 - BSAI 001739)

American Cyanamid,1994. American Cyanamid's supplemental response to EPA's request for information (1993 response inadeqate). March 1994. (BSAI 007751 - BSAI 007985)

American Society for Metals, 1977. Advances in the Technology of Stainless Steels and Related Alloys (ASTM Publication No 369). 1976.

Ashland, 1976a. Straight Bill of Lading; shipped to: Advanced Envirotech Company (P-51). Ashland Chemical Company. 16 Sept, 1976. (BSA022973)

Ashland, 1976b. Straight Bill of Lading Shipped to Advanced Environtech Company (P-63). Ashland Chemical Company. Various dates in 1976-1977. (ASHL00005-00010; 00037-00044; 00048-00072, 00075-00084, 00090-00305)

Ashland, 1976c. Straight Bill of Lading. Various dates. Ashland Chemical Company.

Ashland, 2003. Discover Disclosures of Defendant Ashland Inc. DPursuant to the Court's Case Management Case Management Order of February 3, 2003. 19 March 2003.

ASTM, 1966. Handbook of Stainless Steels. 1965.

AT&T, 1986. Letters from 1971 and DeRewal Chemical Logs. June 27, 1986 (AR0659-AR0674)

AT&T, 1988. AT&T's 104(e) response, including invoices and exhibits. June 23, 1988. (BSAI000103-BSAI000106)

AT&T, 2005 (a). Santarelli 6 (Letters from AT&T to EPA, exhibit from Santarelli deposition). February 22, 2005. (AGER000006-AGER000039)

AT&T, 2005 (b). Santarelli 7, exhibit from Santarelli deposition. February 22, 2005.

AT&T, 2005 (c). Letters of Correspondence, exhibit from Santarelli deposition. February 22, 2005. (BSAI023382-BSAI0234020)

Barsum, J. 2003. Deposition of John Barsum. September 8, 2003.

Bean, J. 2003. Deopsition of John Bean. July 30, 2003.

Bell, T. 2005. Deposition of Tom Bell. February 24, 2005.

BFAG, 2006. BFAG's Initial Disclosures (Exhibit from Santarelli deposition). February 22, 2005.

Bigler, 2006. Volume I Final O&M Manual Groundwater Extraction and Treatment System. February 22, 2005. (BSAI 0 63845-0 63987)

Billings, S. 1988a. Call to Frank Miller Re: Chloronating the H2O coming into the school. November 17, 1988. (PHKS2142)

Billings, S. 1988b. Call to Barbara Guth. November 10, 1988. (PHKS2153)

Billings, S. 1988c. Call to Dan Donnaly Re: Sampling. September 30, 1988. (PHKS2161-PHKS2162)

Boarhead Farm Agreement Group, undated (a). Initial Disclosure.

Boarhead Farm Agreement Group, undated (b). Initial Disclosure with regard to Cytec.

Boarhead Farm Agreement Group, undated (c). Initial Disclosure with regard to Ford Motor Company.

Boarhead Farms Agreement Group, 1989 (f). F-63 Administrative Record - Vol 7. Various 1989-1993.

Boarhead Farms Agreement Group, 1989a. F-60 Administrative Record - Vol 4 Hand written notes. Various 1989-1993.

Boarhead Farms Superfund Site Upper Black Eddy, Bucks Co., PA Operable Unit No.1 LTMP Monitoring Report October 2002. February 22, 2005. (BSAI 063624-063844)

Boarhead Farms, 1988. Meeting with Gary Moulder. September 2, 1988. (PHKS2172-2175)

Boarhead Farms, 1989b. Data summary from inorganis 11/14-16/90 & FR document. March 31, 1989. (PHKS2049-PHKS2070)

Boarhead Farms, 2004. Appendix D Daily Progress Reports, Daily Field Report. 2004. (BSAI731-BSAI1942)

Boarhead Farms, Undated (a). Removal objectives /Interim action - Interception wells pump and treat. Undated (a). (PHKS3769-37710)

Boarhead Farms, Undated (b). Removal objectives /Treatment of test water. Undated (b). (PHKS 3772-3782).

Boarhead Farm Agreement Group, undated (d). Initial Disclosure with regard to SPS Technologies.

Boarhead Farm Agreement Group, undated (e). Initial Disclosure with regard to TI Group Automotive Systems LLC.

Boarhead, 1995. Boarhead Farms superfund project Upper Black Eddy, Bucks County, PA Per-Desighn Sampling Effort Scop of Work. December 5, 1995. (PHKS1906-1949).

Bostik, 1978. 104(e) response from Bostik South, Inc. June 23, 1978.

Bridgeton Township, 1988. Bridgeton township Boarhead toxic waste site propertty list for well/soil tests. November 16, 1988

Brown & Caldwell, 2001. Boarhead Farms Superfund Site Figure 1-2 Site Map. March 2001. (BSAI9351).

Brown & Caldwell, 2002a. Boarhead Farms Superfund Site Upper BlackEddy, Bucks Co. PA Operable Unit No.2 Remedial Design Work Plan. March 2002. (BSAI9075-9350).

Brown & Caldwell, 2002b. 4087C OU2.18 Technical Specifications Boarhead Farms Superfund Site. August 2002. (BSAI8462-BSAI8714)

Brown and Caldwell, 2002c. OU-2 Remedial Design Waste Management Plan. October 2002. (PHKS074423-PHKS074429)

Brown and Caldwell, 2002d. OU-2 Remedial Design Engineering Report. September 2002. (PHKS074460-PHKS074505)

Brown & Caldwell, 2004a. 4087C.06 Letters & Faxes. January 26, 2004. (BSAI8176-BSAI8195)

Brown & Caldwell, 2004b. 4087C.06 Code, Letters & Faxes. January 26, 2004 (BSAI8196-BSAI8217)

Brown & Caldwell, 2004c. Remedial Construction Report OU 2 Appendices B-I. May 2004. (BSAI1110-BSAI1730)

Brown & Caldwell, various dates. 4087C.06 Contractor, Maps, Faxes, Letters, etc. various dates (BSAI8115-BASI8175)

Bucks County Dept of Health, 1979. Letter form Bucks County to Mel Silverman stating presence of TCE in holding tanks. 10 Oct 1979.

Bucks County Dept of Health, 1982. Order and Civil Penalty Assessment. Nov 1982.

Bucks County Fire Marshall, 1976. Initial Report (D-7). 9 Sept 1976, Deposition date 8 May 2003. (NOV0192-NOV0197)

Bussa, B., 2005. Deposition of Brian Bussa (no exhibits). February 8, 2005.

Carella Byrne, undated. Handy & Harman Tube Company, Inc.'s Disclosure of Information Responsive to Paragraph 3.B.(3) of the February 3, 2003 Case Management Order. Unknown date

Carpenter Technology, 1973. Debit Memorandum for DeRewal Chemical (P-36). Sept 1973. (CART 0011)

Castillo, K. 2003. Deposition of Karen Castillo. June 3, 2003.

CERCLA Excerpt, undated. Federal environmenal laws. (PHKS2094-PHKS2095)

CH2M Hill (Britt Eden), 1996a. Memo to Donna Connery Re: Revisions to Boarhead ecological risk assessment. February 12,1996. (PHKS1664-1667).

CH2M Hill (Britt Eden), 1996b. Memo to Donna Connery Re: Revisions to Boarhead ecological risk assessment. February 12,1996. (PHKS1673-1676).

CH2M Hill (Connery Donna), 1996. Fax to Harry Harbold Re: 2/12/96 letter. February 13, 1996. (PHKS1668-1672).

CH2M Hill, 1990a. Remedial planning activities at selected uncontrolled hazardous waste in region III. May 1990. (PHKS1641-1663).

CH2M Hill, 1990b. Remedial Planing Activities at Selected Uncontrolled Hazardous Wasrte Site in Region III. April 1990. (PHKS9090-9346).

CH2M Hill, 1991. RI/FS Work Plan. August 1991.

CH2M Hill, 1993. Revised addendum 2 Boarhead Farms RI/FS Work Plan. May 1993. (PHKS1551-1640).

CH2M Hill, 1995. Fax to Harry Harbold Re: Boarhead risk assessment. February 7, 1995. (PHKS1677-1682).

CH2M Hill, 1996 (a). Letter to Mr. Harbold Re: Boarhead Farms RI/FS. February 23, 1996. (PHKS1704-1707).

CH2MHill, 1997(a). Boarhead Farms Remedial Investigation Report. Prepared for USEPA. January 1997.

CH2M Hill, 1997 (b). Letter to Mr. McClain Re: Transmittal of 4 USGS reports associated with the Boarhead Farms. February 13, 1996. (PHKS1708-1713).

CH2MHill, 2003. Figure 1-2 Site Features  Boarhead Farms RI/FS  Upper Black Eddy, Pa  (D-13  5/13/03)

Chesky, 1994. Interview of Frederick Chesky III (NRM) by Richard Grabill.  3 March 1994.

Ciba, 1988 (a). Ciba Geigy's 104(e) response summaries. Part 1. (BSAI004014-BSAI004449)

Ciba, 1988 (b). Ciba Geigy's 104(e) response summaries. Part 2. (BSAI007370-BSAI007750)

Ciba, 1988 (c). Ciba Geigy's 104(e) response summaries. Part 3. (BSAI002322-BSI002605)

Ciba, 1988 (d). Ciba Geigy's 104(e) response summaries. Part 4. (BSAI007045-BSAI007369)

Ciba, 1997. Ciba Geigy's response and information disclosure. 1997.

Civitello, 1993. Interview of Michael Civitello (NRM) by Richard Grabill. 16 Aug 1993.

Coats, J., 2006. Email from John Coats to Melissa Flax. September 29, 2006.

Cochran, L. 2003. Depoisition of Linda J. Cochran. May 15, 2003

Code Environmental Svc., 2003. 4087C.08 Meeting Notes. September 2003. (BSAI8329-BSAI8430)

Code Environmental, 2004. Narrative Suppliment to Soil Erosion and Sediment control Plan. March 5, 2003. (BSAI8715-BSAI8785).

Connery, 1996 (a). Memo to Harry Harbold Re: RI/FS Progress meetiing 12/7/95. January 24, 1996. (PHKS1714-1720).

Connery, 1996 (b). Memo to Harry Harbold Re: RI/FS Progress meetiing 12/7/95. January 24, 1996. (PHKS1714-1720).

Connery, 1996 (c). Memo to Harry Harbold Re: RI/FS Progress meetiing 12/7/95. January 24, 1996. (PHKS1714-1720).

Corbin, R., 1997. PRP Search CERCLA hazardous substance matrixes. February 19, 1997.

Correspondence, 2005. Various letters of Correspondence, exhibit from Santarelli deposition. February 22, 2005. (AR200659-AR200674).

Councel 2004. Flexibe Circuits' Responses and Objections to Plaintiff's Interrogatories and Requests for Production of Documents. August 13, 2004.

Council 2005. Flexibe Circuits' Responses and Objections to Plaintiff's Interrogatories and Requests for Production of Documents Directed to Each Defendant. February 9, 2005

County of Bucks, 1976. Complaint/Information Report (D-4). 8 Sept 1976. (NOV0188-NOV0191)

Crawford, J. 1993. Interview of Jay Crawford by Richard Grabill. February 12, 1993.

Crown Metro, 2003. Crown Metro's information and document disclosures. March 20, 2003.

Curley, A.T. 1976. Memos regarding spent acid. 20 Sept 1976 - 14 Apr 1977.

Curran, T., 1993a. Supplemental response by Thomas Curran (Handy and Harman) to EPA's 1992 request for information. January 7, 1993. (BSAI030914-BSAI030932)

Curran, T., 1993b. Interview of Thomas Curran by Richard Grabill. February 12, 1993. (BSAI34850-BSAI34851)

Curran, T., 2004. Deposition of Thomas M. Curran. December 2, 2004.

Cytec, 2002. BHF disposal possibilites and PRP Group Organization Agreement for Operable Unit 2. 2002. (PHKS07472-PHKS074303)

De Maximus, 2002a. 4087C.07 Monthly Rpt. Letters and Faxes. November 11, 2003. BSAI8285-BSAI8328.

De Maximis, Inc., 2003a. RW-22 well data. December 1, 2003. (PHKS 061375-PHKS061376)

De Maximis, Inc., 2003b. Draft Boarhead Farms Cost Estimates for LTMP Program, Well Installation and Groundwater Modeling (email only). December 4, 2003.

De Maximis, Inc., 2004a. Cost Tracking for Operable Unit Two RD/RA/O&M Activities. September 15, 2004.

De Maximis, Inc., 2004b. 4087C.07 Progress rpt. 2004. September 10, 2004. (BSAI8231-BSAI8284)

De Maximus, 2004c. 4087C.09 Cost Est. October 31, 2003. BSAI8431-BSAI8439.

Dept. of Enviornmental Resources, 1976. Waste Discharge Inspection Report (D-5). Dept.of Enviornmental Resources: Bureau of Water Quality Management. 8 Sept 1976. (NOV 0186)

Dept. of Enviornmental Resources, 1976. Waste Discharge Inspection Report (D-6). Dept.of Enviornmental Resources: Bureau of Water Quality Management. 10 April 1976. (NOV 0187)

Dept. of Health, 1971. Handwritten notes and waste inspection reports of Merit Metal. 1971-1972.

DeRewal and Carpenter, 1973a. Agreement between Derewal Chemical Co. and Carpenter Technology. 12 June 1973. (CART0001, CART 0003)

DeRewal and Carpenter, 1973b. Agreement between Derewal Chemical Co. and Carpenter Technology. 12 June 1973.

DeRewal, B. 2003. Deposition of Bruce DeRewal. June 16, 2003

DeRewal Chemical Co. 1977. Records, reports, and invoices of DeRewal Chemical Co. for AET. Various dates 1977. (BSAI 012950 - BSAI 012952)

DeRewal Chemical Co., 1970's. Records, reports, and invoices of DeRewal Chemical Co. for Flexible Circuits. Various 1970's. (BSAI 012953 - BSAI 012993)

DeRewal Chemical Co., 1973b. Proposal to SPS for service, invoice from SPS to DeRewal, handwritten notes. 1972/1973. (BSAI 016593 - BSAI 016595)

DeRewal Chemical Company, 1972. Invoice to Globe Disposal Service (P-48). 28 Aug 1972.

DeRewal Chemical Company, 1972. Letter to Edward Strocka of Carpenter Technology (P-31). 14 Nov 1972. (BSAI025180)

DeRewal Chemical Company, 1972a. Letter to Edward Straka of Carpenter Technology (P-32). 27 Nov 1972. (BSAI025184)

DeRewal Chemical Company, 1972b. Invoice to Univac (P-18). 25 April 1972. (BSAI035534)

DeRewal Chemical Company, 1972c. Letter to Ralph Parker of Circuits, Inc. (P-38)  3 Oct 1973. (BSAI032975)

DeRewal Chemical Company, 1973a. Invoice to Quickline Design Inc. (P-41). 1973. (BSAI032908)

DeRewal Chemical Company, 1973b. Derewal Chemical Company Shipping Orders for Flexible Circuits (P-10). Various dates 1973- 1975. (BSAI051931, 051959, 051955, 051952, 051947,051949, 051945, 051941, 051937, 051934, 051957, 051923)

DeRewal Chemical Company, 1973c. Invoices to Flexible Circuits (P-11). Various dates 1973 - 1975. (BSAI051961, 051960, 051958, 051954, 051950, 051948, 051946, 051939, 051944, 051942, 051929, 051936, 051935, 051927, 051924)

DeRewal Chemical Company, 1974a. Invoice to Etched Circuits, Inc. (P-39). 17 July 1974

DeRewal Chemical Company, 1974b. Timesheets (P-34). 1974. (BSAI021696-BSAI1021698)

DeRewal Chemical Company, 1976a. Shipping order for Plymouth Tube (P-14)  6 July 1976 and 22 Nov 1976. (BSAI052294, BSAI052301)

DeRewal Chemical Company, 1976b. Invoice to Plymouth Tube Co. (P-15). 1976. (BSAI052293-BSAI052302)

DeRewal Chemical Company, 1977. Invoices to Advanced Environmental Tech (P-47). March and April 1977.

DeRewal, F. 2003a. Deposition of Manfred (Freddy) DeRewal Jr Vol 1. May 12, 2003.

DeRewal, F. 2003b. Deposition of Manfred (Freddy) DeRewal Jr Vol II. May 13, 2003.

DeRewal, M. 1972a. Letter from Manfred Derewal to Melvin Silverman of Merit Metal (P-30). 14 Nov 1972. (BSAI025180)

DeRewal, M., 1972b. Letter from Manfred Derewal to Al Hammer of Univac Corp (P-16). 21 Jan 1972. (BSAI035517)

DeRewal, M. 1972c. Letter from Manfred Derewal to Jack King of Burroughs Corp (P-17) 24 Oct 1972. (BSAI035503)

DeRewal, M. 1972d. Letter to Melvin Bach of Flexible Circuits, Inc. (P-9). 10 Jan 1972. (BSAI029500-BSAI029501)

DeRewal, M. 1972e. Letter to Wayne Slater of Ellwood Ivins Tube Company (P-13). 11 Jan 1972. (BSAI020570)

DeRewal, M. 1972f. Letters from Manfred Derewal to Edward Straka. 27 Nov 1972 and 14 nov 1972.

DeRewal, M., 1972g. Letters and invoices between DeRewal and Philco Ford. Various 1972/1973

DeRewal, 1973a. Letter to Quickline Design regarding disposal of wastes from DeRewal Chemical Co. March 2, 1973.

DeRewal, M. 1973b, Letter from DeRewal to SPS, SPS Amendment to Purchase Order to DeRewal Chemical, handwritten notes. 1972/ 1973

DeRewal, M. 1973c. Invoice to Etched Circuits, Inc. (P-39). 2 March 1973. (BSAI020495)

DeRewal, M. 1973d. Letter from Manfred Derewal to Frank Marchewka, 2 March 1973.

DeRewal, M. 1973e. Letter to Quickline Design Inc. (P-40). 2 Feb 1973. (BSAI032906)

DeRewal, M. 2003a. Except of Deposition of Manfred Derewal. 13 May 2003.

DeRewal, M. 2003b. Except of Deposition of Manfred Derewal. 13 May 2003.

DeRewal, M. 2003e. Deposition of Manfred T. DeRewal. May 7, 2003

DeRewal, M. 2003f. Deposition of Manfred T. DeRewal. May 8, 2003

DeRewal, M. 2003g. Deposition of Manfred T. DeRewal. May 9, 2003

DeRewal, M., 2003h. Handwritten note including Derewal phone number and Sylvan Chem address (D-14 5/13/03). 13 May 2003.

DeRewal, undated. Letters in reference to EPA 104(e) request for information from DeRewal Chemical Company. (BSAI029104-BSAI029139)

DeVasher, 1978. Letter from Willima DeVasher (USM Corp/ Emhart Corp) to David Michelmen (Assistant District Attorney) with attached documents. 21 March 1978.

Diamond, B.M., 1993. Memo from Bruce Diamond (Office of Waste Programs Enforcement) to Waste Management Division Directors. 30 Jul 1993.

Dillon, 1995. Corrosion Resistance of Stainless Steels. 1995.

Dovell, 2006. Report of Ramond F. Dovell, CPA. June 29, 2006.

Drum Inventory, 1995. Boarhead Farm RI/FS Drum Inventory. Updated July 1, 1995. (AR6031-AR6037)

Dupont, 1992. Dupont's 104(e) response to questioning form the EPA. October 30, 1992. (BSAI001416, PHKS027506-PHKS027508)

Echo, 2004. 4087C.15 Data. September 26, 2003. BSAI8442-BSAI8460.

Elbert, R.G. 1980. Analysis Request- Waste Acid Holding Tanks Bldg. 67). 1980 various. (C6697-C7223)

Emhart, 2003. Emhart's document disclosure. March 20, 2003. (EMHA00001-EMHA00020)

Environmental Chemical Control, 1976. Letter to Advanced Environmental Chemcial Control Technology Corp. (P-46). 17 Aug 1976. (BSAI022920)

Environmental Quality Co., various dates. 4087C.19 Disposal papers, certification forms, coc's, waste charecerization. etc. various dates. (BSAI8786-BSAI8852)

Etched Circuits, 1980. Notification of Hazardous Waste Activity. 1980-1982.

Etched Circuits, 1990. Hazardous Waste Generator Annual Report 1989. May 3, 1990. BSAI082830-BSAI082952.

Exner, 2006.  Expert Report of Jurgen H. Exner, Ph.D.  June 29, 2006.

Federal Register, 1989. National priorities list for uncontrolled hazardous waste sites final update No. 5. March 31, 1989. (PHKS2072-PHKS2093)

Flax, 2006A.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents.  August 18, 2006.

Flax, 2006B.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents.  August 21, 2006.

Flax, 2006C.  Email from Melissa E. Flax to Mike Golladay with attachments of additional documents.  August 22, 2006.

Flax, 2006D.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents.  August 22, 2006.

Flax, 2006E.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents.  August 22, 2006.

Flax, 2006F.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents.  August 30, 2006.

Flax, 2006G.  Letter from Melissa E. Flax to Kirk W. Brown in response to email dated August 31, 2006 accompanying enclosed documents.  September 1, 2006.

Flax, 2006H.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents.  September 5, 2006.

Flax, 2006I.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents.  September 14, 2006.

Flax, 2006J.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents relied upon by plaintiffs' experts.  September 15. 2006.

Flax, 2006K.  Letter from Melissa E. Flax to Kirk W. Brown accompanying enclosed documents relied upon by plaintiffs' experts.  September 15. 2006.

Flexible Circuits, 1983.  Letter containing brief description of processes, diagrams, and standard procedures. 27 May 1983.  (BSAI082785-BSAI082800)

Flexible Circuits, 1986.  Letter providing Flexible Circuits' Preparedness, Prevention and Contingency Plan (PPC). 27 Jan 1986. (BSAI082712-BSAI082722)

Flexible Circuits, 1987. Response to EPA letter and conversation. 6 Nov 1987. (FLEX00004-FLEX00005)

Flexible Circuits, 2003. Initial Disclosures. 27 March 2003.

Flexible, Undated. Responses to Plaintiff's Interrogatoriess and request. Undated. FLEX00001-FLEX00293.

Ford Motor Company, 1992. Ford's response to EPA's 1992 request for information. November 24, 1992. (PHKS027497-PHKS027503).

Ford New Holland, undated. Source documents 1 through 15. (BSAI003461-BSAI003665)

Foster, Andrew P., 2003. Defendants Techalloy Co. Inc. and Rahns Specialty Metals Inc.'s (collectively RSM) submission to document repository. March 20, 2003. (RAHN-001 - RAHN-0037)

Fraust, 2006. Correspondence from Fraust regarding Jonas Waste Removal, exhibit from Santarelli deposition. February 22, 2005. BSAI031233-BSAI031249.

Freda, 1993. Interview of Peter Freda (NRM) by Richard Grabill. 18 Aug 1993

Gawronski, E. 2003. Deposition of Elaine Gawronski. September 9, 2003

Groundwater, 2000. Supplemental groundwater sampling plan (pgs 37-41 of 42). November 28, 2000. BSAI065449-BSAI065453.

GROWS, 1976. Letter from Geological Reclamation Operations and Waste Systems, Inc. (G.R.O.W.S) to Bucks County Dpt. Of Health (D-8). (NOV 0198-NOV0199)

Handwritten Notes, 1988. Four pages of handwritten notes. November 6, 1988. (PHKS2143-PHKS2146)

Handy & Harman, 2004. Handy & Harman Tube Company, Inc's Objections and Responses to Plaintiff's Interrogatories and Requests for Production of Documents. 15 Sept 2004

Handy & Harman, 2004. Memorandum on behalf of defendant Handy & Harman Tube Company, Inc. in opposition to plaintiff's motion for leave to file a fourth amended complaint and in support of its cross motion for summary judgment. Undated.

Harris, 2002. Memo written by Glenn Harris Re: Boarhead Farm Superfund Site Meeting. 17 July 2002.

Harris, 2003. Emails from Glenn Harris to Melissa Flax with attached drum log and documents. 9 May 2003.

Harris, 2004a. Letter form Glenn Harris regarding Boarhead Litigation costs incurred by Agreement Group. 8 April 2004.

Harris, 2004b. Email from Glenn Harris including June 2003 groundwater data. 16 April 2004.

Harris, 2004c. Email from Glenn Harris: Boarhead -2004 groundwater monitoring results (unverified). 16 April 2004

Harris, 2004d. Letter from Glenn Harris addressing costs incurred by the Agreement Group. April 8, 2004.

Harris, 2005. Letter from Glenn Harris addressing cost and invoice tracking. December 12, 2005.

International Exploration, 1980. Hydrogeologic Investigation---Merit Metal Products Co. May 1980.

IT Corp., 1996 (a). Work Plan Addendum. November 1996. PHKS0688-0732.

IT Corp., 1996 (b). Work Plan Addendum. November 15, 1996. PHKS0733-0740.

IT Corp., 2000 (a). Final Report: Boarhead Farm Superfund Site Upper Black Eddy, Pennsylvannia Volume 1 of 4 (Original Large Maps in File Copy). December 2000. BSAI039840-BSAI040655.

IT Corp., 2000 (b). Final Report: Boarhead Farm Superfund Site Upper Black Eddy, Pennsylvannia Volume 2 of 4. December 2000. BSAI040656-BSAI041887.

IT Corp., 2000 (c). Final Report: Boarhead Farm Superfund Site Upper Black Eddy, Pennsylvannia Volume 3 of 4. December 2000. BSAI041888-BSAI043281.

IT Corp., 2000 (d). Final Report: Boarhead Farm Superfund Site Upper Black Eddy, Pennsylvannia Volume 4 of 4. December 2000. BSAI043282-BSAI044733.

Jeff S. Bean Contractors, 2003. 4087C.06 DeReal's House, Letters & Proposals. September 2003. (BSAI8218-BSAI8230)

Jerome, J., 2005. Deposition of Joel Jerome (with exhibits). January 6, 2006

JNDEP, 2003. 4087C.19A Waste Manifests. August 29, 2003. (BSAI8853-BSAI8872)

Joans, 1995. Jonas Exhibit 14. 21 June 1995

Knoll, 2003. Information Disclosure of Behalf of Knoll, Inc. under February 3, 2003 Case Management Order. March 17, 2003.

Kollmar, M. 1993. Interview of Mary Kollmar by Richard Grabill. February 13, 1993

Lucent, 2005. Santarelli-5 (Letters to the EPA includes waste disposal reports, exhibit from Santarelli deposition). February 22, 2005. AGER000069-AGER000118.

Lucent, 2006a. Santarelli 3 (Letter to US EPA from Lucent Techonologies, exhibit from Santarelli deposition). February 22, 2005. AGER000060-AGER 000068.

Lucent, 2006b. (Letter to US EPA from Lucent Techonologies, exhibit from Santarelli deposition). February 22, 2005. AGER000060-AGER 000068.

Mann, 2004. Exhibits 1-15 of Deposition of Mann. November 9, 2004

Mann, D.E. 1970. Memo from D.E. Mann confirming Revere Chemical Company is no longer removing Car Tech Waste. 25 Feb 1970.

Mcall, 2002. 4087C.12 Newspaper. December 11, 2001. BSAI8440-BSAI8441.

McMurray, 2006. Letter to USEPA from Lucent Technologies (Exhibit from Santarelli deposition). February 22, 2005. BSAI031216-BSAI031220.

Meeting notes, 1988a. Handwritten Notes / DQO Removal Level. October 25, 1988. (PHKS2154-PHKS2156)

Meeting notes, 1988b. Handwritten Notes Re: Boarhead notes sampling plan. October 18, 1988. (PHKS2157-PHKS2160)

Meeting notes, 1988c. Boarhead Sampling Notes. September 30, 1988. (PHKS2163-PHKS2165)

Meeting notes, 1988d. Meeting w/ Steve Javela / Potential removal candidates. August 15, 1988. (PHKS2166-PHKS2164)

Meeting notes, 1988e. Meeting with the Bucks focus on residential sampling / handwriten notes. September 13, 1988. (PHKS2168-PHKS2175)

Meeting Notes, 1988f. Meeting notes and attached docuements. July 19, 1988. (PHKS2176-PHKS2177)

Meeting Notes, 1996. Meeting notes Re: Boarhead Farms RI/FS. February 29, 1996. PHKS1702-1703.

Miller, 1995. Letter from Larry Miller (USEPA) to Merit Metal -EPA's 104(e) request for info and Merit Metal's 104(e) response. 28 Nov 1995. (BSAI 003666 - BSAI 003680)

Minthorn, 1991. Interview of Richard Minthorn (DeRewal Chemical-Retired) by John Hemenway and Richard Grabill. 17 Feb 1991

Moyers Landfill 1991. Moyers Landfill Waste Allocation Charter. June 17, 1991

MPS, 2005. MPS/Zaumeyer Economic Consulting. Accounting Report for OU-1 and OU-2. April 11, 2005.

MPS, 2006. MPS/Zaumeyer Economic Consulting. Continued Review of the Boarhead Farms Project Accounting. July 28, 2006.

National Rolling Mills, 1970. Exhibit 8 - John Barsum (NRM ledgers). 1970-1979.

National Rolling Mills, 1975a. Shipping orders, Bills of Lading from NRM to Jonas Trucking/ Waste Removal

National Rolling Mills, 1975b. Shipping Order between Jonas Trucking and NRM (P-50). 1975

National Rolling Mills, 1987. EPA Request for Information--Shipment of Waste Materials to GEMS Site 22 April 1987

Novartis, 2003. Novartis Corporation's Response to Case Management Order. March 18, 2003.

NRM Investment Company, 2004. Response to Interrogatories and Requests for Production of Documents of Plaintiff Boarhead Farms Agreement Group. 26 July 2004.

NRMI, 2003. Response of NRM Investment (NMRI) to Initial Disclosure Requirement of CMO Dated January 31, 2003. 26 March 2003

NUS Corp, 1985. Preliminary Assessments of Boarhead Farms prepared for Hazardous Site Control Division USEPA. 22 August 1985.

NUS Corp, 1986. Site Inspection of Boarhead Farms prepared for Hazardous Site Control Division USEPA. 20 January 1986.

NUS Corp, 1990. Site Inspection using available information of Merit Metals Product Corp. NUS Corporation. 27 March 1990.

Onyx, 2004. 4087C.19B Drum Disposal, Waste Manifest, Letters Coc's, Lab data. March 9, 2004. BSAI9251-BSAI9455.

Peckner and Bernstein, 1977. Handbook of Stainless Steels. 1977.

Pennoni, 1991. ECRA Sampling and Analysis Plan September 1990. BSAI082864-BSAI082879.

PHKS, 2001. emails between de maximis, Ford Land, PHKS, and Brown and Caldwell. May 2001-Sept 2002. (PHKS 074311 - PHKS 074321)

Piotti, 1993. Interview of Fred Piotti (NRM) by Richard Grabill. 29 Oct 1993.

Plymouth Tube Company, 1988. Collection of letters between Plymouth Tube Company and USEPA / Pennsylvania DER. 1988.

Porter, K. 2003, Deposition of Karen Porter. July 30, 2003

Pourbaix, 1984. Experimental Pourbaix Diagrams for 304 Stainless Steel (1983 Corrosion Forum). April 1983.

Powers, 2006. Correspondence between EPA and Powers (AT&T), exhibit from

Santarelli deposition. February 22, 2005. AGER 000001-AGER 000005.

Quickline, undated. Letters in reference to Quickline Design & Mfg., Inc.'s submittal of information pursuant to Case Management Order of February 3, 2003.

Quinci, 1993. Interview of Santo Quinci (NRM) by Richard Grabill. 18 Aug 1993

Rees L. 2004. Deposition of Larry Reese (without exhibits). November 18, 2004

Region III, 1992. ATSDR Record of Activity. June 28, 1992. (AR5183-AR5185)

Rohm and Haas, 2003. Defendant Rohm and Haas Company's Initial Disclosure Pursuant to February 3, 2003 Case Management Order. 19 March 2003.

RSM, 1992a. RSM's 104(e) response, including invoices and exhibits. September to December 1992. (BSAI032952-BSAI032977 and PHKS027010-PHKS027022)

RSM, 1992b. Response to 1992 letter from EPA requesting info. December 18, 1992. RAHN0001-RAHN0037.

RSM, 2003. Techalloy Company, Inc. and Rahn's Specialty metals Inc.'s (collectively "RSM") submissions to the document repository. March 20, 2003. (RAHN0001-RAHN0037).

RT Environmental Services, 2001a. Act 2 Final Report--Former Merit Metals Corp Site. June 2001.

RT, 2001b. ISRA Preliminary Assessment/Site Investigation/Remedial Action Workplan. March 2001.

Santarelli, M., 2005. Deposition of Marianne Santarelli with exhibits. February 22, 2005

Satterthwaite, 1983.  Groundwater Contamination Study for the Warrington Township Municipal Authority.  Walter B Satterthwaite Associates, Inc.  August 1983.

Sayer, 1971.  Cease and Desist order  from EW Sayer (Enforcement & Administrative Section) to M.H. Silverman (Merit Metal).  2 Feb, 1971.

Sedriks, 1996. Corrosion of Stainless Steels, 2nd ed. 1996.

Shaak, J. 2003, Deposition of Jeffery Shaak. June 4, 2003

Shea, D., 2005. Deposition of Dennis Shea (no exhibits marked during deposition). February 9, 2005

Simon, 2003.  Simon Wrecking Co., Inc. submittal of information in compliance with Feb 3, 2003 Case Management Order.  March 20, 2003.

Site Map Boarhead Farms Site  (P-8  5/7/03), 7 May 2003.

Southland Corp., 1988(a). Southland Corp's 104(e) response summaries--Part 1. (BSAI 006469 - BSAI 006796)

Southland Corp., 1988(b). Southland Corp's 104(e) response summaries--Part 2. (BSAI 006861 - BSAI 007044)

Southland Corp., 1988(c) . Southland Corp's 104(e) response summaries--Part 3. (BSAI 002958 - BSAI 003460)

Southland Corp., 1988(d). Southland Corp's 104(e) response summaries--Part 4. (BSAI 000963 - BSAI 001117)

Sperry Remington, 2003.  Contact info and directions to Sperry Remington Corp (P-19). 7 May 2003. (BSAI035516)

SPS, 1978. SPS's response to information requested from Roger Snodgrass, Manager of Central Services. February 17, 1978. (BSAI013080-BSAI013088)

SPS, 1992. SPS's response to EPA's 1992 request for information including Attachments A through D of invoices and purchase orders. November 3, 1992. (PHKS027399-PHKS027399)

Standard Pressed Steel, SPS "contact us" website. June 16, 2003

Steingerwald, 1979. Intergranular Corrosion of Stainless Alloys. 1978.

Stephens, J. 2003, Deposition of June Stephens. July 28, 2003

Stewart, D., 2005. Deposition of David Stewart (with exhibits). January 10, 2005

Stoekely, 1992. Letter to Lisa Nichols Re: Boarhead Farms Wetlands. September 8, 1992. PHKS1874-1877.

Stollsteimer, G. 1987. Letter from George Stollsteimer (Flexible Circuits) to Ms Humane Zia (EPA). 6 Nov, 1987

Sylvan Chemcial Corporation, 1972. Letter to Carpenter Technology confirming information in the DeRewal letter of 11/27/72 (P-33). 17 Nov 1972

Sylvan, 2006. Invoices, exhibit from Santarelli deposition. February 22, 2005. BSAI023408-BSAI023418.

Techalloy, 1971. Account Code Invoice Distribution. 1971 Various (RAHN1222-RAHN1249)

The Carpenter Reporter, October 1965

The Environmental Quality Co., 2003. 4087C.19 EQ Manifests, Truck disposal logs. 2003.(BSAI8873-BSAI9250)

Thomas and Betts 2005. Answers and Objections of Defendant Thomas and Betts Corporation to the Second Set of Interrogatories and Document Requests of Plaintiff Boarhead Farm Agreement Group. March 2, 2005

Thomas and Betts, 2003b. Thomas and Betts Corporation's submissions to the document repository. March 20, 2003. (THOM0001-THOM0049).

Thomas and Betts, 2003a. Document Submission of Defendant Thomas and Betts Corporation Pursuant to Case Managament Order of February 3, 2003. 20 March 2003.

Trinkle, 2002. Letter from Catherine Trinkle to Mary Platt, Esq. with attached Marvin Jonas' ledger records and partial deposition. 3 Feb 2002.

Unisys Corp, 2003. Document Submissions of Defendant Unisys Corporation Pursuant to Case Management Order of February 3, 2003. 20 March 2003.

Unisys, 1972. Letters and invoices between DeRewal and Unisys. Various 1972/ 1973

Unisys, 1988. Letter to USEPA in response to request for information. July 19, 1988. (BSAI001849-BSAI001852).

Unisys, 1992. Letter to USEPA in response to request for information. November 12, 1992. (PHKS027487-PHKS027492).

Unisys, 2003. Unisys Corporation's submissions to the document repository. March 20, 2003. (UNIS0001-UNIS0020).

US Navy, undated. United States' (on behalf of the United States Navy) filing pursuant to Paragraph 3.B(3) of the Case Mangagement Order.

USEPA, 1988. Marked up copy of Residetial sampling and analysis plan for Boarhead Farms. (PHKS2122-PHKS2141)

USEPA, 1989. Methologies for Implentation of CERCLA Section 122(g)(1)(A) De Minimis Waste Contributor Settlements (EC-G-1999-060). December 20,1989.

USEPA, 1989. Risk Assessment Guidance for Superfund. December 12, 1989. PHKS1693-1700.

USEPA, 1991a. Table 302.4 List of hazardous substances and reportable quantities. July 1, 1991 (PHKS2096-PHKS2119)

USEPA, 1991b. Memo to Directors, Waste Management. April 22, 1991. PHKS1683-1692.

USEPA, 1992. Methodology for Early De Minimis Waste Contributor Settlements under CERCLA Section 122(g)(1)(A) (EC-G-1999-057). June 2, 1992.

USEPA, 1993a. EPA's 104(e) request for information from Mr. John Barsum. 1993. (BSAI001603-BSAI001617)

USEPA, 1993b. Communications Strategy for Settlements with Small Volume Waste Contributors. September 30, 1993.

USEPA, 1993c. EPA's 104(e) request for information from National Rolling Mills. June 10, 1993. (PHKS003956-PHKS003958)

USEPA, 1993d. Streamlined Approach for Settlements with De Minimis Waste Contributors under CERCLA Section 122(g)(1)(A) (EC-G-1999-053). July 30, 1993.

USEPA, 1993e. Federal On-Scene Coordinator's Report for Boarhead Farms NPL Site Upper Black Eddy, Bucks County, Pennsylvania June 18, 1992 to September 17, 1993. United States Environmental Protection Agency.

USEPA, 1995a. Report to Harry Harbold /Region III data QA review. April 3, 1995. PHKS0741-0870.

USEPA, 1995b. Sector Notebook: Profile of the Iron and Steel Industry. September 1995.

USEPA, 1995c. Report to Harry Harbold Re: Hydrogeological Review. December 4, 1995. PHKS17-571758.

USEPA, 1995d. Sector Notebook: Profile of the Fabricated Metal Products Industry. September 1995.

USEPA, 1995e. Sector Notebook: Profile of the Electronics and Computer Industry. September 1995.

USEPA, 1995f. Standardizing the De Minimis Premium. July 7, 1995.

USEPA, 1998. Superfund Record of Decision. USEPA, EPA/ROD/R03-99/009. November 18, 1998.

USEPA, 2003. Letter to de maximis, Inc. and Bidgetowntwp. November 27, 2003. (PHKS061394-PHKS061399)

USEPA, 2004. Interview Summaries of Calvin Abbott. December 1, 2004. (THOM0050-THOM0099)

USEPA, 2006. Santarelli 2 (Letters to Mr. Schact regarding the Boarhead Site) ( exhibit from Santarelli Deposition). February 22, 2005. AGER000040-AGER 000059.

USEPA, undated(a). EPA Log Book - Boarhead Agreement Group Contribution Action - Administrative Records Vol 59. PHKS049347-PHKS049450.

USEPA, undated (b). EPA Log Book - Boarhead Agreement Group Contribution Action - Administrative Records Vol 59. PHKS049451-PHKS049553.

USEPA, undated (c). EPA Log Book - Boarhead Agreement Group Contribution Action - Administrative Records Vol 59. PHKS049554-PHKS049657.

USEPA, undated (d).  EPA Log Book - Boarhead Agreement Group Contribution Action
    - Administrative Records Vol 59.  PHKS049658-PHKS049709

USMJ 1991. Court Order. June 1991

Vandeven, 2006.  Expert Report of Jay Vandeven.  June 30, 2006.

Warco, 1991.  Letter from Terry Warco (Ford Motor Company) to Bowen Hosford
    (USEPA).  18 Nov, 1991. (BSAI 010653 - BSAI 010658)

Western Electric, 1970.  Contracts and purchase price negotiations via letters for Echo to
    puchase Western Electric's waste products and haul off in tank trucks.  1960's and
    1970's.  (BSAI 011485 - BSAI 011558)

Western Electric, 1996.  Western Electric Compnay's (c/o AT&T Corp) 104(e) response.
    May 22, 1996.  (BSAI000643-BSAI000644)

Western, 2006. Santarelli-4, (Space report Allentown Works, includes plot plans, exhibit
    from Santarelli deposition). February 22, 2005. BSAI070641-BSAI070661.

Weston, S. 1989, Memo to Marty Powell Re: Onsite samping trip 6/2/89. July 12, 1989.
    (PHKS2038- PHKS2048)

Wills, 1971. Letter from Albert Wills (Chief Sanitary Engineer) to C. T. Beechwood (
    Regional Sanitary Engineer) with attached Inspection Reports  1 Feb 1971

Winters, 1993.  Interview of Merle Winters (NRM-Retired) by Richard Grabill.  20 Sept
    1993

Wolberg and Sayles, 2004.  Annotations Report of Depositions of Leonard Wolberg and
    Leonard Sayles.  23 Nov 2004

Wolberg and Sayles, undated. Response to EPA questions by Leonard Wolberg and
    Leonard Sayles.

Wolberg, 2004.   Issues Report of Deposition of Leonard Wolberg (Merit Metal).  23 nov
    2004

Worthington, 1994. Information regarding Worthington Steel's connection to Boarhead
    Farms Site persuant to May 26, 1993 request for information from Region III.
    July 14, 1993.

# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

### COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
JOHN N. BAIN
JOHN G. GILFILLAN, III
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)

JAMES T. BYERS
DONALD F. MICELI
A RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
MELISSA E. FLAX
DENNIS F. GLEASON
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
KHOREN BANDAZIAN
KERRIE R. HESLIN

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

November 27, 2006

RICHARD K. MATANLE, II
DONALD S. BROOKS
FRANCIS C. HAND
AVRAM S. EULE
LINDSEY H. TAYLOR
RAYMOND W. FISHER
DAVID J. REICH
OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
MICHAEL P. PASQUALE
LAURA S. MUNZER
MARC D. MICELI
RAYMOND E. STAUFFER°
JACOB A. KUBERT
STANLEY J. YELLIN
FRANK J. CHESKY III
SHARI L. GRENIER°
RAMON A. CAMEJO
STEPHEN R. DANEK
°MEMBER N.Y. BAR ONLY

*Via Federal Express*
Amy M. Trojecki, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636

> **RE:** **Boarhead Farm Agreement Group v. Advanced**
> **Environmental Technology Corporation, et al.**
> **Case No. 02-03830 (LDD)**
> **File No. 300580-21**

Dear Amy:

Enclosed please find two (2) CDs containing all documents that Dr. Brown considered in connection with the preparation of his report.

Very truly yours,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

MELISSA E. FLAX

MEF
Enclosures
cc:    All Counsel of Record (via email) (w/o enclosures)