IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP,

    Plaintiff,

v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
02-cv-3830 (LDD)

## CERTIFICATE OF SERVICE

I, Melissa E. Flax, Esq., declare under penalty of perjury that a copy of the following documents were served on all counsel on the attached service list, via email and first class mail, on this date:

- A. Memorandum on Behalf of Handy & Harman Tube Company, Inc. in Opposition to Plaintiffs' Motion to Compel Production of Drafts of the Expert Report Prepared by Kirk W. Brown, Ph.D.

- B. Declaration of Michael Golladay in Opposition to Plaintiffs' Motion to Compel Production of Drafts of the Expert Report Prepared by Kirk W. Brown, Ph.D.

- C. Declaration of Melissa E. Flax in Opposition to Plaintiffs' Motion to Compel Production of Drafts of the Expert Report Prepared by Kirk W. Brown, Ph.D.

Dated: January 9, 2007

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Defendant, Handy & Harman
Tube Company, Inc.

By: _____ MF1386
MELISSA E. FLAX
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
(973) 994-1744 (fax)

## SERVICE LIST

*Agere Systems Inc. v. AETC, et al.*
*Civil Action No. 02-cv-3830 (LDD)*

COUNSEL FOR PLAINTIFFS:

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP

Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:    (856) 761-3400
Fax:    (856) 761-1020
E-mail:  harris@ballardspahr.com

Monique M. Mooney, Esq.
*Ballard, Spahr, Andrews & Ingersoll*
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
Tel:    (215) 864-8189
Fax:    (215) 864-9266
E-mail:  mooney@ballardspahr.com

COUNSEL FOR DEFENDANTS:

*Advanced Environmental Technology Corp.*
Thomas W. Sabino, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone:  (973) 740-0500
Fax:  (973) 740-1407
Email:  tsabino@wolffsamson.com

*Ashland, Inc.*
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone:  (215) 546-0500
Fax:  (215) 546-9444
Email:  rbiedrzycki@pp-b.com

*Carpenter Technology Corporation*
Lynn Wright, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Phone:  212-756-0215
Fax:  888-325-9169
Email:  lwright@ealaw.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*
Seth v.d.H. Cooley, Esq.
Duane Morris
30 South 17th Street
Philadelphia, Pennsylvania  19103-7396
Phone:  (215) 979-1818
Fax:  (215) 979-1020
Email:  scooley@duanemorris.com

*Handy & Harman Tube Company, Inc.*
Melissa E. Flax, Esq.
Carella, Byrne, Bain, Gilfillan, Cecchi,
       Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068-1739
Phone:  973-994-1700
Fax:  973-994-1744
Email:  mflax@carellabyrne.com

*NRM Investment Co.*
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA  19401
Phone:  610-279-3370
Fax:  610-279-0696
Email:  edwardfackenthal@cs.com

***Rahns Specialty Metals, Inc/Techalloy Co., Inc.***
***and Thomas & Bett***
Andrew P. Foster, Esq.
Adina Dziuk, Esq.
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Phone:  215-998-2700
Fax: 215-988-2757
Email:  andrew.foster@dbr.com