IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

ORDER

AND NOW, this 2nd day of April, 2007, it is hereby ORDERED that a case management conference in this matter will occur on Tuesday, April 10, 2007 at 11:30 a.m. in Courtroom 6A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. As contemplated by the Eighth Case Management Order, the agenda for the conference will center upon the framework and time line for the remainder of this action.

In preparation for this conference, and after meeting and conferring, the parties shall jointly submit a proposed case management plan upon which the parties have agreed, and shall individually submit proposals addressing disputed points. It is further ORDERED that the submissions shall be provided to this Court no later than Friday, April 6, 2007.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis