IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 4th day of April 2007, upon consideration of the request of counsel for the defendant Advanced Environmental Technology Corporation, it is hereby ORDERED that the case management conference in this matter is rescheduled to Tuesday, April 24, 2007 at 10:00 a.m. in Courtroom 6A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. It is further ORDERED that the parties shall provide proposed case management orders to this court no later than Friday, April 20, 2007.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J