IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 02-3830

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, _Laurie J. Sands_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _1216_, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| New Jersey | 1996 | 028011996 |
| New York | 2000 | 3035516 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Dis Court of NJ | 1996 | 028011996 |
|  |  |  |
|  |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _Defendant Advanced Environmental Technology Corporation_

_Laurie J. Sands_
(Applicant's Signature)

_April 3, 2007_
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_Wolff & Samson, PC, The Offices at Crystal Lake, One Boland Drive, West Orange, New Jersey 07052, (973) 530-2098_

Sworn and subscribed before me this
_3rd_ Day of _April_, 200_7_

_Agnes Garretson_
Notary Public

AGNES GARRETSON
A Notary Public of New Jersey
My Commission Expires March 5, 2012

10/04