II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Laurie J. Sands to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| | | | |
|---|---|---|---|
| Robert T. Carlton, Jr. | [signature] | 5/1977 | 25050 |
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wolff & Samson, PC
~~Two Penn Center, Suite 1310~~
1500 John F. Kennedy Blvd.

Philadelphia, PA 19102    (215-567-2877)

Sworn and subscribed before me this

5 Day of April, 2007

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA A. CAWLEY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 1, 2010