IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | CIVIL ACTION<br>No. 02-cv-3830 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Laurie J. Sands, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ  08043-4636

Edward Fackenthal, Esquire
Law Offices of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA  19401

Richard C. Biedrzycki, Esquire
David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600, The North American Bldg.
121 South Broad Street
Philadelphia, PA  19107

Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY  10022

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396

Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfilan, Cecchi,
  Stewart & Olstein
5 Becker Farm Road
Roseland, NJ  07068-1739

1064471.1

Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center, Suite 1500
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1815

Andrew P. Foster, Esquire
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

_____
Robert T. Carlton, Jr.
Attorney for Moving Party:
Advanced Environmental Technology
Corporation, Inc.

Date: April 5, 2007

2

1064471.1