APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Agere Systems, Inc., et al. | CIVIL ACTION |
| v. | |
| Advance Environmental Technology Corporation, et al. | NO. 02-3830 |

ORDER

AND NOW, this ____ Day of _____, 200_, it is hereby

ORDERED that the application of __Laurie J. Sands__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.