*230*

**FILED** APR 1 0 2007

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Agere Systems, Inc., et al.

v.

Advance Environmental
Technology Corporation, et al.

:        CIVIL ACTION
:
:
:
:        NO.   02-3830
:

ORDER

AND NOW, this 9th Day of Apr-l , 200 , it is hereby

ORDERED that the application of ___Laurie J. Sands___, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.