IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC.;<br>CYTEC INDUSTRIES. INC.;<br>FORD MOTOR COMPANY;<br>SPS TECHNOLOGIES, LCC;<br>TI GROUP AUTOMOTIVE SYSTEMS;<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>ADVANCED ENVIRONMENTAL<br>TECHNOLOGY CORPORATION, ET AL.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:　CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:　NO. 02-3830<br>:<br>: |

TENTH CASE MANAGEMENT ORDER

AND now this 30th day of April 2007, following consideration of the submissions of counsel and the discussions at the recent case management conference, it is hereby ORDERED as follows:

　A.  Contention Interrogatories

　　　1.  No later than April 30, 2007, defendants shall specifically identify all perceived deficiencies in plaintiffs' responses to the contention interrogatories.

　　　2.  Plaintiffs shall respond in writing to the concerns and objections expressed no later than May 7, 2007.

　　　3.  No later than May 14, 2007, the parties shall confer in good faith in an effort to resolve outstanding disputes regarding plaintiffs' responses to the contention interrogatories.

4. Motions addressing issues arising from the contention interrogatories, if necessary, shall be filed on or before June 1, 2007.

5. Responses to such motions shall be submitted within fourteen days after service of the motion, but in no event later than June 15, 2007.

6. Replies, if any, shall be submitted no later than June 22, 2007.

7. Defendants shall jointly submit all documents relating to the responses to the contention interrogatories.

B. Supplemental Discovery

1. Motions requesting supplemental discovery shall be filed on or before June 29, 2007.  In such motions, defendants shall specifically delineate (a) the scope of the supplemental discovery (names of witnesses to be deposed; nature of their testimony; anticipated duration of the individual depositions, etc.), (b) the relevance of the supplemental discovery, and (c) an explanation as to why the discovery was previously unavailable or was not previously sought.

2. Defendants shall, if possible, file a joint motion addressing these issues.  A joint motion shall not exceed thirty double-spaced pages.  In the event a party files individually, its submission shall not exceed ten pages.

3. Responses to motions requesting supplemental discovery shall be filed on or before July 13, 2007.  Plaintiffs' responses to joint motions shall not exceed thirty pages; responses to individual motions shall not exceed ten pages.

C. Dispositive Motions

1. Following the resolution of the issues surrounding the request for supplemental

discovery, the Court will promptly set a deadline for the submission of dispositive motions.

D. Final Pretrial Order

1. The Court will issue a Final Pretrial Order as soon as practicable. In part, the Final Pretrial Order will include a schedule for the submission of motions in limine.

                                                       BY THE COURT

                                                       /S/LEGROME D. DAVIS

                                                       Legrome D. Davis, J.