# **CERTIFICATE OF SERVICE**

I, David M. Doto, Esquire, hereby certify that on this 1st day of June, 2007, I caused a true and correct copy of the foregoing Motion to Compel Plaintiffs' Answers to Contention Interrogatories, with accompanying Memorandum of Law and Proposed Order, to be served electronically on all counsel of record, as follows:

        Glenn A. Harris, Esquire
        Ballard Spahr Andrews & Ingersoll, LLP
        Plaza 1000 - Suite 500
        Main Street
        Voorhees, NJ 08043-4636
        e-mail: harrisg@ballardspahr.com
        ***Counsel for Plaintiffs***

        Thomas W. Sabino, Esquire
        Wolff & Samson, PC
        280 Corporate Center
        5 Becker Farm Road
        Roseland, New Jersey 07068-1776
        e-mail: tsabino@wolffsamson.com
        ***Advanced Environmental Technology Corp.***

        Lynn Wright, Esquire
        Edwards & Angell, LLP
        750 Lexington Avenue
        New York, New York 10022-1200
        e-mail: lwright@eapdlaw.com
        ***Carpenter Technology Corporation***

        Seth v.d.H. Cooley, Esquire
        Duane Morris LLP
        Suite 4200, One Liberty Place
        Philadelphia, PA 19103-7396
        e-mail: scooley@duanemorris.com
                  anfriant@duanemorris.com
        ***Flexible Circuits***

        Melissa Flax, Esquire
        Carella, Byrne, Bain, Gilfillian, Cecchi,
        Stewart & Olstein, P.C.
        5 Becker Farm Road
        Roseland, New Jersey 07068-1739
        e-mail: mflax@carellabyrne.com
        ***Handy & Harman Tube Company***

       Edward Fackenthal, Esquire
       Henderson, Weitherill, O'Hey & Horsey
       Suite 902 - One Montgomery Plaza
       P.O. Box 751
       Norristown, PA  19404
       e-mail:  edwardfackenthal@cs.com
       ***NRM Investment Co.***

                                        s/ David M. Doto
                                DAVID M. DOTO

Date:   June 1, 2007