IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al. | : | |
| | : | |
| Plaintiffs | : | Civil Action No. 02-CV-3830 |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant Ashland Chemical, Inc.'s Motion to Compel Plaintiffs' Answers to Contention Interrogatories, it is hereby ORDERED that said Motion is GRANTED and within twenty (20) days from the date of the entry of this Order:

1. Plaintiffs shall withdraw all general and specific objections to Defendants' Joint Contention Interrogatories and Ashland's Contention Interrogatories based upon the form of the Interrogatory or because the interrogatory requested Plaintiffs to state a contention that was not part of Plaintiffs' prima facie case.

2. Plaintiff shall serve full and complete responses to Joint Contention Interrogatories 29-32, 47, 48, 53, 72, 111, 118, 124 and 125.

3. Plaintiffs shall supplement their responses to Joint Contention Interrogatories 76-82 by stating the Plaintiffs' contention for each Plaintiff's allocable/equitable share of the Total Clean Up Costs for OU-1 and OU-2 and the amount that Plaintiff will pay for OU-2 and OU-2 Total Clean Up Costs when all agreements, understandings and processes to which Plaintiffs are a party are resolved and each Plaintiff's actual contribution is conclusively determined.

4. Plaintiffs shall supplement their responses to Joint Contention Interrogatory 78 by identifying the complete factual basis for the contentions stated therein without qualifications by

such language as "including, but not limited to."

     5.    Plaintiffs shall serve a full and complete response to Ashland's Contention Interrogatory No. 3.

BY THE COURT

_____
Legrome D. Davis, U.S.D.J.
