## MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

JOHN P. JUDGE
ADMITTED IN PENNSYLVANIA
& NEW JERSEY

DIRECT DIAL
215-772-7624

jjudge@mmwr.com

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

CHRISTIANA EXECUTIVE CAMPUS
131 CONTINENTAL DRIVE, SUITE 304
NEWARK, DE 19713
302-733-0600
FAX 302-733-7937

June 13, 2001

*CONFIDENTIAL SETTLEMENT DISCUSSIONS*
*PROTECTED FROM DISCLOSURE*
*PURSUANT TO FRE 408*

**VIA FACSIMILE & FIRST-CLASS MAIL**

Jocelyn T. de Grandpre  6/15/01
Corporate Counsel
Agere Systems
2 Oak Way, Room 5SC20
Berkeley Heights, NJ  07922-2725

Re:  **Boarhead Farms NPL Site**

Dear Jocelyn:

On behalf of Cytec Industries, Inc., Ford Motor Company, Inc., SPS Technologies, Inc., and TI Group Automotive Systems, Inc., ("OU-2 Parties"), I am writing in response to your letter dated May 31, 2001.

The OU-2 Parties accept the terms of your counterproposal. We will be in contact with you shortly to effectuate the resolution thereof.

The OU-2 Group intends to initiate litigation against non-participating parties during the second week of July 2001. We will circulate a draft complaint to the group shortly.

I look forward to working with you on these matters.

Sincerely,

John P. Judge

JPJ:da
cc:  David W. Payne, Esquire
     Kathy J. Hofer, Esquire
     Sally Ackerman King, Esquire

621984v1