## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., et al.        :

                        :

             Plaintiffs      :      Civil Action No.  02-CV-3830

     v.                    :

                        :

ADVANCED ENVIRONMENTAL     :

TECHNOLOGY CORPORATION, et al.,     :

                        :

            Defendants.     :

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant fcg, inc.'s ("Flexible's") Motion to Compel full and complete answers to contention interrogatories, the Motion is hereby GRANTED, and Plaintiffs are ORDERED to answer Flexible's Contention Interrogatories as follows:

1.     Plaintiffs shall withdraw all general and specific objections to Flexible's Contention Interrogatories based upon the form of the interrogatory or because the interrogatory requested Plaintiffs to state a contention that was not part of Plaintiffs' prima facie case.

2.     Plaintiff shall furnish Flexible with full and complete answers to Flexible Contention Interrogatory Nos. 1 through 6, and No. 6 within _____ days from the date of this Order.

BY THE COURT

_____

, J.