IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al., | : | |
| Plaintiffs | : | Civil Action No. 02-CV-3830 |
| v. | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : | |
| Defendants. | : | |

## CERTIFICATE

Pursuant to Eastern District Rule 26.1(f) and the Tenth Case Management Order in this action, the undersigned counsel for Defendant fcg, inc. certifies that the parties, after reasonable effort, were unable to resolve the discovery dispute which is the subject of the attached Motion and Memorandum.

_____
Seth v.d.H. Cooley – PA 41801
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Attorneys for Defendant
fcg, inc.

Counsel for Defendant fcg, inc.

Dated: June 1, 2007