# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP, | CIVIL ACTION NO. |
| Plaintiff, | 02-CV-3830 |
| v. | Judge Legrome B. Davis |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL. | |
| Defendants. | |

## ORDER

AND NOW, this day ____ of _____, 2007, upon consideration of Defendant Carpenter Technology Corporation's ("Carpenter") Motion to Compel full and complete answers to contention interrogatories, the Motion is hereby GRANTED, and Plaintiffs are ORDERED to answer Carpenter's Contention Interrogatories as follows:

1.  Plaintiffs shall withdraw all general and specific objections to Carpenter's Contention Interrogatories based upon the form of the interrogatory or because the interrogatory requested Plaintiffs to state a contention that was not part of Plaintiffs' prima facie case.

2.  Plaintiffs shall withdraw all general and specific objections to Defendants' Joint Contention Interrogatories Nos. 1-66 and Nos. 78-111 based upon the form of the interrogatory or because the interrogatory requested Plaintiffs to state a contention that was not part of Plaintiffs' prima facie case.

3.  Plaintiffs shall furnish Carpenter with full and complete answers to Carpenter's Contention Interrogatories Nos. 2 through 6 within ____ days from the date of this Order.

NYC_270693_1

- 2 -

4. Plaintiffs shall furnish Carpenter with full and complete answers to Defendants' Joint Contention Interrogatories Nos. 1-66, and Nos. 78-111 within _____ days from the date of this Order.

BY THE COURT

_____

U.S.D.J.