IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL<br>TECHNOLOGY CORPORATION, ET AL.<br><br>Defendants. | CIVIL ACTION NO.<br>02-CV-3830<br><br>Judge Legrome B. Davis |

## CERTIFICATE OF SERVICE

I, Lynn Wright, hereby certify that service of Defendant Carpenter Technology Corporation's Motion to Compel answers to certain contention interrogatories was made upon the following parties by electronic mail and mailing, first class, postage prepaid, a true copy on June 4, 2007:

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043-4636

Richard C. Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
The North American Building, Suite 1600
121 South Broad Street
Philadelphia, PA 19107

Seth v.d. H. Cooley, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

NYC_270695_1

Edward Fackenthal, Esq.
The Law Office of Edward Fackenthal
One Montgomery Plaza
Suite 209
Norristown, PA 19401

Melissa Flax, Esq.
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
Five Becker Farm Road,
Roseland, NJ 07068-1739

Thomas W. Sabino, Esq.
Wolff & Samson
One Boland Drive
West Orange, New Jersey 07052

/s/ _____
Lynn Wright
Attorney for Defendant
Carpenter Technology Corporation
Edwards Angell Palmer & Dodge, LLP
51 John F Kennedy Parkway
Short Hills New Jersey
973.376.7700 (T)
973.376.3380 (F)
lwright@eapdlaw.com