**EXHIBIT C**

EXHIBIT A

| Party Defendants | Waste In | Volumetric Share | Increase to PRPs with Knowledge 0.1 | 50% Cooperation Credit to Plaintiffs 0.5 |
|---|---|---|---|---|
| Carpenter | 913,242 | 39.31% | 43.25% | 47.57% |
| Ashland/AETC | 138,481 | 5.96% | 6.56% | 7.21% |
| Diaz/AETC | 43,275 | 1.86% | 2.05% | 2.25% |
| Flexible | 51,948 | 2.24% | 2.04% | 2.24% |
| Etched/Flexible | 31,625 | 1.36% | 1.24% | 1.36% |
| NRM | 491,500 | 21.16% | 19.27% | 21.20% |
| Handy | 5,899 | 0.25% | 0.23% | 0.25% |
| Total | 1,675,970 | 72.15% | 74.63% | 82.09% |

| Plaintiffs | | | | |
|---|---|---|---|---|
| Cytec | 309,000 | 13.30% | 12.12% | 6.06% |
| Ford | 36,993 | 1.59% | 1.45% | 0.73% |
| SPS | 34,579 | 1.49% | 1.36% | 0.68% |
| Agere | - | 0.00% | 0.00% | 0.00% |
| TI | - | 0.00% | 0.00% | 0.00% |
| Total | 380,572 | 16.38% | 14.92% | 7.46% |

| Settleds | | | | |
|---|---|---|---|---|
| Plymouth | 14,976 | 0.64% | 0.59% | 0.59% |
| Quickline | 1,285 | 0.06% | 0.05% | 0.05% |
| Navy | 437 | 0.02% | 0.02% | 0.02% |
| Simon | 3,025 | 0.13% | 0.12% | 0.12% |
| Unisys | 3,292 | 0.14% | 0.13% | 0.13% |
| Rohm | - | 0.00% | 0.00% | 0.00% |
| Bostik | 7,125 | 0.31% | 0.28% | 0.28% |
| Novartis | 13,450 | 0.58% | 0.53% | 0.53% |
| Techalloy | 222,775 | 9.59% | 8.74% | 8.74% |
| Thomas | - | 0.00% | 0.00% | 0.00% |
| Total | 266,365 | 11.47% | 10.44% | 10.44% |

1

DMEAST #9522804 v6

EXHIBIT A

| Waste In | | | | |
|---|---|---|---|---|
| 2,322,907 | 100.00% | 100.00% | 100.00% | 100.00% |

2

DMEAST #9522604 v6

EXHIBIT B

| | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Flexible** | 1/72-12/73 | - | 0.95 | - |
| Bulk | 12/1/73-6/30/75 | 93,000 | 0.15 | 13,950 |
| Etchant | 7/1/75-6/1/76 | 7,150 | 0.65 | 4,648 |
| | 6/1/76-3/30/77 | 3,900 | 0.15 | 585 |
| | | 104,050 | | 19,183 |
| | | | | |
| Drums | 1/72-12/73 | 34,000 | 0.95 | 32,300 |
| Etchant | 12/1/73-6/30/75 | 3,100 | 0.15 | 465 |
| | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | - | 0.15 | - |
| | | 37,100 | | 32,765 |
| | | | | |
| **Diaz/AETC** | 1/72-12/73 | - | 0.95 | - |
| Nitric Acid | 12/1/73-6/30/75 | - | 0.15 | - |
| Bulk | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | 173,100 | 0.25 | 43,275 |
| | | 173,100 | | 43,275 |
| | | | | |
| **Ashland/AETC** | 1/72-12/73 | - | 0.95 | - |
| Nitric Acid | 12/1/73-6/30/75 | - | 0.15 | - |
| Bulk | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | 216,650 | 0.25 | 54,163 |
| | | | | |
| Dye Waste | 1/72-12/73 | - | 0.95 | - |
| Bulk | 12/1/73-6/30/75 | - | 0.15 | - |
| | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | 185,300 | 0.25 | 46,325 |
| | | | | |
| Pthalide Acid | 1/72-12/73 | - | 0.95 | - |
| Bulk | 12/1/73-6/30/75 | - | 0.15 | - |
| | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | 50,000 | 0.25 | 12,500 |
| | | | | |
| CDN Waste | 1/72-12/73 | - | 0.95 | - |
| Bulk | 12/1/73-6/30/75 | - | 0.15 | - |
| | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | 86,410 | 0.25 | 21,603 |
| | | | | |
| Solvents | 1/72-12/73 | - | 0.95 | - |
| Bulk | 12/1/73-6/30/75 | - | 0.15 | - |
| | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | 12,950 | 0.25 | 3,238 |
| | | | | |
| Solvents | 1/72-12/73 | - | 0.95 | - |
| Drum | 12/1/73-6/30/75 | - | 0.15 | - |
| | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | 4,345 | 0.15 | 652 |

DMEAST #9522604 v7

EXHIBIT B

| | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **NRM** | 1/72-12/73 | - | 0.95 | - |
| Pickle Liquor | 4/24/74-6/30/75 | 360,000 | 0.15 | 54,000 |
| Bulk | 7/1/75-6/1/76 | 605,000 | 0.65 | 393,250 |
| | 6/1/76-3/30/77 | 295,000 | 0.15 | 44,250 |
| | | 1,260,000 | | 491,500 |

| | | | | |
|---|---|---|---|---|
| **Handy** | 1/72-12/73 | 5,020 | 0.95 | 4769 |
| Solvents (TCE, | 12/1/73-6/30/75 | 7,530 | 0.15 | 1129.5 |
| MEK, acetone) | 7/1/75-6/1/76 | - | 0.65 | 0 |
| | 6/1/76-3/30/77 | - | 0.15 | 0 |
| | | 12,550 | | 5,899 |

| | | | | |
|---|---|---|---|---|
| **Etched/Flexible** | 1/72-12/73 | 17,500 | 0.95 | 16,625 |
| Drums | 12/1/73-6/30/75 | 23,000 | 0.15 | 3,450 |
| Etchant | 7/1/75-6/1/76 | 15,000 | 0.65 | 9,750 |
| | 6/1/76-3/30/77 | 12,000 | 0.15 | 1,800 |
| | | 67,500 | | 31,625 |

| | | | | |
|---|---|---|---|---|
| **Thomas** | 1/72-12/73 | - | 0.95 | - |
| | 12/1/73-6/30/75 | - | 0.15 | 0 |
| | 7/1/75-6/1/76 | - | 0.65 | 0 |
| | 6/1/76-3/30/77 | - | 0.15 | 0 |
| | | - | | - |

| | | | | |
|---|---|---|---|---|
| **Carpenter** | 1/72-12/73 | 816,658 | 0.95 | 775,825 |
| Bulk | 12/1/73-6/30/75 | 916,114 | 0.15 | 137,417 |
| Pickle Liquor | 7/1/75-6/1/76 | - | 0.65 | 0 |
| | 6/1/76-3/30/77 | - | 0.15 | 0 |
| | | 1,732,772 | | 913,242 |

| | | | | |
|---|---|---|---|---|
| **Agere** | 1/72-12/73 | - | 0.95 | - |
| | 12/1/73-6/30/75 | - | 0.15 | - |
| | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | - | 0.15 | - |
| | | - | | - |

| | | | | |
|---|---|---|---|---|
| **TI** | 1/72-12/73 | - | 0.95 | - |
| | 12/1/73-6/30/75 | - | 0.15 | - |
| | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | - | 0.15 | - |
| | | - | | - |

EXHIBIT B

| | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Ford** | 1/72-12/73 | 13,585 | 0.95 | 12,906 |
| Drums | 12/1/73-6/30/75 | - | 0.15 | - |
| Plastics | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | - | 0.15 | - |
| | | 13,585 | | 12,906 |
| | 1/72-12/73 | 23,595 | 0.95 | 22,415 |
| Drums | 12/1/73-6/30/75 | - | 0.15 | - |
| Finishing Materials | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | - | 0.15 | - |
| | | 23,595 | | 22,415 |
| | 1/72-12/73 | 1,760 | 0.95 | 1,672 |
| Drums | 12/1/73-6/30/75 | - | 0.15 | - |
| Industrial Waste | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | - | 0.15 | - |
| | | 1,760 | | 1,672 |
| **Cytec** | 1/72-12/73 | - | 0.95 | - |
| Bulk | 12/1/73-6/30/75 | 193,000 | 0.15 | 28,950 |
| Ammonia | 7/1/75-6/1/76 | - | 0.65 | - |
| | 6/1/76-3/30/77 | 116,000 | 0.15 | 17,400 |
| Based on Driver Testimony | | 309,000 | | 46,350 |

EXHIBIT B

|  | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **SPS** | 1/72-12/73 | 7,838 | 0.95 | 7,446 |
| Drums | 12/1/73-6/30/75 | 12,155 | 0.15 | 1,823 |
| Chromic Acid | 7/1/75-6/1/76 | 6,270 | 0.65 | 4,076 |
|  | 6/1/76-3/30/77 | 5,858 | 0.15 | 879 |
|  |  | 32,120 |  | 14,223 |
|  | 1/72-12/73 | 8,388 | 0.95 | 7,968 |
| Drums | 12/1/73-6/30/75 | 12,320 | 0.15 | 1,848 |
| Cyanide Waste | 7/1/75-6/1/76 | 6,270 | 0.65 | 4,076 |
|  | 6/1/76-3/30/77 | 6,573 | 0.15 | 986 |
|  |  | 33,550 |  | 14,878 |
|  | 1/72-12/73 | 990 | 0.95 | 941 |
| Drums | 12/1/73-6/30/75 | - | 0.15 | - |
| Degreasing Fluids | 7/1/75-6/1/76 | - | 0.65 | - |
|  | 6/1/76-3/30/77 | - | 0.15 | - |
|  |  | 990 |  | 941 |
|  | 1/72-12/73 | 165 | 0.95 | 157 |
| Drums | 12/1/73-6/30/75 | - | 0.15 | - |
| Acetone Waste | 7/1/75-6/1/76 | - | 0 | - |
|  | 6/1/76-3/30/77 | - | 0.15 | - |
|  |  | 165 |  | 157 |
|  | 1/72-12/73 | 110 | 0.95 | 105 |
| Drums | 12/1/73-6/30/75 | - | 0.15 | - |
| Nickel Waste | 7/1/75-6/1/76 | - | 0.65 | - |
|  | 6/1/76-3/30/77 | - | 0.15 | - |
|  |  | 110 |  | 105 |
| Cyanide Waste | 1/72-12/73 | 4,500 | 0.95 | 4,275 |
| Bulk | 12/1/73-6/30/75 | - | 0.15 | - |
|  | 7/1/75-6/1/76 | - | 0.65 | - |
|  | 6/1/76-3/30/77 | - | 0.15 | - |
|  |  | 4,500 |  | 4,275 |

EXHIBIT B

|  | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Plymouth** | 1/72-12/73 | 10,604 | 0.95 | 10,074 |
| Bulk | 12/1/73-6/30/75 | 11,667 | 0.15 | 1,750 |
| Pickle Liquor | 7/1/75-6/1/76 | 4,465 | 0.65 | 2,902 |
|  | 6/1/76-11/31/76 | 1,665 | 0.15 | 250 |
|  |  | 28,401 |  | 14,976 |

|  | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Quickline** | 1/72-12/73 | 1,071 | 0.95 | 1017.45 |
| Drums | 12/1/73-6/30/75 | 1,785 | 0.15 | 267.75 |
| Etchant | 7/1/75-6/1/76 | - | 0.65 | 0 |
|  | 6/1/76-3/30/77 | - | 0.15 | 0 |
|  |  | 2,856 |  | 1,285 |

|  | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Navy** | 1/72-12/73 | - | 0.95 | - |
| Drums/Carboys | 12/1/73-6/30/75 | - | 0.15 | - |
|  | 7/1/75-6/1/76 | - | 0.65 | - |
|  | 6/1/76-3/30/77 | - | 0.15 | - |
| Driver Testimony |  | - |  | 437 |

|  | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Simon** | 1/72-12/73 | - | 0.95 | 0 |
| Bulk/Plastic Drums | 12/1/73-6/30/75 |  | 0.15 |  |
| Sulphuric Nitrate | 7/1/75-6/1/76 | - | 0.65 | 0 |
|  | 6/1/76-3/30/77 | - | 0.15 | 0 |
| Driver Testimony |  |  |  | 3,025 |

|  | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Unisys** | 1/72-12/73 | 3,465 | 0.95 | 3291.75 |
| Drums | 12/1/73-6/30/75 | - | 0.15 | 0 |
| Etchant | 7/1/75-6/1/76 | - | 0.65 | 0 |
|  | 6/1/76-3/30/77 | - | 0.15 | 0 |
|  |  | 3,465 |  | 3,292 |

|  | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Rohm** | 1/72-12/73 | - |  | 0 |
|  | 12/1/73-6/30/75 | - |  | 0 |
|  | 7/1/75-6/1/76 | - |  | 0 |
|  | 6/1/76-3/30/77 | - |  | 0 |
|  |  | - |  | - |

|  | Time | Gross | Factor | Net |
|---|---|---|---|---|
| **Bostik** | 1/72-12/73 | - | 0.95 | 0 |
| Bulk | 12/1/73-6/30/75 | - | 0.15 | 0 |
| Nitric Acid | 7/1/75-6/1/76 | - | 0.65 | 0 |
|  | 6/1/76-3/30/77 | - | 0.25 | 0 |
| Driver Testimony |  | - |  | 7,125 |

DMEAST #9522604 v7

EXHIBIT B

|  | CDN Waste | Bulk | 21,603 |
|---|---|---|---|
|  | Pthalide Acid | Bulk | 12,500 |
|  | Solvents | Bulk | 3,238 |
|  | Solvents | Drum | 652 |
| Diaz/AETC | Nitric Acid | Bulk | 43,275 |
| Flexible | Etchant | Bulk | 19,183 |
|  | Etchant | Drum | 32,765 |
| Etched/Flexible | Etchant | Drum | 31,625 |
| NRM | Pickle Liquor | Bulk | 491,500 |
| Handy | Solvents | Drum | 5,899 |
|  |  |  | 1,675,967 |

## Plaintiff Totals

| Cytec | Ammonia | Bulk | 309,000 |
|---|---|---|---|
| Ford | Plastics | Drums | 12,906 |
| Ford | Finishing Mat. | Drums | 22,415 |
| Ford | Industrial Waste | Drums | 1,672 |
| SPS | Chromic Acid | Drums | 14,223 |
| SPS | Cyanide Waste | Drums | 14,878 |
| SPS | Cyanide Waste | Bulk | 4,275 |
| SPS | Degreasers | Drums | 941 |
| SPS | Acetone | Drums | 157 |
| SPS | Nickle Waste | Drums | 105 |
|  |  |  | 380,570 |

## Settled Totals

| Quickline | Etchant | Drums | 1,285 |
|---|---|---|---|
| Navy | Waste | Drums | 437 |
| Simon Wrecking | Sulphuric Nitrate | Bulk | 3,025 |
| Novartis | Nitric Acid | Bulk | 13,450 |
| Bostik | Nitric Acid | Bulk | 7,125 |
| Techalloy | Waste Oil | Drums | 2,375 |
| Techalloy | Pickle Liquor | Bulk | 220,400 |
| Plymouth Tube | Pickle Liquor | Bulk | 14,976 |
| Rohm |  |  | - |
| Unisys | Etchant | Drums | 3,292 |
| Thomas | Etchant | Drum | - |
|  |  |  | 266,365 |