UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,,<br><br>Defendants. | Civil Action No. 02-CV-3830 (LDD) |

**MOTION OF THE DEFENDANTS FOR LEAVE TO PURSUE SUPPLEMENTAL DISCOVERY**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Eastern District of Pennsylvania, Local Civil Rules 7.1 and 26.1, and paragraph B.1. of the Court's Tenth Case Management Order, dated April 30, 2007, the Defendants respectfully move this Court for leave to pursue limited supplemental discovery on the following issues:

1) The Plaintiffs allocation of clean up costs amongst themselves and other members of BFAG and the basis for that allocation;

2) The basis for why certain Plaintiffs have taken credit for payments made by alleged corporate predecessors;

3) The Plaintiffs' calculations to determine the estimated volumes they allege each Defendant and each Plaintiff disposed of at the Site; and

4) The investigation conducted by the Plaintiffs in identifying potentially responsible parties for the Site; and

1078685.1

The Defendants also move to allow Defendant fcg, inc. ("Flexible") to take the deposition of Peter Knoll, an individual recently identified by the Plaintiffs as having knowledge regarding Flexible's facility.

The grounds for the Defendants' Motion are more fully set forth in the accompanying Memorandum of Law and the Declaration of Laurie J. Sands, Esq., both of which are incorporated by reference. A proposed Order is attached pursuant to Local Rule 7.1.

Dated: June 29, 2007            Respectfully submitted,

                                               /s/ Robert T. Carlton, Jr.
                                               ROBERT T. CARLTON, JR.

1078685.1