UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,,<br><br>Defendants. | Civil Action No. 02-CV-3830 (LDD)<br><br>**ORDER** |

     **AND NOW** this _____ day of July, 2007, upon consideration of the Defendants' Motion for Leave to Pursue Limited Additional Discovery, filed pursuant to the Tenth Case Management Order, the Motion is hereby granted and the Defendants are permitted to take supplemental discovery on the following issues:

    1) The Plaintiffs allocation of clean up costs amongst themselves and other members of BFAG and the basis for that allocation;

    2) The basis for why certain Plaintiffs have taken credit for payments made by alleged corporate predecessors;

    3) The Plaintiffs' calculations to determine the estimated volumes they allege each Defendant and each Plaintiff disposed of at the Site; and

    4) The investigation conducted by the Plaintiffs in identifying potentially responsible parties for the Site; and

1078685.1

Defendant fcg, inc. ("Flexible") is permitted to take the deposition of Peter Knoll, an individual recently identified by the Plaintiffs as having knowledge regarding Flexible's facility.

Dated:                                    By the Court

                                          _____
                                                                      J.

1078685.1