UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,,<br><br>Defendants. | Civil Action No. 02-CV-3830 (LDD)<br><br>**CERTIFICATE OF SERVICE** |

I, Robert T. Carlton, Jr., certify that on June 29, 2007, I caused a true and correct copy of Defendant AETC's Motion for Leave to Pursue Limited Additional Discovery, Memorandum of Law, Declaration of Laurie J. Sands, and proposed form of Order to served via Electronic Mail on each of the below. These pleadings were filed electronically on June 29, 2007.

| **Counsel for Plaintiffs – Boarhead Farm Agreement Group**<br>Glenn A. Harris, Esquire<br>Ballard Spahr Andrews & Ingersoll, LLP<br>Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ 08043-4636<br>(856) 761-3440<br>(856) 761-9001 (Fax)<br>harrusg@ballardspahr.com | **Attorney for NRM Investment Company**<br>Edward Fackenthal, Esq.<br>Law Offices of Edward Fackenthal<br>One Montgomery Plaza, Suite 209<br>Norristown, PA 19401<br>(610) 279-3370<br>(610) 279-0696 (Fax)<br>edwardfackenthal@cs.com |
|---|---|
| **Counsel for Ashland Chemical Company**<br>Richard C. Biedrzycki, Esquire<br>David M. Doto, Esquire<br>Phelan, Pettit & Biedrzycki<br>Suite 1600, The North American Bldg.<br>121 South Broad Street<br>Philadelphia, PA 19107<br>(215) 546-0500<br>(215) 546-9444 (Fax)<br>ddoto@pp-b.com | **Counsel for Carpenter Technology Corp.**<br>Lynn Wright, Esquire<br>Edwards & Angell<br>750 Lexington Avenue<br>New York, NY 10022<br>(212) 756-0215<br>(888) 325-9169 (Fax)<br>lwright@ealaw.com |

1078718.1

| **Counsel for Flexible Circuits** <br> Seth v.d.H. Cooley, Esq. <br> Duane Morris LLP <br> Suite 4200, One Liberty Place <br> Philadelphia, PA  19103-7396 <br> (215) 979-1000 <br> (215) 979-1020 (Fax) <br> secoley@duanemorris.com | **Counsel for Handy & Haman Tube Co.** <br> Melissa E. Flax, Esquire <br> Carella, Byrne, Bain, Gilfillan, Cecchi, <br>   Stewart & Olstein <br> 5 Becker Farm Road <br> Roseland, NJ  07068-1739 <br> (973) 994-1700 <br> (973) 994-1744 (Fax) <br> mtlax@carellabyrne.com |
|---|---|

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Robert T. Carlton, Jr.
ROBERT T. CARLTON, JR.

2

1078718.1