**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS, LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>　　　　　Defendants. | Civil Action No. 02-3830<br>Judge LeGrome D. Davis<br><br><br><br>**DEFENDANT AETC'S MOTION REQUESTING EQUITABLE ALLOCATION OF THE DIAZ CHEMICAL "ORPHAN SHARE"** |

**TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

　　　Defendant Advanced Environmental Technology Corporation ("AETC") hereby applies to the United States District Court, Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania, before United States District Court Judge Legrome D. Davis, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order requiring the equitable allocation of the Diaz Chemical "orphan share" among all plaintiffs and defendants in the above-captioned action.

1052343.1

In support of the within motion, Defendant AETC shall rely upon the accompanying Memorandum of Law and Declaration of Laurie J. Sands, Esq. with Exhibits in support thereof. A proposed form of order is also submitted herewith.

                                        Respectfully submitted,

                                        **WOLFF & SAMSON PC**
                                        Two Penn Center, Suite 1310
                                        Suite 1310
                                        1500 John F. Kennedy Boulevard
                                        Philadelphia, Pennsylvania 19102
                                        (215) 567-2878
                                        rcarlton@wolffsamson.com
                                        Attorneys for Defendant
                                        Advanced Environmental
                                        Technology Corporation


                                        By:   /s/ Robert T. Carlton, Jr.
                                                ROBERT T. CARLTON, JR.

Dated: July 12, 2007