IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, LLC, et al., | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| v. | : 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : |
| Defendants. | : |

### HANDY & HARMAN TUBE COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant, Handy & Harman Tube Company, Inc. (Handy & Harman Tube Company"), by and through its undersigned counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, hereby moves for summary judgment against plaintiffs, Agere Systems, LLC, Cytec Industries Inc., Ford Motor Company, SPS Technologies, LLC, and TI Group Automotive Systems LLC. For the reasons set forth in the accompanying memorandum, Handy & Harman Tube Company's motion for summary judgment should be granted.

Respectfully submitted,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

By: _____MF1386_____
MELISSA E. FLAX
5 Becker Farm Road
Roseland, New Jersey 07068

Attorneys for Defendant,
Handy & Harman Tube Company, Inc.

Dated: July 17, 2007