IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, LLC, et al., | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : |
| Defendants. | : |

## ORDER GRANTING HANDY & HARMAN TUBE COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT

AND NOW, this _____ day of _____ 2007, upon consideration of defendant Handy & Harman Tube Company, Inc.'s motion and any opposition thereto, it is hereby ORDERED that Handy & Harman Tube Company, Inc.'s Motion for Summary Judgment is GRANTED.

_____
Legrome D. Davis, Judge