IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, LLC, et al., | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Melissa E. Flax, Esq., declare under penalty of perjury that a copy of the following documents were served on all counsel on the attached service list, via email, on this date:

A. Handy & Harman Tube Company, Inc.'s Motion for Summary Judgment.

B. Memorandum on Behalf of Handy & Harman Tube Company, Inc. in Support of Its Motion for Summary Judgment.

C. Declaration of Melissa E. Flax in Support of Handy & Harman Tube Company, Inc.'s Motion for Summary Judgment.

D. Proposed form of Order.

Dated: July 17, 2007

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Defendant, Handy & Harman
Tube Company, Inc.

By: _____ MF1386
MELISSA E. FLAX
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
(973) 994-1744 (fax)

**SERVICE LIST**

*Agere Systems Inc. v. AETC, et al.*
*Civil Action No. 02-cv-3830 (LDD)*

COUNSEL FOR PLAINTIFFS:

| | |
|---|---|
| Glenn A. Harris, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>Plaza 1000 – Suite 500<br>Main Street<br>Voorhees, New Jersey 08043-4636<br>Tel:    (856) 761-3400<br>Fax:    (856) 761-1020<br>E-mail:   harris@ballardspahr.com | Monique M. Mooney, Esq.<br>*Ballard, Spahr, Andrews & Ingersoll*<br>1735 Market Street<br>51st Floor<br>Philadelphia, Pennsylvania 19103<br>Tel:    (215) 864-8189<br>Fax:    (215) 864-9266<br>E-mail:   mooney@ballardspahr.com |

COUNSEL FOR DEFENDANTS:

| | |
|---|---|
| *Advanced Environmental Technology Corp.*<br>Laurie Sands, Esq.<br>Wolff & Samson, P.C.<br>One Boland Drive<br>West Orange, NJ 07052<br>Phone: (973) 740-0500<br>Fax: (973) 740-1407<br>Email: tsabino@wolffsamson.com | *Ashland, Inc.*<br>Richard Biedrzycki, Esq.<br>Phelan, Pettit & Biedrzycki<br>Suite 1600<br>The North American Building, 121 South Broad Street<br>Philadelphia, Pennsylvania 19107<br>Phone: (215) 546-0500<br>Fax: (215) 546-9444<br>Email: rbiedrzycki@pp-b.com |
| *Carpenter Technology Corporation*<br>Lynn Wright, Esq.<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>Phone: 212-756-0215<br>Fax: 888-325-9169<br>Email: lwright@ealaw.com | *Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*<br>Seth v.d.H. Cooley, Esq.<br>Duane Morris<br>30 South 17th Street<br>Philadelphia, Pennsylvania 19103-7396<br>Phone: (215) 979-1818<br>Fax: (215) 979-1020<br>Email: scooley@duanemorris.com |
| *Handy & Harman Tube Company, Inc.*<br>Melissa E. Flax, Esq.<br>Carella, Byrne, Bain, Gilfillan, Cecchi,<br>    Stewart & Olstein, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068-1739<br>Phone: 973-994-1700<br>Fax: 973-994-1744<br>Email: mflax@carellabyrne.com | *NRM Investment Co.*<br>Edward Fackenthal, Esq.<br>Law Office of Edward Fackenthal<br>One Montgomery Plaza, Suite 209<br>Norristown, PA 19401<br>Phone: 610-279-3370<br>Fax: 610-279-0696<br>Email: edwardfackenthal@cs.com |

*Rahns Specialty Metals, Inc/Techalloy Co., Inc.*
*and Thomas & Bett*
Andrew P. Foster, Esq.
Adina Dziuk, Esq.
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Phone: 215-998-2700
Fax: 215-988-2757
Email: andrew.foster@dbr.com