IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs Agere Systems, Inc., Cytec Industries Inc., Ford Motor Company, SPS Technologies, LLC, and TI Group Automotive Systems LLC ("Plaintiffs") move this Court, pursuant to Fed. R. Civ. P. 56, for entry of a summary judgment that Defendant Advanced Environmental Technology Corporation is jointly and severally liable for all response costs that this Court determines at trial are recoverable under § 107(a) unless AETC proves at trial that the harm is divisible and that damages are capable of some reasonable apportionment.

Dated: July 26, 2007

Respectfully submitted,

Ballard Spahr Andrews & Ingersoll, LLP

By: _____
Glenn A. Harris, Esquire
Plaza 1000, Suite 500, Main Street
Voorhees, New Jersey 08043
Phone: (856) 761-3400

Attorney for Plaintiffs

DMEAST #9837407 v4