IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## DECLARATION OF GLENN A. HARRIS, ESQUIRE

**I, GLENN A. HARRIS**, of legal age make this declaration pursuant to the provisions of 28 U.S.C. § 1746.

1. I am a partner with the law firm of Ballard Spahr Andrews & Ingersoll, LLP and am fully familiar with the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Report of Raymond F. Dovell, CPA previously produced to Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

GLENN A. HARRIS

Executed On: July 26, 2007