IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>      Plaintiffs,<br> v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>      Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Memorandum in Opposition to AETC's Motion for An Order Declaring Equitable Allocation of the Diaz Chemical "Orphan Share" and in support of their Cross-Motion for Summary Judgment it is hereby ORDERED that AETC's Motion is DENIED and that Plaintiffs' Cross-Motion for Summary Judgment is GRANTED.

                       _____
                       Legrome D. Davis, J.