IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>                Plaintiffs,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## MOTION FOR LEAVE TO AMEND FOURTH AMENDED COMPLAINT

Plaintiffs Agere Systems, Inc., Cytec Industries Inc., Ford Motor Company, SPS Technologies, LLC, and TI Group Automotive Systems LLC ("Plaintiffs") move this Court, pursuant to Fed. R. Civ. P. 15(a), for leave to amend their Fourth Amended Complaint. For the reasons set forth in the accompanying memorandum of law, Plaintiffs' motion should be granted, and Plaintiffs' Fifth Amended Complaint should be deemed filed and should relate back to the date of the filing of the original Complaint.

Dated: July 25, 2007

                                                      Respectfully submitted,

                                                      Ballard Spahr Andrews & Ingersoll, LLP

                                                      By: _____
                                                             Glenn A. Harris, Esquire
                                                              Plaza 1000, Suite 500, Main Street
                                                              Voorhees, New Jersey  08043
                                                              Phone:  (856) 761-3400

                                                              Attorney for Plaintiffs