IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Motion for Leave to Amend Fourth Amended Complaint, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs' Fifth Amended Complaint is hereby deemed filed and relates back to the date of the filing of the original Complaint

_____
Legrome D. Davis, J.

DMEAST #9837219 v1