# EXHIBIT 'A'

Date Transcribed February 12, 1993

JAY M. CRAWFORD was interviewed in the offices of Handy & Harmon Tube Company, Inc., Township Line and Whitehall Road, Norristown, PA 19403. The following descriptive information was obtained:

Home Address:
Home Telephone:
Date of Birth:
SSAN:
Employer: 
Handy & Harmon Tube Company, Inc.
Norristown, PA
Supervisor of Welding and Raw Materials

JOHN C. BULLOCK, Esquire, Environmental Counsel for Handy & Harmon, Waterbury, CT, was present for the interview. Mr. Grabill identified himself by displaying his credentials and advised Mr. CRAWFORD that the interview concerned his knowledge of the type and extent of a possible relationship between Handy & Harmon Tube Company, Inc. and the Boarhead Farms Site during the period from 1969 to 1977. Mr. CRAWFORD was also advised that the investigation had been authorized by the U. S. Environmental Protection Agency (EPA), Region III, Philadelphia, PA, and that his participation was voluntary. Mr. Grabill informed Mr. CRAWFORD that no information protected by attorney/client privilege would be sought. Mr. CRAWFORD agreed to be interviewed and stated that he would be willing to review this statement and, after reviewing it for accuracy, sign the statement. He then provided the following information:

Mr. CRAWFORD stated that he has been the Supervisor of Welding and Raw Material for twenty-five years including the period from 1969 to 1977. He stated that he is not now involved in waste disposal and was not involved during the pertinent period. He felt that ROBERT ZIMMERMAN, Engineering, and WALT POSEN, Maintenance Supervisor, may have had knowledge of waste disposal; but both are now deceased.

Mr. CRAWFORD stated that the name DeRewal Chemical Company was familiar to him since a company with the name DeRewal hauled spent lubricants in 30 and 55-gallon drums. He did not recall what types of lubricants were involved, but he did recall seeing other employees fill the drums. The accumulation of drums prior to pick-up was small, probably fewer than a dozen. Mr. CRAWFORD did not recall the frequency of pick-ups or the period of time that DeRewal hauled out the drums, but he did remember that it was sometime during the period 1969 to 1977.

Mr. CRAWFORD stated that he had no knowledge of other wastes being hauled by DeRewal and, in fact, was not familiar with the waste streams generated by the manufacturing process.

Mr. CRAWFORD advised that he had no contact with any of the drivers or

In rview of  Jay M. Crawford                 On 2/5/93          JHA File # 90-150

C    ed by  Richard C. Grabill               Client File #  CDM Work Asgmt.# C03052

HEMENWAY ASSOCIATES                A-1                     Form 302 - Interview Rep

40

employees of DeRewal. He did not recognize the names MANFRED DEREWAL; NORBERT DEREWAL; JONATHAN DUNN; KAREN BEAN; Revere Chemical Company; Revere Chemical Transport; Echo, Inc.; or any of the other names set forth on page 3, paragraph 5 of the EPA 104(e) letter dated September 30, 1992.

Mr. CRAWFORD he could not think of any other employees who would have been familiar with waste disposal during the pertinent period. He could provide no further information of value, and the interview was terminated.

STATEMENT OF JAY M. CRAWFORD:

I, Jay M. Crawford, have read the above statement; and it is true and accurate to the best of my recollection. I have voluntarily signed this page and have initialed all corrections and each of the above pages to attest to the accuracy of this statement. No threats or promises have been made to me, and no coercion of any kind has been used to make me sign this statement.

Date: _____    Signature: _____

Boarhead Farms Site
Crawford, Jay M.
Page 2

A-2