# EXHIBIT 'F'

John Barsum  September 8, 2003

Page 326

1   A. No.
2       MR. DILLON: Objection to the form.
3   Other than he's seen the other trucks down at
4   Wissinoming?
5   BY MR. HARRIS:
6   Q. I'd like to show you a document that's
7   previously been marked as P-42. It's a DeRewal
8   Chemical invoice to Handy & Harman Tube Company in
9   Norristown, Pennsylvania. Do you see where it says
10  Township Line Road on there?
11  A. Yes.
12  Q. Looking at that document, I know we talked
13  about Jenkintown and we talked about cyanide and we
14  talked about the words Handy & Harman that you say you
15  saw on a sign.
16  A. I remember the name Norristown, that's where
17  it was at. I remember it.
18  Q. Having seen this piece of paper --
19  A. It was right by Bridgeport.
20  Q. -- do you think that you personally went to
21  a place called Handy & Harman in, near Norristown?
22  A. One time, that's all, Glenn. That's where
23  it was at, Norristown, not Jenkintown. I'm sorry, I
24  said Jenkintown. That was Standard.
25  Q. So you went to both places; is that right?

Page 327

1   A. Yeah, I did, because I remember crossing the
2   bridge on Ridge Road. I know, yeah.
3   Q. So now, what did the place --
4   A. I remember that now.
5   Q. Now, that we're focusing on this Handy &
6   Harman --
7   A. One time though.
8   Q. Okay, one time. What did that one look
9   like? Do you remember what that one looked like?
10  A. No, I can't remember.
11  Q. What did you pick up the time you went
12  there?
13  A. Drums.
14  Q. How many?
15  A. Fifteen, 10 or 15.
16  Q. Are you just guessing?
17  A. Twelve, 15. Maybe 25. I don't know.
18  Q. You don't remember, is that a fair
19  statement?
20  A. I'm saying it -- yeah, it wasn't no full
21  trailer load.
22  Q. Okay.
23  A. Could have been 20; 15, 20.
24  Q. And you don't remember what that facility
25  looked like?

Page 328

1   A. No, that was nighttime. I remember it now
2   when I see Norristown, yeah. I remember going across
3   that bridge --
4   Q. Okay.
5   A. -- to get there.
6   Q. All right. What were you driving?
7   A. Fred's truck.
8   Q. The Brockway?
9   A. Yeah.
10  Q. Pulling a trailer, a flat trailer?
11  A. Yeah.
12  Q. Where did you take those drums to be
13  disposed?
14  A. Philadelphia, Ontario.
15  Q. Did you ever take waste down to Marvin
16  Jonas's Sewell location from a DeRewal customer before
17  Ontario opened?
18  A. Well, I'll tell you he had a couple flatbeds
19  there with drums to go, before Wissinoming and Ontario
20  came in. And that's where we took it from Fred's down
21  to Jonas. It was up there already and I just drove it
22  down, dropped it. Frankie said just drop it right
23  here, I put it there and dropped it.
24  Q. Two times?
25  A. Couple times, yeah.

Page 329

1   Q. When Mr. Lemon was asking you some
2   questions, you said there was a time when Fred's
3   driveway was blocked up at the site and you had to go
4   to Kingwood?
5   A. Well, they had the township on him, the
6   police were there.
7   Q. How long did that time period last? Was
8   that for a day, a week?
9   A. Yeah, it was a week or so. He couldn't
10  keep -- they were coming in constantly. That's when
11  they were keeping an eye on everything, checking.
12  Q. All right. So that period lasted a couple
13  weeks?
14  A. That was a couple weeks, took to it
15  Kingwood.
16  Q. Did that happen only once, the blocking the
17  driveway thing, a couple weeks?
18  A. Well, yeah. But I don't know if you know
19  anything about Lapsley.
20  Q. No, that's okay.
21      MR. HARRIS: I think I'm done.
22      MR. LEMON: One little bit on that least
23  piece.
24  (EXAMINATION OF MR. BARSUM BY MR. LEMON)
25  Q. It sounded like you were about to say

83 (Pages 326 to 329)

MFCSRS@aol.com  Mastroianni & Formaroli, Inc.  (856) 546-1100
Professionals Serving Professionals