# EXHIBIT "I"
# (part 3)

Kirk W. Brown

"Root distribution of bermudagrass grown on reclaimed lignite spoil." 1980-1981. Funded by the Center for Energy and Mineral Research for $12,590. Final Report submitted August, 1981.

"A residual evaluation of the influence of chemicals on the permeability of soil clays." 1979-1980. Funded by the Environmental Protection Agency for $91,783. Report submitted December, 1981.

"Investigate the influence of organic matter quality and placement on the establishment of grass and the physical properties of golf green mixes." 1979-1981. Funded by the U. S. Golf Association, Green Section for $10,177. Final Report submitted February, 1982.

"Metal uptake by grasses grown on reclaimed lignite spoils." 1979-1980. Funded by the Center for Energy and Mineral Research for $13,100.

"Soil disposal of API pit wastes." 1977-1980. Funded by the Environmental Protection Agency for $184,104. Final report submitted in 1981.

"Evaluate subsurface landfarm contamination after long term use." 1980-1981. Funded by the American Petroleum Institute for $98,530. Final Report published in 1983.

"The use of bioassays to evaluate the environmental impact of land treatment of hazardous industrial wastes." 1980-1983. Funded by the Environmental Protection Agency for $383,732. Final Report published in 1985.

"A review and evaluation of the influence of chemicals on the permeability of soil clays." 1981. Funded by the Environmental Protection Agency for $339,056. Final report published in 1983.

"Quantify leak rates through holes in landfill liners" 1983-1985. Funded by Environmental Protection Agency for $232,769. Final report submitted in 1986.

"Efficiency of soil core and soil-pore liquid sampling systems". 1983-1985. Funded by Environmental Protection Agency for $101,766. Final report submitted in 1986.

"Completion of Field Investigation and an Evaluation of Mechanisms by which Organic Liquids Alter the Permeability of Clay Soils". 1984-1985. Funded by EPA for $59,000. Final report submitted in 1986.

"Mobility and Stability of Mutagenic Compounds in Municipal Sewage Sludge Amended Soil." 1984-1986. Funded by Environmental Protection Agency. for $281,800.

"Development of a Capillary Wick Unsaturated Zone Pore Water Sampler." 1985-1986. Funded by Environmental Protection Agency for $236,353.

"Evaluation of the Thickness of Clay Liners Required to Meet RCRA Requirements". 1987-1989. Funded by Environmental Protection Agency. First year funding $122,184.

"Development of a Pesticide Rinse Water Digester". 1986-88. Funded by Texas Water Resource Institute for $58,000.

"Determination of the optimum furrow dike size to minimize rainfall runoff". 1985. Funded by Texas Water Resource Institute for $17,500.

"In situ vapor extraction of volatile contaminants at Superfund sites" 1987-88. Funded by Texas Water Resource Institute for $40,000.

"Development of a comprehensive testing protocol to assess the hazard of an uncontrolled hazardous waste site". 1987-89. Funded by Environmental Protection Agency for $315,897.

"Evaluation of the Bacterial Mutagenicity and Chemical Characteristics of Municipal Landfill Leachate". 1988-1990. Sponsored by Texas Water Resource Institute, $47,500.

"Bioassay Directed Chemical Characterization of Hazardous Organic Chemicals in Waste Contaminated Environments". Funded by National Institute of Health, 1989-1992, $422,000.

"The Use of Short-Term Bioassays to Assess the Human Health Hazard of Uncontrolled Hazardous Waste Sites". Funded by National Institute of Health, 1989-1992, $607,000.

"In Situ Bioremediation of Hazardous Substances in the Vadose Zone". Funded by USEPA, 1988-1991, $341,164.

"Effectiveness of Multiple Liner Systems for Hazardous Waste Containment Facilities". Funded by USEPA, 1988-1991, $387,203.

"The Use of In-Vessel Composting as a Treatment Technology for Hazardous Waste Minimization". Funded by Gulf Coast Hazardous Substance Research Center, June 1, 1991-April 30, 1994, $107,471.

"Site Assessment." Funded by NIH for $334,.650 for first 3 years. 1992-1996.

"Demonstration of the Degradation of Toxic Organics in Composted Municipal Solid Waste." Funded by Texas Water Commission for $135,000 for two years, 1992-1994.

"A Preliminary Demonstration of the Use of In-Vessel Composting for Degradation of Waste Propellants." Sponsored by Day & Zimmermann, Inc. 1993. Funds amounted to $18,138.

Kirk W. Brown

"Water Use Efficiency and Wetting Patterns Associated with Directed Subsurface Irrigation." Sponsored by Texas-Israel Exchange Program through the Texas Department of agriculture 1995-1996 Funds amount to $27,770.

**EXHIBIT B**

## COMPREHENSIVE LISTING OF TESTIMONY BY K. W. BROWN

**TRIAL TESTIMONY**                                                          **DATE**

20    Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I .DuPont de Nemours     5/1/06
      and Company, et al., Defendants,* in the Circuit Court of Harrison County, West
      Virginia. This case involved the contamination of homes and properties with metal
      dust from the former Meadowbrook Smelter in Spelter, West Virginia. Retained by
      the Plaintiffs.

19    Civil Action No. 95-CV-6400L, *Seneca Meadows, Plaintiff vs. ECI Liquidating, et        6/21/05 to
      al., Defendants* in the United States District Court, Western District of New York.      6/23/05
      This case involved claims against defendants concerning the disposal of hazardous
      substances in the Tantalo Landfill, Seneca Falls, New York. Retained by the
      Plaintiff.

18    Civil Action No. 01:01-CV-890; *Lyondell Chemical Company, et al., Plaintiffs v.         4/18/05
      Albemarle Corporation, et al., Defendants* in the United States District Court for the
      Eastern District Of Texas, Beaumont Division. This case involved the disposal of
      waste containing hazardous substances and groundwater contamination at the Turtle
      Bayou Superfund in Liberty County, Texas. Retained by ExxonMobil, Defendant.

17    Cause No. 03-001121-CV; *Joseph Paul Horlen, et al., Plaintiffs, v. Robert S. Smith      6/17/04
      and Robo Investments, Inc., Defendants* in the District Court of Brazos County,
      Texas, 361st Judicial District. Case involved the subsurface loss of water from a
      man-made lake within a residential subdivision and the subsequent undercutting of
      riverbank along the Brazos River. Retained by the Plaintiffs.

16    Civil Action No. 98-CV-0838S (F); *W.R. Grace & Co.-Conn., Plaintiff, V. Zotos          5/17/04 to
      International, Inc., Defendant* in the United States District Court Western District Of  5/21/04
      New York. Case involved the disposal of cosmetic waste at the Brewer Road
      Landfill in Waterloo County, and the contamination of groundwater as a result of
      these disposal practices. Retained by the Plaintiff.

15.   Civil Action No. 95-2097 *Interfaith Community Organization, et al., Plaintiffs v.       1/28/03 to
      Honeywell International, Inc. et al., Defendants.* In the United States District Court    1/29/03
      for the District of New Jersey. This case involved claims against the defendants
      concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey
      City, New Jersey. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG,
      Inc., Plaintiffs.

14    Case No. 80-1589; *United States of America, Plaintiff, vs. City of Philadelphia,        08/29/02 to
      Plaintiff-Intervenor, vs. Union Corporation Metal Bank of America, et al.,               09/05/02
      Defendants, vs. Consolidated Edison Company of New York, et al., Third Party
      Defendants.* In the United States District Court for the Eastern District of
      Pennsylvania. This case involved claims against the defendants concerning the
      release of PCBs from the Metal Bank/Cottman Avenue Site to the Delaware River.
      Retained by the Defendants

**Comprehensive Listing of Testimony by K. W. Brown**

13    Civil No. N-87-52 (PCD). *The B.F. Goodrich Company, et al., Plaintiffs v. Harold Murtha, et al., Defendants v. Risdon Corporation et al., Third Party Defendants*. In the United States District Court, District of Connecticut. Case involved characterization of hazardous substances in waste generated by industries, commercial establishments, and municipalities disposed at two landfills in Connecticut, Beacon Heights Landfills and Laurel Park Landfill, which were classified as Superfund sites. Retained by Plaintiffs Beacon Heights Coalition and Laurel Park Coalition.    01/05/98 to 01/09/98 and 01/12/98 to 01/13/98

12    Docket Nos. CV-96-0564091S and CV-96-0564092S; *Oxford Tire Supply, Inc., Plaintiff v. Commissioner of the Department of Revenue Services, Defendant*. In the Superior Court, Judicial District of Hartford/New Britain at Hartford, Connecticut. Case involved tax issues associated with handling of hazardous materials as defined by Connecticut tax regulation. Primary area of testimony was leaching of hazardous substances from rubber tire waste. Retained by Plaintiffs.    12/18/97

11    Civil Action No. 292CV00674(JBA); *The Companies for Fair Allocation Group v. Axil Corporation, et al*. In the United States District Court for the District of Connecticut. Case involved question of hazardous waste disposal by the Dynamics Corporation of America (Waring Division) at the Barkhamsted-New Hartford Landfill Superfund site in Barkhamsted, Connecticut. Retained by the Plaintiffs.    6/13–14/96

10    Civil Action No. 93-CV-0090-B; *KN Energy, Inc., et al., v. Sinclair Oil Corp., d/b/a/ Little America Refining Co.* United States District Court, District of Wyoming. Case involved study of hydrocarbon and metals groundwater plume, which had migrated from the area of a refinery and adjacent terminal to a nearby neighborhood in Wyoming. Work involved study of the origin of the plume. Retained by the Plaintiff.    6/6/95

9    Cause No. CA-94-CI-05270; *John Gibson Trustee v. Exxon Corporation*. District Court, 225th Judicial District, Bexar County, Texas. Suit involved claim by property owners adjacent to an old refinery for damages due to contaminant migration onto their property from previous waste disposal operations at the closed refinery. Retained by the Defendant.    2/17/95 2/21/95

8    Docket No. N-87-52 (PCD), All Cases; *The B.F. Goodrich Company, et al., Plaintiffs v. Harold Murtha, et al., Defendants v. Risdon Corporation et al., Third Party Defendants*. United States District Court for the District of Connecticut. Suit concerning the hazardous nature of waste disposed at the Beacon Heights Landfill Superfund site. Retained by the Plaintiff.    12/15–19/94

7    Case No. 390-37213-SAF-11 and Case No. 390-37214-SAF-11, jointly administered Chapter 11; In re: *National Gypsum Company v. Aancor Holdings, Inc*. Suit involved groundwater contamination associated with Rolling Knolls Landfill. Retained by the U.S.A.    5/18–20/92 6/1/92 6/24/92

6    Case No. CIV-86-1401-P; *The United States of America v. Royal N. Hardage, et al., Advance Chemical Company, et al., v. ABCO, et al*. United States District Court for the Western District of Oklahoma. Enforcement of ROD concerning remediation of hazardous waste site. Retained by the Plaintiff.    10/27/89

**Comprehensive Listing of Testimony by K. W. Brown**

5    *The United States of America, the State of New York, and UDC-Love Canal, Inc., v.*          3/20–21/89
     *Occidental Chemical Corp., Occidental Chemical Holding Corp., Occidental*
     *Petroleum Investment Co., Occidental Petroleum Corp., City of Niagara Falls,*
     *Niagara County Health Department, and the Board of Education of the City of*
     *Niagara Falls, Love Canal Landfill Superfund site.* United States District Court for
     the Western District of New York. Testimony on the mobility of organic pollutants
     through clay. Retained by the Plaintiff.

4    Case No. 85-17210-C; *James L. Slaughter, et al., v. Farm and Home Savings, et al.,*          12/6/89
     and Case No. 86-48352; *Mike Fenimore, et al., v. Farm and Home Savings.* 151st
     Judicial District Court of Harris County, Texas. Case involved issues of land
     development and exposure to petrochemical wastes by residents in neighborhoods
     adjacent to the Brio/Dixie Oil Processors Superfund sites (Houston, Texas).
     Retained by the Plaintiffs.

3    *Barbara Lips v. Jacobs Oil Company.* Federal District Court in Corpus Christi.          1985
     Testimony on the damages and reclamation results from oilfield drilling mud wastes.
     Retained by the Plaintiff.

2    *Blaire v. Palmer Oil.* Texas District Court. Suit over the destruction of land resulting
     from oil exploration activities. (587091018) Retained by the Plaintiff.

1    *Jarvis L. Smoak v. Arkansas Louisiana Gas Company.* In the Texas District Court of
     Marshall, Texas. Contamination of soil and loss of trees due to oil spill. Retained by
     the Defendant.

Comprehensive Listing of Testimony by K. W. Brown

---

### DEPOSITION TESTIMONY

75  Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I .DuPont de Nemours*    1/25-26/06
    *and Company, et al., Defendants,* in the Circuit Court of Harrison County, West
    Virginia. This case involved the contamination of homes and properties with metal    2/10/06
    dust from the former Meadowbrook Smelter in Spelter, West Virginia. Retained by
    the Plaintiffs.

74  Cause No. 02-4162 JPG; *Chevron Environmental Management Company, Chevron*    8/3/05
    *Environmental Services Company, and Texaco Inc., Plaintiffs, v. Indian Refining I*
    *Limited Partnership (f/k/a Indian Refining Limited Partnership), et al, Defendants* in
    the United States District Court for the Southern District of Illinois. Case involved
    remediation and allocation of costs for the former Indian refinery in Lawrenceville,
    IL. Retained by the Plaintiff

73  Cause No. 02-4162 JPG; *Chevron Environmental Management Company, Chevron*    6/2/05
    *Environmental Services Company, and Texaco Inc., Plaintiffs, v. Indian Refining I*
    *Limited Partnership (f/k/a Indian Refining Limited Partnership), et al, Defendants* in
    the United States District Court for the Southern District of Illinois. Case involved
    remediation and allocation of costs for the former Indian refinery in Lawrenceville,
    IL. Retained by the Plaintiff

72  Civil Action No. 95-CV-6400L, *Seneca Meadows, Plaintiff vs. ECI Liquidating, et*    5/27/05
    *al., Defendants* in the United States District Court, Western District of New York.
    This case involved claims against defendants concerning the disposal of hazardous
    substances in the Tantalo Landfill, Seneca Falls, New York. Retained by the
    Plaintiff.

71  File No. C7-0310992; *State of Minnesota, Plaintiff, v. American Hardware Mutual*    4/21/05
    *Insurance Company, Defendants* in the District Court of Minnesota, Tenth Judicial
    District. Case involved the disposal of hazardous substances with industrial waste at
    Oak Grove and East Bethel Landfills and the contamination of groundwater as a
    result of these disposal practices. Retained by the Plaintiff.

70  Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco*    12/7/04
    *Incorporated, et al., Defendants* in the United States District Court for the Northern
    District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site
    and the subsequent assessment and evaluation of lead contamination and lead
    transport pathways in the communities of Picher and Cardin, Oklahoma, including
    the impacts of lead exposure to the children within these communities. Retained by
    the Plaintiffs.

69  Civil Action No. 01:01-CV-890; *Lyondell Chemical Company, et al., Plaintiffs v.*    7/8/04
    *Albemarle Corporation, et al., Defendants* in the United States District Court for the
    Eastern District Of Texas, Beaumont Division. This case involved the disposal of
    waste containing hazardous substances and groundwater contamination at the Turtle
    Bayou Superfund in Liberty County, Texas. Retained by ExxonMobil, Defendant.

4

Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 68 | Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Retained by the Plaintiffs. | 6/30/04 |
| 67 | Court File No. CT 02-016741; *State of Minnesota, by its Attorney General, Mike Hatch, Plaintiff, v. American Hardware Mutual Insurance Co., et al., Defendants* in the District Court of Minnesota, Fourth Judicial District. Case involved the disposal of hazardous substances with industrial waste at the WDE and St. Augusta Landfills and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 2/24/04 |
| 66 | Civil Action No. 98-CV-0838S (F); *W.R. Grace & Co.-Conn., Plaintiff, V. Zotos International, Inc., Defendant* in the United States District Court Western District Of New York. Case involved the disposal of cosmetic waste at the Brewer Road Landfill in Waterloo County, and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 2/12/04 |
| 65 | Case No. 00-01917 MRP (MANx); *Shell Chemical Co., et al., Plaintiffs, vs. The County of Los Angeles, et al., Defendants* in the United States District Court for the Central District of California; Case No. 00-1938 MRP (MANx); *Phillips Petroleum Co., et al., Plaintiffs, vs. The County of Los Angeles, et al., Defendants* in the United States District Court for the Central District of California; and Case No. 00-6420 MRP (MANx); *Atlantic Richfield Co., et al., Plaintiffs, vs. BKK Corporation, et al., Defendants* in the United States District Court for the Central District of California. These combined cases involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Retained by the Plaintiffs. | 3/7/03 |
| 64 | Court File No. MC00-001819; *State of Minnesota, by its Attorney General, Mike Hatch, Plaintiff, v. Employers Insurance of Wausau, A Mutual Company, et al., Defendants* in the District Court of Minnesota, Fourth Judicial District. Case involved the disposal of hazardous substances with industrial waste at the Oak Grove Landfill and East Bethel Landfill in Anoka County, and the contamination of groundwater as a result of these disposal practices. For the Plaintiff. | 12/17/02 |
| 63 | Case No. 80-1589; *United States of America, Plaintiff, vs. City of Philadelphia, Plaintiff-Intervenor, vs. Union Corporation Metal Bank of America, et al., Defendants, vs. Consolidated Edison Company of New York, et al., Third Party Defendants* in the United States District Court for the Eastern District of Pennsylvania. This case involved claims against the defendants concerning the release of PCBs from the Metal Bank/Cottman Avenue Site to the Delaware River. Retained by the Defendants | 5/28/02 |
| 62 | Civil Action No. H-98-0408 *United States of America, et al. vs. Atlantic Richfield Company, et al vs. Ashland, Inc., et al.,* in the United States District Court Southern District of Texas Houston Division. This case involved claims against defendants concerning waste disposal at Sikes Pit. Retained by the Defendant. | 6/26//01 - 6/27/01 |

Comprehensive Listing of Testimony by K. W. Brown

---

61    Civil Action No. 95-2097 *Interfaith Community Organization, et al. v. Honeywell International, Inc. et al.*, in the United States District Court for the District of New Jersey. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants.    6/20/01

60    Civil Action No. 5:97CV00894; *United States of America v. Chrysler Corp. et al.*, in the in the United States District Court for the Northern District of Ohio. This case involved claims against the defendants concerning disposal of hazardous substances in the Krejci Dump Site. Retained by Minnesota Mining Manufacturing Company, Defendant.    06/07/01

59    Civil Action No. G-96-493; *Janie Rivas, et al., vs. Monsanto Company, et al.*, in the United States District Court for the Southern district of Texas Galveston Division. This case involves modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Retained by the Plaintiffs.    03/16/01

58    Case No. CIV-91-2067-PHX-PGR *Maurice McIntire, et al. vs. Motorola, Inc.*, in the United States District Court in and for the District of Arizona. This case involved a lawsuit by certain Phoenix residents concerning the VOC groundwater and ambient air plumes perpetrated by Motorola and the subsequent exposure of the litigants to the hazardous substances. This deposition involved waste management and waste handling.    5/31/00 - 6/2/00

57    Case No. 98-CV0726 *Connie Lolley Klostermann, et al vs. Ultramar Diamond Shamrock Corporation, et al.*, in the 212th Judicial District Court, Galveston County, Texas. This case involved a lawsuit by the landowner concerning property damage resulting from leaking storage tank contamination. Retained by Diamond Shamrock, Defendant.    5/26/00

56    Case No. 97-6222 MRP (MANx) *Commercial Realty Projects, Inc., and L.A. Metromall LLC, vs. Atlantic Richfield Company, et al.*, in the United States District Court in for the Central District of California. This case involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Retained by the Defendants.    3/6/00

55    Case No. 93-055257 *Ralph L. Nichols, Jr., et al. vs. Monsanto Company, et al.*, in the 125th Judicial District Court of Harris County, Texas. This case involved contaminant migration via air, surface water, and groundwater media from the Dixie Oil Processors Superfund Site to adjacent athletic field. Retained by the Plaintiffs.    1/28/00

54    Case No. CIV-91-2067-PHX-PGR *Maurice McIntire, et al. vs. Motorola, Inc.*, in the United States District Court in and for the District of Arizona. This case involved a lawsuit by certain Phoenix residents concerning the VOC groundwater and ambient air plumes perpetrated by Motorola and the subsequent exposure of the litigants to the hazardous substances.    12/6/99 - 12/8/99

53    Case No. 89-4340 (JBS) *United States vs. Helen Kramer et al.*, In the United States District Court for the District of New Jersey. This case involved hazardous substance deposition into Kramer Landfill (Superfund Site) by defendants. Retained by lawyers for the plaintiff.    10/6/99

6

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 52 | Case No. 92-034865; *James E. Barnet, Sr., et al., vs. Monsanto Company, et al.* In the District Court of Harris County, Texas, 80th District Court. This case involved former workers' claims concerning exposure to hazardous chemicals. Retained by the Plaintiffs. | 4/28/99 |
| 51 | Case No. 95C-1065; *Lemberger Sites Remediation Group, Plaintiff, v. A.M. Richter & Sons Co., et al., and White Consolidated Industries, Inc., Defendants;* In the United States District Court Eastern District of Wisconsin. This case involved hazardous constituents in waste going to Lemberger Landfill (Superfund Site). Retained by the Plaintiff. | 3/12/99 |
| 50 | Case No. 98-459-A; *Lewie Byers; vs. Texaco Exploration and Production Inc. and Texaco Inc.* In the District Court of Smith County, Texas 7th Judicial District. This case involves claims of contamination due to releases of crude oil and fluids from oil field production activities. Retained by the Defendant. | 1/22/99 |
| 49 | C.A. No. G-96-493; *Janie Rivas, et al., vs. Monsanto Company, et al.; Defendant.* In the United States District Court for the Southern district of Texas Galveston Division. This case involves modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Retained by the Plaintiffs. | 12/30/98 |
| 48 | Cause No. 95-044151; *Rebecca Johnson, et al., and On Behalf of All Those Similarly Situated, Plaintiffs, vs. Exxon Company, U.S.A., et al., Defendant.* In the 61st Judicial District Court, Harris County, Texas. Case involved claims of contamination to a neighborhood near Carver Elementary school that was built over covered pits where oil began to surface in 1995. Retained by the Defendant. | 7/24/98 |
| 47 | Case 75524; *Clarice Friloux, et al., Plaintiffs, vs. Campbell Wells Corporation, et al., Defendants.* In the 17th Judicial District Court, Parish of Lafourche, Louisiana. Case involved claims of offsite air migration of hazardous substances purportedly associated with a non-hazardous oilfield waste disposal facility. Retained by the Defendants. | 5/21/98 |
| 46 | Case No. 93-004644; *Mike Adalis, et. al., Plaintiffs, vs. Neighborhood Development Corporation, et al, Defendants.* In the District Court of Harris County, Texas, 269th Judicial District. Case involved claims of groundwater and related drinking water well contamination attributable to 50 year old oil well blowout. Retained by the defendant Exxon. | 2/13/98 and 7/8/98 |
| 45 | Civil Action No. 95-514875-CE; *Grand Trunk Western Railroad, Incorporated and Star Oil Company, Inc., Plaintiffs vs. Union Oil Company of California, Wynkoop Oil Company, Clement Wynkoop, Secory Oil Company and Lewis Secory, Defendants and Union Oil Company and Clement Wynkoop, Counter-Plaintiffs/Cross-Plaintiffs vs. Secory Oil Company and Lewis Secory.* Case involved modeling of the transport and fate of hydrocarbon fuels, which leaked from storage, tanks at a terminal and allegedly migrated onto adjoining properties of plaintiffs. Retained by the Defendants. | 5/22/97 and 6/2/97 to 6/3/97 |

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 44 | Case No. 93-03044, *James W. Allen, III and Victoria Ann Allen, et al. Monsanto Company, et. al.*, and Case No. 93-14478, Christopher Irwin and Jon H. Moore, et al., in the District Court of Harris County, Texas, 113th Judicial District. Case involved contaminant migration via air, surface water and groundwater media from the Dixie Oil Processors Superfund Site to adjacent children's athletic field. Retained by the Plaintiffs. | 5/13/97 |
| 43 | Civil Action 96C19S; *Junker Landfill v. United Waste*. In the U.S. District Court, Western District. Case involved study of hazardous substances in wastes generated by approximately 500 generators taken to Junker Landfill (Superfund Site). Retained by Plaintiffs. | 2/28/97 |
| 42 | Cause No. A99,534; Joann *McKnight Lambert v. Melvin B. Etheredge, et al.* In the 70th District Court, Ector County, Texas. Case involved study of subsurface moisture condition and moisture migration through house slab. Retained by Plaintiff, Lambert. | 1/29/97 |
| 41 | Case No.: 2:92-CV-111; *Commercial Union Insurance Co., et. al., v. Cannelton Industries, Inc.*, In the United States District Court for the Western District of Michigan. Case involved claim against insurance company for environmental remediation cost recovery associated with chromium contamination of St. Marys River due to a fire at an old tannery plant. Retained by Defendant. | 9/5/96 |
| 40 | Civil Action No. BC015575; *Atlantic Richfield Company and ARCO Chemical Company v. Aetna Casualty and Surety Company of America, et. al.;* Superior Court of the State of California for the County of Los Angeles. Case involved disputed claims for insurance coverage of environmental contamination at old refinery sites at Sand Springs, Oklahoma, and Prewitt, New Mexico. Retained by the Plaintiffs. | 4/9/96 - 4/10/96 |
| 39 | Civil Action No. 92-2-28065-5; *Aluminum Company of America and Northwest Alloys, Inc. v. Accident and Casualty Insurance Company, et al.* Superior Court of the State of Washington, In and For the County of King. Case involved disputed claims for insurance coverage of environmental contamination at three aluminum-manufacturing facilities across the country, and entailed extensive interpretation of historical aerial photographs of the facilities. Retained by the Plaintiffs. | 2/5/96 |
| 38 | Civil Action No. 85-17210-G; *David L. Smithson et al., v. Monsanto Company, et. al.*, District Courts, 11th Judicial District, Harris County, Texas; and Civil Action No. 93-045095; *Thuy Thi Diep, et al., v. Monsanto Company, et al.;* District Court, 55th Judicial District, Harris County, Texas. These consolidated cases involved the Brio Superfund Site and exposure of adjacent residents to hazardous chemicals in an old waste disposal site through air, soil, groundwater, surface water and drinking water pathways. Retained by Plaintiffs. | 11/8/95 |
| 37 | Civil Action No. 87-4263(JHR); *General Electric Company v. Buzby Brothers Materials Handling Company, et al.* United States District Court for the District of New Jersey. Case involved recovery from commercial and municipal transporters of wastes of the costs for remediation of groundwater contamination at the site of the RCA-Buzby Landfill (Superfund Site) near Voorhees, New Jersey. Retained by the Plaintiff. | 6/13-14/96 |

## Comprehensive Listing of Testimony by K. W. Brown

36    Case No. 94-C-1025; *City and County of Denver et al., v. Alumet et al.* United States                8/17/95
      District Court for the District of Colorado. Case involving the Lowry Landfill
      Superfund site in Denver, Colorado, and the apportionment of remediation costs due
      to contamination from co-disposal of municipal and industrial wastes. Retained by
      the Defendants.

35    Cause No. 15,527; *Gary David Harding et al., v. Browning-Ferris Industries, Inc.,*                    6/22/95
      *et. al.,* District Court, 229th Judicial District, Duval County, Texas. Case involving
      personal injury and property damage from industrial waste migration from a landfill.
      Retained by the Plaintiffs.

34    Case No. 93-03674-CA; In Re: *Hipps Road Litigation.* Circuit Court of the Fourth                      5/26/95
      Judicial Circuit In and For Duval County, Florida. Suit regarding contamination of
      drinking water wells from hazardous waste leaking from a landfill. Retained by the
      Plaintiffs.

33    Cause No. 94-1499-A; *Ardith Cavallo, et al., v. Star Enterprise, et al.* United States                5/5/95
      District Court for the Eastern District of Virginia; Alexandria Division. Retained by
      the Defendant.

32    Case No. CJ-92-3515-62; *N.C. Corff Partnership, Ltd., et al., v. Oxy USA, Inc.*                       4/26/95
      Oklahoma County District Court. Retained by the Defendant.

31    Civil Action No. 93-CV-0090-B; *KN Energy, Inc. et al., v. Sinclair Oil Corporation,*                  4/19/95
      *d/b/a/ Little America Refining Co.* United States District Court, District of
      Wyoming. Retained by the Plaintiff.

30    Cause No. CV-90-75-BU-PGH; *Atlantic Richfield Co. v. Torger L. Oaas et. al.,*                         11/7/94
      United States District Court for the District of Montana, Butte Division. Retained by                  11/11/94
      the Plaintiff.

29    Cause No. 92-032723; *Clear Creek Independent School District v. Farm & Home*                          10/5/94
      *Savings Association, et. al.,* District Court 11th Judicial District, Harris County,
      Texas. Retained by the Plaintiffs.

28    Cause No. CW 93-39-BU-PGH; *Montana Resources, Inc. and Dennis R.*                                     9/9/94
      *Washington v. Atlantic Richfield Company.* United States District Court for the
      District of Montana, Butte Division. Retained by the Defendants.

27    Cause No. 31,692-S; *Frank J. Kramr, Individually and as Parents and next friends*                     9/7/94
      *of Sarah Kramr, a minor, v. Eastern Pipeline Company.* District Court 329th Judicial
      District, Wharton County, Texas. Retained by the Plaintiffs.

26    Cause No. 85-17210-G; *Gary L. Abel, et al., and David L. & Angell R. Smithson v.*                     5/18/94
      *Monsanto, et al.* District Court 151st Judicial District, Harris County. Suit
      concerning the Brio Superfund site. Retained by the Plaintiffs.

25    Case No. 92-CI-15104; *Lionel Laguna and wife, Celia Laguna v. Exxon*                                  12/10/93
      *Corporation United States of America.* District Court, 57th Judicial District, Bexar
      County, Texas. Retained by the Defendant.

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 24 | Civil Action No. SA-92-CA-0616; *Jesse Sherrod, et al., v. U.S.A.* Western District Court of Texas, San Antonio Division. Suit regarding the alleged leakage of chlorinated solvents from an air force base to surrounding areas. Retained by the Plaintiffs. | 4/9/93 |
| 23 | Case No. 390-37213-SAF-11 and Case No. 390-37214-SAF-11, jointly administered Chapter 11; In re: *National Gypsum Company v. Aancor Holdings, Inc.* Retained by the U.S. | 6/24/92 4/26–27/92 5/18–20/92 |
| 22 | Cause No. 85-17210-F; *Andrea Acosta, et al., v. Farm & Home Savings Association.* District Court of Harris County, Texas. Suit concerning Brio (Houston, Texas) Superfund site. Retained by the Plaintiffs. | 5/13/92 |
| 21 | Civil Action No. CIV-91-655-W; *Larry and Judy Bentley v. Koch Gathering Systems, Inc.* Suit concerning the remediation of an oil spill. Retained by Koch. | 2/21/92 1/16/92 |
| 20 | Cause No. 90C0468; *Billy White, et. al., v. BP Chemicals, Inc. et. al.*, District Court of Brazoria County, Texas. | 1/7/92 |
| 19 | File No. 3-90-312; *Kenneth M. Anderson as Personal Representative of the Estate of Fred W. Hedberg v. City of Minnetonka et al.* United States District Court for the District of Minnesota, Third Division. Retained by the Plaintiff. | 7/16/91 |
| 18 | Consolidated Civil Action No. 83–C–2379; *United States of America v. Shell Oil Company*, consolidated with Civil Action No. 89–C–1646, *United States of America v. State of Colorado.* U.S. District Court for the State of Colorado. Retained by the U.S.A. | 4/22–23/91 |
| 17 | Case No. 485,475; *Billy Fred Platt and Paula Kay Callahan v. Bio-Gro Systems, Inc. and the City of Austin.* 353rd District Court, Travis County, Texas. Contamination to soil resulting from sewage sludge application. Retained by Mr. Platt. | 3/28/91 |
| 16 | Cause No. C88-0190-B consolidated with C89-0153-B; *Sinclair Oil Corporation v. James S. Scherer, et al., and United States of America v. Sinclair Oil Corporation.* United States District Court for the District of Wyoming. Suit concerning alleged contamination from refinery operations. Retained by the United States. | 4/27/90 |
| 15 | Case No. 63,993; *Lawrence and Verna Postier v. Laidlaw Waste Systems, Inc., et. al.*, 240th Judicial District Court for Fort Bend County, Texas. Personal injury as a result of methane gas migration from a landfill. Retained by the Plaintiff. | 1/9/90 12/21/89 |
| 14 | Cause No. 1-88-0141-W; *Watts and wife v. Koch Gathering Systems, Inc.* United States District Court, North Texas Division, Abilene. Suit concerning land damages resulting from an oil spill. Retained by Koch. | 8/23/89 |
| 13 | *The United States of America, the State of New York, and UDC-Love Canal, Inc., v. Occidental Chemical Corp., Occidental Chemical Holding Corp., Occidental Petroleum Investment Co., Occidental Petroleum Corp., City of Niagara Falls, Niagara County Health Department, and the Board of Education of the City of Niagara Falls, Love Canal Landfill.* United States District Court for the Western District of New York. Deposition on the mobility of organic pollutants through clay. Retained by the Plaintiff. | 3/20–21/89 |

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 12 | Case No. 85-17210-C; *James L. Slaughter, et al., v. Farm and Home Savings, et. al.,* and Case No. 86-48352; *Mike Fenimore, et al., v. Farm and Home Savings.* 151st Judicial District Court of Harris County, Texas. Damages and clean-up of Brio (Houston, Texas) Superfund site. Retained by the Plaintiffs. | 1/13/89<br>11/11/88 |
| 11 | Case No. CIV-86-1401-P; *The United States of America v. Royal N. Hardage, et al., Advance Chemical Company, et al., v. ABCO, et al.* United States District Court for the Western District of Oklahoma. Enforcement of ROD concerning remediation of hazardous waste site. Retained by the Plaintiff. | 6/13/88<br>12/2/88 |
| 10 | Case No. H-86-2629; *United States of America v. International Shoe Company.* RCRA compliance for solvent waste surface impoundment. Retained by the U.S.A. | 3/5/88 |
| 9 | *Joseph Edward Powell, et al., v. Pulte, et. al.,* District Court of Harris County, Texas. Vol. 1 No. 84-75865. | 11/11/88 |
| 8 | Case No. M-85-191-CA; *Sammy C. McElroy and wife, Kathleen Ann McElroy v. Getty Oil Company and Texaco, Inc.* United States District Court for the Eastern District of Texas, Marshall Division; and Case No. CA-93-54; *Sammy C. McElroy and wife, Kathleen Ann McElroy v. Halliburton Company.* District Court In and For Panola County, Texas. Fish kill resulting from acid drainages from dried pond bottom mud. Retained by the Defendant. | 9/5/86<br>11/7/86 |
| 7 | Case No. 84-1112-A; *Gary L. Overstreet and Glenda Ann Overstreet v. Texas Oil and Gas Corporation and Delhi Gas Pipeline Corporation.* 14th Judicial District Court of Dallas County, Texas. Suit concerning alleged sulfur contamination of soil, forage, and its potential impact on the productivity of dairy cattle. Retained by the Defendant. | 5/2/86 |
| 6 | Case No. 86-6-8186; *Mobil Producing Texas and New Mexico v. Burr Stafford, et al.* 24th Judicial District Court In and For Jackson County, Texas. Testimony on the damages to soil and crops caused by oil production activities. Retained by the Plaintiff. | 3/11/86 |
| 5 | Case No. 83-CV-1116; *Clifford and Sandra Schiesl, et al., and Orrin Hagen v. Uniroyal, Inc., and Waste Management of Wisconsin, Inc. v. City of Stoughton, et al., v. Richard H. Sundby, et al.* Circuit Court for the State of Wisconsin, Dane County. Contribution of municipal waste constituents to ground water contamination of the Hagen Landfill (Superfund Site) in Dane County, Wisconsin. Retained by Uniroyal. | 10/17/86 |
| 4 | *Bagwell Greenhouse v. Ball Seed Company.* Suit over loss of crops due to contaminated plant growth mixture. Retained by the Defendant. | |
| 3 | *French v. Voluntary Purchasing Groups, Inc.* Suit over the loss of cattle and the contamination of pasture land with arsenic. Retained by the Defendant. | |
| 2 | *Rader and Carpenter v. Texas-New Mexico Pipeline Company.* Damage to soil, trees, and pasture due to oil spill down creek channel. Retained by the Defendant. | 3/11/88 |
| 1 | *Stronglite Products Company v. Frit Industries.* Suit over the sale of products that contaminated plant growth mixture. Retained by the Plaintiff. | |

Comprehensive Listing of Testimony by K. W. Brown

## REGULATORY HEARING TESTIMONY

26    Testimony at a hearing of the South Carolina Department of Health and    3/93
      Environmental Protection regarding the GSX landfill. Retained by the Opposition.    2/93

25    In the matter of the application of the North Texas Municipal Water District to    2/15/93
      Amend Solid Waste Permit No. 568A

24    Testimony at a hearing on a proposed permit amendment regarding the City of    1/27/93
      McKinney (TX) Landfill. Retained by the Opposition.

23    Testimony at hearings of the Public Utility Commission of Texas regarding the Lon    6/1/92
      C. Hill-Coleto Creek 345 kv Transmission Line. Retained by the Applicant.    5/92
                                                                                   1990

22    Testimony at a hearing to review an amendment to expand the City of Waco (TX)    1/23/91
      Landfill. Retained by the Opposition.

21    Testimony at hearing regarding the siting of the Cherokee County Landfill (TX)    9/21–22/88
      near an aquifer recharge area. Retained by the Opposition.

20    Testimony at permit hearing regarding the Green Valley Environmental Corporation    9/88
      Landfill in Greenup County, Kentucky, regarding suitable siting criteria for a
      landfill. Retained by opposing parties Clarence Clay, Janet Brown, et. al.

19    Application of Metropolitan Waste Systems for a Landfill.    7/27/88

18    Application of Laidlaw Waste Systems, Inc. before the Regional Pollution Control    6/17/87
      Facility Siting Committee of the McHenry County Board.

17    Testimony at a hearing of the Wayne County Board of Commissioners (IL) on    7/15–18/86
      operation and maintenance of landfills and associated problems that can impact the
      environment.

16    Testimony at a hearing of the McHenry County Board of Commissioners (IL) on the    12/22/85
      siting of a proposed landfill. Retained by the Opposition.

15    Testimony at a hearing to review a Browning-Ferris Industries municipal landfill    11/9/83
      (TX) permit application. Retained by the Tri-County Civic Association.

14    Testimony at an administrative hearing in Illinois on the criteria to be used to ban    11/1/83
      organic chemicals from landfills.

13    Testimony at hearings held by the Texas Railroad Commission regarding the Texas    1980
      Municipal Power Agency. Retained by TMPA.

12    Testimony at a permit hearing regarding a proposed Chemical Waste Management    1978
      landfill in Lake Charles, Louisiana.

11    Testimony at EPA hearing on Chemical Waste Management Part B application for
      hazardous waste site at Elmiel, Alabama. Comments on permit deficiencies.
      Retained by the Opposition.

## Comprehensive Listing of Testimony by K. W. Brown

10  Testimony at an administrative hearing on the location of a Florida landfill in deep sandy soils. Retained by Citizens for a Clean Environment.

9  Testimony at a hearing on the State of Florida's alternative landfill liner designs. Retained by MFM Environmental.

8  Testimony at a hearing of the Jefferson County Board of Commissioners (IL) on the siting of a proposed landfill. Retained by the Opposition.

7  Testimony at a hearing of the Iniquois County Board of Commissioners (IL) on the siting of a proposed municipal waste in water table. Retained by the Opposition.

6  Testimony at a permit hearing on the land treatment of industrial wastes at the Exxon Chemical-Rollins Environmental facility in Baton Rouge, Louisiana. Retained by Exxon and Rollins.

5  Testimony on pond design and assessment of offsite environmental risks at the USPCI facility in Oklahoma. Retained by USPCI.

4  Testimony at a hearing of the Texas Railroad Commission regarding revocation of a permit for drilling mud disposal operations which had overflowed onto adjacent soil. Retained by the Opposition.

3  Testimony at a hearing of the Texas Water Commission regarding the land treatment of industrial wastes by Conservation Services, Inc. Retained by the Applicant.

2  Testimony at a hearing of the Texas Water Commission concerning the Liberty Waste Disposal Company landfill to be located near Anahuac, Texas. Retained by the Opposition.

1  Testimony at a hearing of the Texas Water Commission regarding a zero discharge permit for the irrigation disposal of treated sewage effluent. Retained by Upland Industries.

**Comprehensive Listing of Testimony by K. W. Brown**

### LEGISLATIVE HEARING TESTIMONY

6    Testimony at a hearing of the Texas House of Representatives, Environmental Affairs Committee in April 1987, on the need for legislation to set up a waste management plan for the state.    4/87

5    Testimony at a hearing of the Texas Governor's Taskforce on Oil Spills in February 1985, on the fate of oil spill debris, and disposal technology options.    2/85

4    Testimony at a hearing of the Texas Governor's Taskforce on Hazardous Waste in November 1984, on the effectiveness of landfills for disposal technology.    11/84

3    Testimony at a hearing of the Texas Governor's Taskforce on Hazardous Waste in June 1984, on the impact of organic chemicals on the permeability of soils.    6/84

2    Testimony at a hearing of the U.S. House of Representatives, Science and Technology Committee in November 1982, on the adequacy of EPA's liquid management system to protect groundwater at hazardous waste landfills.    11/82

1    Testimony at a hearing of the Texas House of Representatives, Environmental Affairs Committee in April 1982, on the impact of organic chemicals on the permeability of clay liners.    4/82

14

Comprehensive Listing of Testimony by K. W. Brown

### EXPERT WITNESS REPORT/AFFIDAVITS

85    Cause No. GN-401028; Sotero Carrillo, Jose Carmen Carrillo, Miguel Cruz, and    8/29/06
      Greg Fuller Plaintiffs v. Reichold, Inc., Defendents, Zurich American Insurance Co.,
      Intervenor. In the District Court of Travis County, Texas 98th Judicial District.

84    Court File No. 94-CQ-57578-CM; Ontario Superior Court of Justice between: *Frank*    5/1/06
      *Augustine, et al., Plaintiffs, and INCO Limited, Defendant*. This case involved
      claims of contamination and economic loss as a result of emissions from the former
      nickel smelter in Port Colborne, Ontario. Expert Report. Retained by the
      Defendant.

83    Case No. 3:98-CV-3601; *Cargill, Inc., et al., Plaintiffs, v. ABCO Construction, Inc.,*    3/1/06
      *et al., Defendant* ,in the United States District Court for the Southern District of
      Ohio, Western Division. This case involved claims of the disposal of hazardous
      substances in the former Valleycrest Landfill and the subsequent contamination of
      the Great Miami Aquifer. Expert Report. Retained by the Plaintiffs.

82    Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I. DuPont de Nemours*    2/28/06
      *and Company, et al., Defendants*, in the Circuit Court of Harrison County, West
      Virginia. This case involved claims of contamination of homes and properties with
      metal dust from the former Meadowbrook Smelter in Spelter, West Virginia.
      Rebuttal Report. Retained by the Plaintiffs.

81    Court File No. 94-CQ-57578-CM; Ontario Superior Court of Justice between: *Frank*    2/16/06
      *Augustine, et al., Plaintiffs, and INCO Limited, Defendant*. This case involved
      claims of contamination and economic loss as a result of emissions from the former
      nickel smelter in Port Colborne, Ontario. Expert Report. Retained by the
      Defendant.

80    Case no. 04-C-296-2; *Lenora Perrine, et al., Plaintiffs vs. E.I. DuPont de Nemours*    11/11/05
      *and Company, et al., Defendants*, in the Circuit Court of Harrison County, West
      Virginia. This case involved claims of contamination of homes and properties with
      metal dust from the former Meadowbrook Smelter in Spelter, West Virginia. Expert
      Report. Retained by the Plaintiffs.

79    Civil No. 95-2907 (DMC); *Interfaith Community Organization, et al., Plaintiffs*    10/05/05
      *vs. Honeywell International Inc., et al., Defendants* in the United States Court of
      Appeals for the Third Circuit. This case involved claims against the defendants
      concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey
      City, New Jersey. Declaration. Retained by Honeywell, Defendant.

78    Cause No. L-02-0087-CV-A; *Betty Waldean Woelfel, et al., Plaintiffs, vs.*    8/8/05
      *Intercontinental Energy Corporation d/b/a IEC Corp. of Texas and Westinghouse*
      *Electric Company, L.L.C., Defendants* in the District Court of Live Oak County,
      Texas, 36th Judicial District. Case involved the remediation and release of land
      associated with the Lamprecht and Zamzow ISL Uranium mine sites. Supplemental
      Affidavit. Retained by Defendant Viacom.

**Comprehensive Listing of Testimony by K. W. Brown**

| | | |
|---|---|---|
| 77 | Cause No. L-02-0087-CV-A; *Betty Waldean Woelfel, et al., Plaintiffs, vs. Intercontinental Energy Corporation d/b/a IEC Corp. of Texas and Westinghouse Electric Company, L.L.C., Defendants* in the District Court of Live Oak County, Texas, 36th Judicial District. Case involved the remediation and release of land associated with the Lamprecht and Zamzow ISL Uranium mine sites. Affidavit. Retained by Defendant Viacom. | 7/29/05 |
| 76 | Cause No. 02-4162 JPG; *Chevron Environmental Management Company, Chevron Environmental Services Company, and Texaco Inc., Plaintiffs, v. Indian Refining I Limited Partnership (f/k/a Indian Refining Limited Partnership), et al, Defendants* in the United States District Court for the Southern District of Illinois. Case involved remediation and allocation of costs for the former Indian refinery in Lawrenceville, IL. Affidavit. Retained by the Plaintiff | 7/19/05 |
| 75 | Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Affidavit. Retained by the Plaintiffs. | 5/27/05 |
| 74 | Civil Action No. 95-CV-6400L, *Seneca Meadows, Plaintiff vs. ECI Liquidating, et al., Defendants* in the United States District Court, Western District of New York. This case involved claims against defendants concerning the disposal of hazardous substances in the Tantalo Landfill, Seneca Falls, New York. Retained by the Plaintiff. | 5/10/05 |
| 73 | Cause No. 02-4162 JPG; *Chevron Environmental Management Company, Chevron Environmental Services Company, and Texaco Inc., Plaintiffs, v. Indian Refining I Limited Partnership (f/k/a Indian Refining Limited Partnership), et al, Defendants* in the United States District Court for the Southern District of Illinois. Case involved remediation and allocation of costs for the former Indian refinery in Lawrenceville, IL. Retained by the Plaintiff | 5/2/05 |
| 72 | File No. C7-0310992; *State of Minnesota, Plaintiff, v. American Hardware Mutual Insurance Company, Defendants* in the District Court of Minnesota, Tenth Judicial District. Case involved the disposal of hazardous substances with industrial waste at Oak Grove and East Bethel Landfills and the contamination of groundwater as a result of these disposal practices. Retained by the Plaintiff. | 4/11/05 |
| 71 | Cause No. C200300273 *Judy Miller, Stan Miller, Deanna Aureli, Brent Aureli, and Nicholas Aureli v Blue Haven Pool, Defendant* in the Texas Judicial Court of Johnson County. Case involved claims against the defendant regarding the installation of a swimming pool, and a broken septic sewer line. Retained by the Defendant. | 11/22/04 |

**Comprehensive Listing of Testimony by K. W. Brown**

70    Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Expert Rebuttal Report. Retained by the Plaintiffs.    10/28/04

69    Nos. 03-2760, 03-3037 & 03-3585; *Interfaith Community Organization, et al., Plaintiffs vs. Honeywell International Inc., et al., Defendants* in the United States Court of Appeals for the Third Circuit. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Affidavit. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants.    6/25/04

68    Civil Action No. 01:01-CV-890; *Lyondell Chemical Company, et al., Plaintiffs v. Albemarle Corporation, et al., Defendants* in the United States District Court for the Eastern District Of Texas Beaumont Division. This case involved the disposal of waste containing hazardous substances and groundwater contamination at the Turtle Bayou Superfund in Liberty County, Texas. Supplemental Report. Retained by ExxonMobil, Defendant.    5/14/04

67    Case No. 94 CV 012385; *Employers Insurance of Wausau, A Mutual Company, Plaintiffs, v. Newell Co., Defendants* in the State of Wisconsin Circuit Court for Milwaukee County. Case involved characterization of waste streams and the hazardous constituent content of waste streams produced by the Newell Co. subsidiaries, as well as the disposal of hazardous constituents into municipal landfills by the Newell Co. subsidiaries. Expert Report. Retained by the Defendants.    5/3/04

66    Cause No. 03-001121-CV; *Joseph Paul Horlen, et al., Plaintiffs, v. Robert S. Smith and Robo Investments, Inc., Defendants* in the District Court of Brazos County, Texas, 361st Judicial District. Case involved the subsurface loss of water from a man-made lake within a residential subdivision and the subsequent undercutting of riverbank along the Brazos River. Affidavit. Retained by the Plaintiffs.    4/29/04

65    Case No. 03-CV-327 (H) M; *Betty Jean Cole, et al., Plaintiffs, v. Asarco Incorporated, et al., Defendants* in the United States District Court for the Northern District of Oklahoma. Case involved an evaluation of the Tar Creek Superfund site and the subsequent assessment and evaluation of lead contamination and lead transport pathways in the communities of Picher and Cardin, Oklahoma, including the impacts of lead exposure to the children within these communities. Expert Report. Retained by the Plaintiffs.    4/12/04

64    Cause No. 03-001121-CV; *Joseph Paul Horlen, et al., Plaintiffs, v. Robert S. Smith and Robo Investments, Inc., Defendants* in the District Court of Brazos County, Texas, 361st Judicial District. Case involved the subsurface loss of water from a man-made lake within a residential subdivision and the subsequent undercutting of riverbank along the Brazos River. Expert Opinion. Retained by the Plaintiffs.    3/5/04

17

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 63 | Docket No. CWA-06-2003-4805; *BP Pipelines (North America) Inc., Respondent, v. United States Environmental Protection Agency Region 6*. Case involved the subsurface release of crude oil from a pipeline at a site near Mertzon, Texas. Declaration. Retained by the Respondent. | 2/6/04 |
| 62 | Civil Action No. 95-2097; *Interfaith Community Organization, et al., vs. Honeywell International Inc., et al.*, in the United States District Court for the District of New Jersey. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Affidavit. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants. | 1/9/04 |
| 61 | Civil Action No. 01:01-CV-890; *Lyondell Chemical Company, et al., Plaintiffs v. Albemarle Corporation, et al., Defendants* in the United States District Court for the Eastern District Of Texas Beaumont Division. This case involved the disposal of waste containing hazardous substances and groundwater contamination at the Turtle Bayou Superfund in Liberty County, Texas. Expert Witness Report. Retained by ExxonMobil, Defendant. | 12/19/03 |
| 60 | File No. CT 02-016741; *State of Minnesota, by its Attorney General, Mike Hatch, Plaintiff, v. American Hardware Mutual Insurance Company, et al., Defendants* in the District Court of Minnesota, Fourth Judicial District. Case involved the breach of the asphalt seal in the Hazardous Waste Disposal Pit at the Waste Disposal Engineering Landfill in Anoka County contributed to the groundwater contamination in the vicinity of the site. Affidavit. Retained by the Plaintiff. | 12/19/03 |
| 59 | Civil Action No. 95-2097; *Interfaith Community Organization, et al., vs. Honeywell International Inc., et al.*, in the United States District Court for the District of New Jersey. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Affidavit. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants. | 12/3/03 |
| 58 | Docket No. CWA-06-2003-4805; *BP Pipelines (North America) Inc., Respondent, v. United States Environmental Protection Agency Region 6*. Case involved the subsurface release of crude oil from a pipeline at a site near Mertzon, Texas. Expert Witness Report. Retained by the Respondent. | 11/21/03 |
| 57 | Civil Action No. 95-2097; *Interfaith Community Organization, et al., Plaintiffs vs. Honeywell International Inc., et al., Defendants* in the United States District Court for the District of New Jersey. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Declaration. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants. | 11/13/03 |
| 56 | Civil Action No. 95-CV-6400L; *Seneca Meadows, Inc., et al., Plaintiffs, v. ECI Liquidating, Inc., et al., Defendants* in The United States District Court Western District Of New York. Case involved the disposal of industrial and domestic waste at the Tantalo Landfill in Seneca County. Expert Witness Report. Retained by the Plaintiff. | 10/17/03 |

## Comprehensive Listing of Testimony by K. W. Brown

---

55    Civil Action No. 98-CV-0838S (F); *W.R. Grace & Co.-Conn., Plaintiff, V. Zotos International, Inc., Defendant* in the United States District Court Western District Of New York. Case involved the disposal of cosmetic waste at the Brewer Road Landfill in Waterloo County, and the contamination of groundwater as a result of these disposal practices. Declaration. Retained by the Plaintiff.     9/29/03

54    Court File No. MC00-001819; *State of Minnesota, by its Attorney General, Mike Hatch, Plaintiff, v. Employers Insurance of Wausau, A Mutual Company, et al., Defendants* in the District Court of Minnesota, Fourth Judicial District. Case involved the disposal of hazardous substances with industrial waste at the Oak Grove Landfill and East Bethel Landfill in Anoka County, and the contamination of groundwater as a result of these disposal practices. Affidavit. Retained by the Plaintiff.     2/5/03

53    Case No. 00-01917 MRP (MANx); *Shell Chemical Co., et al., Plaintiffs, vs. The County of Los Angeles, et al., Defendants* in the United States District Court for the Central District of California; Case No. 00-1938 MRP (MANx); *Phillips Petroleum Co., et al., Plaintiffs, vs. The County of Los Angeles, et al., Defendants* in the United States District Court for the Central District of California; and Case No. 00-6420 MRP (MANx); *Atlantic Richfield Co., et al., Plaintiffs, vs. BKK Corporation, et al., Defendants* in the United States District Court for the Central District of California. These combined cases involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Expert Witness Report. Retained by the Plaintiffs.     1/13/03

52    Cause No. 98-56362; *Browning-Ferris Industries, Inc., et al., Plaintiffs, v. Certain Underwriters at Lloyd's London, et al., Defendants* in the 80th Judicial District, District Court of Harris County, Texas. This case involved the disposal of waste containing hazardous substances and groundwater contamination at the Renner Landfill in Beaumont, Texas. Expert Witness Report. Retained by the Defendants.     1/03/03

51    Case No. 80-1589; *United States of America, Plaintiff, vs. City of Philadelphia, Plaintiff-Intervenor, vs. Union Corporation Metal Bank of America, et al., Defendants, vs. Consolidated Edison Company of New York, et al., Third Party Defendants* in the United States District Court for the Eastern District of Pennsylvania. This case involved claims against the defendants concerning the release of PCBs from the Metal Bank/Cottman Avenue Site to the Delaware River. Rebuttal Report. Retained by the Defendants.     8/23/02

50    Civil Action No. 98-CV-0696A (F); *Booth Oil Site Administrative Group, Plaintiffs, vs. Safety-Kleen Corp., et al., Defendants,* in the United States District Court for the Western District of New York. This case involved claims against the defendants concerning the release of contaminants during used oil-recycling operations at the Booth Oil facility in North Tonawanda, New York. Affidavit. Retained by the Plaintiffs.     05/02/02

49    Case No. 80-1589; *United States of America, Plaintiff, vs. City of Philadelphia, Plaintiff-Intervenor, vs. Union Corporation Metal Bank of America, et al., Defendants, vs. Consolidated Edison Company of New York, et al., Third Party Defendants* in the United States District Court for the Eastern District of Pennsylvania. This case involved claims against the defendants concerning the release of PCBs from the Metal Bank/Cottman Avenue Site to the Delaware River. Expert Witness Report. Retained by the Defendants.     8/23/01

**Comprehensive Listing of Testimony by K. W. Brown**

48    Civil Action No. 1999-48287; *Tim Dyring et al., Plaintiffs, v. Rohm & Haas Texas, Inc., et al., Defendants* in the 125th District Court of Texas. This case involved claims against the defendants concerning the release of hazardous substances to the groundwater from waste materials disposed at the Charley Burch Site in South Montgomery County, Texas. Expert Witness Report. Retained by the Plaintiffs.    5/31/01

47    Civil Action No. 95-2097; *Interfaith Community Organization, et al., vs. Honeywell International Inc., et al.*, in the United States District Court for the District of New Jersey. This case involved claims against the defendants concerning disposal of chromium waste at the Roosevelt Drive-In Site in Jersey City, New Jersey. Expert Witness Report. Retained by W.R. Grace & Co., W.R. Grace Ltd. and ECARG, Inc., Defendants.    3/27/01

46    Civil Action No. G-96-493; *Janie Rivas, et al., vs. Monsanto Company, et al.*, in the United States District Court for the Southern District of Texas Galveston Division. This case involves modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Expert Witness Report. Retained by the Plaintiffs.    3/2/01

45    Civil Action No. 5:97 CV00894; *United States of America vs. Chrysler Corporation, et al.*, in the United States District Court for the Northern District Of Ohio. This case involved claims against the defendants concerning disposal of hazardous substances in the Krejci Dump Site. Expert Witness Report. Retained by Minnesota Mining & Manufacturing Co., Defendant.    2/28/01

44    Civil Action No. H-98-0408 *United States of America, et al vs. Atlantic Richfield Company, et al vs. Ashland, Inc., et al.*, in the United States District Court Southern District of Texas Houston Division. This case involved claims against defendants concerning waste disposal at Sikes Pit. Expert Witness Report. Retained by ExxonMobil, Defendant.    2/15/01

43    Case No. 98-CV0726 *Connie Lolley Klostermann, et al vs. Ultramar Diamond Shamrock Corporation, et al.*, in the 212th Judicial District Court, Galveston County, Texas. This case involved a lawsuit by the landowner concerning property damage resulting from leaking storage tank contamination. Retained by Diamond Shamrock, Defendant.    5/19/00

42    Case No. 97-6222 MRP (MANx) *Commercial Realty Projects, Inc., and L.A. Metromall LLC, vs. Atlantic Richfield Company, et al.*, in the United States District Court in for the Central District of California. This case involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Retained by the Defendants.    5/8/00

41    Civil Action No. 95-CV-6400L, *Seneca Meadows vs. ECI Liquidating, et al*. This case involved claims against defendants concerning the disposal of hazardous substances in the Tantalo Landfill, Seneca Falls, New York. Retained by the Plaintiff.    4/18/00

40    Case No. 92-034865; *James E. Barnet, Sr., et al., vs. Monsanto Company, et al.* In the District Court of Harris County, Texas, 80th District Court. This case involved former workers' claims concerning exposure to hazardous chemicals. Retained by the Plaintiffs.    4/7/00

**Comprehensive Listing of Testimony by K. W. Brown**

39  Case No. 97-6222 MRP (MANx) *Commercial Realty Projects, Inc., and L.A. Metromall LLC, vs. Atlantic Richfield Company, et al.,* in the United States District Court in for the Central District of California. This case involved hazardous substances associated with municipal solid waste being deposited at Cal Compact Landfill. Retained by the Defendant.                                    2/25/00

38  Civil Action No. 89-4340(JBS); *The United States v. Helen Kramer,* United States District Court District of New Jersey. This case involved claims against a defendant concerning the disposal of hazardous substances in the Kramer Landfill (Superfund Site). Retained by the Plaintiffs.                                    6/99

37  Civil Action No. G-96-494; *Thu Van Le, et al., v. Monsanto Co., et al.; Defendant.* In the United States District Court for the Southern District of Texas Galveston Division. This case involved modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Retained by the Plaintiffs                                    2/5/99

36  Civil Action No. G-96-493; *Janie Rivas, et al., vs. Monsanto Company, et al.; Defendant.* In the United States District Court for the Southern district of Texas Galveston Division. This case involved modeling of emissions and air dispersion of hazardous substances emanating from petrochemical wastes processed and disposed of at the Brio/Dixie Oil Processors Superfund Sites in Houston, Texas and related exposures to children in adjacent neighborhoods. Retained by the Plaintiffs                                    2/5/99

35  Civil Action No. 95-2215; *Becton Dickinson Puerto Rico, Inc., et al., vs. Cheeseborough Pond's Manufacturing Company, et al.;* United States District Court For the District of Puerto Rico. This case involved claims against the defendant concerning the disposal of hazardous substances in the Juncos Landfill (Superfund Site). Retained by the Plaintiffs.                                    1/19/99
                                    3/3/97
                                    11/14/96

34  Case No. 95C-1065; *Lemberger Sites Remediation Group, Plaintiff, v. A.M. Richter & Sons Co., et al., and White Consolidated Industries, Inc., Defendants;* In the United States District Court Eastern District of Wisconsin. This case involved hazardous constituents in waste going to Lemberger Landfill (Superfund Site). Retained by the Plaintiff.                                    11/12/98

33  Case No. 98-459-A, *Lewie Byers, vs. Texaco Exploration and Production Inc. and Texaco, Inc.;* In the District Court of Smith County, Texas 7th Judicial District. This case involves claims of contamination due to releases of crude oil and fluids from oil field production activities. Retained by the Defendant.                                    4/30/99
                                    2/29/99
                                    1/29/99

32  Case No. 96-72483; *Minnesota Mining and Manufacturing (3M) Company, Plaintiff v. Howard W. Stein, Jr., Stein Enterprises, Inc. (f/k/a Stein's Flower Shop and Green Houses, Inc.), the Dow Chemical Company, and General Motors Corporation, Defendants.* In the United States District Court for the District of Michigan, Southern Division. Case involved evaluation of waste disposed at the Michigan Avenue Dumpsite by General Motors Corporation and Dow Chemical Company. Retained by the Plaintiff, 3M.                                    6/31/98
                                    6/15/98

## Comprehensive Listing of Testimony by K. W. Brown

| | | |
|---|---|---|
| 31 | Case 75524; *Clarice Friloux, et al., Plaintiffs, vs. Campbell Wells Corporation, et. al., Defendants*. In the 17th Judicial District Court, Parish of Lafourche, Louisiana. Case involved claims of offsite air migration of hazardous substances purportedly associated with a non-hazardous oilfield waste disposal facility. Retained by the Defendants. | 5/4/98 1/6/98 |
| 30 | Civil Action No. 95-514875-CE; *Grand Trunk Western Railroad, Incorporated and Star Oil Company, Inc., Plaintiffs vs. Union Oil Company of California, Wynkoop Oil Company, Clement Wynkoop, Secory Oil Company and Lewis Secory, Defendants and Union Oil Company and Clement Wynkoop, Counter-Plaintiffs/Cross-Plaintiffs vs. Secory Oil Company and Lewis Secory*. Case involved modeling of the transport and fate of hydrocarbon fuels, which leaked from storage, tanks at a terminal and allegedly migrated onto adjoining properties of plaintiffs. Retained by the Defendants. | 5/22/97 and 6/2/97 to 6/3/97 |
| 29 | Court File No. 3-95-933. *Onan Corporation, Plaintiff and the State of Minnesota, and by its Attorney General, Hubert H. Humphrey, III, and by It Pollution Control Agency, Intervenors, v. Continental Insurance Company, Defendant*. In the United States District Court, District of Minnesota. Case involved time of Leachate travel through two Landfills in Minnesota, Oak Grove Landfill and WDE Landfill, and the impact of the Leachate on the groundwater. For the Intervenors. | 6/18/97 |
| 28 | Civil Action No. 96-C-00489-5; *Junker Landfill Trust, Plaintiff vs. United Waste Systems, Inc. et al., Defendants, and Junker Recycling, Inc., et. al., Defendants and Third Party Plaintiffs, vs. Garry Thompson, et al., Third Party Defendants*; and Civil Action No. 96-C-00489-5, *Landfill Remediation Trust, Plaintiff vs. Garry Thompson, et al., Defendants*. In the United States District Court for the Western District of Wisconsin. Case involved contamination of groundwater, surface water, soil gas, and soil at the Junker Landfill (Superfund Site) and the relationship of that contamination to the wastes from over 450 generators. Retained by Plaintiffs. | 2/20/97 and 2/25/97 |
| 27 | Case No. 61180; *Kenneth and Helen Songer, Plaintiffs vs. Billy and Mary Clement d/b/a Cecle Clement & Sons, and Harrison, Walker, Harper, Inc. and Joe Archer, d/b/a Archer Excavating*. In the District Court of Lamar County, Texas, 6th Judicial District. Case involved claims of air contamination (hazardous gases and particulates) from trucking and excavating operations. Retained by the Defendants. | 7/1/97 and 10/31/97 |
| 26 | Case No. 93-C-0314; *Hunt's Generator Committee, et al., Plaintiffs v. Allis Chalmers Corporation, et al., Defendants*. In the United States District Court for the Eastern District of Wisconsin. Case involved identification of waste products and hazardous substances within those waste products, which were disposed at the Hunt's Disposal Landfill Site near Caledonia, Wisconsin. The wastes were generated by various classes of commercial establishments, institutions, retail shops, and dwellings. | 4/14/97 |
| 25 | Civil Action No. 94-1449-A; *Ardith Cavallo, Plaintiff vs. Star Enterprise, Texaco Refining & Marketing (East), Inc., and Saudi Refining, Inc., Defendants*. In the United States District Court, District of Eastern, Virginia. Case involved claim of property damage from hydrocarbons in the groundwater, which allegedly migrated to plaintiff's property from a fuel terminal in Fairfax, Virginia. Retained by the Defendants. | 3/6/97 |

## Comprehensive Listing of Testimony by K. W. Brown

24    Case No. 93-004644; *Mike Adalis, et. al., Plaintiffs, vs. Neighborhood Development Corporation, et. al., Defendants.* In the District Court of Harris County, Texas, 269th Judicial District. Case involved claims of groundwater and related drinking water well contamination attributable to 50 year old oil well blowout. Retained by the defendant Exxon.    12/16/96

23    Case No. 2:92-CV-111; *Commercial Union Insurance Co., et al. v. Cannelton Industries, Inc.,* In the United States District Court for the Western District of Michigan. Case involved claim against insurance company for environmental remediation cost recovery associated with chromium contamination of St. Mary's River due to a fire at an old tannery plant. (587096012) Retained by Defendant.    9/5/96

22    Case No. 93-C-0324; *Hunt's Generator Committee, et al. v. Allis Chalmers Corporation, et al;* In the United States District Court, Eastern District of Wisconsin. Case involved identification of hazardous constituents in common household products found in the municipal solid waste from one city and disposed at the Hunt's Disposal Landfill Superfund Site at Caledonia, Wisconsin. (587096011) Retained by Plaintiff PRP Group.    8/21/96

21    Civil Action No. H-95-776; *Rodney and Brenda Kay Beaver A/N/F of Wesley Michael Beaver and Claude Paul Hargraves v. Monsanto Company;* In the United States District Court for the Southern District of Texas, Houston Division. Cause involved short-term exposure of children to toxic contaminants in air, soil, and drinking water at athletic facility located adjacent to waste disposal/processing sites (Dixie Oil Processors/Brio Superfund Sites). (587095020) Retained by the Plaintiffs.    5/24/96

20    Civil Action No. 87-4263(JHR); *General Electric Company v. Buzby Brothers Materials Handling Company, et al.* United States District Court for the District of New Jersey. Case involved recovery from commercial and municipal transporters of wastes of the costs for remediation of groundwater contamination at the site of the RCA-Buzby Landfill (Superfund Site) near Voorhees, New Jersey. (587094024) Retained by the Plaintiff.    9/28/95

19    Case No. 4-93-CV-193; *Cooper Industries, Inc., v. Abbott Laboratories, et al., in the U. S. District Court for the Western District of Michigan.* Case involving Sturgis (Michigan) Well Field Superfund Site and the apportionment of remediation costs as between plaintiff and 35 defendants for solvent contamination of groundwater. (587095007) Retained by the Plaintiffs.    8/14/95

18    Civil No. BC015575; *Atlantic Richfield Co. and ARCO Chemical Co., v. Aetna Casualty and Surety Co. of American.* Superior Court of the State of California. A Declaration of ARCO Garber, ARCO Sand Springs, and ARCO Prewitt. (587095012, 587095013, & 587095006))    10/17/95

17    Docket No. N-93-39-BU-PGH; *Montana Resources Inc., et al., v. Atlantic Richfield Co.* U.S. District Court for the District of Montana. (587094008) Retained by the Defendant.    6/14/94

16    Civil Action No. 94-C-1025; *The City and County of Denver, et. al., v. Alumet Partnership, et al., and Alumet Partnership, et al., v. City of Aurora.* U.S. District Court for the District of Colorado. (587095003) Retained by the Defendants.    5/31/95

**Comprehensive Listing of Testimony by K. W. Brown**

| | | |
|---|---|---|
| 15 | Civil Action No. 94-1449-A; *Ardith Cavallo v. Star Enterprise, Texaco Refining & Marketing (East), Inc., and Saudi Refining, Inc.* United States District Court, District of Eastern Virginia. Expert Witness Report. (587095010) Retained by the Defendants. | 4/24/95 |
| 14 | Civil Action No. 93-CV-0080-B; *KN Energy, Inc. et al., v. Sinclair Oil Corporation d/b/a Little America Refining Company.* United States District Court, District of Wyoming. Expert Witness Report. (586094001) Retained by the Plaintiff. | 2/15/95 |
| 13 | Docket Nos. BUR-L-2533-92/01267-93; *Gouryeb v. Woodland Township Planning Board,* Superior Court of New Jersey, Law Division/Burlington County. Affidavit. (587095004) Retained by the Plaintiff. | 12/1/94 |
| 12 | Consolidated Civil Actions No. 90-75 BU-PGH; *ARCO v. Oaas, et al.,* and No. 91-82-BU-PGH, *United States v. Montana Pole and Treating Plant, et al.* United States District Court for the District of Montana, Butte Division. Expert Witness Report. (586093010) Retained by the Defendant/Third Party Plaintiff. | 8/15/94<br>9/12/94 |
| 11 | Civil Action No. 94-243-A; *William H. Ogden and Gay E. Tiffany v. Star Enterprise, et al.* United States District Court for the Eastern District of Virginia, Alexandria Division. Declaration. (587094001) Retained by the Defendants. | 8/31/94 |
| 10 | Civil No. 93-186; *United States v. Somerset Refinery, Inc.* United States District Court for the Eastern District of Kentucky. Expert Witness Report. (587094013) Retained by the U.S. Department of Justice. | 8/26/94 |
| 9 | Civil No. 93-381-A; *Brian Feikema et al., v. Texaco, Inc., et al.* United States District Court for the Eastern District of Virginia. Declaration. (587094001) Retained by the Defendants. | 7/14/94<br>6/29/94 |
| 8 | Case No. 89-135; *Citizens Asking For a Safe Environment, Inc., et al., v. South Carolina Department of Health and Environmental Control, et al.* In the Matter of the RCRA Permit Decision for GSX Services of SC, Inc. Pinewood Facility, Sumter County; SC, before the State of South Carolina Board of Health and Environmental Control. Retained by the Opposition. | 3/94 |
| 7 | File No. 89-135; *Citizens Asking For a Safe Environment, Inc., et al., v. South Carolina Department of Health and Environmental Control, et al.* United States District Court for the District of Minnesota, Third Division. Affidavit. Retained by the Plaintiff. | 12/18/92 |
| 6 | Affidavit and rebuttal affidavit regarding the proposed Lon C. Hill-Coleto Creek 345 kV transmission line. Retained by Central Power & Light. | 10/21/91<br>8/90 |
| 5 | File No. 3-90-312; *Kenneth M. Anderson as Personal Representative of the Estate of Fred W. Hedberg v. City of Minnetonka et al.* United States District Court for the District of Minnesota, Third Division. Retained by the Plaintiff. | 7/16/91 |
| 4 | Civil Action No. N–87–52 (both cases); *The B. F. Goodrich Company, et. al., v. Harold Murtha, et al., and Harold Murtha, et al., v. Risdon Corporation.* Circuit Court for the State of Connecticut. Contribution of municipal waste to environmental contamination associated with the Beacon Heights and Laurel Park Landfills (Superfund Sites). Retained by the Laurel Park and the Beacon Heights Coalitions. | 6/29/90 |

## Comprehensive Listing of Testimony by K. W. Brown

3    Cause No. C88-0190-B consolidated with C89-0153-B; *Sinclair Oil Corporation v.*    4/27/90
*James S. Scherer, et al., and United States of America v. Sinclair Oil Corporation.*
United States District Court for the District of Wyoming. Suit concerning alleged
contamination from refinery operations. Retained by the United States.

2    Case No. 80-4-CIV-7; *The United States of America v. Waste Industries, Inc., et al.*    9/29/85
United States District Court for the Eastern District of North Carolina, Wilmington
Division. Affidavit on leaking municipal landfill. Retained by the Plaintiff.

1    Affidavit and rebuttal affidavit regarding the proposed expansion of the Azusa
Landfill (CA). (587095021) Retained by an *amicus curae* party.

Comprehensive Listing of Testimony by K. W. Brown

**MEDIATION PRESENTATIONS AND ENVIRONMENTAL REPORTS**

3    Report of "An Investigation and Assessment of the Texaco Sand Flat Unit," by Dr.    11/13/98
Kirk W. Brown. Prepared for Wallace, King, Marraro, and Branson, LLC on behalf
of Texaco Exploration and Production.

2    Report of "Evidence of Leachate Leaking from Azusa Landfill," by Dr. Kirk W.
Brown. Prepared for Geoscience Support Services, Inc. for Metropolitan Water
District of California.

1    Cause No. 93-1235; *Adams, et al., v. RSR Corporation, et al.* 71st Judicial District    12/14/94
Court; Harrison County, Texas. Retained by the Plaintiffs.

**EXHIBIT C**

## Scientific Publications

1.  Allen, L. H. and K. W. Brown. 1965. Shortwave radiation in a corn crop. Agron. J. 57:575-580.
2.  Brown, K. W. and W. Covey. 1966. The energy budget evaluation of the micrometeorological transfer processes within a corn field. Agri. Meteoro. 3:73-96.
3.  Brown, K. W. and L. J. Wright. 1967. Comparison of momentum and energy balance method of computing vertical transfer within a crop. Agron. J. 59:427-432. C701.
4.  Brown, K. W. and N. J. Rosenberg. 1968. Errors in sampling and infrared analysis of $CO_2$ in air and their influence in determination of net photosynthetic rate. Agron. J. 60:309-311.
5.  Brown, K. W. 1969. A model of the photosynthesizing leaf. Phys. Plant 22:620-637.
6.  Brown, K. W. and N. J. Rosenberg. 1969. Computer program for plotting time dependent meteorological data. Agric. Meteoro. 6:463-464.
7.  Brown, K. W. and N. J. Rosenberg. 1970. Concentration of $CO_2$ in the air above a sugar beet field. Mo. Weather Rev. 98:75- 82.
8.  Brown, K. W. and N. J. Rosenberg. 1970. The influence of leaf age, illumination and upper and lower surface differences on stomatal resistance of sugar beet (Beta vulgaris) leaves. Agron. J. 62:20-24.
9.  Brown, K. W. and N. J. Rosenberg. 1970. The effect of windbreaks and soil water potential on stomatal diffusion resistance and photosynthetic rate of sugar beets (Beta vulgaris). Agron. J. 62: 4-8.
10. Brown, K. W. and N. J. Rosenberg. 1970. Energy and $CO_2$ balance of an irrigated sugar beet (Beta vulgaris) field in the Great Plains. Agron. J. 63:207-213.
11. Brown, K. W. and N. J. Rosenberg. 1970. Shading inverted pyranometers and measurements of radiation reflected from an alfalfa crop. Water Res. Res. 6:1782-1786.
12. Rosenberg, N. J. and K. W. Brown. 1970. Improvements in the van Bavel-Myer automatic weighing lysimeter. Water Res. Res. 6:1227-1229.
13. Briggs, W. W., A. R. Edison, J. D. Eastin, K. W. Brown, J. W. Marenville, and M. D. Clegg. 1971. Photosynthesis light sensor and meter. Ecology 52:125-131.
14. Brown, K. W. and N. J. Rosenberg. 1971. Turbulent transport and energy balance as affected by a windbreak in an irrigated sugar beet (Beta vulgaris) field. Agron. J. 53:351-355.
15. Brown, K. W. and N. J. Rosenberg. 1971-2. Shelter-effects on micro-climate, growth and water use by irrigated sugar beets in the Great Plains. Agric. Meteoro. 9:241-263.
16. Brown, K. W. and N. J. Rosenberg. 1973. A resistance model to predict evapotranspiration and its application to a sugar beet field. Agron. J. 65:341-347.
17. Duble, R. L. and K. W. Brown. 1973. Environmental concerns for the golf superintendent. USGA Green Section Record. 11:10-13.
18. Brown, K. W. 1974. Calculations of evapotranspiration from crop surface temperature. Agric. Meteoro. 14:199-209.
19. Holder, C. B. and K. W. Brown. 1974. Evaluation of simulated seedling emergence through rainfall induced soil crusts. Soil Sci. Soc. Amer. Proc. 38:705-710.
20. Brown, K. W., C. J. Gerard, B. W. Hipp and J. T. Ritchie. 1974. A procedure for placing large undisturbed monoliths in lysimeters. Soil Sci. Soc. Amer. Proc. 38:981-983.
21. Rosenberg, N.J. and K. W. Brown. 1974. "Self-checking" psychrometer system for gradient and profile determinations near the ground. Agric. Meteoro. 13: 215-226.
22. Spotts, J. W. and K. W. Brown. 1975. A technique for installing induction coils in a profile with minimum soil disturbance. Soil Sci. Soc. Amer. Proc. 39: 1006-1007.
23. Jordan, W. R., K. W. Brown and J. C. Thomas. 1975. Leaf age as a determinant in stomatal control of water loss from cotton during water stress. Plant Physiol. 56:595-599.
24. Brown, K. W. and R. L. Duble. 1975. Physical characteristics of soil mixtures used for golf green construction. Agron. J. 67:647-652.
25. Brown, K. W. 1975. A device for isolating soil columns with minimum disturbance. Soil Sci. Soc. Amer. Proc. 39:1008-1009.
26. Brown, K. W. and N. J. Rosenberg. 1975. Annual windbreaks boosts yields. Crop and Soils Magazine. p. 8-11. Apr-May, 1975.

Kirk W. Brown

27. Brown, K. W. 1976. Chapter II. 3. Sugar beet and potatoes. In: Vegetation and the Atmosphere. (J. L. Monteith, ed.). Academic Press, NY. p. 65-86.

28. Thomas, J. C., K. W. Brown and W. R. Jordan. 1976. Stomatal response to leaf water potential as affected by preconditioning water stress in the field. Agron. J. 68:706-708.

29. Deuel, L. E., Jr., K. W. Brown, F. C. Turner, D. G. Westfall and J. D. Price. 1976. Persistence of Propanil, DCA, and TCAB in soil and water under flooded rice culture. JEQ 6:127.

30. Brown, K. W., W. R. Jordan and J. C. Thomas. 1976. Water stress induced alteration in the stomatal response to leaf water potential. Phys. Plant. 37:1-5.

31. Chaudhari, K. G., K. W. Brown, and C. B. Holder. 1976. Reduction of crust impedance to emergence by the addition of manure. Soil Sci. 122:216-222.

32. Deuel, L. E., Jr., F. C. Turner, K. W. Brown and J. D. Price. 1977. Persistence and factors affecting dissipation of molinate under flooded rice culture. JEQ 7:373-377.

33. Brown, K. W. 1977. Chapter 19. Shrinking and swelling of clay, clay strength and other bulk properties of clay soils and clays. In Minerals in Soil Environments. (J. B. Dixon and S. B. Weed eds.). Soil Sci. Soc. of Amer., pp. 680-707, Madison, WI.

34. Brown, K. W., R. L. Duble and J. C. Thomas. 1977. Nitrogen losses from golf green, USGA Green Section Record. 15:5-7.

35. Brown, K. W., F. C. Turner, J. C. Thomas and M. E. Keener. 1977. Water balance of flooded rice paddies. J. of Agr. Water Use 1:277-291.

36. Deuel, L. E. Jr., K. W. Brown, J. D. Price and F. C. Turner. 1977. Persistence of carbofuran and its metabolites, 3-keto and 3-hydroxy carbofuran, under flooded rice culture, JEQ 8:23-26.

37. Brown, K. W., R. L. Duble and J. C. Thomas. 1977. Influence of management and season on fate of N applied to golf greens. Agron. J. 69:667-671.

38. Brown, K. W. and L. J. Thompson. 1977. Dewatering of Confined Dredge Spoil Areas. Second International Symposium on Dredging Technology. 2-4, November, 1977, Texas A&M University pp. G1-1-G1-24.

39. Shive, J. B. and K. W. Brown. 1978. Quaking and gas exchange in cottonwood (Populus deltoides, Marsh) leaves. Plant Physiol. 61: 331-333.

40. Duble, R. L., J. C. Thomas and K. W. Brown. 1978. Arsenic pollution from underdrainage and runoff from golf greens. Agron. J. 70:71-74.

41. Duble, R. L., K. W. Brown and J. C. Thomas. 1978. Increase fertilizer efficiency and reduce nutrient loss. Golf Superintendent 46:28-31.

42. Jones, S. G., K. W. Brown, L. E. Deuel and K. C. Donnelly. 1978. Influence of rainfall on the retention of sludge heavy metals by the leaves of forage crops. JEQ 8:69-72.

43. Brown, K. W. and J. C. Thomas. 1978. Uptake of nitrogen by grass from septic fields in three soils. Agron. J. 70:1037-1040.

44. Brown, K. W., D. C. Anderson, S. G. Jones, L. E. Deuel, Jr., and J. D. Price. 1979. The relative toxicity of four pesticides in tap water and water from flooded rice paddies. Int. J. Env. Studies. 141:49-54.

45. Brown, K. W., H. W. Wolf, K. C. Donnelly and J. F. Slowey. 1979. The movement of fecal coliform and coliphage below septic lines. JEQ 8:121-125.

46. Wagner, T. L., J. A. Gagne, P. C. Doraiswamy, R. N. Coulson and K. W. Brown. 1979. Development time and mortality of Dendroctonus frontalis in relation to changes in tree moisture and xylem water potential. Environ. Entomol. 8: 1129-1138.

47. Brown, K. W. and D. C. Anderson. 1980. Effect of organic chemicals on clay liner permeability: A Review of the Literature. In: D.W. Shultz (ed.). Disposal of Hazardous Waste. Proceedings of the 6th Annual Research Symposium at Chicago, Illinois. EPA-600/9-80-010. pp. 123-134.

48. Brown, K. W. and L. E. Deuel. 1980. Revegetation of Drastically Disturbed Lands. Texas A&M Lignite Symposium, April 17-18, 1980. pp. 19.0-19.8

49. Brown, K. W., L. E. Deuel, Jr. and J. C. Thomas. 1980. Optimization of land cultivation parameters. In: D.W. Shultz (ed). Disposal of Hazardous Waste. Proceedings of the 6th Annual Research Symposium at Chicago, Illinois. EPA- 600/9-80-010. pp. 254-259.

50. Brown, K. W. and C. B. Holder. 1980. The relationship between oxygen and water uptake by roots of intact bean plants. Soil Sci. Soc. Amer. J. 44:21-25.

51. Brown, K. W., S. G. Jones, and K. C. Donnelly. 1980. The influence of simulated rainfall on residual bacteria and virus on grass treated with sewage sludge. JEQ 9(2):261-265.

Kirk W. Brown

52. Brown, K. W. and J. C. Thomas. 1980. The influence of the sand layer on available water retention in a golf green. USGA Green Section Record 18(6):5-7.

53. Brown, K. W. and J. C. Thomas. 1980. The influence of water stress preconditioning on dark respiration. Physiologia Plantarium. 49:205-209.

54. Brown, K. W., J. C. Thomas and A. Almodares. 1980. The necessity of the two-inch sand layer in greens construction. USGA Green Section Record 18(6):1-4.

55. Brown, K. W., L. J. Thompson, K. W. Launius and L. E. Deuel, Jr. 1980. Physical properties of dredged materials. Soil Sci. 129(2):95-106.

56. Turner, F. T., K. W. Brown, and L. E. Deuel. 1980. Nutrients and associated ion concentrations in Irrigation Return Flow from Flooded Rice Fields. JEQ 9(2):256-260.

57. Deuel, L. E. and K. W. Brown. 1980. Impact of surface mining on water quality. Texas A&M Lignite Symposium, April 17-18, 1980. pp. 16.1-16.5.

58. Anderson, D. C., and K. W. Brown. 1981. Organic leachate effects on the permeability of clay liners. In: Proceedings of the 7th Annual Research Symposium at Philadelphia, PA. EPA-600/9-81-002b, pp. 119-130.

59. Anderson, D. C., K. W. Brown, and J. Green. 1981. Organic leachate effects on the permeability of clay liners. In: National Conference on Management of Uncontrolled Hazardous Waste Sites held at Washington, D.C. EPA 600/9-81-002B. pp. 223-229.

60. Brown, K. W., K. C. Donnelly, J. C. Thomas and L. E. Deuel, Jr. 1981. Factors influencing the biodegradation of API separator sludges applied to soils. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 7th Annual Research Symposium at Philadelphia, PA. EPA- 600/9-81-002B. pp. 188-199.

61. Donnelly, K. C. and K. W. Brown. 1981. The development of laboratory and field studies to determine the fate of mutagenic compounds from land applied hazardous waste. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 7th Annual Research Symposium at Philadelphia, PA., EPA-600/9-81-002B. pp. 224-239.

62. Huddleston, R. L., J. E. Rucker, K. W. Brown and L. E. Deuel. 1982. Evaluation of subsurface effects of long-term landfarming. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002, pp. 398- 446.

63. Anderson, D., K. W. Brown and J. Green. 1982. Effect of organic fluids on the permeability of clay soil liners. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002. pp. 179-190.

64. Brown, K. W. 1982. Irrigation of recreational turf with sewage effluent. In: 7th National Turf Conference, S. Australia, June 6-11, 1982. pp. 73-83.

65. Brown, K. W. 1982. Quality of irrigation flow from flooded rice paddies. pp. 139-175. Proceedings of the Workshop on Agrichemicals and Estuarine Productivity. Duke University Marine Laboratory, Beaufort, North Carolina.

66. Brown, K. W., L. E. Deuel, F. C. Turner, and J. D. Price. 1982. Quality of irrigation return flow from flooded rice paddies. pp. 153-166. Proc. of National Conference on Irrigation Return Flow Quality Management. Colorado State University, Fort Collins, Co.

67. Brown, K. W., H. Brawand, J. C. Thomas and G. B. Evans. 1982. Impact of simulated land treatment with oily sludges on ryegrass emergence and yield. Agronomy J. 74:257-261.

68. Brown, K. W. and K. C. Donnelly. 1982. Mutagenic potential of water concentrates from the effluent of a waste oil storage pond. Bull. Environ. Contam. Toxicol. 28:424-429.

69. Brown, K. W., K. C. Donnelly and B. Scott. 1982. The fate of mutagenic compounds when hazardous wastes are land treated. In: D. W. Shultz (ed.). Land Disposal: Hazardous Waste. Proceedings of the 8th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-82-002, pp. 383-397.

70. Brown, K. W. and J. C. Thomas. 1982. Testing and construction of greens to USGA standards and procedures. In: 7th National Turf Conference, S. Australia-June 6-11, 1982, pp. 26-31.

71. Brown, K. W., J. C. Thomas and R. L. Duble. 1982. Nitrogen source effect on nitrate and ammonium leaching and runoff losses from greens. Agronomy J. 74(6):947-950.

72. Brown, K. W. 1983. Land Treatment of Hazardous Wastes. Chapter 36, pp. 449-474. In: Environment and Solid Wastes. Characterization, Treatment, and Disposal. C. W. Francis and S. I. Auerbach (eds.). Butterworths/Ann Arbor Science Book, Woburn, MA.

Kirk W. Brown

73. Brown, K. W. and L. E. Deuel, Jr., and J. C. Thomas. 1983. Land Treatability of Refinery and Petrochemical Sludges. Project Summary. EPA-600/S2-83-074.

74. Brown, K. W. and L. E. Deuel, Jr. 1983. An Evaluation of Subsurface Conditions at Refinery Land Treatment Sites. Project Summary. EPA-600/S2-83-096.

75. Donnelly, K. C., K. W. Brown, and B. Scott. 1983. pp. 59-78. The Use of Short-Term Bioassays to Monitor the Environmental Impact of Land Treatment of Hazardous Wastes. (Waters, M. D., S. S. Sandhu, J. Lewtas, L. Claxton, and N. Chernoff and S. Nesnow (eds.). The Application of Short Term Bioassays in the Fractionation and Analysis of Complex Environmental Mixtures. Plenum, New York.

76. Brown, K. W., J. W. Green and J. C. Thomas. 1983. The influence of selected organic liquids on the permeability of clay liners. In: D. W. Shultz (ed). Land Disposal, Incineration, and Treatment of Hazardous Waste. Proceedings of the 9th Annual Research Symposium at Ft. Mitchell, Ky. EPA-600/9-83-018, pp. 114-125.

77. Brown, K. W. and D. C. Anderson. 1983. Effects of Organic Solvents on the Permeability of Clay Liners. United States Environmental Protection Agency, EPA-600/2-83-016. 153 p.

78. Brown, K. W., J. C. Thomas and J. F. Slowey. 1983. The movement of metals applied to soils in sewage effluent. Water, Air, Soil Pollut. 19:43-54.

79. Brown, K. W. and K. C. Donnelly. 1983. Influence of soil environment in biodegradation of refinery and a petrochemical sludge. Environ. Poll. (Series B) 6:119-132.

80. Brown, K. W., J. C. Thomas and K. W. Launius. 1983. Distribution of Bermudagrass Roots in Native Soils and Reclaimed Lignite Spoil. Reclamation and Revegetation Research, 2, 139-153.

81. Donnelly, K. C., K. W. Brown, and R. M. Saltarelli. 1983. The Use of B. Subtilis in a Pre-Incubation Assay for the Detection of DNA-Modifying Agents. Research Communications in Chemical Pathology and Pharmacology Vol. 42:135-143.

82. Brown, K. W., K. C. Donnelly and L. E. Deuel, Jr. 1983. Effects of Mineral Nutrients, Sludge Application Rate, and Application Frequency on Biodegradation of Two Oily Sludges. Microb. Ecol. 9:363-373.

83. Brown, K. W., J. C. Thomas and J. F. Slowey. 1983. Metal Accumulation by Bermudagrass Grown on Four Diverse Soils Amended with Secondarily Treated Sewage Effluent. Water, Air, and Soil Pollution 20:431-446.

84. Brown, K. W., J. C. Thomas and L. E. Deuel, Jr. 1984. Physical and Chemical Properties of Gulf Coast Lignite Overburden. Reclamation and Revegetation Research 3:17-29.

85. Brown, K. W. and K. C. Donnelly. 1984. Mutagenic Activity of the Liquid Waste from the Production of Acetonitrile. Bull. Environ. Contam. Toxicol. 32:742-748.

86. Brown, K. W., J. C. Thomas and J. F. Slowey. 1984. Extractability of Metals Applied to Soils in Sewage Effluent. Soil Sci. 138(6):423-431.

87. Brown, K. W., J. C. Thomas, and L. E. Deuel, Jr. 1984. Chemical Characteristics of Surface Runoff from Soils and Revegetated Lignite Mine Spoils. Journal of Soil & Water Conservation, 39(2):146-149.

88. Brown, K. W. and K. C. Donnelly. 1984. Mutagenic Activity of Runoff and Leachate Water from Hazardous Waste Land Ç701 Treatment. Environmental Pollution (Series A) 35:229-246.

89. Brown, K. W., K. C. Donnelly, and J. C. Thomas. 1984. Use of Short- Term Bioassay to Evaluate Environmental Impact of Land Treatment of Hazardous Industrial Waste. Project Summary. EPA-600.S2-84-135.

90. Donnelly, K. C., K. W. Brown, J. C. Thomas, P. Davol, B. R. Scott, and D. Kampbell. 1984. Evaluation of the hazardous characteristics of two petroleum wastes. Hazardous Waste & Hazardous Materials, 2(2):191-208.

91. Brown, K. W., K. C. Donnelly, J. C. Thomas and J. F. Slowey. 1984. The movement of nitrogen species through three soils below septic fields. JEQ. 13(3):460-465.

92. Brown, K. W., J. C. Thomas and J. W. Green. 1984. Permeability of compacted soils to solvent mixtures and petroleum products. In: Land Disposal of Hazardous Waste. Proceedings of the 10th Annual Research Symposium at Ft. Mitchell, Kentucky, EPA 600/9-84-007, pp. 124-137.

93. Brown, K. W. and J. C. Thomas. 1984. Conductivity of Three Commercially Available Clays to Petroleum Products and Organic Solvents. Hazardous Waste. 1:545-553.

94. Crawley, W., K. W. Brown and D. Anderson. 1984. Inplace closure of previously backfilled and active surface impoundments. Proceedings of the 5th National Conf. on Management of Uncontrolled Hazardous Waste Sites. Nov. 7-9, 1984. Houston, TX. pp. 185-188.

Kirk W. Brown

95. Brown, K. W., J. C. Thomas and K. W. Launius. 1984. Runoff water quality from fresh mine spoil. Environ. Pollution 8:119-131.

96. Brown, K. W., K. C. Donnelly, J. C. Thomas, P. Davol and B. R. Scott. 1985. Mutagenicity of three agricultural soils. Science of Total Environ. 41:173-186.

97. Brown, K. W., K. C. Donnelly, J. C. Thomas, P. Davol, and D. Kampbell. 1985. Degradation of Soil Applied Organic Compounds from Three Petroleum Wastes. Waste Mang. Res. 3:27-39.

98. Rubio-Montoya, D. and K. W. Brown. 1985. Erodibility of Strip-Mine Spoils. Soil Science, 138(5):365-373.

99. Brown, K. W., and K. C. Donnelly. 1985. Mutagenic Activity of Runoff Water from Simulated Hazardous Waste Landtreatment Facilities. In: Proceedings of the Second Conference on Management of Municipal, Hazardous, and Coal Wastes. S. Sengupta (ed.). Miami, Florida, December 5-7, 1983. pp. 185-195.

100. Brown, K. W., G. B. Evans, and J. C. Thomas. 1985. Increased Soil Water Retention by Mixing Horizons of Shallow Sandy Soils. Soil Science, 139(2):118-121.

101. Brown, K. W., L. E. Deuel, Jr., and J. C. Thomas. 1985. Distribution of inorganic constituents in soil following land treatment of refinery wastes. Water, Air, and Soil Pollution, 25:285-300.

102. Pinkerton, B. W. and K. W. Brown. 1985. Plant Accumulation and Soil Sorption of Cobalt from Cobalt-Amended Soils. Agron. J. 77:634-638.

103. Deuel, L. E. Jr., K. W. Brown, J. D. Price, and F. T. Turner. 1985. Dissipation of carbaryl and the 1-naphthol metabolite in flooded rice fields. JEQ. 14:349-354.

104. May, J. H., K. W. Brown, J. C. Thomas, and P. G. Malone. 1985. Use of x-ray radiographic techniques in the evaluation of soil liners. Misc. Paper GL-85-14. Prepared for Asst. Secretary of the Army, Dept. of the Army, Washington, D.C. 20315-1000. Project No. 4A161102A91D.

105. Brown, K. W., J. C. Thomas, and M. W. Aurelius. 1985. Collecting and testing barrel sized undisturbed soil monoliths. Soil Sci. Soc. Am. J. 49:1067-1069.

106. Anderson, D. C., K. W. Brown and J. C. Thomas. 1985. Conductivity of compacted clay soils to water and organic liquids. Waste Management & Research, 3:339-349.

107. Guth, D. L. and K. W. Brown. 1985. A comparison of the SAR and Vaneslow equations in three soils. Soil Science, 140(5):356-361.

108. Hornby, W. J., K. W. Brown, and J. C. Thomas. 1986. Nitrogen mineralization potentials of revegetated mixed lignite overburden in the Texas Gulf Coast. Soil Sci. Soc. Am. J. 50:1484-89.

109. Brown, K. W. 1986. Monitoring the unsaturated zone. In: Land Treatment: A Hazardous Waste Management Alternative. R. C. Loehr and J. F. Malina, Jr. (eds.). Water Resources Symposium No. 13. pp. 171-185.

110. Malone, P. G., J. H. May, K. W. Brown and J. C. Thomas. 1986. Use of x-ray radiographic methods in the study of clay liners. HMCRI's 3rd National Conference and Exhibition on Hazardous Wastes and Hazardous Materials. March 4-6, 1986, Atlanta, Georgia.

111. Barbee, G. C. and K. W. Brown. 1986. Comparison between suction and free-drainage soil solution samplers. Soil Sci., Vol. 141:149-153.

112. Barbee, G. C. and K. W. Brown. 1986. Movement of xylene through unsaturated soils following simulated spills. Water, Air, and Soil Pollution. 29:321-331.

113. Brown, K. W. and D. E. Daniel. 1986. Use of soils to retain waste in landfills and surface impoundments. In: Utilization, Treatment, and Disposal of Waste on Land. Proceedings of a Workshop held in Chicago, IL, 6-7 Dec. 1985. pp. 279-300.

114. Brown, K. W., K. C. Donnelly, J. C. Thomas and P. Davol. 1986. Mutagenic activity of soils amended with two refinery wastes. Water, Air, and Soil Pollution 29:1-13.

115. Brown, K. W., J. C. Thomas and J. W. Green. 1986. Field cell verification of the effects of concentrated organic solvents on the conductivity of compacted soils. Haz. Waste & Haz. Materials 3:1-13.

116. Brown, K. W. and D. E. Daniel. 1986. Potential groundwater implications of land disposal of toxic substances. In: Issues in Groundwater Management. E. T. Smerdon and W. R. Jordan (eds.). Water Resources Symposium No. 12, Center for Research in Water Resources Publishers. pp. 387-402.

117. Brown, K. W. 1987. Efficiency of Soil Core and Soil-Pore Water Sampling Systems. Project Summary, EPA/600/S2-86/083.

118. Donnelly, K. C., P. Davol, K. W. Brown, M. Estiri and J. C. Thomas. 1987. Mutagenic activity of two soils amended with a wood preserving waste. Environ. Sci. & Techn. 21:57-64.

119. Maggard, L. A., Brown, K. W, and K. C. Donnelly. 1987. The efficiency of two standardized procedures for extraction of mutagenic chemicals from soils. Chemosphere, 16:1243-1255.