# EXHIBIT 'J'

**12/1/2006 Brown, Kirk W.**

1    A.    They usually use some kind of a buffing
2    wheel with a little bit of a polishing compound
3    although I've not seen that specified here exactly
4    what was, what they were using as their polishing
5    compound.
6    Q.    Do you believe that the polisher waste
7    generated at the Handy Harman facility would have
8    contained some sort of a polishing compound?
9         MS. FLAX:   Objection to the form.
10   A.    More likely than not.
11   Q.    What's your basis for that statement?
12   A.    That's the way things -- that's the way
13   metal is polished with a polishing compound.
14   Q.    What is the make up of a polishing
15   compound?
16   A.    As I said, I don't know what they would
17   have been using for their polishing compound.
18   Q.    Do you have any opinion at all as to
19   what constituents may be in a polishing compound?
20        MS. FLAX:   Objection to the form.
21   A.    There are a whole variety of things that
22   are used for different purposes and I would only be
23   guessing what they're using in this case.
24   Q.    In paragraph 31C you state that spent
25   acids were generated at the Handy Harman facility, can

**12/1/2006  Brown, Kirk W.**

1   you tell me how those spent acids came to be?
2       A.   As I said the tubes are washed in an
3   acid bath and with time the reaction eats up the
4   hydrogen ions and so then you don't have as low a pH
5   as you want in your acid bath and also dirt
6   accumulates in the acid bath.  So what they do
7   periodically, what they did here periodically is pump
8   that spent acid into their spent acid holding tank or
9   tanks which were downstairs below the acid bath.
10      Q.   What kind of compounds did this spent
11  acids contain?
12      A.   It would have contained certainly iron,
13  nickel and chromium.
14      Q.   What is the basis for your statement
15  that spent acids would contain iron, nickel and
16  chromium?
17      A.   The metal parts that were being put in
18  the acid bath were made up of metals that had those
19  elements in them and some of them would have eroded,
20  corroded off during the acid bath and gone into
21  solution and perhaps precipitated.
22      Q.   Can you tell me how the bottom sludges
23  that you reference in paragraph 31D came to be?
24      A.   The bottom sludges resulted from the
25  heavy contaminants, dirt essentially, if you will,

**12/1/2006  Brown, Kirk W.**

1  waste?

2      A.    No.

3      Q.    Other than oil, grease and metals, wash
4  water and possibly some soap agent, were there any
5  other compounds that you believe would be found in the
6  industrial waste solution that you describe in
7  paragraph 42 of your expert report?

8      A.    It's possible that the other cleaning
9  compounds that they, chemicals that they used acetone
10 or methyl ethyl ketone could show up in low
11 concentrations but they'd be very low.

12     Q.    It's your testimony that there would be
13 no TCE, I believe you testified earlier that TCE would
14 not come in contact with any machines that the
15 industrial waste solution would have cleaned?

16           MS. FLAX:    Objection to the form.

17     Q.    Is that correct?

18     A.    I'm not aware of any mechanism by which
19 TCE would have come in contact with them.

20     Q.    How is it that the MEK and acetone would
21 have come in -- could have been in the industrial
22 waste solution but TCE couldn't have been?

23     A.    They could have been used to wipe down
24 the machinery whereas TCE was not used for that
25 purpose.

**12/1/2006  Brown, Kirk W.**

1   Q. How do you know TCE was not used for
2   that purpose?
3   A. There's no reference to it being used
4   for that purpose.
5   Q. So is it your belief if you refer to
6   Curran's deposition testimony page 54 line 19 when he
7   speaks about industrial waste solution that it may
8   have contained traces of some solvents, which solvents
9   were they?
10  A. Well, he says -- what line are you on?
11  Q. 19 and 20.
12  A. The only thing he says there is
13  something like acetone. And the other thing that's
14  like acetone is methyl ethyl ketone which we already
15  covered.
16  Q. Would the presence of acetone and
17  possibly methyl ethyl ketone render the industrial
18  waste solution hazardous?
19          MS. FLAX: Objection to the form.
20  A. Again, I don't believe they would have
21  been in high enough concentrations, they evaporate
22  quickly, partition into the air and would have been if
23  present in very low concentrations.
24  Q. If present in the industrial waste
25  solution?

Page 186

1  Techalloy, Carpenter, and also the information on the
2  etchings that that were used by Flexible.
3     Q.   Did you talk with Handy Harman or any
4  representatives of Handy Harman to prepare for your
5  deposition today?
6     A.   No, I did not.
7     Q.   Did you speak to Handy Harman's lawyers
8  in preparation for your deposition today?
9     A.   Yes.
10    Q.   Who did you speak with?
11    A.   Talked with Melissa Flax.
12    Q.   Anyone else?
13    A.   Briefly with John.
14    Q.   Agnello?
15    A.   Agnello, yes.
16    Q.   When did you, did you speak with them?
17    A.   Spoke with Melissa last evening and this
18 morning, and spoke with John briefly this morning.
19    Q.   Where did you speak to Melissa last
20 night?
21    A.   We had supper together last evening.
22    Q.   What did you discuss?
23         MS. FLAX: Objection as to form.
24         You can answer only that which
25 relates to your entree -- you can answer.

Page 187

1     A.   We just discussed in general what
2  depositions have been taken and she wanted to make
3  sure that I had looked at those and that I had read my
4  own deposition. And talked a little bit about the
5  acids, particularly acid from Ashland, and the plating
6  solutions, how low their pH's are, very acids, very
7  low pH's. And also that those acids would be in
8  themselves number one they're listed hazardous wastes
9  and number two they would be classified as hazardous
10 wastes because of their pH and likely their metal
11 contents even though, even if they hadn't been listed.
12    Q.   What was the -- because of the pH and
13 their --
14    A.   And their metal content, Ashland's metal
15 content may not be high enough to be classified by
16 metals alone but there would certainly be some trace
17 metals in that.
18    Q.   Did you discuss anything else about this
19 case?
20    A.   That pretty much summarizes it.
21    Q.   What did you speak to Melissa and John
22 about this morning?
23         MS. FLAX: Objection as to form.
24    A.   We didn't speak very much about the
25 case, it was more, the technical aspects of the case,

Page 188

1  it was more about who might be here representing whom
2  and again a few of the things that I just said I
3  repeated for John. One other thing that I did mention
4  that now comes to mind is that and I said this last
5  time but since we talked about it again, that is that
6  the acids that were dumped there particularly the
7  pickling solutions and the spent acid from the Ashland
8  activity, in my view they certainly had an impact on
9  the mediation, because they do a variety of things in
10 the soil and the weathered bedrock the groundwater is
11 on and essentially facilitate the movement of metals.
12 And those things would be among other things the
13 displaced metals that are present they load the system
14 with hydrogen ions so that as any other solution
15 groundwater carrying metals comes into that zone those
16 metals remain soluble and mobile.
17        Those acids also destroy the organic
18 components of the natural geological material that
19 would have been receptors for metals. So they
20 decrease the ability of soils to absorb metals that
21 further facilitates the movement of metals. We also
22 see that at these very low pH's, the microorganism
23 population is greatly impacted detrimentally, which
24 means that in fact as a result the normal biological
25 attenuation for other contaminants, particularly the

Page 189

1  organic solvents, the trichlorethylenes, the
2  benzenes and other things, is greatly diminished.
3  So if you diminish the natural attenuation then that
4  means that the remediation is going to be dealing
5  with higher concentrations and be dealing with them
6  for a longer time than it would have been had those
7  acids not reached the groundwater.
8     Q.   Okay. I'm going to hand you what we
9  marked during the first day of your deposition as
10 Brown-1, it's a copy of your expert report.
11    A.   Yes.
12    Q.   Can you turn to paragraph 39 of your
13 report on page 13.
14    A.   Yes.
15    Q.   Given what you just told me about spent
16 acids and how they would have -- and your opinion that
17 they did have and impact on the site, can you explain
18 to me what you mean by paragraph 39 where you say
19 spent acids did not drive the remedy at the site?
20    A.   I was quoting the EPA and they're saying
21 that they -- what they're saying is that the
22 remediation was not driven by the need to remove the
23 spent acid. What I'm saying is now that the spent
24 acids that were released into the system while it
25 didn't drive the remedy those spent acids have

3 (Pages 186 to 189)

DOERNER & GOLDBERG, INC                              973-740-1100
5 Becker Farm Road * Roseland, NJ 07068    1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 190

1  facilitated the movement of metals and prevented the
2  degradation of organics. So that in the end while
3  they didn't drive the remedy they caused the remedy to
4  be more expensive and take more time.
5      Q.   So if the Ashland spent acid waste was
6  the only contaminant that was disposed of at the site
7  would there be a need for remediation?
8           MS. FLAX: Objection as to form.
9      A.   If the Ashland acid had been the only
10 one disposed of there since it had only low
11 concentrations of metals what it would have done then
12 is as it did do move the metals that were normally in
13 the soil into the groundwater and put them in a free
14 form. But we don't -- what I don't have is enough
15 information to know whether that, those metals alone
16 would have been high enough to call for remediation,
17 that I don't know so I really can't answer one way or
18 another.
19     Q.   When you say you were quoting from the
20 EPA what document were you quoting from?
21     A.   It's the Superfund Record of Decision.
22     Q.   If I were to show you the 1998 Record of
23 Decision can you show me where that states that spent
24 acids did not drive the remedy at the site?
25     A.   It's kind of the inverse, and that is,

Page 191

1  it does not list spent acids as the driver for the
2  remedy. So the absence of it is what I'm citing
3  there.
4      Q.   Okay. Going back to what you did to
5  prepare for today's deposition, was your conversation
6  with Melissa Flax last evening and your subsequent
7  conversation with Melissa and John this morning the
8  only conversations you've had with Handy & Harman
9  lawyers from the first day of your deposition until
10 now?
11     A.   That's correct. I did not talk to
12 either one of them in the interim.
13     Q.   So did you take it upon yourself to
14 review the expert reports of the other, or the
15 deposition transcripts of the other experts?
16     A.   They were conveyed to me by Melissa so I
17 reviewed them, yes.
18     Q.   Did she give you any instruction when
19 you, to review the expert deposition?
20     A.   No.
21     Q.   They were conveyed to you by mail, by
22 e-mail, how?
23     A.   E-mail, actually and I should clarify
24 that. They were conveyed to Mike Golladay who printed
25 them off and gave them to me.

Page 192

1      Q.   So the instruction was just to review
2  them, review them for anything in particular?
3           MS. FLAX: Objection as to form.
4      A.   It was just --
5      Q.   Just to give them to you?
6      A.   To review them.
7      Q.   Can you turn to paragraph 23 of your
8  report. We talked about your opinion in paragraph 23
9  in detail during the first day of your deposition?
10     A.   Right.
11     Q.   Can you tell me, is this an accurate
12 characterization of that opinion, that you reviewed
13 the Federal On-scene Coordinator's Report to determine
14 the chemical make-up of drums and concluded that even
15 though some contaminants in the drums may be
16 associated with Handy & Harman waste the fact that
17 they there are also contaminants in those drums that
18 cannot be associated with Handy & Harman wastes
19 supports that no contaminants in the drums came from
20 Handy & Harman; is that correct?
21          MS. FLAX: Objection as to form.
22     A.   Yes. What I'm saying is that there's no
23 evidence on site as a result of that that you can
24 actually fingerprint back to Handy & Harman.
25     Q.   Okay. Quickly on page -- I also want to

Page 193

1  hand you the, your deposition transcript from the
2  first day of your deposition. If you look on page 64
3  of that deposition lines 20 to 21.
4      A.   Yes.
5      Q.   You state that cadmium could not be
6  associated with Handy & Harman because it is
7  deliberately excluded from stainless steel; do you see
8  that?
9           MS. FLAX: I think you have the wrong
10 citation.
11          MS. TROJECKI: Off the record.
12          (A discussion was held off the
13     record.)
14     Q.   So I'm sorry that was page 63 lines 20
15 and 21. You state that cadmium could not be
16 associated with Handy & Harman because it's
17 deliberately excluded from stainless steel; do you see
18 that?
19     A.   Yes.
20     Q.   Does this apply to all raw materials
21 used at Handy & Harman?
22     A.   Anything dealing with stainless steel it
23 would apply to.
24     Q.   So would that apply to the nickel based
25 inconel steel?

4 (Pages 190 to 193)

Page 230

1  found of some of the solvents, can you explain or do
2  you know how traces of solvents were found in the
3  industrial waste solution -- I guess what I'm asking
4  you is from reading that sentence does that imply that
5  the industrial waste solution was tested at some time?
6      MS. FLAX: I'm going to ask Dr. Brown
7  to read the questions and answers that precede it so
8  he has some context as to what the witness is
9  saying.
10     MS. TROJECKI: That's fine.
11  A.  Yes.
12  Q.  But you didn't review any test results
13  for this solution that Curran is referring to; is that
14  correct?
15     MS. FLAX: I think Dr. Brown was
16  saying yes he read the pages, I don't know that he
17  was responding to your question.
18     Can you read the question back.
19     (The requested portion was read back
20     by the reporter.)
21  A.  Well, it does imply that the industrial
22  waste solution was tested. It appears it was tested
23  for acetone and for some reason that I'm not quite
24  clear on they adamantly didn't want acetone and likely
25  then methyl ethyl ketone in contact with their

Page 231

1  machines. So when he says traces of solvents he's
2  referring back to the acetone.
3  Q.  How do you know that or where does it
4  say that?
5  A.  Line 18 through 20.
6  Q.  Where he says would use something like
7  acetone to clean up around the machines?
8  A.  Right, and that would be the something
9  would be acetone or methyl ethyl ketone. They're both
10 keytones are in the same family of chemicals.
11 Q.  Is TCE something like acetone?
12 A.  No.
13 Q.  Why not?
14 A.  It's chemically completely different.
15 It's not soluble. It's not miscible with water,
16 acetone and methyl ethyl ketone are miscible with
17 water.
18 Q.  But TCE and acetone are both used as a
19 degreaser; is that correct?
20     MS. FLAX: Objection.
21 A.  The when you say degreaser, in this
22 plant TCE was used as a degreaser for the tubes in the
23 degreasing machine. It could be used as a degreaser.
24 TCE has been used as I told you for degreasers for
25 machinery and other applications, but in this

Page 232

1  application they were trying to certainly to keep
2  acetone and by implication methyl ethyl ketone away
3  and there's no implication they used TCE as a
4  degreaser on their machines.
5  Q.  What do you mean when you're saying they
6  were trying to keep acetone and methyl ethyl ketone
7  away?
8  A.  He said they were afraid maybe somebody
9  would use something like acetone to clean up around
10 the machines.
11     MS. FLAX: Just so the record is
12 clear, Dr. Brown is quoting from the Curran
13 transcript.
14 A.  And you know, acetone is a perfectly
15 useful for that purpose. It implies to me that they
16 were trying to keep this waste clear of solvents so
17 they'd have a non-hazardous waste stream.
18 Q.  Could it be also that they tested the
19 material because they knew there would be some
20 likelihood that there would be solvents in it?
21     MS. FLAX: Objection as to form.
22 A.  That's what essentially it says, that it
23 was possible that solvents would get in and they
24 didn't want them in there.
25 Q.  Where did the term industrial waste

Page 233

1  solution come from?
2      MS. FLAX: Objection to form.
3  Q.  Do you know if that's a Handy & Harman
4  term or a DeRewal chemical company term?
5      MS. FLAX: Objection to form. You
6  just asked three questions.
7      (The requested portion was read back
8      by the reporter.)
9  Q.  Do you understand what I'm asking?
10 A.  It appears on the Handy & Harman invoice
11 from DeRewal, and then Curran accepts and utilizes
12 that term, for describing the waste that we've just
13 been talking about.
14 Q.  It's your opinion that the solution that
15 Curran is referring to in his deposition as industrial
16 waste solution is non hazardous; is that correct?
17 A.  Yes.
18 Q.  Why do you think that?
19     MS. FLAX: Objection. Asked and
20 answered.
21     You can answer it.
22 A.  It's not a listed hazardous waste. It
23 would not fail any of the four criteria for being a
24 hazardous waste. It would not fail toxic
25 concentration -- it's a test for soluble metals in

14 (Pages 230 to 233)

DOERNER & GOLDBERG, INC                              973-740-1100
5 Becker Farm Road * Roseland, NJ 07068    1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 234

1  waste, if I have the acronym right, TCLP, I'll get you
2  the right acronym, it wouldn't fail that test, it
3  wouldn't have a pH outside the normal range. It
4  wouldn't be flammable. It wouldn't be corrosive. So
5  it wouldn't be reactive. So there's nothing there
6  that would indicate that it was a hazardous waste.
7      Q.  Going back for one minute, if the tubes
8  were cleaned with TCE and taken to the drawing
9  machines, is it possible that TCE could be a residual,
10 TCE would be on the drawing machines or any of the
11 machines that were cleaned during the annual shut down
12 process?
13          MS. FLAX: Objection. Asked and
14 answered.
15     A.  Well, they were annealed between being
16 cleaned and drawn again so the TCE would have been
17 evaporated.
18     Q.  How about if they weren't annealed?
19     A.  Again, it evaporates very rapidly.
20     Q.  When you say that the solution that
21 Curran is referring to as industrial waste solution is
22 not a listed hazardous waste, explain to me what you
23 mean by that?
24     A.  Well, there are certain waste streams
25 from industries that are listed in RCRA, for instance

Page 235

1  spent acid from farming nitrotoluene, pickling liquids
2  are from steel processing and metal processing are
3  listed hazardous wastes. So it doesn't make any
4  difference what the concentration of anything is in
5  there it's listed, it's a hazardous waste. And so
6  that's one criteria for becoming a hazardous waste and
7  cleaning solutions from machinery mechanical equipment
8  is not listed.
9      Q.  Now, if the cleaning solution was not
10 listed as a hazardous waste but it did contain acetone
11 and methyl ethyl ketone is there some concentration of
12 those contaminants that would render it a hazardous
13 waste?
14     A.  Yes, it would have to have a high enough
15 concentration.
16     Q.  What is that concentration?
17     A.  I'd have to look it up for those. It's
18 rather high. Neither of those are very toxic.
19     Q.  Is that concentration set out in
20 regulations, is that what you're referring to?
21     A.  Let me check, I'll look for you.
22     Q.  Does EPA require that testing be done to
23 determine whether a waste is hazardous or not?
24     A.  It all depends on what waste, we're
25 talking about an industrial waste, if there's nothing

Page 236

1  in the process that would cause it to be hazardous
2  then there's no need for testing.
3      Q.  Who makes that determination?
4      A.  Well, typically that's an honor system,
5  the responsible people at a plant or an industry would
6  make that determination, perhaps then in accordance
7  with state guidelines and usually the determination is
8  made for the purposes of disposal. So if they're
9  going to ship it off for disposal states have programs
10 that allow them to register their wastes so they can
11 be disposed of at certain locations, almost all the
12 states now have jurisdiction over these regulations.
13     Q.  How is it that you know that the
14 concentrations of whatever solvents were in the
15 industrial waste solution were not high enough to
16 render it hazardous?
17     A.  Well, they're talking here about keeping
18 those solvents out of the wastes and he said they
19 found traces if anything, on occasion they found
20 traces, well that means that they were very low
21 concentrations.
22     Q.  Any other reason?
23          MS. FLAX: Was that a yes or a no?
24     A.  That was a no, no there are no other
25 reasons.

Page 237

1           MS. FLAX: Is now a good time for a
2  break, Amy?
3           MS. TROJECKI: Let me make sure.
4      Q.  I guess if today all you had was the
5  information that was in Curran's deposition transcript
6  regarding the description of this industrial waste
7  solution, would you feel confident telling a company
8  that you don't need to do any further tests to
9  determine whether it's hazardous or not?
10     A.  Yes.
11          MS. FLAX: Objection as to form.
12     A.  If I might add it just occurred to me
13 the concentrations of acetone and methyl ethyl ketone
14 that are the cut off as to whether a waste is
15 hazardous or not is one hundred times the drinking
16 water standard for those two chemicals, so if we refer
17 to the drinking water standards if it's one hundred
18 times over that standard then the waste would be
19 classified as hazardous, quite confident it would be
20 well below that.
21     Q.  And that's from your getting that
22 information from regulations the one hundred percent
23 times?
24     A.  One hundred times is the way it's done.
25 They never say that but if you look at the numbers

15 (Pages 234 to 237)