# EXHIBIT 'K'

RECEIVED
AUG 22 2006

FILE

Quelan-3

**INVOICE**

**DeRewel Chemical Company**

P. O. BOX 1, REVERE
BUCKS COUNTY, PENNSYLVANIA 18953 • PHONE AREA 215 847-5146

ORIGINAL (Red)

PLAINTIFF'S EXHIBIT

SOLD TO: Handy & Harman Tube Company
Whitehall Road & Township Line
Norristown, Pennsylvania

SHIPPED TO:

| DATE | DATE SHIPPED | SHIPPED VIA | YOUR ORDER NO. | F.O.B. | TERMS | INVOICE NO. |
|---|---|---|---|---|---|---|
| 2/1/73 | 2/5/73 | Our Truck | 2503G | | 1/10 30NS | 571 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 250 gallon oil tank | | $ 25 00 |
| 26 | 55 gallon drums Industrial Waste Solution | $6 00/ea | $156 00 |
| 36 | 30 gallon drums Industrial Waste Solution | $5 00/ea | $180 00 |
| 25 | Empty 55 gallon drums delivered | $ 75/ea | $ 18 75 |
| | | | $379 75 |

B/L# 434

Form MF-874 The Drawing Board, Inc., Box 505, Dallas, Texas