**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC, | : : : : : : | Civil Action No. 02-CV-3830 (LDD) |
| Plaintiffs, | : : | |
| v. | : : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : : : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Memorandum in Opposition to Handy & Harman Tube Company, Inc.'s ("Handy") Motion for Summary Judgment it is hereby ORDERED that Handy's Motion is DENIED.

                                                                                          _____
                                                                                          Legrome D. Davis, J.

DMEAST #9847154 v1