IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| Defendants. | : | |

O R D E R

AND NOW, this 9th day of August 2007, pursuant to Defendants' written request of August 8, 2007 for an extension of time to respond to Plaintiffs' Motion for Leave to Amend the Fourth Amended Complaint, it is hereby ORDERED that the request is GRANTED and that Advanced Environmental Technology Corporation shall respond to Plaintiff's motion no later than September 10, 2007.

BY THE COURT:

/s/ Legrome Davis

Legrome D. Davis, J.