collectively referred to as the "Amended Complaint");

WHEREAS, the Plaintiffs have entered into an agreement of settlement with Settling Defendant resolving all claims that were asserted by the Agreement Group in the Amended Complaint (the "Settlement Agreement");

AND NOW, this 16th day of August 2007, upon consideration of all filed papers and for good cause shown, it is hereby ORDERED and DECREED as follows:

1. Plaintiffs' Motion for Order of Dismissal of Thomas and Betts Corporation (Doc. No. 246) is GRANTED.

2. All claims asserted by the Plaintiffs in the Amended Complaint against the Settling Defendant and all potential counterclaims by the Settling Defendant against the Plaintiffs arising out of the subject matter of the Amended Complaint shall be and hereby are dismissed and barred with prejudice, and the Settling Defendant is hereby dismissed as a party to this action.

3. This dismissal is without costs or attorneys' fees against the Plaintiffs or the Settling Defendant, each party to bear its own costs and fees.

4. All deemed and asserted cross-claims by the Non-Settling Defendants against the Settling Defendant and by the Settling Defendant against the Non-Settling Defendants arising out of the claims asserted in the Amended Complaint (including any claims or cross-claims otherwise assigned by the Settling Defendant to the Plaintiffs in the Settlement Agreement), shall be and hereby are dismissed and barred with prejudice.