# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., et al.,                        :
                                                    :
                        Plaintiff,                  :        CIVIL ACTION NO.
            v.                                      :        02-cv-3830 (LDD)
                                                    :
ADVANCED ENVIRONMENTAL                              :
TECHNOLOGY CORPORATION, et al.,                     :
                                                    :
                        Defendants.                 :
                                                    :

## HANDY & HARMAN TUBE COMPANY, INC.'S MOTION
## FOR LEAVE TO FILE REPLY BRIEF

Defendant, Handy & Harman Tube Company, Inc. ("H&H Tube"), by and through its undersigned counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, hereby moves for leave to file a reply memorandum in support of its motion for summary judgment against plaintiffs Agere Systems, Inc., Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC and TI Group Automotive Systems, LLC ("Plaintiffs"). In support of this motion, H&H Tube avers as follows:

1.      On July 17, 2007, H&H Tube filed its motion for summary judgment.

2.      On July 31, 2007, Plaintiffs filed its opposition to H&H Tube's motion for summary judgment.

3.      Pursuant to Local Civil Rule 7.1(c), H&H Tube seeks leave to file a reply memorandum together with a supporting reply declaration, copies of which are submitted herewith, to respond to the erroneous factual statements and arguments made in Plaintiffs' opposition.

4.     H&H Tube believes that this reply memorandum and supporting reply declaration will significantly aid the Court in ruling on the motion for summary judgment.

5.     Pursuant to Local Civil Rule 7.1(f), H&H Tube requests oral argument.

WHEREFORE, Handy & Harman Tube Company respectfully requests that the Court consider the attached reply memorandum and supporting reply declaration and to consider the memorandum and reply declaration filed as of the date of the filing of this motion.

Respectfully submitted,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

By: _____ MF1386_____
MELISSA E. FLAX
5 Becker Farm Road
Roseland, New Jersey 07068

Attorneys for Defendant,
Handy & Harman Tube Company, Inc.

Dated: August 31, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date caused true and correct copies of the

attached Motion for Leave to File Reply Memorandum to be served on all counsel of record via

email and first class mail, postage prepaid, addressed as follows:

**Boarhead Farm Agreement Group**
Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:       (856) 761-3400
Fax:       (856) 761-1020
E-mail:  harris@ballardspahr.com

Monique M. Mooney, Esq.
*Ballard, Spahr, Andrews & Ingersoll*
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
Tel:       (215) 864-8189
Fax:       (215) 864-9266
E-mail:  mooney@ballardspahr.com

**Advanced Environmental Technology Corp.**
Laurie Sands, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone:  (973) 740-0500
Fax:  (973) 740-1407
Email:  tsabino@wolffsamson.com

**Ashland, Inc.**
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone:  (215) 546-0500
Fax:  (215) 546-9444
Email: rbiedrzycki@pp-b.com

**Carpenter Technology Corporation**
Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone:  212-756-0215
Fax:  888-325-9169
Email:  lwright@ealaw.com

***Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)***
Seth Cooley, Esq.
Duane Morris
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
Phone: (215) 979-1818
Fax: (215) 979-1020
Email: scooley@duanemorris.com

***NRM Investment Co.***
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
Phone: 610-279-3370
Fax: 610-279-0696
Email: edwardfackenthal@cs.com

_____MF1386_____
MELISSA E. FLAX

Dated: August 31, 2007