IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| v. : | 02-cv-3830 (LDD) |
| : | |
| ADVANCED ENVIRONMENTAL : | |
| TECHNOLOGY CORPORATION, et al., : | |
| : | |
| Defendants. : | |
| : | |

**ORDER GRANTING HANDY & HARMAN TUBE COMPANY, INC.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

AND NOW, this _____ day of _____ 2007, upon consideration of defendant Handy & Harman Tube Company, Inc.'s motion for leave to file a reply memorandum and supporting declaration, it is hereby ORDERED that Handy & Harman Tube Company, Inc.'s Motion for Leave to File a Reply Memorandum is GRANTED.

_____
Legrome D. Davis, Judge