IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., et al.,

          Plaintiff,

v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

          Defendants.

CIVIL ACTION NO.
02-cv-3830 (LDD)

### HANDY & HARMAN TUBE COMPANY, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT

Defendant, Handy & Harman Tube Company, Inc. (H&H Tube"), by and through its undersigned counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, hereby moves the Court to strike portions of the Plaintiffs' opposition to H&H Tube's motion for summary judgment. In support of this motion, H&H Tube avers as follows:

1. On July 17, 2007, H&H Tube filed its motion for summary judgment.

2. On July 31, 2007, Plaintiffs filed its opposition to H&H Tube's motion for summary judgment.

3. Plaintiffs included in their opposition evidence that would not be admissible at trial and therefore should not be considered in connection with the Court's ruling on H&H Tube's motion for summary judgment.

4. Specifically, the following should be stricken from Plaintiffs' opposition:

    A. Exhibits A and C to the Certification of Amy M. Trojecki.

B.  The following references to Exhibits A and C contained in Plaintiffs' opposition brief:

- page 2: "H&H Tube also entirely disregards a statement by Jay Crawford, H&H Tube's employee of 25 years, that DCC hauled H&H Tube's TCE contaminated lubricating oils during the time DCC operated the Site."

- page 4: "Finally, Thomas Curran, a former H&H Tube Vice-President of Operations and an employee for 35 years, advised the EPA during a 1993 interview that the name DeRewal was familiar to him."

- page 7: "but Mr. Crawford stated that DCC hauled these wastes in 30 and 55 gallon drums."

- page 8: "Similarly, Mr. Curran described the various waste streams generated by H&H Tube during his 1993 interview with US EPA, but did not make any mention during that interview of 'industrial waste solution.'"

- page 12: "H&H Tube completely disregards a statement by Jay Crawford, who worked for H&H Tube for twenty-five years. Mr. Crawford stated that a company with the name DeRewal hauled drummed spent lubricant waste from the H&H Tube facility. Mr. Crawford further remembered that DCC picked up the drums during the time period of 1969 to 1977."

- page 12, n.6: "In addition, Mr. Crawford recalling that H&H Tube dud business with DCC in the 1970s..."

- page 12, n.6: "Thomas Curran also recalled the name DeRewal and said the name was familiar to him during his 1993 interview with the US EPA."

- page 19: "Similarly, Curran described the various waste streams generated by H&H Tube during his 1993 interview with US EPA, but did not make any mention during that interview of 'industrial waste solution.'"

5. For the reasons set forth in the accompanying memorandum, H&H Tube's motion to strike should be granted.

WHEREFORE, Handy & Harman Tube Company respectfully requests that the Court strike the foregoing portions of Plaintiffs' opposition to its motion for summary judgment.

        Respectfully submitted,

        CARELLA, BYRNE, BAIN, GILFILLAN,
        CECCHI, STEWART & OLSTEIN

      By: _____MF1386_____
        MELISSA E. FLAX
        5 Becker Farm Road
        Roseland, New Jersey 07068

        Attorneys for Defendant,
        Handy & Harman Tube Company, Inc.

Dated: August 31, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date caused true and correct copies of the attached Cross Motion to Dismiss the Third Amended Complaint to be served on all counsel of record via email and first class mail, postage prepaid, addressed as follows:

*Boarhead Farm Agreement Group*
Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:   (856) 761-3400
Fax:   (856) 761-1020
E-mail:  harris@ballardspahr.com

Monique M. Mooney, Esq.
*Ballard, Spahr, Andrews & Ingersoll*
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
Tel:   (215) 864-8189
Fax:   (215) 864-9266
E-mail:  mooney@ballardspahr.com

*Advanced Environmental Technology Corp.*
Laurie Sands, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone: (973) 740-0500
Fax: (973) 740-1407
Email: lsand@wolffsamson.com

*Ashland, Inc.*
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone: (215) 546-0500
Fax: (215) 546-9444
Email: rbiedrzycki@pp-b.com

*Carpenter Technology Corporation*
Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone: 212-756-0215
Fax: 888-325-9169
Email: lwright@ealaw.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*
Seth Cooley, Esq.
Duane Morris
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
Phone: (215) 979-1818
Fax: (215) 979-1020
Email: scooley@duanemorris.com


*NRM Investment Co.*
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
Phone: 610-279-3370
Fax: 610-279-0696
Email: edwardfackenthal@cs.com


                                                                                                                                                   __MF1386__
                                                              MELISSA E. FLAX

Dated: August 31, 2007