IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., )
CYTEC INDUSTRIES, INC., )
FORD MOTOR COMPANY, )
SPS TECHNOLOGIES, LLC and )
TI GROUP AUTOMOTIVE SYSTEMS LLC, )
)  Case No. 02-cv-3830
Plaintiffs, )
)  Judge LeGrome D. Davis
v. )
)
ADVANCED ENVIRONMENTAL )
TECHNOLOGY CORPORATION, et al., )
)
Defendants. )

**ANSWER OF DEFENDANTS ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ASHLAND, INC., CARPENTER TECHNOLOGY CORPORATION, fcg, inc., A/K/A FLEXIBLE CIRCUITS, INC., HANDY & HARMAN TUBE COMPANY, INC. AND NRM INVESTMENT COMPANY TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND FOURTH AMENDED COMPLAINT**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Eastern District of Pennsylvania, Local Civil Rules 7.1 and 26.1, the Defendants Advanced Environmental Technology Corporation, Ashland, Inc., Carpenter Technology Corporation, fcg, inc., a/k/a Flexible Circuits, Inc., Handy & Harman Tube Company, Inc. and NRM Investment Company respectfully answer Plaintiffs' Motion for Leave to Amend Fourth Amended Complaint for the reasons more fully set forth in the accompanying Memorandum of Law, which is incorporated by reference. A proposed Order is attached pursuant to Local Rule 7.1.

    Respectfully submitted,

    _____s/Jeffrey L. Pettit_____
    RICHARD C. BIEDRZYCKI, ESQUIRE
    Attorney I.D. No. 30604
    JEFFREY L. PETTIT, ESQUIRE
    Attorney I.D. No. 21624
    PHELAN, PETTIT & BIEDRZYCKI
    121 South Broad Street
    Suite 1600
    Philadelphia, PA 19107
    (215) 546-0500

    Counsel for Defendant Ashland Inc.

Date: September 10, 2007