IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., <br> CYTEC INDUSTRIES, INC., <br> FORD MOTOR COMPANY, <br> SPS TECHNOLOGIES, LLC and <br> TI GROUP AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL <br> TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Case No. 02-cv-3830 <br><br> Judge LeGrome D. Davis |

## ORDER

**THIS MATTER** having been opened to the Court upon motion of Plaintiffs Agere Systems, Inc., Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC and TI Group Automotive Systems LLC for leave to amend Fourth Amended Complaint, and this Court having reviewed and considered the papers submitted by the parties in support and opposition to this motion, and oral argument (if any), and for good cause shown,

**IT IS** on this _____ day of _____, 2007, **ORDERED** and **ADJUDGED** that Plaintiffs' Motion for Leave to Amend Fourth Amended Complaint is **DENIED**, with prejudice.

_____
HON. LEGROME D. DAVIS, U.S.D.J.