IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| Defendants. | : | |

## O R D E R

AND NOW, this 10th day of September, 2007, upon consideration of defendant Handy & Harman Tube Company, Inc.'s Motion for Leave to File a Reply Memorandum and Supporting Declaration (Doc. No. 249), it is hereby ORDERED that Handy & Harman Tube Company, Inc.'s Motion for Leave to File a Reply Memorandum is GRANTED.

The Reply Brief of Defendant, Handy & Harman Tube Company, Inc., in Further Support of Motion for Summary Judgment attached to this Motion for Leave to File a Reply Memorandum and Supporting Declaration (Doc. No. 249), shall be deemed filed and docketed by the Clerk of the Court as of the date of this Order.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis