IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
|     Defendants. | : | |

O R D E R

And now, this 18$^h$ day of September 2007, it is hereby ORDERED that Plaintiff's request for leave to file a surreply brief is GRANTED. The surreply shall be filed with this Court on or before September 21, 2007.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis