UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Agere Systems, LLC, et al.,
Plaintiffs

v.

Advanced Environmental Technology Corporation, et al.,
Defendants

Civil Action No: 02-cv-3830 (LDD)

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, _fcg, inc._, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

9/17/07
Date

Signature

Counsel for: Defendant fcg, inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

(1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2) promptly file a supplemental statement upon any change in the information that the statement requires.