IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC, and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL.,<br><br>　　　　　　Defendants. | <br><br>Civil Action No. 02-3830 |

## STIPULATION AND ORDER FOR REPLY BRIEF

Pursuant to Rules 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereby Stipulate that Plaintiffs shall have the right to file a reply brief on or before September 21, 2007 with respect to Plaintiffs' Motion for Leave to Amend the Fourth Amended Complaint, which Motion was filed with the Court by Plaintiffs July 26, 2007.

_____
Glenn A. Harris
**Counsel for Plaintiffs**

BALLARD SPAHR ANDREWS &
　INGERSOLL, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ  08043

_____
Jeffrey L. Pettit
**Counsel for Ashland Inc. and on behalf
of All Defendants**
PHELAN, PETTIT & BIEDRZYCKI
121 SOUTH BROAD STREET
Suite 1600
Philadelphia, PA  19107

IT IS SO ORDERED.

_____
Legrome D. Davis, Judge