UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC.,
CYTEC INDUSTRIES, INC.,
FORD MOTOR COMPANY,
SPS TECHNOLOGIES, LLC and
TI GROUP AUTOMOTIVE SYSTEMS LLC,

          Plaintiffs

    v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

          Defendants

Civil Action No. 02-cv-3830

## DISCLOSURE STATEMENT FORM

Please check one box:

☒   The nongovernmental corporate party, <u>Ashland Inc., formerly designated by Plaintiffs as Ashland Chemical Company</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____    _____
    Date                Signature

                     Counsel for: Ashland Inc., formerly designated by Plaintiffs as Ashland Chemical Company

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
  (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
      (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
      (2) promptly file a supplemental statement upon any change in the information that the statement requires.