IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## DECLARATION OF GLENN A. HARRIS, ESQUIRE

**I, GLENN A. HARRIS**, of legal age make this declaration pursuant to the provisions of 28 U.S.C. § 1746.

1.  I am a partner with the law firm of Ballard Spahr Andrews & Ingersoll, LLP and am fully familiar with the facts set forth herein.

2.  Attached hereto as Exhibit **A** are true and correct copies of documents sent to Handy & Harman by the United States Environmental Protection Agency ("EPA") or sent by Handy & Harman to EPA.

3.  Attached hereto as Exhibit **B** are true and correct copies of the expert reports of Jay Vandeven.

4.  Attached hereto as Exhibit **C** are true and correct copies of the July 30, 1993 EPA De Minimis Guidance.

5.  Attached hereto as Exhibit **D** are true and correct copies of the July 30, 1997 EPA De Micromis Guidance.

9

DMEAST #9877808 v1

10

6.  Attached hereto as Exhibit **E** are true and correct copies of the June 3, 1996 EPA Revised De Micromis Guidance.

I declare under penalty of perjury that the foregoing is true and correct.

_____
GLENN A. HARRIS

Executed On: September 21, 2007