# Exhibit A

JUL-29-2004 16:27   CT CORPORATION   P.02/02

# ARTICLES OF DISSOLUTION



*Effective Date 7/31/04*

*Pursuant to section 607.1403, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:*

FIRST:   The name of the corporation is: Smiths Group North America, Inc.

SECOND:   The date dissolution was authorized: July 29, 2004

THIRD:   Adoption of Dissolution   (CHECK ONE)

☒ Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

☐ Dissolution was approved by vote of the shareholders through voting groups.

*The following statement must be separately provided for each voting group entitled to vote separately on the plan to dissolve:*

The number of votes cast for dissolution was sufficient for approval by

_____ (voting group)

FOURTH:   This dissolution shall be effective as of 12:01am on July 31, 2004.

Signed this   29th   day of July   , 2004 .

Signature _____
(By the Chairman or Vice Chairman of the Board, President, or other officer)

Walter E. Orme
(Typed or printed name)

Assistant Secretary
(Title)

FILED
04 JUL 29 PM 5:31
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FL01J - 12/12/02 CT Systems Online

TOTAL P.02