**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Agere Systems, Inc., et al. | : | Civil Action No:    02-cv-3830 |
| | : | |
| V. | : | |
| | : | |
| Advanced Environmental Technology Corporation, et al. | : | |

**DISCLOSURE STATEMENT FORM**

Please check one box:

X    The nongovernmental corporate party, <u>NRM Investment Company</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Date: 09/25/2007        Signature:        */s/ Edward Fackenthal*
                                          Signature Code: EF 3176

                        Counsel for:      NRM Investment Company

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:
            (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
            (2)    promptly file a supplemental statement upon any change in the information that the statement requires.