## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS, LLC, | : :<br>: :<br>: :<br>: : |
| Plaintiffs, | : |
| v. | : : |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : : : |
| Defendants. | : : |

Civil Action No. 02-CV-3830 (LDD)

### DISCLOSURE STATEMENT FORM

Plaintiffs, Agere Systems, Inc., Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC and TI Group Automotive Systems, LLC, by their undersigned counsel, hereby submit this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a), and state as follows:

1.    Agere Systems, Inc. is wholly owned by LSI Corporation, which is a publicly held corporation.

2.    Cytec Industries, Inc. has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

3.    Ford Motor Company has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

4.    SPS Technologies, LLC is wholly owned by Precision Castparts Corp, which is a publicly held corporation.

5.    TI Group Automotive Systems, LLC is wholly owned by TI Automotive

LLC, which in turn is ultimately wholly owned by TI Automotive Ltd, a private limited UK

company.  There is no publicly held corporation which owns more than 10% of the shares of TI

Group Automotive Systems LLC, TI Automotive LLC or TI Automotive Ltd.

Respectfully submitted,

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By:_____

Glenn A. Harris, Esquire
Amy M. Trojecki, Esquire
Main Street, Plaza 1000, Suite 500
Voorhees, New Jersey  08043

Attorneys for Plaintiffs

Dated:  October 1, 2007

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC
INDUSTRIES INC., FORD MOTOR
COMPANY, SPS TECHNOLOGIES, LLC
and TI GROUP AUTOMOTIVE SYSTEMS
LLC,

               Plaintiffs,

    v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

               Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 02-CV-3830 (LDD)

## CERTIFICATE OF SERVICE

       I, DAWN M. NEUKIRCH, hereby certify that on this date, I caused one copy of

Plaintiffs' Disclosure Statement Form to be served via electronic submission upon the following:

### ALL DEFENDANTS ON ATTACHED SERVICE LIST

       I hereby certify that the foregoing statements made by me are true.  I am aware

that if any of the foregoing statements made by me are willfully false, I am subject to

punishment.

_____
DAWN M. NEUKIRCH

Dated:  October 1, 2007

## SERVICE LIST

Laurie J. Sands, Esquire
Wolff & Samson, PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey  07052
Phone:  973-530-2098
Fax:  973-530-2298
e-mail:  lsands@wolffsamson.com

*-and-*

Robert M. Morris, Esquire
Morris & Adelman, P.C.
1920 Chestnut Street
P.O. Box 30477
Philadelphia, PA  19103
Phone:  215-568-5621
Fax:  215-568-3253
e-mail:  rmmorris@morrisadelman.com
*Advanced Environmental Technology Corp.*

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068-1739
Phone:  973-994-1700
Fax:  973-994-1744
e-mail:  mflax@carellabyrne.com
*Handy & Harman Tube Company*

Lynn Wright, Esquire
Edwards Angell Palmer & Dodge, LLP
750 Lexington Avenue
New York, New York  10022-1200
Phone:  212-308-4411
Fax:  212-308-4844
e-mail:  lwright@ealaw.com
*Carpenter Technology Corporation*

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396
Phone:  215-979-1000
Fax:  215-979-1020
e-mail:  scooley@duanemorris.com
*Flexible Circuits & Etched Circuits*

*-and-*

A. Nicole Friant, Esquire
Duane Morris LLP
One Liberty Place
Suite 4200
Philadelphia, PA  19103-7396
Phone:  215-979-1818
Fax:  215-979-1020
e-mail:  anfriant@duanemorris.com

Edward Fackenthal, Esquire
Law Office of Edward Fackenthal
One Montgomery Plaza
Suite 209
Norristown, PA  19401
Phone: (610) 279-3370
Fax:  (610) 279-0696
*NRM Investment Co.*
e-mail:  edwardfackenthal@cs.com

Richard C. Biedrzycki, Esquire
Phelan, Pettit & Biedrzycki
The North American Building
Suite 1600
121 South Broad Street
Philadelphia, PA  19107
Phone:  215-546-0500
Fax:  215-546-9444
e-mail:  rbiedrzycki@pp-b.com
*Ashland, Inc.*