IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

And now, this 29th day of October, 2007, it is hereby ordered that defendant Handy & Harmon's Motion to Strike Portions of Plaintiffs' Opposition to its Motion for Summary Judgment (Doc. No. 250) is denied as moot.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.