APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Agere Systems, Inc., et al.        :
                                    :
            V.                      :      Civil Action
Advanced Environmental              :      No: 02-cv-3830
Technology Corporation, et al.      :

DISCLOSURE STATEMENT FORM

Please check one box:

[X]   The nongovernmental corporate party, Advanced Environmental Technology Corporation, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

10/30/07                             /s/ Laurie J. Sands
  Date                                   Signature

                    Counsel for: Advanced Environmental Technology Corporation

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2) promptly file a supplemental statement upon any change in the information that the statement requires.