IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | NO. 02-3830 |
| Defendants. | : | |

FILED
OCT 30 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

And now, this 30th day of October, 2007, it is hereby ordered as follows:

1. All dispositive motions shall be filed on or before Friday, December 21, 2007.

2. All responses to dispositive motions shall be filed on or before Monday, January 21, 2008.

BY THE COURT:

Legrome D. Davis, J.