**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AGERE SYSTEMS INC., et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| CARPENTER TECHNOLOGY | : |
| CORPORATION, et al. | :   CV – 02-3830 |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

**To the Clerk of Court:**

Kindly enter the appearances of Christopher R. Booth, Jr., Esquire and Yvonne

Barnes Montgomery, Esquire as counsel on behalf of Defendant Carpenter Technology

Corporation in the above-captioned matter.


BOOTH & TUCKER, LLP


Dated: November 9, 2007          /s/CRB2896, /s/YBM5502_____
                       By:   Christopher R. Booth, Jr., Esquire
                             Attorney I.D. No. 59395
                             Yvonne Barnes Montgomery, Esquire
                             Attorney I.D. No. 70962
                             One Penn Center at Suburban Station
                             1617 JFK Blvd., Suite 1700
                             Philadelphia, PA 19103
                             (215) 875-0609