IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS INC., ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, ET AL. | : | NO. 2:02-cv-03830-LDD |

O R D E R

AND NOW, this 29th day of November 2007, this case shall be transferred from Civil Suspense to the active docket.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis