IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

And now, this 3rd day of December, 2007, it is hereby ordered as follows:

1. All dispositive motions shall be filed on or before Monday, January 21, 2008.

2. All responses to dispositive motions shall be filed on or before Wednesday, February 20, 2008.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.