IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS INC., et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| CARPENTER TECHNOLOGY CORPORATION, et al. | : | CV – 02-3830 |
| Defendants. | : | |

## ENTRY OF APPEARANCE

**To the Clerk of Court:**

Kindly enter the appearance of Yvonne Barnes Montgomery, Esquire as counsel on behalf of Defendant Carpenter Technology Corporation in the above-captioned matter.

BOOTH & TUCKER, LLP

Dated: December 10, 2007             /s/YBM5502
                                 By:  Yvonne Barnes Montgomery, Esquire
                                      Attorney I.D. No. 70962
                                      One Penn Center at Suburban Station
                                      1617 JFK Blvd., Suite 1700
                                      Philadelphia, PA 19103
                                      (215) 875-0609