IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# ___02-3830___

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____John A. McKinney, Jr._____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number ___1677___, for the $40.00 admission fee.

A.  *I state that I am currently admitted to practice in the following state jurisdictions:*

| New Jersey | 1973 | 005071973 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  *I state that I am currently admitted to practice in the following federal jurisdictions:*

| USDC - NJ | 12/20/73 | 005071973 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Third Circuit | 05/22/07 | 005071973 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    Defendant, Advanced Environmental Technology Corporation

(Applicant's Signature)

12/6/07
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wolff & Samson PC, The Offices At Crystal Lake,
One Boland Drive, West Orange, NJ  07052, 973-530-2036

Sworn and subscribed before me this
6th Day of December 2007

Notary Public **MELISSA WILD**
**A Notary Public of New Jersey**
**My Commission Expires 11/22/2011**

10/04