IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al. | : CIVIL ACTION |
| v. | : NO. 02-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al. | : |

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of the application of <u>John A. McKinney, Jr., Esquire</u>, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court, was mailed today with postage prepaid to:

Counsel for Boarhead Farm Agreement Group
Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636

Attorney for NRM Investment Company
Edward Fackenthal, Esquire
Law Offices of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401

Counsel for Ashland Chemical Company
Richard C. Biedrzycki, Esquire
David M. Doto, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600, The North American Bldg.
121 South Broad Street
Philadelphia, PA 19107

Counsel for Carpenter Technology Corp.
Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022

Counsel for Flexible Circuits
Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA 19103-7396

Counsel for Handy & Haman Tube Co.
Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
  Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739

PHLDMS1 3805454v.1

<u>Counsel for Merit Metals Products Corp.</u>
Stephen P. Chawaga, Esquire
Monteverde, McAlee & Hurd
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA  19103-1815

<u>Attorney for Rahns Specialty Metals, Inc.</u>
Techalloy Co., Inc. and Thomas Betts Corp.
Andrew P. Foster, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA  19103

*/s/ Robert T. Carlton, Jr.*

<u>Advanced Environmental Technology Corporation</u>
*Name of Moving Party*

<u>December 14, 2007</u>
*Date*

PHLDMS1 3805454v.1