IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al. | CIVIL ACTION |
| v. | NO. 02-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al. | |

**ORDER**

AND NOW, this _____ day of _____, 200___, it is hereby

ORDERED that the application of John A. McKinney, Jr., Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☐   GRANTED

☐   DENIED

_____ J.

PHLDMS1 3805155v.1