IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

ORDER

AND NOW, this 19th day of December, 2007, upon consideration of the Motion for Admission *Pro Hac Vice* of John A. McKinney, Esquire, (Doc. No. 277) it is ORDERED that the Motion is GRANTED**,** and that John A. McKinney is admitted *pro hac vice* for the purpose of representing Defendant Advanced Environmental Technology Corporation.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J