IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

And now, this 17th day of January, 2008, it is hereby ordered as follows:

1. Defendants are directed to answer, plead or otherwise move in response to Plaintiffs' Fifth Amended Complaint by Thursday, January 31, 2008.

2. A deadline for dispositive motions will be set at a future date.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.