IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 02-cv-3830 (LDD) |

**HANDY & HARMAN TUBE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Handy & Harman Tube Company, Inc. states that it is a wholly-owned subsidiary of Handy & Harman, which is a wholly-owned subsidiary of WHX Corporation, a Delaware Corporation. There is no publicly-held affiliate that owns 10% or more of Handy & Harman Tube Company, Inc.

Respectfully submitted,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

Dated: January 31, 2008

By: _____ MF1386
John M. Agnello
Melissa E. Flax
5 Becker Farm Rd.
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

*Counsel for Plaintiffs*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that, on January 31, 2008, a true and correct copy of the foregoing Handy & Harman Tube Company's Rule 7.1 Disclosure Statement was served by email and first class mail, postage prepaid, upon each of the parties set forth in the attached Service List.

Date: January 31, 2008

_____ MF1386
MELISSA E. FLAX
CARELLA, BYRNE, BAIN, GILFILLAN
  CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
Tel. No.: (973) 994-1700
Fax. No.: (973) 994-1744
Attorneys for Defendant
Handy & Harman Tube Company, Inc.

## **SERVICE LIST**

*Boarhead Farm Agreement Group v. AETC, et al.*
*Civil Action No. 02-cv-3830 (LDD)*

COUNSEL FOR PLAINTIFFS:

*Agere Systems, Inc., Cytec Industries Inc., Ford Motor Company, SPS Technologies, LLC and TI Automotive Systems LLC*

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
E-mail: harris@ballardspahr.com

Monique M. Mooney, Esq.
Ballard, Spahr, Andrews & Ingersoll
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
E-mail: mooney@ballardspahr.com

COUNSEL FOR DEFENDANTS:

*Advanced Environmental Technology Corp.*
Laurie Sands, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Email: tsabino@wolffsamson.com

*Ashland, Inc.*
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
The North American Building
121 South Broad Street, Suite 1600
Philadelphia, Pennsylvania 19107
Email: rbiedrzycki@pp-b.com

*Carpenter Technology Corporation*
Lynn Wright, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Email: lwright@ealaw.com

Christopher R. Booth, Jr
Booth and Tucker
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 1700
Philadelphia, Pennsylvania 19103
Email: cbooth@boothtucker.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*
Seth v.d.H. Cooley, Esq.
Duane Morris
30 South 17th Street
Philadelphia, Pennsylvania 19103-7396
Email: scooley@duanemorris.com

*NRM Investment Co.*
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
Email: edwardfackenthal@cs.com