IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., et al., :
:
        Plaintiff, : Civil Action No. 02-CV-3830
:
v. :
:
ADVANCED ENVIRONMENTAL :
TECHNOLOGY CORPORATION, et al. :
:
        Defendants. :

**MOTION OF DEFENDANTS FOR PARTIAL SUMMARY JUDGMENT
AS TO PLAINTIFFS' CLAIM FOR CONTRIBUTION TOWARD CERTAIN
<u>USEPA PAST COSTS</u>**

For the reasons set forth in the accompanying Memorandum of Law, Declaration of Counsel and attached Exhibits, Defendants Advanced Environmental Technology Corporation, Ashland, Inc., Carpenter Technology Corporation, fcg, inc. (a/k/a Flexible Circuits, Inc.), Handy & Harman Tube Company, Inc., and NRM Investment Company move, pursuant to Fed. R. Civ. P. 56, for entry of partial summary judgment in their favor and against Plaintiffs.

Dated: February 22, 2008

                                  Respectfully submitted,

                                  DUANE MORRIS LLP

By: _____
     Seth v.d.H. Cooley – PA 41801
     Duane Morris LLP
     30 South 17th Street
     Philadelphia, PA 19103-4196

     Attorneys for Defendant
     fcg, inc.