**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AGERE SYSTEMS, INC., et al.,                     :
                                                 :
                        Plaintiff,               :        Civil Action No. 02-CV-3830
            v.                                   :
                                                 :
ADVANCED ENVIRONMENTAL                           :
TECHNOLOGY CORPORATION, et al.                   :
                                                 :
                        Defendants.              :

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of

Defendants' Motion for Partial Summary Judgment and accompanying Memorandum of Law,

Declaration and Exhibits, and any opposition thereto, it is hereby ORDERED that Defendants'

Motion for Partial Summary Judgment is GRANTED, and judgment is entered in favor of

Defendants and against Plaintiffs on Plaintiffs' claims for contribution toward payments made by

or on behalf of Plaintiffs to the United States Environmental Protection Agency ("USEPA") in

reimbursement of USEPA's "Past Response Costs" (as defined in the Consent Decree entered on

March 14, 2002 by this Court in United States v. Cytec Industries Inc., No. 01-CV-6109)

incurred in connection with the 1992 and 1993 removal actions performed by USEPA at the

Boarhead Farms Superfund Site.


                                          _____
                                          Legrome D. Davis, J.