WOLFF & SAMSON PC
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
Attorneys for Defendant, Advanced Environmental Technology Corp. (TS-6491)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br>**DECLARATION OF LAURIE J. SANDS IN SUPPORT OF DEFENDANT AETC'S MOTION FOR AN ORDER GRANTING SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, DISMISSING COUNT SIX OF ASHLAND'S CROSS-CLAIM FOR FAILURE TO PLEAD WITH PARTICULARITY** |

LAURIE J. SANDS, pursuant to 28 U.S.C. 1746 hereby declares as follows:

1.      I am an attorney-at-law admitted to practice law before this Court <u>Pro Hac Vice</u> in connection with the above captioned matter and Counsel with the firm of Wolff & Samson, attorneys for Defendant Advanced Environmental Technology Corp. ("AETC") in the within matter.

2.      I submit this declaration in support of AETC's motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order granting summary judgment dismissing Counts One through Ten of Ashland, Inc.'s ("Ashland") cross-claim against AETC, or in the

1116774.1

alternative, pursuant to Rule 9(b) of the Federal Rules of Civil Procedure, dismissing Count Six of Ashland's Cross-claim against AETC for failure to plead fraud with particularity.

    3.    Attached hereto as Exhibit A is a true and accurate copy of the initial Complaint in this action, which was filed on June 18, 2002 by the Boarhead Farms Agreement Group ("BFAG").

    4.    Attached hereto as Exhibit B is a true and accurate copy of Defendant Ashland, Inc.'s ("Ashland") answer to Plaintiff's Fifth Amended Complaint together with Cross-claims against AETC, which was filed on January 31, 2008.

    5.    Attached hereto as Exhibit C is a true and accurate copy of Case Management Order No. 5, previously entered in this matter on June 16, 2004.

    6.    Attached hereto as Exhibit D is a true and accurate copy of the letter, dated December 22, 1999, from Pamela R. Esterman, Esq. to Bruce Rosen, Esq., regarding cleanup at the Boarhead Farms site.

    7.    Attached hereto as Exhibit E is a true and accurate copy of the unsigned agreement that Ashland attached to its answer and cross-claims against AETC.

    8.    Attached hereto as Exhibit F is a true and accurate copy of a letter, dated September 28, 1976 from John Leuzarder to Arthur Curley, Plant Manager of Ashland.

    9.    Attached hereto as Exhibit G is a true and accurate copy of excerpts from the transcript of the deposition of John P. Leuzarder, Jr. taken on December 6, 2004 in this matter.

    10.    Attached hereto as Exhibit H is a true and accurate copy of a memorandum, dated September 20, 1976, and authored by Arthur Curley, wherein Mr. Curley summarizes a meeting that he had with Manfred Derewal.

11. Attached hereto as Exhibit I is a true and accurate copy of a memorandum, dated October 19, 1976, and authored by Arthur Curley, wherein Mr. Curley summarizes his visit to the DeRewal facility in Wissinoming where Ashland's acid wastes were to be disposed.

12. Attached hereto as Exhibit J is a true and accurate copy of excerpts from the transcript of the deposition of Arthur T. Curley, Jr. taken on December 9, 2004 in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2008

/s/ Laurie J. Sands
LAURIE J. SANDS, ESQ.
lsands@wolffsamson.com