**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

the property described below in apparent good order except as noted (contents and condition of contents of packages unknown) marked consigned and destined as indicated below which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination if on its route otherwise to deliver to another carrier on the route to said destination it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof it this is a rail or a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| | |
|---|---|
| NAME OF CARRIER | CARRIER'S NO |

**ASHLAND CHEMICAL COMPANY**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | DELIVERING CARRIER | | | | ORDER NO |
| SHIPPED BY: | | | | | | |
| ROUTE | CAR NO | | SHIP FROM (CITY & STATE) | | OCO | DATE OF ORDER |
| ADVANCED ENVIROTECH CO. | | | 210 GT MEADOWS N.J. | | | |
| CUSTOMER ORDER & REQ. NO. | F O B FREIGHT PPD COLL | SHIP COLL PC'L LTL 2 | DATE SHIPPED 8/9/76 | | | REQUESTED SHIP DATE |

| | |
|---|---|
| 1CE 3-SHIPPING POINT 2-DESTINATION 4-PRODUCING PLANT 5-SEE EXPLANATION BELOW | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor the consignor shall sign the following statement |
| CONSIGNED TO | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges |
| ADVANCED ENVIROTECH COMPANY P.O. BOX 152 MILLTOWN NEW JERSEY 08850 | |
| | -Signature of Consignor- |

Received $ _____ to apply in prepayment of the charges on the property described hereon

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid)

Charges to be prepaid write or stamp here To be Prepaid

**COLLECT**

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE | |
|---|---|---|---|---|---|---|---|
| | | A Tank Truck Containing Spent Mixed Acid FromsGEN | | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | | |
| | | APPROX 2,850 Gallons  APPROX 44,000 lbs | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

| DRUMS RETURNED | I C C | | REG |
|---|---|---|---|

*If the shipment moves between two ports by a carrier by water the law requires that the bill of lading shall state whether it is carrier's or shipper's weight

NOTE—Where the rate is dependent on value shippers are required to state specifically in writing the agreed or declared value of the property

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS ___44,000#___ lbs

SUBJECT TO VERIFICATION BY SHIPPER AND WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO. SHIPPER

| | | |
|---|---|---|
| ASHLAND CHEMICAL COMPANY, Shipper | | Agent |
| Per _____ | Per ADVANCED ENVIROTECH COMPANY | |

Permanent postoffice address of shipper  P.O. BOX 2219, COLUMBUS, OHIO 43216

If any state consignment than the provisions hereof shall be subject to the laws of Texas & provisions not expressly restricted by such laws shall be applicable to this shipment

Shipper _____

This is to certify that the above-named articles are properly classified described packaged marked and labeled and are in proper

ASHL00005