IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY
CIVIL ACTION - LAW

COMMONWEALTH OF PENNSYLVANIA : NO. 76-9647

v. :

MANFRED DeREWAL :
BOARHEAD CORPORATION
DeREWAL CHEMICAL COMPANY : ATTORNEY NO. 01950

ORDER

AND NOW, this    day of    , 1976, upon consideration of the within Commonwealth's Petition for a Preliminary Injunction and Petition to Execute Order, it is ORDERED:

1. Defendants are prohibited from this date forward from bringing any tank truck, drum, or container of any kind whatsoever which contains any type of chemical or any type of substance in excess of quantities normally used for household purposes onto the property which is the subject of the Commonwealth's Petition for a Preliminary Injunction, from this date forward, until further Order of Court.

2. Any tank truck that is on the property which is the subject of the Commonwealth's Petition for a Preliminary Injunction must be empty and the drain valve left open from this date forward.

3. Any chemicals or substances which are presently being stored on the property which is the subject of the Commonwealth's Petition for a Preliminary Injunction are to be removed within seven (7) days from this date.

4. The defendants shall allow the Bridgeton Police and/or the Bucks County Department of Health personnel to inspect the property which is the subject of the Commonwealth's Petition for a Preliminary Injunction and/or vehicles on the said property at the discretion of said personnel until further Order of Court.

BY THE COURT:

_____ J.

IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY
CIVIL ACTION - LAW

COMMONWEALTH OF PENNSYLVANIA : NO. 76-9647

    v. :

MANFRED DeREWAL
BOARHEAD CORPORATION
DeREWAL CHEMICAL COMPANY : ATTORNEY NO. 01950

### PETITION TO EXECUTE ORDER

AND NOW, this         day of                , 1976, the defendants, Manfred DeRewal; Boarhead Corporation; and DeRewal Chemical Corporation; and the Commonwealth respectfully request the Honorable William Hart Rufe III to execute the Order attached in lieu of holding a hearing for a Preliminary Injunction which is scheduled before the Honorable Court on October 18, 1976 at 1:30 p.m.

_____
Manfred DeRewal

_____
Boarhead Corporation
By Manfred DeRewal
By Linda Cochran, President

_____
DeRewal Chemical Corporation
By Manfred DeRewal, President

_____
Jonathan D. Dunn, Esquire
Attorney for Defendants

_____
Kenneth G. Biehn, Esquire
District Attorney