


# CITY OF PHILADELPHIA

CARMEN F. GUARINO  
COMMISSIONER

WATER DEPARTMENT  
1180 MUNICIPAL SERVICES BUILDING  
PHILADELPHIA, PA. 19107

July 5, 1978

Mr. Manfred Derewal  
P. O. Box 58  
Revere, Pennsylvania  18953

Dear Mr. Derewal:

The Department of Revenue has been requested to prepare special sewer and surcharge bills to be issued to Environmental Chemical Control, Inc., Linda Cochran, Derewal Chemical Co., and Manfred Derewal for the wastes discharged into the City sewer at the Wissinoming Industrial Park in Philadelphia. These bills will follow shortly.

The sewer surcharge is based upon a charge of $0.023 per pound of suspended solids and/or five-day biochemical oxygen demand above 400 and 350 mg/l respectively. Enclosed is a copy of Sewer Regulation No. 8.

The surcharge was calculated for the lime neutralization of 431,871 gallons of concentrated nitrating acids (August 2, 1976 to May 24, 1977) which were approximately 83 to 85 percent sulfuric. For each pound of sulfuric acid neutralized approximately 1.39 pounds of calcium sulfate are generated. In the calculations no charge was made for the excess lime used or for any inert solids contained in the lime. The exclusion of the excess lime more than makes up for the slight solubility of calcium sulfate; the 400 mg/l allowance; any neutralizing value of the dilute alkaline wastes which would most likely have been offset by the dilute acid wastes in any event; and also allows credit for several truckloads which may have been discharged without neutralization. A figure of 11,500 pounds of sulfuric acid per 1000 gallons of concentrated acid wastes was used in the surcharge calculations.

PHKS003404



EXHIBIT # D-18 2  
DATE 5 15 03  
MASTROIANNI & FORMAROLI, INC.  
CERTIFIED SHORTHAND REPORTERS

BH  000 5449

Mr. Manfred Derewal
Page 2
July 5, 1978



Thus, the surcharge bill ($158,779.53) is based upon $0.023 per pound for 6,903,458 pounds of calcium sulfate discharged (11,500 lbs. of sulfuric per 1000 gallons of concentrated acid X 431.871 thousand gallons of concentrated acid X 1.39 lbs. of calcium sulfate per pound of sulfuric acid neutralized).

The volume charge was calculated on the basis of the excess sewer rate for a 4-inch water meter (the largest serving the Wissinoming Industrial Park). The charge is based upon the volume of wastes discharged to the sewer due to the tank truck operation and thus not recorded by the water meters. The volume used to calculate this bill (approximately $500.00) was 2,013,820 gallons.

Attached is a summary of the volumes upon which the billing was based. Except for the lime slurry which was calculated, the volumes are based upon invoices.

If you have questions concerning this billing, please call me at MU6-3869 to arrange a meeting.

Very truly yours,

THOMAS J. KULESZA, CHIEF
INDUSTRIAL WASTE UNIT
WATER POLLUTION CONTROL DIVISION

TJK:trv

Enclosure

PHKS003405

BH 000 545

## Calculation of Volumes Discharged into City Sewer System (Aug., 1976 to Mar. 24, 1978)

### Dilute Waste Acids or Alkaline.

| Source | Volume |
|---|---|
| Plymouth Tube | 12,000 gals dilute waste acid |
| Haven Chemical | 5,000 gals. dilute alkaline wastes |
| Chem Fab | 18,000 gals. dilute waste acid |
| American Cyanamid | 123,000 gals. dilute alkaline wastes |
| Sandoz | 36,000 gals. dilute alkaline wastes |
| Air Prods&Chem. | 9,000 gals. dilute alkaline wastes |
| Etched Circuits | 3,015 gals. dilute waste acid |
| Flexible Circuits | 5,000 gals. dilute waste acid |
| Ashland Chemical | 99,800 gals, dilute pHthalic acid |
| Sub-Total | 310,805 gals. |

### Concentrated Acids or Alkalines.

| Source | Volume |
|---|---|
| Ciba-Geigy | 42,000 gals. conc. sulfuric |
| Ashland | 181,000 gals, conc. sulfuric |
| Drake Chemicals | 12,806 gals. conc. sulfuric |
| Bostik So. | 37,665 gals. conc. sulfuric |
| Diaz Chemical | 158,400 gals. conc. sulfuric |
| Sub-Total | 431,871 gals. |

### Wastewaters for Lime Slurry Make-Up.

| Source | Volume |
|---|---|
| Ashland Chem. | 123,200 gals. dye wastes |
| Ashland Chem. | 69,500 gals. CDN washwater |
| Sub-Total | 192,700 gals. |

### Volume of Lime Slurry Trucked.

$$\frac{11{,}500 \text{ lbs. } H_2SO_4}{1000 \text{ gals. of conc. acid}} \times \frac{431{,}871 \text{ gals.}}{\text{time period}} = 4{,}966{,}517 \text{ \#}H_2SO_4$$

$$\frac{.76 \text{ lb. } (CaOH_2)}{\text{lb. } (H_2SO_4)} \times \frac{4{,}966{,}517 \text{ \#}H_2SO_4}{\text{time period}} = 3{,}774{,}553 \text{ \#}CaOH_2$$

$$\frac{3{,}774{,}553 \text{ \#}CaOH_2}{3.5 \text{ \#}CaOH_2 * / \text{gal. of slurry}} = 1{,}078{,}444 \text{ gals. } H_2O$$

PHKS003406

\* internal communication ESB Incorporated re: lime slurry from ChemLine and Hy-Cal.

BH 000 54

Total Volume subject to sewer charges = 2,013820 gals.

Total volume subject to sewer surcharges = 431,871 gals.

PHKS003407

BH 000 5452