J. Minott
K. Schumacher
V. Starkey
H. Sullivan

ADVANCED ENVIRONMENTAL TECHNOLOGY, INC.
THE ENVIROTECH COMPANY

P.O. Box 152 • Milltown, New Jersey 08850 • (201) 238-0020

016084

August 3, 1976

Mr. Art Curley
Plant Manager
Ashland Chemical Co.
Alphano Road
Great Meadows, New Jersey 07838

Dear Art,

"Enviro-tech" is pleased to provide pricing on your various waste streams as described. We and the firms we represent offer the following (fully state approved) services:
A) Waste destruction - Thermal Oxidation
B) BTU Recovery - Solvent-fuel program
C) Waste processing- acid neutralization, Industrial waste water treatment etc.
D) Declamation - metals etc.
E) Resale of materials.

"Enviro-tech's" licensed haulers certifications are - Public Utility Commission - 7011R-61, and D.E.P. - N.J.B.S.W.M. 02456003. We have attached a certificate of insurance (1.3 million dollar umbrella coverage) for your files.
All materials handled by "Enviro-tech" will be processed or destroyed at approved sites under their individual permit numbers. Materials for BTU recovery, reclamation or resale are not required to conform to Chapter 8 requirements and we will be happy to discuss these facilities with you. <u>Please note</u> that all following prices must be confirmed after one trial load of each stream.

<u>Bulk Streams</u>
A) <u>Mixed acid</u> -CDN (Code number AC-MA-1) Concentrated containing 83% $H_2SO_4$, 3.5% $HNO_3$, 10% $H_2O$ with organics including 1-2% CMB.
  <u>Price</u>: 47¢/gallon x 2850 gal = $1339.50 per load.
B) <u>Water layer</u> - CDN (Code AC-WL-2) Aqueous stream containing phosphates, organics etc., C.O.D. - 17,983 --- 5000 gal. per load.
  <u>Price</u>:
  a) Aqueous treatment at Modern Transportation, South Kearny - 19.5¢/gal. x 5000 gal = $975.00/load.
  b) As lime slurry - make up water at Environmental Control, Philadelphia, Pa. - 9.5¢/gal. x 5000 gal.= $475.00/load.
C) <u>Dye Mother Liquors</u> (Code AC-ML-3) Aqueous containing miscellaneous polymers, salts, acetates, sulfates, amines etc. (P-154, P-153, DNTA, 4 NITRO ML, NPD, NDAPA, P-109)
  <u>Price</u>:
  a) Aqueous treatment - Modern; 17¢/gal. x 5000 gal. = $850.00/load.
  b) As lime slurry make-up - E.C.C.; 9.5¢/gal. x 5000 gal.= $475.00/load.

EXHIBIT
Curley-1
12-9-04

ASHL00002

016085

## THE ENVIROTECH COMPANY
P.O. Box 152 • Milltown, New Jersey 08850 • (201) 238-0020

D) Solvent Wastes - (Code AC-SW-4) including ammonium benzoate M.L. (93% methanol, 7% ammonium benzoate) etc. - 5500 - 6000 gal. per load.
  Price: 10¢/gal. x 5500 gal. = $550.00/load.
E) Phthalide acid layer (Code AC-PA-5), 1.5% $H_2SO_4$, 32% $Na_2SO_4$, approximately 4000 gallons per load.
  Price: 17.5¢/gal. x 4000 gal. = $700.00/load.
F) Aluminum Chloride - Dipan water layer (Code AC-AC-6) 14% $ALCL_3$, 1% HCL, 3% $ALSO_4$, 10% Polymer and water - 9.4 lbs./gallon.
  Price: To be quoted upon request.

Drum Wastes (80 drum load requested where possible)
A) Phthalide acid (Code AC-PA-5D)      $25.00/drum
B) Drummed liquids (pourable) including:
   1) solvents (Code AC-S-7D)       $9.00/drum
   2) Dye Mother Liquors (AC-ML-3D) $9.00/drum
C) Drummed solvents pumped with vacuum truck. Require 45 drums for pumping. Ashland to assist driver in removing bungs etc. (drums to remain property of Ashland) $7.00/drum
D) Drummed solids and non-pourable semi-solids including:
   1) Diphynlacetonitrile - Tar (non-flammable)
      (Code - AC-DT-8D)             $14.50/drum
   2) Toluene residues - Tar (Code AC-TR-9D)
                                    $14.50/drum

E) Miscellaneous materials in drums including:
   1) Phenolic resins
   2) CDN - acid
   3) Zink oxide
   4) Other toxic, alkaline or acids etc. to be quoted upon request.

We are prepared to begin servicing Ashland upon notice to proceed.
  I am "on call" to assist as necessary.

Sincerely,

John Leuzar

ASHL00003