```
                                                              1


  1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF PENNSYLVANIA
  2
     _____ CIVIL ACTION NO.
  3                                  02-CV-3830
     BOARHEAD FARM AGREEMENT    Judge Legrome D. Davis
  4  GROUP,
                Plaintiff,      Oral Deposition of:
  5
           vs.                  Arthur T. Curley, Jr.
  6
     ADVANCED ENVIRONMENTAL TECHNOLOGY
  7  CORPORATION; ASHLAND CHEMICAL
     COMPANY; BOARHEAD CORPORATION;
  8  CARPENTER TECHNOLOGY CORPORATION;
     CROWN METRO, INC.; DIAZ CHEMICAL
  9  CORPORATION; EMHART INDUSTRIES,
     INC.; ETCHED CIRCUITS, INC.; FCG,
 10  INC.; GLOBE DISPOSAL COMPANY, INC.;
     GLOBE-WASTECH, INC.; HANDY & HARMAN
 11  TUBE COMPANY, INC.; KNOLL, INC.;
     MERIT METAL PRODUCTS CORPORATION;
 12  NOVARTIS CORPORATION; NRM INVESTMENT
     COMPANY; PLYMOUTH TUBE COMPANY;
 13  QUIKLINE DESIGN AND MANUFACTURING
     COMPANY; RAHNS SPECIALTY METALS,
 14  INC.; ROHM & HAAS COMPANY, SIMON
     WRECKING COMPANY, INC.; TECHALLOY
 15  COMPANY, INC.; THOMAS & BETTS
     CORPORATION; UNISYS CORPORATION;
 16  UNITED STATES OF AMERICA
     DEPARTMENT OF NAVY,
 17             Defendants.
     _____
 18
                   *   *   *   *   *
 19          Thursday, December 9, 2004
                   *   *   *   *   *
 20
            Transcript in the above matter taken at
 21  the offices of Ballard, Spahr Andrews & Ingersoll,
     LLP, Plaza 1000, Main Street, Suite 500, Voorhees,
 22  New Jersey, commencing at 10:00 a.m.

 23      Certified Shorthand Reporting Services
                  Arranged Through
 24          Mastroianni & Formaroli, Inc.
                709 White Horse Pike
 25           Audubon, New Jersey 08106
                  (856) 546-1100
```

53

```
 1         A.      I don't know, I don't know.
 2         Q.      Would Mr. Cellari know that?
 3         A.      Possibly, yes.
 4         Q.      Do you know the names of any people who
 5  actually performed the CDN manufacturing process, in
 6  1976 and '77?
 7                 MR. BIEDRZYCKI:  You mean like the
 8  kettle operators?
 9                 THE WITNESS:  Kettle operators?
10  BY MS. MOONEY:
11         Q.      That's what I mean.
12         A.      Off the top of my head, no.
13         Q.      Other than the aqueous layer and the
14  spent acid, were there any other wastes generated
15  from the CDN manufacturing process?
16         A.      I don't believe so, no.
17         Q.      How about for the dyes, what wastes were
18  generated in the manufacture of dyes in 1976 and 1977
19  at Great Meadows?
20         A.      Two basic waste streams from the dyes,
21  again you're talking about a myriad of processes,
22  some of the processes you would get a solvent, a
23  waste solvent, primarily isopropyl alcohol.  And also
24  you'd get an aqueous layer.
25         Q.      At what step in the dye manufacturing
```