**THIS MEMORANDUM** is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

| | | | | | | CARRIER'S NO | |
|---|---|---|---|---|---|---|---|
| NAME OF CARRIER | | | DELIVERING CARRIER | | | ORDER NO | |
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | | | | | |
| ROUTE | | CAR NO. | SHIP FROM (CITY & STATE) | | | OCO DATE OF ORDER | |
| | PICK-UP | | 210 ST. MEADOWS, NJ | | | | |
| CUSTOMER ORDER & REQ. NO. | | F O B | FREIGHT / SHIP CODE | DATE SHIPPED 10/12/7 | | REQUESTED SHIP DATE | |

FOB: 1-SHIPPING POINT  2-DESTINATION  4-PRODUCING PLANT  5-SEE EXPLANATION BELOW

CONSIGNED TO:
ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J. 08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 75 drs-1 Truck Load Of Waste Material-----FLAMMABLE MATERIAL | | | | |
| | | 64 Drums Isopropanol------Flammable Liquid | | | | |
| | | Alcohol N.O.S.  Flammable Liquid | | 28,800 | | |
| | | 15 Drums Methanol-----------Flammable Liquid | | | | |
| | | Methyl Alcohol   Flammable Liquid | | 6750 | | |
| | | FLAMMABLE LABELS REQUIRED | | | | |

DRUMS RETURNED    I.C.C.    REG.

CORRECT WEIGHT IS 35550 LBS.

ASHLAND CHEMICAL COMPANY, Shipper
Per _____  Per ADVANCED ENVIROTECH CO.

79

ASHL00097