```
IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE            :
```

- - -

Wednesday, February 26, 1997
Commencing at 9:55 a.m.

- - -

Holiday Inn
Suite 302
Ft. Washington, Pennsylvania 19034

- - -

NOTE:  THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W. HARLEY, REGISTERED PROFESSIONAL REPORTER.  COPIES ARE AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401
(610) 270-0811

BSAI036923

```
 1                    MANFRED F. DeREWAL, JR.
 2    Q     Looking at this invoice, could you tell us where
 3    this waste might have been disposed of?
 4    A     I would imagine if anyplace, I mean, it would
 5    have went to Philadelphia.
 6    Q     What makes you think it would have gone to
 7    Philadelphia?
 8    A     Because whenever I pulled out of Ashland, all of
 9    these other chemical companies, that's where we were
10    pulling to, the two locations in Philadelphia.
11    Q     Do you recall ever seeing any drummed wastes at
12    the Philadelphia facility?
13    A     Yes.
14    Q     Were you aware of that drummed waste ever
15    belonging to Ashland?
16    A     No, but I think they belonged to Advanced
17    Environmental Technology.  Where they got it I have no
18    idea.
19    Q     Do you recall ever seeing any Ashland drummed
20    wastes at the Boarhead property?
21    A     No.
22    BY MS. MARTIN-BANKS:
23    Q     Did you ever hear of a spill at the Boarhead
24    property involving Ashland?
25    A     No.  Cebi-Geigy.
```

BSAI036996