1

```
 1       UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
                          REGION III
 2                   841 CHESTNUT BUILDING
                 PHILADELPHIA, PA 19107-4431
 3       _____
 4       _____
 5
         IN REGARD TO THE MATTER OF:
 6
         BOARHEAD FARMS SUPERFUND SITE,
 7       BUCKS COUNTY, PENNSYLVANIA
 8
 9       _____
10              Wednesday, June 4, 1997
11            Oral sworn deposition of JOHN BARSUM, held
         at the National Hotel, 31 Race Street, Frenchtown,
12       New Jersey 08825 before Heather L. Ashton, Certified
         Shorthand Reporter and Notary Public of the State of
13       New Jersey, held on the above date, commencing at
         11:30 A.M., there being present:
14
         A P P E A R A N C E S    B Y:
15
            U.S. ENVIRONMENTAL PROTECTION AGENCY
16          BY:   SARAH KEATING, ESQUIRE
            841 Chestnut Building
17          Philadelphia, PA 19107
            Attorneys for the Government
18
19
20
21          ACCURATE COURT REPORTING SERVICES, INC.
                555 Blackwood-Clementon Road
22                   Post Office Box 9500
                 Clementon, New Jersey 08021
23             (609) 435-7300   FAX (609) 435-4599
                           -and-
24            20 South Tennessee Avenue, Suite 200
                Atlantic City, New Jersey 08401
25             (609) 340-0165   FAX (609) 340-0171
```

CONFIDENTIAL

COPY

ACCURATE COURT REPORTING SERVICES, INC.

BSAI034502

1  removed from Ashland Chemical Company to Advanced
2  Environmental Technology Corp. by DeRewal Chemical
3  Company.
4              (Exhibit 12, invoice number 1402
5  dated April 9, 1977, is marked for identification)
6  BY MS. KEATING:
7      Q.   In looking over both Exhibits, 11 and 12,
8  can you describe for us what those invoices mean?
9      A.   This is what he had picked up, for the
10 gallons that he picked up.
11     Q.   Right. Were those, were those loads of
12 waste disposed of at the Boarhead Farms property?.
13     A.   I have no -- I don't know nothing about
14 this Advanced Environmental. All I know is
15 Ashland. I never had a billing -- when I took -- it
16 came and went to Ashland Chemical because whatever
17 invoices I took for him to get reimbursed -- I don't
18 know anything about this Randolph.
19             MS. ESPOSITO: We have other invoices
20 that have Ashland on it and we didn't bring them
21 with us.
22             THE WITNESS: Well, that's what I
23 know.
24             MS. ESPOSITO: But did all of this
25 waste go to Philadelphia or did it ever go to

```
 1  Boarhead?
 2          THE WITNESS:  No, this went to
 3  Philly.  Anything out of Ashland went to
 4  Philadelphia.
 5          MS. ESPOSITO:  It never went to the
 6  Boarhead Farm site?
 7          THE WITNESS:  I never took it.
 8          MS. ESPOSITO:  Okay.
 9          MS. BANKS:  Was there ever a
10  situation where there was ever any kind of an
11  accident involving Ashland Chemical's waste, was
12  there a spill of any sort that you were aware of?.
13          THE WITNESS:  Yeah, a truck smacked
14  into the tank and it split the tank open.
15          MS. BANKS:  Where was that?
16          THE WITNESS:  Ashland, right at their
17  site.
18          MS. BANKS:  Right at the site
19  itself?
20          THE WITNESS:  Yeah.  One of the guys
21  backed in, I guess it was Cypecki.
22  BY MS. KEATING:
23      Q.  I'd like to move on to a company called
24  Diaz Chemical Corporation?
25      A.  It's out of Buffalo; is that right?  I
```