**In The Matter Of:**

*In the Matter of: Boarhead Farms Superfund*

*Jeffrey L. Shaak*
*June 25, 1997*

*Krauss, Katz & Ackerman, Inc.*
*Legal Support Services*
*1880 John F. Kennedy Blvd.*
*15th Floor*
*Philadelphia, PA  19103*
*(215) 988-9191    FAX: (215) 988-1821*

Original File js062597.v1, 115 Pages
Min-U-Script® File ID: 2813426886

**Word Index included with this Min-U-Script®**

BSAI035988

Page 81

[1] Washington, New Jersey. I'm pretty sure
[2] it was maybe in the valley or something.
[3] I think I might have gone over there with
[4] somebody.
[5]
[6] (Whereupon, Exhibit 10 was
[7] marked for identification.)
[8]
[9]         BY MS. KEATING:
[10]    Q: I'm going to introduce
[11] Exhibit Number 10, which is a DeRewal
[12] Chemical invoice number 1388 dated March
[13] 19, 1977 in the amount of $4,665.70 for
[14] waste removed from Ashland Chemical
[15] Company to Advanced Environmental
[16] Technology by DeRewal Chemical.
[17]    A: You got me lost. It could
[18] be. That's what it says. I never heard
[19] of that, Advanced.
[20]    Q: Do you recall any
[21] relationship between Manfred DeRewal and
[22] this Advanced Environmental Technology
[23] Corporation?
[24]    A: This is the first time I

Page 82

[1] ever heard of it. I don't know. I never
[2] even heard of this company.
[3]    Q: Where would this waste that
[4] is mentioned in this invoice number 1388,
[5] where would this waste have been disposed
[6] of?
[7]    A: I don't have no idea.
[8]
[9] (Whereupon, Exhibit 11 was
[10] marked for identification.)
[11]
[12]         BY MS. KEATING:
[13]    Q: I'll enter this Exhibit
[14] Number 11. It's a DeRewal Chemical
[15] invoice number 1402. It's dated April 9,
[16] 1977 in the amount of $1,602.44 for waste
[17] removed from Ashland Chemical to Advanced
[18] Environmental Technology by DeRewal
[19] Chemical Company.
[20]    Do you have any idea where
[21] that waste might have been disposed of?
[22]    A: No idea. I never even heard
[23] of these companies. This one anyhow.
[24] Apparently he used to truck for them. Do

Page 83

[1] all the trucking for the company, I
[2] guess. Like I said, he's just kept to
[3] himself. Just told us what to do, that's
[4] it. Some of these companies I heard of,
[5] but not this one.
[6]    Q: Mr. Shaak, we already
[7] mentioned a company called Diaz Chemical
[8] Corporation. You recalled making some
[9] runs for Diaz Chemical?
[10]    A: Diaz is where? Is that up
[11] at Buffalo?
[12]    Q: Yes.
[13]    A: Yes, I think I made one or
[14] two, I think.
[15]
[16] (Whereupon, Exhibit 12 was
[17] marked for identification.)
[18]
[19]         BY MS. KEATING:
[20]    Q: I'm going to introduce
[21] Exhibit Number 12. This exhibit is a
[22] little bit difficult to read.
[23]    A: I'll say.
[24]    Q: Exhibit Number 12 is a

Page 84

[1] purchase order dated May 11, 1977 to
[2] DeRewal Chemical for the disposal or
[3] recovery of nitrating acid. Do you
[4] recall DeRewal Chemical Company hauling
[5] loads of Diaz waste?
[6]    A: They did, yes.
[7]    Q: Do you recall what DeRewal
[8] Chemical Company did with these
[9] chemicals?
[10]    A: No, I do not.
[11]    Q: When you were driving the
[12] trucks from Diaz, where did you drive
[13] your truck?
[14]    A: I took them down to Philly.
[15]    Q: Were the chemicals left in
[16] Philadelphia?
[17]    A: As far as I know, yes. I
[18] imagine – like I said before, I thought
[19] he had a deal with Jonas that take them
[20] over to Jonas, Jonas gets rid of them.
[21] That's what I thought.
[22]    Q: So somebody would be waiting
[23] at the Philadelphia facility after you
[24] dropped your truck off to them?

BSAI036009