1

```
 1              UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2   _____
                                      CIVIL ACTION NO.
 3   BOARHEAD FARM AGREEMENT             02-CV-3830
     GROUP,                           Judge Legrome D. Davis
 4
          Plaintiff,                  ORAL DEPOSITION OF:
 5
        vs.                           MANFRED DeREWAL, JR.
 6
     ADVANCED ENVIRONMENTAL TECHNOLOGY
 7   CORPORATION; ASHLAND CHEMICAL
     COMPANY; BOARHEAD CORPORATION;
 8   CARPENTER TECHNOLOGY CORPORATION;
     CROWN METRO, INC.; DIAZ CHEMICAL
 9   CORPORATION; EMHART INDUSTRIES,
     INC.; ETCHED CIRCUITS, INC.; FCG,
10   INC.; GLOBE DISPOSAL COMPANY, INC.;
     GLOBE-WASTECH, INC.; HANDY & HARMAN
11   TUBE COMPANY, INC.; KNOLL, INC.;
     MERIT METAL PRODUCTS CORPORATION;
12   NOVARTIS CORPORATION; NRM INVESTMENT
     COMPANY; PLYMOUTH TUBE COMPANY;
13   QUIKLINE DESIGN AND MANUFACTURING
     COMPANY; RAHNS SPECIALTY METALS,
14   INC.; ROHM & HAAS COMPANY, SIMON
     WRECKING COMPANY, INC.; TECHALLOY
15   COMPANY, INC.; THOMAS & BETTS
     CORPORATION; UNISYS CORPORATION;
16   UNITED STATES OF AMERICA
     DEPARTMENT OF NAVY,
17
          Defendants.
18   _____

19             *   *   *   *   *
              Monday, May 12, 2003
20             *   *   *   *   *
          Transcript in the above matter taken at
21   the offices of Ballard, Spahr, Andrews & Ingersoll,
     LLP, 1735 Market Street, 42nd Floor, Philadelphia,
22   Pennsylvania, commencing at 10:10 a.m.

23        Certified Shorthand Reporting Services
               Arranged Through
24        Mastroianni & Formaroli, Inc.
               709 White Horse Pike
25           Audubon, New Jersey 08106
               (856) 546-1100
```

1    little bridge there.

2         Q.   Enterprise Avenue?

3         A.   No.  What's the name of the bridge there?

4         Q.   Hell, I don't know, I'm from California.

5              MR. HARRIS:  Anybody know what the name

6    of that bridge is to help us?

7                   MS. LEVIN:  The Platt bridge?

8                   THE WITNESS:  The Platt bridge.

9                   MR. HARRIS:  Platt?

10                  MS. LEVIN:  P-L-A-T-T.

11   BY MR. HARRIS:

12        Q.   Where else did it go?

13        A.   It went to Boarhead Farms, and some loads

14   might have went to G.R.O.W.S landfill.

15                  MR. FACKENTHAL:  I'm sorry?

16                  THE WITNESS:  G.R.O.W.S.

17   BY MR. HARRIS:

18        Q.   Now, at some point in time DeRewal Chemical

19   got the Wissinoming location?

20        A.   Correct.

21        Q.   Are the places you've been telling us about

22   where you took NRM waste?

23        A.   There was a lapse there until Wissinoming or

24   another location was --

25        Q.   Available?

1          A.    -- available.

2          Q.    Okay.  So you've been telling us about --

3          A.    I mean, back in those days, I mean, that's,

4    you did what -- you know, sometimes you just went over

5    to a manhole and popped it and...

6          Q.    Okay.  When the Wissinoming facility became

7    available, did any of the NRM go to Wissinoming?

8          A.    What's that again?

9          Q.    When the Wissinoming location opened up, did

10   you personally take any of the NRM to Wissinoming?

11         A.    Yes.

12         Q.    When the Wissinoming place opened up, did

13   you ever take any NRM stuff anywhere else?

14         A.    Not -- once we had a location like that we

15   stayed there unless, you know, something happened.

16         Q.    You mean there was some reason you couldn't

17   go there that day?

18         A.    That's correct.

19         Q.    What kind of reasons would there be?

20         A.    Either the DER, the Philadelphia, the city,

21   either the people were complaining about fumes in

22   certain buildings, and you were being watched.

23         Q.    During the period that the Wissinoming

24   location was available, did you personally take any NRM

25   waste to the Boarhead site?

1        A.    While Wissinoming was open?

2        Q.    Yes.

3        A.    No.

4        Q.    Was there a period of time when Wissinoming,

5    between when Wissinoming shut down and DeRewal went out

6    of the waste business?

7        A.    A short time after that, after the

8    Wissinoming shut down we also acquired another place

9    off of Delaware Avenue that was only used for about a

10   month or two.

11           Because at that time, this was just about

12   near the wrapping up at the very end of DeRewal

13   Chemical which would have been late '77 or early '78.

14   And it depends where you're at or -- I mean, it's hard

15   to explain.

16       Q.    Okay.

17       A.    If you're being watched, you knew if you're

18   being watched, the cops, the city, then it would go

19   back to Boarhead Farms or it would go someplace else.

20       Q.    Okay.  After Wissinoming was shut down let's

21   just call it, you couldn't take stuff there, did you

22   personally ever take any NRM waste back to the Boarhead

23   Farm site?

24           MR. FACKENTHAL:  Objection, asked and

25   answered.

1            MR. HARRIS:  I don't remember, give me

2    the answer again anyway.

3            THE WITNESS:  Yes.

4    BY MR. HARRIS:

5        Q.   When I use the words "take back to the

6    Boarhead Farms site", you understand that I mean to

7    dispose of it there?

8        A.   That's correct.

9        Q.   Tell us a little more about this Delaware

10   Avenue location.  What was it?

11       A.   Ontario Street?

12       Q.   No, after Wissinoming.

13       A.   Oh, I think that was like around Pier 41.

14   It was a -- they used to store I guess rolls of paper.

15   They used to go out over the Delaware, the floors were

16   all wooden -- well, the whole building was actually

17   wooden, I believe they tore it down now.

18           We used to pull in and there used to be

19   manholes already inside the floors, and you would hook

20   up a hole and in it went.

21       Q.   Into the river.  How long was that operation

22   going for?

23       A.   At that place there?

24       Q.   Yeah, that particular spot.

25       A.   I believe we only used that for about a

1    month.

2          Q.    And that was after Wissinoming?

3          A.    That's correct.

4          Q.    Describe for us please the landfill down the

5    road from National Rolling Mills.  Where was it?

6          A.    I believe it was off of Route 100, it wasn't

7    that big of a landfill.  I might have taken maybe two

8    or three loads there.  We didn't use that landfill that

9    much.  Marvin Jonas probably -- I mean, I believe

10   that's --

11         Q.    Well, let's stick to what you did.

12         A.    Okay.

13         Q.    Do you remember a name for that landfill?

14         A.    No, I don't.

15         Q.    Do you remember the name of the guy who ran

16   it?

17         A.    No, I don't.

18         Q.    Or the girl who ran it, I don't want to be

19   sexist.

20         A.    No, I don't.

21         Q.    All right.  Tell us a little bit about

22   underneath the bridge, underneath the Platt bridge.

23   What was there?

24         A.    Well, they used to store a lot of vehicles

25   underneath the bridge and they just had open pits.  A

1    lot of tankers at that time were pulling in there.  You

2    had to pay in order to dump.

3             I never handed anybody any money, I didn't

4    know what the cost was per tanker.  Back in those days

5    I would imagine it was cheap.  It's probably 100, $200

6    a tanker.

7        Q.    How many loads of National Rolling Mills

8    waste did you personally take to this, underneath the

9    bridge?

10        A.    To that site?  Two or three.

11             MR. FACKENTHAL:  I'm sorry, I didn't hear

12    you.

13             THE WITNESS:  Two or three.  There might

14    have been more, but personally --

15             MR. HARRIS:  Yeah, I'm just focusing on

16    what you did.

17    BY MR. HARRIS:

18        Q.    Now, how about the Boarhead Farms site

19    itself, how many loads of National Rolling Mills waste

20    did you personally take to the Boarhead Farms site for

21    disposal?

22        A.    Max maybe ten loads, 15.

23        Q.    Describe for us please how that worked.

24        A.    Well, we had several rubber-lined tankers.

25    You would go in, either leave the truck there, jump

1    into another truck or drop that trailer and somebody

2    would have picked up the tanker, or you would have

3    dropped it off close to the location where it was going

4    to be dumped.

5        Q.    I'm not sure I followed that, I'm sorry.

6    You drive into the farm?

7        A.    Correct.

8        Q.    And you drive to where?

9        A.    Well, at that time --

10        Q.    Yeah, you can refer to the map if you want.

11        A.    At that time this road here started to exist

12    (indicating).

13        Q.    Now, "this road here" the witness is

14    referring to --

15        A.    The fork in the road.

16        Q.    The southernmost fork in the road?

17        A.    Right.

18        Q.    And you'd drive along there?

19        A.    Right.

20        Q.    And what would happen next?

21        A.    Either we would drop the tankers off here,

22    there were several pits here (indicating).

23        Q.    Why don't you draw in some pits for me.

24        A.    Okay.  Lot of times, depending what it was,

25    what chemicals, there would be open pits covered by old

1    trees.

2         Q.    Okay.  You mean over the top?

3         A.    Over the top, like a camouflage.  And you

4    would either leave the truck there, drop the tanker --

5    at that time there was lot of room here, we used to

6    park several tankers here at that time.  And this is

7    mainly where that type of chemical was emptied.

8         Q.    Okay.  Would you put a P inside the two

9    circles for pit, so we'll understand what we're talking

10   about?  And just so the record is clear, you were

11   saying that you would drop the tanker near where the Ps

12   are on that road?

13        A.    Right.

14        Q.    Was there ever anywhere else on the Boarhead

15   property you personally disposed of National Rolling

16   Mills' waste?

17        A.    There might have been.  Me personally, no.

18        Q.    How many loads of National Rolling Mills

19   waste did you personally take to the G.R.O.W.S.

20   landfill?

21        A.    I might have taken 20.

22        Q.    And describe where the G.R.O.W.S. landfill

23   is for us?

24        A.    That's over towards, it's off 95, I don't

25   know if that's Route 1, off of Route 1.  It's south of

60

1    Bensalem I guess it is, over by the steel plant, U.S.

2    Steel, whatever that location is.  Since I've been gone

3    for a while, you know.

4         Q.   Yeah.  How did it work at G.R.O.W.S.?

5         A.   You would also pull in, normally that -- you

6    did a lot of that after 5 o'clock, went in.  That was

7    also I guess all cash.  Whoever was running the front

8    gate.

9         Q.   Okay.  How many loads of National Rolling

10   Mills waste did you yourself take to the Boarhead site

11   after Wissinoming checked out or during the time

12   Wissinoming was open?

13             MR. FACKENTHAL:  Objection, asked and

14   answered.  That's been answered already.

15             THE WITNESS:  Yes, I believe 10 or 15

16   loads.

17   BY MR. HARRIS:

18        Q.   Oh, 10 or 12 times is all the times you took

19   National Rolling Mills?

20        A.   Correct.

21        Q.   Oh, okay.

22             MR. HARRIS:  Let's mark this.

23        (EXHIBIT P-50, BILLS OF LADING, NATIONAL

24        ROLLING MILLS, IS MARKED FOR IDENTIFICATION)

25

68

1      Q.    Okay.  Where did you personally -- other

2    than Wissinoming, where did you personally take Ashland

3    waste?

4      A.    Boarhead Farms.

5      Q.    How many loads of Ashland waste did you take

6    to Boarhead Farms for disposal, you personally?

7      A.    Eight to 15.

8      Q.    And of those loads that you personally took

9    to Boarhead, where were they disposed of?

10     A.    They were disposed in front of the office at

11   that time, right in front of the small pond.

12     Q.    Okay.

13     A.    Right in this section here (indicating).

14     Q.    Let the record reflect that the witness is

15   pointing to an area on P-8 in between the word "office"

16   and the edge of the pond.  Is that correct?

17     A.    Yes.

18     Q.    Did I do that right?

19     A.    Yes.

20     Q.    And how did that disposal take place?

21     A.    Well, then also we would either drop that

22   tanker -- because that was a slow process, you had a

23   lot of fumes, a lot of nitratic fumes coming off.  And

24   that was a slow process leech into this hole that was

25   dug, covered over.

80

1    Again, I don't want you to guess.  If you think you

2    have a basis, you know, it was more than half --

3         A.    Maybe more than half.

4         Q.    Okay.

5         A.    And should I give the --

6         Q.    Yeah.

7         A.    -- the reason why?

8         Q.    Yes.

9         A.    Because of this type of acid -- even though

10   when we had Wissinoming, because that's where most of

11   that acid went also prior to Boarhead Farms, we had

12   more problems dumping it in the city than at Boarhead

13   Farms because of the fumes, the nitric fumes.

14        Q.    Was it easier to dump it at Boarhead?

15        A.    Easier to dump it at Boarhead.

16        Q.    All right.  Let me ask you if you ever

17   picked up waste from a company called Flexible

18   Circuits?

19        A.    Yes.

20        Q.    Where was that facility located?

21        A.    Warrington, Pennsylvania.

22        Q.    How did you get there?

23        A.    611, Street Road.  And whatever road we were

24   on, I don't know the name of the road.

25        Q.    Is it off of Street Road?

153

```
 1            UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2   _____ _____
                              CIVIL ACTION NO.
 3   BOARHEAD FARM AGREEMENT          02-CV-3830
     GROUP,                       Judge Legrome D. Davis
 4
          Plaintiff,          ORAL DEPOSITION OF:
 5
       vs.                    MANFRED DeREWAL, JR.
 6                               (VOLUME II)
     ADVANCED ENVIRONMENTAL TECHNOLOGY
 7   CORPORATION; ASHLAND CHEMICAL
     COMPANY; BOARHEAD CORPORATION;
 8   CARPENTER TECHNOLOGY CORPORATION;
     CROWN METRO, INC.; DIAZ CHEMICAL
 9   CORPORATION; EMHART INDUSTRIES,
     INC.; ETCHED CIRCUITS, INC.; FCG,
10   INC.; GLOBE DISPOSAL COMPANY, INC.;
     GLOBE-WASTECH, INC.; HANDY & HARMAN
11   TUBE COMPANY, INC.; KNOLL, INC.;
     MERIT METAL PRODUCTS CORPORATION;
12   NOVARTIS CORPORATION; NRM INVESTMENT
     COMPANY; PLYMOUTH TUBE COMPANY;
13   QUIKLINE DESIGN AND MANUFACTURING
     COMPANY; RAHNS SPECIALTY METALS,
14   INC.; ROHM & HAAS COMPANY, SIMON
     WRECKING COMPANY, INC.; TECHALLOY
15   COMPANY, INC.; THOMAS & BETTS
     CORPORATION; UNISYS CORPORATION;
16   UNITED STATES OF AMERICA
     DEPARTMENT OF NAVY,
17
          Defendants.
18   _____

19            *   *   *   *   *
          Tuesday, May 13, 2003
20            *   *   *   *   *
          Transcript in the above matter taken at
21   the offices of Ballard, Spahr, Andrews & Ingersoll,
     LLP, 1735 Market Street, 42nd Floor, Philadelphia,
22   Pennsylvania, commencing at 10:00 a.m.

23        Certified Shorthand Reporting Services
               Arranged Through
24         Mastroianni & Formaroli, Inc.
              709 White Horse Pike
25          Audubon, New Jersey 08106
               (856) 546-1100
```

251

1   testified about or that your father testified about or

2   that we asked about, and I want to start with some of

3   the ones you testified about yesterday, make sure I've

4   got a complete list.  All right?

5        A.   Okay.

6        Q.   You've testified about disposal at Boarhead

7   Farm property itself, correct?

8        A.   That's correct.

9        Q.   You've also testified about disposal at

10  G.R.O.W.S., correct?

11       A.   That's correct.

12       Q.   And that disposal occurred between '72 and

13  '78?

14            MR. HARRIS:  Objection.

15            THE WITNESS:  No.

16  BY MR. DILLON:

17       Q.   I'm not saying that included the entire

18  time, I'm saying it occurred sometime between '72 and

19  '78?

20       A.   That's correct.

21       Q.   And you did not neutralize material you took

22  to G.R.O.W.S. before you took it there?

23       A.   That's correct.

24       Q.   And so to the best of your knowledge

25  G.R.O.W.S. could accept acid that had not been

1   neutralized, correct?

2           MR. HARRIS:  Objection.

3           THE WITNESS:  They could have.

4   BY MR. DILLON:

5       Q.   G.R.O.W.S. was able to and at least on one

6   or more than one occasion did accept from you acid that

7   had not been neutralized?

8       A.   I believe so.

9       Q.   Do you recall on how many different

10  occasions you might have gone to G.R.O.W.S.?

11      A.   Myself, two.

12      Q.   Were you aware that other drivers for

13  DeRewal Chemical were also disposing of material at

14  G.R.O.W.S.?

15          MR. HARRIS:  Objection, I don't think

16  there's any evidence that that's so.

17  BY MR. DILLON:

18      Q.   Are you aware of any other drivers from

19  DeRewal Chemical disposing of materials at G.R.O.W.S.?

20      A.   To be honest with you -- I mean, I could be

21  honest -- I mean, not being honest about the question,

22  but I believe some other drivers probably went there.

23      Q.   Try to get this record a little cleaner.

24  Based upon things you heard from other DeRewal

25  employees, do you believe that other drivers disposed

253

1    of materials at G.R.O.W.S.?

2         A.    I believe so.

3         Q.    You also discussed yesterday disposal at a

4    site off of Route 100?

5         A.    That's correct.

6         Q.    What do you recall -- you personally went to

7    the site off of Route 100?

8         A.    That's correct.

9         Q.    On more than one occasion?

10        A.    I might have been there two times.

11        Q.    Do you -- what do you recall about the site?

12        A.    It was a very small dump site.

13        Q.    You recall a trailer in the front?

14        A.    I can't recall.

15        Q.    Do you recall that it was residential all

16   around the area?

17        A.    I can't recall that.

18        Q.    Do you recall that it might have been in

19   Honeybrook?

20        A.    Is that around Route 100 or south of NRC?   I

21   don't know.

22        Q.    Do you recall the name the Blosinski

23   Landfill, Joseph Blosinski?

24        A.    That might ring a bell.

25        Q.    That might ring a bell as the place on Route

```
 1   100?

 2        A.   Yes.

 3        Q.   Okay.  How did you learn about

 4   Mr. Blosinski's landfill out in Westcon Township?

 5        A.   Be honest with you, I don't know, I don't

 6   know who told me.

 7        Q.   Is it possible you learned about it from

 8   Marvin Jonas?

 9             MR. HARRIS:  Objection.

10             THE WITNESS:  Could have been.

11   BY MR. DILLON:

12        Q.   Is it possible you learned about it from ABM

13   Disposal?

14             MR. HARRIS:  Objection.

15             THE WITNESS:  Could have been.  Probably

16   more so Marvin Jonas and ABM.

17   BY MR. DILLON:

18        Q.   You're not certain?

19        A.   I'm not certain.  I mean, I wouldn't have

20   learned, somebody else would have told me to go.

21        Q.   "Someone else" meaning your father?

22        A.   Yes, or Marvin.

23        Q.   The best of your knowledge on what you've

24   heard driving for DeRewal Chemical, did other drivers

25   for DeRewal Chemical also use the Route 100 site?
```

1              MR. HARRIS:  Objection, calls for

2    hearsay.

3              THE WITNESS:  I don't know.  I believe

4    that was only a one- or two-time deal.

5    BY MR. DILLON:

6        Q.   You have no way of knowing for certain what

7    drivers used what site though, do you?

8        A.   No, I do not.

9        Q.   You also brought materials to Ontario

10   Street?

11       A.   That's correct.

12       Q.   On numerous occasions?

13       A.   Uh-huh.

14       Q.   While Ontario Street was opened you would

15   bring materials multiple times per week, correct?

16       A.   That's correct.

17       Q.   And the same would be true of Wissinoming

18   when Wissinoming was open, correct?

19       A.   That's correct.

20       Q.   And you know where Marvin Jonas's transfer

21   station is in Sewell, New Jersey, correct?

22       A.   That's correct.

23       Q.   And can you describe the entrance into

24   Marvin's transfer station?

25       A.   Well, when you used to make a right in

1    there, I believe there was a golf course on the

2    left-hand side, clubhouse or whatever on the left.  And

3    you'd go down and he was down maybe three quarters of a

4    mile on the left-hand side, you'd go down a dirt road.

5         Q.   Down a fairly steep dirt road?

6         A.   Down a steep dirt road, and there it was, a

7    couple trailers on the right.

8         Q.   And you dropped trailers from DeRewal

9    Chemical at that location on occasion?

10        A.   I believe so, yes.

11        Q.   Over the years you dropped multiple trailers

12   there on occasion?

13        A.   For Marvin or did we dump there?

14        Q.   I didn't ask you whether you dumped there,

15   I'm asking whether you dropped DeRewal trailers there,

16   that is, you brought the trailer and disconnected it?

17        A.   No, not DeRewal Chemical.

18        Q.   What kind of trailers did you disconnect and

19   leave there?

20        A.   They would have been Marvin's.  We'd pick up

21   from there and drop off, would have been iron tankers,

22   six, 8,000-gallon tankers.

23        Q.   So this was all when you were working on one

24   of Marvin's contracts?

25        A.   That's correct.

257

1       Q.   And so you don't believe you ever dropped

2   DeRewal trailers off there?

3       A.   I believe not, no.

4       Q.   Are you aware of other DeRewal drivers who

5   dropped DeRewal trailers off there?

6            MR. HARRIS:  Objection, also hearsay.

7            THE WITNESS:  I don't believe so, no.

8   BY MR. DILLON:

9       Q.   You testified about the location under the

10  Platt Bridge, which I think some people refer to as the

11  Pennrose Avenue Bridge?

12      A.   I believe.

13      Q.   When you say "under the bridge", do you mean

14  physically underneath the span of the bridge?

15      A.   No, it was to the left.  You used to pull

16  in, I believe they used to have the cars, vehicles

17  underneath there.  And that was only a one-time deal

18  also, but there was a lot of trucks going in and out of

19  there also at that time.

20      Q.   Who directed you to that location?

21      A.   Marvin Jonas.

22      Q.   And to the best of your knowledge other

23  DeRewal drivers would also be free to use that

24  location?

25           MR. HARRIS:  Objection.

258

 1                    THE WITNESS:  I believe not.

 2   BY MR. DILLON:

 3        Q.   Why would you say that?

 4        A.   I believe you had to pay to get in there.

 5        Q.   Did you pay the one time you went in?

 6        A.   No, I did not.  I believe that was a Marvin

 7   Jonas deal.  Most of those landfills were paid through

 8   Marvin Jonas.

 9        Q.   You also disposed of liquid waste at

10   Frenchtown you said yesterday?

11        A.   Yeah, uh-huh.

12        Q.   On occasion?

13        A.   Very little.

14        Q.   You also disposed of liquid waste at Pier

15   41?

16        A.   That's -- I guess it was Pier 41.  I don't

17   know if it's Pier 41 but -- it's ripped down now, it's

18   not there any longer.  I think it's right up from Home

19   Depot, there's a light there.

20        Q.   You're going south on Delaware Avenue with

21   the Delaware River on your left?

22        A.   Right.

23        Q.   And the piers are numbered as they go along

24   the Philadelphia waterfront?

25        A.   Right.

259

1          Q.    In your prior deposition to the EPA you

2     described it as a location near Delaware and Oregon

3     Avenue.  Does that sound about right to you to where

4     you thought Pier 41 is?

5          A.    No, I believe Oregon Avenue is too far

6     north.  Maybe around Washington Avenue.

7          Q.    Okay.  Do you recall any location that

8     DeRewal used at Delaware and Oregon?

9          A.    That was the Oregon Avenue, that's how we

10    used to get into the first place that was rented.

11         Q.    Ontario Street?

12         A.    Yeah.  I mean, Oregon Avenue is not that far

13    away from Ontario Street.  I believe we used to come

14    off of Oregon Avenue.

15         Q.    Okay.  At Pier 41 or whatever the pier was

16    called, you would simply empty the waste into the

17    manhole that would drop it straight into the river?

18         A.    That's correct.

19         Q.    Were there other locations along the

20    Delaware that you also used to dispose of liquid waste

21    there?

22         A.    Besides Ontario and Wissinoming?

23         Q.    Yes.

24         A.    No.

25         Q.    Did you ever drop any tank trailers under

264

1          A.    Yes, that's correct.

2          Q.    Do you recall whether DeRewal Chemical had a

3    waste disposal location on Tioga Street in

4    Philadelphia?

5          A.    No, I do not.

6          Q.    That doesn't ring any bells for you?

7          A.    No.

8          Q.    Do you recall that DeRewal Chemical had a

9    facility in Allentown in an old cement factory?

10         A.    Yes.

11         Q.    And for how many years did DeRewal Chemical

12   have the facility up in Allentown?

13         A.    I believe that was only a couple months.  I

14   mean, he may have leased it for a year, but that was

15   only a couple-month deal.  What we were trying to do

16   just didn't pan out.

17         Q.    What you were trying to do was create

18   gypsum?

19         A.    Yes.

20         Q.    And to create the gypsum you were using

21   sulphuric acid?

22         A.    That's correct.

23         Q.    So you were bringing sulphuric acid to the

24   Allentown facility to try to make the gypsum?

25         A.    Well, I believe we -- that was correct.  I

265

1    believe we only tried one or two loads.  That's when we

2    were crazy out the gate.

3        Q.   Was you ever permanently stationed in

4    Allentown?

5        A.   No.

6        Q.   Was there anyone that was?

7        A.   Well, there were other people there that

8    were doing coal.  But you're talking just us?

9        Q.   Just for DeRewal, was there any DeRewal

10   person stationed there?

11       A.   No.

12       Q.   But other DeRewal drivers could have taken

13   materials there?

14            MR. HARRIS:  Objection.

15            THE WITNESS:  We only brought one or two

16   loads there.

17   BY MR. DILLON:

18       Q.   How can you be certain of that?

19       A.   Because I was one of them that was trying to

20   do the experiment on trying to do the gypsum.

21       Q.   How was your experiment being done?

22       A.   Crazy.

23       Q.   Tell me how the experiment went.

24       A.   Well, we went out and bought old cement

25   tanks, regular tank trucks, you know, with the barrels?

266

1    Put the lime inside and, you know, we were on the top.

2           And as we're feeding the acid in slowly, you

3    know, because of the reaction was so bad, I mean, you

4    couldn't even see us up there.  We kept on adding lime

5    to it, you know, trying to make the gypsum.  Fill it up

6    so much, let the barrel turn it in reverse and spit the

7    gypsum out.

8           Q.    And it wasn't a profitable enterprise?

9           A.    No.  There again, it was too many fumes.

10          Q.    We talked with your father about a disposal

11    location known as Iron Oxide?

12          A.    Pardon?

13          Q.    Iron Oxide in Elizabeth, New Jersey.

14          A.    Iron Oxide, I might have been there.

15          Q.    On the Arthur Krill?

16          A.    Does Dan Jackson have anything to do with

17    that?

18          Q.    That's the one I forgot to ask your father

19    about.  But let me leave Danny Jackson -- you're

20    referring to Danny Jackson who was Marvin Jonas's

21    original partner?

22          A.    I believe.

23          Q.    Who had an operation in North Jersey?

24          A.    That's correct.

25          Q.    Let me come back to the relationship that

267

1     DeRewal Chemical might have had with Mr. Jackson and

2     focus on Iron Oxide for a minute.  The Iron Oxide

3     facility had a large tank to accept acid.  Do you

4     recall bringing material to Iron Oxide?

5          A.   I can't recall.  The name sounds familiar.

6          Q.   The name sounds familiar to you?

7          A.   Yes.

8          Q.   Do you recall William Carriccino?

9          A.   I heard the name.

10         Q.   Did you personally take anything to Chemical

11    Control Corporation?

12         A.   Where were they located?

13         Q.   Mr. Carriccino's location might also be

14    listed as Elizabeth, New Jersey.

15         A.   I can't recall.  Was that a dump site or did

16    we pick up chemicals off them?  I can't recall, I don't

17    know.

18         Q.   Do you recall a site in Elizabeth, New

19    Jersey that had thousands and thousands of drums

20    stockpiled?

21         A.   Yes, I do.

22         Q.   Do you recall taking waste to such a

23    location?

24         A.   We might have taken one or two loads there.

25         Q.   Of bulk loads there?

268

```
 1        A.   Yes.

 2        Q.   You personally might have taken one or two

 3   loads there?

 4        A.   Yeah.

 5        Q.   And other DeRewal drivers might have taken

 6   other loads there?

 7             MR. HARRIS:  Objection, calls for

 8   speculation.

 9             THE WITNESS:  I don't know.

10   BY MR. DILLON:

11        Q.   You don't know?

12        A.   I don't know.  That was Dan Jackson, right,

13   with all the drums?

14        Q.   We'll try and do Mr. Jackson next.  Did you

15   ever meet Mr. Jackson?

16        A.   No.

17        Q.   How did you come to learn of Mr. Jackson?

18        A.   I just recall his name, that's all.

19        Q.   From Mr. Jonas?

20        A.   Probably.  I believe he --

21        Q.   What do you recall about Mr. Jackson?

22        A.   What do I recall about him?  He had dropped

23   off a couple trailer loads of sulphuric nitric down

24   there off of Ontario Street back there in the '80s

25   sometime.  And they exploded, they got real hot.
```