```
                                                                      1




   1               UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
   2


   3                                      CIVIL ACTION NO.
       BOARHEAD FARM AGREEMENT            02-CV-3830
   4   GROUP,                        Judge Legrome D. Davis
                Plaintiff,
   5                                      Oral Deposition of
           vs.                            JEFFREY SHAAK
   6   ADVANCED ENVIRONMENTAL TECHNOLOGY
       CORPORATION; ASHLAND CHEMICAL
   7   COMPANY; BOARHEAD CORPORATION;
       CARPENTER TECHNOLOGY CORPORATION;
   8   CROWN METRO, INC.; DIAZ CHEMICAL
       CORPORATION; EMHART INDUSTRIES,
   9   INC.; ETCHED CIRCUITS, INC.; FCG,
       INC.; GLOBE DISPOSAL COMPANY, INC.;
  10   GLOBE-WASTECH, INC.; HANDY & HARMAN
       TUBE COMPANY, INC.; KNOLL, INC.;
  11   MERIT METAL PRODUCTS CORPORATION;
       NOVARTIS CORPORATION; NRM INVESTMENT
  12   COMPANY; PLYMOUTH TUBE COMPANY;
       QUIKLINE DESIGN AND MANUFACTURING
  13   COMPANY; RAHNS SPECIALTY METALS,
       INC.; ROHM & HAAS COMPANY, SIMON
  14   WRECKING COMPANY, INC.; TECHALLOY
       COMPANY, INC.; THOMAS & BETTS
  15   CORPORATION; UNISYS CORPORATION;
       UNITED STATES OF AMERICA
  16   DEPARTMENT OF NAVY,
                Defendants.
  17


  18              *   *   *   *   *
                WEDNESDAY, JUNE 4, 2003
  19              *   *   *   *   *

  20           Transcript in the above matter taken at
       the offices of Ballard, Spahr, Andrews & Ingersoll,
  21   LLP, 1735 Market Street, 42nd Floor, Philadelphia,
       Pennsylvania, commencing at 10:00 A.M.
  22
             Certified Shorthand Reporting Services
  23                    Arranged Through
               Mastroianni & Formaroli, Inc.
  24                709 White Horse Pike
                Audubon, New Jersey 08106
  25                  (856) 546-1100
```

65

```
 1   answered.
 2        A.    Yes.  I think Washington, Washington,
 3   New Jersey, that company over there.  You know what
 4   company I am talking about?
 5        Q.    I think I do but you go ahead and keep
 6   pressing your memory.
 7        A.    I don't remember the name of the
 8   company.  I know it was over in Washington, New
 9   Jersey.
10        Q.    How did you get there?
11        A.    Went through -- up 611 to 78, went
12   across New Jersey, down -- I guess it was Washington,
13   made a left and it's back there somewhere.  It was a
14   perfume place or something.  I don't know.  But
15   that's what they made.  I'm not positive.  I forget
16   the name of that company, too.
17        Q.    Describe the building or the facility.
18        A.    It was a big facility.
19        Q.    Big place?  More than one building?
20        A.    Oh, heavens, yeah.
21        Q.    Many buildings?
22        A.    There was many.
23        Q.    I think I lost track.
24              Are we on the New Jersey side?
25        A.    Yes.  Yes.
```

66

```
 1        Q.    We are on the New Jersey side.  Help me
 2   out.  Show me on a map.  That's got New Jersey and
 3   Pennsylvania.  Show me where we are.
 4        A.    Yeah.  It's in this vicinity right here.
 5   I think I took Route 57 from Easton, went across to
 6   Phillipsburg, took Route 57 to 31, went north.  I
 7   can't think.  It's somewhere up around Bridgeville
 8   and what's that, Buttsville, somewhere in that
 9   vicinity up in there.
10        Q.    You think it was off Route 31?
11        A.    Yes.  It was off Route 31 I am pretty
12   sure.
13        Q.    And by off 31 meaning it was -- you had
14   to turn off on to some other road?
15        A.    Yeah.  Turn off some other road and I
16   went back there and it was back in there, but it was
17   a nice-sized place.
18        Q.    How many buildings were there about?  I
19   don't want you guessing.
20        A.    They were huge, huge buildings.  I don't
21   know.  I would say four or five maybe.
22        Q.    All right.
23        A.    I think it was even a train that came
24   through.  Train tracks if I recall.
25        Q.    Describe how you picked up the waste at
```

67

1   that facility.
2        A.   Well, I went in there, I went to the
3   back I believe, and they would just pump it right off
4   over the top of the tanker and put it in and I would
5   just sit there and wait until it got full and told
6   them to shut it off.
7        Q.   What kind of tanker did you use for that
8   pick up?
9        A.   That was a rubber liner, too.
10       Q.   On how many occasions, I don't care
11  where you took it, but on how many occasions did you
12  go to that facility and pick up waste?
13       A.   Eight times I would imagine.  I went
14  there quite a -- not quite a bit, but...
15       Q.   More than --
16       A.   I am just guessing.
17       Q.   I don't want you to guess.
18       A.   Yeah.  But I don't know.  I really don't
19  know how many times I went there.
20       Q.   Fine.  Best recollection, sitting here
21  today was it more than five times?
22       A.   Yes.
23       Q.   Was it more than ten times?
24       A.   Could have been.
25       Q.   You are getting fuzzy when you get to

68

```
 1   ten?
 2        A.    Yeah.  Yeah.  It could have been more,
 3   too.
 4        Q.    How many of those loads do you remember
 5   taking back to the Boarhead site and disposing of?
 6        A.    Maybe three or four, something like
 7   that.
 8        Q.    And what area of Boarhead were they
 9   disposed of in?
10        A.    Around in here.
11        Q.    The F?
12        A.    Yeah.  These are the only holes that I
13   seen, right there.
14             MR. HARRIS:  Let the record reflect the
15   witness is pointing to the big circle that says swamp
16   and the smaller circle that says F.
17        Q.    Anybody else, any other customers that
18   right now you recall bringing their waste back to
19   Boarhead for disposal?
20        A.    No.
21             MR. HARRIS:  Why don't we take a
22   five-minute stretch break and comfort stop, okay.
23             (Recess taken.)
24   (BY MR. HARRIS:)
25        Q.    Mr. Shaak, we're back ready to go again.
```