IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al. | : | |
| | : | |
| Plaintiffs | : | Civil Action No. 02-CV-3830 |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

# CERTIFICATE OF SERVICE

I, Jeffrey L. Pettit, Esquire, hereby certify that on February 22, 2008, I caused a true and correct copy of Motion for Partial Summary Judgment of Defendant Ashland Inc. was served by e-mail on all counsel of record addressed as follows:

       Glenn A. Harris, Esquire
       Ballard Spahr Andrews & Ingersoll, LLP
       Plaza 1000 - Suite 500
       Main Street
       Voorhees, NJ 08043-4636
       e-mail: harrisg@ballardspahr.com
       *Counsel for Plaintiffs*

       Laurie J. Sands, Esquire
       Wolff & Samson, PC
       280 Corporate Center
       5 Becker Farm Road
       Roseland, New Jersey 07068-1776
       e-mail: lsands@wolffsamson.com
       *Advanced Environmental Technology Corp.*

       Robert M. Morris, Esquire
       Morris & Adelman, P.C.
       1920 Chestnut Street
       P.O. Box 30477
       Philadelphia, PA 19103
       e-mail: rmmorris@morrisadelman.com
       *Advanced Environmental Technology Corp.*

Lynn Wright, Esquire
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York  10022-1200
e-mail:  lwright@eapdlaw.com
***Carpenter Technology Corporation***

Christopher R. Booth, Jr., Esquire
Booth & Tucker, LLP
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 1700
Philadelphia, PA 19103
e-mail:  cbooth@boothtucker.com
***Carpenter Technology Corporation***

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396
e-mail:  scooley@duanemorris.com
***Flexible Circuits and Etched Circuits***

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068-1739
e-mail:  mflax@carellabyrne.com
***Handy & Harman Tube Company***

Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
Suite 902 - One Montgomery Plaza
P.O. Box 751
Norristown, PA  19404
e-mail:  edwardfackenthal@cs.com
***NRM Investment Co.***

                                                   s/Jeffrey L. Pettit
                                                JEFFREY L. PETTIT

Date:  February 25, 2008