IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al. | : | |
| | : | |
| Plaintiffs | : | Civil Action No. 02-CV-3830 |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

**RESPONSE OF DEFENDANT ASHLAND INC. TO MOTION OF DEFENDANT ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DISMISS COUNT VI OF ASHLAND'S CROSS-CLAIM FOR FAILURE TO PLEAD FRAUD WITH PARTICULARITY**

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and the Eastern District of Pennsylvania Local Rule 7.1, Defendant Ashland Inc. answers the motion of Defendant Advanced Environmental Technology Corporation for Summary Judgment or, in the alternative, to Dismiss Count VI of Ashland's Cross-Claim for Failure to Plead Fraud with Particularity for the reasons more fully set forth in the accompanying Memorandum of Law, which is incorporated by reference. A proposed Order is attached pursuant to Local Rule 7.1.

/s/ Jeffrey L. Pettit
JEFFREY L. PETTIT
Attorney I.D. No. 21624
RICHARD C. BIEDRZYCKI
Attorney I.D. No. 30604
Phelan, Pettit & Biedrzycki, LLC
1600 North American Building
121 South Broad Street
Philadelphia, PA  19107
(215) 546-0500

Counsel for Defendant Ashland Inc.

Date: March 14, 2008