**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al. | : | |
| | : | |
| Plaintiffs | : | Civil Action No.  02-CV-3830 |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey L. Pettit, Esquire, hereby certify that on March 14, 2008, a true and correct copy of the Memorandum of Law in Opposition to Defendant Advanced Environmental Technology Corp.'s ("AETC's") Motion for an Order Granting Summary Judgment, or, in the alternative, Dismissing Count VI of Ashland's Cross-claim for Failure to Plead Fraud with Particularity was served by e-mail on all counsel of record addressed as follows:

>Glenn A. Harris, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>Plaza 1000 - Suite 500
>Main Street
>Voorhees, NJ 08043-4636
>e-mail:  harrisg@ballardspahr.com
>*Counsel for Plaintiffs*

>Laurie J. Sands, Esquire
>Wolff & Samson, PC
>280 Corporate Center
>5 Becker Farm Road
>Roseland, New Jersey  07068-1776
>e-mail:  lsands@wolffsamson.com
>*Advanced Environmental Technology Corp.*

>Robert M. Morris, Esquire
>Morris & Adelman, P.C.
>1920 Chestnut Street
>P.O. Box 30477
>Philadelphia, PA  19103
>e-mail:  rmmorris@morrisadelman.com
>*Advanced Environmental Technology Corp.*

>Lynn Wright, Esquire
>Edwards & Angell, LLP

750 Lexington Avenue
New York, New York 10022-1200
e-mail:  lwright@eapdlaw.com
*Carpenter Technology Corporation*

Christopher R. Booth, Jr., Esquire
Booth & Tucker, LLP
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 1700
Philadelphia, PA 19103
e-mail:  cbooth@boothtucker.com
*Carpenter Technology Corporation*

Seth v.d.H. Cooley, Esquire
Duane Morris LLP
Suite 4200, One Liberty Place
Philadelphia, PA  19103-7396
e-mail:  scooley@duanemorris.com
*Flexible Circuits and Etched Circuits*

Melissa Flax, Esquire
Carella, Byrne, Bain, Gilfillian, Cecchi,
Stewart & Olstein, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068-1739
e-mail:  mflax@carellabyrne.com
*Handy & Harman Tube Company*

Edward Fackenthal, Esquire
Henderson, Weitherill, O'Hey & Horsey
Suite 902 - One Montgomery Plaza
P.O. Box 751
Norristown, PA  19404
e-mail:  edwardfackenthal@cs.com
*NRM Investment Co.*


                                                s/Jeffrey L. Pettit
                                             JEFFREY L. PETTIT

Date:  March 14, 2008