# EXHIBIT 1

Case 2:02-cv-03830-LDD    Document 296-5    Filed 03/14/2008    Page 1 of 7

```
 1                UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
     _____  CIVIL ACTION NO.
 3   BOARHEAD FARM AGREEMENT          02-CV-3830
     GROUP,                           Judge Legrome D. Davis
 4
                Plaintiff,            VOLUME I
 5                                    Oral Deposition of

 6        vs.                    JOHN P. LEUZARDER, JR.
     ADVANCED ENVIRONMENTAL TECHNOLOGY
 7   CORPORATION; ASHLAND CHEMICAL
     COMPANY, BOARHEAD CORPORATION;
 8   CARPENTER TECHNOLOGY CORPORATION;
     CROWN METRO, INC.; DIAZ CHEMICAL
 9   CORPORATION; EMHART INDUSTRIES,
     INC.; ETCHED CIRCUITS, INC.; FCG,
10   INC.; GLOBE DISPOSL COMPANY, INC.;
     GLOBE-WASTECH, INC.; HANDY & HARMAN
11   TUBE COMPANY, INC.; KNOLL, INC.;
     MERIT METAL PRODUCTS CORPORATION;
12   NOVARTIS CORPORATION; NRM INVESTMENT
     COMPANY; PLYMOUTH TUBE COMPANY;
13   QUIKLINE DESIGN AND MANUFACTURING
     COMPANY; RAHNS SPECIALTY METALS,
14   INC.; ROHM & HAAS COMPANY, SIMON
     WRECKING COMPANY, INC.; TECHALLOY
15   COMPANY, INC; THOMAS & BETTS
     CORPORATION; UNISYS CORPORATION;
16   UNITED STATES OF AMERICA
     DEPARTMENT OF NAVY,
17
                Defendants.
18   _____
                    *   *   *   *   *
19            MONDAY, NOVEMBER 29, 2004
                    *   *   *   *   *
20        Transcript in the above matter taken at
     the offices of WOLFF & SAMSON, PC, The Offices at
21   Crystal Lake, One Boland Drive, West Orange, New
     Jersey, commencing at 10:30 a.m.
22
          Certified Shorthand Reporting Services
23                  Arranged Through
              Mastroianni & Formaroli, Inc.
24               709 White Horse Pike
              Audubon, New Jersey 08106
25                  (800) 972-3377
```

35

```
 1                THE WITNESS:  Yeah, it wasn't -- I
 2   wasn't having trouble.  They were asking me can you
 3   help us, our facilities are basically going to be
 4   shut down unless you can find -- help us find an
 5   alternative.
 6                MS. MOONEY:  Let's go off the record
 7   for a second.
 8                (Off-the-Record Discussion)
 9   BY MS. MOONEY:
10       Q.    So at the point in time that AETC
11   discovered DeRewal, was Ashland already a customer of
12   AETC's?
13   (OBJECTION)    MR. SABINO: Objection to the form of
14   the question.  AETC discovered DeRewal, I object to
15   it.  Go ahead.
16   BY MS. MOONEY:
17       Q.    You can answer.
18       A.    Too vague.  I just know that our friend
19   Art Curley had asked us to -- we were doing a couple
20   things up there, I don't remember exactly what they
21   were.  And he had mentioned that he had this
22   difficult problem with this oxidizing acid and was
23   either telling us that he thought he had found
24   somebody to do it but he wasn't sure or did we know
25   of somebody that could do it.  And I know that what
```

78

```
 1   primary contact between AETC and Ashland Chemical
 2   Company?
 3        A.    Yes.
 4        Q.    And when did your relationship with
 5   Ashland start?
 6        A.    Probably prior while I was with Gaess
 7   Environmental.
 8        Q.    Was Ashland a customer of Gaess?
 9        A.    Yes, I believe so, but I cannot be sure.
10        Q.    Do you recall if you had any dealings
11   with Ashland while you were at Gaess?
12        A.    It's very vague in my recollection.
13        Q.    How did Ashland become a customer of
14   AETC?
15        A.    I was a salesman and I had called on
16   Ashland while with Gaess after we were let go, I
17   continued as a salesman to make contact with Ashland
18   and Art Curley, who I had a good relationship with
19   and things would come up.  He would ask questions
20   about this or that.  And it was when he identified
21   this acid stream that he was looking for a disposal
22   facility for that I think that relationship started
23   sometime in 1976.
24        Q.    Do you recall what month?
25        A.    No.
```

119

```
 1   fill out the information on these bills of lading?
 2       A.    Yes.
 3       Q.    Was that a legal requirement?
 4       A.    Yes, as far as I know at that time.  I
 5   don't know how things were exactly then, but I
 6   believe so.
 7       Q.    That's all I have on that one.
 8             (Exhibit Leuzarder-3, Letter 9/28/76 Bates
 9   stamped AETC 13-15, is marked for identification)
10   BY MS. MOONEY:
11       Q.    I'm showing you a document marked
12   Leuzarder-3 that's produced by your attorneys in
13   response to discovery requests.  It's AETC 13 through
14   15.  If you could just take a minute and look over
15   that.  I know it's hard to read.
16             MR. SABINO:  Are you having trouble
17   with some of the words?  He's having trouble with
18   some of the words, just so you know.
19             MS. MOONEY:  It's hard to see it.
20             THE WITNESS:  Okay.
21   BY MS. MOONEY:
22       Q.    This document is a copy of a proposal
23   that's signed -- actually, it's not signed by you.
24   It is typed sincerely and there's a blank space and
25   it says John B. Leuzarder, technical service rep.  Do
```

137

```
 1        Q.    Do you think they stand for DeRewal?
 2   (OBJECTION)    MR. BIEDRZYCKI:  Object to the form.
 3                THE WITNESS:  I don't think so.
 4   BY MS. MOONEY:
 5        Q.    In the paragraph under bulk streams A
 6   price is crossed out, the 47 cents a gallon and above
 7   it is written .4473 cents a gallon, is that your
 8   handwriting?
 9        A.    It appears to be.
10        Q.    Do you know why 47 cents a gallon was
11   crossed out and replaced with .4473?
12        A.    No.
13        Q.    What about next to that where it says
14   REV 8/9, 1,275?
15        A.    That looks like the extension of
16   44.73 times 2850.  In other words, a reduced price
17   that looks like it was done at the same time on 8/9
18   that would be September 9th it looks like, is that
19   September 8 or is that August?
20        Q.    August.
21        A.    So August 8th apparently there might
22   have been a negotiation of the price or something, I
23   don't know or discussion of the price and the number
24   was changed.
25        Q.    You mean August 9th?
```

138

```
 1        A.     On August 9th, yes.
 2        Q.     And REV?
 3        A.     Revised.
 4        Q.     Revised.  Underneath that it says
 5   aqueous treatment at Modern Transportation, South
 6   Kearny and there's an "x" through aqueous treatment
 7   and Kearny, do you know why that "x" appears there?
 8        A.     I think Modern Transportation got shut
 9   down at some point or we were concerned about it and
10   that may be the reason why.
11        Q.     How about the striking of 9.5 cents a
12   gallon and replacement with .0875 cents a gallon, do
13   you know why that was done?
14        A.     No.
15        Q.     That seems to be a pretty substantial
16   decrease in price.
17   (OBJECTION)    MR. BIEDRZYCKI:  Object to the form.
18                 THE WITNESS:  Yes, it's three quarters
19   of a cent, but I don't know.
20   BY MS. MOONEY:
21        Q.     How about -- well, going back to that
22   "x", are you saying that that indicates that's no
23   longer being done?
24   (OBJECTION)    MR. BIEDRZYCKI:  Object to the form.
25                 THE WITNESS:  I don't remember why
```