# EXHIBIT 2

Case 2:02-cv-03830-LDD   Document 296-6   Filed 03/14/2008   Page 1 of 12

```
                                                                    1


 1             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PENNSYLVANIA
 2
     _____ CIVIL ACTION NO.
 3                                   02-CV-3830
     BOARHEAD FARM AGREEMENT    Judge Legrome D. Davis
 4   GROUP,
              Plaintiff,        Oral Deposition of:
 5
         vs.                    Arthur T. Curley, Jr.
 6
     ADVANCED ENVIRONMENTAL TECHNOLOGY
 7   CORPORATION; ASHLAND CHEMICAL
     COMPANY; BOARHEAD CORPORATION;
 8   CARPENTER TECHNOLOGY CORPORATION;
     CROWN METRO, INC.; DIAZ CHEMICAL
 9   CORPORATION; EMHART INDUSTRIES,
     INC.; ETCHED CIRCUITS, INC.; FCG,
10   INC.; GLOBE DISPOSAL COMPANY, INC.;
     GLOBE-WASTECH, INC.; HANDY & HARMAN
11   TUBE COMPANY, INC.; KNOLL, INC.;
     MERIT METAL PRODUCTS CORPORATION;
12   NOVARTIS CORPORATION; NRM INVESTMENT
     COMPANY; PLYMOUTH TUBE COMPANY;
13   QUIKLINE DESIGN AND MANUFACTURING
     COMPANY; RAHNS SPECIALTY METALS,
14   INC.; ROHM & HAAS COMPANY, SIMON
     WRECKING COMPANY, INC.; TECHALLOY
15   COMPANY, INC.; THOMAS & BETTS
     CORPORATION; UNISYS CORPORATION;
16   UNITED STATES OF AMERICA
     DEPARTMENT OF NAVY,
17           Defendants.
     _____
18
                      *   *   *   *   *
19            Thursday, December 9, 2004
                      *   *   *   *   *
20
              Transcript in the above matter taken at
21   the offices of Ballard, Spahr Andrews & Ingersoll,
     LLP, Plaza 1000, Main Street, Suite 500, Voorhees,
22   New Jersey, commencing at 10:00 a.m.

23         Certified Shorthand Reporting Services
                     Arranged Through
24            Mastroianni & Formaroli, Inc.
                  709 White Horse Pike
25              Audubon, New Jersey 08106
                     (856) 546-1100
```

```
 1   A P P E A R A N C E S:

 2       BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP
         BY:   MONIQUE M. MOONEY, ESQUIRE
 3       1735 MARKET STREET, 51ST FLOOR
         PHILADELPHIA, PENNSYLVANIA 19103-7599
 4       (215) 864-8248
         ATTORNEYS FOR THE PLAINTIFF
 5


 6       PHELAN, PETTIT & BIEDRZYCKI, ESQUIRES
         BY:   RICHARD C. BIEDRZYCKI, ESQUIRE
 7       THE NORTH AMERICAN BUILDING
         121 SOUTH BROAD STREET, SUITE 1600
 8       PHILADELPHIA, PENNSYLVANIA 19107
         (215) 546-0500
 9       ATTORNEYS FOR THE DEFENDANT
         ASHLAND CHEMICAL COMPANY
10


11       CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
         STEWART & OLSTEIN, ESQUIRES
12       BY:   MELISSA E. FLAX, ESQUIRE
         5 BECKER FARM ROAD
13       ROSELAND, NEW JERSEY 07068-1739
         (973) 994-1700
14       ATTORNEYS FOR THE DEFENDANT
         HANDY & HARMAN TUBE COMPANY, INC.
15


16       LAW OFFICE OF EDWARD FACKENTHAL
         BY:   EDWARD FACKENTHAL, ESQUIRE
17       (Appearing via phone)
         ONE MONTGOMERY PLAZA, SUITE 209
18       NORRISTOWN, PENNSYLVANIA 19401
         (610) 279-3370
19       ATTORNEYS FOR THE DEFENDANT
         NRM INVESTMENT COMPANY
20


21       WOLFF & SAMSON, PC
         BY:   THOMAS W. SABINO, ESQUIRE
22       THE OFFICES AT CRYSTAL LAKE
         ONE BOLAND DRIVE
23       WEST ORANGE, NEW JERSEY 07052-3698
         (973) 530-2044
24       ATTORNEYS FOR THE DEFENDANT
         ADVANCED ENVIRONMENTAL TECHNOLOGY
25       CORPORATION
```

24

```
1         Q.    If you recall sometime later in the
2    deposition any other product lines in 1976 that
3    Ashland had, just let me know.  Okay?
4         A.    Yes.  Most of them would be just the
5    initials.  Most of our products were noted that way,
6    you know, CMPA.
7         Q.    That's fine.
8         A.    DBHMD was one we made for DuPont.
9         Q.    What's that?
10        A.    DBHMD.  And that we made for DuPont.
11        Q.    Do you remember what that stood for?
12        A.    No.
13        Q.    Do you know what DuPont did with that?
14        A.    No.
15        Q.    Were these, to your recollection, the
16   same products that were manufactured in 1977 by
17   Ashland at the Great Meadows facility as well?
18        A.    Most likely.  Most likely, yes, but I
19   can't tell you specifically what was made in '76 and
20   '77, you know, the ones I had mentioned to you were
21   made pretty much over a period of time and chances
22   are they were made in that period.  Phthalide was
23   another one.
24        Q.    And what is phthalide?
25        A.    Again, we made it for a couple of
```

118

```
 1  Harold.
 2       Q.    Do you recall, how -- did you negotiate
 3  the price with AETC for its handling of Ashland
 4  waste?
 5       A.    Harold would have.
 6       Q.    Harold did?
 7       A.    Yes.
 8       Q.    Did he negotiate that price with them?
 9       A.    Oh, mostly John would give us a price
10  and that was it.  If Harold, you know -- I don't know
11  what -- Harold would have met with him separately and
12  whether he said we can't afford this or not, I don't
13  know.
14       Q.    Was -- were there any other terms of the
15  agreement that Ashland had with AETC with regard to
16  its waste disposal, such as identity of the waste
17  hauler, was that discussed?
18       A.    Not to my knowledge, no.
19       Q.    Did you ever discuss with --
20       A.    No.
21       Q.    -- John or anyone else from AETC who
22  would be disposing of the Ashland waste through AETC?
23       A.    Not really.  The only thing, the only
24  thing I would hedge it on would be we were all aware
25  of the hazardous of this stuff so that we would want
```

119

```
 1   to make sure it was handled in the proper truck and
 2   with the proper trained people and whatnot, yes.  But
 3   that would have been the only way we would get
 4   involved with the trucking.  Because of the dangers
 5   involved.
 6        Q.    Right.  Did you discuss those things
 7   with AETC or anyone else?
 8        A.    Yeah, I'm sure I did.  Because we were
 9   all concerned about it, this acid rolling on the
10   road.
11        Q.    So how does that relate to the identity
12   of the waste hauler?  I mean I asked you if you
13   discussed the identity of the waste hauler and you
14   said only insofar as --
15        A.    It was more -- it would really involve
16   the type of equipment to be used.  I have a faint
17   recollection that a couple of the proposed vehicles
18   that would deem it not acceptable.  These trailers
19   were acid hauling trailers.  They were only 3,000
20   gallons because of the weight and everything and as I
21   recall it was a time when they wanted to haul in a
22   regular tanker and we were against it.
23        Q.    Do you know who wanted to haul in a
24   regular --
25        A.    No.
```

120

```
 1         Q.     -- tanker?
 2         A.     No, just a vague recollection of mine.
 3         Q.     Did you personally ever choose a waste
 4   hauler that AETC used for the disposing of Ashland
 5   waste?
 6         A.     I don't know.
 7         Q.     Did you have any relationship whatsoever
 8   with DeRewal or DeRewal Chemical or Environmental
 9   Chemical Control?
10         A.     Absolutely not.
11         Q.     Did Ashland have a direct agreement with
12   DeRewal or DeRewal Chemical or --
13         A.     To the best of my knowledge, no.
14         Q.     Let me finish my question, please,
15   before you answer me because --
16         A.     Sorry about that.
17         Q.     It's okay.
18                Did you discuss with Mr. Leuzarder or
19   anyone else from AETC the qualifications of the waste
20   haulers that would be used to haul Ashland waste?
21   (Objection)   MR. SABINO:   Objection.   You haven't
22   defined what you mean by qualifications.
23   BY MS. MOONEY:
24         Q.     If you understand.
25         A.     Only to the extent that I mentioned
```

121

```
 1   before.
 2       Q.    Type of vehicle?
 3       A.    About the truck, type of vehicle, yes.
 4       Q.    What about knowledge about the chemical
 5   properties of the waste streams, did you discuss that
 6   with AETC?
 7       A.    We certainly made it known, the type of
 8   material it was, how it should be handled.
 9       Q.    Did you communicate to AETC in any way
10   that you wanted the waste hauler it used for its
11   waste or Ashland's waste to be qualified in any
12   particular way, licensed by the state, for example?
13       A.    Licensed by the state, I draw a blank on
14   that one.  But we encouraged them to have the acid
15   handling clothing, goggles and the gloves for
16   handling acids.
17       Q.    Did you ever provide samples of Ashland
18   waste streams to AETC?
19       A.    I'm sure I did.
20       Q.    You're sure you did?
21       A.    Yeah.  On more than one occasion.
22       Q.    Was there -- were there special safety
23   concerns with providing samples of the CDN spent acid
24   waste?  Was it difficult to provide a sample of that?
25   (Objection)   MR. SABINO:  Objection, compounded.
```

122

```
 1   What do you mean by special?
 2              THE WITNESS:  I don't understand the
 3   question.
 4   BY MS. MOONEY:
 5       Q.    Okay.  Did you ever, to your knowledge,
 6   did you ever provide a sample of the CDN spent acid
 7   waste to AETC?
 8              MR. SABINO:  Asked and answered.
 9              THE WITNESS:  Oh, I'm sure I did.
10   BY MS. MOONEY:
11       Q.    Do you know -- well, why did you do
12   that?
13       A.    Well, they had to know what they're
14   handling.  Wouldn't be too bright if they took it
15   without looking to see what it is.
16       Q.    Would your laboratory have been in
17   charge of obtaining that sample for them?
18       A.    More likely I might have gotten them a
19   sample, Jake Young from the shipping department might
20   have gotten them a sample and the lab might have
21   gotten them a sample.
22       Q.    Did you in your agreement with AETC
23   discuss the amount of waste that they would be
24   disposing of for Ashland?
25       A.    I don't know specifically.  It's a hard
```

123

```
 1    one to answer.
 2         Q.    How about the frequency of pickups, did
 3    you discuss that?
 4         A.    Well, only in that they were aware of
 5    about how much of that acid was generated, that was
 6    no secret, so they certainly knew that we had the
 7    potential to generate two loads a day.
 8         Q.    In your agreement with AETC for the
 9    disposal of Ashland waste, did you talk about the
10    site of disposal of the waste?
11         A.    I'm sure we did, yes.
12         Q.    Do you recall any discussions about
13    that?
14         A.    No.
15         Q.    Do you recall the disposal site that
16    was, that was there -- strike that.
17               Do you know the name of any disposal
18    sites that Ashland and AETC agreed that the Ashland
19    waste would be disposed of?
20         A.    I believe Modern Transportation was one.
21    In Kearney.  And I'm not sure of the other sites.
22    Initially it was Kin-Buc and when that closed out
23    they searched for others.
24         Q.    When -- in the time that Ashland's waste
25    was going to Kin-Buc and Leuzarder was, I guess,
```

127

```
 1  acid would go here.
 2       Q.    Did AETC ever tell you that the waste
 3  that it handled for you would be disposed of legally?
 4       A.    Is that a loaded question?
 5  (Objection)   MR. SABINO:  Objection to the question.
 6  You haven't defined what legally means.
 7  BY MS. MOONEY:
 8       Q.    Do you understand my question?
 9       A.    He never told me that it would be
10  disposed of illegally.
11       Q.    What I'm trying to get at, did he ever
12  make a representation that AETC would make sure that
13  your waste was disposed of legally?
14       A.    That was understood.
15       Q.    Okay, fair enough.
16             Did AETC ever tell you that it would
17  take certain, any steps to insure that your waste was
18  handled properly?
19  (Objection)   MR. SABINO:  Objection to the use of
20  the word property.
21             THE WITNESS:  Spell that out.
22  BY MS. MOONEY:
23       Q.    Did AETC ever tell you that it would
24  be -- strike that.
25             What did -- did AETC ever describe the
```

128

```
 1   oversight it had over the haulers that it used for
 2   Ashland's waste?
 3   (Objection)   MR. SABINO:  Objection.
 4               THE WITNESS:  I don't recall.
 5   BY MS. MOONEY:
 6       Q.    Okay.  Do you recall the name
 7   Wissinoming?
 8       A.    Yes.
 9       Q.    And how do you recognize that?
10       A.    Had to jog my memory, yeah.
11       Q.    How do you recognize that name?
12       A.    Well, it's apparently the name of the
13   site in Philadelphia where the acid was being
14   disposed of.
15               MR. BIEDRZYCKI:  Was being what, where
16   the acid was being disposed of did you say?
17               THE WITNESS:  Yeah.
18               MR. BIEDRZYCKI:  Okay.
19   BY MS. MOONEY:
20       Q.    Did you ever visit the Wissinoming site?
21       A.    Yes, one time.
22       Q.    Can you describe how that visit came
23   about?
24       A.    Yeah, I asked John to let me see this
25   facility and it took a while before he did let me go
```