# EXHIBIT 3

*J. Minott*
*K. Schumber*
*V. Starkey*
*A. Sullivan*

**ADVANCED ENVIRONMENTAL TECHNOLOGY, INC.**
**THE ENVIROTECH COMPANY**

P. O. Box 152 ● Milltown, New Jersey 08850 ● (201) 238-0020

016084

August 3, 1976

Mr. Art Curley
Plant Manager
Ashland Chemical Co.
Alphano Road
Great Meadows, New Jersey 07838

Dear Art,

"Enviro-tech" is pleased to provide pricing on your various waste streams as described. We and the firms we represent offer the following (fully state approved) services:

A) Waste destruction - Thermal Oxidation
B) BTU Recovery - Solvent-fuel program
C) Waste processing- acid neutralization, Industrial waste water treatment etc.
D) Declamation - metals etc.
E) Resale of materials.

"Enviro-tech's" licensed haulers certifications are - Public Utility Commission - 7011R-61, and D.E.P. - N.J.B.S.W.M. 02456003. We have attached a certificate of insurance (1.3 million dollar umbrella coverage) for your files.

All materials handled by "Enviro-tech" will be processed or destroyed at approved sites under their individual permit numbers. Materials for BTU recovery, reclamation or resale are not required to conform to Chapter 8 requirements and we will be happy to discuss these facilities with you. <u>Please note</u> that all following prices must be confirmed after one trial load of each stream.

<u>Bulk Streams</u>

A) Mixed acid -CDN (Code number AC-MA-1) Concentrated containing 83% $H_2SO_4$, 3.5% $HNO_3$, 10% $H_2O$ with organics including 1-2% CMB.
    <u>Price</u>: 47¢/gallon x 2850 gal = $1339.50 per load.

B) Water layer - CDN (Code AC-WL-2) Aqueous stream containing phosphates, organics etc., C.O.D. - 17,983 --- 5000 gal. per load.
    <u>Price</u>:
    a) Aqueous treatment at Modern Transportation, South Kearny - 19.5¢/gal. x 5000 gal = $975.00/load.
    b) As lime slurry - make up water at Environmental Control, Philadelphia, Pa. - 9.5¢/gal. x 5000 gal.= $475.00/load.

C) Dye Mother Liquors (Code AC-ML-3) Aqueous containing miscellaneous polymers, salts, acetates, sulfates, amines etc. (P-154, P-153, DNTA, 4 NITRO ML, NPD, NDAPA, P-109)
    <u>Price</u>:
    a) Aqueous treatment - Modern; 17¢/gal. x 5000 gal. - $850.00/load.
    b) As lime slurry make-up - E.C.C.; 9.5¢/gal. x 5000 gal.= $475.00/load.

EXHIBIT

Curley-1

12-9-09   *Car*

ASHL00002

016085

## THE ENVIROTECH COMPANY

P. O. Box 152 ● Milltown, New Jersey 08850 ● (201) 238-0020

D) Solvent Wastes - (Code AC-SW-4) including ammonium benzoate M.L. (93% methanol, 7% ammonium benzoate) etc. - 5500 - 6000 gal. per load.
Price:10¢/gal. x 5500 gal. = $550.00/load.

E) Phthalide acid layer (Code AC-PA-5), 1.5% $H_2SO_4$, 32% $Na_2SO_4$ approximately 4000 gallons per load.
Price:17.5¢/gal. x 4000 gal. = $700.00/load.

F) Aluminum Chloride - Dipan water layer (Code AC-AC-6) 14% $ALCL_3$, 1% HCL, 3% $ALSO_4$, 10% Polymer and water - 9.4 lbs./gallon.
Price: To be quoted upon request.

Drum Wastes (80 drum load requested where possible)
A) Phthalide acid (Code AC-PA-5D)        $25.00/drum
B) Drummed liquids (pourable) including:
   1) solvents (Code AC-S-7D)      $9.00/drum
   2) Dye Mother Liquors(AC-ML-3D) $9.00/drum
C) Drummed solvents pumped with vacuum truck. Require 45 drums for pumping. Ashland to assist driver in removing bungs etc.(drums to remain property of Ashland)$7.00/drum
D) Drummed solids and non-pourable semi-solids including:
   1) Diphynlacetonitrile - Tar (non-flammable)
      (Code - AC-DT-8D)          $14.50/drum
   2) Toluene residues - Tar (Code AC-TR-9D)
                                 $14.50/drum

E) Miscellaneous materials in drums including:
   1) Phenolic resins
   2) CDN - acid
   3) Zink oxide
   4) Other toxic, alkaline or acids etc. to be quoted upon request.

We are prepared to begin servicing Ashland upon notice to proceed.
I am "on call" to assist as necessary.

Sincerely,

John Leuzarder

ASHL00003