# EXHIBIT 4

Case 2:02-cv-03830-LDD    Document 296-8    Filed 03/14/2008    Page 1 of 2

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CARRIER'S NO

NAME OF CARRIER -/-7 DELIVERING CARRIER

ORDER NO

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ROUTE | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS N.J. | OCO | DATE OF ORDER / /

ADVANCED ENVIROTECH CO.

CUSTOMER ORDER & REQ. NO. | F O B | FREIGHT 1-PPD 2-COLL | SHIP CODE TC 1 LTL 2 | [redacted] | DATE SHIPPED 8/9/76 | [redacted] | REQUESTED SHIP DATE

FOB: 1-SHIPPING POINT 2-DESTINATION 4-PRODUCING PLANT 5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

If charges are to be prepaid, write or stamp here "To be Prepaid."

COLLECT

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per

(The signature here acknowledges only the amount prepaid.)

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid From CBN | | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | | |
| | | APPROX 2,850 Gallons APPROX 44,000 lbs | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C. REG

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______**

(THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000# LBS SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER)

ASHLAND CHEMICAL COMPANY, Shipper    Agent

Per [signature]    Per ADVANCED ENVIROTECH COMPANY

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

† In intrastate consignment, then the provisions hereof shall be subject to the laws of Texas or provisions not expressly restricted by such laws shall be applicable to this shipment.

‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Department of Transportation.

"This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled and are in proper

ASHL00005