# EXHIBIT 5

ADVANCED ENVIRONMENTAL TECHNOLOGY, INC.
THE ENVIROTECH COMPANY

P. O. Box 152 ● Milltown, New Jersey 08850 ● (201) 238-0020

August 3, 1976

Mr. Art Curley
Plant Manager
Ashland Chemical Co.
Alphano Road
Great Meadows, New Jersey 07838

Dear Art,

"Enviro-tech" is pleased to provide pricing on your various waste streams as described. We and the firms we represent offer the following (fully state approved) services:
A) Waste destruction - Thermal Oxidation
B) BTU Recovery - Solvent-fuel program
C) Waste processing- acid neutralization, Industrial waste water treatment etc.
D) Declamation - metals etc.
E) Resale of materials.

"Enviro-tech's" licensed haulers certifications are - Public Utility Commission - 7011R-61, and D.E.P. - N.J.B.S.W.M. 02456003. We have attached a certificate of insurance (1.3 million dollar umbrella coverage) for your files.
All materials handled by "Enviro-tech" will be processed or destroyed at approved sites under their individual permit numbers. Materials for BTU recovery, reclamation or resale are not required to conform to Chapter 8 requirements and we will be happy to discuss these facilities with you. Please note that all following prices must be confirmed after one trial load of each stream.
Bulk Streams
A) Mixed acid -CDN (Code number AC-MA-1) Concentrated
DR    containing 83% $H_2SO_4$, 3.5% $HNO_3$, 10% $H_2O$ with organics including 1-2% CMB. .4473 ¢/GAL                 REV 8/9 $1275.00
    Price:  47¢/gallon x 2850 gal = $1339.50 per load.
B) Water layer - CDN (Code AC-WL-2) Aqueous stream containing phosphates, organics etc., C.O.D. - 17,983 --- 5000 gal. per load.
    Price:
    a) Aqueous treatment at Modern Transportation, South Kearny - 19.5¢/gal. x 5000 gal = $975.00/load.
    b) As lime slurry - make up water at Environmental
DR    Control, Philadelphia, Pa. - 9.5¢/gal. x 5000 gal.= $475.00/load.    .0875 ¢/GAL
C) Dye Mother Liquors (Code AC-ML-3) Aqueous containing miscellaneous polymers, salts, acetates, sulfates, amines etc. (P-154, P-153, DNTA, 4 NITRO ML, NPD, NDAPA, P-109)
    Price:
    a) Aqueous treatment - Modern; 17¢/gal. x 5000 gal. = $850.00/load.
    b) As lime slurry make-up - E.C.C.; 9.5¢/gal. x 5000 gal.=
DR  $475.00/load.                      8/3/4 d


DEPOSITION
EXHIBIT
EXHIBIT# Leuzander-4
DATE 11/29/04  REP. LDF

AETG176

THE ENVIROTECH COMPANY

P. O. Box 152 ● Milltown, New Jersey 08850 ● (201) 238-0020

    D) Solvent Wastes - (Code AC-SW-4) including ammonium benzoate M.L. (93% methanol, 7% ammonium benzoate) etc. - 5500 - 6000 gal. per load.
        Price:10¢/gal. x 5500 gal. = $550.00/load.
    E) Phthalide acid layer (Code AC-PA-5), 1.5% $H_2SO_4$, 32% $Na_2SO_4$ approximately 4000 gallons per load.
        Price:17.5¢/gal. x 4000 gal. = $700.00/load.
    F) Aluminum Chloride - Dipan water layer (Code AC-AC-6) 14% $ALCL_3$, 1% HCL, 3% $ALSO_4$, 10% Polymer and water - 9.4 lbs./gallon.
        Price: To be quoted upon request.

    Drum Wastes (80 drum load requested where possible)
    A) Phthalide acid (Code AC-PA-5D)    $25.00/drum
    B) Drummed liquids (pourable) including:
        1) solvents (Code AC-S-7D)    $9.00/drum
        2) Dye Mother Liquors (AC-ML-3D) $9.00/drum
    C) Drummed solvents pumped with vacuum truck. Require 45 drums for pumping. Ashland to assist driver in removing bungs etc.(drums to remain property ofAshland)$7.00/drum
    D) Drummed solids and non-pourable semi-solids including:
        1) Diphynlacetonitrile - Tar (non-flammable)
        (Code - AC-DT-8D)    $14.50/drum
        2) Toluene residues - Tar (Code AC-TR-9D)
            $14.50/drum
    E) Miscellaneous materials in drums including:
        1) Phenolic resins
        2) CDN - acid
        3) Zink oxide
        4) Other toxic, alkaline or acids etc. to be quoted upon request.

    We are prepared to begin servicing Ashland upon notice to proceed.
    I am "on call" to assist as necessary.

        Sincerely,

        John Leuzarder

AETC177

ADVANCED ENVIRONMENTAL TECHNOLOGY CORP., INC.
THE ENVIROTECH CO."

P. O. Box 152 ● Milltown, New Jersey 08850 ● (201) 238-0020

August 16, 1976

Mr. Art Curley - Plant Manager
Ashland Chemical Corporation
Alphano Road
Great Meadows, New Jersey  07838

Dear Art,

    "Enviro-tech" is pleased to offer reduced pricing on <u>two</u> items covered in our quote of August 3, 1976 as follows.

Bulk Streams
A) Mixed Acid - CDN (Code AC-MA-1)
   <u>Price:</u>   0.4473¢/gal. x 2850 gal   = $1275.00 per load

E) Water layer - CDN (Code AC-WL-2)
   <u>Price:</u>   As lime slurry make-up water at Environmental Chemical Control, Philadelphia, Pa. - .0875¢/gal. x 5000 gal.  = <u>$437.50 per load.</u>


We look forward to a good continuing relationship.

Sincerely,

John Leuzarder

Hauler P.U.C. License # 7011R-61
D.E.P. # N.J.B.S.W.M. 02456003

AETC178

# ADVANCED ENVIRONMENTAL TECHNOLOGY CORP. INC.
## "THE ENVIROTECH CO."

P. O. Box 152 ● Milltown, New Jersey 08850 ● (201) 238-0020

August 16, 1976

Mr. Art Curley - Plant Manager
Ashland Chemical Corporation
Alphano Road
Great Meadows, New Jersey  07838

Dear Art,

"Enviro-tech" is pleased to offer reduced pricing on two items covered in our quote of August 3, 1976 as follows.

Bulk Streams
A) Mixed Acid - CDN (Code AC-MA-1)
   Price:   0.4473¢/gal. x 2850 gal   = $1275.00 per load

B) Water layer - CDN (Code AC-WL-2)
   Price:   As lime slurry make-up water at Environmental Chemical Control, Philadelphia, Pa. - .0875¢/gal. x 5000 gal.  = $437.50 per load.

We look forward to a good continuing relationship.

Sincerely,

John Leuzarder

We look forward to a good continuing relationship.

Hauler P.U.C. License # 7011R-61
D.E.P. # N.J.B.S.W.M. 02456003

AETC179

September 28, 1976

Mr. Art Curley - Plant Manager
Ashland Chemical Corp.
Alphano Rd.
Great Meadows, N.J.   07838

Dear Mr. Curley,

We are pleased to quote on the extension of our service to
cover a one year contractual period for the neutralization
and distillation of approximately fourteen (14) million pounds
of Mixed Acid - CDN (our code number AC-MA-1).

Our current processing of this material is primarily through
controlled dilution and neutralization with lime.  We feel,
however, that this "disposal" method neglects the potential
of the waste stream for reuse of the Nitric and Sulfuric
acids which constitute it.

We, therefore, propose to offer to Ashland Chemical economic
advantages by installing (with our associate Co. - Environmental
Chemical Control, Inc.) acid distillation equipment for de-
nitrification.  The constituent acids containing organics will
then be used in ore extraction.  A.E.T.C. will work to provide
sufficient markets for the material to maintain the economic
structure of our proposal.  A.E.T.C. and Environmental Chemical
Control reserve the right to confidentiality on all markets
for this material, but will reflect improved economics back to
Ashland Chemical should on-going market conditions warrant.

The utilization of this approach insures Ashland that changing
Environmental Regulations on disposal of materials will not
affect the contract.  The material is no longer a "waste material".
Our proposal does assume, however, that the mono nitrated
organic contaminate in the sulfuric acid will not create
problems in reuse.

Until such time as an agreement is finalised between A.E.T.C.
and Ashland we will continue to provide our present services
at the established price of $.4473/gallon.  We can handle up
to two (2) loads per day of your material on an ongoing basis
at our neutralization facilities.

AETC180

-2-

We will install distillation equipment upon receipt of a mutually satisfactory contractual commitment from Ashland for handling all acid produced over a twelve (12) month period (based on a tentative figure of 14 million pounds production). Safeguards must be built into a contract to protect A.E.T.C. and Environmental Chemical Control's investment.

Details:

A)  Equipment Requirements – A.E.T.C. and E.C.C. will install all necessary stainless steel equipment including still, condenser, nitric acid cooling and storage equipment, pumps, bulk storage tanks, heater, piping, controls, and electrical.

B)  Plant Location – This will be at the Wissinoming Industrial Park, Tacony & Comly Streets, Philadelphia, Pa.

C)  Equipment operation date – A.E.T.C. and E.C.C. expect to begin operating the distillation equipment in 4 to 8 weeks from contract date.  We can handle 8000-9000 gallons per day.

D)  Depreciation of the Equipment – Will be over a one year period which is normal for acid distillation equipment, due to the high corrosion and maintenance requirments. The investment to set-up the foregoing described equipment (not including land, operation, maintenance costs, etc.) will be about $46,000.00. This figure is attractive since we have some unused tankage and excellent pricing on a used still.

Pricing:

A)  The existing price on acid neutralisation will held at $.4473/gallon until the distillation equipment is in use.

B)  Acid Distillation – Tentative marketing surveys show that there is a good market in the ore extraction industry, however, the large quantity of material will require additional markets be developed.  In addition the fact that the Sulfuric will contain organic contaminates does restrict the selling price and marketability and will require that surplus material be given away.

All things considered we are confident that the following price is realistic and will cover our costs for an one year period, assuming that no legal restrictions on the resale of material containing the mono nitrated organics takes place.  Should

-3-

improved economic conditions warrent we will provide, at our discretion, reduced prices to Ashland.

Our price to Ashland will be ------------------$.37/gallon.

(2850 gal. X $.37 = $1054.50)

We look forward to discussing the foregoing in detail and look forward to a good continuing relationship.


Sincerely,


John B. Leuzarder
Technical Service Rep.

AETC182



**Ashland Chemical Company**

DIVISION OF ASHLAND OIL, INC.

CHEMICAL PRODUCTS DIVISION • ALPHANO ROAD • GREAT MEADOWS, NEW JERSEY 07838 • (201)-637-4101

October 26, 1976

John Leuzarder
Advanced Environmental Technology
97 W. Hanover Avenue
Randolph, N. J.  07801

Dear John:

We have determined in our laboratory that our spent acid
has a freeze point of -10°C (14°F).

Please convey this information to Fred.

Very truly yours,

Arthur T. Curley
Plant Manager

ATC:aa

AETC183

## A G R E E M E N T

THIS AGREEMENT made this    day of           , 1976 by and between ADVANCED ENVIROMENTAL TECHNOLOGY, INC., 97 West Hanover Avenue, Randolph, N. J.  07801 (hereinafter called "AETC" or "Contractor") and ASHLAND CHEMICAL COMPANY, Division of Ashland Oil, Inc., (hereinafter called "Ashland").

## W I T N E S S E T H

The PARTIES HERETO mutually covenant and agree as follows:

1.  The Contractor shall, as requested by the Plant Manager of Ashland's Plant located in the town of Great Meadows, County of Warren, State of New Jersey (hereinafter called "Plant") furnish and pay for all material, labor, power, equipment, transporation and all other items necessary to remove and properly dispose of certain chemical waste materials generated by the Plant including a blend of sulfuric and nitric acids.  The Ashland Plant Manager shall specify which chemical waste materials Contractor is to remove which shall be agreeable to the Contractor.

2.  Contractor shall secure all permits and licenses necessary for the accomplishment of the work to be done hereunder and shall comply with all local, state or federal laws, guidelines and regulations concerning the handling and disposal of such chemical waste materials.  Contractor will furnish to Ashland true copies of the aforementioned permits and licenses upon written request by Ashland prior to beginning the work.

AETC184

3.  The aforesaid work will be performed in a good and workmanlike manner by qualified, careful, experienced and efficient workers in strict conformity with the best standard practices with all legal requirements.

4.  In consideration for the Contractor undertaking and performing the work to be done hereunder, Ashland, agrees that all materials removed will become the property of the Contractor. Title to the material removed and risk of loss will pass to the Contractor upon completion of loading of the materials, IN AN "AS IS WHERE IS" CONDITION WITHOUT ANY WARRANTY OR REPRESENTATION WHATSOEVER (EXPRESSED OR IMPLIED) AS TO CONDITION OR FITNESS FOR ANY PURPOSE.  Ashland also agrees to pay to the Contractor such sums as are specified on the Rate Schedule attached hereto and made a part hereof.

Notwithstanding the forgoing, Ashland, acknowledges responsibility for the proper identification, packaging and labeling of the chemical materials herein in compliance with applicable Federal, State and Local Laws or regulations (D.O.T., etc.) and shall indemnify AETC for all claims or liabilities resulting from their non-compliance or mis-compliance with the aforesaid laws or regulations.

5.  It is agreed that the Contractor is an independent contractor for the performance of all work undertaken under this Agreement and for the accomplishment of the desired result, and that Ashland is to exercise and have no control whatsoever over the methods and means of such accomplishment, except that the Contractor, while on the property of Ashland, shall observe rules

AETC185

and regulations required by Ashland with respect to smoking, and other sources of vapor ignition and shall exercise due care and diligence to perform the work and to prevent any damage to property of Ashland or injury to persons including Ashland's Employees.

6. Contractor agrees to comply with the Federal Social Security Act, the State and Federal Unemployment Insurance Acts, the Wage and Hour Laws, any and all applicable Sales, Use and Gross Receipts Tax Laws and Regulations and all other laws and regulations; and the Contractor assumes exclusive liability for the reporting and payment of any and all contributions and taxes required thereby.

7. Each party agrees to indemnify and save harmless the other against and from any and all liabilities, losses, damages, costs, expenses (including reasonable attorney's fees), causes of action, suits, claims, and demands for judgments of any nature whatsoever a party may sustain as a result of the failure of the other party to comply with the provisions of this Agreement or resulting from or arising out of any negligent acts or omissions of the other party, its employees, and subcontractors in the performance of the work herein specified.

8. Contractor further agrees at his own expense to procure and keep in force insurance listed below and to furnish to Ashland certificates by a carrier acceptable to Ashland upon request. All certificates of insurance must be attested by a duly authorized representative of the Insurance Company and contain a statement that the insurance shall not be cancelled with-

AETC186

out ten (10) days written notice to the Insurance Division of
Ashland at 1409 Winchester Avenue, Ashland, Kentucky:

    (A)   COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE:

        The Contractor shall take out and maintain during
the life of this contract Workmen's Compensation
and Employer's Liability Insurance complying with
all statutory provisions for all of its employees
to be engaged in work under this contract.

    (B)   BODILY INJURY LIABILITY AND PROPERTY DAMAGE
LIABILITY INSURANCE:

        The Contractor shall take out and maintain during
the life of this contract, such Bodily Injury
Liability and Property Damage Liability Insurance
as shall protect it from claims for damages for
personal injury, including accidental deaths, as
well as from claims for property damage, which may
arise from Contractors negligent operations under
this contract, whether such operation be by itself
or by any subcontractor or by anyone directly or
indirectly employed by either of them, and the
amounts of such insurance shall not be less than:

    (1) Bodily Injury Liability Insurance, in an amount
not less than $100,000.00 for injuries, including
wrongful death to any one person, and subject to
the same limit for each person in an amount not
less than $300,000.00 on account of one accident.

    (ii) Property Damage Insurance in an amount not less

AETC187

than $100,000.00 for damages on account of any
one accident.

9.  If the work is unreasonably delayed, or any of the
conditions of the Agreement are being willfully violated or exe-
cuted carelessly, then Ashland or its representatives may notify
the Contractor in writing and request that he immediately remedy
the deficiency or delay; and, if the same shall not be remedied
within forty-eight (48) hours of notice being received then Ashland
may without prejudice to any other right or remedy terminate this
Agreement.

*delete*

.  If within one week of being notified of the readiness
of a given shipment of chemical wastes AETC does not remove the
shipment or if any work is unreasonably delayed or any of the
conditions of the Agreement are being willfully violated or ex-
ecuted carelessly, then Ashland or its representatives may notify
AETC in writing and request that AETC immediately remedy the
deficiency or delay, and, if the same shall not be remedied within
forty-eight (48) hours of notice being received, then Ashland
may, without prejudice, employ any other contractor or person to
remove any or all of the quanity of waste material in the afore-
said order.

10.  The Contractor shall cooperate fully with Ashland
in performing the work to be done hereunder and shall NOT interfere
with other operations at Ashland's Plant.

11.  The terms, provisions, covenants, or conditions herein
contained shall control in the event of any conflict with any pro-
vision, term, covenant, or condition in any other document executed

between the parties. This Agreement constitutes the entire agreement between the parties and no addition to or modification of any of the provisions shall be binding unless made in writing and signed by a duly authorized representative of Ashland and Contractor.

12. Ashland acknowledges and recognizes that AETC will incur and sustain substantial capital equipment costs so that AETC can more properly preform its duties with respect to the distilling of the blend of sulfuric and nitric acids under this agreement. In further consideration of this Agreement and of AETC's promise to make the said investment Ashland shall, for a minimum period of six months from the date hereof, utilize the services of AETC exclusively for the disposal of any of its wastes containing sulfuric or nitric acids or blends of these two in accordance with the price quotes, annexed hereto as Exhibit A. Ashland acknowledges that it is required to use the sole services of AETC with respect to the disposal of its sulfuric and nitric acid wastes for this minimum period regardless of Ashland's ability subsequent to the date of signing to obtain a better price quotation then that set forth in Schedule A.

Ashland further agrees that subsequent to the expiration of this initial six (6) months period but prior to the expiration of this Agreement it will grant AETC the right of last refusal to meet any valid bid or price quotation with respect to the removal of any sulfuric or nitric acid blends by any other contractor. Ashland shall submit, in writing, all such other bids or quotations

AETC189

from other contractors to the offices of AETC and in the event
that AETC cannot or will not meet the submitted bid or price within
thirty (30) days of its submission then Ashland may terminate this
agreement in whole or in part.

13.   Subject to the non-cancellation provisions of
paragraph 12 concerning sulfuric and nitric acid blends, this
Agreement may be terminated by the Contractor or Ashland at any
time by the delivery of written notice of the terminating party's
intention so to terminate at least thirty (30) days prior to the
effective date of such termination; provided, however, that any
such termination shall not release either party from any of its
obligations hereunder accruing prior to the effective date of
termination.

WITNESS THE following signatures as of the day and year
first above written.

ADVANCED ENVIROMENTAL TECHNOLOGY, INC.        ASHLAND CHEMICAL COMPANY,
                                              DIVISION OF ASHLAND OIL,

By:_____                  By:_____


Title:_____                  Title:_____
        Authorized Representative

AETC190

*superseded*

April 19, 1977

Art Curley
Plant Manager
Alphano Road
Great Meadows, New Jersey 07838

Dear Art:

Confirming our conversation of Tuesday.

Prices for disposal and trucking of your water streams follow:

Materials are to be used as lime make-up water at Modern Transportation
South Kearny New Jersey.

A)  CDN Waste Water

   14¢ per gallon plus $250.00 freight (trucking by modren) based on
   5500 gallon load.

B)  Dye Waste Water

   11¢ per gallon plus $250.00 freight (trucking by modren) based on
   5500 gallon load.

Marginal quality storage facilities for acid are available at:

   Cramer Oil Company
   Rt 46
   Pequest, New Jersey
   Peter Kero Owner  #347-2414 or 453-2141

Cramer apparantly has approximately 1.75 million gallon capacity, tanks
however will require cleaning and may not be diked.

Note that we would like additional samples of your CDN water and Dye water
(3-1 quart samples of each) for various other disposal alternatives we're
persuing.

We are prepared to handle your waste solvents on request.

Keeping our fingers crossed-----we're "on call".

                                             Sincerely

                                             John Leuzarder

                                             AETC191

**ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.**
97 West Hanover Avenue
Randolph, New Jersey 07801
(201) 895-2028

May 27, 1977

Mr. Art Curley
Ashland Chemical Company
Alphano Road
Great Meadows, New Jersey

Dear Art:

We have sharpened our pencils on your C.D.N. waste water and Dye
Water.  Our quote follows, it is based on reduced costs of freight
and disposal.

Our trucker has full State approval for hauling waste and is register-
ed with the D.E.P.- N.J. B.S.W.M.

Prices:

    A] DYE WATER ( DISPOSAL AT MODERN TRANSPORTATION - South Kearny )

        Price per gallon disposal-------------0.13 ¢ /gal.
        5500 gallons  X 0.13 ¢-------------$715.00/ load
        Freight Charges--------------------$150.00/load

    B] C.D.N. WASTE WATER ( DISPOSAL AT MODERN TRANSPORTATION)

        Price per gallon disposal-------------0.105 ¢/gal.
        5500 gallons  X  0.105 ¢----------$577.50/load
        Freight Charges--------------------$150.00/load

The above should save Ashland Chemical Comapny some money.  We would
like to continue to service these streams and are working hard to
find interesting alternatives for your acid disposal.

If you have any questions or require further information in this matter
please feel free to call me.  I am " on call" to assist you in any way
possible.

Very Truly yours,

John B. Leuzarder
Technical Representative

JBL/jmd

**AETC192**

**D.E.P. #N.J.B.S.W.M. 5238A**

**ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.**
97 West Hanover Avenue
Randolph, New Jersey 07801
(201) 895-2028

June 21, 1977

Mr. Clarence Kroblauch
Ashland Chemical
Meadow Road                              RE:  Hazardous Chemical
Fords, New Jersey                             Disposal Services

Dear Mr. Kroblauch:

You are probably satisfied with your present lab chemical waste hauling con-
tractor.

We'll bet, however, that the extra services offered by Advanced Environmental
Technology Corp. (at about the same prices you are paying for disposal only)
will obsolete anything you are used to.  A.E.T.C. provides as part of our
standard services:

    1)  In-plant seminars for your lab and operations personnel on categori-
zation, labeling, handling and safety of hazardous materials.

    2)  Full D.O.T. consulting service to assist in conforming to the new
July 1, 1977 regulations.

    3)  Trained technical personnel to classify and package your hazardous and
non-hazardous chemicals.

    4)  All necessary D.O.T. shipping containers (D.O.T. 17E, 17H, 15A, 1A, 12A,
12B, 33A, etc.), packing materials, labels, bill of ladings, disposal certifica-
tions and we come fully equipped with safety gear (including Scott Packs, fire
suits, respirators, fire extinguishers, etc., etc.).

    5)  Disposal -- fully approved by State and Federal Agencies, include:
a) incineration; b) metal recovery; c) neutralization; d) b.t.u. recovery;
e) class A chemical landfill; f) biological and chemical treatment; g) recovery.

    6)  A Chemical Emergency Response Vehicle to service lab problems.

Our 40 plus customers include research firms, chemical manufacturers, pharma-
ceutical companies and universities.  (References available upon request).

We would like to meet you to provide a quotation and to explain our exceptional
approach to our industry.

                              Sincerely,

                              ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.

                              John B. Leuzarder
                              Technical Representative

JBL:rfs

AETC193

D.E.P. #N.J.B.S.W.M.5238A

**ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.**
97 West Hanover Avenue
Randolph, New Jersey 07801
(201) 895-2028

July 27, 1977

Mr. John Wengryn, Jr.
Modern Transportation
75 Jacobus Avenue
South Kearny, New Jersey 07032

Dear John:

Ashland Chemical Company, Great Meadows has two additional streams coming up (late August) which we would like you to consider and price. Hauling will be done by R & R Sanitation.

No samples are available yet but will be forthcoming, based on your preliminary findings.

Stream #1:

| | | |
|---|---|---|
| 50% | - | Phosphorous, Sulfuric Acid |
| 50% | - | Water |
| Trace | - | Organic impurities |
| Density | - | 11-1/2 pounds per gallon |
| Quantity | - | One 3800 gallon load per week |
| Trailer | - | Rubber lined |

Stream #2:

| | | |
|---|---|---|
| 96 to 97% | - | Anhydrous Acetic Acid Mother Liquor |
| 1 to 2% | - | Trichloroaniline |
| 2% | - | HCL dissolved |
| Density | - | 9 pounds to gallon |
| Quantity | - | 5000 gallons every two weeks |
| Trailer | - | Rubber lined |

We hope the foregoing provides sufficient data to evaluate the feasibility of handling and price.

I am "on call" to assist as necessary.

Very truly yours,

John B. Leuzarder

JBL:rfs
cc:  Mr. Seymor Rosenfarb
     R & R Sanitation
     Box 422 - RD #4
     Dover, New Jersey 07801

AETC194
D.E.P. #N.J.B.S.W.M.5238A

# Certificate of Insurance

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES LISTED BELOW.

**acord**

NAME AND ADDRESS OF AGENCY

Robert E. Bill Associates, Inc.
100 Broad Hollow Road
Farmingdale, NY 11735

NAME AND ADDRESS OF INSURED

Advanced Environmental Technology
Corp.
97 West Hanover Avenue
Randolph, NJ 07801

### COMPANIES AFFORDING COVERAGES

| | |
|---|---|
| COMPANY LETTER **A** | Insurance Co. of North Amer. |
| COMPANY LETTER **B** | |
| COMPANY LETTER **C** | |
| COMPANY LETTER **D** | |
| COMPANY LETTER **E** | |

This is to certify that policies of insurance listed below have been issued to the insured named above and are in force at this time.

| COMPANY LETTER | TYPE OF INSURANCE | POLICY NUMBER | POLICY EXPIRATION DATE | Limits of Liability in Thousands (000) | | |
|---|---|---|---|---|---|---|
| | | | | | EACH OCCURRENCE | AGGREGATE |
| A | **GENERAL LIABILITY**<br>[X] PREMISES—OPERATIONS<br>[ ] EXPLOSION AND COLLAPSE HAZARD<br>[ ] UNDERGROUND HAZARD<br>[X] PRODUCTS-COMPLETED OPERATIONS HAZARD<br>[X] CONTRACTUAL INSURANCE<br>[ ] BROAD FORM PROPERTY DAMAGE<br>[ ] INDEPENDENT CONTRACTORS<br>[ ] PERSONAL INJURY | GAL 373 311 | 10-21-78 | BODILY INJURY $<br><br>PROPERTY DAMAGE $<br><br>BODILY INJURY AND PROPERTY DAMAGE COMBINED 500,<br><br>PERSONAL INJURY | $<br>$<br><br>500, | $<br>$<br><br>500, |
| A | **AUTOMOBILE LIABILITY**<br>[X] COMPREHENSIVE FORM<br>[ ] OWNED<br>[ ] HIRED<br>[ ] NON-OWNED | GAL 373 311 | 10-21-78 | BODILY INJURY (EACH PERSON) $<br>BODILY INJURY (EACH OCCURRENCE) $<br>PROPERTY DAMAGE $<br>BODILY INJURY AND PROPERTY DAMAGE COMBINED 500, | | |
| A | **EXCESS LIABILITY**<br>[X] UMBRELLA FORM<br>[ ] OTHER THAN UMBRELLA FORM | XBC 124 539 | 10-21-78 | BODILY INJURY AND PROPERTY DAMAGE COMBINED | $ 1,000, | $ 1,000, |
| A | **WORKERS' COMPENSATION** and **EMPLOYERS' LIABILITY** | C1 02 05 77 3 | 10-21-79 | STATUTORY<br>$ 100, (EACH ACCIDENT) | | |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES

Cancellation: Should any of the above described policies be cancelled before the expiration date thereof, the issuing company will endeavor to mail **10** days written notice to the below named certificate holder, but failure to mail such notice shall impose no obligation or liability of any kind upon the company.

RECEIVED
NOV 07 1977
Advanced Environmental
Technology Corp.

NAME AND ADDRESS OF CERTIFICATE HOLDER

Ashland Chemical Company
Alphano Road
Great Meadows, NJ 07838
ATT: Jake Young

11-4-77 am
DATE ISSUED

*Robert E. Bill*
AUTHORIZED REPRESENTATIVE

AETC195

ACORD 25 (Ed 2-77)

**ADVANCED ENVIRONMENTAL TECHNOLOGY CORP.**
97 West Hanover Avenue
Randolph, New Jersey 07801
(201) 895-2028

*December 28, 1977*

Mr. Art Curley
Ashland Chemical Company
Alphano Road
Great Meadows, New Jersey 07838

Dear Mr. Curley:

A.E.T.C. is pleased to quote on the trucking and disposal of your waste Acetic (80%) and Hydrochloric Acid Solution. The material will be disposed of at Modern Transportation.

Price for Services

Acid Solution (Acetic and HCL)--------------------$  .18/gallon
Freight----------------------------------------$ 150.00/load

5500 Gallon Minimum Quantity

Our terms are Net 10 Days.

All prices subject to change on thirty (30) days written notice.

We provide one (1) hour free truck loading time. Should customer delays extend our visit, additional demurrage will be billed at $7.50 per quarter hour.

Sincerely,

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORP.

Robert W. Landmesser
Technical Representative

RWL:rfs

AETC196

D.E.P. #N.J.B.S.W.M. 5238A