# EXHIBIT 9

Case 2:02-cv-03830-LDD    Document 296-13    Filed 03/14/2008    Page 1 of 5

                                                                401

```
 1              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3                                    CIVIL ACTION NO.
    BOARHEAD FARM AGREEMENT           02-CV-3830
 4  GROUP,                            Judge Legrome D. Davis
              Plaintiff,      Oral Deposition of
 5
         vs.                      MANFRED T. DE REWAL, SR.
 6  ADVANCED ENVIRONMENTAL TECHNOLOGY
    CORPORATION; ASHLAND CHEMICAL
 7  COMPANY; BOARHEAD CORPORATION;
    CARPENTER TECHNOLOGY CORPORATION;
 8  CROWN METRO, INC.; DIAZ CHEMICAL
    CORPORATION; EMHART INDUSTRIES,
 9  INC.; ETCHED CIRCUITS, INC.; FCG,
    INC.; GLOBE DISPOSAL COMPANY, INC.;
10  GLOBE-WASTECH, INC.; HANDY & HARMAN
    TUBE COMPANY, INC.; KNOLL, INC.;
11  MERIT METAL PRODUCTS CORPORATION;
    NOVARTIS CORPORATION; NRM INVESTMENT
12  COMPANY; PLYMOUTH TUBE COMPANY;
    QUIKLINE DESIGN AND MANUFACTURING
13  COMPANY; RAHNS SPECIALTY METALS,
    INC.; ROHM & HAAS COMPANY, SIMON
14  WRECKING COMPANY, INC.; TECHALLOY
    COMPANY, INC.; THOMAS & BETTS
15  CORPORATION; UNISYS CORPORATION;
    UNITED STATES OF AMERICA
16  DEPARTMENT OF NAVY,
              Defendants.
17

18              *   *   *   *   *
             Friday, May 9, 2003
19              *   *   *   *   *

20           Transcript in the above matter taken at
    the offices of Ballard, Spahr, Andrews & Ingersoll,
21  LLP, 1735 Market Street, 42nd Floor, Philadelphia,
    Pennsylvania, commencing at 10 o'clock A.M.
22
        Certified Shorthand Reporting Services
23                Arranged Through
           Mastroianni & Formaroli, Inc.
24             709 White Horse Pike
            Audubon, New Jersey 08106
25              (856) 546-1100
```

532

```
 1       A.     No.
 2       Q.     -- a written transcript of that trial?
 3       A.     No.
 4       Q.     Do you remember if in that lawsuit that
 5   we're talking about, if AETC filed a countersuit, a
 6   counterclaim against DeRewal Chemical?
 7       A.     I don't know.  I don't know if they did
 8   or not.
 9       Q.     I just have a few questions, I want to
10   change subjects now with respect to the testimony
11   that you gave this morning to Mr. Doto regarding the
12   conversation that you had with AETC's principals in
13   which you related this morning that you told them
14   that Ashland's waste was going to be disposed of at
15   the Boarhead Farm site.
16              Do you remember that testimony?
17       A.     Yes.
18       Q.     Okay.  Were one or both of AETC's
19   principals, Mr. Landmesser and Mr. Lazarus, were they
20   both present during that conversation?
21       A.     I believe so.  It happened at Boarhead.
22       Q.     Okay.  Was anybody else present during
23   that conversation besides you and these other two
24   gentlemen?
25       A.     Linda Cochran.  I think she was there
```

533

```
 1   while we were talking.
 2       Q.    Anybody else?
 3       A.    There may have been, but I can't recall.
 4       Q.    Okay.  Was anybody from Ashland
 5   present --
 6       A.    No.
 7       Q.    -- during that conversation?
 8       A.    No.
 9       Q.    Was anybody from Diaz Chemical present?
10       A.    No.
11       Q.    All right.  I just want you to take a
12   look at the date on P-47, which is the invoices.
13   I'll help you out here.  It's the invoices to AETC,
14   and it's March and April of 1977.
15       A.    Okay.
16       Q.    Do you see those dates?
17       A.    Uh-huh.
18       Q.    March and April of '77.
19             Did this conversation at the Boarhead
20   Farms when Mr. Landmesser and Mr. Lazarus and Linda
21   Cochran was present when you said where Ashland's
22   waste was going to be disposed of, did it happen
23   before those dates in those invoices?
24       A.    I can only guess that --
25       Q.    That's fine.
```

534

1    A.    I can only guess.  It was warm.

2    Q.    It was warm?

3    A.    Oh, it happened after this.

4    Q.    Okay.  Thanks.

5    A.    Because Mr. Lazarus had brought a rifle
6  which he wanted to zero in on the property.

7    Q.    Okay.  Thank you very much.  I have no
8  further questions?

9    A.    All I recall, he had a contest with
10 Linda Cochran, and she was the better shot.

11 (CONTINUED EXAMINATION OF MR. DE REWAL, SR. BY MR.
12 HARRIS:)

13   Q.    The conversation you were just asked
14 about with Landmesser and Lazarus or whatever his
15 name is, did DeRewal Chemical continue to take
16 Ashland's waste after that conversation took place?

17   A.    Oh, yes.

18   Q.    All right.  I don't have anything
19 further?

20         MR. SABINO:  Thank you.

21         (Testimony concluded.)

22

23

24

25