# EXHIBIT A
# (Part 3 of 4)

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 1

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| 02752 | 68-01-6779 PEI ASSOCIATES, INC. (PEI) | 3610-7 | 08/01/1984 | 23100.87 | 07549 | 09/20/1984 | 1871.70 | 179.67 | | |
| | Total Per Laboratory: | | | | | | 1871.70 | 179.67 | 2051.37 | |
| | 68-01-6883 ANACON, INC. (ANACON) | 3701 | 05/31/1984 | 975.37 | 07458 | 07/31/1984 | 975.37 | 114.58 | | |
| | | 5374 | 04/22/1985 | 1809.15 | 07379 | 05/23/1985 | 218.03 | 0.00 | | |
| | Total Per Laboratory: | | | | | | 1193.40 | 114.58 | 1307.98 | |
| | Total per Case 02752 | | | | | | | | | 3359.35 |

BSAI 082149

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Section 11 - Page 2

Financial Cost Report Date : 09/06/2000

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 18652 | 68-D0-0108 | | | | | | | | |
| | SKINNER & SHERMAN LABORATORIES INC. | 33146 | 10/16/1992 | 196.10 | R3189  11/25/1992 | 196.10 | 58.05 | | |
| | | 33293 | 10/29/1992 | 1426.10 | R3187  12/14/1992 | 1426.10 | 528.75 | | |
| | | 33333 | 10/29/1992 | 1483.00 | R3187  12/14/1992 | 1483.00 | 564.84 | | |
| | Total Per Laboratory: | | | | | 3105.20 | 1151.64 | 4256.84 | |
| | Total per Case 18652 | | | | | | | | 4256.84 |
| 18652 | 68-D0-0108 | | | | | | | | |
| | SKINNER & SHERMAN LABORATORIES INC. | 33335 | 10/29/1992 | 176.10 | R3187  12/14/1992 | 176.10 | 58.05 | | |
| | | 33349 | 10/29/1992 | 1484.00 | R3189  12/15/1992 | 1484.00 | 439.32 | | |
| | | 33350 | 10/29/1992 | 196.10 | R3189  12/15/1992 | 196.10 | 58.05 | | |
| | Total Per Laboratory: | | | | | 1856.20 | 555.42 | 2411.62 | |
| | Total per Case 18652 | | | | | | | | 2411.62 |

BSAI 082150

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 3

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 18792 | 68-DO-0108 SKINNER & SHERMAN LABORATORIES INC. | 33479 | 11/06/1992 | 1482.00 | R3203 12/21/1992 | 1482.00 | 533.46 | | |
| | | 33584 | 11/13/1992 | 90.10 | R3213 12/23/1992 | 90.10 | 26.67 | | |
| | Total Per Laboratory: | | | | | 1572.10 | 560.13 | 2132.23 | |
| | Total per Case 18792 | | | | | | | | 2132.23 |
| 18652 | 68-DO-0108 SKINNER & SHERMAN LABORATORIES INC. | 33817 | 12/04/1992 | 1538.00 | R3317 02/04/1993 | 1538.00 | 564.84 | | |
| | Total Per Laboratory: | | | | | 1538.00 | 564.84 | 2102.84 | |
| | Total per Case 18652 | | | | | | | | 2102.84 |
| 18792 | 68-DO-0108 SKINNER & SHERMAN LABORATORIES INC. | 33833 | 12/04/1992 | 1746.00 | R3316 02/03/1993 | 1746.00 | 564.84 | | |
| | | 33957 | 12/11/1992 | 196.10 | R3275 01/19/1993 | 196.10 | 63.14 | | |

BSAI 082151

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 4

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | SKINNER & SHERMAN LABORATORIES INC. | 34606 | 02/19/1993 | 97.00 | 93437  03/23/1993 | 97.00 | 31.38 | | |
| | Total Per Laboratory: | | | | | 2039.10 | 659.36 | 2698.46 | |
| | Total per Case 18792 | | | | | | | | 2698.46 |
| 19189 | 68-D0-0108 SKINNER & SHERMAN LABORATORIES INC. | 34683 | 02/24/1993 | 862.84 | R3461  03/31/1993 | 862.84 | 273.04 | | |
| | | 34684 | 02/24/1993 | 197.16 | R3461  03/31/1993 | 197.16 | 63.14 | | |
| | Total Per Laboratory: | | | | | 1060.00 | 336.18 | 1396.18 | |
| | Total per Case 19189 | | | | | | | | 1396.18 |
| 18792 | 68-D0-0108 SKINNER & SHERMAN LABORATORIES INC. | 34744 | 03/03/1993 | 166.10 | R3475  04/06/1993 | 166.10 | 58.05 | | |
| | | 34836 | 03/17/1993 | 889.00 | R3508  04/19/1993 | 889.00 | 443.69 | | |
| | Total Per Laboratory: | | | | | 1055.10 | 501.74 | 1556.84 | |

BSAI 082152

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 5

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 18792 | | | | | | | | 1556.84 |
| 18696 | 68-D0-0109 SKINNER & SHERMAN LABORATORIES, INC. | 33306 | 10/29/1992 | 929.10 R3194 | 12/16/1992 | 929.10 | 277.71 | | |
| | | 33471 | 11/06/1992 | 798.10 R3186 | 12/14/1992 | 798.10 | 277.71 | | |
| | Total Per Laboratory: | | | | | 1727.20 | 555.42 | 2282.62 | |
| | Total per Case 18696 | | | | | | | | 2282.62 |
| 19057 | 68-D0-0109 SKINNER & SHERMAN LABORATORIES, INC. | 34494 | 02/05/1993 | 1060.00 R3406 | 03/10/1993 | 1060.00 | 341.30 | | |
| | | 34550 | 02/11/1993 | 196.10 R3417 | 03/15/1993 | 196.10 | 63.14 | | |
| | Total Per Laboratory: | | | | | 1256.10 | 404.44 | 1660.54 | |
| | Total per Case 19057 | | | | | | | | 1660.54 |

BSAI 082153

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 6

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 18696 | 68-DO-0109 SKINNER & SHERMAN LABORATORIES, INC. | | | | | | | | |
| | | 34599 | 02/19/1993 | 56.00 | R3437 03/23/1993 | 56.00 | 31.38 | | |
| | Total Per Laboratory: | | | | | 56.00 | 31.38 | 87.38 | |
| | Total per Case 18696 | | | | | | | | 87.38 |
| 18598 | 68-DO-0148 KEYSTONE LAB-HOUSTON | | | | | | | | |
| | | M92-08-119 | 09/24/1992 | 1445.82 | R3190 12/15/1992 | 1445.82 | 799.54 | | |
| | | M92-08-172 | 10/12/1992 | 299.32 | R3239 01/05/1993 | 299.32 | 583.03 | | |
| | | M92-08-91 | 09/24/1992 | 1445.82 | R3179 12/10/1992 | 1445.82 | 799.54 | | |
| | Total Per Laboratory: | | | | | 3190.96 | 2182.11 | 5373.07 | |
| | Total per Case 18598 | | | | | | | | 5373.07 |
| 19147 | 68-DO-0148 KEYSTONE LAB-HOUSTON | | | | | | | | |
| | | M92-11-100 | 11/13/1992 | 940.67 | R3474 04/06/1993 | 940.67 | 331.45 | | |
| | Total Per Laboratory: | | | | | 940.67 | 331.45 | 1272.12 | |

BSAI 082154

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 7

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Voucher Number | Contract No./Contractor | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | | SAMPLE CASE COSTS: | | | | | | | |
| | | Total per Case 19147 | | | | | | | 1272.12 |
| 18601 | 3533-173 | 68-D0-0149 DATASAT | 12/03/1992 | 1441.15 | R3239  01/05/1993 | 1441.15 | 552.31 | | |
| | | Total Per Laboratory: | | | | 1441.15 | 552.31 | 1993.46 | |
| | | Total per Case 18601 | | | | | | | 1993.46 |
| 19057 | 120194C | 68-D0-0156 INDUSTRIAL & ENVIRONMENTAL ANALYSTS | 12/01/1994 | 30709.20 | R5234  12/30/1994 | 1154.00 | 390.69 | | |
| | 25737 | | 03/31/1993 | 5365.20 | R3535  04/28/1993 | 5365.20 | 2213.71 | | |
| | | Total Per Laboratory: | | | | 6519.20 | 2604.40 | 9123.60 | |
| | | Total per Case 19057 | | | | | | | 9123.60 |

BSAI 082155

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 8

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 18652 | 68-D0-0159 | | | | | | | | |
| | COMPUCHEM LABORATORIES INC. | 188288 | 09/18/1992 | 954.78 | R3137  11/24/1992 | 954.78 | 300.02 | | |
| | | 188858 | 09/30/1992 | 958.10 | R3137  11/24/1992 | 958.10 | 261.78 | | |
| | | 188868 | 09/30/1992 | 10833.90 | R3140  11/25/1992 | 10833.90 | 2923.21 | | |
| | | 188878 | 09/30/1992 | 10845.24 | R3135  11/24/1992 | 10845.24 | 3000.20 | | |
| | Total Per Laboratory: | | | | | 23592.02 | 6485.21 | 30077.23 | |
| | Total per Case 18652 | | | | | | | | 30077.23 |
| 18652 | 68-D0-0159 | | | | | | | | |
| | COMPUCHEM LABORATORIES INC. | 188888 | 09/30/1992 | 14117.66 | R3135  11/24/1992 | 14117.66 | 3814.54 | | |
| | | 188898 | 09/30/1992 | 941.18 | R3135  11/24/1992 | 941.18 | 257.16 | | |
| | Total Per Laboratory: | | | | | 15058.84 | 4071.70 | 19130.54 | |
| | Total per Case 18652 | | | | | | | | 19130.54 |

BSAI 082156

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 9

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| 18652 | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 188908 | 09/30/1992 | 14624.47 | R3141 | 11/25/1992 | 14624.47 | 3985.98 | | |
| | | 188918 | 09/30/1992 | 1230.78 | R3354 | 02/22/1993 | 1230.78 | 342.88 | | |
| | Total Per Laboratory: | | | | | | 15855.25 | 4328.86 | 20184.11 | |
| | Total per Case 18652 | | | | | | | | | 20184.11 |
| 18751 | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 190358 | 10/19/1992 | 17392.00 | R3268 | 01/14/1993 | 17392.00 | 4799.30 | | |
| | | 190368 | 11/19/1992 | 14224.10 | R3581 | 05/18/1993 | 14224.10 | 3795.81 | | |
| | | 190368 | 11/19/1992 | 14224.10 | R4052 | 10/22/1993 | -147.40 | 0.00 | | |
| | Total Per Laboratory: | | | | | | 31468.70 | 8595.11 | 40063.81 | |
| | Total per Case 18751 | | | | | | | | | 40063.81 |
| 18751 | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 190378 | 10/19/1992 | 147.40 | R3354 | 02/22/1993 | 147.40 | 43.63 | | |

BSAI 082157

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Section 11 - Page 10

Financial Cost Report Date : 09/06/2000

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | 68-DO-0159 COMPUCHEM LABORATORIES INC. | 190388 | 10/19/1992 | 2225.74 | R3209 12/22/1992 | 2225.74 | 654.45 | | |
| | Total Per Laboratory: | | | | | 2373.14 | 698.08 | 3071.22 | |
| | Total per Case 18751 | | | | | | | | 3071.22 |
| 19147 | 68-DO-0159 COMPUCHEM LABORATORIES INC. | 213059 | 12/31/1992 | 1266.51 | R3352 02/19/1993 | 1266.51 | 400.31 | | |
| | | 213069 | 12/31/1992 | 592.00 | R3441 03/24/1993 | 592.00 | 200.16 | | |
| | Total Per Laboratory: | | | | | 1858.51 | 600.47 | 2458.98 | |
| | Total per Case 19147 | | | | | | | | 2458.98 |
| 18652 | 68-DO-0159 COMPUCHEM LABORATORIES INC. | 1016086 | 11/20/1992 | 575.98 | R3237 01/05/1993 | 575.98 | 214.30 | | |
| | | 1016844 | 01/28/1993 | 579.20 | R3445 03/25/1993 | 579.20 | 171.44 | | |

BSAI 082158

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 11

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | COMPUCHEM LABORATORIES INC. | 1016845 | 01/28/1993 | 289.60 | R3470 04/05/1993 | 289.60 | 85.72 | | |
| | Total Per Laboratory: | | | | | 1444.78 | 471.46 | 1916.24 | |
| 18751 | Total per Case 18652 | | | | | | | | 1916.24 |
| | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 1016985 | 02/28/1993 | 6485.60 | R3506 04/16/1993 | 6485.60 | 1745.20 | | |
| | Total Per Laboratory: | | | | | 6485.60 | 1745.20 | 8230.80 | |
| 18751 | Total per Case 18751 | | | | | | | | 8230.80 |
| | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 1016990 | 02/26/1993 | 73.70 | R3506 04/16/1993 | 73.70 | 0.00 | | |
| | Total Per Laboratory: | | | | | 73.70 | 0.00 | 73.70 | |

BSAI 082159

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 12

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 18751 | | | | | | | | 73.70 |
| 19147 | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 1016992 | 02/26/1993 | 3145.00 | R3473 04/05/1993 | 3145.00 | 1250.95 | | |
| | Total Per Laboratory: | | | | | 3145.00 | 1250.95 | 4395.95 | |
| | Total per Case 19147 | | | | | | | | 4395.95 |
| 18751 | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 1017142 | 05/14/1993 | 810.70 | R4072 10/28/1993 | 810.70 | 218.15 | | |
| | Total Per Laboratory: | | | | | 810.70 | 218.15 | 1028.85 | |
| | Total per Case 18751 | | | | | | | | 1028.85 |

BSAI 082160

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 13

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID - 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 18652 | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 1017696 | 03/15/1994 | 1754.74 | R4530 04/21/1994 | 144.80 | 42.86 | | |
| | Total Per Laboratory: | | | | | 144.80 | 42.86 | 187.66 | |
| | Total per Case 18652 | | | | | | | | 187.66 |
| 18751 | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 1017713 | 03/15/1994 | 2432.10 | R4530 04/21/1994 | 958.10 | 261.78 | | |
| | Total Per Laboratory: | | | | | 958.10 | 261.78 | 1219.88 | |
| | Total per Case 18751 | | | | | | | | 1219.88 |
| 19147 | 68-D0-0159 COMPUCHEM LABORATORIES INC. | 1017743 | 03/15/1994 | 3270.80 | R4532 04/21/1994 | 629.00 | 250.19 | | |
| | Total Per Laboratory: | | | | | 629.00 | 250.19 | 879.19 | |

BSAI 082161

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 14

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 19147 | | | | | | | | 879.19 |
| 20368 | 68-D1-0079 NY TEST ENVIRONMENTAL | 18078 | 11/23/1993 | 2198.00 | R4234  12/28/1993 | 2198.00 | 770.87 | | |
| | Total Per Laboratory: | | | | | 2198.00 | 770.87 | 2968.87 | |
| | Total per Case 20368 | | | | | | | | 2968.87 |
| 17590 | 68-D1-0084 ENVIROSYSTEMS INC. | 9201011A | 02/14/1992 | 144.00 | R2351  03/17/1992 | 144.00 | 42.62 | | |
| | | 9201011B | 03/02/1992 | 2281.33 | R2401  04/06/1992 | 2281.33 | 724.58 | | |
| | | 9201011C | 04/02/1992 | 3255.90 | R2471  05/01/1992 | 3255.90 | 1065.55 | | |
| | Total Per Laboratory: | | | | | 5681.23 | 1832.75 | 7513.98 | |
| | Total per Case 17590 | | | | | | | | 7513.98 |

BSAI 082162

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 15

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 20165 | 68-D1-0084 ENVIROSYSTEMS INC. | | | | | | | | |
| | | 930100 | 08/06/1993 | 727.93 | R3867 09/15/1993 | 727.93 | 234.40 | | |
| | | 930100A | 08/30/1993 | 1629.40 | R4001 10/04/1993 | 1629.40 | 562.54 | | |
| | | 930100B | 09/10/1993 | 2899.58 | R4035 10/15/1993 | 2899.58 | 1171.95 | | |
| | | 930101 | 07/29/1993 | 15577.49 | R3871 09/15/1993 | 15577.49 | 5015.95 | | |
| | | 930101A | 08/30/1993 | 2203.65 | R4013 10/06/1993 | 2203.65 | 890.71 | | |
| | | 930102 | 07/30/1993 | 291.17 | R3871 09/15/1993 | 291.17 | 93.76 | | |
| | | 930102A | 08/30/1993 | 11966.96 | R3910 10/01/1993 | 11966.96 | 4828.43 | | |
| | | 930102B | 09/14/1993 | 1873.68 | R4046 10/20/1993 | 1873.68 | 796.95 | | |
| | | 94115A | 11/16/1994 | 232.36 | R5202 12/19/1994 | 232.36 | 93.76 | | |
| | Total Per Laboratory: | | | | | 37402.22 | 13688.45 | 51090.67 | |
| | Total per Case 20165 | | | | | | | | 51090.67 |
| 18792 | 68-D1-0088 SOUTHWEST RESEARCH INSTITUTE | | | | | | | | |
| | | 101978 | 06/22/1993 | 148.00 | R3737 07/23/1993 | 148.00 | 0.00 | | |
| | | 105758 | 08/20/1993 | 55.86 | R3878 09/21/1993 | 55.86 | 17.99 | | |
| | | 109219 | 10/07/1993 | 198.00 | R4112 11/10/1993 | 198.00 | 0.00 | | |
| | Total Per Laboratory: | | | | | 401.86 | 17.99 | 419.85 | |

BSAI 082163

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 16

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| | Total per Case 18792 | | | | | | | | | 419.85 |
| 18598 | 68-D1-0088 SOUTHWEST RESEARCH INSTITUTE | | | | | | | | | |
| | | 87067 | 10/30/1992 | 11250.40 | R3144 | 11/27/1992 | 11250.40 | 3330.13 | | |
| | | 87072 | 10/30/1992 | 25715.20 | R3162 | 12/04/1992 | 25715.20 | 7611.74 | | |
| | | 87280 | 11/03/1992 | 23373.28 | R3160 | 12/03/1992 | 23373.28 | 6660.27 | | |
| | | 88385 | 11/19/1992 | 8446.20 | R3205 | 12/21/1992 | 8446.20 | 2514.59 | | |
| | | 88479 | 11/20/1992 | 21540.40 | R3205 | 12/21/1992 | 21540.40 | 6660.27 | | |
| | Total Per Laboratory: | | | | | | 90325.48 | 26777.00 | 117102.48 | |
| | Total per Case 18598 | | | | | | | | | 117102.48 |
| 18792 | 68-D1-0088 SOUTHWEST RESEARCH INSTITUTE | | | | | | | | | |
| | | 88535 | 11/25/1992 | 10852.80 | R3221 | 12/31/1992 | 10852.80 | 3212.43 | | |
| | | 89442 | 12/11/1992 | 1778.80 | R3259 | 01/12/1993 | 1778.80 | 614.14 | | |
| | | 90381 | 12/28/1992 | 809.60 | R3300 | 01/28/1993 | 809.60 | 308.35 | | |
| | | 91066 | 01/07/1993 | 10733.80 | R3323 | 02/05/1993 | 10733.80 | 3648.81 | | |
| | | 92395 | 01/26/1993 | 16356.80 | R3378 | 03/01/1993 | 16356.80 | 5857.98 | | |
| | Total Per Laboratory: | | | | | | 40531.80 | 13641.71 | 54173.51 | |

BSAI 082164

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 17

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | | | | | | | | | |
| | Total per Case 18792 | | | | | | | | 54173.51 |
| | | | | | | | | | |
| 20166 | 68-D1-0097 GULF SOUTH ENVIRONMENTAL LAB, INC | 93-6909 | 07/24/1993 | 5753.60 | R3904 09/29/1993 | 5753.60 | 2617.87 | | |
| | Total Per Laboratory: | | | | | 5753.60 | 2617.87 | 8371.47 | |
| | | | | | | | | | |
| | Total per Case 20166 | | | | | | | | 8371.47 |
| | | | | | | | | | |
| 21337 | 68-D2-0013 SOUTHWEST LABORATORY OF OKLAHOMA | 12116 | 01/17/1994 | 14427.18 | R4394 03/01/1994 | 14427.18 | 4238.94 | | |
| | | 12165 | 01/17/1994 | 868.69 | R4401 03/03/1994 | 868.69 | 249.35 | | |
| | | 12206 | 02/11/1994 | 3752.73 | R4418 03/10/1994 | 3752.73 | 1122.07 | | |
| | | 12206R | 03/10/1994 | 9590.31 | R4497 04/08/1994 | 9590.31 | 2867.52 | | |
| | | 13Z | 05/23/1995 | 2125.24 | R5687 06/21/1995 | 277.98 | 125.68 | | |
| | Total Per Laboratory: | | | | | 28916.89 | 8603.56 | 37520.45 | |

BSAI 082165

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS,  PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| | Total per Case 21337 | | | | | | | | | 37520.45 |
| 19895 | 68-D2-0017 UNIVERSITY OF WYOMING | 94-005 | 08/10/1993 | 16286.40 | R4006 | 10/05/1993 | 16286.40 | 5193.22 | | |
| | Total Per Laboratory: | | | | | | 16286.40 | 5193.22 | 21479.62 | |
| | Total per Case 19895 | | | | | | | | | 21479.62 |
| 21247 | 68-D2-0018 AMERICAN ANALYTICAL & TECHNICAL SERVICES | 182 | 05/23/1995 | 18893.28 | R5687 | 06/21/1995 | 147.79 | 44.18 | | |
| | | T1847 | 01/11/1994 | 6975.70 | R4366 | 02/17/1994 | 6975.70 | 2032.74 | | |
| | | T1847R | 02/14/1994 | 1451.07 | R4425 | 03/14/1994 | 1451.07 | 441.90 | | |
| | Total Per Laboratory: | | | | | | 8574.56 | 2518.82 | 11093.38 | |
| | Total per Case 21247 | | | | | | | | | 11093.38 |

BSAI 082166

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 19

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID - 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| 22785 | 68-D2-0019 AQUATEC LABORATORIES | 32743 | 11/21/1994 | 18372.20 | R5327 | 02/07/1995 | 10838.80 | 4900.38 | | |
| | | 32743 | 11/21/1994 | 18372.20 | R5327 | 02/07/1995 | 7533.40 | 3405.96 | | |
| | | 32818 | 11/27/1994 | 5390.00 | R5337 | 02/10/1995 | 5390.00 | 2436.90 | | |
| | | 32821 | 11/27/1994 | 10164.00 | R5337 | 02/10/1995 | 4268.60 | 1929.90 | | |
| | | 32821 | 11/27/1994 | 10164.00 | R5337 | 02/10/1995 | 5895.40 | 2665.40 | | |
| | Total Per Laboratory: | | | | | | 33926.20 | 15338.54 | 49264.74 | |
| | Total per Case 22785 | | | | | | | | | 49264.74 |
| 18601 | 68-D2-0026 PACE NEW ENGLAND, INC. | 32599 | 02/12/1993 | 5047.40 | R3433 | 03/22/1993 | 5047.40 | 3920.28 | | |
| | Total Per Laboratory: | | | | | | 5047.40 | 3920.28 | 8967.68 | |
| | Total per Case 18601 | | | | | | | | | 8967.68 |

BSAI 082167

Financial Cost Report Date : 09/06/2000

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Section 11 - Page 20

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| 22732 | 68-D2-0026 PACE NEW ENGLAND, INC. | | | | | | | | | |
| | | 41728 | 11/04/1994 | 13006.68 | R5283 | 01/20/1995 | 8984.66 | 4062.10 | | |
| | | 41728 | 11/04/1994 | 13006.68 | R5283 | 01/20/1995 | 4022.02 | 1818.42 | | |
| | | 41775 | 11/10/1994 | 15655.56 | R5329 | 02/07/1995 | 2578.72 | 1165.88 | | |
| | | 41775 | 11/10/1994 | 15655.56 | R5329 | 02/07/1995 | 13076.84 | 5912.24 | | |
| | | 41801 | 11/14/1994 | 6172.23 | R5329 | 02/07/1995 | 6172.23 | 2790.56 | | |
| | | 8888 | 06/08/1995 | 17841.54 | R5725 | 07/07/1995 | 899.94 | 406.88 | | |
| | Total Per Laboratory: | | | | | | 35734.41 | 16156.08 | 51890.49 | |
| | Total per Case 22732 | | | | | | | | | 51890.49 |
| 18601 | 68-D2-0026 PACE NEW ENGLAND, INC. | | | | | | | | | |
| | | 88888 | 06/08/1995 | 17841.54 | R5725 | 07/07/1995 | 177.00 | 251.30 | | |
| | Total Per Laboratory: | | | | | | 177.00 | 251.30 | 428.30 | |

BSAI 082168

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 21

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 18601 | | | | | | | | 428.30 |
| 18512 | 68-D2-0032 AQUATEC INC. | 23490 | 08/13/1992 | 12880.00 | R3097  11/09/1992 | 12880.00 | 3812.48 | | |
| | Total Per Laboratory: | | | | | 12880.00 | 3812.48 | 16692.48 | |
| | Total per Case 18512 | | | | | | | | 16692.48 |
| 18751 | 68-D2-0039 SKINNER & SHERMAN LABORATORIES INC. | 3643 | 11/20/1992 | 2070.90 | R3213  12/23/1992 | 2070.90 | 737.22 | | |
| | Total Per Laboratory: | | | | | 2070.90 | 737.22 | 2808.12 | |
| | Total per Case 18751 | | | | | | | | 2808.12 |

BSAI 082169

Financial Cost Report Date : 09/06/2000

Section 11 - Page 22

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 18751 | 68-D2-0039 SKINNER & SHERMAN LABORATORIES INC. | 33759 | 11/25/1992 | 438.90 | R3213 12/23/1992 | 438.90 | 129.90 | | |
| | | 33829 | 12/04/1992 | 894.00 | R3316 02/03/1993 | 894.00 | 269.92 | | |
| | Total Per Laboratory: | | | | | 1332.90 | 399.82 | 1732.72 | |
| | Total per Case 18751 | | | | | | | | 1732.72 |
| 18751 | 68-D2-0039 SKINNER & SHERMAN LABORATORIES INC. | 34036 | 12/18/1992 | 1044.00 | R3316 02/03/1993 | 1044.00 | 708.54 | | |
| | | 35665 | 06/04/1993 | 64.00 | R3703 07/06/1993 | 64.00 | 33.74 | | |
| | Total Per Laboratory: | | | | | 1108.00 | 742.28 | 1850.28 | |
| | Total per Case 18751 | | | | | | | | 1850.28 |
| 20165 | 68-D2-0039 SKINNER & SHERMAN LABORATORIES INC. | 36225 | 08/12/1993 | 2507.00 | R3868 09/15/1993 | 2507.00 | 807.30 | | |
| | | 36286 | 08/19/1993 | 2058.00 | 93909 09/30/1993 | 2058.00 | 807.30 | | |

BSAI 082170

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 23

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | SKINNER & SHERMAN LABORATORIES INC. | 36288 | 08/19/1993 | 637.65 | 93909  09/30/1993 | 637.65 | 240.43 | | |
| | Total Per Laboratory: | | | | | 5202.65 | 1855.03 | 7057.68 | |
| 18751 | Total per Case 20165 | | | | | | | | 7057.68 |
| | SKINNER & SHERMAN LABORATORIES INC. | 36337 | 08/20/1993 | 336.00 | R3895  09/27/1993 | 336.00 | 134.96 | | |
| | Total Per Laboratory: | | | | | 336.00 | 134.96 | 470.96 | |
| 20368 | Total per Case 18751 | | | | | | | | 470.96 |
| | SKINNER & SHERMAN LABORATORIES INC. | 36537 | 09/16/1993 | 533.01 | R4047  10/20/1993 | 533.01 | 170.23 | | |
| | Total Per Laboratory: | | | | | 533.01 | 170.23 | 703.24 | |

BSAI 082171

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 24

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| | Total per Case 20368 | | | | | | | | | 703.24 |
| 20618 | 68-D2-0039 SKINNER & SHERMAN LABORATORIES INC. | 36901 | 10/28/1993 | 982.09 | R4167 | 12/01/1993 | 982.09 | 310.63 | | |
| | | 36902 | 10/28/1993 | 741.20 | R4167 | 12/01/1993 | 741.20 | 238.64 | | |
| | | 36991 | 11/05/1993 | 2163.65 | R4186 | 12/09/1993 | 2163.65 | 696.73 | | |
| | | 36992 | 11/05/1993 | 1575.05 | R4186 | 12/09/1993 | 1575.05 | 507.11 | | |
| | | 36995 | 11/05/1993 | 964.65 | R4186 | 12/09/1993 | 964.65 | 310.63 | | |
| | | 36996 | 11/05/1993 | 741.20 | R4186 | 12/09/1993 | 741.20 | 238.64 | | |
| | Total Per Laboratory: | | | | | | 7167.84 | 2302.38 | 9470.22 | |
| | Total per Case 20618 | | | | | | | | | 9470.22 |
| 21337 | 68-D2-0039 SKINNER & SHERMAN LABORATORIES INC. | 37971 | 02/17/1994 | 1073.65 | R4441 | 03/18/1994 | 1073.65 | 321.01 | | |
| | | 38071 | 03/04/1994 | 1618.65 | R4480 | 04/01/1994 | 1618.65 | 483.96 | | |
| | | 38083 | 03/04/1994 | 1773.43 | R4480 | 04/01/1994 | 1773.43 | 516.55 | | |
| | | 38113 | 03/11/1994 | 737.65 | R4511 | 04/13/1994 | 737.65 | 223.24 | | |
| | Total Per Laboratory: | | | | | | 5203.38 | 1544.76 | 6748.14 | |

BSAI 082172

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 25

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 21337 | | | | | | | | 6748.14 |
| 20569 | 68-D2-0040 SOUTHWEST LABORATORY OF OKLAHOMA | 11094 | 09/14/1993 | 2830.65 | R4072 10/28/1993 | 2830.65 | 831.51 | | |
| | | 11095 | 10/05/1993 | 2209.15 | R4099 11/08/1993 | 2209.15 | 711.39 | | |
| | | 11267 | 10/06/1993 | 2079.20 | R4099 11/08/1993 | 2079.20 | 636.81 | | |
| | Total Per Laboratory: | | | | | 7119.00 | 2179.71 | 9298.71 | |
| | Total per Case 20569 | | | | | | | | 9298.71 |
| 21552 | 68-D2-0041 CHEMTECH CONSULTING GROUP, INC | 63815 | 04/25/1994 | 1767.15 | R4617 05/27/1994 | 1767.15 | 528.36 | | |
| | Total Per Laboratory: | | | | | 1767.15 | 528.36 | 2295.51 | |
| | Total per Case 21552 | | | | | | | | 2295.51 |

BSAI 082173

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 26

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 22732 | 68-D2-0043 ASSOCIATED LABORATORIES | 175248 | 12/02/1994 | 2520.00 | R5243 01/05/1995 | 2520.00 | 1139.33 | | |
| | | 175251 | 12/02/1994 | 1835.00 | R5249 01/06/1995 | 1835.00 | 829.63 | | |
| | | 184603 | 09/22/1995 | 1797.75 | R6049 10/20/1995 | 85.00 | 38.43 | | |
| | Total Per Laboratory: | | | | | 4440.00 | 2007.39 | 6447.39 | |
| | Total per Case 22732 | | | | | | | | 6447.39 |
| 19798 | 68-D2-0044 IT CORPORATION | 9319798 | 05/28/1993 | 2592.68 | R4047 10/20/1993 | 2592.68 | 761.59 | | |
| | | 9319798A | 05/28/1993 | 1454.18 | R4047 10/20/1993 | 1454.18 | 428.29 | | |
| | Total Per Laboratory: | | | | | 4046.86 | 1189.88 | 5236.74 | |
| | Total per Case 19798 | | | | | | | | 5236.74 |
| 19895 | 68-D2-0048 ETS ANALYTICAL SERVICES, INC | 20793-L | 07/31/1993 | 2556.00 | R3833 08/30/1993 | 2556.00 | 844.28 | | |
| | Total Per Laboratory: | | | | | 2556.00 | 844.28 | 3400.28 | |

BSAI 082174

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 27

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 19895 | | | | | | | | 3400.28 |
| 18512 | 68-D2-0051 ASSOCIATED LABORATORIES | 149798 | 11/10/1992 | 1311.00 | R3184  12/14/1992 | 1311.00 | 451.10 | | |
| | Total Per Laboratory: | | | | | 1311.00 | 451.10 | 1762.10 | |
| | Total per Case 18512 | | | | | | | | 1762.10 |
| 21590 | 68-D3-0038 CHEMTECH | 63823 | 04/25/1994 | 2243.15 | R4617  05/27/1994 | 2243.15 | 670.68 | | |
| | Total Per Laboratory: | | | | | 2243.15 | 670.68 | 2913.83 | |
| | Total per Case 21590 | | | | | | | | 2913.83 |

BSAI 082175

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 28

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS., PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| 22785 | 68-D3-0038 | 65065 | 01/07/1995 | 1291.15 | R5319 | 02/02/1995 | 1291.15 | 583.75 | | |
| | CHEMTECH | 65068 | 01/07/1995 | 2499.00 | R5319 | 02/02/1995 | 2499.00 | 1129.84 | | |
| | | 65071 | 01/07/1995 | 1190.00 | R5319 | 02/02/1995 | 1190.00 | 538.02 | | |
| | Total Per Laboratory: | | | | | | 4980.15 | 2251.61 | 7231.76 | |
| | Total per Case 22785 | | | | | | | | | 7231.76 |
| 23114 | 68-D3-0038 | 65554 | 03/02/1995 | 2600.15 | R5540 | 04/26/1995 | 2600.15 | 1175.57 | | |
| | CHEMTECH | 65564 | 03/02/1995 | 2124.15 | R5539 | 04/25/1995 | 2124.15 | 960.36 | | |
| | | 65570 | 03/02/1995 | 1291.15 | R5539 | 04/25/1995 | 1291.15 | 583.75 | | |
| | | 65572 | 03/02/1995 | 677.45 | R5540 | 04/26/1995 | 677.45 | 306.29 | | |
| | Total Per Laboratory: | | | | | | 6692.90 | 3025.97 | 9718.87 | |
| | Total per Case 23114 | | | | | | | | | 9718.87 |

BSAI 082176

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 29

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| 20166 | 68-D3-0039 MACK LABORATORIES INC. | 12718R | 09/20/1993 | 149.85 | R4090 | 11/03/1993 | 149.85 | 348.89 | | |
| | Total Per Laboratory: | | | | | | 149.85 | 348.89 | 498.74 | |
| | Total per Case 20166 | | | | | | | | | 498.74 |
| 23086 | 68-D3-0047 COMPUCHEM | 291479 | 02/07/1995 | 87.55 | R5531 | 04/24/1995 | 87.55 | 39.58 | | |
| | | 291489 | 02/07/1995 | 87.55 | R5535 | 04/24/1995 | 87.55 | 39.58 | | |
| | | 291499 | 02/07/1995 | 549.10 | R5535 | 04/24/1995 | 549.10 | 248.26 | | |
| | Total Per Laboratory: | | | | | | 724.20 | 327.42 | 1051.62 | |
| | Total per Case 23086 | | | | | | | | | 1051.62 |
| 21247 | 68-D3-0048 ITPA | 9321247 | 01/05/1994 | 716.00 | R4559 | 05/04/1994 | 716.00 | 217.70 | | |

BSAI 082177

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 30

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | 68-D3-0048 ITPA | 9321247A | 01/05/1994 | 504.40 | R4559   05/04/1994 | 504.40 | 150.83 | | |
| | Total Per Laboratory: | | | | | 1220.40 | 368.53 | 1588.93 | |
| | Total per Case 21247 | | | | | | | | 1588.93 |
| 23102 | 68-D3-0060 SKINNER & SHERMAN | 40909 | 03/10/1995 | 1564.15 | R5533   04/24/1995 | 1564.15 | 707.18 | | |
| | | 40911 | 03/10/1995 | 1213.80 | R5533   04/24/1995 | 1213.80 | 548.78 | | |
| | | 40939 | 03/15/1995 | 1529.15 | R5533   04/24/1995 | 1529.15 | 691.35 | | |
| | | 40940 | 03/15/1995 | 1001.30 | R5533   04/24/1995 | 1001.30 | 452.70 | | |
| | Total Per Laboratory: | | | | | 5308.40 | 2400.01 | 7708.41 | |
| | Total per Case 23102 | | | | | | | | 7708.41 |

BSAI 082178

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 31

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 22535 | 68-D4-0025 ENVIROSYSTEMS, INC. | 94097 | 09/13/1994 | 8958.88 | R5079 11/02/1994 | 8958.88 | 4050.44 | | |
| | Total Per Laboratory: | | | | | 8958.88 | 4050.44 | 13009.32 | |
| | Total per Case 22535 | | | | | | | | 13009.32 |
| 27187 | 68-D5-0019 CEIMIC LABS | 990646A | 09/17/1999 | 12560.40 | R0020 10/14/1999 | 12560.40 | 4543.00 | | |
| | | 990660A | 09/17/1999 | 15038.60 | R0020 10/14/1999 | 15038.60 | 5439.34 | | |
| | (1) 990675A | 09/23/1999 | 2910.80 | R0037 10/20/1999 | 2910.80 | 1052.81 | | | |
| | Total Per Laboratory: | | | | | 30509.80 | 11035.15 | 41544.95 | |

Footnotes
---------
(1) Document Missing.

BSAI 082179

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

Section 11 - Page 32

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 27187 | | | | | | | | 41544.95 |
| 27253 | 68-D5-0019 CEIMIC LABS | (1) 990681A | 09/23/1999 | 9728.20 R0037 | 10/20/1999 | 9728.20 | 3518.61 | | |
| | Total Per Laboratory: | | | | | 9728.20 | 3518.61 | 13246.81 | |
| | Total per Case 27253 | | | | | | | | 13246.81 |

Footnotes
-----------
(1) Document Missing.

BSAI 082180

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 33

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 27187 | 68-D5-0019 CEIMIC LABS | CNG31 | 09/17/1999 | 13536.20 | R0020  10/14/1999 | 13536.20 | 4895.94 | | |
| | Total Per Laboratory: | | | | | 13536.20 | 4895.94 | 18432.14 | |
| | Total per Case 27187 | | | | | | | | 18432.14 |
| 24238 | 68-D5-0062 THERMO ANALYTICAL | 43011A 43041A | 02/06/1996 02/13/1996 | 663.00 918.20 | R6738  08/01/1996 R6738  08/01/1996 | 663.00 918.20 | 299.75 415.13 | | |
| | Total Per Laboratory: | | | | | 1581.20 | 714.88 | 2296.08 | |
| | Total per Case 24238 | | | | | | | | 2296.08 |

BSAI 082181

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 34

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = O3 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 27187 | 68-D5-0166 | 12615 | 09/02/1999 | 2033.65 | R0016   10/13/1999 | 2033.65 | 735.55 | | |
| | CHEMTECH (CHEM) | 12645 | 09/14/1999 | 2033.65 | R0032   10/19/1999 | 2033.65 | 735.55 | | |
| | | 12715 | 09/14/1999 | 1410.65 | R0032   10/19/1999 | 1410.65 | 510.22 | | |
| | Total Per Laboratory: | | | | | 5477.95 | 1981.32 | 7459.27 | |
| | Total per Case 27187 | | | | | | | | 7459.27 |
| 27253 | 68-D5-0166 | 12728 | 09/14/1999 | 1321.65 | R0032   10/19/1999 | 1321.65 | 478.03 | | |
| | CHEMTECH (CHEM) | | | | | | | | |
| | Total Per Laboratory: | | | | | 1321.65 | 478.03 | 1799.68 | |
| | Total per Case 27253 | | | | | | | | 1799.68 |

BSAI 082182

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 35

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | | |
| 25236 | 68-D5-0166 | 3132 | 03/12/1997 | 1892.65 | 97532 | 04/10/1997 | 1892.65 | 684.56 | | |
| | CHEMTECH (CHEM) | 3159 | 02/04/1997 | 1766.65 | 97450 | 03/14/1997 | 1766.65 | 638.98 | | |
| | | 89842 | 08/06/1999 | 26.00 | R9789 | 09/08/1999 | 26.00 | 9.40 | | |
| | Total Per Laboratory: | | | | | | 3685.30 | 1332.94 | 5018.24 | |
| | Total per Case 25236 | | | | | | | | | 5018.24 |
| 27558 | 68-D5-0167 | 1030-MCXW41 | 10/30/1999 | 552.50 | R0224 | 01/20/2000 | 552.50 | 0.00 | | |
| | SENTINEL, INC. | | | | | | | | | |
| | Total Per Laboratory: | | | | | | 552.50 | 0.00 | 552.50 | |
| | Total per Case 27558 | | | | | | | | | 552.50 |

BSAI 082183

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 36

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| 27496 | 68-D5-0169 | 1015-MCTB99 | 10/15/1999 | 1445.00 | R0181 12/23/1999 | 1445.00 | 522.64 | | |
| | SENTINEL, INC. | 1015MCTB98 | 10/15/1999 | 1007.25 | R0181 12/23/1999 | 347.00 | 125.51 | | |
| | | 1015MCTB98 | 10/15/1999 | 1007.25 | R0181 12/23/1999 | 660.25 | 238.81 | | |
| | Total Per Laboratory: | | | | | 2452.25 | 886.96 | 3339.21 | |
| | Total per Case 27496 | | | | | | | | 3339.21 |
| 25236 | 68-D7-0004 | 932043 | 01/13/1997 | 3255.00 | R7380 02/19/1997 | 3255.00 | 1177.31 | | |
| | PDP ANALYTICAL | 932045R | 02/05/1997 | 3255.00 | 97415 03/03/1997 | 3255.00 | 1177.31 | | |
| | | 932048 | 01/13/1997 | 525.00 | R7403 02/26/1997 | 525.00 | 189.89 | | |
| | Total Per Laboratory: | | | | | 7035.00 | 2544.51 | 9579.51 | |

BSAI 082184

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 37

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 25236 | | | | | | | | 9579.51 |
| 17590 | 68-D9-0087 IT CORPORATION (PENNSYLVANIA) | 9217590 | 01/31/1992 | 1173.70 | R2381 03/27/1992 | 1173.70 | 347.44 | | |
| | Total Per Laboratory: | | | | | 1173.70 | 347.44 | 1521.14 | |
| | Total per Case 17590 | | | | | | | | 1521.14 |
| 15120 | 68-D9-0088 SKINNER & SHERMAN LABORATORIES, INC. | 27373 | 01/31/1991 | 1091.05 | R9318 03/07/1991 | 1091.05 | 265.20 | | |
| | | 27494 | 02/15/1991 | 2129.11 | R9333 03/28/1991 | 2129.11 | 406.64 | | |
| | Total Per Laboratory: | | | | | 3220.16 | 671.84 | 3892.00 | |

BSAI 082185

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 38

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE CASE COSTS: | | | | | | | | |
| | Total per Case 15320 | | | | | | | | 3892.00 |
| 27558 | 68-W9-9022 ENVIROSYSTEMS, INC. | 99311 | 12/08/1999 | 702.00 | R0215  01/13/2000 | 702.00 | 253.91 | | |
| | Total Per Laboratory: | | | | | 702.00 | 253.91 | 955.91 | |
| | Total per Case 27558 | | | | | | | | 955.91 |
| 27496 | 68-W9-9023 ENVIROSYSTEMS, INC. | 99319RE | 12/15/1999 | 6799.73 | R0247  02/02/2000 | 6799.73 | 2459.41 | | |
| | (1) | 99323 | 12/17/1999 | 8743.66 | R0238  01/25/2000 | 8743.66 | 3162.51 | | |
| | Total Per Laboratory: | | | | | 15543.39 | 5621.92 | 21165.31 | |

Footnotes
--------

(1) Document Missing.

BSAI 082186

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Section 11 - Page 39

Financial Cost Report Date : 09/06/2000

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | Total per Case 27496 | | | | | | | | 21165.31 |
| | TOTAL SAMPLE CASE COSTS: | | | | | | | | 847409.60 |
| | SPECIAL ANALYTICAL COSTS: | | | | | | | | |
| 07429-C | 68-D9-0135 VIAR | 1-20 | 03/12/1993 | 925081.66 | R3486 04/09/1993 | 13633.20 | 7544.80 | | |
| | Total Per Laboratory: | | | | | 13633.20 | 7544.80 | 21178.00 | |
| | Total per Case 07429-C | | | | | | | | 21178.00 |
| 07572-Q | 68-D9-0135 VIAR | 1-30 | 07/09/1993 | 962126.79 | R3771 08/06/1993 | 27583.50 | 9465.54 | | |
| | Total Per Laboratory: | | | | | 27583.50 | 9465.54 | 37049.04 | |

BSAI 082187

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 40

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA   SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| SPECIAL ANALYTICAL COSTS: | | | | | | | | | |
| | | | | | | | | | |
| | Total per Case 07572-Q | | | | | | | | 37049.04 |
| | | | | | | | | | |
| 07838-C | 68-D9-0135 | 1-33 | 08/25/1993 | 288561.46 | R3885  09/23/1993 | 30177.00 | 9716.99 | | |
| | VIAR | | | | | | | | |
| | | | | | | | | | |
| | Total Per Laboratory: | | | | | 30177.00 | 9716.99 | 39893.99 | |
| | | | | | | | | | |
| | Total per Case 07838-C | | | | | | | | 39893.99 |
| | | | | | | | | | |
| 08019-Q | 68-D9-0135 | 1-37 | 10/15/1993 | 550108.19 | R4145  11/23/1993 | 20171.91 | 6559.75 | | |
| | VIAR | 1-38 | 11/12/1993 | 1187354.97 | R4191  12/10/1993 | 10589.25 | 3409.73 | | |
| | | 1-41 | 12/10/1993 | 882103.88 | R4263  01/10/1994 | 18377.10 | 5981.18 | | |
| | | | | | | | | | |
| | Total Per Laboratory: | | | | | 49338.26 | 15950.66 | 65288.92 | |

BSAI 082188

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SPECIAL ANALYTICAL COSTS: | | | | | | | | |
| | Total per Case 08019-Q | | | | | | | | 65288.92 |
| 08048-C | 68-D9-0135 VIAR | 1-41 | 12/10/1993 | 882183.88 | R4263  01/10/1994 | 1932.00 | 1836.61 | | |
| | Total Per Laboratory: | | | | | 1932.00 | 1836.61 | 3768.61 | |
| | | | | | | | | | 3768.61 |
| 08075-C | 68-D9-0135 VIAR | 1-41 | 12/10/1993 | 882183.88 | R4263  01/10/1994 | 3260.25 | 1049.80 | | |
| | Total Per Laboratory: | | | | | 3260.25 | 1049.80 | 4310.05 | |

BSAI 082189

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 42

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

SPECIAL ANALYTICAL COSTS:

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| 08048-C | | | | | | | | | |
| | 68-D9-0135 VIAR | 1-42 | 12/17/1993 | 301363.23 | R4290 01/19/1994 | 3627.75 | 0.00 | | |
| | Total Per Laboratory: | | | | | 3627.75 | 0.00 | 3627.75 | |
| | Total per Case 08048-C | | | | | | | | 4310.05 |
| 07572-Q | | | | | | | | | |
| | 68-D9-0135 VIAR | 1-47 | 03/14/1994 | 816266.62 | R4505 04/12/1994 | 1812.60 | 0.00 | | |
| | Total Per Laboratory: | | | | | 1812.60 | 0.00 | 1812.60 | |
| | Total per Case 08075-C | | | | | | | | 3627.75 |

BSAI 082190

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SPECIAL ANALYTICAL COSTS: | | | | | | | | |
| | Total per Case 07572-Q | | | | | | | | 1812.60 |
| 08158-C | 68-D9-0135 VIAR | 1-49 | 04/11/1994 | 860040.21 | R4565 05/06/1994 | 2390.30 | 738.46 | | |
| | Total Per Laboratory: | | | | | 2390.30 | 738.46 | 3128.76 | |
| | Total per Case 08158-C | | | | | | | | 3128.76 |
| 08019-Q | 68-D9-0135 VIAR | 1-50 | 04/19/1994 | 240353.88 | R4588 05/17/1994 | 9026.09 | 2784.91 | | |
| | Total Per Laboratory: | | | | | 9026.09 | 2784.91 | 11811.00 | |

BSAI 082191

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 44

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| | SPECIAL ANALYTICAL COSTS: | | | | | | | | |
| 08158-C | | | | | | | | | |
| | Total per Case 08019-Q | | | | | | | | 11811.00 |
| | 68-D9-0135 VIAR | 1-50 | 04/19/1994 | 240353.88 | R4588  05/17/1994 | 79.50 | 0.00 | | |
| | Total Per Laboratory: | | | | | 79.50 | 0.00 | 79.50 | 79.50 |
| 08019-Q | 68-D9-0135 VIAR | 1-51 | 05/11/1994 | 1050345.33 | R4641  06/08/1994 | 13737.60 | 4107.54 | | |
| | Total Per Laboratory: | | | | | 13737.60 | 4107.54 | 17845.14 | |

BSAI 082192

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 45

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|
| SPECIAL ANALYTICAL COSTS: | | | | | | | | | |
| | | | | | | | | | |
| | Total per Case 08019-Q | | | | | | | | 17845.14 |
| | | | | | | | | | |
| 08158-C | 68-D9-0135 | 1-51 | 05/11/1994 | 1050345.33 | R4641  06/08/1994 | 51244.64 | 15322.15 | | |
| | VIAR | 1-51 | 05/11/1994 | 1050345.33 | R4641  06/08/1994 | 24082.78 | 8771.97 | | |
| | | 1-52 | 05/17/1994 | 259420.52 | R4662  06/17/1994 | 5254.95 | 0.00 | | |
| | | | | | | | | | |
| | Total Per Laboratory: | | | | | 80582.37 | 24094.12 | 104676.49 | |
| | | | | | | | | | |
| | Total per Case 08158-C | | | | | | | | 104676.49 |
| | | | | | | | | | |
| 05792-C | 68-D9-0135 | 21 | 03/31/1991 | 1858492.74 | RA167  05/15/1991 | 27906.42 | 5834.62 | | |
| | VIAR | 22 | 04/30/1991 | 1720501.52 | RA183  06/07/1991 | 1739.60 | 0.00 | | |
| | | | | | | | | | |
| | Total Per Laboratory: | | | | | 29646.02 | 5834.62 | 35480.64 | |

BSAI 082193

CERTIFIED BY LESLIE VASSALLO IN THE COST RECOVERY SECTION

Financial Cost Report Date : 09/06/2000

Section 11 - Page 47

FINANCIAL COST SUMMARY
FOR THE CONTRACT LAB PROGRAM
BOARHEAD FARMS, PA  SITE ID = 03 Y2
For Report Version 1,2,4,5,6,7,8,9,10

| Case/SAS | Contract No./Contractor | Voucher Number | Voucher Date | Voucher Amount (Net) | Treasury Schedule Number and Date | Analytical Costs | Sample Mgmt. Costs | Case or SAS Cost Per Laboratory | Total Case or SAS Costs |
|---|---|---|---|---|---|---|---|---|---|

BSAI 082195

SECTION 12 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


DELIVERY OF ANALYTICAL SERVICES
----

CONTRACTOR            : CEMIC CORP.

CONTRACT NUMBER       : 9P0302NTLX

PROJECT OFFICER       : EPA CONTRACTS BRANCH

DATES OF SERVICE      : FROM :07/21/1999 TO :07/28/1999

SUMMARY OF SERVICE    : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS           : $     5,000.00

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT |
|---|---|---|---|---|---|
| 990664 | 09/15/1999 | 2,500.00 | A99287 | 10/18/1999 | 2,500.00 |
| 990670 | 09/16/1999 | 2,500.00 | A99287 | 10/18/1999 | 2,500.00 |
| | | | | | ------------- |
| | | | | | 5,000.00 |


Contractor Information
----

DELIVERY OF ANALYTICAL SERVICES (DAS) REQUEST PROJECT NO. R3629
PERIOD OF PERFORMANCE:  07/21/99 through 07/28/1999


DESCRIPTION OF WORK:

    Analysis of samples collected at the Boarhead Farms Site


SUPPORTING DOCUMENTATION:  Copy of Order for Supplies or Services

BSAI 082196

SECTION 13 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

EMERGENCY REMOVAL CLEANUP SERVICES (ERCS) CONTRACT

| | | |
|---|---|---|
| CONTRACTOR | : | ENVIRONMENTAL TECHNOLOGY OF NORTH AMERICA |
| CONTRACT NUMBER | : | 68-S2-3002 |
| PROJECT OFFICER | : | DENNIS MATLOCK |
| DATES OF SERVICE | : | FROM :06/29/1992 TO :10/30/1993 |
| SUMMARY OF SERVICE | : | SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS |
| TOTAL COSTS | : | $ 3,954,553.49 |

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 956-019-1 | 08/03/1992 | 75,172.27 | 92762 | 08/28/1992 | 75,172.27 | 2,540.90 |
| P1902 | 08/28/1992 | 124.08 | 92828 | 09/24/1992 | 124.08 | 4.19 |
| 956-019-2 | 09/04/1992 | 251,242.44 | 92847 | 10/01/1992 | 24,703.65 | 835.01 |
| 956-019-2 | 09/04/1992 | 251,242.44 | 92847 | 10/01/1992 | 100,000.00 | 3,380.10 |
| 956-019-2 | 09/04/1992 | 251,242.44 | 92847 | 10/01/1992 | 125,538.79 | 4,243.34 |
| 956-019-2 | 09/04/1992 | 251,242.44 | 92847 | 10/01/1992 | 500.00 | 16.90 |
| 956-019-2 | 09/04/1992 | 251,242.44 | 92847 | 10/01/1992 | 500.00 | 16.90 |
| 956-019-3 | 09/25/1992 | 313,411.82 | 93057 | 10/23/1992 | 124,461.21 | 4,206.91 |
| 956-019-3 | 09/25/1992 | 313,411.82 | 93057 | 10/23/1992 | 188,950.61 | 6,386.72 |
| 956-019-4 | 10/23/1992 | 377,385.37 | 93129 | 11/20/1992 | 377,385.37 | 17,316.71 |
| 956-019-5 | 11/18/1992 | 350,980.27 | 93195 | 12/17/1992 | 61,049.39 | 2,783.00 |
| 956-019-5 | 11/18/1992 | 350,980.27 | 93195 | 12/17/1992 | 122,614.63 | 5,589.51 |
| 956-019-5 | 11/18/1992 | 350,980.27 | 93195 | 12/17/1992 | 167,316.25 | 7,627.28 |
| 956-019-6 | 12/15/1992 | 217,289.18 | 93259 | 01/12/1993 | 217,289.18 | 9,970.53 |
| 956-019-7 | 01/08/1993 | 61,583.15 | 93315 | 02/03/1993 | 61,583.15 | 2,825.80 |
| 956-019-8 | 02/05/1993 | 301,547.17 | 93405 | 03/10/1993 | 301,547.17 | 13,836.79 |
| 956-019-9 | 02/19/1993 | 237,800.94 | 93445 | 03/25/1993 | 174,331.33 | 7,999.37 |
| 956-019-9 | 02/19/1993 | 237,800.94 | 93445 | 03/25/1993 | 63,469.61 | 2,912.37 |
| 956-019-10 | 03/05/1993 | 99,255.51 | 93472 | 04/05/1993 | 99,255.51 | 4,554.44 |
| 956-019-11 | 04/07/1993 | 809,701.85 | 93550 | 05/06/1993 | 809,701.85 | 37,153.98 |
| 956-019-12 | 04/30/1993 | 219,532.69 | 93607 | 05/27/1993 | 91,042.64 | 4,177.58 |

BSAI 082197

SECTION 13 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

EMERGENCY REMOVAL CLEANUP SERVICES (ERCS) CONTRACT

CONTRACTOR          : ENVIRONMENTAL TECHNOLOGY OF NORTH AMERICA

CONTRACT NUMBER     : 68-S2-3002

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 956-019-1 | 92762 | National- Final | 0.033801 |
| P1902 | 92828 | National- Final | 0.033801 |
| 956-019-2 | 92847 | National- Final | 0.033801 |
| 956-019-2 | 92847 | National- Final | 0.033801 |
| 956-019-2 | 92847 | National- Final | 0.033801 |
| 956-019-2 | 92847 | National- Final | 0.033801 |
| 956-019-2 | 92847 | National- Final | 0.033801 |
| 956-019-3 | 93057 | National- Final | 0.033801 |
| 956-019-3 | 93057 | National- Final | 0.033801 |
| 956-019-4 | 93129 | National- Final | 0.045586 |
| 956-019-5 | 93195 | National- Final | 0.045586 |
| 956-019-5 | 93195 | National- Final | 0.045586 |
| 956-019-5 | 93195 | National- Final | 0.045586 |
| 956-019-6 | 93259 | National- Final | 0.045886 |
| 956-019-7 | 93315 | National- Final | 0.045886 |
| 956-019-8 | 93405 | National- Final | 0.045886 |
| 956-019-9 | 93445 | National- Final | 0.045886 |
| 956-019-9 | 93445 | National- Final | 0.045886 |
| 956-019-10 | 93472 | National- Final | 0.045886 |
| 956-019-11 | 93550 | National- Final | 0.045886 |
| 956-019-12 | 93607 | National- Final | 0.045886 |

BSAI 082198

SECTION 13 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

EMERGENCY REMOVAL CLEANUP SERVICES (ERCS) CONTRACT

CONTRACTOR          : ENVIRONMENTAL TECHNOLOGY OF NORTH AMERICA

CONTRACT NUMBER     : 68-S2-3002

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 956-019-12 | 04/30/1993 | 219,532.69 | 93607 | 05/27/1993 | 124,466.59 | 5,711.27 |
| 956-019-12 | 04/30/1993 | 219,532.69 | 93607 | 05/27/1993 | 4,023.46 | 184.62 |
| 956-019-13 | 05/28/1993 | 82,134.49 | 93681 | 06/28/1993 | 82,134.49 | 3,768.82 |
| 956-019-14 | 06/04/1993 | 26,844.58 | 93690 | 07/02/1993 | 17,672.99 | 810.94 |
| 956-019-15 | 07/01/1993 | 176,056.26 | 93751 | 07/30/1993 | 176,056.26 | 8,078.52 |
| 956-019-16 | 07/29/1993 | 45,904.21 | 93826 | 08/26/1993 | 45,904.21 | 2,106.36 |
| 956-019-11D | 08/05/1993 | 512.65 | 93848 | 09/09/1993 | 512.65 | 23.52 |
| 956-019-17 | 09/16/1993 | 24,069.67 | 94055 | 10/22/1993 | 24,069.67 | 1,104.46 |
| 956-019-18 | 10/28/1993 | 104,670.91 | 94163 | 11/30/1993 | 104,670.91 | 3,863.40 |
| 956-019-3D | 11/02/1993 | 4,596.89 | 94223 | 12/22/1993 | 4,596.89 | 169.67 |
| 956-019-15D | 12/03/1993 | 45.28 | 94253 | 01/05/1994 | 45.28 | 1.67 |
| P1901-R | 01/28/1994 | 82.72 | 94390 | 02/28/1994 | 82.72 | 3.05 |
| 956-019-19 | 03/10/1994 | 15,893.78 | 94504 | 04/11/1994 | 15,893.78 | 586.64 |
| 956-019-20 | 07/15/1994 | 1,152.90 | 94810 | 08/17/1994 | 1,152.90 | 42.55 |
| 956-019-21 | 11/04/1994 | 1,383.48 | 95174 | 12/07/1994 | 571.52 | 21.09 |
| 956-019-2D | 03/09/1995 | 1,261.03 | 95508 | 04/13/1995 | 1,261.03 | 46.54 |
| | | | | | 3,789,652.04 | 164,901.45 |

BSAI 082199

SECTION 13 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

EMERGENCY REMOVAL CLEANUP SERVICES (ERCS) CONTRACT

CONTRACTOR        : ENVIRONMENTAL TECHNOLOGY OF NORTH AMERICA

CONTRACT NUMBER   : 68-S2-3002

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 956-019-12 | 93607 | National- Final | 0.045886 |
| 956-019-12 | 93607 | National- Final | 0.045886 |
| 956-019-13 | 93681 | National- Final | 0.045886 |
| 956-019-14 | 93690 | National- Final | 0.045886 |
| 956-019-15 | 93751 | National- Final | 0.045886 |
| 956-019-16 | 93826 | National- Final | 0.045886 |
| 956-019-11D | 93848 | National- Final | 0.045886 |
| 956-019-17 | 94055 | National- Final | 0.045886 |
| 956-019-18 | 94163 | National- Final | 0.036910 |
| 956-019-3D | 94223 | National- Final | 0.036910 |
| 956-019-15D | 94253 | National- Final | 0.036910 |
| P1901-R | 94390 | National- Final | 0.036910 |
| 956-019-19 | 94504 | National- Final | 0.036910 |
| 956-019-20 | 94810 | National- Final | 0.036910 |
| 956-019-21 | 95174 | National- Final | 0.036910 |
| 956-019-2D | 95508 | National- Final | 0.036910 |

Contractor Information

DELIVERY ORDER NO.:   3002-03-019
PERIOD OF PERFORMANCE:  6/18/92 to 06/18/93

DESCRIPTION OF WORK:

    The Contractor shall furnish the necesary personnel, materials,
    services, facilities and otherwise do all things necessary for or

BSAI 082200

SECTION 13 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

EMERGENCY REMOVAL CLEANUP SERVICES (ERCS) CONTRACT

CONTRACTOR          : ENVIRONMENTAL TECHNOLOGY OF NORTH AMERICA

CONTRACT NUMBER     : 68-S2-3002

incident to the performance of the work set forth below:

-   Initiate Removal Action with appropriate personnel and equipment at
    the Boarhead Farms Site, (includes command post and necessary
    utility hook-ups);
-   Provide site security when deemed necessary;
-   Provide technical support as directed by the OSC;
-   Work to include test pit excavation in order to confirm or disprove
    containers/drums of buried hazardous materials
-   Should Hazardous materials be discovered - sample, characteize and
    prepare for transportation and disposal;
-   Provide administrative support as necessary.

SUPPORTING DOCUMENTATION:  Copy of Delivery Order No. 3002-03-019 and
Statement of Work; Copies of Amendments of Solicitation/Modifications
of Contract

BSAI 082201

SECTION 14 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR            : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER       : 68-W4-0010

PROJECT OFFICER       : ELAINE K. SPIEWAK

DATES OF SERVICE      : FROM :10/01/1995 TO :01/31/2000

SUMMARY OF SERVICE    : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS           : $    20,345.70

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 18 | 11/15/1995 | 200,045.92 | R6193 | 12/19/1995 | 49.41 | 5.42 |
| 19 | 12/19/1995 | 276,500.49 | R6254 | 01/22/1996 | 109.22 | 11.97 |
| 20 | 01/26/1996 | 281,977.31 | R6353 | 02/27/1996 | 481.75 | 52.82 |
| 21 | 02/15/1996 | 293,043.04 | R6390 | 03/13/1996 | 27.41 | 3.01 |
| 22 | 03/21/1996 | 278,267.09 | R6473 | 04/17/1996 | 97.42 | 10.68 |
| 23 | 04/15/1996 | 295,603.64 | R6534 | 05/13/1996 | 3,189.97 | 349.74 |
| 24 | 05/16/1996 | 209,997.50 | R6611 | 06/11/1996 | 90.03 | 9.87 |
| 25 | 06/21/1996 | 325,296.40 | R6703 | 07/17/1996 | 729.20 | 79.95 |
| 26 | 07/18/1996 | 221,930.08 | R6776 | 08/14/1996 | 223.33 | 24.49 |
| 27 | 08/16/1996 | 274,779.13 | R6845 | 09/12/1996 | 262.75 | 28.81 |
| 28 | 09/18/1996 | 295,237.20 | R7048 | 10/17/1996 | 252.83 | 27.72 |
| 29 | 10/18/1996 | 232,719.59 | R7129 | 11/14/1996 | 319.29 | 35.01 |
| 30 | 11/19/1996 | 266,829.55 | R7219 | 12/19/1996 | 202.28 | 14.37 |
| 31 | 12/12/1996 | 268,786.09 | R7292 | 01/15/1997 | 231.66 | 16.46 |
| 32 | 01/14/1997 | 298,753.82 | R7371 | 02/14/1997 | 15.67 | 1.11 |
| 35 | 03/13/1997 | 283,533.21 | R7551 | 04/17/1997 | 7.44 | 0.53 |
| 37 | 05/20/1997 | 312,498.97 | R7715 | 06/17/1997 | 7.43 | 0.53 |
| 38 | 06/18/1997 | 459,172.19 | R7803 | 07/17/1997 | 494.32 | 35.12 |
| 39 | 07/18/1997 | 375,948.19 | R7882 | 08/15/1997 | 146.89 | 10.44 |
| 40 | 08/12/1997 | 396,886.84 | R7968 | 09/16/1997 | 381.56 | 27.11 |
| 41 | 09/10/1997 | 360,711.27 | R8047 | 10/17/1997 | 195.72 | 13.91 |

BSAI 082202

SECTION 14 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 18 | R6193 | National- Final | 0.109637 |
| 19 | R6254 | National- Final | 0.109637 |
| 20 | R6353 | National- Final | 0.109637 |
| 21 | R6390 | National- Final | 0.109637 |
| 22 | R6473 | National- Final | 0.109637 |
| 23 | R6534 | National- Final | 0.109637 |
| 24 | R6611 | National- Final | 0.109637 |
| 25 | R6703 | National- Final | 0.109637 |
| 26 | R6776 | National- Final | 0.109637 |
| 27 | R6845 | National- Final | 0.109637 |
| 28 | R7048 | National- Final | 0.109637 |
| 29 | R7129 | National- Final | 0.109637 |
| 30 | R7219 | National- Final | 0.071056 |
| 31 | R7292 | National- Final | 0.071056 |
| 32 | R7371 | National- Final | 0.071056 |
| 35 | R7551 | National- Final | 0.071056 |
| 37 | R7715 | National- Final | 0.071056 |
| 38 | R7803 | National- Final | 0.071056 |
| 39 | R7882 | National- Final | 0.071056 |
| 40 | R7968 | National- Final | 0.071056 |
| 41 | R8047 | National- Final | 0.071056 |

BSAI 082203

SECTION 14 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR      : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER : 68-W4-0010

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 42 | 10/10/1997 | 336,362.53 | R8127 | 11/17/1997 | 49.19 | 3.50 |
| 44 | 12/10/1997 | 390,610.11 | R8312 | 01/27/1998 | 66.28 | 3.51 |
| 49 | 05/20/1998 | 931,390.48 | R8729 | 06/22/1998 | 1,587.16 | 84.03 |
| 49 | 05/20/1998 | 931,390.48 | R8729 | 06/22/1998 | 661.78 | 35.04 |
| 50 | 06/12/1998 | 792,983.30 | R8801 | 07/17/1998 | 3,594.77 | 190.31 |
| 50 | 06/12/1998 | 792,983.30 | R8801 | 07/17/1998 | 749.13 | 39.66 |
| 51 | 07/10/1998 | 599,085.41 | R8865 | 08/13/1998 | 134.43 | 7.12 |
| 51 | 07/10/1998 | 599,085.41 | R8865 | 08/13/1998 | 6.93 | 0.37 |
| 52 | 08/19/1998 | 501,455.56 | R8962 | 09/18/1998 | 298.71 | 15.81 |
| 57 | 11/20/1998 | 579,026.84 | R9192 | 12/17/1998 | 357.07 | 15.12 |
| 57 | 11/20/1998 | 579,026.84 | R9192 | 12/17/1998 | 44.33 | 1.88 |
| 62 | 03/17/1999 | 326,728.62 | R9464 | 04/13/1999 | 357.02 | 15.12 |
| 62 | 03/17/1999 | 326,728.62 | R9464 | 04/13/1999 | 2,225.11 | 94.24 |
| 63 | 04/20/1999 | 347,496.86 | R9542 | 05/17/1999 | 59.55 | 2.52 |
| 63 | 04/20/1999 | 347,496.86 | R9542 | 05/17/1999 | 23.65 | 1.00 |
| 64 | 05/19/1999 | 412,236.75 | R9603 | 06/15/1999 | 163.28 | 6.92 |
| 64 | 05/19/1999 | 412,236.75 | R9603 | 06/15/1999 | 45.24 | 1.92 |
| 66 | 07/20/1999 | 239,447.03 | R9741 | 08/13/1999 | 37.29 | 1.58 |
| 74 | 12/16/1999 | 104,404.17 | R0211 | 01/11/2000 | 256.58 | 10.87 |
| 74 | 12/16/1999 | 104,404.17 | R0211 | 01/11/2000 | 45.79 | 1.94 |
| 75 | 01/20/2000 | 88,977.51 | R0276 | 02/16/2000 | 208.57 | 8.83 |
| 76 | 03/10/2000 | 41,064.41 | R0373 | 04/05/2000 | 8.41 | 0.36 |
| 76 | 03/10/2000 | 41,064.41 | R0373 | 04/05/2000 | 526.82 | 22.31 |
| | | | | | -------------- | ------------ |
| | | | | | 19,022.67 | 1,323.03 |

SECTION 14 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 42 | R8127 | National- Final | 0.071056 |
| 44 | R8312 | Region  - Final | 0.052942 |
| 49 | R8729 | Region  - Final | 0.052942 |
| 49 | R8729 | Region  - Final | 0.052942 |
| 50 | R8801 | Region  - Final | 0.052942 |
| 50 | R8801 | Region  - Final | 0.052942 |
| 51 | R8865 | Region  - Final | 0.052942 |
| 51 | R8865 | Region  - Final | 0.052942 |
| 52 | R8962 | Region  - Final | 0.052942 |
| 57 | R9192 | Region  - Provisional | 0.042354 |
| 57 | R9192 | Region  - Provisional | 0.042354 |
| 62 | R9464 | Region  - Provisional | 0.042354 |
| 62 | R9464 | Region  - Provisional | 0.042354 |
| 63 | R9542 | Region  - Provisional | 0.042354 |
| 63 | R9542 | Region  - Provisional | 0.042354 |
| 64 | R9603 | Region  - Provisional | 0.042354 |
| 64 | R9603 | Region  - Provisional | 0.042354 |
| 66 | R9741 | Region  - Provisional | 0.042354 |
| 74 | R0211 | Region  - Provisional | 0.042354 |
| 74 | R0211 | Region  - Provisional | 0.042354 |
| 75 | R0276 | Region  - Provisional | 0.042354 |
| 76 | R0373 | Region  - Provisional | 0.042354 |
| 76 | R0373 | Region  - Provisional | 0.042354 |

BSAI 082205

SECTION 14 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010

Contractor Information
_____

WORK ASSIGNMENT NO.:    ESS095
PERIOD OF PERFORMANCE:  10/05/95 to 09/17/99

DESCRIPTION OF WORK:    COMMUNITY RELATIONS

The purpose of this work assignment is to provide support for developing
and implementing EPA's communication between members of the public and
local governments, including Potentially Response Parties (PRPs), and
the lead government agency responsible for response actions.  The tasks
outlined below are expected to facilitate public participation in the
decision-making process.

ACTIVITIES:

Develop a Community Relations Plan (CRP) for a Site:

    The contractor shall, in consultation with and as directed by the EPA
    Work Assignment Manager (WAM), provide personnel and services, as well
    as materials and equipment, necessary to prepare and implement the
    CRP.

    A draft CRP and a Final CRP shall be required. A list of interested
    parties, recommendations for public meeting locations and information
    repositories, and technical assistance grants information shall be
    included as appendices for review and approval by the EPA WAM.

BSAI 082206

SECTION 14 - PAGE 6
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010

Revise the CRP:

   The contractor shall, in consultation with and as directed by the
   EPA WAM, provide personnel and services, as well as materials and
   equipment, necessary to revise the CRP.  CRP revision is required
   following a ROD or a general election.  It is also the policy of
   EPA Region III to revise CRPs every two years, in lieu of a ROD, in
   keeping with the spirit of the Ninety-Day Study.

Public Meeting Arrangement, Attendance, and Support:

   The contractor shall, at the direction of the EPA WAM, reserve public
   meeting facilities and assure that the room has the appropriate
   capacity and appointments (i.e. audio-visual equipment, public address
   equipment, speakers' and display tables, handicapped access, etc.) to
   serve the needs of EPA and the community.

   For meetings held during public meeting comment periods, the
   contractor shall, at the direction of the EPA WAM, arrange for the
   services of a court stenographer who shall prepare an official
   transcript of the meeting and shall provide 1 original copy to EPA
   within 15 days of the meeting.

Preparation and Dissemination of Public Notices:

   The contractor shall make recommendations to the CRC as to which
   paper(s) or other routes of communication (including minority
   publications or alternative publications, also including specific
   foreign language needs as appropriate) within the community are most
   widely relied upon in the community and how much lead-time is required

BSAI 082207

SECTION 14 - PAGE 7
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010
_____

by the production staff prior to publication of a notice.  The EPA
WAM will make the final determination and inform the contractor.

The contractor shall prepare notices, at the direction of the EPA WAM,
which will be required prior to all public meetings and/or to
announce all formal comment periods.

Preparation and Distribution of Fact Sheet(s):

The contractor shall be required to prepare fact sheets every 4-6
months, or as directed by the EPA WAM, and distributed to persons or
organizations on the approved mailing list, including elected and
other federal, state, and local officials and PRPs.

In addition to mail distribution to individuals and groups, fact
sheets shall be required for distribution at public meetings.

Preparation and Distribution of PRAP or PRAP Fact Sheet(s):

The contractor shall prepare fact sheets, describing EPA's Proposed
Remedial Action Plan (PRAP), concurrently with the finalization of
the PRAP, whenever it is determined by the EPA WAM that such a fact
sheet is desirable, as is the case when the PRAP is too lengthy
or too technical to hold the interest of most community members.

Development a Mailing List:

The contractor shall develop a mailing list from meeting sign-in
sheets and from the existing CRP and EPA file materials.

BSAI 082208

SECTION 14 - PAGE 8
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR          : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER     : 68-W4-0010
_____

Preparation of Graphics:

    The contractor shall develop graphics for fact sheets or public
    meeting support in cooperation with appropriate EPA personnel as
    directed by the EPA WAM.

Audio-Visual Support:

    The contractor shall provide all equipment and personnel to project,
    record, amplify, photograph, or video tape public meetings, as
    directed by the EPA WAM

WORK ASSIGNMENT NO.:   ESS102
PERIOD OF PERFORMANCE:  04/15/96 to 11/08/99

DESCRIPTION OF WORK:  RESPONSIBLE PARTY SEARCH

Under this Work Assignment Scope of Work, the Contractor shall identify
the parties who may be responsible for the ownership, operation,
generation, and transportation of hazardous substances to the Site.  The
Contractor shall develop a "waste-in list" where possible, of the nature
and volume of wastes disposed of a facility by each PRP.  The
Contractor shall determine the dates that the substances were transported
to and/or disposed of a the Site and the location(s) on the Site where
these substances were stored, treated or disposed of.  If possible, the
Contractor shall identify whether the transporter or the generator chose
the site as the disposal location of the wastes in question.  The
Contractor shall correlate the generators' waste streams with the
hazardous substances found on site.  The following scope of work addresses

BSAI 082209

SECTION 14 - PAGE 9
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010
_____

these requests and outlines each task to be performed.

Task 1 - Project Management

The Contractor shall perform the following project management tasks:

   -Attend a kick-off meeting with EPA personnel prior to the
    development of the Work Plan and Cost Estimate

   -Develop a Work Plan and Cost Estimate

   -Attend periodic meetings with the EPA Work Assignment Manager (WAM)
    to discuss case strategy

Task 2 - Agency Record Collection and File Review

    As provided by EPA WAM, the Contractor shall review prior PRP
search actions performed at this site to ensure that their familiarity
with the site and to ensure that previously completed PRP search work
is not duplicated under this assignment.

    The Contractor shall begin a file review.  The Contractor shall review
EPA, state and local files for information relevant to the Site.

Task 3 - CERCLA 104(e) Letter/Notice Letter Mailing and Review

    The Contractor shall assist the EPA WAM with identifying parties
requiring 104(e) letters and with drafting questions for the letters,
using the models for such letters that will be provided to the Contractor
by the EPA WAM.

SECTION 14 - PAGE 10
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA    SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010

The Contractor shall analyze all 104(e) responses to submit whether,
in their opinion, the 104(e) responses are complete and whether they
agree with the information obtained from interviews and the Contractor's
review of available documentation.

An interim report and 104(e) response summary shall be prepared
in accordance with this task.

Task 4 - Interim Reports

The Contractor shall submit, to the US EPA WAM, interim reports that
will include but not be limited to interviews, summaries of corporate
research analyses, summaries of financial research analyses, 104(e)
response summaries, and interim reports listing their recommendations for
prospective de minimis and de micromis PRPs on a schedule to be
established at the scoping meeting or at such time as determined necessary
by the EPA WAM.

Task 5 - Corporate Research

The Contractor shall be required to research the corporate history
of identified PRPs.  The Contractor shall conduct research which specifies
a company's corporate history to the extent that any name changes, mergers
or dissolutions are identified that link the PRP, at the time liability
arose, with the PRP as it exists at the time of the research.  This
information shall be included in a complete list of PRPs.

The Contractor shall detail the results of this corporate summary
in accordance with the requirements of Task #7.  The results of this

SECTION 14 - PAGE 11
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES

CONTRACTOR          : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER     : 68-W4-0010

coporate research will also be placed in a centralized corporate
research location that will house all corporate research for this ESS
contract.

Task 6 - Financial Research

    The Contractor shall conduct research on the financial viability of
those PRPs identified by the EPA WAM.

Task 7 - Evidence Summary

    The Contractor shall provide a summary of evidence for each PRP.

    As provided by the EPA WAM and as agreed to at the scoping meeting,
this may result in the creation of an evidentiary database.

Task 8 - Interviews

    As provided by the EPA WAM, the Contractor shall obtain the names
and addresses of individuals who may be able to identify PRPs or who
may be able to provide other relevant information regarding the site.
A list of potential interviewees, along with the reason for or the
purpose of interviewing each candidate, shall be submitted to the EPA
WAM for review and approval prior to the scheduling of the interviews.

Task 9 - Deed and Title Search

    The purpose of the Deed and Title Search is to determine ownership
interest in the site and to supplement prior title search work
conducted for the site, if any.

SECTION 14 - PAGE 12
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010

Task 10 - Transactional Database

    As provided by the EPA WAM, the Contractor may be required to produce
a transactional database.

Task 11 - Correspondence Tracking System

    The Contractor shall develop and maintain a correspondence tracking
system to track the mailing of and responses to de minimis/de micromis
correspondence.

Task 12 - De Minimis/De Micromis and Other Volumetric Ranking
          Research Support

    With the prior approval of the EPA WAM, the Contractor shall provide
support in resolving claims that the VRS in incorrect (e.g., that
materials sent to the site were either non-hazardous or that EPA did
not have enough information to determine if the waste was hazardous based
on 40 C.F.R. 302.4) by pulling copies of the original documents and
reviewing them in comparison with the transactional database.

Task 13 - De Minimis/De Micromis Mailings and Public Meeting Support

    The Contractor shall assist the EPA WAM with the preparation of
Meeting Invitation letters and other mailings in support of settlement
negotiations.

Task 14 - De Minimis/De Micromis "800" Toll Free Line

BSAI 082213

SECTION 14 - PAGE 13
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENFORCEMENT SUPPORT SERVICES
_____

CONTRACTOR        : BOOZ, ALLEN & HAMILTON, INC.

CONTRACT NUMBER   : 68-W4-0010
_____

    With the prior approval of the EPA WAM, the Contractor may be
requested to secure and "800" toll free hotline with the use of an
answering machine for returning calls and answering questions.

Task 15 - Expert Witness

    As directed by the EPA WAM, the Contractor shall locate and secure
qualified experts to support EPA actions in science, technical, financial
and/or other fields.

Task 16 - Draft and Final Findings Reports

    As directed by the EPA WAM, the Contractor shall submit a report that
contains a summary of all actions taken that relates to all PRPs at the
site.

SUPPORTING DOCUMENTATION:  Copy of Work Assignment No. ESS095 and Scope
of Work; Copies of Work Assignment Amendments No. 1 through 5

Copy of Work Assignment No. ESS102 and Scope of Work; Copies of Work
Assignment Amendments No. 1 through 10

BSAI 082214

SECTION 15 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR            : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER       : 68-D1-0158

PROJECT OFFICER       : T. SIMPSON/J. MCMASTER

DATES OF SERVICE      : FROM :07/01/1992 TO :01/31/1996

SUMMARY OF SERVICE    : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS           : $   373,909.96

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 10 | 08/20/1992 | 677,067.78 | R2812 | 09/17/1992 | 32.86 | 70.32 |
| 15 | 12/17/1992 | 539,829.65 | R3269 | 01/15/1993 | 3,110.07 | 6,655.58 |
| 17 | 01/20/1993 | 529,122.71 | R3352 | 02/19/1993 | 6,400.05 | 13,696.18 |
| 19 | 02/10/1993 | 601,820.99 | R3409 | 03/11/1993 | 10,715.00 | 22,930.22 |
| 22 | 03/11/1993 | 548,614.24 | R3489 | 04/12/1993 | 15,133.29 | 32,385.41 |
| 24 | 04/08/1993 | 564,044.46 | R3550 | 05/06/1993 | 124.91 | 267.31 |
| 28 | 05/12/1993 | 701,397.13 | R3640 | 06/10/1993 | 287.66 | .615.60 |
| 31 | 08/11/1993 | 697,234.18 | R3853 | 09/10/1993 | 2,266.46 | 4,850.25 |
| 33 | 09/09/1993 | 597,024.29 | R4017 | 10/07/1993 | 1,120.86 | 2,398.65 |
| 34 | 10/06/1993 | 560,900.39 | R4095 | 11/04/1993 | 5,245.22 | 11,224.83 |
| 37 | 11/10/1993 | 579,422.95 | R4190 | 12/10/1993 | 1,601.33 | 2,741.49 |
| 38 | 12/08/1993 | 508,066.00 | R4266 | 01/10/1994 | 15,487.52 | 26,514.77 |
| 36 | 11/10/1993 | 155,782.08 | R4323 | 01/31/1994 | 1,309.23 | 2,801.77 |
| 40 | 01/18/1994 | 512,493.76 | R4364 | 02/17/1994 | 10,167.99 | 17,407.69 |
| 42 | 02/09/1994 | 617,309.15 | R4414 | 03/09/1994 | 12,271.72 | 21,009.30 |
| 44 | 03/09/1994 | 573,071.71 | R4481 | 04/04/1994 | 1,797.14 | 3,076.72 |
| 47 | 04/05/1994 | 586,826.59 | R4553 | 05/02/1994 | 6,174.97 | 10,571.60 |
| 50 | 05/11/1994 | 725,162.47 | R4639 | 06/07/1994 | 3,209.36 | 5,494.45 |
| 51 | 06/08/1994 | 607,115.99 | R4696 | 07/06/1994 | 2,999.59 | 5,119.92 |
| 52 | 07/06/1994 | 551,393.15 | R4773 | 08/02/1994 | 425.89 | 729.13 |
| 54 | 08/11/1994 | 653,253.16 | R4868 | 09/08/1994 | 127.19 | 217.75 |

BSAI 082215

SECTION 15 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR        : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158

| VOUCHER NUMBER | SCHEDULE NUMBER | | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|---|
| 10 | R2812 | Region | - Final | 2.140011 |
| 15 | R3269 | Region | - Final | 2.140011 |
| 17 | R3352 | Region | - Final | 2.140011 |
| 19 | R3409 | Region | - Final | 2.140011 |
| 22 | R3489 | Region | - Final | 2.140011 |
| 24 | R3550 | Region | - Final | 2.140011 |
| 28 | R3640 | Region | - Final | 2.140011 |
| 31 | R3853 | Region | - Final | 2.140011 |
| 33 | R4017 | Region | - Final | 2.140011 |
| 34 | R4095 | Region | - Final | 2.140011 |
| 37 | R4190 | Region | - Provisional | 1.712009 |
| 38 | R4266 | Region | - Provisional | 1.712009 |
| 36 | R4323 | Region | - Final | 2.140011 |
| 40 | R4364 | Region | - Provisional | 1.712009 |
| 42 | R4414 | Region | - Provisional | 1.712009 |
| 44 | R4481 | Region | - Provisional | 1.712009 |
| 47 | R4553 | Region | - Provisional | 1.712009 |
| 50 | R4639 | Region | - Provisional | 1.712009 |
| 51 | R4696 | Region | - Provisional | 1.712009 |
| 52 | R4773 | Region | - Provisional | 1.712009 |
| 54 | R4868 | Region | - Provisional | 1.712009 |

BSAI 082216

SECTION 15 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR       : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER  : 68-D1-0158

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT - | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 56 | 10/05/1994 | 505,141.95 | R5083 | 11/03/1994 | 587.71 | 1,006.16 |
| 57 | 11/09/1994 | 180,019.67 | R5174 | 12/07/1994 | 741.70 | 1,269.80 |
| 58 | 11/09/1994 | 556,955.68 | R5174 | 12/07/1994 | 3,204.06 | 5,485.38 |
| 60 | 12/07/1994 | 515,324.42 | R5240 | 01/04/1995 | 696.86 | 1,193.03 |
| 62 | 01/11/1995 | 544,638.73 | R5330 | 02/08/1995 | 1,978.97 | 3,388.01 |
| 64 | 02/08/1995 | 595,048.28 | R5388 | 03/06/1995 | 1,592.82 | 2,726.92 |
| 66 | 03/08/1995 | 535,095.78 | R5478 | 04/04/1995 | 5,359.29 | 9,175.15 |
| 68 | 04/12/1995 | 691,586.52 | R5574 | 05/09/1995 | 13,363.33 | 22,878.14 |
| 80 | 01/18/1996 | 610,915.34 | R6325 | 02/15/1996 | 2,376.35 | 4,068.33 |
| 82 | 02/06/1996 | 356,243.42 | R6374 | 03/05/1996 | 425.92 | 729.18 |
| 85 | 03/05/1996 | 87,053.20 | R6440 | 04/02/1996 | 326.18 | 558.42 |
| | | | | | -------------- | ------------ |
| | | | | | 130,652.50 | 243,257.46 |

BSAI 082217

SECTION 15 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR       : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER  : 68-D1-0158

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 56 | R5083 | Region - Provisional | 1.712009 |
| 57 | R5174 | Region - Provisional | 1.712009 |
| 58 | R5174 | Region - Provisional | 1.712009 |
| 60 | R5240 | Region - Provisional | 1.712009 |
| 62 | R5330 | Region - Provisional | 1.712009 |
| 64 | R5388 | Region - Provisional | 1.712009 |
| 66 | R5478 | Region - Provisional | 1.712009 |
| 68 | R5574 | Region - Provisional | 1.712009 |
| 80 | R6325 | Region - Provisional | 1.712009 |
| 82 | R6374 | Region - Provisional | 1.712009 |
| 85 | R6440 | Region - Provisional | 1.712009 |

Contractor Information

TECHNICAL INSTRUCTION DOCUMENT (TID) NO.:   03930418
PERIOD OF PERFORMANCE:                      07/07/93 to 08/06/93

DESCRIPTION OF WORK:  Review the Organic Data for Case 19895 which consists of
20 samples

TID NO.:               03930418
PERIOD OF PERFORMANCE: 08/12/93 to 09/23/93

DESCRIPTION OF WORK:  Review the Organic Data Package for Case 20165
which consists of 45 samples

BSAI 082218

SECTION 15 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR        : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158

TID NO.:            03930418
PERIOD OF PERFORMANCE:  09/03/93 to 09/20/93

DESCRIPTION OF WORK:  Review the Organic Data for Case 20582/8018 which consists
of 32 samples

TID NO.:            03930418
PERIOD OF PERFORMANCE:  09/03/93 to 09/27/93

DESCRIPTION OF WORK:  Review the Organic Data for Case 20166 which consists of 7
samples

TID NO.:            03930418
PERIOD OF PERFORMANCE:  09/17/93 to 10/08/93

DESCRIPTION OF WORK:  Review the Organic Data for Case 20624/8019HQ which
consists of 15 samples

TID NO.:            03930420
PERIOD OF PERFORMANCE:  07/07/93 to 08/06/93

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 19895 which consists of
16 samples

BSAI 082219

SECTION 15 - PAGE 6
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR        : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158

TID NO.:              03930420
PERIOD OF PERFORMANCE: 08/27/93 to 09/25/93

DESCRIPTION OF WORK:  Review the Inorganic Case 20165 which consists of 43
samples

TID NO.:              03930420
PERIOD OF PERFORMANCE: 09/17/93 to 10/15/93

DESCRIPTION OF WORK: Review the Inorganic Date for Case 20368 which consists of
2 samples

TID NO.:              03930424
PERIOD OF PERFORMANCE: 03/31/93 to 04/07/93

DESCRIPTION OF WORK:  Review the Data Validation for Case 18652 which consists
of 57 samples

TID NO.:              03940312
PERIOD OF PERFORMANCE: 03/01/94 to 03/30/94

DESCRIPTION OF WORK:  Review the Organic Data for Case 21337 which consists of
44 samples

TID NO.:              03940313
PERIOD OF PERFORMANCE: 03/01/94 to 03/30/94

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 21337 which consists of

BSAI 082220

SECTION 15 - PAGE 7
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)
_____

CONTRACTOR       : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER  : 68-D1-0158
_____

32 samples

TID NO.:              03940314
PERIOD OF PERFORMANCE:  03/01/94 to 03/30/94

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 8158C-01 which consists
of 4 samples


TID NO.:              03940345
PERIOD OF PERFORMANCE:  03/09/94 to 03/31/94

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 21589/8019HQ-02 which
consists of 21 samples


TID NO.:              03940462
PERIOD OF PERFORMANCE:  04/13/94 to 04/29/94

DESCRIPTION OF WORK:  Review the Organic Data for Case 8158C02 which consists of
17 samples


TID NO.:              03940463
PERIOD OF PERFORMANCE:  04/13/94 to 04/29/94

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 8158C03 which consists
of 17 samples

BSAI 082221

SECTION 15 - PAGE 8
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)
_____

CONTRACTOR       .: LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158
_____

TID NO.:          03940514
PERIOD OF PERFORMANCE:  04/29/94 to 05/20/94

DESCRIPTION OF WORK:  Review the Inorganic Data for Cases 21552 and 21590 which
consists of 12 and 16 samples, respectively


TID NO.:          03940659
PERIOD OF PERFORMANCE:  06/23/94 to 07/06/94

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 20166;
Number of Samples:  6 Soil


TID NO.:          03940937
PERIOD OF PERFORMANCE:  09/20/94 to 09/30/94

DESCRTIPTION OF WORK:  Analyze 3 samples and 1 CRL blank for extractable
(BNA) compounds


TID NO.:          03940938
PERIOD OF PERFORMANCE:  09/20/94 to 09/30/94

DESCRIPTION OF WORK:  Analyze 3 samples and 1 CRL blank for pesticide/PCB
compounds


TID NO.:          03940939


BSAI 082222

SECTION 15 - PAGE 9
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)
———————————————————————————————————————

CONTRACTOR        : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158
———————————————————————————————————————————————————————

PERIOD OF PERFORMANCE:  09/20/94 to 09/30/94

DESCRIPTION OF WORK:  Analyze 3 samples for cyanide


TID NO.:          03940940
PERIOD OF PERFORMANCE:  09/20/94 to 09/30/94

DESCRIPTION OF WORK: Analyze 4 samples and 1 CRL blank for volatile
compounds


TID NO.:          03940941
PERIOD OF PERFORMANCE:  09/20/94 to 09/30/94

DESCRIPTION OF WORK:  Analyze 3 samples for mercury


TID NO.:          03940942
PERIOD OF PERFORMANCE:  09/20/94 to 09/30/94

DESCRIPTION OF WORK:  Analyze 3 samples for total metals


TID NO.:          03940943
PERIOD OF PERFORMANCE:  09/22/94 to 10/13/94

DESCRIPTION OF WORK:  Review the Organic Data for Case 22535 which
consists of 11 samples


BSAI 082223

SECTION 15 - PAGE 10
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR          : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER     : 68-D1-0158

TID NO.:            03941040    -
PERIOD OF PERFORMANCE: 10/05/94 to 10/30/94

DESCRIPTION OF WORK:  Analyze 3 samples and 1 CRL blank for extractable
(BNA) compounds

TID NO.:            03941041
PERIOD OF PERFORMANCE: 10/05/94 to 10/30/94

DESCRIPTION OF WORK:  Analyze 3 samples and 1 CRL blank for pesticide/PCB
compounds

TID NO.:            03941042
PERIOD OF PERFORMANCE: 10/05/94 to 10/30/94

DESCRIPTION OF WORK:  Analyze 3 samples for cyanide

TID NO.:            03941043
PERIOD OF PERFORMANCE: 10/05/94 to 10/30/94

DESCRIPTION OF WORK:  Analyze 4 samples and 1 CRL blank for volatile
compounds

TID NO.:            03941044
PERIOD OF PERFORMANCE: 10/05/94 to 10/30/94

BSAI 082224

SECTION 15 - PAGE 11
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)
_____

CONTRACTOR        : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158
_____

DESCRIPTION OF WORK:  Analyze 3 samples for mercury


TID NO.:            03941045
PERIOD OF PERFORMANCE:  10/05/94 to 10/30/94

DESCRIPTION OF WORK:  Analyze 3 samples for total metals


TID NO.:            03941068
PERIOD OF PERFORMANCE:  10/13/94 to 10/17/94

DESCRIPTION OF WORK:  Review DAS requests 3044, 3043


TID NO.:            03941109
PERIOD OF PERFORMANCE:  11/09/94 to 11/22/94

DESCRIPTION OF WORK:  Review the Inorganic data for Case 22732 which
consists of 33 samples


TID NO.:            03941145
PERIOD OF PERFORMANCE:  11/23/94 to 12/12/94


DESCRIPTION OF WORK:  Review the Inorganic Data for Case 22785 which
consists of 35 samples


BSAI 082225

SECTION 15 - PAGE 12
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

---

CONTRACTOR        : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158

---

TID NO.:            03941203       -
PERIOD OF PERFORMANCE: 12/01/94 to 12/14/94

DESCRIPTION OF WORK:  Review the Organic Data for Case 22785 which
consists of 45 samples


TID NO.:            03941146
PERIOD OF PERFORMANCE: 11/23/94 to 12/12/94

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 22732 which
consists of 41 samples


TID NO.:            03950134
PERIOD OF PERFORMANCE: 01/23/95 to 02/24/95

DESCRIPTION OF WORK:  Analyze 7 water samples for total cyanide


TID NO.:            03950135
PERIOD OF PERFORMANCE: 01/23/95 to 02/24/95

DESCRIPTION OF WORK:  Analyze 7 samples for total metals


TID NO.:            03950136
PERIOD OF PERFORMANCE: 01/23/95 to 02/24/95

BSAI 082226

SECTION 15 - PAGE 13
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR        : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158

DESCRIPTION OF WORK:  Analyze 7 samples for mercury

TID NO.:            03950137
PERIOD OF PERFORMANC:  01/23/95 to 02/24/95

DESCRIPTION OF WORK:  Analyze 7 samples and 1 CRL blank for pesticide/PCB
compounds

TID NO.:            03950138
PERIOD OF PERFORMANCE:  01/23/95 to 02/24/95

DESCRIPTION OF WORK:  Analyze 7 samples and 1 CRL blank for extractable
(BNA) compounds

TID NO.:            03950250
PERIOD OF PERFORMANCE:  02/28/95 to 03/28/95

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 23114 which
consists of 49 samples

TID NO.:            03950251
PERIOD OF PERFORMANCE:  02/28/95 to 03/28/95

DESCRIPTION OF WORK:  Review the Inorganic Data for Case R3043 which
consists of 8 samples

BSAI 082227

SECTION 15 - PAGE 14
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)
_____

CONTRACTOR         : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER    : 68-D1-0158
_____

TID NO.:               03950257
PERIOD OF PERFORMANCE: 02/28/95 to 03/28/95

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 23102 which
consists of 37 samples


TID NO.:               03950258
PERIOD OF PERFORMANCE: 02/28/95 to 03/28/95

DESCRIPTION OF WORK:  Review the Inorganic Data for Case 23086 which
consists of 35 samples


TID NO.:               03950261
PERIOD OF PERFORMANCE: 02/28/95 to 03/31/95

DESCRIPTION OF WORK:  Review the Inorganic Data for Case R3044 which
consists of 20 samples


TID NO.:               03950308
PERIOD OF PERFORMANCE: 03/08/95 to 03/28/95

DESCRIPTION OF WORK:  Review the Organic (and water quality parameters)
Data for Case R3043 and R3044 which consists of 10 and 72 samples


TID NO.:               03951201

BSAI 082228