# EXHIBIT A
# (Part 4 of 4)

SECTION 15 - PAGE 15
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR        : LOCKHEED ENVIRON. SYSTEMS & TECH. CO.

CONTRACT NUMBER   : 68-D1-0158

PERIOD OF PERFORMANCE:  12/01/95 to 12/29/95

DESCRIPTION OF WORK:  Analyze 9 samples for volatile compounds

SUPPORTING DOCUMENTATION:  Copies of Technical Instruction Documents,
Work Unit Documents and Acknowledgments of Completion

BSAI 082229

SECTION 16 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

---

CONTRACTOR          : LOCKHEED ENV SYSTEMS & TECH CO

CONTRACT NUMBER     : 68-D6-0002

PROJECT OFFICER     : COLLEEN K. WALLING

DATES OF SERVICE    : FROM :02/17/1997 TO :05/18/1997

SUMMARY OF SERVICE  : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS         : $    2,108.51

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

---

| VOUCHER<br>NUMBER | VOUCHER<br>DATE | VOUCHER<br>AMOUNT | TREASURY SCHEDULE<br>NUMBER  AND  DATE | SITE<br>AMOUNT | ANNUAL<br>ALLOCATION |
|---|---|---|---|---|---|
| 6109594 | 04/11/1997 | 405,534.00 | R7674    06/02/1997 | 850.63 | 1,209.42 |
| ESTE0572 | 06/05/1997 | 383,221.38 | R7730    06/23/1997 | 20.01 | 28.45 |
| | | | | 870.64 | 1,237.87 |

BSAI 082230

SECTION 16 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR       : LOCKHEED ENV SYSTEMS & TECH CO

CONTRACT NUMBER  : 68-D6-0002

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 6109594 | R7674 | National- Provisional | 1.421789 |
| ESTE0572 | R7730 | National- Provisional | 1.421789 |

Contractor Information

TECHNICAL DIRECTION DOCUMENT NO.:  124
PERIOD OF PERFORMANCE:            01/06/97 to 02/03/97

DESCRIPTION OF WORK:  Review the organic data for case 25236 (Boarhead
Farms)

TECHNICAL DIRECTION DOCUMENT NO.:  231
PERIOD OF PERFORMANCE:            01/24/97 to 03/05/97

DESCRIPTION OF WORK:   Review the inorganic data for case 25236
(Boarhead Farms)

SUPPORTING DOCUMENTATION:  Copies of Technical Direction Documents

BSAI 082231

SECTION 17 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR          : ROY F. WESTON, INC.

CONTRACT NUMBER     : 68-01-7443

PROJECT OFFICER     : LYNN M. BEASLEY

DATES OF SERVICE    : FROM :11/26/1988 TO :03/29/1991

SUMMARY OF SERVICE  : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS         : $    34,621.05

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 20 | 01/10/1989 | 312,836.49 | R8798 | 06/28/1988 | 1,211.41 | 1,722.37 |
| 21 | 02/17/1989 | 326,009.79 | 08831 | 03/27/1989 | 1,464.14 | 2,081.70 |
| 212 | 03/12/1991 | 413,853.50 | R9343 | 04/11/1991 | 11,613.06 | 16,511.32 |
| 214 | 04/16/1991 | 525,276.98 | R9395 | 06/25/1991 | 7.04 | 10.01 |
| | | | | | 14,295.65 | 20,325.40 |

BSAI 082232

SECTION 17 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)
────────────────────────────────────────────

CONTRACTOR       : ROY F. WESTON, INC.

CONTRACT NUMBER  : 68-01-7443
────────────────────────────────────────────

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 20 | R8798 | National- Provisional | 1.421789 |
| 21 | 08831 | National- Provisional | 1.421789 |
| 212 | R9343 | National- Provisional | 1.421789 |
| 214 | R9395 | National- Provisional | 1.421789 |

Contractor Information
──────────────────────

TECHNICAL INSTRUCTION DOCUMENT (TID) NO.:  038812206
PERIOD OF PERFORMANCE:                     12/08/88 to 01/30/89

DESCRIPTION OF WORK:  Digest samples for ICP and furnace analysis

TID NO.:             03910218
PERIOD OF PERFORMANCE:  01/27/91 to 10/07/91

DESCRIPTION OF WORK:  Validation of Organic CLP and/or Non-CLP Sample Data

TID NO.:             03910219
PERIOD OF PERFORMANCE:  01/27/91 to 09/20/91

DESCRIPTION OF WORK:  Validation of Inorganic CLP and/or Non-CLP Sample Data

BSAI 082233

SECTION 17 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

CONTRACTOR          : ROY F. WESTON, INC.

CONTRACT NUMBER     : 68-01-7443

SUPPORTING DOCUMENTATION:  Copies of Technical Instruction Documents
and Acknowledgments of Completion

SECTION 18 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

FIELD INVESTIGATION TEAM (FIT) CONTRACT COSTS
_____

CONTRACTOR          : HALLIBURTON NUS CORPORATION

CONTRACT NUMBER     : 68-01-7346

PROJECT OFFICER     : ROBERT HEFFERNON

DATES OF SERVICE    : FROM :07/26/1987 TO :09/26/1987

SUMMARY OF SERVICE  : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHER

TOTAL COSTS         : $     2,298.45

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 10 | 09/08/1987 | 1,632,247.50 | R8548 | 10/15/1987 | 899.19 | 1,160.20 |
| 11 | 10/06/1987 | 1,351,073.48 | R8554 | 11/05/1987 | 104.38 | 134.68 |
| | | | | | 1,003.57 | 1,294.88 |

BSAI 082235

SECTION 18 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


FIELD INVESTIGATION TEAM (FIT) CONTRACT COSTS

CONTRACTOR        : HALLIBURTON NUS CORPORATION

CONTRACT NUMBER   : 68-01-7346


| VOUCHER NUMBER | SCHEDULE NUMBER | | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|---|
| 10 | R8548 | Region | - Final | 1.290277 |
| 11 | R8554 | Region | - Final | 1.290277 |

Contractor Information

TECHNICAL DIRECTIVE DOCUMENT (TDD) NO.: F3-8707-31
PERIOD OF PERFORMANCE:  10/20/87 to 09/15/87

DESCRIPTION OF WORK:  ADDRESS PEER REVIEW COMMENTS FOR THE SUBJECT SITE
                      BOARHEAD FARMS, UPPER BLACK EDDY. BUCKS CO.,PA


1)  Review peer review comments
2)  Address the peer review comments
3)  Finalize the draft HRS report prepared under TDD No. F3-8602-37


SUPPORTING DOCUMENTATION:  Technical Directive Document and
Acknowledgment of Completion

BSAI 082236

```
SECTION 19 - PAGE 1
REPORT DATE: 09/06/2000
```

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS

FEDERAL AGENCY            : U.S. ARMY CORPS OF ENGINEERS

IAG NUMBER                : DW96943756

PROJECT OFFICER           : JAMES HARPER

DATES OF SERVICE          : FROM :10/01/1994 TO :11/30/1996

SUMMARY OF SERVICE        : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS               : $    134,376.33

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT |
|---|---|---|---|---|---|
| B02957071 | 10/31/1994 | 484.45 | A94329 | 11/29/1994 | 484.45 |
| B04957088 | 12/31/1994 | 209.09 | A95024 | 01/26/1995 | 209.09 |
| B05957076 | 01/31/1995 | 1,711.04 | A95053 | 02/24/1995 | 1,711.04 |
| B06957086 | 02/28/1995 | 19,723.93 | A95082 | 03/27/1995 | 19,723.93 |
| B07957087 | 03/31/1995 | 14,942.10 | A95114 | 04/26/1995 | 14,942.10 |
| B08957074 | 04/30/1995 | 258.68 | A95143 | 05/25/1995 | 258.68 |
| B03967070 | 11/30/1995 | 3,869.69 | A96005 | 01/09/1996 | 3,869.69 |
| B04967074 | 12/31/1995 | 9,767.42 | A96032 | 02/05/1996 | 9,767.42 |
| B05967072 | 01/31/1996 | 4,769.39 | A96053 | 02/26/1996 | 4,769.39 |
| B06967080 | 02/29/1996 | 483.47 | A96086 | 03/28/1996 | 483.47 |
| B07967067 | 03/31/1996 | 486.19 | A96114 | 04/25/1996 | 486.19 |
| B08967065 | 04/30/1996 | 14,073.47 | A96149 | 05/30/1996 | 14,073.47 |
| B09967075 | 05/31/1996 | 27,375.95 | A96178 | 06/28/1996 | 27,375.95 |
| B10967070 | 06/30/1996 | 3,341.52 | A96204 | 07/24/1996 | 3,341.52 |
| B11967080 | 07/31/1996 | 2,032.41 | A96235 | 08/26/1996 | 2,032.41 |
| B12967067 | 08/31/1996 | 459.82 | A96268 | 09/26/1996 | 459.82 |
| B02977054 | 10/31/1996 | 162.71 | A96331 | 11/29/1996 | 162.71 |
| B02977381 | 11/30/1996 | 225.00 | A96352 | 12/19/1996 | 225.00 |
| JV2798947 | 09/03/1998 | 0.00 | 2798947 | 09/03/1998 | 30,000.00 |
| | | | | | -------------- |
| | | | | | 134,376.33 |

BSAI 082237

SECTION 19 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


INTERAGENCY AGREEMENT (IAG) COSTS
_____

CONTRACTOR          : U.S. ARMY CORPS OF ENGINEERS

CONTRACT NUMBER     : DW96943756

_____

Contractor Information
_____

INTERAGENCY AGREEMENT NO.:    DW96943756
PERIOD OF PERFORMANCE:        09/12/94 TO 12/31/96

DESCRIPTION OF WORK:   NON-TIME CRITICAL RESPONSE AT THE BOARHEAD
                       FARMS SUPERFUND SITE, BUCKS COUNTY, PA

Under this Iteragency Agreement (IAG) the U.S. Army Corps of Engineers
(USACE), Omaha , Nebraska will support a non-time critical removal
action under CERCLA at the Boarhead Farms Superfund Site, Bucks County,
Pennsylvania.  This work will be conducted while the RI/FS is ongoing and will
be divided into two phases since the removal action has not
been decided at this time.

The first phase of the work will consist of review of site information
and support required to evaluate alternatives to address contaminated
ground water at the site and to remove drums suspected to be buried
underneath the farm house onsite.  The second phase will be to execute
the interim response action recommended by EPA.

Phase I

    Review background information about the site and conduct a site visit.

    Submit engineering report and cost analysis evaluating feasibility of
    removing drums suspected to be buried below the farm house onsite,
    including evaluation of real estate issues involved with drum removal.

BSAI 082238

SECTION 19 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


INTERAGENCY AGREEMENT (IAG) COSTS

CONTRACTOR          : U.S. ARMY CORPS OF ENGINEERS

CONTRACT NUMBER     : DW96943756

Provide technical assistance to EPA in determining feasibility
of implementing interim response action selected by EPA Region III.

Phase II

Upon completion of an Action Memo, a response action will be conducted
by the USACE through the rapid response program.  The work conducted by
the USACE is expected to include, but not be limited to, the design,
procurement and operation of appropriate system(s) to:

1)  Contain, recover, and/or treat onsite ground water.

2)  Provide adequate protection of residential wells using carbon
filtration units as necessary.

3)  Remove and dispose of buried drums onsite.


SUPPORTING DOCUMENTATION:  Copy of Interagency Agreement No. DW96943756
and Scope of Work; Copies of Interagency Agreement Amendments NO. 1 & 2

BSAI 082239

```
SECTION 20 - PAGE 1
REPORT DATE: 09/06/2000
```

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


INTERAGENCY AGREEMENT (IAG) COSTS

| | | |
|---|---|---|
| FEDERAL AGENCY | : | U.S. ARMY CORPS OF ENGINEERS |
| IAG NUMBER | : | DW96943816 |
| PROJECT OFFICER | : | JAMES HARPER |
| DATES OF SERVICE | : | FROM :05/24/1996 TO :02/25/2000 |
| SUMMARY OF SERVICE | : | SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS |
| TOTAL COSTS | : | $ 1,609,743.38 |
| DOCUMENTATION | : | Copies of Applicable Paid Vouchers and Treasury Schedules |

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT |
|---|---|---|---|---|---|
| 1 | 06/25/1996 | 17,228.86 | A96184 | 07/05/1996 | 17,228.86 |
| 2 | 07/02/1996 | 39,460.56 | A96199 | 07/19/1996 | 39,460.56 |
| B10967074 | 06/30/1996 | 29,385.70 | A96208 | 07/30/1996 | 29,385.70 |
| B11967086 | 07/31/1996 | 16,477.52 | A96235 | 08/26/1996 | 16,477.52 |
| 3 | 08/30/1996 | 23,315.96 | A96254 | 09/12/1996 | 23,315.96 |
| 4 | 09/03/1996 | 22,967.41 | A96255 | 09/13/1996 | 22,967.41 |
| B12967073 | 08/31/1996 | 6,545.15 | A96268 | 09/26/1996 | 6,545.15 |
| B12967284 | 09/30/1996 | 2,816.05 | A96297 | 10/25/1996 | 2,816.05 |
| 5 | 10/18/1996 | 2,967.45 | A96302 | 10/30/1996 | 2,967.45 |
| 6 | 10/31/1996 | 5,565.32 | A96318 | 11/15/1996 | 5,565.32 |
| B02977057 | 10/31/1996 | 9,223.42 | A96334 | 12/03/1996 | 9,223.42 |
| B02977386 | 11/30/1996 | 9,667.65 | A96352 | 12/19/1996 | 9,667.65 |
| 7 | 12/18/1996 | 58,675.67 | A96361 | 12/30/1996 | 58,675.67 |
| 8 | 01/21/1997 | 203,301.42 | A97041 | 02/12/1997 | 203,301.42 |
| 9 | 02/10/1997 | 216,824.14 | A97049 | 02/20/1997 | 216,824.14 |
| 00402036 | 01/31/1997 | 1,793.30 | A97069 | 03/12/1997 | 1,793.30 |
| 00402411 | 03/01/1997 | 2,451.27 | A97084 | 03/27/1997 | 2,451.27 |
| 00402875 | 04/01/1997 | 1,516.79 | A97106 | 04/18/1997 | 1,516.79 |
| 10 | 03/11/1997 | 89,454.65 | A97118 | 04/30/1997 | 89,454.65 |
| 11 | 04/22/1997 | 20,132.62 | A97120 | 05/02/1997 | 20,132.62 |
| 12 | 05/13/1997 | 45,593.15 | A97141 | 05/23/1997 | 45,593.15 |

BSAI 082240

```
SECTION 20 - PAGE 2
REPORT DATE: 09/06/2000
```

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS

CONTRACTOR          : U.S. ARMY CORPS OF ENGINEERS

CONTRACT NUMBER     : DW96943816

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT |
|---|---|---|---|---|---|
| 00403539 | 05/01/1997 | 990.80 | A97162 | 06/13/1997 | 990.80 |
| 00403957 | 05/31/1997 | 1,225.11 | A97175 | 06/26/1997 | 1,225.11 |
| 13 | 06/18/1997 | 221,306.04 | A97177 | 06/30/1997 | 121,211.37 |
| 13 | 06/18/1997 | 221,306.04 | A97177 | 06/30/1997 | 100,094.67 |
| 00405200 | 06/01/1997 | 1,979.87 | A97209 | 07/30/1997 | 1,979.87 |
| 14 | 07/23/1997 | 104,226.16 | A97213 | 08/05/1997 | 104,226.16 |
| 00405433 | 07/11/1997 | 2,035.68 | A97246 | 09/05/1997 | 2,035.68 |
| 00406129 | 09/01/1997 | 1,017.84 | A97261 | 09/22/1997 | 1,017.84 |
| 15 | 09/15/1997 | 43,490.98 | A97267 | 09/26/1997 | 43,490.98 |
| 16 | 09/17/1997 | 76,059.27 | A97267 | 09/26/1997 | 55,584.28 |
| 16 | 09/17/1997 | 76,059.27 | A97267 | 09/26/1997 | 20,474.99 |
| 00406881 | 09/28/1997 | 10,190.52 | A97296 | 10/27/1997 | 10,190.52 |
| 17 | 10/20/1997 | 66,480.28 | A97297 | 10/28/1997 | 66,480.28 |
| 18 | 11/12/1997 | 42,169.47 | A97324 | 11/24/1997 | 42,169.47 |
| 28000060 | 11/03/1997 | 1,190.62 | A97328 | 11/26/1997 | 1,190.62 |
| 20 | 01/21/1998 | 42,907.51 | A98028 | 01/30/1998 | 42,907.51 |
| 21 | 02/11/1998 | 7,551.00 | A98051 | 02/24/1998 | 7,551.00 |
| 22 | 03/02/1998 | 21,068.85 | A98071 | 03/16/1998 | 21,068.85 |
| 23 | 04/10/1998 | 8,385.62 | A98107 | 04/21/1998 | 8,385.62 |
| 28002989 | 04/01/1998 | 1,018.84 | A98107 | 04/21/1998 | 1,018.84 |
| 28003677 | 05/01/1998 | 21,762.32 | A98138 | 05/20/1998 | 21,762.32 |
| 24 | 05/19/1998 | 24,975.77 | A98142 | 05/27/1998 | 24,975.77 |
| 25 | 06/16/1998 | 7,333.83 | A98174 | 06/25/1998 | 7,333.83 |
| 26 | 07/15/1998 | 10,111.31 | A98204 | 07/27/1998 | 10,111.31 |
| 28005097 | 07/01/1998 | 3,229.88 | A98205 | 07/28/1998 | 3,229.88 |
| 27 | 08/10/1998 | 13,291.58 | A98229 | 08/19/1998 | 13,291.58 |

BSAI 082241

SECTION 20 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS

---

CONTRACTOR          : U.S. ARMY CORPS OF ENGINEERS

CONTRACT NUMBER     : DW96943816

---

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT |
|---|---|---|---|---|---|
| JV2798947 | 09/03/1998 | 0.00 | 2798947 | 09/03/1998 | -30,000.00 |
| 28005965 | 08/01/1998 | 3,507.63 | A98245 | 09/04/1998 | 1,736.67 |
| 28005965 | 08/01/1998 | 3,507.63 | A98245 | 09/04/1998 | 1,770.96 |
| 28006733 | 09/02/1998 | 27,092.64 | A98261 | 09/22/1998 | 27,092.64 |
| 30 | 11/13/1998 | 18,440.81 | A98324 | 11/24/1998 | 18,440.81 |
| 28008407 | 11/02/1998 | 4,209.46 | A98329 | 11/30/1998 | 4,209.46 |
| 31 | 12/03/1998 | 7,436.38 | A98350 | 12/18/1998 | 7,436.38 |
| 28009118 | 12/01/1998 | 4,001.09 | A98351 | 12/21/1998 | 4,001.09 |
| 32 | 01/08/1999 | 10,434.49 | A99015 | 01/20/1999 | 10,434.49 |
| 50 | 07/05/2000 | 5,257.67 | ACHC00195 | 07/17/2000 | 5,257.67 |

```
                                                  --------------
                                                   1,609,743.38
```

Contractor Information

---

INTERAGENCY AGREEMENT (IAG) NO.:  DW96943816
PERIOD OF PERFORMANCE:            10/02/95 TO 08/31/00

DESCRIPTION OF WORK:  NON-TIME CRITICAL RESPONSE ACTION

U.S. Army Corps of Engineers will support a non-time critical removal
action under CERCLA at the Boarhead Farms Superfund Site, Bucks County,
Pennsylvania.  This work will be conducted while the RI/FS is ongoing and
will be divided into two phases.

The first phase of the work will consist of review of site information
and support required to evaluate alternatives to address contaminated
ground water both onsite and offsite (residential wells).  The second

BSAI 082242

SECTION 20 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


INTERAGENCY AGREEMENT (IAG) COSTS

CONTRACTOR        : U.S. ARMY CORPS OF ENGINEERS

CONTRACT NUMBER   : DW96943816

phase will be to execute the interim response action recommended by EPA.

Phase I

Review background information about the site and conduct a site visit.

Submit engineering report and cost analysis evaluating feasibility of removing drums suspected to be buried below the farm house onsite, including evluation of real estate issues involved with drum removal.

Provide technical assistance to Region III in determining feasibility of implementing interim response action selected by EPA Region III.

Phase II

A response action will be conducted by the USACE through the rapid response program.  The work conducted will include, but not be limited to, the design, procurement, and startup of appropriate system(s) to:

1)  Contain, recover, and/or treat onsite ground water with onsite discharge of the treated ground water.

2)  Provide adequate protection of residential wells using carbon filtration units as determined by EPA.

The USACE will be responsible for the design, construction, and construction oversight of the project.

SUPPORTING DOCUMENTATION:  Copy of Interagency Agreement No. DW96943816

BSAI 082243

SECTION 20 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS
_____

CONTRACTOR        : U.S. ARMY CORPS OF ENGINEERS

CONTRACT NUMBER   : DW96943816
_____

and Scope of Work; Copies of Interagency Agreement Amendments No. 1
through 6

BSAI 082244

```
SECTION 21 - PAGE 1
REPORT DATE: 09/06/2000
```

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS

FEDERAL AGENCY          : U.S. DEPARTMENT OF INTERIOR

IAG NUMBER              : DW14943728

PROJECT OFFICER         : HARRY HARBOLD

DATES OF SERVICE        : FROM :08/16/1994 TO :08/17/1995

SUMMARY OF SERVICE      : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS'

TOTAL COSTS             : $     85,251.72

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT |
|---|---|---|---|---|---|
| 00914574 | 08/16/1994 | 5,671.94 | 11116 | 08/16/1994 | 5,671.94 |
| 00914800 | 09/21/1994 | 5,159.66 | 11517 | 09/21/1994 | 5,159.66 |
| 00915069 | 10/26/1994 | 12,740.16 | 08249 | 10/26/1994 | 12,740.16 |
| 00915211 | 11/28/1994 | 6,569.30 | 08624 | 11/28/1994 | 6,569.30 |
| 00915388 | 12/27/1994 | 11,989.53 | 09014 | 12/27/1994 | 11,989.53 |
| 00915610 | 01/23/1995 | 27,879.10 | 09421 | 01/23/1995 | 27,879.10 |
| 00915764 | 02/23/1995 | 2,415.25 | 09765 | 02/23/1995 | 2,415.25 |
| 00915914 | 03/23/1995 | 6,877.00 | 10114 | 03/23/1995 | 6,877.00 |
| 00916133 | 04/26/1995 | 5,057.35 | 10616 | 04/26/1995 | 5,057.35 |
| 00916326 | 06/07/1995 | 731.98 | 11023 | 06/07/1995 | 731.98 |
| 00916491 | 06/28/1995 | -320.75 | 11323 | 06/30/1995 | -320.75 |
| 00916925 | 08/17/1995 | 481.20 | 11908 | 08/31/1995 | 481.20 |
| | | | | | ------------ |
| | | | | | 85,251.72 |

Contractor Information

```
INTERAGENCY AGREEMENT NO.:  DW14943728
PERIOD OF PERFORMANCE:      03/01/94 to 12/31/96

DESCRIPTION OF WORK:  ENGINEERING EVALUATION/COST ANALYSIS (RI/FS)
                      FOR BOARHEAD FARMS SUPERFUND SITE, BUCKS
                      COUNTY, PA
```

BSAI 082245

SECTION 21 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS

CONTRACTOR            : U.S. DEPARTMENT OF INTERIOR

CONTRACT NUMBER       : DW14943728

Under this Interagency Agreement (IAG), the Bureau of Reclamation will
conduct engineering work prior to a non-time critical removal action under
CERCLA at the Boarhead Farms Site.  This work will be divided into two
phases and will be conducted while the RI/FS is ongoing.  The first phase
of the work will consist of assistance in development of the Engineering
Evaluation/Cost Analysis (EE/CA) for (1) contaminated shallow ground
water on-site and (2) removal of drums suspected to be buried underneath
the farm house onsite.

The second phase of the work will commence following approval of the
funding request to implement the non-time critical removal action based
on the EE/CA evaluation.  A revised scope of work and funding level will
be·prepared when the removal action is selected.

Phase 1

The scope of work to support the EE/CA activities will include, but not
be limited to, the following:

    1.  A review of EPA's RI/FS files pertinent to ground water
    conditions at the site.

    2.  A review of EPA's files pertinent to past drum removal activities
    at the site.

    3.  Submittal of a report with evaluation of technical feasiblity
    and cost analysis of at least two alternatives selected by EPA
    and a no-action alternative to minimize migration of contaminated
    ground water through installation of a containment system and

BSAI 082246

SECTION 21 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS
_____

CONTRACTOR        : U.S. DEPARTMENT OF INTERIOR

CONTRACT NUMBER   : DW14943728

installation of an appropriate treatment system.  EPA anticipates
that containment and treatment likely will be accomplished through
a ground water pump and treatment system.  EPA will install ground
water wells onsite and conduct pump tests to determine flow rate
and ground water composition.

4.  Submittal of an engineering report and cost analysis evaluating
technical feasibility of removing drum suspected to be buried below
the farm house onsite, including impact on the existing house
structure.

5.  Evaluation of the most cost effective alternative for
removal/treatment of ground water generated during EPA pump tests and
implementation of that alternative.

Phase 2

The scope of work to implement the removal action based on the EE/CA will
include, but not be limited to, the following:

1.  Design, procure, and operate the appropriate ground water
recovery and treatment system.

2.  Remove and dispose of buried drums onsite.

3.  Dispose of waste streams from the removal action.

SUPPORTING DOCUMENTATION:  Copy of Interagency Agreement #DW14943728 and
Scope of Work; Copies of Interagency Agreement Amendments No. 1 and 2

SECTION 21 - PAGE 4
REPORT DATE: 09/06/2000

                    CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

                       BOARHEAD FARMS, PA  SITE ID = 03 Y2

                       REPORT VERSIONS 1,2,4,5,6,7,8,9,10
                          PAST COSTS THROUGH JULY 31, 2000


INTERAGENCY AGREEMENT (IAG) COSTS
────────────────────────────────────

CONTRACTOR           : U.S. DEPARTMENT OF INTERIOR

CONTRACT NUMBER      : DW14943728
────────────────────────────────────────────────────────────────────────────

BSAI 082248

SECTION 22 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS

FEDERAL AGENCY          : U.S. GEOLOGICAL SURVEY

IAG NUMBER              : DW14943718

PROJECT OFFICER         : HARRY HARBOLD

DATES OF SERVICE        : FROM :03/24/1995 TO :01/23/1997

SUMMARY OF SERVICE      : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS            : $   194,882.26

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT |
|---|---|---|---|---|---|
| 13153986 | 03/24/1995 | 96,202.26 | 10147 | 03/24/1995 | 22,984.00 |
| 13153986 | 03/24/1995 | 96,202.26 | 10147 | 03/24/1995 | 73,218.26 |
| 13154912 | 05/23/1995 | 46,598.00 | 10862 | 05/23/1995 | 46,598.00 |
| 13159668 | 04/30/1996 | 22,818.00 | 10356 | 04/30/1996 | 22,818.00 |
| 13160628 | 07/24/1996 | 22,554.00 | 11354 | 07/31/1996 | 22,554.00 |
| 13145455 | 01/23/1997 | 6,710.00 | 09113 | 01/31/1997 | 6,710.00 |
| | | | | | -------------- |
| | | | | | 194,882.26 |

Contractor Information

INTERAGENCY AGREEMENT NO.:   DW14943718
PERIOD OF PERFORMANCE:       03/31/94 TO 03/31/97

DESCRIPTION OF WORK:   PROVIDE TECHNICAL ASSISTANCE DURING THE
                       REMEDIAL INVESTIGATION (RI)

The Pennsylvania District of the U.S. Geological Survey (USGS) will
provide hydrogeologic investigations for the U.S. Environmental
Protection Agency (USEPA) Superfund Program during remedial investigation
of the Boarhead Farms Superfund Site, Bridgeton Township, Bucks County,
Pennsylvania.  The USEPA has requested the assistance of the USGS in

BSAI 082249

SECTION 22 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

INTERAGENCY AGREEMENT (IAG) COSTS

CONTRACTOR          : U.S. GEOLOGICAL SURVEY

CONTRACT NUMBER     : DW14943718

the Boarhead Farms Remedial Investigation to provide geophysical logging
in 5 to 8 boreholes.

Borehole geophysical logging and a borehole television survey will be
performed by USGS to (1) locate subsurface fractures; (2) identify,
where possible, important water-bearing fractures; (3) identify zones of
potential borehole flow; and (4) measure directions and rates of
borehole flow.  These data will be used to help EPA's contractor
define the local geology and ground water flow system.

SUPPORTING DOCUMENTATION:  Copy of Interagency Agreement No. DW14943718;
Copies of Interagency Agreement Amendments No. 1, 2 and 3

BSAI 082250

SECTION 23 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

MISCELLANEOUS (MIS) COSTS
BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

MISCELLANEOUS (MIS) COSTS

| VENDOR | PROCUREMENT NUMBER | SUMMARY OF SERVICE | SERVICE DATE | VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | SCHED. NUMBER | SCHEDULE DATE | SITE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ALLENTOWN MORNING CALL | 9P3021NASA | ADVERTISEMENT | 12/03/1998 | 265926-9849 | 12/05/1998 | 270.90 | A99004 | 01/06/1999 | 270.90 |
| Vendor Total $ | | | | | | | | | 270.90 |
| BUCKS COUNTY INTELLIGENCER | 4P3000NASA | AD FOR PUBLIC MEET | 10/04/1993 | 5554256 | 10/31/1993 | 211.84 | A93337 | 12/07/1993 | 211.84 |
| Vendor Total $ | | | | | | | | | 211.84 |
| DELAWARE VALLEY NEWS | 9P3022NASA | ADVERTISEMENT | 12/17/1998 | 12980095 | 12/31/1998 | 350.00 | A99029 | 02/02/1999 | 350.00 |
| Vendor Total $ | | | | | | | | | 350.00 |
| INTELLIGENCER/RECORD | 5P3224NASA | ADVERTISEMENT | 10/11/1995 | 022505501 | 10/31/1995 | 239.09 | A95348 | 12/18/1995 | 239.09 |
| Vendor Total $ | | | | | | | | | 239.09 |
| ROBERT W. HARLEY REPORTING SER | 7P0468NATA | TRANSCRIBER SERVIC | 03/12/1997 | | 03/20/1997 | 382.00 | A97104 | 04/16/1997 | 382.00 |
| ROBERT W. HARLEY REPORTING SER | 7P0504NATA | STENOGRAPHY SERVIC | 02/27/1997 | | 03/04/1997 | 425.90 | A97086 | 03/31/1997 | 425.90 |
| Vendor Total $ | | | | | | | | | 807.90 |

BSAI 082251

SECTION 23 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

MISCELLANEOUS (MIS) COSTS
BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

MISCELLANEOUS (MIS) COSTS

| VENDOR | PROCUREMENT NUMBER | SUMMARY OF SERVICE | SERVICE DATE | VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | SCHED. NUMBER | SCHEDULE DATE | SITE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ROCKY MTN BANKCARD | 97BK030946 | AFFIDAVITS | 12/10/1996 | | 01/17/1997 | 1228.00 | 0297 | 03/20/1997 | 1228.00 |
| ROCKY MTN BANKCARD | 97BK040976 | TRANSCRIBER SERVIC | / / | | 03/13/1997 | 90.00 | 0497 | 05/16/1997 | 90.00 |
| ROCKY MTN BANKCARD | 97BK040976 | TRANSCRIBER SERVIC | / / | | / / | 0.00 | 051997 | 11/12/1997 | 311.35 |
| ROCKY MTN BANKCARD | 97BK080946 | TRANSCRIBER SERVIC | 06/12/1997 | | / / | 0.00 | 051997 | 11/12/1997 | 205.00 (A) |
| ROCKY MTN BANKCARD | 97BK080946 | TRANSCRIBER SERVIC | 06/12/1997 | | / / | 226.50 | 1098 | 11/28/1997 | 226.50 |
| ROCKY MTN BANKCARD | 97BK090946 | CONF. ROOM RENTAL | 06/04/1997 | | 06/04/1997 | 100.00 | 1098 | 11/28/1997 | 100.00 |
| Vendor Total $ | | | | | | | | | 2160.85 |
| SOUTHWEST LABORATORY | BK046834 | ANALYTICAL SERVICE | / / | | 12/30/1999 | 300.00 | ACHC00014 | 01/18/2000 | 300.00 |
| Vendor Total $ | | | | | | | | | 300.00 |
| THE INTELLIGENCER RECORD | 9P3020NASA | ADVERTISEMENT | 12/03/1998 | 048593005 | 12/31/1998 | 279.10 | A99033 | 02/04/1999 | 279.10 |

BSAI 082252

SECTION 23 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

MISCELLANEOUS (MIS) COSTS
BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

MISCELLANEOUS (MIS) COSTS

| VENDOR | PROCUREMENT NUMBER | SUMMARY OF SERVICE | SERVICE DATE | VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | SCHED. NUMBER | SCHEDULE DATE | SITE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Vendor Total $ | | | | | | | | | 279.10 |
| Total Miscellaneous Costs: $ | | | | | | | | | 4619.68 |

DOCUMENTATION : COPIES OF APPLICABLE PAID VOUCHERS AND TREASURY SCHEDULES

Footnotes

(A) Document requested from Cincinnati.

BSAI 082253

SECTION 24 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA　SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

OTHER COSTS
_____

| CONTRACTOR | : DYNCORP - CLASS CONTRACT |
| CONTRACT NUMBER | : 68-D4-0104 |
| PROJECT OFFICER | : LUCINDA TAYLOR |
| DATES OF SERVICE | : FROM :11/04/1994 TO :05/25/2000 |
| SUMMARY OF SERVICE | : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS |
| TOTAL COSTS | : $　　6,219.96 |

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 0-3 | 12/15/1994 | 313,236.58 | R5279 | 01/19/1995 | 713.01 | 322.36 |
| 0-17 | 02/14/1996 | 407,959.62 | R6394 | 03/14/1996 | 24.65 | 11.14 |
| 0-23 | 08/13/1996 | 468,768.66 | R6843 | 09/12/1996 | 11.15 | 5.04 |
| 0-30 | 02/12/1997 | 491,998.90 | R7440 | 03/11/1997 | 578.37 | 209.19 |
| 0-31 | 03/12/1997 | 558,588.94 | R7533 | 04/10/1997 | 22.30 | 8.07 |
| 1-2 | 05/12/1997 | 495,698.44 | R7701 | 06/11/1997 | 22.41 | 8.11 |
| 1-30 | 09/13/1999 | 566,018.88 | R0021 | 10/14/1999 | 686.39 | 248.26 |
| 1-31 | 10/11/1999 | 327,855.97 | R0081 | 11/12/1999 | 642.80 | 232.50 |
| 2-1 | 10/28/1999 | 216,642.42 | R0120 | 12/02/1999 | 244.16 | 88.31 |
| 2-2 | 11/12/1999 | 515,799.59 | R0140 | 12/09/1999 | 20.32 | 7.35 |
| 2-4 | 01/18/2000 | 700,172.63 | R0273 | 02/15/2000 | 90.94 | 32.89 |
| 2-4 | 01/18/2000 | 700,172.63 | R0273 | 02/15/2000 | 1,224.16 | 442.77 |
| 2-5 | 02/14/2000 | 508,739.72 | R0320 | 03/09/2000 | 129.55 | 46.86 |
| 2-9 | 06/08/2000 | 533,905.70 | R0541 | 07/05/2000 | 107.88 | 39.02 |
| | | | | | ------------ | ------------ |
| | | | | | 4,518.09 | 1,701.87 |

BSAI 082254

SECTION 24 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

OTHER COSTS
_____

CONTRACTOR        : DYNCORP - CLASS CONTRACT

CONTRACT NUMBER   : 68-D4-0104

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 0-3 | R5279 | National- Final | 0.452115 |
| 0-17 | R6394 | National- Final | 0.452115 |
| 0-23 | R6843 | National- Final | 0.452115 |
| 0-30 | R7440 | National- Provisional | 0.361692 |
| 0-31 | R7533 | National- Provisional | 0.361692 |
| 1-2 | R7701 | National- Provisional | 0.361692 |
| 1-30 | R0021 | National- Provisional | 0.361692 |
| 1-31 | R0081 | National- Provisional | 0.361692 |
| 2-1 | R0120 | National- Provisional | 0.361692 |
| 2-2 | R0140 | National- Provisional | 0.361692 |
| 2-4 | R0273 | National- Provisional | 0.361692 |
| 2-4 | R0273 | National- Provisional | 0.361692 |
| 2-5 | R0320 | National- Provisional | 0.361692 |
| 2-9 | R0541 | National- Provisional | 0.361692 |

Contractor Information
_____

WORK ASSIGNMENT NO.:   0-25
PERIOD OF PERFORMANCE: 02/13/96 to 09/19/99

WORK ASSIGNMENT NO.:   II-37
PERIOD OF PERFORMANCE: 09/20/99 to 06/19/00

DESCRIPTION OF WORK:   INVOICE PROCESSING AND CALCULATION (IPAC(

   The purpose of this work assignment is to direct the contractor to perform

BSAI 082255

SECTION 24 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

OTHER COSTS
_____

CONTRACTOR        : DYNCORP - CLASS CONTRACT

CONTRACT NUMBER   : 68-D4-0104
_____

invoice processing and calculation (IPAC).  The contractor shall
review all invoices submitted by the CLP contractor laboratories and
shall provide all information to AOC/designated Regional personnel.
AOC/designated Regional personnel will review and determine the analyses
of all sample fractions are performed as billed, that fraction prices
billed agree with rates contained in the laboratories contracts and the
appropriate sites are charged for the analytical event.

    The contractor shall reconcile and document any discrepancies with the
laboratories.  The contractor shall calculate adjustments due to
liquidated damages and/or incentives.  The contractor shall document and
foward the invoices to EPA for APO/designated Regional personnel review
and verification.  The contractor shall research, calculate and record
costs by site and shall forward a proposed cost per site allocation to
AOCs/designated Regional personel as an attachment to invoice as
supporting documentation for EPA approval.


WORK ASSIGNMENT NO.:   1-30
PERIOD OF PERFORMANCE: 03/19/97 to 09/19/99

WORK ASSIGNMENT NO.:   II-36
PERIOD OF PERFORMANCE: 09/20/99 to 06/19/00

DESCRIPTION OF WORK:  CONTRACT COMPLIANCE SCREENING (CCS)

    This work assignment is to provide Contract Compliance Screening (CCS)
for data packages from Contract Lab Program (CLP) laboratories.
Specifically, CLASS shall:

BSAI 082256

SECTION 24 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

OTHER COSTS

CONTRACTOR        : DYNCORP - CLASS CONTRACT

CONTRACT NUMBER   : 68-D4-0104

1) receive and track the progress of deliverables (analytical data
   deliverables/packages) through all parts of the CCS system,

2) generate reports and communicate with the CLP laboratories
   summarizing the full compliance status for deliverables and
   resubmissions, using summary sheets and Agency supplied defect
   statements, and

3) report CLP laboratory compliance status and trends across time,
   laboratories, regions, and CCS criteria.  In addition, the CLASS
   contractor shall conform to CCS processing consistency and
   turnaround requirements established by US EPA.

WORK ASSIGNMENT NO.:  1-32
PERIOD OF PERFORMANCE:  03/19/97 to 09/19/99

DESCRIPTION OF WORK:  CLASS OPERATIONS (CLOPS)

    The purpose of this work assignment is to direct the contractor to
perform routine CLASS Operations (CLOPS), including operation of the
CLASS facility, reporting, cost recovery support, CLP/CLASS file
preparation, and maintain the record of communication system.  Routine
operations shall be performed in accordance with performance specifications
and Standard Operating Procedures (SOPs) set forth in the Statement of
Work (SOW) of the contract.  The contractor shall support the Program
office in providing information to data users regarding the functions,
capabilities, characteristics and history of the Contract Lab Program (CLP).

BSAI 082257

SECTION 24 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

OTHER COSTS
‾‾‾‾‾‾‾‾‾‾‾

CONTRACTOR           : DYNCORP - CLASS CONTRACT

CONTRACT NUMBER      : 68-D4-0104

The contractor shall assist in coordinating with the Program office all
program initiatives and innovations, as well as changes to CLASS
procedures deemed programmatic in nature.' The contractor shall provide
support to CLP analytical data and information users, such as, Financial
Management Center, Superfund Accounting Branch, Regional program
personnel for cost recovery reporting, and Department of Justice.

SUPPORTING DOCUMENTATION:  Copies of Work Assignments, Statements of Work
and Work Assignment Amendments

BSAI 082258

SECTION 25 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

OVERFLIGHT CONTRACT COSTS

CONTRACTOR            : HUGHES STX CORPORATION

CONTRACT NUMBER       : 68-C3-0367

PROJECT OFFICER       : JOAN L. BOZIK

DATES OF SERVICE      : FROM :02/01/1994 TO :09/30/1994

SUMMARY OF SERVICE    : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS           : $     4,646.46

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 5     | 03/07/1994 | 98,493.82  | R4496 | 04/07/1994 | 547.21   | 214.04   |
| 6     | 04/08/1994 | 105,679.17 | R4564 | 05/06/1994 | 2,267.55 | 886.96   |
| 7     | 05/06/1994 | 81,847.09  | R4632 | 07/11/1994 | 34.78    | 13.60    |
| 7     | 05/06/1994 | 81,847.09  | R4632 | 07/11/1994 | 383.82   | 150.13   |
| 8     | 06/06/1994 | 89,279.53  | R4711 | 07/11/1994 | 3.49     | 1.37     |
| 12    | 10/06/1994 | 115,893.48 | R5100 | 11/10/1994 | 93.99    | 36.76    |
| 12.02 | 01/25/1995 | 16,154.71  | R5426 | 03/17/1995 | 9.09     | 3.56     |
| 12.02 | 01/25/1995 | 16,154.71  | R5426 | 03/17/1995 | 0.08     | 0.03     |
|       |            |            |       |            | ------------- | ----------- |
|       |            |            |       |            | 3,340.01 | 1,306.45 |

BSAI 082259

SECTION 25 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

OVERFLIGHT CONTRACT COSTS
_____

CONTRACTOR        : HUGHES STX CORPORATION

CONTRACT NUMBER   : 68-C3-0367

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 5 | R4496 | National- Provisional | 0.391155 |
| 6 | R4564 | National- Provisional | 0.391155 |
| 7 | R4632 | National- Provisional | 0.391155 |
| 7 | R4632 | National- Provisional | 0.391155 |
| 8 | R4711 | National- Provisional | 0.391155 |
| 12 | R5100 | National- Provisional | 0.391155 |
| 12.02 | R5426 | National- Provisional | 0.391155 |
| 12.02 | R5426 | National- Provisional | 0.391155 |

Contractor Information
_____

WORK ASSIGNMENT NUMBER NO.: 94140
PERIOD OF PERFORMANCE:     01/15/94 TO 04/18/94

DESCRIPTION OF WORK:  PHOTO SUPPORT, BOARHEAD FARMS SITE,
                      UPPER BLACK EDDY, PA

The purpose of this task is to provide operational remote sensing
support to CERCLA remedial activities in EPA Region III.  Specifically,
historical aerial photographic research, acquisition and reproduction
is required in order to document past hazardous waste disposal activities
at the Boarhead Farms Superfund site in Upper Black Eddy, PA.

    Hughes STX will research and acquire all available historical aerial
photography of the site that has not been previously delivered for the
period 1960 to the present.  Two 20" X 20" print enlargements of the

BSAI 082260

SECTION 25 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

OVERFLIGHT CONTRACT COSTS
_____

CONTRACTOR        : HUGHES STX CORPORATION

CONTRACT NUMBER   : 68-C3-0367
_____

site will be provided incrementally for each year of newly acquired
photography.  In addition, the contractor will deliver a summary
imagery information sheet showing all aerial photographic coverage
delivered from this task and for past projects.

SUPPORTING DOCUMENTATION:  Copy of Work Assignment and Description of Work

BSAI 082261

SECTION 26 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ACTION CONTRACT (RAC)
─────────────────────────────

CONTRACTOR            : TETRA TECH/BLACK & VEATCH

CONTRACT NUMBER       : 68-S7-3002

PROJECT OFFICER       : JAMES P. MCKENZIE

DATES OF SERVICE      : FROM :01/31/2000 TO :05/28/2000

SUMMARY OF SERVICE    : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS           : $   203,455.69

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 022 | 06/04/1999 | 76,247.33 | R9643 | 07/01/1999 | 5,031.79 | 366.07 |
| 023 | 07/09/1999 | 92,903.25 | R9718 | 08/06/1999 | 10,968.70 | 797.98 |
| 024 | 08/13/1999 | 67,251.26 | R9794 | 09/09/1999 | 8,792.26 | 639.65 |
| 025 | 09/02/1999 | 94,030.80 | R0002 | 10/04/1999 | 37,803.52 | 2,750.24 |
| 026 | 10/15/1999 | 89,835.21 | R0081 | 11/12/1999 | 8,783.46 | 639.01 |
| 027 | 11/08/1999 | 110,739.21 | R0143 | 12/10/1999 | 27,743.37 | 2,018.36 |
| 028 | 01/03/2000 | 86,218.56 | R0241 | 02/01/2000 | 24,719.05 | 1,798.34 |
| 029 | 01/12/2000 | 742,602.69 | R0260 | 02/09/2000 | 29,393.21 | 2,138.39 |
| 030 | 02/09/2000 | 70,107.72 | R0313 | 03/06/2000 | 6,962.09 | 506.50 |
| 031 | 03/09/2000 | 78,100.07 | R0371 | 04/04/2000 | 9,069.91 | 659.85 |
| 31 | 03/09/2000 | 78,100.07 | R0371 | 04/04/2000 | 9,069.91 | 659.85 |
| 32 | 04/17/2000 | 108,814.23 | R0438 | 05/11/2000 | 2,552.03 | 185.66 |
| 34 | 06/08/2000 | 83,529.84 | R0542 | 07/06/2000 | 8,768.57 | 637.92 |
| | | | | | ------------- | ------------ |
| | | | | | 189,657.87 | 13,797.82 |

BSAI 082262

SECTION 26 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ACTION CONTRACT (RAC)

CONTRACTOR         : TETRA TECH/BLACK & VEATCH

CONTRACT NUMBER    : 68-S7-3002

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 022 | R9643 | National- Provisional | 0.072751 |
| 023 | R9718 | National- Provisional | 0.072751 |
| 024 | R9794 | National- Provisional | 0.072751 |
| 025 | R0002 | National- Provisional | 0.072751 |
| 026 | R0081 | National- Provisional | 0.072751 |
| 027 | R0143 | National- Provisional | 0.072751 |
| 028 | R0241 | National- Provisional | 0.072751 |
| 029 | R0260 | National- Provisional | 0.072751 |
| 030 | R0313 | National- Provisional | 0.072751 |
| 031 | R0371 | National- Provisional | 0.072751 |
| 31 | R0371 | National- Provisional | 0.072751 |
| 32 | R0438 | National- Provisional | 0.072751 |
| 34 | R0542 | National- Provisional | 0.072751 |

Contractor Information

WORK ASSIGNMENT NO.:   018RDRD03Y2
PERIOD OF PERFORMANCE: 04/28/00 to 08/31/00

DESCRIPTION OF WORK:  BOARHEAD SUPERFUND SITE - REMEDIAL DESIGN

The Remedial Design stage includes the development of the actual design
of the selected remedy.  The contractor shall furnish personnel services,
materials, equipment required to prepare detailed plans, drawings and
specifications for Remedial Actions.  All activities shall be in
conformance with the remedy selected and set forth in the Record of

BSAI 082263

SECTION 26 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ACTION CONTRACT (RAC)

CONTRACTOR        : TETRA TECH/BLACK & VEATCH

CONTRACT NUMBER   : 68-S7-3002

Decision (ROD), the removal action selected and set forth in the Action
Memorandum, the Remedial Design, or otherwise directed by EPA.  The
following work breakdown structure shall be used for project scoping,
scheduling, and technical and cost tracking and reporting.  The design
shall be for the Boarhead Farms site and shall reflect the remedial action
selected in the November 1998 ROD.

The remedial selected in this ROD includes three significant elements:

1)  upgrade of the existing interceptor trench collection and treatment
system (to NPDES compliance),

2)  excavation, characterization, and disposal of remaining buried drums
and other discrete units (such as tanker trucks, tubes or bins) of
hazardous substances; and,

3)  excavation, cleansing, and redisposition of currently contaminated
soils.  The remedial design shall be completed in two phases with the
upgrade of the existing treatment plant being completed within 120 days
of issuance of this work assignment and the remainder of this work
assignment is to be completed within 270 days of issuance of this work
assignment.  Note:  work on all design elements may proceed concurrently.

TASK 1 -- PROJECT PLANNING AND SUPPORT:

    This task includes work efforts related to project initiation and
    support.

TASK 2 -- COMMUNITY RELATIONS (As needed, but not expected):

BSAI 082264

SECTION 26 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ACTION CONTRACT (RAC)
_____

CONTRACTOR         : TETRA TECH/BLACK & VEATCH

CONTRACT NUMBER    : 68-S7-3002

This task includes work efforts related to the update and
implementation of the Community Relations Plan (CRP) for the site.
It is anticipated that, for the extent of this design project, that
community relations will be minimal.  When attending public meetings
and open houses, contractor employees must identify themselves as
employees of an EPA contractor.

TASK 3 -- DATA ACQUISTION:

This task includes work efforts to acquire additional data to support
Remedial Design activities.  The contractor shall rely on the voluminous
amount of data collected during the remedial investigation and the 3
removal actions.  Data acquired during the design effort should
supplement prior data collection actions.  The results of this effort
as well as previous studies shall be used to define contaminant levels,
other physical/chemical properties, and volume.  Note:  for much of
this sampling some sort of on-site sampling (such as, but not limited
to XRF, SVE or field GC) may be implemented (recommended).

TASK 4 -- SAMPLE ANALYSIS:

This task includes the analysis of environmental and waste samples.
The contractor may utilize or be directed to utilize a variety of
mechanisms to implement this task including:  field screening using
mobile facilities or field portable equipment, the Contract Laboratory
Program (CLP), laboratories procured under subpool or Team
subcontractor, the Regional Environmental Services Division (ESD), the
Environmental Response Team (ERT) laboratory, or Regionally procured
laboratories.

BSAI 082265

SECTION 26 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ACTION CONTRACT (RAC)

CONTRACTOR        : TETRA TECH/BLACK & VEATCH

CONTRACT NUMBER   : 68-S7-3002

This task consists exclusively of performance of sample analyses and
production or analytical data.

TASK 5 -- ANALYTICAL SUPPORT AND DATA VALIDATION:

This task includes work efforts involved in scheduling, coordination,
tracking, and oversight of sample analyses and validation of analytical
data produced.

TASK 6 -- DATA EVALUATION:

This task includes work efforts related to the analysis of data for
incoporation into the design effort.

TASK 7 -- TREATABILITY STUDY/PILOT TESTING:

This task includes work efforts related to the conduct of laboratory
screening, bench-scale and pilot-scale treatability studies of the
selected remedy, including the leachate from the collection trench.

TASK 8 -- PRELIMINARY DESIGN:

This task includes work efforts related to the preparation of the
preliminary design.  In the same manner as noted above the preliminary
design should be split into two separate tasks with the preliminary
design for the leachate treatment plant being completed within 75
days of award of contract.  Note:  It is anticipated that the process
units needed to upgrade the leachate treatment system will be "off
the shelf items."  If this is the case then the intermediate design,

BSAI 082266

SECTION 26 - PAGE 6
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ACTION CONTRACT (RAC)

CONTRACTOR        : TETRA TECH/BLACK & VEATCH

CONTRACT NUMBER   : 68-S7-3002

phase can be eliminated.

TASK 9 -- EQUIPMENT/SERVICES/UTILITIES:

   This task includes efforts necessary to acquire long-lead equipment,
   services, and/or utilities identified during the preliminary design
   phase.

TASK 10 -- INTERMEDIATE DESIGN:

   This includes work efforts related to the preparation of the
   intermediate design (same two type submittals as discussed above).
   Note:  (if needed) Leachate treatment system intermediate design
   shall be completed within 60 days of award of contract.

TASK 11 -- PRE-FINAL/FINAL DESIGN:

   This task includes work efforts related to the preparation of the
   Pre-Final designs (note:  same two type design submittals as
   discussed above).  Note:  If there is no intermediate design submittal
   for the Leachate Treatment plant the prefinal submittal for this
   component will be submitted within 90 days of award of the contract.

TASK 12 -- POST REMEDIAL DESIGN SUPPORT:  (as needed)

Note:  This section (Task 12) will only be applicable upon the written
direction from the contracting officer.

   The contractor shall solicit the procurement, evaluate offers
   received and inform the EPA contracting officer of the best

BSAI 082267

SECTION 26 - PAGE 7
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ACTION CONTRACT (RAC)
_____

CONTRACTOR          : TETRA TECH/BLACK & VEATCH

CONTRACT NUMBER     : 68-S7-3002

_____

    qualified/cost effective offer.

TASK 13 -- WORK ASSIGNMENT CLOSE OUT:

    This task includes efforts related to work assignment close out.


SUPPORTING DOCUMENTATION:  Copies of Work Assignment No. 018RDRD03Y2
and Statement of Work; Copies of Work Assignment Revisions No. 1
through 6

BSAI 082268

SECTION 27 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

CONTRACTOR              : ROY F. WESTON

CONTRACT NUMBER         : 68-C4-0022

PROJECT OFFICER         : RAJESHMAL SINGHVI

DATES OF SERVICE        : FROM :07/27/1996 TO :12/27/1996

SUMMARY OF SERVICE      : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS             : $    78,641.10

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT |
|---|---|---|---|---|---|
| 177 | 08/05/1996 | 934,226.82 | R6817 | 08/30/1996 | 20,162.81 |
| 179 | 09/05/1996 | 956,343.31 | R7002 | 10/02/1996 | 17,839.09 |
| 182 | 10/07/1996 | 1,266,842.35 | R7100 | 11/05/1996 | 14,226.52 |
| 184 | 11/05/1996 | 908,890.96 | R7172 | 12/03/1996 | 24,484.37 |
| 185 | 12/17/1996 | 1,107,327.83 | R7294 | 01/15/1997 | 989.13 |
| 186 | 01/09/1997 | 1,285,987.06 | R7357 | 02/10/1997 | 920.49 |
| 187 | 02/06/1997 | 1,119,817.63 | R7419 | 03/04/1997 | 18.69 |

```
                                                              -------------
                                                                 78,641.10
```

Contractor Information

WORK ASSIGNMENT NO.:   1-209
PERIOD OF PERFORMANCE: 07/08/96 TO 05/31/97

DESCRIPTION OF WORK:  BOARHEAD FARMS ECOLOGICAL RISK ASSESSMENT,
                      BUCKS COUNTY,PA

The objective of this work assignment is to conduct an ecological risk
assessment of the Boarhead Farm Superfund Site, Bucks County, PA.

    Conduct a review of existing studies, and data provided by the EPA
    Region III contractor and convert to an ERT/REAC format.

BSAI 082269

SECTION 27 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

CONTRACTOR          : ROY F. WESTON

CONTRACT NUMBER     : 68-C4-0022

Conduct field sampling and establish a gradient of contaminants
which will be used in the design for conducting toxicity tests
(Chironomid, Hyallela, Earthworm).

Conduct an ecological risk calculation using the hazard quotient
method.  Develop a conceptual model based on assessment endpoints
and hypotheses generated from the initial site recommendations.
Identify measurement endpoints which support hypotheses.  Details
of the toxic mechanism of all contaminants of conern, potential
pathways of exposure, and potential receptors should also be
included.  Conduct a Ecological Risk Assessment using the data
obtained by literature review and previous sampling.

SUPPORTING DOCUMENTATION:  Copy of Work Assignment No. 1-209 and
Description of Work

BSAI 082270

SECTION 28 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS
───────────────────────────────────────────────

CONTRACTOR            : ROY F. WESTON, INC.

CONTRACT NUMBER       : 68-01-7367

PROJECT OFFICER       : PATRICIA HAWKINS

DATES OF SERVICE      : FROM :04/01/1989 TO :03/31/1990

SUMMARY OF SERVICE    : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS           : $    51,678.34

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

─────────────────────────────────────────────────────────────────────────────

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 41 | 05/09/1989 | 1,648,872.37 | R8891 | 06/20/1989 | 13,778.90 | 14,529.51 |
| 43 | 06/02/1989 | 1,529,457.05 | R8911 | 07/19/1989 | 257.04 | 271.04 |
| 45 | 07/07/1989 | 1,747,273.42 | R8931 | 08/16/1989 | 1,335.61 | 1,408.37 |
| 47 | 08/02/1989 | 1,601,961.63 | R8950 | 09/13/1989 | 406.53 | 428.68 |
| 49 | 08/31/1989 | 1,356,973.81 | R8963 | 10/03/1989 | 8,941.50 | 9,428.59 |
| 51 | 10/05/1989 | 1,778,376.03 | R8988 | 11/08/1989 | 36.45 | 38.44 |
| 55 | 11/30/1989 | 1,651,710.26 | R9026 | 01/08/1990 | 40.97 | 43.20 |
| 57 | 01/08/1990 | 1,961,193.64 | R9048 | 02/08/1990 | 72.98 | 76.96 |
| 60 | 02/06/1990 | 1,931,783.43 | R9065 | 03/06/1990 | 3.53 | 3.72 |
| 62 | 03/02/1990 | 1,758,304.95 | R9087 | 04/05/1990 | 263.20 | 277.54 |
| 65 | 04/05/1990 | 2,414,242.68 | R9109 | 05/07/1990 | 17.32 | 18.26 |
| | | | | | -------------- | -------------- |
| | | | | | 25,154.03 | 26,524.31 |

BSAI 082271

SECTION 28 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS
_____

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-01-7367

| VOUCHER NUMBER | SCHEDULE NUMBER | | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|---|
| 41 | R8891 | Region | - Final | 1.054475 |
| 43 | R8911 | Region | - Final | 1.054475 |
| 45 | R8931 | Region | - Final | 1.054475 |
| 47 | R8950 | Region | - Final | 1.054475 |
| 49 | R8963 | Region | - Final | 1.054475 |
| 51 | R8988 | Region | - Final | 1.054475 |
| 55 | R9026 | Region | - Final | 1.054475 |
| 57 | R9048 | Region | - Final | 1.054475 |
| 60 | R9065 | Region | - Final | 1.054475 |
| 62 | R9087 | Region | - Final | 1.054475 |
| 65 | R9109 | Region | - Final | 1.054475 |

Contractor Information
_____

TECHNICAL DIRECTION DOCUMENT (TDD) NO.:  03-8902-15
PERIOD OF PERFORMANCE:  02/21/89 to 03/03/89

DESCRIPTION OF WORK:  BOARHEAD FARMS SITE ASSESSMENT
                      UPPER BLACK EDDY, BUCKS CO., PA

    Prepare Site Sketch/Map
    Conduct Air Monitoring
    Prepare POLREPS
    Photo Documentation

BSAI 082272

SECTION 28 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-01-7367

TDD NO.:              03-8903-01
PERIOD OF PERFORMANCE: 03/09/89 to 03/20/89

DESCRIPTION OF WORK: BOARHEAD FARMS SAMPLING SUPPORT
                     UPPER BLACK EDDY, BUCKS CO.,PA

    Magnetometer Survey
    Perform Water Sampling of Residential Wells
    Obtain Magnetometer Per FBI Informant
    Water Sampling
    Magnetometer Survey

TDD NO.:              03-9803-L02
PERIOD OF PERFORMANCE: 03/13/89 to 03/31/89

DESCRIPTION OF WORK: BOARHEAD FARMS ANALYTICAL
                     UPPER BLACK EDDY, BUCKS CO., PA

    Analysis of 40 Water Samples
        -VO Analysis (Method 624)
        -CN Analysis (Method 335.2)
        -Metals Analysis (SW - 846) for 16 Specific Metals
            (P.P. List & Al, Ba, Mn) by Furnace A.A. (Exc/Hg)

    QA/QC:
        -15 TIC
        -MS/MSD
        -Method Blank
        -Double Injections

BSAI 082273

SECTION 28 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR          : ROY F. WESTON, INC.

CONTRACT NUMBER     : 68-01-7367

TDD NO.:            03-8904-01
PERIOD OF PERFORMANCE:  04/03/89 to 04/17/89

DESCRIPTION OF WORK:  BOARHEAD FARMS SAMPLING SUPPORT
                      UPPER BLACK EDDY, BUCKS CO., PA

    Prepare Site Sketch/Map
    Trip Report
    Prepare Trip Report for Previous Sampling Effort

TDD NO.:            03-8905-25
PERIOD OF PERFORMANCE:  05/10/89 to 06/15/89

DESCRIPTION OF WORK:  BOARHEAD FARMS SITE ASSESSMENT
                      UPPER BLACK EDDY, BUCKS CO., PA

    Follow-up Assessment on Drums and Tankers, Obtain Sample of Material
    & Arrange for Analytical.  If stained soil is observed sample soil.

        Prepare Sampling Plan
        Prepare POLREPS
        Implement Sampling Plan

TDD NO.:            03-8906-L03
PERIOD OF PERFORMANCE:  05/26/89 to 07/19/89

BSAI 082274

SECTION 28 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS
_____

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-01-7367
_____

DESCRIPTION OF WORK:  BOARHEAD FARMS ANALYTICAL
                      UPPER BLACK EDDY, BUCKS CO., PA

    6 Soil Samples
        -BNA (Method 8270)
        -Pesticides (Method 8080)
        -CLP Metals (23)
        -CN Analysis
        -EP Toxicity - Metals Only

    12 Aqueous Samples

SUPPORTING DOCUMENTATION:  Copies of Technical Direction Documents and
Acknowledgments of Completion

BSAI 082275

SECTION 29 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR          : ROY F. WESTON, INC.

CONTRACT NUMBER     : 68-W0-0036

PROJECT OFFICER     : P.HAWKINS/E.WILLIFORD

DATES OF SERVICE    : FROM :12/01/1991 TO :06/30/1995

SUMMARY OF SERVICE  : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS         : $   581,267.00

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 16 | 01/02/1992 | 1,657,756.58 | R2252 | 02/03/1992 | 386.51 | 308.76 |
| 17 | 01/29/1992 | 1,728,893.52 | R2315 | 02/28/1992 | 838.60 | 669.92 |
| 18 | 02/27/1992 | 615,863.46 | R2386 | 03/31/1992 | 98.52 | 78.70 |
| 22 | 07/02/1992 | 1,827,055.55 | R2700 | 08/06/1992 | 289.30 | 231.11 |
| 23 | 07/31/1992 | 1,695,469.38 | R2764 | 08/31/1992 | 289.30 | 231.11 |
| 24 | 09/11/1992 | 1,468,964.59 | R3029 | 10/14/1992 | 26,435.40 | 21,117.97 |
| 25 | 10/09/1992 | 2,011,899.69 | R3124 | 11/19/1992 | 60,254.08 | 48,134.09 |
| 27 | 11/13/1992 | 1,300,091.50 | R3199 | 12/18/1992 | 32,796.45 | 26,199.51 |
| 26 | 11/18/1992 | 810,849.68 | R3206 | 12/22/1992 | 10,787.97 | 8,617.99 |
| 28 | 12/10/1992 | 274,248.03 | R3259 | 01/12/1993 | 1,299.54 | 1,038.14 |
| 29 | 12/08/1992 | 653,688.61 | R3259 | 01/12/1993 | 9,896.85 | 7,906.12 |
| 31 | 01/14/1993 | 1,655,595.23 | R3334 | 02/10/1993 | 8,133.59 | 6,497.53 |
| 33 | 02/10/1993 | 1,794,039.88 | R3426 | 03/18/1993 | 7,310.13 | 5,839.71 |
| 34 | 03/10/1993 | 72,011.33 | R3492 | 04/13/1993 | 407.25 | 325.33 |
| 35 | 03/10/1993 | 1,314,186.55 | R3492 | 04/13/1993 | 8,785.10 | 7,017.99 |
| 37 | 04/16/1993 | 1,793,825.45 | R3572 | 05/14/1993 | 16,539.54 | 13,212.64 |
| 39 | 05/10/1993 | 1,368,888.39 | R3638 | 06/10/1993 | 1,973.95 | 1,576.89 |
| 41 | 06/11/1993 | 1,615,014.33 | R3709 | 07/12/1993 | 4,687.17 | 3,744.36 |
| 43 | 07/13/1993 | 1,886,048.67 | R3777 | 08/10/1993 | 13,826.85 | 11,045.61 |
| 47 | 09/07/1993 | 1,695,523.33 | R4014 | 10/07/1993 | 3,241.27 | 2,589.30 |
| 49 | 10/12/1993 | 1,972,352.66 | R4111 | 11/10/1993 | 4,246.91 | 3,392.65 |

BSAI 082276

SECTION 29 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 16 | R2252 | Region  - Final | 0.798852 |
| 17 | R2315 | Region  - Final | 0.798852 |
| 18 | R2386 | Region  - Final | 0.798852 |
| 22 | R2700 | Region  - Final | 0.798852 |
| 23 | R2764 | Region  - Final | 0.798852 |
| 24 | R3029 | Region  - Final | 0.798852 |
| 25 | R3124 | Region  - Final | 0.798852 |
| 27 | R3199 | Region  - Final | 0.798852 |
| 26 | R3206 | Region  - Final | 0.798852 |
| 28 | R3259 | Region  - Final | 0.798852 |
| 29 | R3259 | Region  - Final | 0.798852 |
| 31 | R3334 | Region  - Final | 0.798852 |
| 33 | R3426 | Region  - Final | 0.798852 |
| 34 | R3492 | Region  - Final | 0.798852 |
| 35 | R3492 | Region  - Final | 0.798852 |
| 37 | R3572 | Region  - Final | 0.798852 |
| 39 | R3638 | Region  - Final | 0.798852 |
| 41 | R3709 | Region  - Final | 0.798852 |
| 43 | R3777 | Region  - Final | 0.798852 |
| 47 | R4014 | Region  - Final | 0.798852 |
| 49 | R4111 | Region  - Final | 0.798852 |

BSAI 082277

SECTION 29 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 53 | 11/08/1993 | 1,625,160.76 | R4194 | 12/13/1993 | 4,331.38 | 2,342.09 |
| 55 | 12/07/1993 | 1,372,578.92 | R4266 | 01/10/1994 | 10,234.58 | 5,534.10 |
| 57 | 01/18/1994 | 1,909,728.07 | R4358 | 02/18/1994 | 6,346.36 | 3,431.64 |
| 59 | 02/14/1994 | 2,081,695.14 | R4430 | 03/15/1994 | 2,027.73 | 1,096.45 |
| 61 | 03/14/1994 | 1,842,790.55 | R4508 | 04/12/1994 | 1,132.61 | 612.43 |
| 63 | 04/11/1994 | 2,107,317.02 | R4573 | 05/11/1994 | 1,064.62 | 575.67 |
| 65 | 05/16/1994 | 2,390,799.12 | R4648 | 06/10/1994 | 868.41 | 469.57 |
| 67 | 06/14/1994 | 1,539,232.87 | R4722 | 07/14/1994 | 1,157.81 | 626.06 |
| 69 | 07/13/1994 | 1,713,108.53 | R4819 | 08/22/1994 | 1,717.58 | 928.74 |
| 71 | 08/17/1994 | 2,042,382.47 | R4896 | 09/19/1994 | 4,074.02 | 2,202.93 |
| 72 | 09/02/1994 | 220,831.37 | R5019 | 10/12/1994 | 401.83 | 217.28 |
| 74 | 09/15/1994 | 2,119,004.22 | R5071 | 10/31/1994 | 10,967.36 | 5,930.34 |
| 76 | 10/10/1994 | 1,546,981.45 | R5100 | 11/10/1994 | 60,036.75 | 32,463.43 |
| 77 | 11/17/1994 | 440,487.85 | R5208 | 12/21/1994 | 3,484.41 | 1,884.11 |
| 78 | 11/17/1994 | 1,482,858.43 | R5208 | 12/21/1994 | 2,906.79 | 1,571.78 |
| 80 | 12/15/1994 | 1,179,700.98 | R5270 | 01/17/1995 | 929.29 | 502.49 |
| 79 | 12/16/1994 | 202,311.25 | R5274 | 01/18/1995 | 399.48 | 216.01 |
| 81 | 01/11/1995 | 131,931.83 | R5330 | 02/08/1995 | 1,254.29 | 678.23 |
| 82 | 01/11/1995 | 1,347,431.34 | R5339 | 02/13/1995 | 4,939.08 | 2,670.69 |
| 84 | 02/08/1995 | 1,602,545.00 | R5400 | 03/09/1995 | 7,482.21 | 4,045.83 |
| 86 | 03/07/1995 | 1,567,608.10 | R5477 | 04/03/1995 | 493.03 | 266.59 |
| 85 | 03/08/1995 | 552,689.97 | R5478 | 04/04/1995 | 466.40 | 252.19 |
| 87 | 04/07/1995 | 328,620.08 | R5558 | 05/03/1995 | 281.50 | 152.21 |
| 90 | 04/11/1995 | 2,202,669.59 | R5572 | 05/09/1995 | 28,359.45 | 15,334.69 |
| 88R | 05/12/1994 | 587,498.26 | R5665 | 06/12/1995 | 1,733.60 | 937.40 |
| 92 | 05/16/1995 | 1,500,277.89 | R5665 | 06/12/1995 | -4,205.53 | -2,274.04 |

BSAI 082278

SECTION 29 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 53 | R4194 | Region - Final | 0.540726 |
| 55 | R4266 | Region - Final | 0.540726 |
| 57 | R4368 | Region - Final | 0.540726 |
| 59 | R4430 | Region - Final | 0.540726 |
| 61 | R4508 | Region - Final | 0.540726 |
| 63 | R4573 | Region - Final | 0.540726 |
| 65 | R4648 | Region - Final | 0.540726 |
| 67 | R4722 | Region - Final | 0.540726 |
| 69 | R4819 | Region - Final | 0.540726 |
| 71 | R4896 | Region - Final | 0.540726 |
| 72 | R5019 | Region - Final | 0.540726 |
| 74 | R5071 | Region - Final | 0.540726 |
| 76 | R5100 | Region - Final | 0.540726 |
| 77 | R5208 | Region - Final | 0.540726 |
| 78 | R5208 | Region - Final | 0.540726 |
| 80 | R5270 | Region - Final | 0.540726 |
| 79 | R5274 | Region - Final | 0.540726 |
| 81 | R5330 | Region - Final | 0.540726 |
| 82 | R5339 | Region - Final | 0.540726 |
| 84 | R5400 | Region - Final | 0.540726 |
| 86 | R5477 | Region - Final | 0.540726 |
| 85 | R5478 | Region - Final | 0.540726 |
| 87 | R5558 | Region - Final | 0.540726 |
| 90 | R5572 | Region - Final | 0.540726 |
| 88R | R5665 | Region - Final | 0.540726 |
| 92 | R5665 | Region - Final | 0.540726 |

BSAI 082279

SECTION 29 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR          : ROY F. WESTON, INC.

CONTRACT NUMBER     : 68-W0-0036

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY NUMBER | SCHEDULE AND DATE | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 109Z | 12/05/1995 | 45,063.25 | R6219 | 01/04/1996 | 11.37 | 4.92 |
| 129R1 | 06/11/1997 | 139,971.57 | R7772 | 07/08/1997 | -25,550.35 | -11,052.60 |
| | | | | | 339,870.34 | 241,396.66 |

BSAI 082280

SECTION 29 - PAGE 6
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS
_____

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036

| VOUCHER NUMBER | SCHEDULE NUMBER | | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|---|
| 109Z | R6219 | Region | - Provisional | 0.432581 |
| 129R1 | R7772 | Region | - Provisional | 0.432581 |

Contractor Information
_____

TECHNICAL DIRECTION DOCUMENT (TDD) NO.:  03-9210-0001
PERIOD OF PERFORMANCE:                   10/08/92 TO 12/31/92

DESCRIPTION OF WORK:    BOARHEAD FARMS REMOVAL SUPPORT (CERCLA)
                        UPPER BLACK EDDY, BUCKS CO., PA

    Agency roster/cards
    Chronology of Events
    Conduct Air Monitoring
    Conduct Cost Tracking and Documentation
    Document On-Site Activity
    Implement Sampling Plan
    Maps and Sketches
    Organize Site Files
    Photo Documentation
    Prepare and Implement Safety Plan
    Prepare POLREPS
    Press Clippings
    Review Site Records/Technical Documents
    Conduct Multimedia Sampling

BSAI 082281

SECTION 29 - PAGE 7
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036

TDD NO.:     03-9210-0001A
             This TDD amends 03-9210-0001 to extend the due date from
             12/31/92 to 04/30/93

TDD NO.:     03-9210-0001B
             This TDD amends 03-9210-0001A to extend the due date from
             04/30/93 to 06/30/93

TDD NO.:     03-9210-0001C
             This TDD amends 03-9210-0001B to add additional Level of
             Effort (LOE) hours.

TDD NO.:     03-9210-0001D
             This TDD amends 03-9210-0001C to add additional LOE hours.

TDD NO.:     03-9210-0001E
             This TDD amends 03-9210-0001D to add additional LOE hours.

TDD NO.:     03-9210-0001F
             This TDD amends 03-9210-0001E to extend the due date to
             12/31/93

TDD NO.:     03-9210-0001G
             This TDD amends 03-9210-0001F to add additional LOE hours.

TDD NO.:              03-9301-L005
PERIOD OF PERFORMANCE: 01/11/93 to 02/10/93

BSAI 082282

SECTION 29 - PAGE 8
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS
_____

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036
_____

DESCRIPTION OF WORK:  BOARHEAD FARMS ANALYTICAL
                      UPPER BLACK EDDY, BUCKS CO., PA

    8 water samples for volatile organics by EPA CLP 3/90 Methods

    8 water samples for base neutrals & acid extractables by CLP
    3/90 Methods

    8 water samples for TAL metals by CLP 3/90 Methods

    2 CLP data packages


TDD NO.:              03-9303-L004
PERIOD OF PERFORMANCE:  03/17/93 to 05/12/93

DESCRIPTION OF WORK:  BOARHEAD FARMS ANALYTICAL
                      UPPER BLACK EDDY, BUCKS CO., PA

    4 water samples for volatile organics by EPA Method 624 with a
    1 UG/L detection limit

    10 water samples for priority pollutant metals


TDD NO.:              03-9305-L006
PERIOD OF PERFORMANCE:  05/10/93 to 06/21/93

DESCRIPTION OF WORK:  BOARHEAD FARMS ANALYTICAL
                      UPPER BLACK EDDY, LACKAWANNA CO., PA

BSAI 082283

SECTION 29 - PAGE 9
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036

2 water samples for VOA analysis by EPA Method 624

2 matrix spike/matrix spike duplicate for above item

7 water samples for priority pollutant metals

2 matrix spike/matrix spike duplicate for above item

TDD NO.:               03-9309-L006
PERIOD OF PERFORMANCE: 09/10/93 to 10/18/93

DESCRIPTION OF WORK:  BOARHEAD FARMS ANALYTICAL
                      UPPER BLACK EDDY, BUCKS CO., PA

7 water samples for the analysis of volatile organic compounds,
base/neutral & acid extractable compounds & PCB/Pesticide compounds
by CLP Method (3/90)

7 water samples for the analysis of 23 target analyte list metals
and total cyanide by CLP Method (3/90)

1 water sample for the analysis of volatile organic compounds by
CLP Method (3/90) organis statement of work

TDD NO.:               03-9310-0001
PERIOD OF PERFORMANCE: 10/01/93 to 11/30/93

BSAI 082284

SECTION 29 - PAGE 10
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS
———————————————————————————————————————————————

CONTRACTOR          : ROY F. WESTON, INC.

CONTRACT NUMBER     : 68-W0-0036
———————————————————————————————————————————————

DESCRIPTION OF WORK:  BOARHEAD FARMS ENGINEERING EVALUATION COST
                      ANALYSIS (EECA) UPPER BLACK EDDY, BUCKS CO., PA

    Draft EECA for Ground Water Contamination
    Draft Approval Memo

TDD NO.:            03-9311-0001
PERIOD OF PERFORMANCE: 11/03/93 to 12/31/93

DESCRIPTION OF WORK:  BOARHEAD FARMS SITE ASSESSMENT INVESTIGATION
                      UPPER BLACK EDDY, BUCKS CO., PA

    Implement Sampling Plan
    Photo Documentation
    Prepare and Implement Safety Plan
    Prepare POLREPS
    Prepare Site Sketch/Map
    Trip Report

TDD NO.:            03-9311-L002
PERIOD OF PERFORMANCE: 11/02/93 to 11/22/93

DESCRIPTION OF WORK:  BOARHEAD FARMS ANALYTICAL
                      UPPER BLACK EDDY, BUCKS CO., PA

    26 soil samples for volatile organics by CLP Methodologies
    4 matrix spikes
    2 water samples for volatile organics by CLP Methodology

BSAI 082285

SECTION 29 - PAGE 11
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS
_____

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036
_____

TDD NO.:              03-9312-0004
PERIOD OF PERFORMANCE: 12/07/93 to 02/28/94

DESCRIPTION OF WORK:  BOARHEAD FARMS ENGINEERING EVALUATION COST
                      ANALYSIS, UPPER BLACK EDDY, BUCKS CO., PA

     Review Site Records/Technical Documents
     Prepare Sampling Plan
     Compile Existing Data
     Draft EE/CA for Groundwater

TDD NO.:     03-9312-0004A
             This TDD amends TDD 03-9312-0004 to extend the due date
             from 02/28/94 to 03/31/94

TDD NO.:              03-9401-0001
PERIOD OF PERFORMANCE: 01/05/94 to 05/31/94

DESCRIPTION OF WORK:  BOARHEAD FARMS OSC REPORT (CERCLA)
                      UPPER BLACK EDDY, BUCKS CO., PA

     Assist OSC in drafting OSC Report

TDD NO.:              03-9405-0013
PERIOD OF PERFORMANCE: 05/18/94 to 08/31/94

BSAI 082286

SECTION 29 - PAGE 12
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR         : ROY F. WESTON, INC.

CONTRACT NUMBER    : 68-W0-0036

DESCRIPTION OF WORK:  COMPLETE EE/CA FOR THE BOARHEAD SITE, INCLUDING
                      DRILLING MONITORING WELLS, INCLUDING CONDUCTING
                      APPROPRIATE TESTS

      Compile Existing Data
      Draft EECA
      Provide Engineering Technical Services

TDD NO.:    03-9405-0013A
            This TDD amends 03-9405-0013 to add additional LOE hours.

TDD NO.:    03-9405-0013B
            This TDD amends 03-9405-0013A to extend due date from
            08/31/94 to 09/30/94

TDD NO.:                03-9407-S002
PERIOD OF PERFORMANCE:  07/12/94 to 09/30/94

DESCRIPTION OF WORK:  SPECIAL PROJECT

      To procure a drilling subcontractor to drill approximately 6 to
      20 wells.  The exact number of wells will depend on the success of
      drilling wells which will produce sufficient water to characterize
      the site hydrogeology.

TDD NO.:                03-9407-S003
PERIOD OF PERFORMANCE:  07/19/94 to 09/30/94

BSAI 082287

SECTION 29 - PAGE 13
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036

DESCRIPTION OF WORK:  SPECIAL PROJECT

   Procure comman post trailer, electricity, phones, tax and copier to
   support drilling operations at the Boarhead Site.

TDD NO.:            03-9408-L010
PERIOD OF PERFORMANCE:  07/28/94 to 08/31/94

DESCRIPTION OF WORK:  ANALYTICAL SERVICES

   Analyze 11 water samples for VOCs and Metals
   Lab Report
   QA/QC

TDD NO.:            03-9410-0033
PERIOD OF PERFORMANCE:  10/19/94 to 12/31/94

DESCRIPTION OF WORK:  INFORMATION MANAGEMENT

   Make Correction to and print copies of the After Action Report

TDD NO.:   03-9410-0033A
           This TDD amends 03-9410-0033 to extend due date from 12/31/94
           to 04/30/95

TDD NO.:            03-9410-0154
PERIOD OF PERFORMANCE:  10/01/94 to 12/31/94

BSAI 082288

SECTION 29 - PAGE 14
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036

DESCRIPTION OF WORK:  ASSIST IN DATA GATHERING AND PREPARATION OF DRAFT
                      EE/CA

    Compile existing data
    Draft EECA
    Provide Engineering Technical Services
    Review Site Records/Technical Documents

TDD NO.:    03-9410-0154A
            This TDD amends 03-9410-0154 to add an additional task and
            to extend the due date from 12/31/94 to 02/28/95.

                -Collect samples from additional wells (6) which were
                installed for EE/CA


TDD NO.:                03-9410-L006
PERIOD OF PERFORMANCE:  10/21/94 to 11/28/94

DESCRIPTION OF WORK:  ANALYTICAL SERVICE - 20 WATER SAMPLES FOR
                      VOLATILE ORGANICS

    Lab Report
    Procure Services of an Analytical Laboratory
    QA/QC Lab Report


TDD NO.:                03-9411-S001
PERIOD OF PERFORMANCE:  11/07/94 to 12/31/94

BSAI 082289

SECTION 29 - PAGE 15
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


TECHNICAL ASSISTANCE TEAM (TAT) CONTRACT COSTS
_____

CONTRACTOR        : ROY F. WESTON, INC.

CONTRACT NUMBER   : 68-W0-0036
_____

DESCRIPTION OF WORK:  SPECIAL PROJECT

    Subcontract Well Drilling in Support of EE/CA


TDD NO.:                03-9501-L007
PERIOD OF PERFORMANCE:  01/26/95 to 02/20/95

DESCRIPTION OF WORK:  ANALYTICAL SERVICES

    7 water samples for volatile organics
    Lab Report
    Procure Services of an Analytical Laboratory
    QA/QC Lab Report


SUPPORTING DOCUMENTATION:  Copies of Technical Direction Documents and
Acknowledgments of Completion

BSAI 082290

SECTION 30 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR           : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER      : 68-01-7331

PROJECT OFFICER      : LINDA STEWART/ROSE HARVEL

DATES OF SERVICE     : FROM :01/03/1988 TO :12/31/1991

SUMMARY OF SERVICE   : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS          : $    73,432.79

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 18B | 02/26/1988 | 1,880,159.89 | R8630 | 04/20/1988 | 514.49 | 169.55 |
| 19B | 03/21/1988 | 1,920,693.88 | R8644 | 05/18/1988 | 62.42 | 20.57 |
| 20B | 04/26/1988 | 2,155,831.50 | R8662 | 06/24/1988 | -0.02 | -0.01 |
| 20B | 04/26/1988 | 2,155,831.50 | R8662 | 06/24/1988 | 483.39 | 159.30 |
| 21B | 05/20/1988 | 1,962,780.37 | R8667 | 07/08/1988 | 868.25 | 286.13 |
| 22B - R2 | 08/26/1988 | 2,059,976.27 | R8716 | 09/29/1988 | 750.68 | 247.38 |
| 23B-R | 08/26/1988 | 2,209,417.08 | R8716 | 09/29/1988 | 1,093.75 | 360.44 |
| 24B | 08/31/1988 | 1,882,757.92 | R8717 | 10/06/1988 | 364.56 | 120.14 |
| 25-B | 09/29/1988 | 2,153,992.62 | R8734 | 11/01/1988 | 922.12 | 303.88 |
| 26B | 10/28/1988 | 1,990,784.75 | R8756 | 12/05/1988 | 3,906.63 | 1,287.41 |
| 27B | 11/23/1988 | 1,465,697.93 | R8770 | 12/28/1988 | 5,010.67 | 1,651.24 |
| 28B | 12/29/1988 | 1,639,609.05 | 08795 | 02/03/1989 | 0.03 | 0.01 |
| 29B | 01/25/1989 | 1,590,631.59 | 08821 | 03/13/1989 | 8,547.76 | 2,816.87 |
| 29B | 01/25/1989 | 1,590,631.59 | 08821 | 03/13/1989 | 157.02 | 51.75 |
| 30B | 02/17/1989 | 1,450,585.22 | 08828 | 03/22/1989 | 8,730.61 | 2,877.13 |
| 31B | 03/24/1989 | 1,371,284.64 | 08852 | 04/25/1989 | 2,415.13 | 795.89 |
| 32B | 04/25/1989 | 2,298,774.65 | R8873 | 05/24/1989 | 1,706.33 | 562.31 |
| 33B | 05/22/1988 | 1,477,072.92 | R8891 | 06/21/1989 | 1,361.46 | 448.66 |
| JV91775 | 06/26/1989 | 0.00 | 91775 | 06/26/1989 | -157.02 | -51.75 |
| 34B | 06/21/1989 | 1,179,039.26 | R8917 | 07/27/1989 | 6,177.46 | 2,035.75 |
| 35B | 07/20/1989 | 1,385,887.40 | R8941 | 08/31/1989 | 4,072.73 | 1,342.15 |

BSAI 082291

SECTION 30 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-01-7331

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 18B | R8630 | Region - Final | 0.329545 |
| 19B | R8644 | Region - Final | 0.329545 |
| 20B | R8662 | Region - Final | 0.329545 |
| 20B | R8662 | Region - Final | 0.329545 |
| 21B | R8667 | Region - Final | 0.329545 |
| 22B - R2 | R8716 | Region - Final | 0.329545 |
| 23B-R | R8716 | Region - Final | 0.329545 |
| 24B | R8717 | Region - Final | 0.329545 |
| 25-B | R8734 | Region - Final | 0.329545 |
| 26B | R8756 | Region - Final | 0.329545 |
| 27B | R8770 | Region - Final | 0.329545 |
| 28B | 08795 | Region - Final | 0.329545 |
| 29B | 08821 | Region - Final | 0.329545 |
| 29B | 08821 | Region - Final | 0.329545 |
| 30B | 08828 | Region - Final | 0.329545 |
| 31B | 08852 | Region - Final | 0.329545 |
| 32B | R8873 | Region - Final | 0.329545 |
| 33B | R8891 | Region - Final | 0.329545 |
| JV91775 | 91775 | Region - Final | 0.329545 |
| 34B | R8917 | Region - Final | 0.329545 |
| 35B | R8941 | Region - Final | |

BSAI 082292

SECTION 30 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-01-7331

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 36B | 08/22/1989 | 637,263.93 | R8959 | 09/27/1989 | 1,265.09 | 416.90 |
| 37B | 09/27/1989 | 498,826.14 | R8977 | 10/24/1989 | 208.85 | 68.83 |
| 38B | 10/26/1989 | 429,658.64 | R9053 | 01/18/1990 | 72.19 | 23.79 |
| 57A | 04/24/1991 | 35,257.55 | R9373 | 05/23/1991 | 83.02 | 27.36 |
| 57B | 04/24/1991 | 1,928,821.35 | R9373 | 05/23/1991 | 3,191.73 | 1,051.82 |
| 64A | 04/24/1992 | -97,550.69 | R2514 | 05/20/1992 | -610.07 | -160.84 |
| 64B | 04/24/1992 | 444,225.19 | R2514 | 05/20/1992 | 560.39 | 147.74 |
| 65A | 06/29/1992 | -1,494.61 | R2657 | 07/21/1992 | 5.80 | 1.53 |
| 65B | 06/29/1992 | 441,960.10 | R2668 | 07/24/1992 | -7.15 | -1.88 |
| JV30295 | 11/06/1993 | 0.00 | 30295 | 11/06/1993 | 3,655.20 | 963.64 |
| 71A | 08/17/1994 | -31,951.35 | R4901 | 09/21/1994 | 6.25 | 1.65 |
| 71B | 08/17/1994 | 226,605.12 | R4901 | 09/21/1994 | -45.99 | -12.12 |
| 72A | 11/30/1994 | 29,224.44 | R5229 | 12/29/1994 | 36.25 | 9.56 |
| | | | | | ------------ | ------------ |
| | | | | | 55,410.01 | 18,022.78 |

BSAI 082293

SECTION 30 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR          : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER     : 68-01-7331

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 36B | R8959 | Region - Final | 0.329545 |
| 37B | R8977 | Region - Final | 0.329545 |
| 38B | R9033 | Region - Final | 0.329545 |
| 57A | R9373 | Region - Final | 0.329545 |
| 57B | R9373 | Region - Final | 0.329545 |
| 64A | R2514 | Region - Provisional | 0.263636 |
| 64B | R2514 | Region - Provisional | 0.263636 |
| 65A | R2657 | Region - Provisional | 0.263636 |
| 65B | R2668 | Region - Provisional | 0.263636 |
| JV30295 | 30295 | Region - Provisional | 0.263636 |
| 71A | R4901 | Region - Provisional | 0.263636 |
| 71B | R4901 | Region - Provisional | 0.263636 |
| 72A | R5229 | Region - Provisional | 0.263636 |

Contractor Information

WORK ASSIGNMENT NO.:    311
PERIOD OF PERFORMANCE:  03/04/87 to 07/25/89

DESCRIPTION OF WORK:  RESPONSIBLE PARTY SEARCH

PHASE I

Completion of Phase I will require submission of an interim report
identifying names and addresses of owners, operators, generators and
transporters associated with the site.

BSAI 082294

SECTION 30 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-01-7331

TASKS:

    1)  Review relevant EPA, state, county, township and local files;
review site health and hazardous waste records including the types of
industrial operations alleged to have discharged wastes at the site, the
chemical composition of the wsaate product material and any evidence of
disposal practices.

    2)  Conduct a deed and title search to obtain copies of certified
deeds, leases and copies of tax maps.  Boundaries of the contaminated
area shall be drawn to scale on the tax map.  Also include a title
abstract which clearly delineates dates of ownership and operation.

    3)  Obtain names and addresses of transporters and generators.
Provide information as to the types and quantities of substances
transported and/or disposed of at the site.

    4)  Obtain names and addresses of people knowledgeable of site
activities who may be able to identify additional responsible parties.

    5)  Research should be conducted which specifies a company's
corporate history to the extent that any name changes, mergers or
dissolutions are identified.

    6)  Relevant records obtained during the course of this research
will be placed in a composite chronological file.  A draft report will be
prepared detailing the results of the contractors research, and will
include a list of potentially responsible parties with references to
supporting documents and other information.

BSAI 082295

SECTION 30 - PAGE 6
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR          : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER     : 68-01-7331

PHASE II

Completion of Phase II as outlined below will require submission of a
final report containing recommendations as to whom EPA should consider
as responsible parties and the basis for this recommendation.  The basis
shall include information obtained in the CERCLA Section 104 (e) responses,
information obtained in interviews and information from other sources,
if available.

TASKS

   1)  Prepare 104(e) letters and/or 104(e) notice letters.  The
contractor may also be requested to contact each PRP to verify their
address and obtain the name of the managing officer.  Also, the contractor
will review the 104(e) letter responses and provide recommendations as
to the PRP's liability under CERCLA and/or the need for EPA to request
additional information from the PRPs in order to evaluate a PRP's
liability.

   2)  Based on the above recommendations and the findings of the EPA
compliance officer's review of the 104(e) letters, obtain copies of
articles of incorporation and any applicable amendments.  At EPA's
direction, the contractor will assess the financial status of a PRP
in order to assist EPA in determining the PRP's ability to pay for
investigation and cleanup of a site.

   3)  As soon as the recommended responsible parties are identified,
forward a letter to National Enforcement Investigation Center (NEIC)
listing the names of the parties and their addresses (preferably not

BSAI 082296

SECTION 30 - PAGE 7
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS
_____

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-01-7331
_____

the registered mailing address for financial assessment).

    4)  At EPA's direction, prepare summaries of data concerning the
volume and nature of waste disposed of at the site and the contributions
made by each PRP.

    5)  All information and the results of any additional research
requested by EPA, to the extend resources permit, will be incorporated
into a final report.

SUPPORTING DOCUMENTATION:  Copy of Work Assignment No. 311 and Scope of
Work; Copies of Work Assignment Amendments No. 1 through 12

BSAI 082297

SECTION 31 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR             : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER        : 68-W9-0004

PROJECT OFFICER        : ELAINE K. SPIEWAK

DATES OF SERVICE       : FROM :07/30/1989 TO :04/30/1994

SUMMARY OF SERVICE     : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS            : $   207,890.97

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 5  | 09/20/1989 | 91,686.44  | R8980 | 10/27/1989 | 288.51   | 116.76   |
| 6  | 10/24/1989 | 219,619.31 | R8996 | 11/21/1989 | 2,915.32 | 1,179.81 |
| 7  | 11/28/1989 | 273,273.45 | R9020 | 12/29/1989 | 287.01   | 116.15   |
| 8  | 12/22/1989 | 288,409.86 | R9035 | 01/23/1990 | 2,604.02 | 1,053.83 |
| 9  | 01/24/1990 | 114,085.16 | R9057 | 02/22/1990 | 168.35   | 68.13    |
| 10 | 02/02/1990 | 363,850.95 | R9094 | 04/16/1990 | 1,482.89 | 600.12   |
| 11 | 03/21/1990 | 202,748.62 | R9117 | 05/17/1990 | 686.76   | 277.93   |
| 12 | 04/20/1990 | 250,674.78 | R9124 | 05/29/1990 | 894.95   | 362.18   |
| 13 | 05/24/1990 | 239,608.86 | R9151 | 07/06/1990 | 619.48   | 250.70   |
| 14 | 06/15/1990 | 224,485.34 | R9160 | 07/19/1990 | 340.45   | 137.78   |
| 15 | 07/16/1990 | 263,486.32 | R9182 | 08/20/1990 | 341.71   | 138.29   |
| 16 | 08/20/1990 | 266,440.47 | R9210 | 09/27/1990 | 313.85   | 127.01   |
| 17 | 09/24/1990 | 286,057.77 | R9229 | 10/25/1990 | 581.88   | 235.48   |
| 19 | 12/10/1990 | 282,559.90 | R9285 | 01/17/1991 | 106.99   | 43.30    |
| 21 | 02/01/1991 | 326,506.61 | R9316 | 03/05/1991 | 113.08   | 45.76    |
| 23 | 03/05/1991 | 78,451.76  | R9338 | 04/04/1991 | 1,373.36 | 555.79   |
| 24 | 03/26/1991 | 304,043.06 | R9353 | 04/25/1991 | 1,668.52 | 675.24   |
| 25 | 05/03/1991 | 389,142.34 | R9380 | 06/04/1991 | 2,812.55 | 1,138.22 |
| 26 | 05/29/1991 | 274,075.96 | R9397 | 06/27/1991 | 1,198.81 | 485.15   |
| 27 | 07/03/1991 | 309,501.57 | R9422 | 08/02/1991 | 648.10   | 262.28   |
| 28 | 07/31/1991 | 327,914.69 | R1008 | 08/30/1991 | 315.91   | 127.85   |

BSAI 082298

SECTION 31 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-W9-0004

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 5  | R8980 | Region  - Final | 0.404694 |
| 6  | R8996 | Region  - Final | 0.404694 |
| 7  | R9020 | Region  - Final | 0.404694 |
| 8  | R9035 | Region  - Final | 0.404694 |
| 9  | R9057 | Region  - Final | 0.404694 |
| 10 | R9094 | Region  - Final | 0.404694 |
| 11 | R9117 | Region  - Final | 0.404694 |
| 12 | R9124 | Region  - Final | 0.404694 |
| 13 | R9151 | Region  - Final | 0.404694 |
| 14 | R9160 | Region  - Final | 0.404694 |
| 15 | R9182 | Region  - Final | 0.404694 |
| 16 | R9210 | Region  - Final | 0.404694 |
| 17 | R9229 | Region  - Final | 0.404694 |
| 19 | R9285 | Region  - Final | 0.404694 |
| 21 | R9316 | Region  - Final | 0.404694 |
| 23 | R9338 | Region  - Final | 0.404694 |
| 24 | R9353 | Region  - Final | 0.404694 |
| 25 | R9380 | Region  - Final | 0.404694 |
| 26 | R9397 | Region  - Final | 0.404694 |
| 27 | R9422 | Region  - Final | 0.404694 |
| 28 | R1008 | Region  - Final | 0.404694 |

BSAI 082299

SECTION 31 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-W9-0004

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 29  | 08/16/1991 | 302,187.16 | R1068 | 09/30/1991 | 267.72   | 108.34   |
| 30  | 09/19/1991 | 570,202.90 | R2045 | 10/23/1991 | 775.14   | 313.69   |
| 31  | 10/18/1991 | 423,496.92 | R2093 | 11/14/1991 | 2,278.84 | 922.23   |
| 32  | 11/20/1991 | 404,558.66 | R2160 | 12/18/1991 | 1,662.79 | 538.34   |
| 33R | 02/10/1992 | 479,821.85 | R2342 | 03/12/1992 | 1,192.05 | 385.93   |
| 35R | 02/25/1992 | 428,033.90 | R2368 | 03/23/1992 | 1,732.35 | 560.86   |
| 36  | 02/27/1992 | 492,153.19 | R2379 | 03/26/1992 | 221.22   | 71.62    |
| 37  | 03/24/1992 | 370,323.05 | R2450 | 04/23/1992 | 445.67   | 144.29   |
| 38  | 04/29/1992 | 574,473.58 | R2525 | 05/27/1992 | 555.14   | 179.73   |
| 40A | 06/16/1992 | 347,764.29 | R2632 | 07/10/1992 | 182.56   | 59.10    |
| 41  | 07/01/1992 | 238,570.87 | R2682 | 07/30/1992 | 1,407.90 | 455.81   |
| 42  | 07/24/1992 | 328,550.30 | R2738 | 08/19/1992 | 292.28   | 94.63    |
| 43  | 08/24/1992 | 278,508.96 | R2820 | 09/22/1992 | 2,075.66 | 672.01   |
| 44  | 09/23/1992 | 275,218.52 | R3046 | 10/20/1992 | 2,217.52 | 717.93   |
| 45  | 10/26/1992 | 374,521.84 | R3133 | 11/23/1992 | 4,254.08 | 1,377.28 |
| 46  | 11/25/1992 | 368,754.93 | R3215 | 12/24/1992 | 6,097.11 | 1,973.97 |
| 47  | 12/28/1992 | 366,060.67 | R3298 | 01/28/1993 | 1,356.77 | 439.26   |
| 48  | 01/28/1993 | 355,647.32 | R3375 | 02/26/1993 | 4,536.07 | 1,468.58 |
| 49  | 03/01/1993 | 296,490.66 | R3458 | 03/31/1993 | 5,999.15 | 1,942.25 |
| 50  | 03/26/1993 | 396,273.16 | R3519 | 04/22/1993 | 3,938.49 | 1,275.11 |
| 51  | 04/26/1993 | 221,407.96 | R3611 | 06/01/1993 | 6,773.35 | 2,192.91 |
| 52  | 05/24/1993 | 326,656.87 | R3667 | 06/22/1993 | 5,437.01 | 1,760.26 |
| 54  | 06/28/1993 | 371,716.97 | R3737 | 07/23/1993 | 4,699.50 | 1,521.49 |
| 55  | 07/28/1993 | 271,721.46 | R3818 | 08/24/1993 | 8,016.43 | 2,595.36 |
| 56  | 08/30/1993 | 442,483.42 | R4018 | 10/08/1993 | 6,760.95 | 2,188.89 |
| 57  | 09/28/1993 | 171,222.93 | R4071 | 10/28/1993 | 4,855.94 | 1,572.13 |

BSAI 082300

SECTION 31 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-W9-0004

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | | ALLOCATION RATE |
|---|---|---|---|---|
| 29 | R1068 | Region | - Final | 0.404694 |
| 30 | R2045 | Region | - Final | 0.404694 |
| 31 | R2093 | Region | - Final | 0.404694 |
| 32 | R2160 | Region | - Provisional | 0.323755 |
| 33R | R2342 | Region | - Provisional | 0.323755 |
| 35R | R2368 | Region | - Provisional | 0.323755 |
| 36 | R2379 | Region | - Provisional | 0.323755 |
| 37 | R2450 | Region | - Provisional | 0.323755 |
| 38 | R2525 | Region | - Provisional | 0.323755 |
| 40A | R2632 | Region | - Provisional | 0.323755 |
| 41 | R2682 | Region | - Provisional | 0.323755 |
| 42 | R2738 | Region | - Provisional | 0.323755 |
| 43 | R2820 | Region | - Provisional | 0.323755 |
| 44 | R3046 | Region | - Provisional | 0.323755 |
| 45 | R3133 | Region | - Provisional | 0.323755 |
| 46 | R3215 | Region | - Provisional | 0.323755 |
| 47 | R3298 | Region | - Provisional | 0.323755 |
| 48 | R3375 | Region | - Provisional | 0.323755 |
| 49 | R3458 | Region | - Provisional | 0.323755 |
| 50 | R3519 | Region | - Provisional | 0.323755 |
| 51 | R3611 | Region | - Provisional | 0.323755 |
| 52 | R3667 | Region | - Provisional | 0.323755 |
| 54 | R3737 | Region | - Provisional | 0.323755 |
| 55 | R3818 | Region | - Provisional | 0.323755 |
| 56 | R4018 | Region | - Provisional | 0.323755 |
| 57 | R4071 | Region | - Provisional | 0.323755 |

BSAI 082301

SECTION 31 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-W9-0004

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 58 | 11/03/1993 | 273,195.06 | R4174 | 12/03/1993 | 9,171.42 | 2,969.29 |
| 59 | 11/29/1993 | 253,887.56 | R4242 | 12/30/1993 | 7,959.43 | 2,576.91 |
| 60 | 12/22/1993 | 223,030.59 | R4309 | 01/26/1994 | 7,642.31 | 2,474.24 |
| 61 | 01/31/1994 | 280,861.05 | R4425 | 03/14/1994 | 10,547.23 | 3,414.72 |
| 62 | 02/28/1994 | 194,882.50 | R4480 | 04/01/1994 | 7,683.33 | 2,487.52 |
| 63 | 03/23/1994 | 192,625.12 | R4538 | 04/26/1994 | 7,838.86 | 2,537.87 |
| 64 | 04/29/1994 | 266,440.07 | R4613 | 05/26/1994 | 3,579.62 | 1,158.92 |
| 65 | 05/25/1994 | 212,948.77 | R4708 | 07/11/1994 | 3,229.95 | 1,045.71 |
| 66 | 06/30/1994 | 163,931.01 | R4805 | 08/16/1994 | 258.38 | 83.65 |
| 67 | 08/05/1994 | 27,378.32 | R4855 | 09/01/1994 | 74.52 | 24.13 |
| 70 | 02/27/1995 | 3,091.35 | R5442 | 03/23/1995 | 2.54 | 0.82 |
| 71-COMPLETI | 10/19/1995 | 130,000.46 | R6119 | 11/21/1995 | -146.82 | -47.53 |
| | | | | | -------------- | -------------- |
| | | | | | 155,634.96 | 52,256.01 |

SECTION 31 - PAGE 6
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR         : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER    : 68-W9-0004

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 58 | R4174 | Region - Provisional | 0.323755 |
| 59 | R4242 | Region - Provisional | 0.323755 |
| 60 | R4309 | Region - Provisional | 0.323755 |
| 61 | R4425 | Region - Provisional | 0.323755 |
| 62 | R4480 | Region - Provisional | 0.323755 |
| 63 | R4538 | Region - Provisional | 0.323755 |
| 64 | R4613 | Region - Provisional | 0.323755 |
| 65 | R4708 | Region - Provisional | 0.323755 |
| 66 | R4805 | Region - Provisional | 0.323755 |
| 67 | R4855 | Region - Provisional | 0.323755 |
| 70 | R5442 | Region - Provisional | 0.323755 |
| 71-COMPLETI | R6119 | Region - Provisional | 0.323755 |

Contractor Information

WORK ASSIGNMENT NO.:    C03052
PERIOD OF PERFORMANCE:  7/27/89 to 4/15/94

DESCRIPTION OF WORK:  RESPONSIBLE PARTY SEARCH

This work asignment (WA) is a continuation of uncompleted tasks
initiated under the Technical Enforcement Support III (TES III )
Contract No. 68-01-7331, Work Assignment no. 311.  To assure that
there is no duplication of tasks, the contractor will review the
TES III project file prior to commencing work on this work
assignment

BSAI 082303

SECTION 31 - PAGE 7
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-W9-0004

This potentially responsible party search will be expanded to include
the tasks outlined in Phase I and Phase II below.

PHASE I - TASKS

    1)  Prior to development of the work plan, the contractor will meet
with EPA to discuss the requirements of the assignment.

    2)  The Potentially Responsible Party Search Manual dated May 4, 1987,
updated August 1987, will be used by the contractor as guidance
and frequently referenced to develop the Responsible Party Search
report.

    3)  Before developing a structure of the report, the contractor will
contact Primary Contact (PC) to discuss the format.

    4)  The contractor will begin the file review where the previous
draft Responsible Party Search ended, regarding previous Responsible
Party reports, correspondence, and related activities to date.

    5)  A limited deed and title search was conducted and copies of
certified deeds, leases, contracts and copies of tax maps were
obtained.  Provide EPA with the certified copies of the deeds and
other relevant instruments of title.  Boundaries of the contaminated
area shall be drawn to scale on the tax map.  A title abstract which
clearly delineates dates of ownership and operation will be included.

    6)  To expand the Responsible Party Search, the contractor will
obtain additional names and addresses of transporters and generators

BSAI 082304

SECTION 31 - PAGE 8
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-W9-0004

and a contact person for each of these. Information as the types
and quantities of substances transported and/or disposed of at the
site will be provided. The contractor will determine the dates that
the substances were transported to and/or disposed of at the site
and the location on the site where these substances were disposed.

Identify and list the hazardous substances found in the ground water,
surface water, leachate, soils, sediments, and sludges at the site.
Correlate the generator's/transporter's waste streams with the
hazardous substances found at the site.

7)  The contractor will obtain additional names and addresses of
people knowledgeable of site activities who may be able to identify
additional PRPs.

8)  Research should be conducted which specifies a company's
corporate history to the extent that any name changes, mergers or
dissolutions are identified. This information is needed to identify
PRPs through company acquistions, mergers, etc.

9)  Relevant records obtained during the course of this research
will be placed in a composite chronological file by the contractor.
A draft report will be prepared detailing the results of the
contractor's research and will include a list of potentially
responsible parties with references to supporting documents and
other information.

PHASE II TASKS

1)  The contractor will prepare 104(e) letters and/or notice letters.

BSAI 082305

SECTION 31 - PAGE 9
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-W9-0004

The contractor will review, analyze, and incorporate into a report
the 104(e) letter responses and provide recommendations as to each
PRP's liability under CERCLA and/or the need for EPA to request
additional information from the PRPs in order to evaluate a PRP's
liability.

2)  Develop a Potentially Responsible Party list which includes the
following information:  name of PRP, nature and volume of substances
disposed of at the site; years of disposal; list of haulers who
took substances to the site.  This list should be separated from the
Responsible Party Search report.

3)  Develop a Correspondence Tracking System to organize the large
volume of Potentially Responsible Party information.

4)  Based on the above recommendations and the findings of the EPA
compliance officer's analysis of the 104(e) letters, copies of
incorporation and any applicable amendments should be obtained.  The
contractor will assess the financial status of a PRP in order to
assist EPA in determining the PRP's ability to pay for the
investigation and clean up of a site.

5)  Submit to EPA interim reports which will show the progress made
to the time the interim report is submitted.

6)  Mark on the cover of the report that it was prepared in
anticipation of litigation.

7)  The contractor will prepare summaries of data concerning the
volume and nature of waste disposed of at the site and the

BSAI 082306

SECTION 31 - PAGE 10
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : CDM FEDERAL PROGRAMS CORPORATION

CONTRACT NUMBER   : 68-W9-0004

contributions made by each PRP.

8)  All information and the results of any additional research
requested by EPA will be incorporated into a final report.

9)  At the request of the PC, conduct an industrial survey within
a determined radius of the site.

10)  Identify and mark the Confidential Business Information (CBI)
in the Reference section of the reports.

SUPPORTING DOCUMENTATION:  Copy of Work Assignment No. C03052 and
Statement of Work; Copies of Work Assignment Amendments No. 1 through 12

BSAI 082307

SECTION 32 - PAGE 1
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR            : DYNAMAC CORPORATION

CONTRACT NUMBER       : 68-W9-0005

PROJECT OFFICER       : ELAINE K. SPIEWAK

DATES OF SERVICE      : FROM :10/01/1989 TO :07/31/1994

SUMMARY OF SERVICE    : SEE CONTRACTOR INFO. WHICH FOLLOWS LIST OF VOUCHERS

TOTAL COSTS           : $    52,023.32

DOCUMENTATION : Copies of Applicable Paid Vouchers and Treasury Schedules

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 12 | 12/30/1989 | 93,088.51 | R9098 | 04/20/1990 | 1,330.60 | 261.61 |
| 12 | 12/30/1989 | 93,088.51 | R9098 | 04/20/1990 | 3,107.00 | 610.87 |
| 10 | 11/15/1989 | 84,957.24 | R9111 | 05/09/1990 | 1,336.57 | 262.78 |
| 11 | 12/15/1989 | 43,681.53 | R9111 | 05/09/1990 | 1,617.02 | 317.92 |
| 13 | 02/15/1990 | 64,155.90 | R9124 | 05/29/1990 | 459.22 | 90.29 |
| 13 | 02/15/1990 | 64,155.90 | R9124 | 05/29/1990 | 1,833.53 | 360.49 |
| 14 | 03/19/1990 | 122,612.07 | R9124 | 05/29/1990 | 785.66 | 154.47 |
| 14 | 03/19/1990 | 122,612.07 | R9124 | 05/29/1990 | 1,475.27 | 290.05 |
| 15 | 04/10/1990 | 87,982.22 | R9128 | 06/04/1990 | 125.44 | 24.66 |
| 15 | 04/10/1990 | 87,982.22 | R9128 | 06/04/1990 | -104.67 | -20.58 |
| 16 | 05/10/1990 | 132,681.48 | R9148 | 07/02/1990 | 50.20 | 9.87 |
| 16 | 05/10/1990 | 132,681.48 | R9148 | 07/02/1990 | 12.83 | 2.52 |
| 17 | 06/15/1990 | 110,506.13 | R9170 | 08/02/1990 | 712.72 | 140.13 |
| 18 | 07/12/1990 | 131,263.27 | R9189 | 08/29/1990 | 349.00 | 68.62 |
| 18 | 07/12/1990 | 131,263.27 | R9189 | 08/29/1990 | 874.45 | 171.93 |
| 19 | 08/14/1990 | 125,504.90 | R9215 | 10/04/1990 | 706.56 | 138.92 |
| 19 | 08/14/1990 | 125,504.90 | R9215 | 10/04/1990 | 139.75 | 27.48 |
| 20 | 09/14/1990 | 208,497.81 | R9229 | 10/25/1990 | -41.63 | -8.18 |
| 20 | 09/14/1990 | 208,497.81 | R9229 | 11/08/1990 | 2,413.05 | 474.43 |
| 21 | 10/09/1990 | 156,097.64 | R9250 | 11/27/1990 | 380.20 | 74.75 |
| 21 | 10/09/1990 | 156,097.64 | R9250 | 11/27/1990 | 3,432.28 | 674.82 |

BSAI 082308

SECTION 32 - PAGE 2
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000


TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : DYNAMAC CORPORATION

CONTRACT NUMBER   : 68-W9-0005

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 12 | R9098 | National- Provisional | 0.196611 |
| 12 | R9098 | National- Provisional | 0.196611 |
| 10 | R9111 | National- Provisional | 0.196611 |
| 11 | R9111 | National- Provisional | 0.196611 |
| 13 | R9124 | National- Provisional | 0.196611 |
| 13 | R9124 | National- Provisional | 0.196611 |
| 14 | R9124 | National- Provisional | 0.196611 |
| 14 | R9124 | National- Provisional | 0.196611 |
| 15 | R9128 | National- Provisional | 0.196611 |
| 15 | R9128 | National- Provisional | 0.196611 |
| 16 | R9148 | National- Provisional | 0.196611 |
| 16 | R9148 | National- Provisional | 0.196611 |
| 17 | R9170 | National- Provisional | 0.196611 |
| 18 | R9189 | National- Provisional | 0.196611 |
| 18 | R9189 | National- Provisional | 0.196611 |
| 19 | R9215 | National- Provisional | 0.196611 |
| 19 | R9215 | National- Provisional | 0.196611 |
| 20 | R9229 | National- Provisional | 0.196611 |
| 20 | R9229 | National- Provisional | 0.196611 |
| 21 | R9250 | National- Provisional | 0.196611 |
| 21 | R9250 | National- Provisional | 0.196611 |

BSAI 082309

SECTION 32 - PAGE 3
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : DYNAMAC CORPORATION

CONTRACT NUMBER   : 68-W9-0005

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY SCHEDULE NUMBER AND DATE | | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 22 | 10/27/1990 | 22,146.46 | R9275 | 01/03/1991 | 383.25 | 75.35 |
| 22 | 10/27/1990 | 22,146.46 | R9275 | 01/03/1991 | 99.70 | 19.60 |
| 23 | 11/20/1990 | 52,421.53 | R9275 | 01/03/1991 | 1,224.24 | 240.70 |
| 23 | 11/20/1990 | 52,421.53 | R9275 | 01/03/1991 | 1,348.87 | 265.20 |
| 24 | 11/26/1990 | 195,633.63 | R9291 | 01/28/1991 | 61.84 | 12.16 |
| 24 | 11/26/1990 | 195,633.63 | R9291 | 01/28/1991 | 980.77 | 192.83 |
| 28 | 12/29/1990 | 188,910.86 | R9321 | 03/11/1991 | 120.14 | 23.62 |
| 28 | 12/29/1990 | 188,910.86 | R9321 | 03/11/1991 | 4,460.15 | 876.91 |
| 25R | 12/19/1990 | 179,995.07 | R9326 | 03/19/1991 | 23.68 | 4.66 |
| 25R | 12/19/1990 | 179,995.07 | R9326 | 03/19/1991 | 7,032.71 | 1,382.71 |
| 31 | 02/13/1991 | 186,042.57 | R9333 | 03/28/1991 | 708.22 | 139.24 |
| 32 | 03/11/1991 | 179,070.02 | R9351 | 04/23/1991 | 39.36 | 7.74 |
| 32 | 03/11/1991 | 179,070.02 | R9351 | 04/23/1991 | 45.99 | 9.04 |
| 33R | 03/25/1990 | 28,459.09 | R9376 | 05/29/1991 | 81.44 | 16.01 |
| 33R | 03/25/1990 | 28,459.09 | R9376 | 05/29/1991 | 562.61 | 110.62 |
| 34 | 04/17/1991 | 236,562.14 | R9376 | 05/29/1991 | 254.16 | 49.97 |
| 37 | 07/11/1991 | 359,255.60 | R9432 | 08/16/1991 | 199.23 | 39.17 |
| 38 | 08/12/1991 | 245,994.74 | R1040 | 09/18/1991 | 271.03 | 53.29 |
| 39 | 09/12/1991 | 307,988.08 | R2043 | 10/22/1991 | 9,952.59 | 1,956.79 |
| 39 | 09/12/1991 | 307,988.08 | R2043 | 10/22/1991 | -8,619.57 | -1,694.70 |
| 39 | 09/12/1991 | 307,988.08 | R2043 | 10/22/1991 | -1,061.99 | -208.80 |
| 39 | 09/12/1991 | 307,988.08 | R2043 | 10/22/1991 | -271.03 | -53.29 |
| 40 | 10/16/1991 | 266,444.18 | 92124 | 11/29/1991 | 1,993.93 | 392.03 |
| 41 | 11/12/1991 | 259,350.09 | R2168 | 12/20/1991 | 101.34 | 19.92 |
| 41 | 11/12/1991 | 259,350.09 | R2168 | 12/20/1991 | 164.15 | 32.27 |
| 43 | 12/17/1991 | 380,219.01 | 92252 | 02/03/1992 | 124.45 | 24.47 |

BSAI 082310

SECTION 32 - PAGE 4
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : DYNAMAC CORPORATION

CONTRACT NUMBER   : 68-W9-0005

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 22 | R9275 | National- Provisional | 0.196611 |
| 22 | R9275 | National- Provisional | 0.196611 |
| 23 | R9275 | National- Provisional | 0.196611 |
| 23 | R9275 | National- Provisional | 0.196611 |
| 24 | R9291 | National- Provisional | 0.196611 |
| 24 | R9291 | National- Provisional | 0.196611 |
| 28 | R9321 | National- Provisional | 0.196611 |
| 28 | R9321 | National- Provisional | 0.196611 |
| 25R | R9326 | National- Provisional | 0.196611 |
| 25R | R9326 | National- Provisional | 0.196611 |
| 31 | R9333 | National- Provisional | 0.196611 |
| 32 | R9351 | National- Provisional | 0.196611 |
| 32 | R9351 | National- Provisional | 0.196611 |
| 33R | R9376 | National- Provisional | 0.196611 |
| 33R | R9376 | National- Provisional | 0.196611 |
| 34 | R9376 | National- Provisional | 0.196611 |
| 37 | R9432 | National- Provisional | 0.196611 |
| 38 | R1040 | National- Provisional | 0.196611 |
| 39 | R2043 | National- Provisional | 0.196611 |
| 39 | R2043 | National- Provisional | 0.196611 |
| 39 | R2043 | National- Provisional | 0.196611 |
| 39 | R2043 | National- Provisional | 0.196611 |
| 40 | 92124 | National- Provisional | 0.196611 |
| 41 | R2168 | National- Provisional | 0.196611 |
| 41 | R2168 | National- Provisional | 0.196611 |
| 43 | 92252 | National- Provisional | 0.196611 |

BSAI 082311

SECTION 32 - PAGE 5
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR       : DYNAMAC CORPORATION

CONTRACT NUMBER  : 68-W9-0005

| VOUCHER NUMBER | VOUCHER DATE | VOUCHER AMOUNT | TREASURY NUMBER | SCHEDULE AND DATE | SITE AMOUNT | ANNUAL ALLOCATION |
|---|---|---|---|---|---|---|
| 46 | 02/14/1992 | 370,844.82 | 92398 | 04/03/1992 | -171.66 | -33.75 |
| 50 | 05/19/1992 | 93,229.83 | R2616 | 07/06/1992 | 7.49 | 1.47 |
| 50 | 05/19/1992 | 93,229.83 | R2616 | 07/06/1992 | 180.37 | 35.46 |
| 52 | 07/09/1992 | 391,280.50 | R2748 | 08/25/1992 | 36.31 | 7.14 |
| 54RA | 08/26/1992 | 474,836.66 | 93081 | 11/03/1992 | 36.20 | 7.12 |
| 55RA | 09/09/1992 | 361,522.49 | 93085 | 11/04/1992 | -36.20 | -7.12 |
| 57 | 10/22/1992 | 66,692.57 | R3187 | 12/14/1992 | 0.31 | 0.06 |
| 57 | 10/22/1992 | 66,692.57 | R3187 | 12/14/1992 | -1.46 | -0.29 |
| 69 | 07/23/1993 | 283,720.10 | 93814 | 08/24/1993 | 28.08 | 5.52 |
| 71 | 09/17/1993 | 311,624.93 | R4055 | 10/22/1993 | -28.08 | -5.52 |
| 72 | 09/30/1993 | 34,483.68 | R4095 | 11/04/1993 | 0.29 | 0.06 |
| 72 | 09/30/1993 | 34,483.68 | 94095 | 11/04/1993 | -1.35 | -0.27 |
| 73 | 10/22/1993 | 287,370.96 | R4147 | 11/23/1993 | 41.63 | 8.18 |
| 73 | 10/22/1993 | 287,370.96 | R4147 | 11/23/1993 | -41.63 | -8.18 |
| 83 | 07/27/1994 | 121,405.50 | R4830 | 08/25/1994 | 386.98 | 76.08 |
| 83 | 07/27/1994 | 121,405.50 | R4830 | 08/25/1994 | 594.14 | 116.81 |
| 84 | 08/24/1994 | 70,896.43 | R4916 | 09/26/1994 | 247.80 | 48.72 |
| 88 | 11/28/1994 | 216,090.50 | R5258 | 01/11/1995 | 362.48 | 71.27 |
| 88 | 11/28/1994 | 216,090.50 | R5258 | 01/11/1995 | 201.01 | 39.52 |
| 90 | 10/27/1995 | 367,719.61 | R6145 | 11/29/1995 | 166.75 | 32.78 |
| 90 | 10/27/1995 | 367,719.61 | R6145 | 11/29/1995 | 72.62 | 14.28 |
| 90 | 10/27/1995 | 367,719.61 | R6145 | 11/29/1995 | 117.19 | 23.04 |
| | | | | | ------------ | ------------ |
| | | | | | 43,475.58 | 8,547.74 |

BSAI 082312

SECTION 32 - PAGE 6
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS
_____

CONTRACTOR        : DYNAMAC CORPORATION

CONTRACT NUMBER   : 68-W9-0005
_____

| VOUCHER NUMBER | SCHEDULE NUMBER | RATE TYPE | ALLOCATION RATE |
|---|---|---|---|
| 46 | 92398 | National- Provisional | 0.196611 |
| 50 | R2616 | National- Provisional | 0.196611 |
| 50 | R2616 | National- Provisional | 0.196611 |
| 52 | R2748 | National- Provisional | 0.196611 |
| 54RA | 93081 | National- Provisional | 0.196611 |
| 55RA | 93085 | National- Provisional | 0.196611 |
| 57 | R3187 | National- Provisional | 0.196611 |
| 57 | R3187 | National- Provisional | 0.196611 |
| 69 | 93814 | National- Provisional | 0.196611 |
| 71 | R4055 | National- Provisional | 0.196611 |
| 72 | R4095 | National- Provisional | 0.196611 |
| 72 | 94095 | National- Provisional | 0.196611 |
| 73 | R4147 | National- Provisional | 0.196611 |
| 73 | R4147 | National- Provisional | 0.196611 |
| 83 | R4830 | National- Provisional | 0.196611 |
| 83 | R4830 | National- Provisional | 0.196611 |
| 84 | R4916 | National- Provisional | 0.196611 |
| 88 | R5258 | National- Provisional | 0.196611 |
| 88 | R5258 | National- Provisional | 0.196611 |
| 90 | R6145 | National- Provisional | 0.196611 |
| 90 | R6145 | National- Provisional | 0.196611 |
| 90 | R6145 | National- Provisional | 0.196611 |

Contractor Information
_____

WORK ASSIGNMENT NO.:    C03041

BSAI 082313

SECTION 32 - PAGE 7
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR          : DYNAMAC CORPORATION

CONTRACT NUMBER     : 68-W9-0005

PERIOD OF PERFORMANCE:  09/02/89 TO 11/20/90

DESCRIPTION OF WORK:    FIELD WORK

Several allegations have been made that drums containing hazardous
substances were buried at the Boarhead Farms Site.  These allegations
have not been investigated via field work as yet.  This work assignment
will require the performance of a magnetometer survey, along with
additional geophysical techniques if found to be necessary, to determine
if buried drums exist at the site.  Should geophysical methods prove
inconclusive due to site interferences, boring or excavation techniques
may need to be considered.

Work to be Performed:

    (1) The contractor will review the attached documentation and plan to
    meet with the EPA Remedial Project Manager (RPM) to visit the site
    for reconnaissance work.

    (2) Following the site visit, the contractor will prepare a brief
    work plan for the performance of geophysical work to identify the
    possible existence, location and depth of buried drums.

    (3) The contractor and contractor personnel chosen to perform the
    work in this assignment must be experienced in and fully knowledgeable
    of the operation of geophysical equipment used to locate buried
    drums.  At this point, a magnetometer survey should be planned for.

    (4) The contractor will prepare a Health & Safety Plan and a
    Quality Assurance Plan, as necessary.

BSAI 082314

SECTION 32 - PAGE 8
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR          : DYNAMAC CORPORATION

CONTRACT NUMBER     : 68-W9-0005

(5) During field activities, the contractor will make every effort
to determine the areal extend and depth of the buried containers,
if found.

(6) Within two weeks of completion of field work, the contractor
will prepare a draft report discussing the results of the
geophysical study.

Potential Phase II Work:

Should geophysical methods provide inconclusive data, the contractor must
be prepare to plan for and possibly conduct earth displacing activities
(i.e. test pits, borings, etc.) to conclusively determine the existence
or non-existence of buried drums.  This task should be presented in a
Phase II work plan proposal (if necessary) following the completion of
geophysical work.  A separate Health & Safety Plan may accompany this work
plan due to the potentially dangerous work involved.

WORK ASSIGNMENT NO.:   C03042
PERIOD OF PERFORMANCE:  10/17/89 to 02/07/92

DESCRIPTION OF WORK:  SAMPLE ANALYSIS

As a result of recommendations proposed by EPA's Removal Contractor, this
assignment will require the sampling and analyses of residential wells
potentially affected by the Boarhead Farms Site.  Samples will be
collected on a quarterly basis as an initial measure but may decrease

BSAI 082315

SECTION 32 - PAGE 9
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS
_____

CONTRACTOR          : DYNAMAC CORPORATION

CONTRACT NUMBER     : 68-W9-0005
_____

in frequency as analytical data is collected and hydrogeologic information
is obtained.  Individual wells will be added or deleted and the frequency
of sampling will be revised as results are reviewed and evaluated.

Work to be Performed:

    (1) The contractor will obtain all residential sampling data
    collected by EPA to date for the site.

    (2) The residential well locations will be indicated on a blueprint
    map prepared by the contractor.

    (3) The contractor will assign a trained hydrogeologist to review the
    geologic data available for the site existing in EPA's files. The
    hydrogeologist will work with the site RPM to select residential
    wells, based on site hydrogeology and past analytical data, which
    are considered to have the highest chance of being affected by site
    contamination.  The selected wells will be sampled in the initial
    sampling event.

    (4) During the initial sampling event, residential water will be
    sampled for TCL volatile organic compounds and TAL inorganics.

    (5) During the initial sampling event, two samples will be collected
    for TAL inorganics from selected residences.

    (6) At this time, preliminary information suggests that the presence
    of arsenic, iron and manganese in groundwater samples may be due to
    site geology.  If technically sound, selected residential well water
    will have both unfiltered and filtered samples collected for specific

BSAI 082316

```
SECTION 32 - PAGE 10
REPORT DATE: 09/06/2000
```

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA   SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : DYNAMAC CORPORATION

CONTRACT NUMBER   : 68-W9-0005

inorganics analyses in an attempt to determine if the metals' presence
is related to site geology or occurs as a result of man-made
contamination.

(7) Just prior to sample collection, the contractor will attempt to
determine home water usage by residents for several hours prior to
contractor arrival.  If water usage from any individual tap had been
excessive, the contractor will avoid this tap for collection of the
second sample.

(8) The contractor will provide a diagram for each home which indicates
the house sampling points, will document any problems or notable
observations and will attempt to determine the type of house plumbing,
number of home residents, and extent of water useage prior to
sample collection.

(9) Due to the history of limited inorganic contamination of residential
wells, the contractor will obtain and review geologic literature for
Bucks County, PA to determine if certain inorganics (i.e. iron, arsenic,
manganese) may be due to the geologic formation.

(10) At the completion of each residential sampling event the
contractor will perform the following:

     -update the table and map
     -submit field notes to the RPM
     -submit a preliminary one page table of non QA'd sampling results
     -within one week of receipt of QA/QC deliverables, the contractor
     will submit a narrative report outlining the sampling event.

BSAI 082317

SECTION 32 - PAGE 11
REPORT DATE: 09/06/2000

CERTIFIED BY FINANCIAL MANAGEMENT OFFICE

BOARHEAD FARMS, PA  SITE ID = 03 Y2

REPORT VERSIONS 1,2,4,5,6,7,8,9,10
PAST COSTS THROUGH JULY 31, 2000

TECHNICAL ENFORCEMENT SUPPORT (TES) CONTRACT COSTS

CONTRACTOR        : DYNAMAC CORPORATION

CONTRACT NUMBER   : 68-W9-0005

SUPPORTING DOCUMENTATION:  Copy of Work Assignment No. C03041 and
Statement of Work; Copies of Work Assignment Amendments No. 1 through 3

Copy of Work Assignment No. C03042 and Statement of Work; Copies of Work
Assignment Amendments No. 1 through 3

BSAI 082318