IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## DECLARATION IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT ASHLAND, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

GLENN A. HARRIS, ESQUIRE hereby certifies:

1. I am a member of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, and counsel for Plaintiffs in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Brief in Opposition to Defendant Ashland, Inc.'s Motion for Partial Summary Judgment.

3. Attached hereto and marked Exhibit 1 is a true and correct copy of the May 16, 1978 Bench Opinion in *United States v. Manfred DeRewal, et al.*, No. 77-287.

4. Attached hereto and marked Exhibit 2 is a true and correct copy of the expert report of Jurgen H. Exner, Ph.D.

5. Attached hereto and marked Exhibit 3 is a true and correct copy of the relevant pages of transcripts of depositions taken in this action.

6. Attached hereto and marked Exhibit 4 is a true and correct copy of the bills of lading produced in discovery by Ashland in this action. These and certain duplicates thereof were marked as P-63 at various depositions taken in this action.

7. Attached hereto and marked Exhibit 5 is a true and correct copy of the relevant pages of transcripts of depositions allegedly taken by EPA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 14, 2008

_____
Glenn A. Harris, Esquire