EXHIBIT 3

John Barsum

September 8, 2003

Page 1

1            UNITED STATES DISTRICT COURT
2     FOR THE EASTERN DISTRICT OF PENNSYLVANIA
     _____
3  BOARHEAD FARM AGREEMENT            CIVIL ACTION NO.
   GROUP,                             02-CV-3830
4  Davis                             Judge Legrome D.
5           Plaintiff,
      vs.
6
   ADVANCED ENVIRONMENTAL TECHNOLOGY
7  CORPORATION; ASHLAND CHEMICAL                ORIGINAL
   COMPANY; BOARHEAD CORPORATION;
8  CARPENTER TECHNOLOGY CORPORATION;
   CROWN METRO, INC.; DIAZ CHEMICAL
9  CORPORATION; EMHART INDUSTRIES,    ORAL DEPOSITION OF:
   INC.; ETCHED CIRCUITS, INC.; FCG,
10 INC.; GLOBE DISPOSAL COMPANY, INC.;    JOHN BARSUM
   GLOBE-WASTECH, INC.; HANDY & HARMAN
11 TUBE COMPANY, INC.; KNOLL, INC.;
   MERIT METAL PRODUCTS CORPORATION;
12 NOVARTIS CORPORATION; NRM INVESTMENT
   COMPANY; PLYMOUTH TUBE COMPANY;
13 QUIKLINE DESIGN AND MANUFACTURING
   COMPANY; RAHNS SPECIALTY METALS,
14 INC.; ROHM & HAAS COMPANY, SIMON
   WRECKING COMPANY, INC.; TECHALLOY
15 COMPANY, INC.; THOMAS & BETTS
   CORPORATION; UNISYS CORPORATION;
16 UNITED STATES OF AMERICA
   DEPARTMENT OF NAVY,
17
18           Defendants.
    _____
19                 *   *   *   *   *
20       Monday, September 8, 2003
                   *   *   *   *   *
21       Transcript in the above matter taken at
   the offices of Ballard, Spahr, Andrews & Ingersoll,
22 LLP, 1735 Market Street, 42nd Floor, Philadelphia,
   Pennsylvania, commencing at 10:05 a.m.
23       Certified Shorthand Reporting Services
                Arranged Through
24        Mastroianni & Formaroli, Inc.
             709 White Horse Pike
25         Audubon, New Jersey 08106
              (856) 546-1100

Page 178

1  it, on the ticket, that's how I know.
2      Q.  Gotcha.  You get through the gate?
3      A.  Uh-huh.
4      Q.  Go fill up?
5      A.  That was his account I believe.
6      Q.  Okay.  What did you do with those loads of
7  waste from Rohm & Haas, where did you take them to be
8  disposed?
9      A.  Rohm & Haas went to Philadelphia.
10     Q.  Which one?
11     A.  Ontario.
12     Q.  Any of them ever go to Boarhead that you
13 took?
14     A.  I never took any.
15     Q.  Do you know if any other drivers from
16 DeRewal ever picked up waste from that facility and
17 took it back to Boarhead?
18     A.  No, I don't.
19     Q.  Any other Rohm & Haas facilities that you
20 ever went to to pick up waste?
21     A.  Other than the Croydon?
22     Q.  Other than the Croydon.
23     A.  No.
24     Q.  Did you ever pick up fiber drums from
25 anybody?

Page 179

1      A.  I don't know.  I got to remember the name,
2  it's so long ago.  I don't know, I got to -- yeah, I
3  could have but I don't even know the name.
4      Q.  I'm just seeing if it triggers a memory of
5  fiber drums instead of steel drums, you know.
6      A.  I don't remember any really, no.
7      Q.  Okay.  Did you ever go to a place called
8  Etched Circuits?
9      A.  Etched Circuits?  Trying to remember where
10 it's at now.  I didn't go to those places a lot, I
11 remember going there though.  Trying to remember where
12 that's at.  Can't remember where that's at.
13     Q.  You do remember going to a place called
14 Etched though?
15     A.  I do remember that name though.
16     Q.  What else -- do you remember anything else
17 about what you picked up there?
18     A.  I'm trying to remember where that was at, I
19 can't think of it.  It was only a couple times I went
20 there.  It wasn't every week or every couple of weeks.
21 It was maybe twice a year.
22     Q.  Was it drums or bulk?
23     A.  I'm not sure.  I remember the name though, I
24 recall that name.  I ain't sure, I'm not sure if it was
25 bulk.

Page 180

1      Q.  Did you ever go to a company called
2  Quickline Design to pick up waste?
3      A.  No.
4      Q.  Now, you mentioned Ashland a couple of
5  times.  Where did you go, what Ashland facility did you
6  go to?
7      A.  Grape Meadows.
8      Q.  New Jersey?
9      A.  Yeah.
10     Q.  Describe for us how you got there.
11     A.  How we came up?
12     Q.  Yeah.
13     A.  95 to 31, 31 up to 57, 57 to 46, 46 out to
14 Grape Meadows.
15     Q.  What did that facility look like?
16     A.  Big operation.
17     Q.  Kind of like Diaz, that kind of big?
18     A.  It's -- yeah, it's a bigger operation.
19     Q.  Bigger than Diaz?
20     A.  Oh, I think so, yeah.
21     Q.  How many buildings do you think?
22     A.  Oh, they had several buildings there.  I
23 don't know exactly how many.
24     Q.  What did you go there to pick up?
25     A.  Sulphuric.

Page 181

1      Q.  Bulk?
2      A.  Yeah, bulk.
3      Q.  How many times did you go to Ashland to pick
4  up waste?
5      A.  Back then I was doing it twice a week, maybe
6  three times.  It was pretty steady there, about two or
7  three times a week.
8      Q.  For what period of time, how many months?
9      A.  How many months?
10     Q.  Yeah.
11     A.  Until things got stopped.
12     Q.  Until the end of --
13     A.  Until the end.
14     Q.  -- of the operation?
15     A.  Yeah.
16     Q.  The Boarhead operation?
17     A.  Yeah.
18     Q.  Had it been more or less than a year that
19 you had been going there?
20     A.  Yeah, it was over a year, yeah.
21     Q.  Okay.  Did anybody there ever tell you what
22 you were picking up?
23     A.  Yeah, I knew it was sulphuric.  It's marked,
24 these tanks were all marked.
25     Q.  Okay.  Do you know the names of anybody at

John Barsum

September 8, 2003

Page 182

1    Ashland?
2        A.   No.  It was nighttime.  Just the guys that
3    work the shift, the night shift.  I don't know them
4    all.  I just go in, tell the guy I'm picking up, that's
5    it.
6        Q.   Did you have to go through a gate?
7        A.   No gate, but there was an entry way coming
8    in off of 57 -- off of 46 I mean.
9        Q.   Like a big driveway you mean?
10       A.   Yeah, they had their own private road, you
11   come through about a half a mile in.
12       Q.   What did you have to do when you got there?
13   Did you have to tell somebody you were there?
14       A.   Yeah, I'd go tell the guys that were working
15   where that tank's at, and just tell them I'm here to
16   pick up.
17       Q.   What kind of tank was this, or were there
18   more than one?
19       A.   Yeah, these were big tanks also, steel
20   tanks.
21       Q.   How many?
22       A.   Probably four in a row, lined back to back.
23       Q.   How big each?
24       A.   Twenty, 30,000 each.
25       Q.   Are they horizontal -- I mean vertical?

Page 183

1        A.   I don't -- geez, I'm trying to remember.
2    Some were down on the ground laying horizontal, and
3    there were a couple verticals, yeah.  I'm not sure how
4    many.
5        Q.   How did you get filled?
6        A.   They pumped it on.
7        Q.   Where did the material from the trips you
8    made to Ashland go for disposal?
9        A.   Philadelphia.
10       Q.   Which one?
11       A.   Wissinoming.
12       Q.   Any of it ever go back to the farm that you
13   drove?
14       A.   I never took any.  Maybe one or two, maybe.
15   I'm not sure though.  I could have took one or two
16   there.  But the bulk of it came to Philly.
17       Q.   What's causing you to say maybe one or two?
18       A.   Because I don't remember -- I remember one
19   or two possibly that went there because he couldn't
20   take it to Philly for some reason.  So I came out the
21   farm and took it.
22       Q.   And sitting here today, you think that
23   happened a couple times?
24       A.   Yeah, I think it did.
25       Q.   When you went back to Boarhead Farms it got

Page 184

1    dumped back in the hole, the pits?
2        A.   No.  That went to a tank.  That went on that
3    tank and we tried to neutralize it.  Any sulphuric we
4    tried to neutralize.
5        Q.   The tanks you told us about many hours
6    ago now --
7        A.   Yeah.
8        Q.   -- that were upright tanks at Fred's place?
9        A.   Yeah, that was with the lime to cut it back.
10       Q.   And did you personally put it in those
11   tanks?
12       A.   Yeah.
13       Q.   By "it", I'm talking about the Ashland
14   stuff.
15       A.   Yeah.  But the bulk of it went to Philly,
16   just that we couldn't get down there that time to
17   unload it.
18       Q.   Did you have to have paperwork when you went
19   to Ashland?
20       A.   Uh-huh.
21       Q.   Did you have paperwork with you that you had
22   to show them?
23       A.   Yeah, they gave us a paper, a manifest.
24       Q.   All right, you showed up at Ashland --
25       A.   I told them who I was.

Page 185

1        Q.   And they said -- and they had a paper for
2    you?
3        A.   And we filled -- I signed the paper out,
4    their board and their book that I was picking up.
5        Q.   All right.  Let me show you a series of
6    documents that have previously been marked P-63.
7    That's a big pile.  Just take a look at that if you
8    will and --
9        A.   What do you want me to look at this now?
10       Q.   Just look at the first page.  Does this look
11   familiar to you, this kind of form?  Not this
12   particular one --
13       A.   Yeah, this is what it looked like.
14       Q.   This is the kind of thing Ashland gave you
15   when you went there?
16       A.   Yeah.
17       Q.   Let's just flip through for a second --
18       MR. TEW:  Glenn, can I suggest that we
19   let Mr. Barsum have some time to look through that and
20   eat his lunch while he does that?  Because everyone
21   else has eaten.
22       THE WITNESS:  No, that's okay.  What do
23   you want me to do with that?
24       MR. HARRIS:  What I was going to ask you
25   to do is look through and see which ones you signed.

John Barsum

September 8, 2003

Page 186

1  But I think the suggestion that you take a few bites
2  every now and then is not a bad one while you're doing
3  that.
4        There's a few of them, so here's what I
5  suggest you do. Why don't you turn the ones you see
6  with your signature on them sideways in the pile?
7        THE WITNESS: I didn't see any of them
8  yet.
9        MR. HARRIS: Keep going, you'll see a
10 few. The first one's a ways down.
11       THE WITNESS: It's down below the middle?
12       MR. HARRIS: Well, keep going.
13       (OFF-THE-RECORD DISCUSSION)
14 BY MR. HARRIS:
15    Q.  All right, Mr. Barsum, you picked out one
16 and I got stuck with the one that had 20 in it. Would
17 you look through all the ones that I've got sideways
18 and just tell the court reporter whether that's your
19 signature on each one of those?
20       MR. DILLON: Could you have the witness
21 read the Bates number when he identifies them?
22       MR. HARRIS: Yeah. Do you want him to do
23 it or do you want me to read it?
24       MR. DILLON: I don't care who does it,
25 just so it's on the record.

Page 187

1        THE WITNESS: What do you want to do now,
2  Glenn?
3  BY MR. HARRIS:
4     Q.  I need you to say, "Oh, yeah that's my
5  signature."
6     A.  That's my signature.
7     Q.  And it's on 533?
8     A.  533. That's mine.
9     Q.  396?
10    A.  396.
11    Q.  520, is that your signature?
12    A.  Yeah, that's my signature.
13    Q.  All right, I'm just trying to make this
14 easy.
15    A.  That's mine.
16    Q.  524.
17    A.  412.
18    Q.  412.
19    A.  What's this one?
20    Q.  513. Is that you on 513?
21    A.  That's it.
22    Q.  Is that you?
23    A.  That's mine.
24    Q.  4014?
25    A.  Yeah. 535. What's that one?

Page 188

1     Q.  515?
2     A.  515, yeah.
3     Q.  And these are all your signatures that we're
4  calling out, right?
5     A.  Yeah. 517. Yeah, what is that? 411. 518.
6     Q.  This is a mystery one. This one's dated
7  February 26, '77. Is that your signature?
8     A.  Yes. 398, yep.
9     Q.  Dated May 1st, '77 -- March 1st?
10    A.  March 1st -- May.
11    Q.  I don't know what it says.
12    A.  It's either May 1st -- it's either March 1st
13 or May 1st, 1977. March 2nd.
14    Q.  '77?
15    A.  '77.
16    Q.  204?
17    A.  Yeah.
18    Q.  206?
19    A.  206.
20    Q.  Is that you there, 208?
21    A.  Yeah. I got some fuel in my eyes, I got
22 burnt, that's why I can't see. I got some fuel line,
23 fuel line broke.
24    Q.  Oh, geez. 215?
25    A.  Yes.

Page 189

1     Q.  239?
2     A.  239, yeah. You see they're red?
3     Q.  Yeah. Is that your signature -- I don't
4  know. Is that your signature? It's kind of cut off.
5     A.  Looks like a J. I don't know if it's mine.
6     Q.  Not sure?
7     A.  I'm not sure.
8     Q.  Okay, let's skip it if we're not sure. I
9  don't know if we got this one or not. 51?
10    A.  Yep.
11    Q.  Okay. All right, enough. All those
12 documents we just read into the record --
13    A.  Now you got to go back with those papers to
14 them, to verify?
15    Q.  Yeah, just that they're your signatures.
16    A.  Yeah, they're my signatures.
17    Q.  And these are all the kinds of documents
18 you're talking about that they gave you when you went
19 and picked loads up?
20    A.  Yeah, it was their paper, it's their
21 manifest.
22    Q.  Okay. Did you take a copy of it with you?
23    A.  Well, they kept a copy.
24    Q.  Did you take one, too?
25    A.  Yeah, I took it out of the book.

MFCSRS@aol.com

Mastroianni & Formaroli, Inc.
Professionals Serving Professionals

(856) 546-1100

Jeffrey Shaak

June 4, 2003

Page 1

```
 1              UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3
                                   CIVIL ACTION NO.
    BOARHEAD FARM AGREEMENT         02-CV-3830
 4  GROUP,                          Judge Legrome D. Davis
             Plaintiff,
 5
                                   Oral Deposition of
         vs.                       JEFFREY SHAAK
 6  ADVANCED ENVIRONMENTAL TECHNOLOGY
    CORPORATION; ASHLAND CHEMICAL
 7  COMPANY; BOARHEAD CORPORATION;
    CARPENTER TECHNOLOGY CORPORATION;     ORIGINAL
 8  CROWN METRO, INC.; DIAZ CHEMICAL
    CORPORATION; EMHART INDUSTRIES,
 9  INC.; ETCHED CIRCUITS, INC.; FCG,
    INC.; GLOBE DISPOSAL COMPANY, INC.;
10  GLOBE-WASTECH, INC.; HANDY & HARMAN
    TUBE COMPANY, INC.; KNOLL, INC.;
11  MERIT METAL PRODUCTS CORPORATION;
    NOVARTIS CORPORATION; NRM INVESTMENT
12  COMPANY; PLYMOUTH TUBE COMPANY;
    QUIKLINE DESIGN AND MANUFACTURING
13  COMPANY; RAHNS SPECIALTY METALS,
    INC.; ROHM & HAAS COMPANY, SIMON
14  WRECKING COMPANY, INC.; TECHALLOY
    COMPANY, INC.; THOMAS & BETTS
15  CORPORATION; UNISYS CORPORATION;
    UNITED STATES OF AMERICA
16  DEPARTMENT OF NAVY,
             Defendants.
17
18           *   *   *   *   *
         WEDNESDAY, JUNE 4, 2003
19           *   *   *   *   *
20           Transcript in the above matter taken at
    the offices of Ballard, Spahr, Andrews & Ingersoll,
21  LLP, 1735 Market Street, 42nd Floor, Philadelphia,
    Pennsylvania, commencing at 10:00 A.M.
22
         Certified Shorthand Reporting Services
23              Arranged Through
         Mastroianni & Formaroli, Inc.
24           709 White Horse Pike
         Audubon, New Jersey 08106
25              (856) 546-1100
```

Jeffrey Shaak

June 4, 2003

**Page 18**

1    Q.    What pieces of paper were involved in
2  the truck -- the in driving truck business?
3        A.    Like invoices.
4        MR. DILLON:  Objection to the form.
5  (BY MR. HARRIS:)
6        Q.    Yes.  What pieces of paper did you have
7  to deal with as a truck driver for Fred?
8        A.    Invoices.
9        Q.    What do you mean by invoice?
10        A.    Well, when I picked up different
11  materials they give me an invoice and when I got back
12  I just give it to him.
13        Q.    Okay.  Let's break that down.
14            Who would give you the invoice?
15        A.    The company in which I went to.
16        Q.    Okay.
17        A.    Let me just say this:  I worked with
18  Fred maybe a year and-a-half there and then maybe I
19  didn't.  I stopped work there for maybe a year then I
20  went back.
21        Q.    Okay.  Fair enough.  Let's back up and
22  clear that up.
23            There was a time when you started to
24  work for Fred?
25        A.    Right.

**Page 19**

1        Q.    And then you stopped for a while?
2        A.    Right.
3        Q.    Tell me about that.  What happened
4  there?
5        A.    Well, I worked for him when I first
6  started with him for about a year, year and-a-half
7  and then I went into my own business, which was
8  roofing, and then it was a little slow so I went back
9  to work with him for about another year.
10        Q.    Okay.
11        A.    And then I started up the excavation.
12  It was called Keystone Excavating.  It was Bruce,
13  Freddie and I that started that.  Probably around '76
14  we started that.
15        Q.    How long a period of time, you might
16  have said this, but how long a period of time was
17  there that you were not working for Fred in the
18  middle there?
19        A.    I would say about a year, year
20  and-a-half.  Somewhere, about a year maybe.
21        Q.    Let's go back to these other questions
22  now about the pieces of paper.
23            You would get an invoice at the
24  customer when you went to pick up the material?
25        A.    Yes.

**Page 20**

1        Q.    And they would give it to you?
2        A.    Yes.
3        Q.    Would you sign it?
4        A.    I think I did sign it.
5        Q.    What did you do when you got back?
6        A.    I gave it to Linda or I gave it to
7  Manfred.
8        Q.    Were there any other pieces of paper
9  that you had to deal with as a truck driver?
10        A.    Just my logs.
11        Q.    Tell me about those.
12        A.    Well, you can only drive like eight
13  hours a day.
14        Q.    You mean your regular driver log?
15        A.    Right, exactly.
16        Q.    Did you keep those?
17        A.    Yes, I kept them.
18        Q.    Were they part of Fred's business or was
19  that your stuff?
20        A.    No.  That was my stuff so if I ever got
21  stopped I can present it to the PennDot, DOT.
22        Q.    Did you have to do little route sheets
23  for Fred, any kind of card that indicated where you
24  were on a given day or anything like that?
25        MR. DILLON:  Objection to the form.

**Page 21**

1        A.    No.  No.
2        Q.    So other than your driver log, about the
3  only paper you had to deal with was the invoice you
4  got from the customer?
5        A.    That is correct.
6        Q.    Let's go to the other end, let's go to
7  the end of the business with Fred, the driving truck
8  for Fred and I want to ask you about the March 29th,
9  1977 episode down at Wissinoming.
10        A.    Wissinoming?
11        Q.    Yes.  By the Delaware River in
12  Philadelphia.
13        A.    Oh, along the river there.  When we got
14  caught?
15        Q.    When you got caught.
16        A.    What year was that?
17        Q.    '77.
18        A.    '77?
19        Q.    That's why we are doing this so I can
20  jog your memory a little bit.
21        A.    I believe you.
22        Q.    The court records show it was 1977.
23        A.    That very well could be.
24        Q.    March 29th, 1:30 in the morning?
25        A.    Yes, it was early in the morning.

Jeffrey Shaak

June 4, 2003

Page 22

1    Q.   I don't need excruciating detail but
2  give us just a general idea of what happened.
3    A.   What was happening?  Well, we were
4  dumping in the river.
5    Q.   Did you understand at that time that the
6  vicinity of where the river was there that Fred had a
7  location that he had for his business?
8    A.   Does this pertain to Boarhead or are you
9  going in another direction?  I thought it was just
10 for Boarhead.
11   Q.   It is.
12   A.   What does that have to do with Boarhead?
13   Q.   Well, because we need to know where
14 waste went over periods of time so we need to know
15 when it went to Boarhead, when it went somewhere else
16 and so that's why I am asking these questions.
17   A.   I don't know if I should answer that
18 question.
19   Q.   Well, you are free to consult a lawyer
20 if you would like.  So far the question is only if
21 you knew about -- if you knew whether Fred had a
22 location in the Wissinoming Industrial Park that he
23 was using as part of his business.  I haven't asked
24 if you dumped anything there.
25   A.   Well, I know that's coming.

Page 23

1    Q.   Well, you have a right to be represented
2  by a lawyer.
3    A.   I have a right to say I don't want to
4  answer that question, too.
5    Q.   Well, that's a tougher question
6  actually.  If you think you should consult an
7  attorney before you answer any of my questions, you
8  can do that.  You are free to do that.  We will stop
9  the deposition and you can go talk to a lawyer if you
10 want to.
11        My questions are mostly going to focus
12 on the Boarhead Farm site, but I want to get a
13 framework of when you were working for Fred and when
14 you weren't working for Fred and that's one of the
15 reasons why I am asking the question.  It's up to you
16 whether you want to answer that question or not.
17        MR. DILLON:  Mr. Shaak, in fairness to
18 you, I think it's important that I put on the record
19 a number of the other parties in this room are more
20 likely than not going to ask questions directly
21 relating to Wissinoming, the industrial park, the
22 disposal operation that went on there and other
23 locations that we believe Mr. DeRewel's business used
24 to dispose of waste.  I just think it's not fair to
25 you not to tell you that in light of Mr. Harris's

Page 24

1  description of what he was going to ask.
2        MR. SABINO:  And all of the other
3  witnesses who have been here over the past few weeks
4  have been asked questions about those other sites, as
5  well.  Just so that you know what has been going on.
6        MR. HARRIS:  Sure.
7        THE WITNESS:  I will answer your
8  question.
9  (BY MR. HARRIS:)
10   Q.   Again --
11   A.   No.  Go ahead.
12   Q.   You want to get a lawyer, that's fine.
13 You can play it by ear.
14   A.   It's pretty near over.  Well, it is over
15 for me.
16   Q.   So let's take them one step at a time.
17   A.   Okay.
18   Q.   Did you know about the Wissinoming
19 facility?
20   A.   Yes, I did.
21   Q.   After this -- were you guys arrested
22 that night --
23   A.   Yes.
24   Q.   -- or 1:30 in the morning?
25   A.   Yes.

Page 25

1    Q.   Did you personally ever go back to the
2  Wissinoming Industrial Park after the day you were
3  arrested?
4    A.   I will be honest with you, I can't
5  remember that question.  I can't.  I really can't.  I
6  might have, maybe a couple of times.  I don't know.
7    Q.   Okay.
8    A.   I don't think so though.
9    Q.   Would have tended to discourage you,
10 right?
11   A.   Yes.  After that I was pretty well done
12 with him.
13   Q.   Now, having pinned down -- well, let me
14 follow up on that question.
15        Did you continue to work for Fred after
16 that night?
17   A.   Probably for a short, for a short while.
18   Q.   Okay.
19   A.   But, like I said, we did start that
20 business.  I thought it was in '76, could have been
21 in '77.
22   Q.   This was Keystone?
23   A.   That's correct.  I think everybody
24 folded up after that.
25   Q.   Meaning the whole operation?

Jeffrey Shaak

June 4, 2003

Page 50

1    A.    Okay. It's down from the school. It's
2 about a half-mile down going away from -- how can I
3 say -- the navy base. Right around the navy base.
4 On that back road of the navy base. I think that's
5 Hatboro Road, but I am not positive. Going away from
6 Hatboro and you pass the school and then down on the
7 left was this place.
8    Q.    Okay.
9    A.    Sat in the back there. On the left
10 hand -- go back there. There is a couple of other
11 buildings I think I went by and I think it was the
12 last building in the back.
13    Q.    You turned left off the Hatboro Road --
14    A.    Yes.
15    Q.    -- into the property?
16    A.    No. There was a road, a road. And
17 there was a couple of other industrial buildings, not
18 big though and it sat in the very back.
19    Q.    Was it one or more buildings that were
20 involved in this facility that we are talking about
21 now?
22    A.    That I picked up?
23    Q.    Yes.
24    A.    It was just one building.
25    Q.    How big was the building?

Page 51

1    A.    What's coming up in my mind is the front
2 of it.
3    Q.    Describe it for me.
4    A.    It was a brick building. The front was
5 brick.
6    Q.    Red brick?
7    A.    Yes. I would estimate the size -- it
8 was more square than long, I know that. I would say
9 probably 75-by-75, a-hundred-by-a-hundred, something
10 like that. It was a nice size.
11    Q.    How many stories?
12    A.    It was only one with a flat roof.
13    Q.    Did you ever go inside that building?
14    A.    No. Never went inside. Just backed up
15 to the docks, the docks were like down a little bit
16 and drove the little state body again.
17    Q.    The state body?
18    A.    Yeah.
19    Q.    Which side of the building were the
20 docks on?
21    A.    I think they were on the right side
22 facing the building.
23    Q.    So as you approached the building?
24    A.    No. As you are standing in front of the
25 building it would be to the right, I believe.

Page 52

1    Q.    Was there a driveway that went up to the
2 docks?
3    A.    Yeah. There was a parking lot and you
4 backed right up. It was not far off the road that I
5 remember.
6    Q.    By the road are we talking the road off
7 of Hatboro Road?
8    A.    Yes. It was like a cul-de-sac. I don't
9 know if there is a cul-de-sac back there but it just
10 ended and the building was on the left.
11    Q.    What kind of drums were there there that
12 you picked up?
13    A.    What was in them?
14    Q.    What kind of drums?
15    A.    They were metal drums, but I don't know
16 if they had plastic liners in them or not.
17    Q.    I didn't ask you a good question.
18        Were they 55-gallon drums?
19    A.    Yes. Yes.
20    Q.    Interrupt for a second.
21        The drums we have already talked about
22 at Dick whatever his name is, were they a 55-gallon
23 drum?
24    A.    Yes.
25    Q.    The drum at the off 73?

Page 53

1    A.    They were all 55-gallon.
2    Q.    All the drums we talked about are all
3 55-gallon drums?
4    A.    Yes.
5    Q.    Now, let's get back to the Hatboro
6 place.
7        Did you speak to anybody there when you
8 were making the pick-up?
9    A.    I might have, but I don't remember. I
10 went there -- I went there maybe two or three times
11 and I think I went there one time with Freddie or
12 Bruce to show me and then I went by myself. I had to
13 talk to somebody.
14    Q.    Right. Okay. Sitting here today you
15 don't remember any actual conversation?
16    A.    No.
17    Q.    During this, again we are focusing on
18 the first period of time that you worked for Fred,
19 did you ever -- did anybody at the Boarhead site ever
20 give you a piece of paper to take with you when you
21 went to make a pick-up?
22    A.    They might have. They might have. I
23 don't remember, but I think -- I think they did, to
24 give them, and I think I wrote the drum numbers on,
25 how many I picked up and I gave it to them.

Jeffrey Shaak

June 4, 2003

Page 62

1  Q.  Who was that customer?
2  A.  I think it was one up in Buffalo.
3  Q.  All right. Tell us what you remember
4  about the Buffalo place, the Buffalo customer.
5  A.  Well, it was up in Buffalo and I think
6  that was hot acid, the sulfurics and stuff.
7  Q.  All right.
8  A.  I went up there, picked up the load, but
9  I didn't always go back to Boarhead, sometimes I went
10  over to Wissinoming over there on Bridge Street and
11  just back up and load up and when you are loaded you
12  leave.
13  Q.  Okay. Tell me about the times when you
14  went back to Boarhead with the waste from the Buffalo
15  area company.
16  A.  The times?
17  Q.  Yes. How did it get disposed of at the
18  site?
19  A.  Same way. It was a hole dug and ran in
20  with a hose.
21  Q.  And turn the valve?
22  A.  Turned the valve and maybe there was
23  pumps, too. I know sometimes they used pumps I would
24  imagine, but most of the time it's gravity fed.
25  Q.  Focusing just on the Buffalo company, do

Page 63

1  you remember seeing that happen at Boarhead, namely
2  it being disposed of at the site?
3  A.  I think I took one back there and they
4  disposed of it.
5  Q.  How many total trips did you make to
6  this Buffalo company?
7  A.  Quite a few. How many? I know it was
8  quite a few because Freddie and I used to run it. I
9  used to run day -- no, he used to run day, I used to
10  run night constantly. It was pretty main load.
11  Q.  If I said Diaz Chemical would that ring
12  a bell?
13  A.  Yes.
14  Q.  That's the place we have been talking
15  about?
16  A.  Yes. If that's -- if Diaz is up there
17  in Buffalo that's the company.
18  Q.  Well, if that jogs your memory that's
19  fine but don't assume because I mention something
20  that it's true.
21  A.  Diaz did jog my mind. Now, if
22  that's -- I don't know if that's -- I can't recollect
23  if that was the name of the company up in Buffalo.
24  Q.  You know you went to the company in
25  Buffalo?

Page 64

1  A.  Right.
2  Q.  And you know you have heard Diaz before?
3  A.  Yes.
4  Q.  That's fair enough. Let's leave it that
5  way.
6  On how many occasions do you think you
7  went to the Buffalo place and brought the waste back
8  to Boarhead?
9  A.  Not many because it was faster to go
10  right down to Philadelphia.
11  Q.  Any other customers whose waste you
12  remember bringing back to Boarhead for disposal?
13  A.  National Rolling Mills I think I took
14  some back there. I'm not sure. It wasn't many. I
15  think those are the only two companies.
16  Q.  Again, we don't want you to guess but
17  you have a recollection sitting here today that at
18  least one occasion you took National Rolling Mills
19  waste back to the Boarhead site --
20  A.  Yes.
21  Q.  -- and disposed of it?
22  A.  Yes.
23  Q.  Anybody else other than those two
24  companies?
25  MR. DILLON: Objection. Asked and

Page 65

1  answered.
2  A.  Yes. I think Washington, Washington,
3  New Jersey, that company over there. You know what
4  company I am talking about?
5  Q.  I think I do but you go ahead and keep
6  pressing your memory.
7  A.  I don't remember the name of the
8  company. I know it was over in Washington, New
9  Jersey.
10  Q.  How did you get there?
11  A.  Went through -- up 611 to 78, went
12  across New Jersey, down -- I guess it was Washington,
13  made a left and it's back there somewhere. It was a
14  perfume place or something. I don't know. But
15  that's what they made. I'm not positive. I forget
16  the name of that company, too.
17  Q.  Describe the building or the facility.
18  A.  It was a big facility.
19  Q.  Big place? More than one building?
20  A.  Oh, heavens, yeah.
21  Q.  Many buildings?
22  A.  There was many.
23  Q.  I think I lost track.
24  Are we on the New Jersey side?
25  A.  Yes. Yes.

Jeffrey Shaak

June 4, 2003

Page 66

1    Q.    We are on the New Jersey side.  Help me
2    out.  Show me on a map.  That's got New Jersey and
3    Pennsylvania.  Show me where we are.
4        A.    Yeah.  It's in this vicinity right here.
5    I think I took Route 57 from Easton, went across to
6    Phillipsburg, took Route 57 to 31, went north.  I
7    can't think.  It's somewhere up around Bridgeville
8    and what's that, Buttsville, somewhere in that
9    vicinity up in there.
10    Q.    You think it was off Route 31?
11    A.    Yes.  It was off Route 31 I am pretty
12    sure.
13    Q.    And by off 31 meaning it was -- you had
14    to turn off on to some other road?
15    A.    Yeah.  Turn off some other road and I
16    went back there and it was back in there, but it was
17    a nice-sized place.
18    Q.    How many buildings were there about?  I
19    don't want you guessing.
20    A.    They were huge, huge buildings.  I don't
21    know.  I would say four or five maybe.
22    Q.    All right.
23    A.    I think it was even a train that came
24    through.  Train tracks if I recall.
25    Q.    Describe how you picked up the waste at

Page 67

1    that facility.
2        A.    Well, I went in there, I went to the
3    back I believe, and they would just pump it right off
4    over the top of the tanker and put it in and I would
5    just sit there and wait until it got full and told
6    them to shut it off.
7        Q.    What kind of tanker did you use for that
8    pick up?
9        A.    That was a rubber liner, too.
10    Q.    On how many occasions, I don't care
11    where you took it, but on how many occasions did you
12    go to that facility and pick up waste?
13    A.    Eight times I would imagine.  I went
14    there quite a -- not quite a bit, but...
15    Q.    More than --
16    A.    I am just guessing.
17    Q.    I don't want you to guess.
18    A.    Yeah.  But I don't know.  I really don't
19    know how many times I went there.
20    Q.    Fine.  Best recollection, sitting here
21    today was it more than five times?
22    A.    Yes.
23    Q.    Was it more than ten times?
24    A.    Could have been.
25    Q.    You are getting fuzzy when you get to

Page 68

1    ten?
2        A.    Yeah.  Yeah.  It could have been more,
3    too.
4        Q.    How many of those loads do you remember
5    taking back to the Boarhead site and disposing of?
6        A.    Maybe three or four, something like
7    that.
8        Q.    And what area of Boarhead were they
9    disposed of in?
10    A.    Around in here.
11    Q.    The F?
12    A.    Yeah.  These are the only holes that I
13    seen, right there.
14        MR. HARRIS:  Let the record reflect the
15    witness is pointing to the big circle that says swamp
16    and the smaller circle that says F.
17    Q.    Anybody else, any other customers that
18    right now you recall bringing their waste back to
19    Boarhead for disposal?
20    A.    No.
21        MR. HARRIS:  Why don't we take a
22    five-minute stretch break and comfort stop, okay.
23        (Recess taken.)
24    (BY MR. HARRIS:)
25    Q.    Mr. Shaak, we're back ready to go again.

Page 69

1    Let's go back to the place off of Hatboro Road.
2        A.    Okay.
3        Q.    How did you get to that -- how did you
4    get into the building from the road that that was on?
5        A.    With the truck?
6        Q.    Yes.
7        A.    I think I backed in, backed in right to
8    the docks.
9        Q.    There was like a driveway leading from
10    whatever road it was on back to where the building
11    was?
12    A.    If there was it was close.  I mean, the
13    building was close to the road, to the road going
14    back past the other businesses.
15    Q.    Was there a building next to it on
16    either side?
17    A.    It was the last building, I believe.
18    There were buildings to the left of it facing it.
19    There was a couple of them as you went in, you passed
20    them.  I think it was a circle and it was the last
21    building, I think.  I'm not positive.
22    Q.    I want your best recollection.
23    A.    Right.
24    Q.    Standing here looking at the building
25    you think there was nothing to the right of it?

18 (Pages 66 to 69)

**Page 70**

1  A.  I don't think so, no.
2  Q.  If I mention the name Flexible Circuits,
3  would that mean anything to you?
4  A.  That's -- I heard that.
5  Q.  If I mention the name Merit Metal to
6  you, would that ring any bells?
7  A.  Merit.
8  Q.  Merit Metal?
9  A.  No. No.
10  Q.  Flexible Circuits?
11  A.  Flexible Circuits sounds like it. I am
12  not sure. I can't put that name on that building,
13  but I heard that name.
14  Q.  By heard that name do you think you ever
15  went to a place called Flexible Circuits to pick up
16  waste?
17  A.  I can't answer that.
18  MR. HARRIS: I am going to mark this
19  with a little rubber band around it because we don't
20  have clips for it, but I am going to mark these
21  collectively as one exhibit. Let's mark those as
22  P-63. They are Ashland Chemical Company bills of
23  lading.
24  (P-63 marked for identification.)
25  Q.  Mr. Shaak, I am showing you a series of

**Page 71**

1  documents that collectively we have marked as P-63
2  that are bills of lading by Ashland Chemical Company
3  in Great Meadows, New Jersey. Take a look at these
4  and tell me whether having looked at these you
5  believe that this is the company you have been
6  telling us about on Route 29 and 202 -- I am sorry --
7  A.  31?
8  Q.  Yes. Off Route 31, that you got to off
9  of Route 31.
10  A.  I don't know if these are the invoices
11  at that time, but this is the name of the company in
12  which I picked up waste.
13  Q.  And it's the one we talked about a
14  little earlier this morning?
15  A.  Yes.
16  Q.  To make this easy for you, I would like
17  you to flip through it. If you look on the bottom of
18  the sheets, look at the very first page.
19  A.  Yeah. Here.
20  Q.  You see where it says driver signature
21  and that's our friend Mr. Long. If you flip through
22  them on the bottom I would like you to just tell us
23  which ones have your signatures on them. Just to
24  identify that those are your signatures and those are
25  documents you signed.

**Page 72**

1  A.  Unreal. 30 years ago, huh?
2  Q.  You will recognize your signature, won't
3  you?
4  A.  Yes. I never knew we made so many trips
5  up there. There is me.
6  Q.  Find one. Here is what I would like you
7  to do. If you look -- just tell me the date where it
8  says date shipped.
9  A.  10/8/76.
10  Q.  That's your signature?
11  A.  Right. I just put it in this pile?
12  Q.  That's right.
13  MR. DOTO: Give the Bates number also.
14  MR. HARRIS: Let's try. Let me just
15  see here.
16  MS. FLAX: Get the witness to look at
17  the lower-right side of the document, there is a
18  number that starts ASH.
19  MR. HARRIS: Right.
20  Q.  Right next to your signature.
21  A.  94.
22  Q.  Great. Super.
23  A.  That's 94.
24  Q.  Okay. Let's go through and do that on
25  every one you see with your signature.

**Page 73**

1  A.  Bruce was there, too, the same date.
2  Here is one. It's October 20th, 1976, down at the
3  bottom somebody wrote 561. I can't read the top,
4  whatever that number is.
5  Q.  Okay. Now the number he read so the
6  record is clear is a BF number. BF 555561.
7  A.  Here is another one. BF 000549.
8  Q.  Is that a 9 or a 7? I want to make sure
9  we are looking at the same one.
10  A.  It's a 9.
11  Q.  What's the date on it?
12  A.  November 4th, '76.
13  Q.  Okay. Back up a second and look at the
14  one marked 547. See if that's your signature kind of
15  in the middle of the page.
16  A.  Yeah. That's me.
17  Q.  So should we -- 547, BF 000547 is one
18  also?
19  A.  Yes.
20  MS. QUINN: What's the date of 547?
21  MR. HARRIS: It's been pencilled over,
22  looks like October 29.
23  A.  Found another one. The date is November
24  18th, '76 and the number BF 000542.
25  Q.  Thanks.

Jeffrey Shaak

June 4, 2003

Page 74

1    A.    It's here and another one. BF 00077, I
2  can't find a date. It's up there but...
3    Q.    We have the number. That's good enough.
4    A.    All right. And BF 00543, dated
5  November 24th, '76; BF 000555, December 9th, '76; BF
6  0005340, February 2nd, '77; BF 000531, February 3rd,
7  '77; BF 000395, February 3rd of '77; BF 000519,
8  February 10th of '77; BF 000399, February 10th of
9  '77; BF 000525, February 18th, '77; BF 000380,
10  February 18th, '77; BF 000514, February 22nd, '77; BF
11  000410, February 22nd, '77. That was a long day.
12  There was two runs that day. ASHL 00197, March 3rd
13  of '77; ASHL 00198, March 3rd of '77.
14    Q.    Could I interrupt you for just a second?
15  Look at the last one you read to us, the 0198.
16    A.    Yes.
17    Q.    You see where it says time in and time
18  out?
19    A.    Yes.
20    Q.    Is that your writing?
21    A.    No.
22    Q.    Okay. Keep going.
23    A.    ASHL 00199, March 4th of '77; ASHL
24  00200, March 7th of '77; ASHL 00202, March 8th, '77;
25  ASHL 00205, March 10th, '77; ASHL 00207, March 11th,

Page 75

1  '77; ASHL 00211, March 17th, '77; ASHL 00212, March
2  18th of '77; ASHL 00217, March I guess that's 19 of
3  '77; ASHL 00219, March 21st, '77; ASHL 00221, March
4  22nd, '77; ASHL 00222, March 22nd, '77; ASHL 00225,
5  March 24th, '77. This one looks like -- I could
6  barely see. I think that says Shaak. ASHL 00227,
7  March 25th, '77; ASHL 00227, March 25th, '77. This
8  don't have a number, I can't see it.
9    Q.    I don't see a number on this one either.
10  Just describe it by the date.
11    A.    Okay. 3/28/77; ASHL 00230, March 28th,
12  '77; ASHL 00247, April 5th, '77; ASHL 00248, February
13  5th, '77. That's it.
14    Q.    Now, for each of those you identified
15  for us you recognize those pieces of paper to have
16  your signature on them, right?
17    A.    Yes.
18    Q.    These documents that we have been
19  looking at, are these the invoices that you described
20  you would pick up at the customer?
21    A.    Yes.
22    Q.    Now, you don't have to dig it out again
23  but let me show you one of them marked as ASHL 00247.
24  You see the date on that one?
25    A.    4/5/77.

Page 76

1    Q.    Right. That was about a week after the
2  incident down with the police at Wissinoming?
3          MR. DILLON: Objection to the form.
4    A.    Yes. I remember.
5    Q.    March 29th, do you know where you took
6  this load?
7    A.    Where did I take this load? No. No.
8    Q.    Let me ask you about a company named
9  Ciba-Geigy. Does that name familiar to you?
10    A.    I heard the name, yes, Ciba-Geigy.
11  Where is it at?
12    Q.    A facility that I am going to ask you
13  about is in Rhode Island.
14          Do you remember ever going to a
15  location in Rhode Island to pick up waste?
16    A.    Yes.
17    Q.    Why don't you --
18    A.    That's right. Ciba-Geigy.
19    Q.    That reminds you where Ciba-Geigy went
20  to?
21    A.    Yes. In Rhode Island.
22    Q.    Where is it that you went to in Rhode
23  Island to pick up at Ciba-Geigy?
24    A.    Where at in Rhode Island?
25    Q.    Yeah.

Page 77

1    A.    I know it was off 95.
2    Q.    Tell me how generally you got there.
3    A.    Went up 95, across the Washington Bridge
4  in New York up to Connecticut. That's about it. I
5  can't remember any other routes.
6    Q.    How many times do you think you went to
7  Ciba-Geigy to pick up waste?
8          MR. DILLON: Objection to the form.
9    A.    Four or five times maybe, maybe not even
10  that. I would say four.
11    Q.    Okay. That's your best recollection
12  sitting here today?
13    A.    Yes.
14          MR. HARRIS: Let's mark this one as
15  P-64.
16          (P-64 marked for identification.)
17    Q.    If you have found any yet with your
18  signature on them you can tell us which ones they are
19  by the NOV number.
20    A.    Okay. NOV 0094, dated 11/12/76. I
21  don't know if this is my name or not. I can't really
22  see it. It's NOV 0096, it looks like -- I don't
23  know.
24    Q.    Okay.
25    A.    I don't know. You want the date?

Manfred DeRewal, Jr.                                        May 12, 2003

Page 1

1                 UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2     _____

3    BOARHEAD FARM AGREEMENT          CIVIL ACTION NO.
     GROUP,                              02-CV-3830
4                                      Judge Legrome D. Davis

5              Plaintiff,             ORAL DEPOSITION OF:

6         vs.                        MANFRED DeREWAL, JR.

7    ADVANCED ENVIRONMENTAL TECHNOLOGY
     CORPORATION; ASHLAND CHEMICAL
8    COMPANY; BOARHEAD CORPORATION;
     CARPENTER TECHNOLOGY CORPORATION;          ORIGINAL
9    CROWN METRO, INC.; DIAZ CHEMICAL
     CORPORATION; EMHART INDUSTRIES,
10   INC.; ETCHED CIRCUITS, INC.; FCG,
     INC.; GLOBE DISPOSAL COMPANY, INC.;
11   GLOBE-WASTECH, INC.; HANDY & HARMAN
     TUBE COMPANY, INC.; KNOLL, INC.;
12   MERIT METAL PRODUCTS CORPORATION;
     NOVARTIS CORPORATION; NRM INVESTMENT
13   COMPANY; PLYMOUTH TUBE COMPANY;
     QUIKLINE DESIGN AND MANUFACTURING
14   COMPANY; RAHNS SPECIALTY METALS,
     INC.; ROHM & HAAS COMPANY, SIMON
15   WRECKING COMPANY, INC.; TECHALLOY
     COMPANY, INC.; THOMAS & BETTS
16   CORPORATION; UNISYS CORPORATION;
     UNITED STATES OF AMERICA
17   DEPARTMENT OF NAVY,

18             Defendants.
     _____
19                         *   *   *   *   *
                    Monday, May 12, 2003
20                       *   *   *   *   *
          Transcript in the above matter taken at
21   the offices of Ballard, Spahr, Andrews & Ingersoll,
     LLP, 1735 Market Street, 42nd Floor, Philadelphia,
22   Pennsylvania, commencing at 10:10 a.m.
23        Certified Shorthand Reporting Services
                   Arranged Through
24          Mastroianni & Formaroli, Inc.
                  709 White Horse Pike
25            Audubon, New Jersey 08106
                    (856) 546-1100

Manfred DeRewal, Jr.

May 12, 2003

Page 14

1 of work that was being done on the site.
2    Q.  All right.  The question I want to focus on
3 here is prior to becoming a truck driver, is that when
4 you put in those ponds or did it overlap?
5    A.  No, that was after, afterwards.  Those ponds
6 weren't put in until late '70s, early '80s I believe.
7    Q.  All right.
8    A.  Now, there was logging going on also prior
9 to that.  The whole property was logged in the early
10 '70s I believe.
11    Q.  By "logged", you mean a real timber
12 operation?
13    A.  Yes, an outside contractor came in and
14 thinned out the woods.
15    Q.  Did there come a time when DeRewal Chemical
16 operated a waste hauling or, waste hauling business out
17 of the Boarhead site?
18    A.  Yes.
19    Q.  When was that in the time frame that we're
20 talking about, in your time frame?
21    A.  I believe -- well, see, there was a lapse
22 there I guess from the Echo plant to the DeRewal
23 Chemical start up.  I would say probably my time would
24 be 16, 17 years old.
25    Q.  Okay.  So that's --

Page 15

1    A.  What name they used prior to that, if it was
2 DeRewal Chemical, I have no idea.
3    Q.  So that's '72, '73 you think?
4    A.  Right.
5    Q.  And let's just see, 16, so that's just about
6 the time you started to get a license?
7    A.  Correct.
8    Q.  You turned 16 on September of -- I'm not a
9 math whiz -- '72?
10    A.  '72.
11    Q.  Does that sound right?
12    A.  Yes.
13    Q.  And it was shortly after that or the next
14 day or something like that that you started to drive
15 for your dad's business?
16    A.  I dropped out of school, and when I dropped
17 out of school -- I finished the 11th grade and I went
18 right in working with my father driving a truck
19 full-time.
20    Q.  All right.  The first day that you showed up
21 as a truck driver, the very first day, who was working
22 for your father right on that day?
23    A.  Right on that day?
24    Q.  You know what I'm asking?
25    A.  You mean who was all working during that --

Page 16

1    Q.  Who was there when you showed up as a truck
2 driver?
3    A.  Who was there?  I guess Karen Bean, my
4 father.  I believe my brother was working there at that
5 time, Kenny Gross, Richie Minthorn.  And you know, I
6 mean, there was other drivers but they weren't there, I
7 mean, until later on.
8    Q.  Yeah, I really did want to focus just on the
9 very beginning.
10    A.  Okay.
11    Q.  Your very beginning.
12    A.  Okay.
13    Q.  So you think Ms. Bean and your dad and Bruce
14 and Kenny Gross and Minthorn were kind of the original
15 ones that were there at first?
16    A.  Yes.
17    Q.  Anyone else you can think of when you first
18 started at the beginning?
19    A.  There was a fellow, Johnnie Coleman who
20 came.  He was there also -- he came from the Echo plant
21 to the Boarhead.  How long he was there, he wasn't
22 there that long, maybe a year, two years.
23    Q.  All right.  A year or two years from when?
24    A.  From about '70 -- well, let's see, up until
25 about '71, '72 maybe.

Page 17

1    Q.  Okay.  Anyone else that you can remember now
2 that we're kind of thinking about it a minute?
3    A.  That would be about it.
4    Q.  Okay.  What were Karen Bean's, what did she
5 do?
6    A.  She was a secretary.  I guess she followed
7 the path of my father's from Echo over to the Boarhead
8 Farms.  I guess that was in '69.
9    Q.  Okay.
10    A.  And whatever they were doing at that time
11 from the Echo plant over to the Boarhead Farms -- I
12 don't believe it was actually that much those first one
13 or two years.
14    I mean, I really, I'm still young at that
15 time.  And she also had horses there, boarded horses.
16 And she was, I guess she answered the telephone and
17 took care of, you know, whatever horses.
18    Q.  Did she have a place she worked?
19    A.  They worked right out of the, we called it
20 the chicken coop, which was a living quarters at that
21 time.
22    Q.  It's the office that's next to the farm
23 house, it says "office" on this thing?
24    A.  Yes.
25    Q.  "This thing" meaning P-8.  It's a term of

Manfred DeRewal, Jr.

May 12, 2003

Page 22

1   A.   Tanker is regular line tankers, 4,000
2 stainless steel tankers, tankers that you pull down a
3 tractor.
4   Q.   Okay, great.  And were these tankers just
5 parked on the property or were they being used as
6 storage or both?
7   A.   There was several there that were just
8 parked on the property that came from the Echo plant.
9 Just -- some of them, later days we might have pulled
10 it out, tried to fix it up for use.
11   Q.   Okay.  Were there any that were used for
12 storage?
13   A.   No.
14   Q.   So the only tanks that were used for storage
15 of materials at least in the early time period are the
16 ones you've drawn on P-8?
17   A.   Correct.
18   Q.   Tell us what a JD-450 is?
19   A.   John Deere 450?  It's a front-end loader on
20 tracks.  It's a bulldozer.
21   Q.   For us lawyer type, it's a bulldozer?
22   A.   It's a bulldozer.
23   Q.   And what's the CAT?
24   A.   It's also a bulldozer, front loader bucket,
25 two and a half yard bucket.

Page 23

1   Q.   By that you mean two and a half cubit yards
2 it will hold?
3   A.   Yes.
4   Q.   What were Ken Gross's job activities, again,
5 focusing early on?
6   A.   He was, he did a lot of maintenance there at
7 the Boarhead Farms, whatever had to be done.  He was a
8 good handyman, maintenance all around.  I don't believe
9 he ever drove trucks.
10       He had worked previously at the Echo plant
11 for my father.  I guess he was one of the foremans at
12 the Echo plant.  And he also did land clearing, you
13 know, and whatever had to be work done at that time.  I
14 guess my dad just kept him on, you know, him and
15 Johnnie Coleman that I remember at that time.
16   Q.   Okay.  Could both of those folks operate the
17 earth-moving equipment?
18   A.   Yes.
19   Q.   Could Bruce operate the equipment?
20   A.   Yes, uh-huh.  Could he or did he?
21   Q.   Well, so far it was "could he".
22   A.   Yes.
23   Q.   I was going to get back to the "did he".
24   A.   Well, I don't know, you might have to ask
25 him that.

Page 24

1   Q.   Well, I will, we'll ask him.  All right.
2 Tell us -- let me come back with Bruce.  Did there come
3 a time when he stopped working for, at the Boarhead
4 site?
5   A.   He did, and I also did.  There was a little
6 lapse time there, maybe six months, eight months we
7 both had stopped working there.
8   Q.   Was it the same time?
9   A.   Yes, uh-huh.
10   Q.   Let's focus on you, because you know more
11 about you.
12   A.   Well, I couldn't tell you what time factor
13 that could have been.  It was probably, could have been
14 '73, '74, little bit in the beginning.
15   Q.   We don't want you to guess today, but if you
16 can give us an approximation, that's okay, but tell us
17 you're approximating.
18   A.   I would say between '73 and 74.
19   Q.   You went --
20   A.   Maybe up to '75.  There was a lapse in there
21 maybe for six months that we went to work for somebody
22 else.
23   Q.   Did you both go to work for somebody else?
24   A.   Yes, the same person.
25   Q.   Tell us who that is?

Page 25

1   A.   It's a steel company up in Easton, Ramos,
2 Ramos Steel.  It was a scrap yard more or less at that
3 time, but it was called Ramos.
4   Q.   So you went to work there for about six
5 months?
6   A.   Correct.
7   Q.   Then you came back to work for your dad
8 again?
9   A.   That's correct.
10   Q.   And then did Bruce come back at the same
11 time?
12   A.   Yes, he did.
13   Q.   Did Bruce continue to work for your dad
14 until the operation shut down?
15   A.   Yes, he did.
16   Q.   And by "operation shut down", I mean the
17 waste business closing.
18   A.   Yes, he did.
19   Q.   Let's go back to Ken Gross.  Now, did he
20 continue to work at the site until the waste business
21 had shut down?
22   A.   No, he had left maybe two years.  He was
23 working two jobs and in the very beginning there wasn't
24 actually that much work.  Prior to my brother and I
25 coming on board, I guess Kenny did a lot of the land

Manfred DeRewal, Jr.

May 12, 2003

Page 62

1  filled out or have your handwriting on them.
2      A.  Okay.
3      Q.  Just start at the front and work to the
4  back.
5      A.  M-5, M-512, I believe there's another M-512.
6      Q.  You know, maybe we can go by the dates
7  because a lot of numbers got cut off.  You see where
8  there's a date up here?
9      A.  Right.
10     Q.  Why don't you just tell us the dates.
11     A.  Do you want me to start at the beginning?
12     Q.  No, you can just pick up at the first M-550.
13     A.  7-11-75, 8-4-75, 7-5-75, 7-14-75, 7-14-75,
14  8-18-75.  I don't know what that's -- that would be
15  M-550.  5-20-75, 8-21-75, August 28, '75.  The date I
16  can't read on this one, but it's M-5502.  That's it.
17     Q.  Okay.  All right, let me ask you next
18  whether you ever picked up waste from a company called
19  Ashland?
20     A.  Yes.
21     Q.  Where was the Ashland facility that you went
22  to?
23     A.  Grape Meadows, New Jersey.
24     Q.  How did you get there?
25     A.  Well, we went up Route 67 through Easton

Page 63

1  across the bridge over, I believe that's 78 to the,
2  there's a -- Grape Meadow is, I think it's right there
3  by Ingersoll Rahn.  We bear left, go down some farm
4  roads.  I forget the name of the road it was on, might
5  have been Grape Meadows Road.
6         You would pull up their driveway, it was a
7  long drive.  They used to have vegetables sometimes
8  growing in the front, sometimes they were dead.
9     Q.  Okay.  And describe generally, what did the
10  facility look like as you're driving up to it?
11     A.  I believe the -- from what I remember it was
12  a good-sized facility.  We used to pull in, I don't
13  know if there was a guardhouse or not that we had to
14  sign in or sign out.
15         I remember going into certain parts of the
16  plant where they used to run certain tests on machines,
17  atomic absorptions or whatever, they just showed me
18  around.  And that's actually, you know, what I mean,
19  remember.  I mean, it was a good-sized plant.
20     Q.  Was there a gate you had to go through?
21     A.  I know it was a long driveway.
22     Q.  Big, high fence around the place or no?
23     A.  I don't believe so.  Not going in, maybe
24  around the facility.  I mean, it sat off the road
25  pretty good.

Page 64

1      Q.  All right.  Did you have to check in with
2  somebody when you got there?
3      A.  I think it was a guardhouse, I think we had
4  to check in if I'm not mistaken.
5      Q.  You just don't remember if you had to sign
6  anything?
7      A.  Yeah, I don't remember.
8      Q.  Where did you take the -- we're talking
9  about bulk?
10     A.  Yeah.
11     Q.  Where did you take the tanker truck once you
12  said hello to whoever you said hello to?
13     A.  Whoever we had to.  I think that also used
14  to go around the back of the building and there used to
15  be an arm that used to come out.  We had sometimes two
16  different methods of loading, one was a type of air
17  type load into the tanker or pumped, they handled all
18  that.
19         I believe they didn't want us out of our
20  truck that much because it was fairly strong chemical,
21  they did all actually the loading.  We closed our lid,
22  we bolted it down, but they actually did all the
23  loading.
24     Q.  Was there more than one location that you
25  went to to fill up?

Page 65

1      A.  No, we went to the same location.
2      Q.  What was the other method of filling the
3  truck other than --
4      A.  One was an air type, it was a sealed type
5  load, hose to their hose.  And we used to have a pipe
6  that used to run over the tank truck inside.  And when
7  we emptied it, we would use the air from the tractor to
8  blow it off through that same loading tube.
9      Q.  Okay.
10     A.  And the other way was direct into the top of
11  the center of the manhole on the tank truck.
12     Q.  Gravity?
13     A.  I don't know how they did it.
14     Q.  It just came out of the arm?
15     A.  Right.
16     Q.  And just went right down into --
17     A.  Right.
18     Q.  What kind of waste did you pick up at
19  Ashland?
20     A.  That was a sulfuric nitric mix, I was told.
21     Q.  That was going to be my next question.
22     A.  Organics.
23     Q.  How do you know what it was?
24     A.  Well, I believe it was typed on the Bill of
25  Lading, sulphuric nitric.  Never know organics or

Manfred DeRewal, Jr.

May 12, 2003

Page 66

1  anything, I'm no chemist, so.
2      Q.  We only want to know what you know and how
3  you know it.  Did anybody at the facility ever tell you
4  what it was you were picking up?
5      A.  Not that I can remember.
6      Q.  Did the people who loaded the truck for you,
7  did they wear any special protective clothing?
8      A.  I would imagine they had goggles, gloves.
9  It was very hot, dangerous acid.
10     Q.  When did you first go to the Ashland
11  facility in Grape Meadows to pick up waste?
12     A.  In either late '75 or early '76, mid '75.
13     Q.  On how many occasions total do you think you
14  went to pick up waste at Ashland?
15     A.  25, 30.
16     Q.  When you first went, the first time you went
17  to Ashland to pick up waste, was the Wissinoming
18  facility open yet?
19     A.  Yes, it was.
20     Q.  Where did you take these 25 to 30 loads of
21  Ashland waste for disposal?
22     A.  From what I could remember, on the first
23  tank truckload that we pulled out of Ashland went to
24  Wissinoming.  There was a representative from Ashland
25  that came down to the Wissinoming part where they

Page 67

1  wanted to see how the acid was going to be treated.
2      Q.  All right.  You were the driver for that
3  load or you just happened to be there?
4      A.  I happened to be there.  Whether I was the
5  driver or not, I don't -- I might have been the driver,
6  I don't know.
7      Q.  You remember --
8      A.  I know I was there the day that --
9      Q.  That this happened, that there was this
10  meeting?
11     A.  Correct.
12     Q.  Okay.  Did that entire load of waste that
13  came from Ashland get treated that day at Wissinoming?
14     A.  Well, that was a slow process there at
15  Wissinoming, it was a lime slurry.  But no, while the
16  representative was there, no, we pumped it out of one
17  tank into a holding tank and there was certain pipes
18  going from one tank into the lime slurry with a big
19  mix around the top.
20         And he just wanted to see how that was going
21  to work, then that was discharged down the sewer.  I
22  believe that was more of a front in order to get the
23  contract.
24     Q.  Okay.
25     A.  From my knowledge.

Page 68

1      Q.  Okay.  Where did you personally -- other
2  than Wissinoming, where did you personally take Ashland
3  waste?
4      A.  Boarhead Farms.
5      Q.  How many loads of Ashland waste did you take
6  to Boarhead Farms for disposal, you personally?
7      A.  Eight to 15.
8      Q.  And of those loads that you personally took
9  to Boarhead, where were they disposed of?
10     A.  They were disposed in front of the office at
11  that time, right in front of the small pond.
12     Q.  Okay.
13     A.  Right in this section here (indicating).
14     Q.  Let the record reflect that the witness is
15  pointing to an area on P-8 in between the word "office"
16  and the edge of the pond.  Is that correct?
17     A.  Yes.
18     Q.  Did I do that right?
19     A.  Yes.
20     Q.  And how did that disposal take place?
21     A.  Well, then also we would either drop that
22  tanker -- because that was a slow process, you had a
23  lot of fumes, a lot of nitratic fumes coming off.  And
24  that was a slow process leech into this hole that was
25  dug, covered over.

Page 69

1      Q.  Okay.  Is there any --
2      A.  I mean, that might have taken a couple
3  hours.
4      Q.  I see.  For the tanker to drain out?
5      A.  Right.
6         MR. HARRIS:  Let's mark that.
7      (EXHIBIT P-51, BILL OF LADING, ASHLAND
8      CHEMICAL COMPANY, IS MARKED FOR
9      IDENTIFICATION)
10  BY MR. HARRIS:
11     Q.  Mr. DeRewal, you've been shown a document
12  that's been marked Exhibit P-51.  Do you recognize the
13  signature on that one?
14     A.  Yes.
15     Q.  Is that you?
16     A.  Yes.
17     Q.  Do you know how this Bill of Lading was
18  generated, that is, where it came from, who made it
19  out?
20     A.  No, I do not.
21         MR. HARRIS:  I'd like to take a break, a
22  stretch break.
23     (BRIEF RECESS)
24  BY MR. HARRIS:
25     Q.  Mr. DeRewal, did you ever pick up waste from

Page 153

1          UNITED STATES DISTRICT COURT
2      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3   BOARHEAD FARM AGREEMENT          CIVIL ACTION NO.
    GROUP,                           02-CV-3830
4                                    Judge Legrome D. Davis
            Plaintiff,
5                                    ORAL DEPOSITION OF:
        vs.
6                                    MANFRED DeREWAL, JR.
    ADVANCED ENVIRONMENTAL TECHNOLOGY      (VOLUME II)
7   CORPORATION; ASHLAND CHEMICAL
    COMPANY; BOARHEAD CORPORATION;
8   CARPENTER TECHNOLOGY CORPORATION;
    CROWN METRO, INC.; DIAZ CHEMICAL
9   CORPORATION; EMHART INDUSTRIES,
    INC.; ETCHED CIRCUITS, INC.; FCG,
10  INC.; GLOBE DISPOSAL COMPANY, INC.;
    GLOBE-WASTECH, INC.; HANDY & HARMAN
11  TUBE COMPANY, INC.; KNOLL, INC.;
    MERIT METAL PRODUCTS CORPORATION;
12  NOVARTIS CORPORATION; NRM INVESTMENT
    COMPANY; PLYMOUTH TUBE COMPANY;
13  QUIKLINE DESIGN AND MANUFACTURING
    COMPANY; RAHNS SPECIALTY METALS,
14  INC.; ROHM & HAAS COMPANY, SIMON
    WRECKING COMPANY, INC.; TECHALLOY
15  COMPANY, INC.; THOMAS & BETTS
    CORPORATION; UNISYS CORPORATION;
16  UNITED STATES OF AMERICA
    DEPARTMENT OF NAVY,
17
            Defendants.
18
19  _____
                    *    *    *    *    *
20              Tuesday, May 13, 2003
                    *    *    *    *    *
21      Transcript in the above matter taken at
    the offices of Ballard, Spahr, Andrews & Ingersoll,
22  LLP, 1735 Market Street, 42nd Floor, Philadelphia,
    Pennsylvania, commencing at 10:00 a.m.
23      Certified Shorthand Reporting Services
            Arranged Through
24      Mastroianni & Formaroli, Inc.
            709 White Horse Pike
25      Audubon, New Jersey 08106
            (856) 546-1100

Volume II
Manfred DeRewal, Jr.

May 13, 2003

Page 386

1    A.  I can't recall the time when it was shut
2  down.
3    Q.  In your deposition before the EPA you said
4  that -- and I'll show you the page if you like -- you
5  said that you stopped working for DeRewal for about six
6  months, and that you started back with your father's
7  company the day or the day after your brother was hurt.
8  Is that correct?
9    A.  It could have been roughly in that time
10  period.  I don't know if it was six months, I don't
11  think it was that long.
12    Q.  Something less than six months?
13    A.  I would say yes.
14    Q.  But your brother returned to work before
15  you?
16    A.  Yes, I believe.
17    Q.  And he was then working obviously at the
18  time of that spill?
19    A.  Correct.
20    Q.  But you hadn't returned to work at that
21  time?
22    A.  I can't recall if I did or not -- no, I
23  believe I did because I was there the night of the
24  spill.
25    Q.  So it was just about the time you started

Page 387

1  back to work?
2    A.  Or before that time, yes.
3    Q.  So if it were six months, that would have
4  made it, what, March of 1976, thereabouts that you went
5  to work for the scrap yard?
6    MR. HARRIS:  Objection.
7    THE WITNESS:  No, I think it was before
8  that.
9  BY MR. FACKENTHAL:
10    Q.  Before March?
11    A.  Well, before '76 I believe.
12    Q.  So then you worked more than six months for
13  the scrap yard?
14    MR. HARRIS:  Objection.
15    THE WITNESS:  No, I was only there for
16  six months.  I believe it was before.
17  BY MR. FACKENTHAL:
18    Q.  Oh, you returned to work before that?
19    A.  Before the spill, yes.
20    Q.  How much before the spill?
21    A.  I don't recall.
22    Q.  So it was sometime earlier than March that
23  you left?  If the spill was in September --
24    A.  I think it was only like three months or
25  four months that we had left.

Page 388

1    Q.  Only three or four months instead of six?
2    A.  Yes, I don't think it was that long of a
3  period that I worked up there.
4    Q.  It was then in calendar year '76, sometime
5  in the summer of '76 that you were gone?
6    MR. HARRIS:  Objection.
7    THE WITNESS:  I don't recall.
8  BY MR. FACKENTHAL:
9    Q.  Did you take anything from National to
10  Boarhead after Wissinoming closed, or was that the end
11  of the operation?
12    A.  There might have been one or two loads.
13    Q.  Might have been.  Do you remember
14  distinctly?
15    A.  I remember one.
16    Q.  After?
17    A.  After the closing.
18    Q.  Give me an example of what would happen.
19  You start your work day, you said at almost any time,
20  could be the middle of the night, could be early in the
21  morning could be any time; is that right?
22    A.  Right.  Depending on what company you went
23  to.  National Rolling Mills, that was 24-7.
24    Q.  So you could have gone there any time?
25    A.  Any time.

Page 389

1    Q.  Did you have a dispatcher that sent you
2  there?
3    MR. HARRIS:  Objection.
4    THE WITNESS:  No, the people there at
5  National Rolling Mills would have told the drivers that
6  they needed X amount of loads out.
7  BY MR. FACKENTHAL:
8    Q.  Did you speak with the people in National
9  Rolling Mills?
10    A.  The people that were in charge of the acids
11  area, yes.  The people that was loading us, they would
12  ask you:  Hey, you coming back, we need one or two or
13  three more loads pulled out.
14    Q.  Again, I'm trying to get the routine of what
15  happened.  Say you just delivered a load to Ontario
16  Street and then the next time that National needed
17  service, needed its tanks emptied, what would happen?
18    A.  Well, at that point we already knew whether
19  they needed a pick-up.  That was a big contract there.
20  Sometimes it was three, four, five loads a day pulled
21  out of there.
22    Q.  Okay.  So when you left with a load, you
23  knew when you were coming back; is that right?
24    A.  That's correct.
25    Q.  You didn't have to depend on telephone calls

Page 402

1    A. No, I don't.
2    Q. Does 1977 sound correct?
3    A. That's correct.
4    Q. Approximately how long after the Wissinoming
5 facility was shut down was it before DeRewal actually
6 stopped hauling waste altogether for anyone?
7    A. Shortly after that.
8    Q. When you say "shortly," do you mean within
9 several months?
10    A. Yeah, couple months, two or three months.
11    Q. Do you recall if you made any chemical hauls
12 for Ashland after the Wissinoming facility was shut
13 down but before the DeRewal property was closed down?
14    A. No, we did not.
15    Q. During the time period that the Wissinoming
16 facility was in operation, was it in operation
17 continuously?
18    A. Was it in operation?
19    Q. Yes.
20    A. Yeah, it was in.
21    Q. But based on your recollection do you
22 remember how often you would go to Ashland, you know,
23 with what frequency?
24    A. I would estimate two, maybe three times a
25 week. Two to three a week.

Page 403

1    Q. Did that remain consistent throughout the
2 time that you hauled waste for Ashland?
3    A. Was it consistent of me going there two or
4 three times a week?
5    Q. Yes.
6    A. No, because we had several drivers, it could
7 have varied back and forth.
8    Q. So when you say "two or three times a week",
9 are you talking total two to three times a week?
10    A. What, myself?
11    Q. Let me try to clarify, let me back up. When
12 I'm asking you about the frequency that chemicals were
13 picked up from Ashland, I mean, do you know how
14 frequently they were picked up in total, not just what
15 you picked up?
16    A. I believe anywhere from one to about six
17 loads, seven loads a week.
18    Q. Okay. And again, my next question is: Did
19 that remain consistent throughout the time that DeRewal
20 hauled Ashland's waste to your knowledge?
21    A. To my knowledge, yes.
22    Q. You testified a few minutes ago that
23 Ashland's sulphuric nitric mix was at times taken to
24 the Wissinoming facility and flushed down the sewer?
25    A. That's correct.

Page 404

1    Q. Can you tell me what percentage of the
2 sulphuric nitric mix that you hauled for Ashland was
3 disposed of at the Wissinoming facility?
4    A. Myself, maybe four to five loads.
5    Q. And where was the rest disposed of?
6    A. Boarhead Farms.
7    Q. How far was it from the Ashland facility to
8 Boarhead Farms?
9    A. It was about an hour drive.
10    Q. And how far was it from the Ashland facility
11 to the DeRewal Wissinoming facility?
12    A. Probably about an hour and a half.
13    Q. What route would you take to go between
14 Ashland and Boarhead Farms?
15    A. There again, we would cross -- I guess
16 that's 78 that turns into, 78, we would bear off there
17 at Ingersoll-Rand, whatever route that is, and go down
18 the back roads. But we would come down the Peaburg
19 Bridge down across 611.
20    Q. And what route would you take between the
21 Wissinoming facility and Ashland?
22    A. Which way would we go?
23    Q. If you recall. I know it's been a lot of
24 years.
25    A. We might have went coming across the

Page 405

1 Scutter's Falls, Scutter's Falls south of, whatever
2 that New Jersey is across from New Hope, what bridge
3 that is. I think that's Scutter's Falls bridge.
4    Q. Okay. Mr. DeRewal, do you recall testifying
5 yesterday that as a general matter your knowledge as to
6 what type of chemical you were hauling was based on
7 what the Bill of Lading said?
8    A. That's correct.
9    Q. And specifically as to the Ashland waste
10 products that you hauled, is it also accurate to say
11 that your knowledge of that type of chemical was based
12 solely on what the Bill of Lading said?
13    A. That's correct.
14    Q. Did you ever test chemicals yourself to see
15 what they were?
16    A. No, I did not.
17    Q. Do you have any recollection at all of ever
18 seeing the products that you hauled for Ashland being
19 loaded into your truck?
20    A. No, I did not.
21    Q. Do you have any recollection of actually
22 seeing what you've identified as Ashland's sulphuric
23 nitric mix being disposed of at Boarhead Farms?
24    A. Have I actually seen it?
25    Q. Yes.

Volume II

Manfred DeRewal, Jr.

May 13, 2003

Page 406

1    A.   Besides myself actually putting a hose on
2 the tanker or seen the chemicals coming out?
3    Q.   Seen the chemicals that are coming out.
4    A.   No.
5    Q.   Are you aware of any documents, Mr. DeRewal,
6 that would show that any of the waste that was hauled
7 from the Ashland facility was disposed of at Boarhead
8 Farms?
9    A.   Could there be any documents?
10    Q.   Are you aware of any?
11    A.   No.
12    Q.   When you hauled waste for Ashland, did you
13 use a DeRewal truck and a DeRewal tanker?
14    A.   Yes.
15    Q.   What type of tanker did you use to haul
16 Ashland waste?
17    A.   They were iron tankers, 2,700,
18 3,000 gallons.  They were used Chemical Leelan tanks.
19    Q.   And you might have said this earlier, I
20 really honestly don't recall.  Do you know who
21 manufactures the tankers that you used for Ashland's
22 waste?
23    A.   No, I don't.
24    Q.   Do you recall using placards or labels on
25 the tanker or truck when you hauled waste for Ashland?

Page 407

1    MR. HARRIS:  Objection.
2    THE WITNESS:  No, we do not.
3 BY MR. DOTO:
4    Q.   When you say "no, we do not," do you mean
5 no, you don't recall or no, you definitely did not use
6 any placards or labels?
7    A.   I'm almost positive we didn't use any
8 placards or labels.
9    Q.   Do you know what I'm talking about when I
10 say placards and labels?
11    A.   Yes.
12    Q.   Can you just tell me?
13    A.   Corrosive, flammable.
14    Q.   Yes.
15    A.   Those type of placards.
16    Q.   And to your recollection you did not use
17 them?
18    A.   No.
19    Q.   Was it your understanding that you were
20 supposed to use them when you hauled that waste?
21    A.   Probably were, probably were.
22    Q.   Did you identify anywhere on the truck or on
23 the tanker that you were hauling Ashland's waste under
24 contract with AETC?
25    A.   Not that I know of.

Page 408

1    Q.   Now, Mr. DeRewal, I think you testified both
2 yesterday and today, and correct me if I'm wrong, it
3 was your business practice to sign a Bill of Lading
4 when you hauled waste for a customer?
5    A.   That's correct.
6    Q.   And when you talked about a Bill of Lading,
7 that was basically the document that you signed when
8 you picked up the load; is that right?
9    A.   That's correct.
10    Q.   And did you comply with that practice when
11 you hauled waste for Ashland?
12    A.   That's correct.
13    Q.   Do you ever recall hauling any waste
14 products for Ashland where you didn't have to sign a
15 Bill of Lading?
16    A.   Not that I can recall.
17    Q.   Do you know where Marvin Jonas was
18 headquartered in the time frame been 1972 to 1978?
19    MR. HARRIS:  Objection.
20    THE WITNESS:  To my knowledge it would
21 have been Sewell, New Jersey.
22 BY MR. DOTO:
23    Q.   Do you know if he had any acid
24 neutralization facility at that site?
25    A.   I couldn't tell you.

Page 409

1    Q.   But you don't recall taking any Ashland
2 acids yourself there for any acid neutralization?
3    A.   No.
4    Q.   Mr. DeRewal, are you aware or do you recall
5 which of the DeRewal's drivers actually hauled Ashland
6 waste other than yourself?
7    A.   I would say just about every driver probably
8 pulled out of Ashland.  It might have been one or two
9 maybe that didn't.  The majority did it.
10    (EXHIBIT D-17, BILLS OF LADING, ASHLAND
11 CHEMICAL, IS MARKED FOR IDENTIFICATION)
12 BY MR. DOTO:
13    Q.   Mr. DeRewal, I've given you what's been
14 marked D-17, and we're going to go through them, but
15 I'll represent to you that I used my best efforts to
16 pull all of the Bills of Lading for bulk transport that
17 I thought your name was possibly on.
18    There may be some that your name is possibly
19 not, and that's what we're going to talk about.  So if
20 you would, take a few minutes and glance through them
21 and I'll take you through them.  But I want you to be a
22 little bit familiar before I start asking you
23 questions.
24    Mr. DeRewal, you had an opportunity to look
25 through them?

Page 410

1    A.  Yes.
2    Q.  I'm going to try to do this in an
3 abbreviated fashion, particularly in light of the hour
4 today.  The first thing I'm going to ask you is: Can
5 you in fact confirm that these are the Bills of Lading
6 that we've been speaking about?
7        MR. HARRIS:  Objection.  What do you mean
8 the Bills of Lading we've been speaking about?
9 BY MR. DOTO:
10    Q.  Are these in fact Bills of Lading?
11    A.  Yes.
12    Q.  Looking at the first one in the package with
13 Bates Number ASHL00060.  The Bates number is in the
14 lower right-hand corner, you see that?
15    A.  Yes.
16    Q.  Is that your signature appearing on this
17 document?
18    A.  Yes.
19    Q.  Do you have any idea who typed the
20 information into this particular Bill of Lading?
21    A.  No, I do not.
22    Q.  Who was working in the office at DeRewal
23 Chemical Company during this period of time?
24    A.  That would have been Linda Cochran.
25    Q.  Do you see on the, towards the top of the

Page 411

1 Bill of Lading there's a block that says "date
2 shipped"?  Do you see that?
3    A.  Right.
4    Q.  And it appears to say 9-13-76; is that
5 correct?
6    A.  That's correct.
7    Q.  The date shipped, does that mean that's the
8 date you picked up this particular load of waste?
9    A.  That's correct.
10    Q.  And would that be correct for all of these
11 Bills of Lading in this packet?
12    A.  That's correct.
13    Q.  Looking at this first invoice, is there any
14 way to tell by looking at the Bill of Lading where the
15 load of waste was to be disposed?
16    A.  No, it does not.
17    Q.  Are you aware of any of these Bills of
18 Lading having an ultimate disposal destination on them?
19        MR. HARRIS:  You're not asking him to
20 read through all these so he can actually say whether
21 he's read them all and answer that question, are you?
22        MR. DOTO:  Well, if he can't do it that
23 way then I'm going to go through each one.
24        MR. HARRIS:  Well, if it's just a reading
25 exercise, why are we doing that?  We can all read it.

Page 412

1 If all you're going to ask him is if he's read them and
2 if he sees anywhere on it where it says anything, it's
3 a big waste of time, isn't it?
4        THE WITNESS:  No, I do not.  I have a
5 question though on these Bill of Ladings.
6 BY MR. DOTO:
7    Q.  I'll give you the opportunity, believe me.
8    A.  Oh, okay.
9    Q.  As you sit here today, Mr. DeRewal, is it
10 fair to say that you don't have a specific recollection
11 as to where any of these individual loads were
12 disposed --
13    A.  Looking at this Bill of Lading?
14    Q.  As we sit here today.
15    A.  No, not looking at this Bill of Lading.
16 Depending if you look at where it says "route, Advanced
17 Environmental".
18    Q.  I'm sorry, I didn't hear that.
19    A.  Unless you look up here in the upper left
20 where it says "route, Advanced Environmental".
21    Q.  Yes.  What does that mean to you?
22    A.  I don't know, "shipped by Ashland Chemical
23 Company".  Were you the shippers?
24        MR. SABINO:  I'm going to object, it
25 doesn't say that.

Page 413

1        THE WITNESS:  No?
2        MR. HARRIS:  It doesn't say "shipped by
3 Ashland Chemical".
4        THE WITNESS:  It says "shipped by Ashland
5 Chemical, route, Environmental".
6        MR. SABINO:  Environmental?
7        MR. HARRIS:  Envirotech.
8        THE WITNESS:  Oh, Envirotech. I'm sorry,
9 my eyes.
10 BY MR. DOTO:
11    Q.  Mr. DeRewal, what is confusing you about
12 that?
13    A.  Well, just "shipped by Ashland Chemical
14 Company".
15    Q.  Do you have any reason to believe that
16 Ashland Chemical Company shipped that as opposed to
17 DeRewal?
18    A.  No, but to me, if I looked at this, that's
19 what it looked like.
20    Q.  Does it refresh your recollection if I were
21 to tell you that all of the waste that was disposed of
22 by DeRewal Chemical were brokered through Advanced
23 Envirotech Company?
24    A.  That's correct.
25    Q.  Does that make sense why that Bill of Lading

Page 414

1  would read that way?
2      A.  That's correct.
3      Q.  Looking at that first Bill of Lading, Bates
4  Number 60 on it, if you look to the description, it
5  says, "One tank truck containing spent mixed acid."
6  Did I read that correctly?
7      A.  That's correct.
8      Q.  Looking at that description, how is it that
9  you know that spent mixed acid is a sulphuric nitric
10  mixed?
11      A.  You wouldn't know.
12      Q.  So is it fair to say that you just assumed
13  when you saw "spent mixed acid" that that was a
14  sulphuric nitric mix?
15      A.  Yes.  And depending on what type of a tank
16  truck you would be using.
17      Q.  And does that assumption hold true for each
18  of the Bills of Lading?
19      A.  Yes.
20      Q.  If you look down towards the bottom of that
21  particular Bill of Lading, it says "corrosive labels
22  required", you see that?
23      A.  Yes.
24      Q.  What did that signify to you?
25      A.  That there should have been placards on the

Page 415

1  tankers or truck.
2      Q.  Okay.  And based on your experience, when
3  was it that corrosive labels would be required to be
4  put on the trucks?
5      A.  I have -- oh, when should they be?
6      Q.  Yes.
7      A.  I believe when we pick up the material.
8      Q.  Do corrosive labels, are they ordinarily
9  used for acid-type materials?
10      A.  I couldn't answer that.
11      Q.  You don't know?
12      A.  I don't know.
13      Q.  All right, Mr. DeRewal, we're almost done.
14  I want to ask you to go through the invoices one more
15  time so we don't have to go through them one at a time,
16  and just tell me if there's any in here that are not
17  signed by you, so you can identify them for the record.
18      A.  All right, I thought there were maybe about
19  ten of them.
20      Q.  Let's go through them slowly, and when you
21  find one of them, look at the bottom right-hand Bates
22  number and note that for the record please.
23      A.  00093, 00127, 00553.
24      Q.  I'm sorry, Mr. DeRewal, what was the last
25  one?

Page 416

1      A.  000553.  00147, 000532, 00101, 000534,
2  00192, 00226, 00227, 00251.
3      Q.  Thank you Mr. DeRewal.
4      A.  Uh-huh.
5      Q.  Are you living on the Boarhead Farms
6  property now?
7      A.  Yes, I am.
8      Q.  Have you had any involvement at all with the
9  drum excavation that's ongoing?
10      A.  No, I have not.
11      Q.  Has any representative from the contractors
12  that are working there asked you any questions about
13  where drums possibly were buried in the past?
14      A.  No, they have not.
15      Q.  Have you pointed out to anyone where,
16  various locations where drums could possibly have been
17  buried in the past?
18      A.  No, I have not.
19      Q.  Mr. DeRewal, you testified a few minutes ago
20  that you just got out of prison in 2001; is that
21  correct?
22      A.  Yes, that's correct.
23      Q.  Are you still on parole?
24      A.  Probation.
25      Q.  Probation, I'm sorry.  How long does

Page 417

1  probation last?
2      A.  Five years.
3      Q.  When does that end?
4      A.  I've got three years left.
5      Q.  Are you aware of any type of agreement
6  between plaintiffs in the case and Boarhead
7  Corporation?
8      A.  No, I do not.
9      Q.  Did you receive any payment for your
10  testimony today other than the fee that accompanied
11  your subpoena?
12      A.  That's it.
13      Q.  Are you expecting to receive any additional
14  payment for your testimony today?
15      A.  Yes, I do.
16      Q.  And what do you expect to be paid for your
17  testimony?
18      A.  $250 a day.
19      MR. HARRIS:  He's not being paid for his
20  testimony, he's being compensated for the time he's
21  lost at his job, which to my understanding is required
22  by the rules.
23      MR. DOTO:  Thanks for the testimony.
24      MR. HARRIS:  Well, I just wanted to clear
25  it up.

June A. Stephens

July 28, 2003

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARHEAD FARM AGREEMENT GROUP
Plaintiff

ORAL DEPOSITION OF:

JUNE A STEPHENS

v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION
Defendants

ORIGINAL

- - -

Monday, July 28, 2003

- - -

Transcript in the above matter
taken at the law offices of Ballard, Spahr,
Andrews & Ingersoll, Esquires, 1735 Market Street,
51st Floor, Philadelphia, PA commencing at 10:00
a.m.

- - -

Certified Shorthand Reporting Services
arranged through
MASTROIANNI & FORMAROLI, INC.
709 White Horse Pike
Audubon, New Jersey  08106
(856) 546-1100

June A. Stephens

July 28, 2003

Page 22

1  have no idea.
2      Q.    Okay.  So, the truck that you
3  drove, was that the truck that you backed out of
4  Bedminster?
5      A.    Yes.
6      Q.    He just said, "Okay, fine, you are
7  doing so well just keep driving" basically?
8      A.    Well, I think he needed a load
9  picked up and I just happened to show up at the
10 right time.
11     Q.    I guess so.
12     Did anybody go with you on that first trip?
13     A.    No.
14     Q.    So Fred gave you directions to get
15 there?
16     A.    Yes.
17         MR. DILLON:  Objection, leading
18 belated.
19     Q.    After that first trip we have been
20 talking about, did you work every day for a period
21 of time or give us a sense of how often you worked
22 for Fred.
23     A.    I think for a period of time it was
24 fairly steady.
25     When you are a driver, there really is no

Page 23

1  such thing as an everyday situation in that you
2  are always subject to logbook hours, so whether
3  you have hours to run or not to run is basically
4  what your schedule is depended on.  Some of it
5  depended on who's in town, where the runs are,
6  what trucks are available, but as far as that type
7  of job goes, I would say I was working
8  consistently.
9      Q.    For what period of time did this
10 work continue before you went off and did
11 something else?
12     A.    I don't remember.  I do not
13 remember.
14     Q.    More than one year?
15     A.    I don't know.
16     Q.    More than two years?
17     I don't want you to guess.  I'm just trying
18 to trigger memories.
19     A.    The only way that I could really
20 figure it out is incidents, places, et cetera.
21     Q.    All right.  We'll try it that way,
22 too.
23     A.    And maybe we'll get somewhere
24 because I know that the first run I made was in
25 the summertime and after that I don't remember.

Page 24

1      Q.    You mentioned a minute or two ago
2  Philadelphia was later on or words like that.
3      What location in Philadelphia do you
4  remember having to do with Fred's business at some
5  point in time, the later on that you are talking
6  about?
7      Q.    Okay.  I remember the two places in
8  Philadelphia.  I could be remembering three.  Two
9  physical places and I don't remember the address,
10 but I can give you a vague description.
11     One of them was -- what's the road that
12 runs down by the river?  Not 95.
13     Q.    Delaware Avenue?  It depends on
14 where along the river.
15     A.    Is that Delaware Avenue?
16         MR. HARRIS:  You guys are local
17 Philly guys.  I know you are not here to testify,
18 but we can spend a lot of time showing her maps or
19 I can make it easy.
20     A.    That's okay.  I can look at a map.
21 I'm pretty good with a map.
22     Q.    Let's look at a map.
23     A.    That's a good idea.
24     Q.    Truck drivers have to look at maps,
25 right?

Page 25

1      A.    Oh, that might be too big for me.
2      Q.    Okay, here's the Visitor Guide to
3  Philadelphia.  Try that one.  If that's doesn't
4  work I've got more to choose from.
5      A.    Okay, before 95 was done --
6  Christopher Columbus?  Never heard of that one --
7  before 95 was done, all of the truck traffic --
8  let's go over here.  See, that's the problem, your
9  maps aren't old enough.
10     Q.    Right.
11     A.    But if they were coming from the --
12 where all the vegetables and produce and all that
13 happens, that was Oregon Avenue, I think, and then
14 you came across there and you went up -- was that
15 Delaware Avenue that ran along there?  Yeah, had
16 to be, yep.  That's what it was, Delaware Avenue.
17 Then eventually you hit the end of 95, so one
18 place was off of Delaware Avenue.  I believe it
19 was in between Delaware Avenue and the river, and
20 you made a left turn into it.
21     There was -- I think I was only there at
22 nighttime.  I don't remember being there ever in
23 the daytime, so it was just this big dark spooky
24 looking yard and the only thing that I ever did
25 was drop a loaded trailer, pick up an empty

June A. Stephens

July 28, 2003

**Page 26**

1  trailer and leave.
2      There was also a building there, kind of a
3  big warehouse type of thing. I have no idea
4  whether that was -- I don't know whose it was. I
5  don't know if it was part of a parking lot
6  facility that I was dropping and hooking in, but
7  it was sort of like being in a big pit.
8      Q.   Was the parking lot area you are
9  describing a big parking lot area?
10      A.   Yeah, yes, it was, big enough to
11  take a semi in and not have to fight to turn the
12  darn thing around.
13      The old song, Give Me 40 Acres And I'll
14  Turn This Thing Around, that was the way it
15  worked. It was great.
16      Q.   How did you get to the parking
17  area, the lot area from the main street?
18      A.   From Delaware --
19      Q.   Either way, either way.
20      A.   I'm 99 percent certain it was
21  Delaware. I'd be coming south, and I would make a
22  left, and I don't know whether that was actually
23  an alley or a street, and I don't know whether I
24  crossed other streets or not. That's -- and,
25  poof, you were in the lot.

**Page 27**

1      Q.   To get to the lot, did you have to
2  drive like up between a couple of the buildings to
3  go behind the buildings?
4      A.   Oh, if you were going down the
5  alley or the street or whatever it was where the
6  buildings on either side, yeah, yes.
7      Q.   Let's set that place aside for a
8  moment.
9      A.   Okay.
10      Q.   What other Philadelphia --
11      A.   Next place.
12      Q.   Next place, yes.
13      A.   I remember a reference to Ontario
14  Street. I also know that I went somewhere else in
15  Philadelphia. I don't remember whether the place
16  I went was Ontario Street or whether I went
17  somewhere else.
18      In other words, what I'm saying is, I only
19  went two places in Philadelphia. One was the one
20  I just described with the big parking lot. The
21  other one I haven't described yet. I don't know
22  whether it was Ontario Street or not, so I don't
23  know -- anyway, I suppose I could try and find it.
24      Q.   Let's stick with it for a second
25  Were you at the second place at least once?

**Page 28**

1      A.   At least once.
2      Q.   Was it near one of the bridges to
3  go over to New Jersey? By the way, don't suggest
4  because I'm asking the questions that that means
5  it's right.
6      A.   I don't remember.
7      Q.   How about --
8      A.   It was so horrible to get in and
9  out of that I don't remember much instead of
10  getting in and out of there.
11      Q.   The second place we're talking
12  about?
13      A.   Yes.
14      Q.   How many times did you go to the
15  second place?
16      A.   Maybe two or three. I think that's
17  all.
18      Q.   Back to the other one.
19      How many times did you go to the first
20  place you were telling us about?
21      A.   Oh, that, I don't remember.
22  Actually, not very often. I don't think I was
23  down there at that place more than two or three
24  times.
25      A lot of times, depending on where we were

**Page 29**

1  coming from, what time it was, et cetera, I would
2  just swap with someone else up in Bucks County and
3  somebody else would bring the truck into
4  Philadelphia and bring it back out again and then
5  I would go wherever I was going.
6      Q.   If I mentioned the name Wissanoming
7  Industrial Park, does that make any sense to you?
8      A.   It sounds familiar, but in all
9  honesty when you are in this area there's
10  Wissanomings, Wissahickons, Wassahoochies, so I --
11      Q.   How about Comly Street, does that
12  ring any bells?
13      A.   Oh, yes, it does, and I don't know
14  why. I have no idea why.
15      Q.   Okay. Let's do --
16      A.   That would be interesting to look
17  up on a map.
18      Q.   Let's do the timeline thing for a
19  second.
20      A.   Okay.
21      Q.   There was some period of time while
22  you were working for Fred before you first heard
23  or went to either of these locations?
24      MR. DILLON: Objection to the form.
25      THE WITNESS: Yes.

MFCSRS@aol.com

Mastroianni & Formaroli, Inc.
Professionals Serving Professionals

(856) 546-1100

June A. Stephens

July 28, 2003

Page 86

1    A.    Gees, I was there for quite awhile
2 I think.
3    Q.    Well, that was going to be my
4 question.
5    Do you think it was for more than three
6 years that you worked for Fred whether or not
7 there was a gap in between?
8    A.    Are you asking me specifically
9 about gap time or total time --
10    Q.    Total time.
11    A.    -- that I would have been in and
12 out of there?
13    Q.    Right.
14    A.    Let's see, if this is '77 --
15    Q.    Right.
16    A.    I wonder how old I was.  That's
17 what I have to figure out.
18    Q.    I can help you out with that one.
19 49 from 77, you were just about to turn 28, right?
20    A.    I either started working for
21 DeRewal when I was 21 or 22.  I think it might
22 when I was 21.  I'm not 100 percent sure, but --
23 oh, I know how to do this.  Actually, I would have
24 been 27.
25    Q.    Right, just about to turn 28 on

Page 87

1 your next birthday.
2    A.    Right.  So, if I went -- I think I
3 went to work for him in '71, but I think I started
4 with him when I was -- oh, no, no, no, no, '70 or
5 '71.
6    Q.    We're pretty close --
7    A.    I was 21 or 22.
8    Q.    We're pretty close on '70 or '71,
9 right?
10    A.    Yes, because I would have turned 21
11 the summer of 1970 and 22 the summer of '71.  The
12 good ol' days -- yeah, they were the good ol'
13 days.
14    And I don't remember whether -- something
15 is telling me that I started when I was 21, but
16 that might not be true.  I'm pretty sure that I
17 had my interstate stuff all done by the time I was
18 21.
19    Q.    All right.  Let's just say for now
20 for the purposes of this next question, anyway,
21 that you were 21.  We've figured out that you made
22 that run just before you turned 28.
23    Do you think there were six straight years
24 that you worked for Fred?
25    A.    Off and on?

Page 88

1    Q.    Well, I need to explore the
2 off-and-on thing.  The on, not off and on, or do
3 you think there really was a gap somewhere where
4 you didn't work for him?
5    A.    Oh, boy.  I honestly couldn't tell
6 you.
7    Q.    Okay.
8    A.    I would have been kind of in and
9 out and in and out and no idea.
10    Q.    All right, fair enough.
11    I'm going to show you a page from another
12 exhibit marked Exhibit 63.  This one has a Bates
13 number on it of ASHL-00223.  I want to ask you if
14 you recognize the signature on that page?
15    A.    That's definitely mine.  Oh, there
16 we -- oh my goodness.
17    Q.    Do you recall making a pick up of
18 material at Ashland Chemical Company in New
19 Jersey?
20    A.    Yeah, the name is very familiar.
21 Obviously I did it.
22    Q.    Do you have any recollection of
23 anywhere that place was?
24    A.    No.
25    Q.    Ever heard of someplace called

Page 89

1 Great Meadows?
2    A.    Yes, I've heard of it.
3    Q.    Sitting here today, do you have any
4 recollection of what the Ashland facility looked
5 like?
6    A.    No, not at all.  In all honesty,
7 after awhile all these chemical companies and
8 cinder block buildings get to look the same.
9    Q.    Did you ever pick up any material
10 from a DeRewal customer in Rhode Island?
11    A.    Rhode Island?  I can't answer that
12 yes or no.
13    Q.    Did you ever pick up any material
14 from a DeRewal customer called Ciba-Geigy?
15    A.    Yes, Ciba -- hold on here.
16 Ciba-Geigy, okay.  I've been to Ciba-Geigy.  I
17 don't know whether it was with DeRewal or another
18 company I worked for because Ciba-Geigy is a big
19 drug company, right?  They do lots of things, but
20 I know for sure that I have delivered laboratory
21 animals to Ciba-Geigy, so the question is did I
22 also pick up chemicals from Ciba-Geigy?  I don't
23 know.
24    Q.    Did you ever --
25    A.    What a crossover that is.

June A. Stephens

July 28, 2003



Page 90

1    Q.    Did you ever pick up any materials
2 from a company called National Rolling Mills?
3    A.    I believe so.  That's familiar.
4    Q.    What do you recall about National
5 Rolling Mills?
6    A.    They're a steel company.  Do they
7 make coils?  And where are they?  Aren't they --
8 National Rolling Mills.  No idea where they are.
9    Q.    On how many occasions do you think
10 you went to National Rolling Mills while working
11 for DeRewal?
12    A.    Don't know, but the name is fairly
13 familiar.
14    Q.    Did you go there more than five
15 times?
16    A.    I don't know.  What sort of -- they
17 do steel, correct?
18    Q.    I can't answer that.
19    A.    Here's my problem with this.
20    Q.    Tell me your problem.
21    A.    You people are going to love this
22 one.  I eventually had my own truck, which I did
23 48 states, and I ran a flatbed and/or a step deck
24 and pulled a lot of over-dimension, over-height,
25 over-width, over-everything including some really

Page 91

1 weird pieces of steel, and -- as well as normal
2 stuff, so National Rolling Mills, depending on
3 what their product is or was at the time, that
4 could be another one of these outfits that I have
5 been into and out of on two sides of the street,
6 one with the tanker, although it's registering
7 with me with the tanker, but I also could have
8 been in there when I was with T.I.M.E. DC Special
9 Commodities Division, so that's a real difficult
10 one to answer.  Probably if I knew what their
11 product was, I could sort it out maybe.
12    Q.    Let's focus for a second or two on
13 your recollection of being there with a tanker,
14 okay?
15    Do you have any recollection or
16 understanding of what kind of material you were
17 picking up there?
18    A.    In particular, no.
19    Q    Do you have a recollection of what
20 kind of tank wagon you were using?
21    A.    I would have had a corrosive
22 tanker.  I don't think I ever pulled any other
23 type of tanker other than a corrosives tanker.
24    And when I say that I'm not sure what I was
25 picking up, what I'm actually saying is the actual

Page 92

1 chemicals involved.
2    I picked -- I loaded corrosives.  It was
3 all corrosive.  As far as the chemical
4 composition, I would look to see what I was
5 dealing with, but that's about as far as that
6 would go, so if you are asking me for chemical
7 specifications, that I can't give you.  Broad
8 blanket, corrosive, almost always.
9    In fact, if I ever hauled anything that
10 wasn't corrosive I don't remember except for
11 water.  And it was generally or most of the time
12 waste material.
13    Q.    Okay.  On the one or more occasions
14 when you went to National Rolling Mills with a
15 tank, where did you take the stuff?
16    A.    I don't know.  National Rolling
17 Mills.  The best I can answer that is most of the
18 time I went to Boarhead Farm.  There were only a
19 few times that I actually went to Philadelphia,
20 and if there's any place else I went I don't
21 remember.
22    Q.    All right.
23    A.    No, there wasn't.  Boarhead and two
24 places in Philly.
25    Q.    That's it?  Never went anywhere

Page 93

1 else to drop stuff off?
2    A.    Except for that down south deal
3 where they were making sandbags or whatever they
4 were doing.
5    Q.    Okay.  All right.  Did you ever
6 pick up any material from a company in Malvern,
7 Pennsylvania?
8    A.    Okay, Malvern.  Where is Malvern?
9 Northeast Philadelphia?
10    Q.    I'll show you on the map.
11    A.    Good idea.
12    Q.    Do you see it?
13    A.    Oh, am I supposed to be looking at
14 this?
15    Q.    Not really.  You can if you want.
16    A.    Who's looking at it, you or me?
17    Q.    I am.
18    A.    Oh, you're finding Malvern.  I was
19 going to say it should be west and northwest,
20 right?  Oh, okay, there we go.  That's big buck
21 county or it's close to the big buck country.
22    MR. DILLON:  I would like the
23 record to reflect that what everyone around this
24 table is looking for is the witness' testimony and
25 only the witness' testimony, so I just think that

June A. Stephens

July 28, 2003

Page 98

1 something completely different, but once you have
2 been to, say, the Reading pick up, you will know
3 who the company is the first time you go because
4 you have to find them, but after that, frankly, to
5 me, I don't really care who they are, just get the
6 thing loaded and get me out of here as long as my
7 paperwork is in order.
8         As long as the bill of lading says what
9 it's supposed to and as long as I have any
10 emergency information that I'm supposed to have
11 and that that thing is sealed the way it's
12 supposed to for a hazardous load, of course, at
13 that time the hazardous restrictions aren't near
14 what they are today.
15        Q.     Sitting here today, do you have a
16 recollection of where you took the one or more
17 loads of material you picked up in Reading?
18        A.     Boarhead.  I don't know if I ever
19 took any of those to Philadelphia.
20        As I say, most of the time I went to
21 Boarhead.  There were only a very few times that I
22 was in Philadelphia.
23        And that Comly, can we go back a little
24 bit?
25        Q.     Sure.

Page 99

1        A.     I think Comly Street is where -- if
2 I was coming south I made a left and I think Comly
3 Street is the one that went back to that big
4 parking lot.
5        Q.     Okay.
6        A.     The Ontario Street --
7        Q.     That's still fuzzy?
8        A.     If it's the one I'm thinking of it
9 will never be fuzzy.  Believe me, that one was
10 crystal clear.
11       Q.     Okay.
12       A.     But most of the time, especially in
13 the very beginning, because the Philly thing
14 didn't happen until I had been there for a while,
15 so originally I would have taken everything back
16 to Boarhead.
17       Q.     Okay.  Do you ever recall going to
18 a company called Merit Metals?
19       A.     Yes.  That one rings a bell, Merit
20 Metals.  I know that would have nothing to do with
21 anything else I've done.  It's a familiar name.
22       Q.     What do you remember about it other
23 than the name?
24       A.     Just -- where was that?  I don't
25 remember.  I remember the name.  I don't remember

Page 100

1 where it is.  I could be totally wrong, but it
2 might have been down in that Warminster/Hatboro/
3 Horsham area.  I'm not sure.
4        Q.     All right.  Without --
5        A.     That might be one of them.
6        Q.     With the name Merit, do you
7 remember how many times you went there?
8        A.     Specifically no.  But Merit --
9 Merit was one of the regulars.
10       Q.     You know that why?
11       A.     Why?  I guess it's just one of
12 those things that certain names are going to hit
13 you as a once and done or I hardly ever went
14 there, and there's other names that even if you
15 didn't go there that often or -- but they were
16 mentioned often.
17       I seem to recall that, oh, somebody's going
18 to Merit, somebody's going here, there.  Merit was
19 a regular run.  The Techalloy was a regular run.
20       Q.     Okay.  Do you ever recall going to
21 a DeRewal customer where there was a tanker parked
22 there that got pumped out?
23       A.     Okay, now wait a minute.  A DeRewal
24 truck was there?
25       Q.     I didn't say it was.  I was asking

Page 101

1 if you remember --
2        A.     But that's what would have
3 happened, that that's a DeRewal truck?  No, I
4 don't remember that.
5        Q.     Okay.  Now, I understand what you
6 have told us about where you generally took stuff.
7        Do you have any specific recollection,
8 sitting here today, of where material that you
9 picked up from Merit Metals went other than the
10 general practices that you have talked about?
11              MR. DILLON:  Objection to the form.
12       Q.     Go ahead.
13       A.     Okay, all right.  Where I took it
14 consistently?
15       Q.     Yeah.
16       Let me rephrase the question.
17       A.     Okay.
18       Q.     Sitting here today, do you have any
19 recollection of actually going to a Merit Metals
20 and taking it somewhere specifically?
21       A.     Yes.  I know I was at Merit Metals
22 unless I'm totally losing my marbles.
23       Q.     Okay.  Do you have a recollection
24 of where you took that waste?
25       A.     No.  I would -- as I say, I was

June A. Stephens

July 28, 2003

Page 102

1   only in the Philly operation a couple of times.
2   I'd say the big Philly thing, which I think is the
3   one on Comly Street. I think I was only there two
4   or three times. The other one on -- and I think
5   it was Ontario Street. I think was only there
6   twice, if I'm not mistaken, so that means that --
7   I don't know. The big one I might have been in
8   and out of a few more times, but the rest of the
9   time, everything else, I took to Boarhead.
10      Q.    Okay. Let's flip it around. Let's
11  talk about Comly Street, the big parking lot.
12      A.    Okay.
13      Q.    Whose waste do you remember taking
14  there? Do you remember any particular companies'
15  waste that you took there?
16      A.    Not in particular. I believe
17  that -- I think I took one load of the Buffalo
18  stuff, Diaz. That's Diaz. I think I took one of
19  those loads down there, and I don't remember who
20  else. I'm not even a hundred percent on the Diaz,
21  but I'm fairly certain that I took one of those.
22      Q.    How about Ontario Street? You say
23  you have been there a couple of times.
24      Do you have a recollection of whose waste
25  you took there on those couple of times?

Page 103

1       A.    No, because I was so amazed with
2   that whole deal that -- unfortunately, that made a
3   big impression that I don't remember whose stuff I
4   took in there.
5       Q.    Did you ever go to a company called
6   Flexible Circuits?
7       A.    That sounds familiar, Flexible,
8   but -- sounds familiar, but I couldn't say a
9   hundred percent.
10      Q.    By "sounds familiar," does that
11  mean --
12      A.    It sounds familiar, yes. That's
13  another one that if it sounds familiar to me there
14  is -- I would never have been in there in any of
15  my another jobs, T.I.M.E. DC or the lab animals.
16      Q.    So, just so I understand you,
17  sitting here today --
18      A.    That rings a bell associated with
19  DeRewal.
20      Q.    Thank you.
21      A.    It's -- that's one of those set run
22  deals.
23      Q.    All right. So, you think sitting
24  here today your best recollection do you think you
25  were flexible more than one time to pick stuff up?

Page 104

1       A.    Probably. I would say -- here
2   again, I can't say a hundred percent, but I do
3   know that it would have been one of those things
4   where, "You're doing flexible," and I would have
5   known right away what it is and where it is, which
6   pretty much tells me that since I'm associating it
7   that way -- I'm not going to associate it that way
8   if I had only been in there once or twice.
9       I'm associating it, "As you are doing Flex"
10  or "Flexible." That means I know who they are. I
11  know where it is. I know the whole drill. That
12  means I'm in and out of there on a fairly regular
13  basis.
14      Q.    Do you recall ever going to a
15  company called Plymouth Tube?
16      A.    No, I don't. That one does not
17  ring.
18      Q.    Does it ring a bell of going to a
19  company called Elwood Ivan's Tube Company?
20      A.    Elwood Ivan's Tube Company?
21  Doesn't ring a bell.
22      Q.    Did you ever go to any Navy
23  facility or Navy air facility to pick up waste?
24      A.    I don't believe so.
25      Q.    Did you ever go to a company called

Page 105

1   Betz, B-E-T-Z, Labs to pick up waste?
2       A.    The name is familiar. I can't say
3   yes or no. In that once we get into the ones that
4   are called labs, because I dealt with another
5   company that I was in and out of every laboratory
6   facility on the East Coast, I -- without knowing
7   what they do, I'd have a hard time with that.
8   It's a very familiar name, but I'm not sure if I'm
9   associating that with DeRewal or Buckshire, which
10  is another company, so I'll have to let that one
11  go.
12      Q.    Do you remember ever going to a
13  company called Arthur Ansley, A-N-S-L-E-Y?
14      A.    No, I don't remember.
15      Q.    Do you recall going to a company,
16  Knoll, K-N-O-L-L?
17      A.    That one rings a bell big time. I
18  don't know why. I don't know where they are. I
19  don't know what they do, but K-N-O-L-L, Knoll,
20  yeah, that was -- I remember that one.
21      Q.    Give us your best recollection of
22  what you remember about Knoll.
23      A.    It's going to be one of two things.
24  Either it was a regular or it was so horrible that
25  it's really stuck in my brain. I would suspect

MFCSRS@aol.com

Mastroianni & Formaroli, Inc.
Professionals Serving Professionals

(856) 546-1100

June A. Stephens

July 28, 2003

Page 166

1  of questions.
2  BY MS. FRIANT:
3      Q.    Good afternoon, Ms. Stephens.  My
4  name is Nicole Friant, and I have just a few
5  questions for you that are not related to any
6  defendant specifically.
7      You testified earlier today that you had
8  taken a trip or had gone down to a place down
9  south and it was a place that had sandbags?
10     A.    Yes.
11     Q.    Do you recall that?
12     A.    Yes.
13     Q.    You testified that the place either
14 used copper or that you took a copper solution to
15 that place?
16     A.    Correct.
17     Q.    Does the name Downing Bag ring a
18 bell?
19     A.    Not particularly.  It would make
20 sense.  That's why I'm going to say it doesn't
21 ring a bell.
22     Q.    That's okay.
23     A.    It makes sense, but I'm not going
24 to say yes because I have not a clue.
25     Q.    Do you recall how many times you

Page 167

1  went to this place that made sandbags?
2      A.    No.  I would say at least three.  I
3  don't know if I went any more, and I'm not -- here
4  again, the whole thing gets a little confusing
5  because it was a long time ago.  I seem to recall
6  going to the -- I will call it the sandbag place
7  because I don't know what their name is.  I seem
8  to recall going there once when I had loaded in
9  either the bottom of Bucks County or Montgomery
10 County, actually just north of here, and I headed
11 straight south.  The only reason I remember that
12 is because I was over-weight.
13     Q.    Do you recall the type of truck or
14 trailer that you took?
15     A.    That was definitely a corrosives
16 tanker.  Whether it was corrosives in it, that I
17 don't remember specifically.
18     Some of what we pulled was not actually
19 corrosive.  It had a lot of metals and that sort
20 of thing in it, but most of it, I would say, was
21 probably corrosive, but some of it was not, just
22 yucky stuff.
23     Q.    Specifically talking about the
24 sandbag place, what type of material would you
25 have taken to that place?

Page 168

1      A.    It would have had a lot of copper
2  in it.  I don't remember if it was corrosive or
3  not.
4      Q.    Do you recall if any other drivers
5  went to the sandbag place?
6      A.    No, I don't remember.  I can't
7  imagine I was the only one.
8      Q.    Do you recall going to a place
9  called Plymouth Fertilizer?
10     A.    No.
11     Q.    Do you recall going to any place in
12 the south that was a fertilizer business?
13     A.    No, not specifically, but what I do
14 know for a fact was the sandbag place is not the
15 only place that I went down south to.  There was
16 someplace else.
17     As a matter of fact, when I came from
18 Newell -- I don't think the stuff from Newell went
19 to the sandbag place.  It might have, but I went
20 somewhere else.  I have no recollection as to
21 where or what it was.
22     MS. FRIANT:  I have no further
23 questions, thank you.
24     MR. FACKENTHAL:  I have some.
25 BY MR. FACKENTHAL:

Page 169

1      Q.    My name is Edward Fackenthal.  I
2  represent a company by the name of the NRM
3  Investment Company.  It was referred to as
4  National Rolling Mills earlier.
5      A.    Oh, my gosh, you're kidding.
6      Q.    No, I'm not kidding.
7      A.    National Rolling Mills is now NRM
8  Investment Company?
9      Q.    That's exactly right.
10     A.    How clever.
11     MR. FACKENTHAL:  I have no more
12 questions.
13 BY MR. FACKENTHAL:
14     Q.    You testified to Mr. Harris that
15 there was some interval between the time that you
16 started working for Mr. DeRewal or his company and
17 the time you first went to Philadelphia whether it
18 was Ontario Street or Comly Street.
19     Can you remember how long that interval
20 was?
21     A.    Specifically, no, I cannot.
22     Q.    Was it a matter of a month or was
23 it a matter of years?  Can you pin it down that
24 way?
25     A.    I would say years.

MFCSRS@aol.com

Mastroianni & Formaroli, Inc.
Professionals Serving Professionals

(856) 546-1100

June A. Stephens

July 28, 2003



Page 170

1    Q.    Okay. I think you testified to Mr.
2  Harris that you began either in 1970 or 1971 when
3  you were 21 or 22?
4    A.    Yes.
5    Q.    It might have been 1975 or '76 that
6  you first went to Philadelphia?
7    A.    That is possible.
8         MR. HARRIS: Objection.
9         MR. FACKENTHAL: What is the
10 objection to that?
11        MR. HARRIS: Calls for speculation.
12   Q.    Can you estimate when it was?
13        MR. HARRIS: Objection, asked and
14 answered.
15   Q.    You can answer again.
16   A.    I couldn't say for sure. I seem to
17 recall that when I first started, and I would
18 think this would be two, three years -- if
19 anything was happening in Philadelphia, I didn't
20 know about it because I only returned to Boarhead
21 Farm, so if I started in '71 or thereabouts,
22 anywhere from -- heck, '73, '74 on up to then -- I
23 don't know when the first time I was in
24 Philadelphia, but I know that the first couple of
25 years at least or a few years I strictly returned

Page 171

1  to Boarhead Farms, period. That was the only
2  place I went with a tanker.
3    Q.    And then after that at least, what,
4  five or six times, you went to Philadelphia?
5         MR. HARRIS: Objection.
6    Q.    Is that correct?
7    A.    I would say total -- I 100 percent
8  remember would be four times.
9    Q.    Okay.
10   A.    Those are four that I could
11 actually say I went to Philadelphia.
12   Q.    And what waste did you haul to
13 Philadelphia? From what customer did you haul to
14 Philadelphia?
15        MR. HARRIS: Objection.
16   A.    I don't remember.
17   Q.    It could have been any one of the
18 ones that we have been talking about today?
19        MR. HARRIS: Objection.
20   A.    Could have been. One in particular
21 I know is a Diaz load went down there.
22   Q.    That's one of them?
23   A.    That's one.
24   Q.    How about the others?
25   A.    That's one I can remember. I

Page 172

1  cannot remember any others.
2    Q.    Okay. Do you remember how you
3  would make up your mind for these three or four or
4  whatever it was other than Diaz? Do you remember
5  what criteria you took into account in deciding to
6  go to Philadelphia with those as opposed to back
7  to Boarhead?
8         MR. HARRIS: Objection.
9    A.    That was not my decision at all. I
10 called in to find out where that load was supposed
11 to go, whether it was back to Boarhead or to
12 Philadelphia.
13   Q.    The person didn't give you any
14 indication as to why it was going to go to
15 Philadelphia as opposed to Boarhead?
16   A.    No indication whatsoever. That was
17 not my business and I didn't ask.
18   Q.    Again, you testified to Mr. Harris
19 that you went to National Rolling Mills on at
20 least one occasion and possibly more; is that
21 correct?
22   A.    Yes.
23   Q.    Could it have been as few --
24   A.    Are they in Reading? See, I'm
25 going to look up all these -- no, I'm not. I

Page 173

1  could care less where they are. I'm just sorry
2  I'm going to miss the tour.
3    Q.    Could it have been as few as one
4  time?
5         MR. HARRIS: Objection.
6    A.    It could have been as few as one
7  time.
8    Q.    Do you remember the year that you
9  went?
10   A.    No, I wouldn't even hazard a guess
11 on that.
12   Q.    You couldn't say it was before
13 Philadelphia, the first time you went to
14 Philadelphia or after Philadelphia?
15   A.    Absolutely correct. I couldn't say
16 one way or the other.
17   Q.    It could have been 1971 or 1972 or
18 1973 for all you know?
19        MR. HARRIS: Objection.
20   A.    This is true.
21   Q.    Do you remember going down the
22 Schuylkill Expressway hauling any waste for
23 anybody down the Schuylkill Expressway from
24 Malvern?
25        Let me ask the question this way.

Bruce DeRewal

June 16, 2003

Page 1

1          UNITED STATES DISTRICT COURT
2     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3    BOARHEAD FARM AGREEMENT          CIVIL ACTION NO.
     GROUP,                          02-CV-3830
4                                    Judge Legrome D. Davis

5            Plaintiff,

                                     ORAL DEPOSITION OF:
6    vs.
                                     BRUCE DeREWAL
7    ADVANCED ENVIRONMENTAL TECHNOLOGY
     CORPORATION; ASHLAND CHEMICAL
     COMPANY; BOARHEAD CORPORATION;
8    CARPENTER TECHNOLOGY CORPORATION;
     CROWN METRO, INC.; DIAZ CHEMICAL
9    CORPORATION; EMHART INDUSTRIES,
     INC.; ETCHED CIRCUITS, INC.; FCG,
10   INC.; GLOBE DISPOSAL COMPANY, INC.;
     GLOBE-WASTECH, INC.; HANDY & HARMAN
11   TUBE COMPANY, INC.; KNOLL, INC.;
     MERIT METAL PRODUCTS CORPORATION;
12   NOVARTIS CORPORATION; NRM INVESTMENT
     COMPANY; PLYMOUTH TUBE COMPANY;
13   QUIKLINE DESIGN AND MANUFACTURING
     COMPANY; RAHNS SPECIALTY METALS,
14   INC.; ROHM & HAAS COMPANY, SIMON
     WRECKING COMPANY, INC.; TECHALLOY
15   COMPANY, INC.; THOMAS & BETTS
     CORPORATION; UNISYS CORPORATION;
16   UNITED STATES OF AMERICA
     DEPARTMENT OF NAVY,

17

18            Defendants.

19   _____    *  *  *  *  *
                                     ORIGINAL
20           Monday, June 16, 2003
                          *  *  *  *  *
21        Transcript in the above matter taken at
     the offices of Ballard, Spahr, Andrews & Ingersoll,
22   LLP, 1735 Market Street, 42nd Floor, Philadelphia,
     Pennsylvania, commencing at 10:10 a.m.
23        Certified Shorthand Reporting Services
                  Arranged Through
24        Mastroianni & Formaroli, Inc.
                709 White Horse Pike
25           Audubon, New Jersey 08106
                 (856) 546-1100

Bruce DeRewal

June 16, 2003

Page 6

1
2          W I T N E S S   I N D E X

     Examination of Mr. DeRewal
3
4          By Mr. Harris: Pages 7, 188
5          By Ms. Quinn: Page 101
6          By Mr. Lipman: Page 102
7          By Mr. Lemon: Page 106
8          By Ms. Flax: Pages 118, 187
9          By Mr. Sabino: Page 154
10         By Mr. Dillon: Page 154
11
12
13         E X H I B I T S
14   (EXHIBITS RETAINED BY COUNSEL - NOT ATTACHED)
15   Exhibit P-65:  Site Map
          Page 36
16
     Exhibit P-66:  Subpoena
17        Page 84
18   Exhibit D-24:  Order, City of Philadelphia v.
     Wissinoming
19        Page 153
20   Exhibit D-25:  Packing Lists, Ciba-Geigy
          Page 174
21
     Exhibit D-26:  Purchase Order
22        Page 175
23
24
25

Page 7

1   (BRUCE DeREWAL, having been duly sworn, was
2   examined and testified as follows:)
3   (EXAMINATION OF MR. DeREWAL BY MR. HARRIS:)
4       Q.  Good morning, Mr. DeRewal.
5       A.  Good morning.
6       Q.  My name is Glenn Harris, I represent some
7   companies that collectively are called Boarhead Farms
8   Agreement Group.  They're currently remediating the
9   Boarhead Farms property.  Boarhead Farms property or
10  the Boarhead Farms, will you understand when we say
11  that that means Lonely Cottage Road?
12      A.  Uh-huh.
13      Q.  Give us your current address.
14      A.  2430 Willow Stream Drive, Quakertown,
15  Pennsylvania.
16      Q.  Your date of birth, please?
17      A.  5-13-55.
18      Q.  Give us a brief rundown of your education.
19      A.  12th grade, Penn Ridge High School graduate,
20  and that's it.
21      MR. HARRIS:  Okay.  Before we get further
22  along, we're going to have a stipulation that one
23  objection by any defendant counts as an objection for
24  all defendants.  All objections are preserved other
25  than as to the form of the question.  The defendants

Page 8

1   have asked that the witness be given a copy of the
2   transcript to read and sign if he'd like.  I think
3   that's it.  Okay, sorry for the interruption.
4   BY MR. HARRIS:
5       Q.  Did you ever do any work for your father
6   prior to graduating high school?
7       A.  Yes, I did.
8       Q.  And by "work for your father", I don't care
9   whether it's Echo or DeRewal Chemical or some other
10  company.
11      A.  Yes.
12      Q.  I mean any company he's involved in.
13      A.  Yes.
14      Q.  What kinds of work was there before you
15  graduated from high school?
16      A.  For a while I was down in North Carolina, he
17  had an operation down there that I went down there to
18  clean up because it was closed down.
19      Q.  Anything else?
20      A.  I used to drive truck for him.  That's about
21  it.
22      Q.  Okay.  And I'm focusing now on before you
23  graduated high school.
24      A.  Yes, uh-huh.
25      Q.  You were talking about the Reedsville

Page 9

1   facility?
2       A.  Yes.
3       Q.  What kind of clean-up activities did you do
4   down there?
5       A.  It was a chemical operation that was shut
6   down, and I just went down there to sell the tanks and
7   clean up the property.
8       Q.  How old were you then?  Well, I'm keying
9   into high school graduation to help you.
10      A.  I have no idea, 18.
11      Q.  Was it the year before you graduated high
12  school?
13      A.  Probably a year maybe.
14      Q.  During the summer?
15      A.  Summer, 17, 18, uh-huh.
16      Q.  All right.  Tell us about truck driving
17  activities before you graduated from high school.  What
18  did they consist of?
19      A.  Just picking up once in a while, drive a
20  truck, pick up loads of acid, tanker.
21      Q.  Did you ever work for Echo while Echo was
22  open?
23      A.  No.
24      Q.  Did you ever visit the Echo facility?
25      A.  Yes, uh-huh.

Bruce DeRewal

June 16, 2003

Page 10

1    Q.   How many times?
2    A.   Oh, he used to take us there all the time.
3    Q.   Were you able to observe whether there
4  was -- were you around when Echo shut down?
5    A.   Yes.
6    Q.   And by "Echo" I mean Echo in New Jersey, not
7  Reedsville.
8        MR. DILLON:  Objection to form.  Echo in
9  New Jersey?
10        MR. HARRIS:  Pennsylvania, sorry.
11        THE WITNESS:  Revere.
12  BY MR. HARRIS:
13    Q.   Revere, exactly.  Were you around when
14  Revere shut down?
15    A.   Yeah, a little bit, not much.
16    Q.   Were you able to observe how the shutdown
17  went?
18    A.   No.
19    Q.   Okay.  Were you involved in taking any
20  equipment or --
21    A.   No.
22    Q.   -- office stuff?
23    A.   None of that.  Sorry.
24    Q.   That's okay.  Just real quick, she's taking
25  down every word we say.  You and I are talking like we

Page 11

1  always talk.
2    A.   Yes.
3    Q.   We talk over each other and we got to be
4  really careful to do that.  If you'll let me try to
5  finish my question --
6    A.   Okay.
7    Q.   -- even though correctly you know what I'm
8  going to say and you answer and I'll start to do the
9  same thing.  Also, she can't understand shrugs of the
10  shoulder and shakes of the head, other non-verbal
11  communication, so we have to try to be verbal.
12        So let me try that one again.  You didn't
13  have anything to do with moving anything from Echo to
14  Boarhead?
15    A.   No.
16    Q.   Do you know whether there was, between the
17  time Echo shut down in Revere and when you started
18  driving a truck picking up loads of acid, whether there
19  was a space of time between those two events?
20        MR. DILLON:  Objection to form, lack of
21  foundation.
22  BY MR. HARRIS:
23    Q.   You can go ahead and answer.
24    A.   Answer?  Yeah, there was a big time in
25  between there that I wasn't around.

Page 12

1    Q.   Okay.  Could you estimate for us what that
2  period of time was?
3    A.   Soon after I got out of high school 'till
4  maybe '76, '78, 1978.
5    Q.   All right.  The high school to '78 is the
6  period of time you worked?
7    A.   I wasn't around.
8    Q.   Let's back up, I didn't ask a very good
9  question.  How long before you graduated from high
10  school were you driving a truck for your father?
11    A.   It was a short period of time.  Him and my
12  mother were separated.  I might have been back there
13  like I said, 17, 18, right when I came up from North
14  Carolina after I cleaned that site up for him.
15    Q.   When did you get your driver's license?
16    A.   When I was 16.
17    Q.   So there was a period of time before or
18  between getting your driver's license and when you
19  started to drive truck for your dad?
20    A.   Before I got my license, no.  After I got my
21  license.
22    Q.   Let me ask you the question again, I didn't
23  do a good job.  After you got your license you didn't
24  start driving a truck the next day?
25    A.   No.

Page 13

1    Q.   Was there some period of time before you
2  started driving a truck for your dad?
3    A.   For my dad, was like 17, 18, right before I
4  graduated.
5    Q.   Six months before you graduated?
6    A.   Maybe, yeah, I don't remember.
7    Q.   I understand it's been a long time and we
8  don't want you to make stuff up, we want your best
9  recollection.  So you can approximate, if you can say
10  "Well, I know it was in that time frame roughly",
11  that's okay as long as you think you have a
12  recollection that that was the right time frame.
13    A.   Yeah, it was between 17 and 18 before I
14  graduated.
15    Q.   Okay.  Who was the first customer where you
16  picked up loads of acid for your dad?
17        MR. DILLON:  Objection to the form.  Are
18  you talking about the period of time while he's still
19  in high school?
20        MR. HARRIS:  First, whenever it was.
21        THE WITNESS:  Probably Techalloy in
22  Rahns, PA.
23  BY MR. HARRIS:
24    Q.   In Rahns?
25    A.   Yes.

Bruce DeRewal

June 16, 2003

Page 18

1    A.  It wasn't, it was just people that we knew
2 that we went around and cut with torches scrap steel.
3    Q.  Hauled it away somehow?
4    A.  Yeah, really wasn't at anybody's house, it
5 was just...
6    Q.  How long did you do that for?
7    A.  I did that for about a year, year and a
8 half.
9    Q.  When did you next -- what was your next
10 employment after that?
11    A.  Nick's Auto Parts.
12    Q.  Where's that located or where was that
13 located?
14    A.  That's located in Upper Black Eddy.
15    Q.  What did you do for Nick's?
16    A.  Dismantled cars.
17    Q.  Was that like a junk yard?
18    A.  Yeah, junk yard.
19    Q.  How long did you work at Nick's Auto Parts?
20    A.  Two years.
21    Q.  What year are we getting up to do you think?
22    A.  '78, '79.
23    Q.  And how about after that?
24    A.  After that I went to work for my dad then,
25 went back to work for him.

Page 19

1    Q.  How long did you work for your dad when you
2 came back to work for your dad at that point?
3    A.  '79, maybe up to about '84, '85.
4    Q.  A little bit of this is a memory test
5 obviously, so I want to spend a few minutes going over
6 some of this to see if we can pin down the dates better
7 than I've got them in my head anyway.  When you went
8 back to work for your dad, whatever year that was, what
9 did you do?
10    A.  I was a mechanic, truck mechanic and a
11 driver.
12    Q.  Anything else?
13    A.  No.
14    Q.  Again, we're focusing again on when you went
15 back to work for your dad.
16    A.  '78, uh-huh.
17    Q.  Where did you -- did you have a place that
18 you normally reported to for work?
19    A.  No.  As far as an office, no.
20    Q.  Did you work at least some of the time out
21 of the Boarhead site?
22    A.  That's where their office was, yes.
23    Q.  How about you though?
24    A.  Yes, sometimes I would do trip maintenance
25 up there.

Page 20

1    Q.  Where else did you work?
2    A.  He had a building down on Ontario Street.
3    Q.  Anywhere else?
4    A.  At that point, no.
5    Q.  Now, you said Ontario Street, and this is a
6 little bit of a memory thing, I want to try to jog your
7 memory a little bit.  Did you ever work at anyplace at
8 the Wissinoming Industrial Park on Comly Street?
9    A.  That was after Ontario Street.
10    Q.  So you worked at Wissinoming?
11    A.  Yes.
12    Q.  And you worked at Ontario?
13    A.  Yes.
14    Q.  And you worked at the Boarhead site?
15    A.  Yes.
16    Q.  Before high school, I'm going to the other
17 end now, before you graduated that is, were either
18 Ontario Street or Wissinoming open during that period
19 of time?
20    A.  No.
21    Q.  When you went back to work, was Ontario
22 Street open --
23    A.  Yes.
24    Q.  -- when you went back to work for your dad?
25    A.  Uh-huh.  Yes.

Page 21

1    Q.  When you came back to work for your dad, did
2 you work continuously until his business shut down?  By
3 "his business," I mean the waste business.
4    A.  Yes, uh-huh.
5    Q.  Let's go back to before, while you're still
6 in high school, let's talk about it that way.  And you
7 told us about Techalloy?
8    A.  Uh-huh.
9    Q.  What other customers did you pick up from in
10 that period of time?
11    A.  That was probably just Techalloy.
12    Q.  That was, that was your run?
13    A.  Yeah.
14    Q.  Any other entities that you picked up from
15 in that period of time?
16    A.  There was another one down in Warrington I
17 think.  I can't remember the name though.
18    Q.  Do you remember what street it was on?
19    A.  No.  No, I don't.
20    Q.  Do you remember how you got there?
21    A.  Yeah, they were off of Street Road.
22    Q.  Let me show you a map.
23    A.  What was the name of that place?
24    Q.  Can you describe it for me?  Maybe I can
25 give you a suggestion.

Mastroianni & Formaroli, Inc.
Professionals Serving Professionals

Bruce DeRewal

June 16, 2003

Page 78

1    Q.  How about that M.A.B. thing?
2    A.  I don't know what that is, no.
3    Q.  But you think where it says Flexible on
4  Valley Road in Hatboro, PA, that's your handwriting?
5    A.  That could be -- yes.
6    Q.  And how about the second page you showed us
7  that's marked 51959, that's your signature in the upper
8  right-hand corner where it says Bruce DeRewal?
9    A.  Yes.
10   Q.  And Flexible Circuits in Warrington, PA, is
11 that your handwriting you think?
12   A.  No.
13   Q.  How about the list of drums of, whatever it
14 says waste there.  Is that your handwriting you think?
15   A.  That's possible, yes.
16   Q.  Do you have -- can you read that for us, I
17 think it says drums of -- do you know what the rest
18 says?
19   A.  Industrial waste.
20   Q.  Is that what you think it means?
21   A.  Yes.
22   Q.  Okay.  And what's the number there where it
23 says number of packages, the next line?
24   A.  Seventeen.
25   Q.  Okay.  And what does the writing four lines

Page 79

1  down say?
2    A.  Dropped off 20.
3    Q.  Uh-huh, and does that say empty down there?
4    A.  Yes.
5    Q.  Having looked at these two documents, now
6  sitting here today, do you remember ever going to a
7  company called Flexible Circuits in either Warrington
8  or Hatboro off Valley Road?
9    A.  No, I don't.  But I must have.
10   Q.  Yeah, the question though is:  Do you
11 remember now having seen this?
12   A.  No, I don't remember.
13   Q.  Okay.  The next exhibit I'd like you to take
14 a look at has been previously marked -- oh -- P-63,
15 just so we complete that.
16      Let me go back to P-10 though for a second,
17 the one we were just looking at.  You showed me the
18 first two pages.  And, you know, just to make this
19 easy, I'm just going to show you the page that's marked
20 51947, looks like it says Tony Kendust or something
21 like that.  Ring any bells of any such person?
22   A.  No.
23   Q.  I want to try this one here on you, Ralph A.
24 Payton -- oh, it says John Barsum down here, never
25 mind.  And Edward Long is that Ed Sibecki?

Page 80

1    A.  Sibecki.
2      MR. DILLON:  Objection to the form,
3  Glenn, I just think the record's going to be totally
4  unclear if you don't tell us on the record which page
5  you're referring the witness to when you read things
6  off the document.
7      MR. HARRIS:  The Ed Long one was 51945.
8  BY MR. HARRIS:
9    Q.  Okay.  Now, let's go back to P-63, I'm going
10 to hand you that big stack.  And again, would you look
11 through and just stop at the first page that you come
12 to where you recognize your signature, if you come to
13 any that you recognize your signature.
14   A.  Okay.
15   Q.  You find one?  Which page number?  And use
16 the ASHL numbers in the lower right-hand corner.
17   A.  00038.
18   Q.  Okay.  And you recognize that to be your
19 signature?
20   A.  Yes.
21   Q.  Keep going, see if you can find anymore,
22 please.
23   A.  00052.
24   Q.  Okay.
25   A.  00062, 71.

Page 81

1    Q.  Okay.
2    A.  92.
3    Q.  All right.
4    A.  95.  5559.  193.  I want to say 210.
5    Q.  You want to say that?  Well, what does "I
6  want to say that" mean versus -- are you not sure it's
7  your signature?
8    A.  No.
9    Q.  And it's 210?  The other ones you've been
10 pretty sure about?
11   A.  The other ones I'm positive about.
12   Q.  This one that says Bruce you're suspicious
13 about?
14   A.  Yes.
15   Q.  Do you have any thoughts on that one, why --
16   A.  Yeah.  For a while my brother lost his
17 driver's license and he was using mine.  Doesn't look
18 like my signature, looks like, more like my brother's
19 name.
20   Q.  So you think that's your brother's?
21   A.  Yeah.  He can't sign my last name but he can
22 sign my first name somewhat.
23   Q.  Okay, that's the giveaway?
24      MS. QUINN:  What number was that?
25      MR. HARRIS:  210.

Bruce DeRewal

June 16, 2003

Page 82

1  BY MR. HARRIS:
2      Q.  Okay, keep going.  Got to the bottom?
3      A.  Okay.
4      Q.  Each time except for the one that just said
5  "Bruce", you recognize those signatures to be yours on
6  the documents?
7      A.  Yes.
8      Q.  Just looking at the first one, just as an
9  example, I know that's not your signature, but the ones
10  we've been looking at all say straight Bill of Lading
11  at the top?
12      A.  Yes.
13      Q.  Are these the kinds of documents that you
14  told us about earlier that you would get the customer
15  to sign when you picked up waste at their facility?
16      A.  Yeah, somewhat like this, yes.
17      Q.  Now, these all say Ashland Chemical Company.
18  Sitting here today having looked at these, do you
19  remember having gone to a customer called Ashland
20  Chemical Company?
21      A.  No.
22      Q.  Okay.  Sitting here today, do you remember
23  ever picking up waste in northern New Jersey off Route
24  46, some facility off of Route 46?
25      A.  No, I don't.

Page 83

1      Q.  Okay.
2      A.  I mean, I must have, I have some Bill of
3  Ladings here, but I don't remember.
4      Q.  Fair enough.  The question is whether you
5  remember or not.  If you don't remember, you don't
6  remember and that's fine.
7      A.  I mean, there was like five or six in there.
8  All right.
9      Q.  Did you ever pick up waste at a place off of
10  Mill Creek Road out in Pennsylvania near Wycomb?
11      A.  No.
12      Q.  When you worked, when you were at the
13  Wissinoming facility, what were your job activities
14  down there?
15      A.  At Wissinoming I was down there, truck
16  mechanic, and I usually took care of the trailers that
17  came in.
18      Q.  All right.  During the period of time that
19  you worked there, did you report there for work every
20  day?
21      A.  Yes.
22      Q.  Was anybody else there other than you on a
23  regular basis?
24      A.  Just the drivers that would come down.
25      Q.  Have you and I ever met before today?

Page 84

1      A.  No.
2      Q.  Have we ever spoken on the phone before
3  today?
4      A.  Yes.
5      Q.  How many times?
6      A.  Once?  At least once.
7      Q.  You remember once?
8      A.  I remember once.
9      Q.  Okay.  How long ago was that that you and I
10  spoke on the phone that you remember?
11      A.  Couple months ago.
12      Q.  And what was the general subject of the
13  conversation?
14      A.  You explained to me what you were doing as
15  far as getting together and that you were going to
16  subpoena me to come down.
17      MR. HARRIS:  I don't think I have any
18  further questions.  Why don't we take -- let's mark
19  this as P-66.
20      (EXHIBIT P-66, SUBPOENA, IS MARKED FOR
21      IDENTIFICATION)
22  BY MR. HARRIS:
23      Q.  Do you recognize that document that's been
24  marked P-66?
25      A.  Yes, same thing that you mailed me or

Page 85

1  shipped me, yes.
2      Q.  A guy came and gave it to you probably?
3      A.  Yes.
4      Q.  And I want to direct your attention to the
5  language in bold that says "all non-privileged
6  documents in your possession", blah, blah, blah, "that
7  refer to or relate in any way to the Boarhead Farms
8  Superfund site."
9      A.  Yes.
10      Q.  Do you have any documents that in any way
11  relate to the Boarhead Farms Superfund site?
12      A.  No.
13      MR. HARRIS:  Here's what I suggest.  I
14  want you all to assume that I'm done.  I may have a
15  question or two that I think about during lunch.  Why
16  don't we take a half hour lunch break.  If I have a
17  question or two I'll get it over and whoever wants to
18  go next can go next.
19      MR. SABINO:  At some point we may need
20  to --
21      MR. HARRIS:  You can do that now.  Let us
22  get our food first and we'll leave.
23      (LUNCHEON RECESS)
24      MR. HARRIS:  I have just a few more
25  things to follow-up on.

Bruce DeRewal

June 16, 2003

Page 98

1    Q.  Now, where would the waste -- some of the
2  acid solidified you said --
3    A.  Yes.
4    Q.  -- during the winter?
5    A.  Yes.
6    Q.  So explain to me again what you would have
7  to do when that happened?
8    A.  I would have to heat the trailer up, the
9  tanker.
10    Q.  You said with torpedos?
11    A.  Yeah.
12    Q.  What's that?
13    A.  It's a kerosene-fired, like hair dryer.  And
14  we'd put tarps around the trailer and put these heaters
15  underneath it, try to heat it up.
16    Q.  When you'd have a trailer load of waste
17  during the winter and you had to back it in to use the
18  sewer and heat it, how long did it take from the
19  time you started that operation until that trailer was
20  empty and you'd move it back into the yard?
21    A.  Days.
22    Q.  Days?
23    A.  Days sometimes.  At least 12 hours.
24    Q.  At least 12 hours?  Could you unload more
25  than one trailer at a time in the way you described in

Page 99

1  the winter?
2    A.  In the winter?
3    Q.  Yeah.
4    A.  No.
5    Q.  So then within a 24-hour time period the
6  most during the winter that you could unload one
7  trailer down the sewer was two trailer loads?
8    A.  Yes.  If they were frozen.  If they weren't
9  frozen and it was nice weather, then you could do more.
10    Q.  How cold out did it have to be for the waste
11  to be frozen and require the time we're talking about?
12    A.  I don't know, but that one year we had, it
13  was pretty cold, it was below zero a whole week.
14  Wherever they were coming in from, they were frozen.
15    Q.  Do you remember which winter that was?
16    A.  No.  I don't know where the drivers were
17  coming in from, they were just dropping it off.
18    Q.  Right.  During that winter where it was
19  frozen for a week, what happened to all these tanker
20  loads of waste?
21    A.  I spent a lot of time down at Wissinoming.
22    Q.  I'll bet.
23    A.  I think I spent weeks down there.
24    Q.  Did any of those, during the cold periods,
25  ever get taken somewhere else to be disposed of that

Page 100

1  you know of?
2    A.  Not that I know of.
3    Q.  Without remembering the exact date, did
4  there come a time when you and some of the other
5  fellows were arrested down here at Wissinoming?
6    A.  Yes.
7    Q.  Do you know whether you participated in
8  disposal of anything else at Wissinoming after that
9  night?
10    A.  No.
11    Q.  No, you don't know or you didn't do it?
12    A.  I didn't do it.
13    Q.  You didn't?
14    A.  I didn't.
15    Q.  Was there ever any problem with disposal of
16  material at Wissinoming that created fumes?
17    A.  No.
18    Q.  Or clouds or colored clouds of fumes and
19  stuff?
20    A.  No.
21    MR. HARRIS:  I don't think I have
22  anything further right now.  Somebody else can go.
23    MR. SABINO:  Can you give us a couple
24  minutes?
25    (BRIEF RECESS)

Page 101

1  (EXAMINATION OF MR. DeREWAL BY MS. QUINN)
2    Q.  Hi, Mr. DeRewal.  My name is Maggie Quinn, I
3  represent one of the defendants in this matter.  I just
4  have a couple questions for you concerning your prior
5  testimony.  You previously mentioned some trips that
6  you had made to New Yorker Peters?
7    A.  New Yorker Peters, yes.
8    Q.  And I believe your testimony was that you
9  picked up copper solution at the Frenchtown location?
10    A.  Uh-huh.
11    Q.  And you brought that up to New Yorker Peters
12  in drums; is that correct?
13    A.  Yes.
14    Q.  Was there some type of facility at
15  Frenchtown that produced that copper solution?
16    A.  It was just a building.
17    Q.  It was just a building.  Do you know what
18  the source of that copper solution was?
19    A.  No.
20    Q.  Was it your understanding at the time that
21  it came from one of your father's customers?
22    A.  I don't know where it came from.
23    Q.  You don't know where it came from?
24    A.  No.
25    Q.  Do you have any further knowledge concerning

Thomas F. Healey

February 10, 2005

Page 1

1                    UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2

3

4    BOARHEAD FARM AGREEMENT                    CIVIL ACTION NO.
     GROUP,                                     02-CV-3830
5              Plaintiff,                   Judge Legrome D. Davis
6         vs.                               Oral Deposition of
     ADVANCED ENVIRONMENTAL TECHNOLOGY         THOMAS F. HEALEY
7    CORPORATION; ASHLAND CHEMICAL
     COMPANY; BOARHEAD CORPORATION;
8    CARPENTER TECHNOLOGY CORPORATION;
     CROWN METRO, INC.; DIAZ CHEMICAL
9    CORPORATION; EMHART INDUSTRIES,
     INC.; ETCHED CIRCUITS, INC.; FCG,
10   INC.; GLOBE DISPOSAL COMPANY, INC.;
     GLOBE-WASTECH, INC.; HANDY & HARMAN
11   TUBE COMPANY, INC.; KNOLL, INC.;
     MERIT METAL PRODUCTS CORPORATION;
12   NOVARTIS CORPORATION; NRM INVESTMENT
     COMPANY; PLYMOUTH TUBE COMPANY;
13   QUIKLINE DESIGN AND MANUFACTURING
     COMPANY; RAHNS SPECIALTY METALS,
14   INC.; ROHM & HAAS COMPANY, SIMON
     WRECKING COMPANY, INC.; TECHALLOY
15   COMPANY, INC.; THOMAS & BETTS
     CORPORATION; UNISYS CORPORATION;
16   UNITED STATES OF AMERICA
     DEPARTMENT OF NAVY,
17              Defendants.
18

                    *    *    *    *    *
19          Thursday, February 10, 2005
                    *    *    *    *    *
20

21          Transcript in the above matter taken at
     the offices of Ballard, Spahr, Andrews & Ingersoll,
22   LLP, 1735 Market Street, 42nd Floor, Philadelphia,
     Pennsylvania, commencing at 10 o'clock A.M.
23        Certified Shorthand Reporting Services
                    Arranged Through
24       Mastroianni & Formaroli, Inc.
               709 White Horse Pike
25          Audubon, New Jersey 08106
                 (856) 546-1100

Thomas F. Healey

February 10, 2005

Page 38

1    A.    I know the DEP and perhaps EPA came
2 along and did some sampling. Whether they sampled in
3 the river or not, I'm not sure, but there were other
4 people, either feds or the state regulators who
5 administered the Clean Water Act, Clean Streams Law
6 that actually did their own inspection and samples.
7    Q.    Do you recall the names of any of those
8 people?
9    A.    Guy Manley would have been one of them.
10    Q.    Guy Manley?
11    A.    Yes.
12    Q.    And what organization was he with?
13    A.    He was with the DEP.
14    Q.    Pennsylvania DEP?
15    A.    Yes.
16    Q.    Okay.
17    A.    At that time, it was DER.
18    Q.    Right. Do you know what his title was?
19    A.    Might have been a chemist.
20    Q.    Do you know what division he worked for
21 in the DEP?
22    A.    Probably the water quality division.
23 That's not what they call themselves now.
24    Q.    Whatever that used to be?
25    A.    Right.

Page 39

1    Q.    Anyone else that you can recall who may
2 have sampled that orange ice?
3    A.    May have. I don't know if he did or
4 didn't, okay.
5    Q.    Okay. Other than the manager at
6 Ashland, did the Industrial Waste Unit conduct
7 interviews of any other representatives of companies
8 it identified as customers of Manfred DeRewal?
9    A.    I spent a lot of my time in the
10 subsequent months calling around different companies
11 that were potential customers out of Bucks County,
12 out of Reading, information we had from '74 from
13 Ontario Street, reading the drums there, getting
14 industry names off the drums, maybe some industry
15 names off the drums at the Wissinoming Industrial
16 property, information from AETC, and I think when I
17 got to Chem Fab of Doylestown --
18    Q.    I'm sorry. What was the name?
19    A.    We continued those phone calls until we
20 called one company that was -- that Manfred was
21 servicing, a guy named Becker from Chem Fab in
22 Doylestown, and right after that, we got a
23 threatening phone call from the DeRewal saying if we
24 didn't stop messing with their customers, they'd fix
25 us.

Page 40

1    Q.    Who received that phone call?
2    A.    I did and Kulesza -- well, we were both
3 on the line at the same time.
4    Q.    Who was it if you know that was on the
5 other end?
6    A.    One of the DeRewals.
7    Q.    Was it Manfred?
8    A.    I can't be sure now.
9    Q.    And then what did you do as a result of
10 that phone call?
11    A.    Called Dave Michelman. Michelman in
12 turn called their attorney, Chuck Peruto Sr. and said
13 that they were -- his clients were tampering with
14 city witnesses, to knock it off, and we're still
15 alive to tell the tales.
16    Q.    How long did your investigation of the
17 different companies who were Manfred DeRewal's
18 customers continue, that investigation?
19    A.    Oh, for several months thereafter.
20    Q.    Okay. And what did you do with the
21 information that you were receiving from these
22 companies?
23    A.    I think we essentially totaled up the
24 waste that was given to Manfred and calculated if it
25 had all gone down our sewer system, what the cost in

Page 41

1 sewer disposal fees would have been had Manfred
2 legitimately set up, got a permit to discharge and
3 set up a proper water and sewer counts to receive
4 his -- the pretreated waste.
5    Q.    Was the purpose of doing that to get
6 some kind of money judgment from DeRewal?
7    A.    Well, we subsequently sent him a bill,
8 not to DeRewal, but to --
9    Q.    We're going to get to the bill, which I
10 have today.
11    A.    I think we sent that to Environmental
12 Chemical Control.
13    Q.    Okay, all right. Other than the
14 information provided to you by the companies, did you
15 use any other information as an evidentiary basis to
16 calculate these sewer charges that you're talking
17 about?
18    A.    We might have used information we got
19 from the grand jury.
20    Q.    Do you recall what that was?
21    A.    Well, I'm sworn to secrecy. I haven't
22 been unsworn to secrecy, even though there was a
23 petition to release information to the city
24 solicitor's office a couple years later.
25    Q.    Okay. Do you know if that information

Thomas F. Healey

February 10, 2005

Page 46

1    MS. FLAX: I didn't hear the witness's
2  last answer.
3    THE WITNESS: Either the state or the
4  federal EPA activated a fund to do the cleanup with
5  the exception being that at least four tank trucks of
6  waste that were seized in the end of March ended up
7  on the police -- in the police pound and down at the
8  airport area.
9    Q.   When you were investigating the
10 different companies who were DeRewal's customers at
11 this time, did -- strike that.
12   In addition to looking at the
13 information provided to you by Manfred DeRewal's
14 customers about the volume and types of wastes he was
15 handling, did you ever do any other kind of
16 investigation into the, let's say the volume of
17 wastes that were being taken to the Wissinoming
18 operation?
19   MR. SABINO: Objection. You already
20 asked him that. He said the grand jury records, he
21 said he talked to Michelman, other people, but if you
22 want to ask him again...
23   Q.   Anything else?
24   A.   I guess to your question, in other
25 words, the records from the companies indicated what

Page 47

1  they gave to Manfred DeRewal. The connection between
2  Manfred DeRewal and taking it to Wissinoming was
3  never there. There was an assumption on our part.
4    Q.   Okay.
5    A.   So in other words, there were no records
6  kept by Manfred that I've seen or that I remember in
7  which, you know, he has a routing slip.
8    On a previous landfill case, we
9  actually had another midnight hauler dumper actually
10 creating a routing slip, and he would send waste,
11 dump it here and send it into a landfill here, and
12 he'd have a time and driver and truck assigned to it,
13 and that was clear, and that was grand jury
14 information where we could construct down to the
15 gallon how much hazardous waste went into what they
16 called Enterprise Avenue Landfill, which was a
17 Superfund site. That was water department property.
18   So that's where we got to know
19 Michelman before and have that working relationship.
20 So when DeRewal came along, we had just a one-stop
21 phone call to make, and we got all the service that
22 we wanted as far as on the -- getting the major
23 crimes detectives and the District Attorney's office
24 sort of interested.
25   Q.   Okay. I'm going to show you what has

Page 48

1  previously been marked as Exhibit D-18. I have
2  copies.
3    MS. FLAX: What exhibit is it?
4    MS. MOONEY: This is Exhibit D-18.
5    MS. FLAX: Thank you.
6  BY MS. MOONEY:
7    Q.   Take a moment -- actually, take as long
8  as you need to actually read through this first two
9  pages and the attached two pages of this document, if
10 you will.
11   MS. MOONEY: Let's take a two-minute
12 break.
13   (Brief recess.)
14   MS. MOONEY: Okay, let's go back on.
15 We're looking at previously marked Exhibit D-18, and
16 the witness has had a chance to look this over.
17 BY MS. MOONEY:
18   Q.   Do you recognize this document, Mr.
19 Healey?
20   A.   Yes.
21   Q.   Okay. Can you describe in your own
22 words, what it is?
23   A.   The document is a letter and an attached
24 calculation, table sheet; letter is dated July 5th,
25 1978 addressed to Manfred DeRewal, post office box in

Page 49

1  Revere, Pennsylvania, signed by my boss at the time,
2  Tom Kulesza, chief of the Industrial Waste Unit of
3  the Philadelphia Water Department, K-U-L-E-S-Z-A.
4    The attachment is calculation of
5  volumes discharged into the city sewer system from
6  August of '76 through March 24th, '78.
7    Q.   Did you have any involvement in the
8  drafting of this letter?
9    A.   I believe I did.
10   Q.   Can you describe what that was?
11   A.   Some of the data gathering, perhaps the
12 table, you know, generation of this table might have
13 been my work product or partially my work product.
14 At the time, back in the '70s, Kulesza and I did, we
15 did point memos, joint letter. We did almost
16 Tweedle-Dum Tweedle-Dee type, did a lot of
17 correspondence. Sometimes we even signed a letter
18 with two signatures.
19   Q.   Okay. Referring -- well, first of all,
20 is the information in this letter, D-18, what you
21 were describing earlier as the billing of Manfred
22 DeRewal for sewer system charges?
23   A.   That's correct.
24   Q.   Okay. Referring to the attachment to
25 the letter entitled "Calculation of Volumes

13 (Pages 46 to 49)

Thomas F. Healey

February 10, 2005

1  Discharged into City Sewer System (August 1976 to
2  March 24, 1978)", can you describe the evidentiary
3  basis for the volume row here under "Dilute Waste
4  Acids or Alkaline"?
5      A.  Either information from the grand jury
6  or information from our own phone calls, which, once
7  we identified the person and a chemical company that
8  did business with Manfred, using him as a disposer,
9  we wrote them and asked, or a letter was sent out.
10  There would have been a letter sent out to these
11  people, most of whom responded and gave us the
12  information we needed.
13      Q.  Do you recall the type of information
14  that these companies were providing to you?
15      A.  Might have been invoices for different
16  loads issued by Manfred to the individual companies
17  at a certain -- that's why I couldn't remember, 38
18  cents.  A lot of the invoices were 38 cents a gallon
19  for the cost of disposal, hauling and disposal.
20      Q.  Okay.  Did you also receive from
21  companies copies of bills of lading if you recall?
22      A.  I'm not remembering the bills of
23  ladings, but certainly would have existed as opposed
24  to the invoices from the companies, and whether the
25  information came from having access to grand jury

1  subpoenaed information or testimony or the phone
2  calls we made on our own.  That's somewhat of a blur
3  in my mind of actually on an individual basis where
4  we totally -- how did we totally construct these
5  volumes and these particular chemical companies.
6      Q.  Okay.  The grand jury testimony that you
7  are referring to, did that -- did that information go
8  toward the place where these wastes were disposed or
9  the amounts or something else or all of the above?
10  What information did you -- what did you use that
11  information for?
12      A.  What we were focusing on the grand jury
13  information as far as not -- we assumed that
14  Wissinoming, as Ontario Street, he had a place and an
15  opportunity to dump it.  He was dumping.  Whatever he
16  could get ahold of went there, and for the purposes
17  of us calculating a bill, that maximized, to the
18  maximum extent possible, the bill for service or
19  actually the penalty.  We looked at it as a penalty,
20  so he wasn't going to get away scott free, at least
21  on the civil side, and so in my recollection, we
22  would be focusing on who were his customers, what it
23  was, and what the volume was.
24      Q.  Okay.
25      A.  Not -- as long as it went to Manfred

1  during a certain window --
2      Q.  Got you.
3      A.  -- that Wissinoming got it all.
4      Q.  Did you ever, as part of your
5  investigation into the Wissinoming operation,
6  consider the possibility that perhaps some of the
7  waste that DeRewal had handled for these companies
8  went elsewhere?  And when I say "elsewhere", I mean
9  other than the Wissinoming operation.
10      A.  We might have considered that, but for
11  the purposes of sort of jamming the bill up, we
12  assumed that he couldn't refute -- in other words, if
13  he was running this operation, limestoning it.  He
14  wasn't using lime.  The lime was a sham.
15      So even in the calculation, we assumed
16  that they were reacting the acids with lime, even
17  though they probably were not, and that was his
18  position.  So he couldn't reverse his position on --
19  and that produced the solids bill.  If you look at
20  the rate charge, we charge for solids.
21      Q.  Yes.
22      A.  So a good chance he dumped the acids
23  down the sewer system, good chance at some time, it
24  stopped going to the treatment plant and went
25  directly to the river, but in our assumption, we

1  assumed that all of it was dumped, all of it was
2  reacted with lime, and all of it made it to the
3  treatment plant.
4      Q.  Okay.
5      A.  Okay.  Those were assumptions, not
6  necessarily correct assumptions on our part, but for
7  the purposes of generating the maximum number, which
8  was -- what is it, 58,000?
9      Q.  Are you referring to the top of the
10  second page of the letter?
11      A.  Yeah.  Well, the total bill.
12      Q.  The surcharge?
13      A.  158,000.
14      Q.  Right.
15      A.  Right, yes.  The purposes of maximizing
16  that number as a quasi-pseudo penalty.
17      Q.  Okay.
18      A.  All these assumptions took, the three
19  assumptions I just gave you, all the waste, all the
20  time down the sewer system, every pound of waste got
21  reacted with the right proportion of lime.
22      Q.  Okay.  Do you recognize the name
23  Boarhead Farm?
24      A.  I've heard of it before, yes.
25      Q.  Had you heard of it during this time

mfreporting@verizon.net

Mastroianni & Formaroli, Inc.
Professionals Serving Professionals

856-546-1100