# EXHIBIT 4
# (PART 1)

## JOHN BARSUM

| Date of Ashland Bill of Lading | Bates Number | Spent Acid | CDN waste water | Dye waste water | Phthalide waste water | Solvents | Total |
|---|---|---|---|---|---|---|---|
| 9/9/1976 | 00051 | 2800 | | | | | |
| 2/7/1977 | 00153 | | | | | | |
| 2/11/1977 | 00163 | | | 4500 | | | |
| 2/8/1977 | 00170 / 00171 | | | | 3000 | | |
| 2/19/1977 | 00174 / 00177 | 3000 | | | | | |
| 2/19/1977 | 00178 / 00188 | | | | 3000 | | |
| 2/22/1977 | 00179 | | 5000 | | | | |
| 2/23/1977 | 00182 | | | 5000 | | | |
| 2/25/1977 | 00186 | | | 5000 | | | |
| 2/25/1977 | 00187 | 2800 | | | | | |
| 2/26/1977 | 00187 | 2800 | | | | | |
| 3/1/1977 | 00194 | | | | 4000 | | |
| 3/2/1977 | 00195 | 3000 | | | | | |
| 3/9/1977 | 00204 | | | 5500 | | | |
| 3/10/1977 | 00206 | | 5000 | | | | |
| 3/11/1977 | 00208 | 3000 | | | | | |
| 3/18/1977 | 00215 | | | 5500 | | | |
| **Totals** | | 17400 | 10000 | 25500 | 10000 | 0 | 62900 |

## JEFF SHAAK

| Date of Ashland Bill of Lading | Bates Number | Spent Acid | CDN waste water | Dye waste water | Phthalide waste water | Solvents | Total |
|---|---|---|---|---|---|---|---|
| 10/8/1976 | 00094 | 2800 | | | | | |
| 10/20/1976 | 00114 | | | 4500 | | | |
| 10/27/1976 | 00121 | | | 4500 | | | |
| 11/4/1976 | 00125 | 3000 | | | | | |
| 11/18/1976 | 00131 / 00132 | 3000 | | | | | |
| 12/9/1976 | 00136 | 3000 | | | | | |
| 2/2/1977 | 00146 / 00147 | | | 4500 | | | |
| 2/3/1977 | 00148 / 00149 | | | 4500 | | | |
| 2/10/1977 | 00156 / 00157 | | | 4500 | | | |
| 2/18/1977 | 00172 / 00173 | 2500 | | | | | |
| 2/22/1977 | 00180 / 00181 | | 5000 | | | | |
| 3/3/1977 | 00197 | 3000 | | | | | |
| 3/3/1977 | 00198 | 3000 | | | | | |
| 3/4/1977 | 00199 | 3000 | | | | | |
| 3/7/1977 | 00200 | 3000 | | | | | |
| 3/8/1977 | 00202 | 3000 | | | | | |
| 3/10/1977 | 00205 | 3000 | | | | | |
| 3/10/1977 | 00207 | | | 5500 | | | |
| 3/11/1977 | 00211 | | 5000 | | | | |
| 3/17/1977 | 00212 | 3000 | | | | | |
| 3/18/1977 | 00217 | | | 4500 | | | |
| 3/19/1977 | 00219 | 2800 | | | | | |
| 3/21/1977 | 00221 | | 5000 | | | | |
| 3/22/1977 | 00222 | | | 5500 | | | |
| 3/24/1977 | 00225 | | | | 4000 | | |
| 3/25/1977 | 00227 | | 5000 | | 3000 | | |
| 3/28/1977 | 00228 | 2800 | | | | | |
| 3/29/1977 | 00230 | | | | 4000 | | |
| 3/29/1977 | 00229 | | | | 4000 | | |
| **Totals** | | 40900 | 20000 | 38000 | 15000 | 0 | 113900 |

## FREDDIE DeREWAL

| Date of Ashland Bill of Lading | Bates Number | Spent Acid | CDN waste water | Dye waste water | Phthalide waste water | Solvents | Total |
|---|---|---|---|---|---|---|---|
| 9/13/1976 | 00060 | 3000 | | | | | |
| 9/16/1976 | 00065 | | | 5000 | | | |
| 9/17/1976 | 00070 | | | | | | |
| 9/21/1976 | 00076 | 3000 | | | | | |
| 9/24/1976 | 00079 | | | 5000 | | | |
| 10/5/1976 | 00088 | 3000 | | | | | |
| 10/6/1976 | 00091 | | | | | | |
| 10/7/1976 | 00093 | 3000 | | | | | |
| 10/14/1976 | 00105 / 00234 | 3000 | | 4500 | | | |
| 10/14/1976 | 00106 / 00303 | 3000 | | | | | |
| 10/20/1976 | 00113 | 3000 | | | | | |
| 11/5/1976 | 00126 / 00127 | | | | | | |
| 11/9/1976 | 00128 | | | 4500 | | | |
| 11/15/1976 | 00130 / 00129 | | | 5000 | | | |
| 11/30/1976 | 00134 | | | 4500 | | | |
| 12/3/1976 | 00135 | | | 5500 | | | |
| 12/13/1976 | 00137 | | | 4500 | | | |
| 12/15/1976 | 00138 | | | 4500 | | | |
| 1/29/1977 | 00142 | | | 4500 | | | |
| 2/14/1977 | 00165 / 00164 | | | 5500 | | 3000 | |
| 3/7/1977 | 00201 | | | 5500 | | | |
| 3/15/1977 | 00209 | | | 5500 | | | |
| 3/21/1977 | 00220 | | 5000 | | | 4000 | |
| Totals | | 21000 | 5000 | 64000 | | 7000 | 97000 |

## BRUCE DeREWAL

| Date of Ashland Bill of Lading | Bates Number | Spent Acid | CDN waste water | Dye waste water | Phthalide waste water | Solvents | Total |
|---|---|---|---|---|---|---|---|
| 8/24/1976 | 00038 | 2800 | | | | | |
| 9/7/1976 | 00052 | 3000 | | | | | |
| 9/15/1976 | 00062 | 3000 | | | | | |
| 9/17/1976 | 00071 | 5000 | | | | | |
| 10/5/1976 | 00089 | | 4500 | | | | |
| 10/6/1976 | 00092 | 3000 | | | | | |
| 10/8/1976 | 00095 | 3000 | | | | | |
| 10/19/1976 | 00110 | 3000 | | | | | |
| 10/19/1976 | 00193 | 3000 | | | | | |
| 3/1/1977 | 00210 | | | | 4000 | | |
| 3/15/1977 | | | | | | 4000 | |
| Totals | | 25800 | 4500 | | 4000 | 4000 | 34300 |

## JUNE STEPHENS

| Date of Ashland Bill of Lading | Bates Number | Spent Acid | CDN waste water | Dye waste water | Phthalide waste water | Solvents | Total |
|---|---|---|---|---|---|---|---|
| 3/23/1977 | 00223 | 3000 | 0 | 0 | 0 | 0 | 3000 |
| Totals | | 3000 | 0 | 0 | 0 | 0 | 3000 |

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.**

CARRIER'S NO.

NAME OF CARRIER                          DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**          ORDER NO

| DATE | CAR NO | SHIP FROM (CITY & STATE) | OCCD | DATE OF ORDER |

**ADVANCED ENVIROTECH CO**          **210, GT MEADOWS NJ**

CUSTOMER ORDER & REQ. NO          DATE SHIPPED **9/3/76**          REQUESTED SHIP DATE

1: SHIPPING POINT   2: DESTINATION   4: PRODUCING PLANT   5: SEE EXPLANATION BELOW

CONSIGNED TO

**ADVANCED ENVIROTECH COMPANY**
**P.O. BOX 152**
**MILLTOWN NEW JERSEY 08850**

**COLLECT**

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 3,900 Gallons APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-421-9300. DAY OR NIGHT. | | | | |

DRUMS RETURNED          I C C          REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS **44,000#**

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREE.

ASHLAND CHEM

**ASHLAND CHEMICAL COMPANY,** Shipper

Per *Charles Winkler*          Per **ADVANCED ENVIROTECH CO.**          Agent

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00051

From: ISRAEL CHEMICAL COMPANY
A GREAT MEADOWS NEW JERSEY   FEB. 7  19 77 BY TRUCK ☒ FREIGHT ☐   Shipper's No.

DESIGNATE WITH AN (X)

Carrier: ADVANCED ENVIROTECH CO.

Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

(Mail or street address of consignee - For purposes of notification only)

Destination P.O. BOX XXX 152 MILLTOWN   State of NEW JERSEY   County of

Route

Delivering Carrier                                Vehicle or Car Initial                 No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Tank Truck Cantianing Waste Water | | | |
| | From Dyes    APPROX 4,500 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800 424 9300, DAY OR NIGHT. | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by Interstate Commerce Commission.
‡ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

C. O. D. SHIPMENT

THIS SHIPMENT IS CORRECTLY DESCRIBED.

‡ The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

C. O. D. Amt. _____
Collection Fee _____
Total Charges _____

Shipper, Per _____   ADVANCED ENVIROTECH Agent, Per _____

permanent post office address of shipper

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

BF 000396

ASHL00153

BF 000053

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY          FEB 7 19 77 BY TRUCK ☒ FREIGHT ☐     DESIGNATE WITH AN (X)     Shipper's No._____

Carrier ADVANCED ENVIROTECH CO                                              Agent's No._____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination F.O. BOX XXX 152 HILLTOWN          State of NEW JERSEY     County of _____

Route _____

Delivering Carrier _____                    Vehicle or Car Initial _____     No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Contianing Waste Water | | | |
| | From Dyes    APPROX 4,5000allons | | | |
| | APPROX 44,000 lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Charls, Per Knicholds          ADVANCED ENVIROTECH, Agent, Per _____
Shipper, Per _____

Permanent post office address of shipper _____

ASH 00153

BF 000520

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

From ASHLAND CHEMICAL COMPANY  FEB 1, 19 77  DESIGNATE WITH AN (X)  TRUCK ☒  FREIGHT ☐  Shipper's No. _____

At GREAT MEADOWS  NEW JERSEY

Carrier ADVANCED ENVIROTECH CO.  Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to  ADVANCED ENVIROTECH COMPANY

Destination  P.O. BOX 152   MILLTOWN   State of  NEW JERSEY   County of _____

Route _____

Delivering Carrier _____   Vehicle or Car Initial _____   No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Phthlaide | | | |
| | Water Layer | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

*IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper _____

Shipper, Per _____ ADVANCED ENVIROTECH, Agent, Per _____

C. O. D. SHIPMENT

C O D Amt _____

Collection Fee _____

Total Charges _____

BF 000524

# STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading...

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY          FEB 18-19 77 BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

Shipper's No. _____

Agent's No. _____

Carrier ADVANCED ENVIROTECH CO

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    HILLTOWN,    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes APPROX 5,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |
| | CON... | | | |
| | SHIPMENT | | | |
| | IN CASE OF EMERGENCY CALL TOLL FREE IN THIS | | | |
| | 800-424-9300, DAY OR NIGHT. | NUMBER | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper.

ASHLAND ENVIROTECH Agent, Per _____

Shipper, Per _____

C.O.D. SHIPMENT

C.O.D. Amt _____

Collection fee _____

Total charges _____

Charges Advanced,

Agent or Cashier,

ASHL00170

This memorandum ...

RECEIVED, ... [faint illegible fine print] ...

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY   FEB 18 19 77 BY TRUCK ☒, FREIGHT ☐   Shipper's No. _____

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH CO   Agent's No. _____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152   MILLTOWN, ____   State of NEW JERSEY   County of _____

Route _____

Delivering Carrier _____   Vehicle or Car Initial _____   No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | From Dyes  APPROX 5,500 Gallons | | | 1 | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | APPROX 44,000 Lbs | | | | _____ (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | NO LABELS REQUIRED | | | | Received $_____ to apply in prepayment of the charge on the property described hereon. |
| | | | | | Agent or Cashier. |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced $_____ |

*This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

C.O.D. SHIPMENT

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

*The fibre boxes used for this shipment conform to the specifications set forth in the box-makers certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

C.O.D. Amt _____
Collection Fee _____
Shipper  Total Charges _____

Shipper, Per Charles St. Veskin   ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF 000412

ASHL00171

B=000513

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From ASHLAND CHEMICAL COMPANY     FEB 19 19 77     BY TRUCK ☑ FREIGHT ☐     DESIGNATE WITH AN (X)     Shipper's No. _____

At GREAT MEADOWS NEW JERS. Y     Agent's No. _____

Carrier ADVANCED ENVIROTECH CO     (Mail or street address of consignee - For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152     MILLTOWN,     State of NEW JERSEY     County of _____

Delivering Carrier _____     Vehicle or Car Initial _____     No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Tank Truck Containing Waste Spent | | | |
| | Mixed Acid  Corrosive Liquid | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED.     _____ LBS.

Charles Pendichley

Shipper, Per

ADVANCED ENVIROTECH

Agent, Per

C.O.D. SHIPMENT

ASHL00174

From ASHLAND CHEMICAL COMPANY

FEB 19 1977 BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

At GREAT MEADOWS NEW JERSEY

Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO

Agent's No. _____

(Mail or street address of consignee – For purposes of notification only)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN, _____ State of NEW JERSEY County of _____

Route _____

Delivering Carrier _____ Vehicle or Car Initial _____ No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Spent | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | Mixed Acid  Corrosive Liquid | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | APPROX 3,000 Gallons | | | | Per _____ (Signature of Consignor) |
| | APPROX 40,000 Lbs | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | |
| | CORROSIVE LABELS REQUIRED | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | |
| | | | | | Agent or Cashier. |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced, $ _____ |

* This is to certify that the above articles are property described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

* The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Shipper, Per _____ Per _____ Agent, Per _____

AD VANCED ENVIRTOECH

C.O.D. SHIPMENT

C O D Amt _____

Collection Fee _____

Total Charges _____

Permanent post office address of shipper

This is to certify the above named articles are property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF 000414

ASHL00177

BF000535

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

From ASHLAND CHEMICAL COMPANY

DESIGNATE WITH AN (X)

At GREAT MEADOWS NEW JERSEY    FEB 19 19 77 BY TRUCK ☒ FREIGHT ☐    Shipper's No. ____

Carrier ADVANCED ENVIROTECH CO.    Agent's No. ____

(Mail or street address of consignee — for purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN    State of NEW JERSEY    County of ____

Route ____

| Delivering Carrier | Vehicle or Car Initial | No. |
|---|---|---|

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Phthalide Acid Water Layer | | | |
| | 2.b Corrosive Liquid N.O.S | | | |
| | APPROX 3,000 Gallons APPROX 40,000 Lbs | | | |
| | CORROSIVE XXXXX LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

ADVANCED ENVIROTECH CO.Agent, Per ____

Shipper, Per ____

LBS

DIRECT WEIGHT IS ____

correct post office address of shipper

ASHL00178

RECEIVED

FROM: CHEMICAL COMPANY                    FEB 14 19 77  BY TRUCK      DESIGNATED        Shipper's No.
AGENT     BOX NEW JERSEY                                                                Agent's No.
Carrier  ADVANCED ENVIROTECH CO.
                                                                        (Mail or street address of consignee — For purposes of notification only.)

Consigned to  ADVANCED ENVIROTECH COMPANY

Destination  P.O. BOX 152  MILLTOWN                    State of  NEW JERSEY    County of

Route

Delivering Carrier                              Vehicle or Car Initial                    No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Tank Truck Containing Waste | | | |
| | Phthalide Acid Water Layer | | | |
| | 2% Corrosive Liquid N.O.S | | | |
| | APPROX 3,000 Gallons APPROX 40,000 Lbs | | | |
| | CORROSIVE LIQUID LABELS REQUIRED | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
800-428-9300, DAY OR NIGHT.

* This is to certify that the above articles are properly described by name and are classified, described, packaged, marked and labeled, and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

‡ The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Per _____ Bala _____ Shipper

Shipper, Per  Charles Stukowski    ADVANCED ENVIROTECH  Agent, Per _____

Permanent post office address of shipper

* "This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

BF 000398

C.O.D. SHIPMENT

C.O.D. Amt. _____
Collection Fee _____
Shipper's Charges _____

ASHL00188

BF000515

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DESIGNATE WITH AN (X)

From ASHLAND CHEMICAL COMPANY    FEB 22 1977 BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

At GREAT MEADOWS NEW JERSEY    Agent's No. _____

Carrier ADVANCED ENVIROTECH CO    (Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152  MILLTOWN    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Waste | | | | |
| Water From CDW | | | | |
| APPROX 5,000 Gallons | | | | |
| APPROX 40,000 Lbs | | | | |
| NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

C. O. D. SHIPMENT
C O D Amt $ _____
Collect ☐ Prepaid ☐
Shipper _____ Total Charges $ _____

Shipper, Per _____

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations prescribed by the Interstate Commerce Commission.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____.

THIS SHIPMENT IS CORRECTLY DESCRIBED

DIRECT WEIGHT IS _____ LBS.

ADVANCED ENVIROTECH  Agent, Per _____
Shipper, Per _____

(Permanent post office address of shipper.)

ASHL00179

BF 000517

## STRAIGHT BILL OF LADING — SHORT FORM.— ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

From RICHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY                FEB 23 19 77 BY TRUCK ☒ FREIGHT ☐

Carrier ADVANCED ENVIROTECH CO.

DESIGNATE WITH AN (X)

Shipper's No. _____

Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152   ZILLICWN,        State of NEW JERSEY        County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT SUBJECT TO COMM. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From APHODIES | | | |
| | APHMOX 5,000 Gallons | | | |
| | APHMOX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF AN EMERGENCY
CONCERNING THIS PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE
800-424-9300. DAY OR NIGHT.

Shipper, Per _____

ADVANCED ENVIROTECH Agent, Per _____

ASHL00182

RECEIVED,

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY **FEB 23** 19 **77** BY TRUCK ☒ FREIGHT ☐  Shipper's No. _____

Carrier ADVANCED ENVIROTECH CO.  Agent's No. _____

(Mail or street address of consignee – for purposes of notification only)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152   MILLTOWN,   State of NEW JERSEY   County of _____

Route _____

Delivering Carrier _____ Vehicle or Car Initial _____ No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Waste | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | Water From the **DYES** | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | APPROX 5,000  Gallons | | | | Per _____ (Signature of Consignor.) |
| | APPROX 44,000 Lbs | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | |
| | NO LABELS REQUIRED | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | Agent or Cashier. |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced. $ _____ |

* This is to certify that the above articles are property described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

† The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____   ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper _____

C. O. D. SHIPMENT

C. O. D. Amt _____

Collection Fee _____

Total Charges _____

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

BF 000411

ASHL00183

BF 000518

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From  ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY

DESIGNATE WITH AN (X)
**Feb 2519-77** BY TRUCK ☒ FREIGHT ☐   Shipper's No. _____

Carrier  ADVANCED ENVIROTECH CO   Agent's No. _____

Consigned to  ADVANCED ENVIROTECH CO   (Mail or street address of consignee - For purposes of notification only.)

Destination  P O BOX 152 MILLTOWN   State of NEW JERSEY   County of _____

Route _____

Delivering Carrier _____   Vehicle or Car Initial _____   No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR. | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| 1 | TANK TRUCK Containing Nitrating | 40,000 LBS | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | MIXED ACID SPENT CORROSIVE MATERIAL | | | | _____ (Signature of Consignor.) |
| | CORROSIVE LIQUID   IN THE EVENT OF ANY EMERGENCY | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | APPROX 2,800 GALLONS   CONTAINING THE PRODUCT IN THIS | | | | |
| | SHIPMENT, CALL TOLL FREE NUMBER | | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | 800-424-9300, DAY OR NIGHT. | | | | |
| | CORROSIVE PLACARDS REQUIRED | | | | Agent or Cashier. |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced: $_____ |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

This is to certify that the above-named articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations of the Interstate Commerce Commission.

(If the shipment moves by water, the shipper shall sign here, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight.")

C. O. D. SHIPMENT
C O D Amt _____
Collection Fee _____
Total Charges _____

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

ASHLAND CHEMICAL COMPANY   _____, Per _____

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

THIS IS CORRECTLY DESCRIBED   ____ LBS   § The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41.

Shipper _____   Per _____   Agent, Per _____

ASHL00186

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY

Carrier ADVANCED ENVIROTECH CO.

DESIGNATE WITH AN (X)
BY TRUCK ☒  FREIGHT ☐

FEB 26 19 77

Shipper's No.

Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 , MILLTOWN     State of NEW JERSEY     County of

Route

Delivering Carrier     Vehicle or Car Initial     No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Nitrating | 40,000 lbs | | | |
| Mixed Spent Acid | | | | |
| Corrosive Material | | | | |
| CORROSIVE LIQUID | | | | |
| APPROX 2,800 Gallons | | | | |
| CORROSIVE PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THIS SHIPMENT DAY OR NIGHT,
CALL TOLL-FREE 800-424-9300.
GIVE THE PRODUCT NUMBER.

Shipper, Per

Agent, Per

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

C O D SHIPMENT

C O D Amt $

Collection Fee $

Total Charges $

Shipper, Per

Agent, Per

ASHL00187

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From Ashland Chemical Company
A Great Meadows New Jersey    Mar. 1, 19 74

Carrier Advanced Envirotech Co.

Consigned to Advanced Envirotech Company

Destination P.O. BOX 152, Milltown,    State of New Jersey    County of

DESIGNATE WITH AN (X)    — COLLECT □    — PREPAID □    — Shipper's No.

Agent's No.

| DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|
| 1 Tank Truck C ontaining | | | |
| Phthalic Acid Layer | | | |
| Corrosive Liquid N.O.S. | | | |
| APPROX 4,000 Gallons | | | |
| APPROX 44,000 lbs | | | |
| CORROSIVE PLACARDS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT

CORRECT WEIGHT IS _____ LBS.

THIS SHIPMENT IS CORRECTLY DESCRIBED

Shipper, Per

ADVANCED ENVIROTECH Agent, Per

ASHL00194

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY

Carrier Advanced Envirotech Co

Consigned to Advanced Envirotech Company

Destination P.O. BOX 152 MILLTOWN, State of New Jersey County of

Route

Delivering Carrier

MAR 2 19 77 BY TRUCK

Shipper's No.

Agent's No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Nitratic (mixed) Spent Acid | 40,000 | | | |
| | CORROSIVE MATERIAL | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX 3000 Gallons | | | |
| | 800-424-9300 | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE SHIPMENT, CALL TOLL-FREE NUMBER, DAY OR NIGHT. | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____

ADVANCED ENVIROTECH Agent, Per _____

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                    DELIVERING CARRIER

SHIPPED BY:  **ASHLAND CHEMICAL COMPANY**          ORDER NO

ROUTE   Advanced Envirotech Co.          CAR NO.   SHIP FROM (CITY & STATE)   OCD DATE OF ORDER
                                                   210 GT MEADOWS NJ

CUSTOMER ORDER & REQ NO                    DATE SHIPPED   REQUESTED SHIP DATE
                                           3/9/77

CONSIGNED TO

Advanced Envirotech Company
P.O. Box 152 , Milltown
New Jersey

**Collect**

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From | | | | |
| | | Dyes  APPROX 5,500 Gallons | | | | |
| | | Approx 44,000 Lbs | | | | |
| | | No Placards Required | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
800-424-9300. DAY OR NIGHT

DRUMS RETURNED   I.C.C.          REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS  44,000   LB

ASHLAND CHEMICAL COMPANY, Shipper     Advanced Envirotech Co. Agent

Per                                   Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00204

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                      DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**                  ORDER NO

| ROUTE | | | | |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | | OCC DATE OF ORDER |
| CUSTOMER ORDER & REQ NO | | DATE SHIPPED 3/10/77 | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | UNIT | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT *SUB TO CODE | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | APPROX. 5000 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | NO PLACARDS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT | | | | |

DRUMS RETURNED          I.C.C.          REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

CORRECT WEIGHT IS ........................ LBS.
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

**ASHLAND CHEMICAL COMPANY**, Shipper          ADVANCED ENVIROTECH CO. Agent

ASHLAND CHEMICAL CO., SHIPPER

Per                                          Per

Permanent postoffice address of shipper.  P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00206

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|

**SHIPPED BY:**

# ASHLAND CHEMICAL COMPANY

ORDER NO

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO | | DATE SHIPPED | REQUESTED SHIP DATE |
|---|---|---|---|
| | | 3/11/77 | |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN   NEW JERSEY

COLLECT

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | # WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Nitrating (Mixed) Spent Acid. | | | | |
| | | | APPROX 3,000 Gallons    Corrosive Liquid N.O.S | | | | |
| | | | APPROX 44,000 Lbs    Corrosive material | | | | |
| | | | | | | | |
| | | | CORROSIVE PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
200-424-9300. DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS   44,000   LBS

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO., SHIPPER

**ASHLAND CHEMICAL COMPANY, Shipper**     Advanced Envirotech Co     Agent

Per _____     Per _____

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00208

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|

**SHIPPED BY:** | **ASHLAND CHEMICAL COMPANY** | ORDER NO

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | CCO DATE OF ORDER |
|---|---|---|---|
| Advanced Envirotech Co | | 210 GT MEADOWS NJ | |
| CUSTOMER ORDER & REQ NO | | DATE SHIPPED 3/18/7 | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX 5,500 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT

| DRUMS RETURNED | C.C | REG |
|---|---|---|

ITEMS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS 44,000#

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO, Shipper

**ASHLAND CHEMICAL COMPANY, Shipper**    ADVANCED ENVIROTECH CO    Agent

Per _____    Per _____

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00215

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | | DELIVERING CARRIER | | |

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**     ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
| ADVANCED ENVIROTECH CO | | | 210 GT MEADOWS NJ | | |

CUSTOMER ORDER S REQ NO     DATE SHIPPED  10/8/86     REQUESTED SHIP DATE

FOB   SHIPPING POINT   DESTINATION   PRODUCING PLANT   S-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY

P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | APPROX 4500 Gallons    APPROX 44,000 Lbs | | | | |
| | | NOLABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800 424 9300, DAY OR NIGHT.

ASHL00094

DRUMS RETURNED     I.C.C.          REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT  44,000#
WEIGHT IS

ASHLAND CHEMICAL COMPANY, Shipper                    Agent

Per *Charles Henderson*          Per   ADVANCED ENVIROTECH CO

Permanent postoffice address of shipper   P. O. BOX 2219, COLUMBUS, OHIO 43216

ASHLAND CHEMICAL CO., Shipper

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

AT GREAT MEADOWS NEW JERSEY

Carrier  ADVANCED ENVIROTECH CO

DESIGNATE WITH AN (X)

OCT 20 19 76 BY TRUCK ☒ FREIGHT ☐

Shipper's No.

Agent's No.

Consigned to  ADVANCED ENVIROTECH COMPANY

Destination  MILLTOWN P.O. BOX 152    State of  NEW JERSEY    County of

Route

Delivering Carrier  ADVANCED ENVIROTECH CO.    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From GBN | | | |
| | NO LABELS REQUIRED | | | |
| APPROX | GALLONS | | | |
| APPROX 44,000 lbs | | | | |

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____ Advanced envirotech Agent, Per

ASHL 00114

BF000561

BF000547

RE 87/H

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

From **ASHLAND CHEMICAL COMPANY**

At **GREAT MEADOWS NEW JERSEY**    OCT 29 1976    BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier **ADVANCED ENVIROTECH CO**    Agent's No. _____

Consigned to **P.O. BOX 152 MILLTOWN**

Destination **ADVANCED ENVIROTECH COMPANY**    State of **NEW JERSEY**    County of _____

Route _____

Delivering Carrier **ADVANCED ENVIROTECH CO**    Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From DYES APUROX        GALLONS | | | |
| | APUROX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____    **ADVANCED ENVIROTECH**, Agent, Per _____

Permanent post office address of shipper.

BF000549

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY    NOV 1, 19 76    DESIGNATE WITH AN (X)

At GREAT MEADOWS NEW JERSEY    BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier ADVANCED ENVIROTECH COMPANY    Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN    State of NEW JERSEY    County of _____

Route _____

| Delivering Carrier | Vehicle or Car Initial |
| --- | --- |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
| --- | --- | --- | --- | --- |
| | ADVANCED ENVIROTECH | | | |
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | APPROX 4500 GALLONS | | | |
| | APPROX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.    LBS

CORRECT WEIGHT IS

Shipper, Per _____    ADVANCED ENVIROTECH, Agent, P

C.O.D. _____

C.O.D. Amt. _____

Collection Fee _____

Total Charges _____

ASHL00125

BF000542

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

**From** ASHLAND CHEMICAL CO.

**At** GREAT MEADOWS, N.J.    NOV. 18 76    DESIGNATE WITH AN (X) BY TRUCK ☒ FREIGHT ☐    Shipper's No.

**Carrier** ADVANCED ENVIROTECH COMPANY    Agent's No.

**Consigned to** ADVANCED ENVIROTECH COMPANY

**Destination** P.O. BOX 152   MILLTOWN    **State of** N.J.    **County of**

**Route**

**Delivering Carrier** ADVANCED ENVIROTECH COMPANY    **Vehicle or Car Initial**

| NO. PACKAGES | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COR.)* | CLASS OR RATE | |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes | 4580 GLNS. | | |
| | APPROX. 4,500 GALS. | 44,000 LBS. | | |
| | APPROX. 44,000 LBS. | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THIS SHIPMENT, DAY OR NIGHT, CALL THE TOLL-FREE NUMBER 800-424-9300.    NO LABELS REQUIRED

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS  44,000  LBS.

Permanent post office address of shipper

**Shipper, Per** ADVANCED ENVIROTECH CO. Per

**Agent, Per**

**Shipper** C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges
Charges Advanced

From _____ LAND CHEMICAL CO. _____ NOV 19__ 19 76 _____ DESIGNATE _____ TRUCK _____ Freight _____ Shipper's No. ____

At ____ _____ ADVANCED ENVIROTECH COMPANY ____ _____ _____ Agent's No. ____

Carrier _____ ADVANCED ENVIROTECH COMPANY _____ (Mail or street address of consignee — For purposes of notification only.)

Consigned to ____

Destination _____ P.O. BOX 152 MILLTOWN _____ State of _____ N.J. _____ County of ____

Route ____

Delivering Carrier _____ ADVANCED ENVIROTECH COMPANY _____ Vehicle or Car Initial _____ No. ____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water From Dyes | 4500 GALS. | | |
| | APPROX. 4500 GALS. | 44,000 LBS. | | |
| | APPROX. 44,000 LBS. | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

____ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

____ Agent or Cashier.

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced $ ____

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

* The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per ____ Shipper

CORRECT WEIGHT IS ____ 44,000 ____ LBS.

Shipper, Per ____ ADVANCED ENVIROTECH CO. ____ Per ____

Permanent post office address of shipper ____

* This is to certify the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| C. O. D. SHIPMENT |
|---|
| C. O. D. Amt. ____ |
| Collection Fee ____ |
| Total Charges ____ |

BF000077

ASHL00132

BX000543

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From **ASHLAND CHEMICAL COMPANY**   NOV 24 19 76 BY TRUCK ☒ FREIGHT ☐   Shipper's No. _____

At **GREAT MEADOWS NEW JERSEY**                                         Agent's No. _____

Carrier **ADVANCED ENVIROTECH COMPANY**

Consigned to _____ **ADVANCED ENVIROTECH COMPANY** _____

Destination **P.O. BOX 152 MILLTOWN** _____ State of **NEW JERSEY** _____ County of _____

Route _____

Delivering Carrier **ADVANCED ENVIROTECH CO** _____ Vehicle or Car Initial _____ No. _____

| NO.<br>PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL<br>MARKS AND EXCEPTIONS | *WEIGHT<br>(SUBJECT TO COR. | CLASS<br>OR RATE | CHECK<br>COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing 2% Acid | | | |
| | Water APPROX 3,000 Gallons | | | |
| | XXXXX APPROX 44,000 Lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300 DAY OR NIGHT | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**ADVANCED ENVIROTECH**, Per _____

Shipper, Per _____

Permanent post office address of shipper.

ASHL00133

BK000555

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading.

From ASHLAND CHEMICAL CO.     DEC. 9 19 76 BY TRUCK ☒ FREIGHT ☐     Shipper's No.

At GREAT MEADOWS, N.J.     Agent's No.

Carrier     ADVANCED ENVIROTECH CO.

Consigned to     ADVANCED ENVIROTECH CO.

Destination     P.O. BOX 152     MILLTOWN     State of     N.J.     County of

Route

Delivering Carrier     ADVANCED ENVIROTECH CO.     Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO COM. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Waste | | | | |
| Water From Dyes | | | | |
| | APPROX. 4500 GALLONS | | | |
| | APPROX. 44,000 LBS. | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL FREE AT THIS | | | |
| | NO LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS   44,000#   LBS.

Shipper, Per

by ADVANCED ENVIROTECH CO.     Agent, Per

ASHL_00136

BF000530

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of this Original Bill of Lading.

From __ASHLAND CHEMICAL CO.__

At __GT. MEADOWS, N.J.__    FEB. 2₉ 19 77  BY TRUCK ☐ FREIGHT ☐ DESIGNATE WITH AN (X)  Shipper's No. ___

Carrier __ADVANCED ENVIROTECH CO.__    Agent's No. ___

Consigned to __ADVANCED ENVIROTECH COMPANY__

Destination __P.O. BOX 152    MILLTOWN__   State of __NEW JERSEY__   County of ___ (Mail or street address of consignee — For purposes of notification only.)

Route ___

Delivering Carrier __ADVANCED ENVIROTECH CO.__   Vehicle or Car Initial ___   No. ___

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water From Dyes | | | |
| | APPROX. 4,500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE SHIPMENT CALL
800.424.9300, CALL PRODUCT IN THIS
DAY TOLL FREE NUMBER
OR NIGHT.

Shipper, Per ___  __ADVANCED ENVIROTECH__  Agent, Per ___

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS __44,000__ LBS.

Permanent post office address of shipper ___

ASHL00146

RECEIVED, subject to the classifications and lawfully in effect on the date of the receipt by the carrier of the property...

From ASHLAND CHEMICAL CO
GT. MEADOWS, N.J.

FEB. 2 19 77 BY TRUCK ☐ FREIGHT ☐

Shipper's No.

Carrier ADVANCED ENVIROTECH CO.

Agent's No.

(Mail or street address of consignee - For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Waste | | | | |
| | Water From Dyes | | | | |
| | APPROX. 4,500 GALS. | | | | |
| | APPROX. 44,000 LBS. | | | | |
| | | | | | |
| | | | | | |
| | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS 44,000 LBS.

Shipper, Per _H. Ferm Henderson_

C.O.D. SHIPMENT

C.O.D. Amt.

Collection Fee

C.O.D. Charges

ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF 000394

ASHL00147

BF000531

## STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From Ashland Chemical Company

At Great Meadows New Jersey

DESIGNATE WITH AN (X)

**FEB 21977** BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

Carrier Advanced Envirotech Co.    Agent's No. _____

Consigned to Advanced Envirotech Company

(Mail or street address of consignee – For purposes of notification only.)

Destination P. O. Box 152 MILLTOWN    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing | | | | |
| | PHTHALIDE ACID WATER LAYER | | | |
| | 2% CORROSIVE LIQUID N.O.S | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 lbs | | | |
| | CORROSIVE LABELS REQUIRED | | | |

*IN CASE OF EMERGENCY CALL THE PRODUCT TOLL-FREE NUMBER (800) 424-9300. DAY OR NIGHT.*

THIS SHIPMENT IS CORRECTLY DESCRIBED.

ORRECT WEIGHT IS _____ LBS.

Shipper, Per _____  ADVANCED ENVIROTECH, Agent, Per _____

ASHL00148

From Ashland Chemical Company.

At Great Meadows New Jersey     FEB 3 1977   BY TRUCK ☒   FREIGHT ☐   Shipper's No.

Carrier   Advanced Envirotech Co.       Agent's No.

Mail or street address of consignee - For purposes of notification only.

Consigned to   Advanced Envirotech Company

Destination   P.O Box 152   MILLTOWN      State of   NEW JERSEY    County of

Route

| Delivering Carrier | | Vehicle or Car Initial | | No. | |
|---|---|---|---|---|---|
| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
| | 1 Tank Truck Containing | | | | |
| | PHTHALIDE ACID WATER LAYER | | | | |
| | 2% CORROSIVE LIQUID N.O.S | | | | |
| | APPROX 3,000 Gallons | | | | |
| | APPROX 40,000 Lbs | | | | |
| | CORROSVIE LABELS REQUIRED | | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS_____LBS.

Shipper, Per _____ ADVANCED ENVIROTECH, Agent, Per_____

Permanent post office address of shipper

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

N 000395

ASHL00149