# EXHIBIT 4
# (PART 2)

N 87 1 H

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY FEB 10 19 77 BY (DESIGNATE WITH AN (X)) TRUCK [X] FREIGHT [ ] Shipper's No. ______

Carrier ~~ADVANCED ENVIROTECH CO~~ Agent's No. ______

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of ______

Route ______

Delivering Carrier ______ Vehicle or Car Initial ______ No. ______

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | ~~From Dyes~~ | | | |
| | APPROX 5,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | ~~IN THE EVENT OF ANY EMERGENCY~~ | | | |
| | ~~CONCERNING THE PRODUCT IN THIS~~ | | | |
| | ~~SHIPMENT CALL TOLL FREE NUMBER~~ | | | |
| | ~~[illegible] DAY OR NIGHT~~ | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ______ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ______ (The signature here acknowledges only the amount prepaid.)

Charges Advanced, $ ______

C O D SHIPMENT

C.O.D. Amt. ______

Coll. Fee ______

Total Charges ______

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ______ LBS

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Per ______ Shipper

Shipper, Per Charles Hochuli [signature] ADVANCED ENVIROTECH Agent, Per ______

Permanent post office address of shipper ______

BF000519

ASHL00156

Memorandum [illegible] in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said [illegible] throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said [illegible] otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said [illegible] to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform [illegible] forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable [illegible] if this is a motor carrier shipment. [illegible] is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff [illegible] of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CHEMICAL COMPANY

DOWS NEW JERSEY FEB 10 19 77 BY TRUCK FREIGHT Shipper's No.

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH CO Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | APPROX 5,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced. $

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

C. O. D. SHIPMENT

C. O. D. Amt.

Collection Fee

Total Charges

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ______ LBS.

+ The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per Shipper

Shipper, Per Charles [signature] ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

+ "This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

BP 000399

ASHL00157

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICALS COMPANY

At GREAT MEADOWS NEW JERSEY FEB 18 1977 BY

DESIGNATE WITH AN (X) TRUCK [X] FREIGHT [ ]

Shipper's No. ____

Carrier ADVANCED ENVIROTECH CO.

Agent's No. ____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P. O. BOX 152 MILLTOWN, State of NEW JERSEY County of ____

Route ____

Delivering Carrier ____ Vehicle or Car Initial ____ No. ____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid Corrosive Liquid ~~XXXXX~~, | | | |
| | APPROX ~~2,800 Gallons~~ 3000 Gal | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | | | | |
| | Came in 2/17/77 couldn't | | | |
| | load stayed about 8 hrs dropped | | | |
| | Trailer Came back 2/18 for Load | | | |

(Stamp, partially legible:) IN THE EVENT OF ... EMERGENCY INVOLVING THE PRODUCT IN THIS ... CALL TOLL FREE ... CHEMTREC ... NUMBER

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ____ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced, ____

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

C. O. D. SHIPMENT
C O D Amt ____
Collection Fee ____
Total Charges ____

Per ____ Shipper

Shipper, Per [signature]

ADVANCED ENVIROTECH Agent, Per [signature]

Permanent post office address of shipper

BF000525

ASHL00172

Shipping Order

From ASHLAND CHEMICALS COMPANY
At GREAT MEADOWS NEW JERSEY FEB 18 1977 BY

DESIGNATE WITH AN (X) TRUCK [X] FREIGHT [ ]

Shipper's No.

Carrier ADVANCED ENVIROTECH CO.

Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN, State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid Corrosive Liquid ~~XXXXX~~. | | | |
| | APPROX ~~2,700~~ Gallons 32 [illegible] | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced.
$

C. O. D. SHIPMENT
C O D Amt
Collection Fee
Total Charges

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper
Per

ADVANCED ENVIROTECH

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent postoffice address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled ... according to the applicable regulations of the Department of Transportation.

BF 000380

ASHL00173

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, [illegible] the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier [illegible] agrees to carry to its usual place of delivery at said destination, [illegible] the Uniform [illegible] is a rail or a rail-water shipment, or (2) in the applicable [illegible]

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From Ashland Chemical Co.
At Great Meadows N.J.

2/22 19 77 BY TRUCK [X] FREIGHT [ ]

DESIGNATE WITH AN (X)

Shipper's No.

Carrier Advanced Envirotech Co.

Agent's No.

Consigned to Advanced Envirotech Company

(Mail or street address of consignee — For purposes of notification only.)

Destination ______ State of ______ County of ______

Route ______

Delivering Carrier ______ Vehicle or Car Initial ______ No. ______

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 T/T | Nitrating (mixed) acid spent | 40,000 | | |
| | Corrosive Material | | | |
| | Corrosive Liquid | | | |
| | Approx 2,000 gals. | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

Subject to Section 7 of the conditions [illegible]

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

[illegible]

(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ [illegible] to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per [illegible]

(The signature here acknowledges only the amount prepaid.)

Charges Advanced.

$

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding [illegible]

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per [signature]

Shipper

C. O. D. SHIPMENT

C. O. D. Amt.

Collection Fee

Total Charges

Shipper, Per ______

Advanced Envirotech

Agent, Per ______

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF000514

ASHL00180

[illegible fine print: terms and conditions of shipping order]

From Ashland Chemical Co.
At Great Meadows N.J. 2/22 19 77 BY TRUCK [X] FREIGHT [ ] (DESIGNATE WITH AN (X)) Shipper's No.
Carrier Advanced Envirotech Co. Agent's No.

(Mail or street address of consignee – For purposes of notification only.)

Consigned to Advanced Envirotech Company

Destination State of County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 T/T | Nitrating (mixed) acid spent | 40,000 | | |
| | Corrosive Material | | | |
| | Corrosive Liquid | | | |
| | Approx 3,000 gals. | | | |
| | | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced. $

C. O. D. SHIPMENT

C. O. D. Amt.

Collection Fee

Total Charges

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper Advanced Envirotech
Per [signature]

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent post office address of shipper

BF 000410

ASHL00181

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, [illegible]

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY MAR 3, 19 77 BY TRUCK ☒ FREIGHT ☐ (DESIGNATE WITH AN (X)) Shipper's No.

Carrier ADVANCED ENVIROTECH CO. Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 ,MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | 44,000 | | |
| | From CDN APPROX 5,500 GALLONS | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | TIME IN 9:30 AM. | | | |
| | TIME OUT 10:45 AM. | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced,

$

C. O. D. SHIPMENT

C.O.D. Amt.

Collection Fee

Total Charges

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission. [illegible]

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Shipper Per [signature]

Shipper, Per ______ ADVANCED ENVIROTECH Agent, Per ______

Permanent post office address of shipper

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BA 87-1 H

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier [illegible] agrees to carry to its usual place of delivery at said destination, [illegible] Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From Ashland Chemical Company

At Great Meadows New Jersey — Mar 3 19 77 BY TRUCK [X] FREIGHT [ ] (DESIGNATE WITH AN (X)) — Shipper's No.

Carrier Advanced Envirotech Co — Agent's No.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to Advanced Envirotech Company

Destination P.O. BOX 152 Milltown — State of New Jersey — County of

Route

Delivering Carrier — Vehicle or Car Initial — No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Nitrating | 40,000# | | |
| | (Mixed) Spent Acid | | | |
| | Approx 3,000 Gallons | | | |
| | | | | |
| | Corrosive Placards Required | | | |
| | Time in - 3:35 | | | |
| | Time out - 4:31 | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

Subject to Section 7 of conditions, [illegible] The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced.

$

C.O.D. SHIPMENT

C.O.D. Amt.

Collection Fee

Total Charges

This is to certify that the above-named materials are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations of the Interstate Commerce Commission. [illegible]

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

[signature] Shipper — Per

Shipper, Per ______ Advanced Envirotech Agent, Per ______

Permanent post office address of shipper

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From Ashland Chemical Company
At Great Meadows New Jersey March 19 77 BY TRUCK [X] FREIGHT [ ] Shipper's No.
Carrier Advanced Enviro-tech Co. Agent's No.

Consigned to Advanced Envirotech Company
Destination P.O. BOX 152 Milltown State of New Jersey County of
Route
Delivering Carrier Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Nitrating | | | |
| | (mixed) Spent Acid | [illegible] | | |
| | Corrosive Liquid N.O.S | | | |
| | Corrosive Material | | | |
| | Corrosive Placards Required | | | |
| | APPROX 3,000 Gallons | | | |
| in | 1:30 | | | |
| out | 2:30 | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ____ LBS.

C.O.D. Amt.
Collection Fee
Total Charges

Shipper, Per ____ Advanced Envirotech Agent, Per ____

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, [illegible]

From Ashland Chemical Company
At Great Meadows, New Jersey — Mar 7 19 77 BY TRUCK [X] FREIGHT [ ] (DESIGNATE WITH AN (X)) — Shipper's No. [illegible]
Carrier Advanced Envirotech Co. — Agent's No. [illegible]

Consigned to Advanced Envirotech Company

Destination P.O. Box 152, MILLTOWN — State of New Jersey — County of [illegible]

Route

Delivering Carrier — Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Phthalide | | | |
| | Acid Water Layer | | | |
| | Corrosive Liquid N.O.S | | | |
| | Approx 4,000 Gallons | | | |
| | Approx 40,000 Lbs | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. [illegible]

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

C.O.D. Amt. — Collection Fee — Total Charges

Shipper, Per ______ — Advanced Envirotech Agent, Per ______

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO.

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO.

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO.

SHIP FROM (CITY & STATE): 210 GT. MEADOWS, N.J.

DATE OF ORDER

CUSTOMER ORDER & REQ. NO.

DATE SHIPPED: 3/8/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH CO.
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | CONT. CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating 9 (Mixed) | | | | | |
| | | Spent Acid | | | | | |
| | | | | | 40,000 LBS. | | |
| | | in - 11:35 | | | APPROX. 3,000 GALS. | | |
| | | out - 12:30 | | | | | |
| | | CORROSIVE MATERIAL | | | | | |
| | | CORROSIVE LIQUID | | | | | |
| | | | CORROSIVE PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

[signature]

DRUMS RETURNED I.C.C. REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 40,000# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per

~~ADVANCED ENVIROTECH CO.~~ Agent

Per

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

ASHL00202

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, [illegible fine print]

CARRIER'S NO

NAME OF CARRIER | DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY** | ORDER NO

ROUTE: ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ | DATE OF ORDER

CUSTOMER ORDER & REQ NO | DATE SHIPPED: 3/10/7[illegible] | REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB. TO COR. | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Phthalide Acid Water Layer | | | | |
| | | CORROSIVE LIQUID N.O.S. | | | | |
| | | APPROX. 4,000 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | in - 9:35 | | | | |
| | | out - 12:00 | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |

DRUMS RETURNED | I.C.C. | REG

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ... per ...

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 40,000# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper
Per

ADVANCED ENVIROTECH CO. Agent
Per [signature]

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00205

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: A VANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/11/7[illegible]

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | | |
| | | APPROX 5,000 Gallons | | | | | |
| | | APPROX 44,000 Lbs | | | | | |
| | | NO LABEL IS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C. REG.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

(THIS SHIPMENT IS CORRECTLY DESCRIBED) CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO. SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per

Advanced Envirotech Co Agent

Per

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00207

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/17/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

Signature of Consignor

COLLECT

Agent or Cashier

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | NITRATING ( MIXED ) ACID | | | | | |
| | | 1 Tank Truck Containing Nitrating ( Mixed ) Acid SPENT | | | | | |
| | | APPROX. 3,000 GALS. | | | | | |
| | | APPROX. 40,000 LBS. | | | | | |
| | | CORROSIVE MATERIAL ● | | | | | |
| | | CORROSIVE LIQUID | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

[signature]

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS ______ LBS.
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per

Per ~~ADVANCED ENVIROTECH CO.~~ Agent

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00211

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/18/7

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (Mixed) | | | | | |
| | | Spent Acid CORROSIVE LIQUID CORROSIVE MATERIAL | | | | | |
| | | APPROX 3,000 Gallons | | | | | |
| | | APPROX 40,000 Lbs | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 40,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO Agent

Per

Per

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/19/7[illegible]

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Phthlaide Acid Water Layer | | | | | |
| | | Corrosive Liquid N.O.S | | | | | |
| | | APPROX 6,000 Gallons | | | | | |
| | | APPROX 40,000 Lbs | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

[signature]

DRUMS RETURNED C.C. REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 40,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO Agent

Per

Per

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00217

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ. NO

DATE SHIPPED: 3/21/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | | |
| | | APPROX. 5,500 GALS. | | | | | |
| | | APPROX. 44,000 LBS. | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE | | | | | |
| | | NO LABELS REQUIRED | | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800 424-9300, DAY OR NIGHT.

DRUMS RETURNED I.C.C. REG.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

(THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ______ LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per

ADVANCED ENVIROTECH CO. Agent

Per

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00219

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

[illegible fine print]

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/22/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| 1 T/T | | NITRATING (MIXED) ACID SPENT | | | | | |
| | | APPROX 2,800 Gallons | | | | | |
| | | APPROX 40,000 Lbs | | | | | |
| | | [illegible] | | | | | |
| | | [illegible] | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C. REG.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

(THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 40,000 LBS SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT ASHLAND CHEMICAL CO., SHIPPER)

ASHLAND CHEMICAL COMPANY, Shipper

Per

ADVANCED ENVIROTECH CO Agent

Per

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/22/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing NITRATING (MIXED) ACID SPENT | | | | |
| | APPROX 2,800 Gallons | | | | |
| | APPROX 40,000 Lbs | | | | |
| | CORROSIVE PLACARDS REQUIRED | | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED I.C.C. REG.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 40,000# LBS SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO Agent

Per

Per

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00222

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/24/7

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (MIXED) Acid Spent | | | | | |
| | | APPROX 3,000 Gallons | | | | | |
| | | APPROX 44,000 Lbs | | | | | |
| | | CORROSIVE MATERIAL | | | | | |
| | | CORROSIVE LIQUID | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY, CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

[signature]

DRUMS RETURNED ICC REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per

ADVANCED ENVIROTECH CO Agent

Per

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00225

THIS MEMORANDUM

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE

CAR NO

SHIP FROM (CITY & STATE)

DATE OF O[illegible]

CUSTOMER ORDER & REQ NO

DATE SHIPPED

3/25/

REQUESTED

CONSIGNED TO

P.O. BOX 152

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY | WEIGHT | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing [illegible] | | | | |
| | | ([illegible]) acid spent APPROX 3,000 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | |
| | | CORROSIVE MATERIAL | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |

DRUMS RETURNED I.C.C. REG.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

[illegible] 50 Cents Per Pound

ASHLAND CHEMICAL COMPANY, Shipper

Agent

Per

Per

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

44,000

ASHLAND CHEMICAL CO. SHIPPER

ASHL00227

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/25/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste | | | | | |
| | | Water From CDN APPROX | 5,500 Gallons | | | | |
| | | APPROX 44,000 Lbs | | | | | |
| | | NO LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EVNX 50 Cents — Pound

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000#

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO Agent

Per

Per

ASHLAND CHEMICAL CO., SHIPPER

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHI 00228

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/28/7

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

Charges Advanced

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT SUB. TO COR. | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (MIXED) Acid | | | | | |
| | | Spent CORROSIVE MATERIAL | | | | | |
| | | CORROSIVE LIQUID | | | | | |
| | | APPROX 2,000 Gallons | | | | | |
| | | APPROX 44,000 Lbs | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RVNX 50 Cents Per Pound

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER.

ASHLAND CHEMICAL COMPANY, Shipper ADVANCED ENVIROTECH CO Agent

Per Per

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

ASHL00230

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

ORDER NO

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ROUTE: ADVANCED ENVIRTOECH CO

CAR NO.

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

OCO | DATE OF ORDER

CUSTOMER ORDER & REQ. NO.

FOB | FREIGHT 1-PPD 2-COLL | SHIP CODE

DATE SHIPPED: 3/28/7[illegible]

REQUESTED SHIP DATE

FOB 1-SHIPPING POINT 2-DESTINATION 4-PRODUCING PLANT 5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

COLLECT

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ______

(The signature here acknowledges only the amount prepaid.)

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | * WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating | | | | | |
| | | (MIXED) Acid Spent APPROX 3,000 Gallons | | | | | |
| | | APPROX 44,000 Lbs | | | | | |
| | | CORROSIVE MATERIAL | | | | | |
| | | CORROSIVE LIQUID | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL [illegible] FREE NUMBER [illegible] NIGHT. 800-[illegible] | | | | | |

DRUMS RETURNED | I.C.C. | REG

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding: FIVE 5C Cents per Pound

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO. Agent

Per ______ Per ______

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

[illegible] shall be subject to the laws of Texas, all provisions not expressly restricted by such laws shall be applicable to this shipment.

ASHI 00229

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER — DELIVERING CARRIER — ORDER NO

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ROUTE: ADVANCED ENVIROTECH CO. — CAR NO — SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ — DATE OF ORDER

CUSTOMER ORDER & REQ NO — DATE SHIPPED: 9/13/7[illegible] — REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, NEW JERSEY

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB. TO COR. | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX. 3,000 Gals. | | APPROX. 44,000 | Lbs. | |
| | | CORROSIVE LIQUID N.O.S. | | CORROSIVE LIQUID | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

DRUMS RETURNED — I.C.C. — REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated...

(THIS SHIPMENT IS CORRECTLY DESCRIBED) CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper — Per [signature]

ADVANCED ENVIROTECH — Agent — Per [signature]

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00060

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, [illegible]

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 9/16/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

Charges advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT SUB. TO COR. | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | | |
| | | APPROX 5000 Gallons | APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

DRUMS RETURNED I.C.C. REG.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 # LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL COMPANY, Shipper
Per [signature: Charles Hendershot]

Agent
Per ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

If [illegible] consignment [illegible] the provisions hereof shall be subject to the laws of [illegible], all provisions not expressly restricted by such laws shall be applicable to this shipment.

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Department of Transportation.

ASHL00065

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 9/17/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | | |
| | | CORROSIVE LIQUID N.O.S. CORROSIVE LIQUID | | | | | |
| | | APPROX. 3,000 GALS. APPROX. 44,000 LBS. | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | | |

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL

ASHLAND CHEMICAL COMPANY, Shipper
Per [signature]

ADVANCED ENVIROTECH CO. Agent
Per [signature]

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00070

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*[fine print paragraph text illegible]*

CARRIER'S NO

| AME OF CARRIER | | | DELIVERING CARRIER | | |
|---|---|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | | ORDER NO |
|---|---|---|---|---|

| OUTE | ADVANCED ENVIROTECH CO | | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCO | DATE OF ORDER |
|---|---|---|---|---|---|---|

| CUSTOMER ORDER & REQ NO | | | I C B | FREIGHT PPD COLLECT | DATE SHIPPED 9/24/76 | | REQUESTED SHIP DATE |

1= RING POINT  2 DESTINATION  4 PRODUCING PLANT  5=SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
MILLTOWN NEW JERSEY 08850
P.O. BOX 152

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | + WEIGHT SUB TO CORR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX       GALLONS | | APPROX 44,000# | | |
| | | | | | | |
| | | ████████ | | | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL FREE NUMBER
800-421-9300, DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | | REG. | |
|---|---|---|---|---|

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
per

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT
WT-GHT 4 44,000# .35
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL

ASHLAND CHEMICAL COMPANY, Shipper
Per *Charles Henderson*
Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

Per ADVANCED ENVIROTECH CO        Agent

ASHL00076

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, [illegible]

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO.

DATE SHIPPED: 9/24/7[illegible]

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

Signature of Consignor

COLLECT

Agent or Cashier

Per

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | | |
| | | APPROX 5000 GALLONS APPROX 44,000 Lbs | | | | | |
| | | NO LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C. REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT.

ASHLAND CHEMICAL COMPANY, Shipper

Per Charles [signature]

Per ADVANCED ENVIROTECH CO Agent

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00079

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 10/5/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 3,000 Gallons APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LIQUID N.O.S | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

ASHL00088

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per Charles Skrdudst

Agent

Per ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER | DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 10/6/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX 4,500 GALLONS APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT ... | | | | |

ASHL00091

DRUMS RETURNED | I.C.C. | REG.

(THIS SHIPMENT IS CORRECTLY DESCRIBED) CORRECT WEIGHT IS 44,000# SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per Charles Henderhot

Agent

Per ADVANCED ENVIROTECH CO

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ. NO

DATE SHIPPED: 10/7/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S. CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS. APPROX. 44,000 LBS. | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| 000 | | | | | | |

ASHL00093

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per [signature]

Agent: ADVANCED ENVIROTECH CO.

Per

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICALS COMPANY

DESIGNATE WITH AN (X)

At GREAT MEADOWS NEW JERSEY OCT. 14 19 76 BY TRUCK [X] FREIGHT [ ] Shipper's No. ____

Carrier ADVANCED ENVIROTECH CO Agent's No. ____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. Box 152 MILLTOWN State of NEW JERSEY County of ____

Route ____

Delivering Carrier ADVANCED ENVIROTECH CO Vehicle or Car Initial ____ No. ____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid | APPROX 44,000# | | |
| | CORROSIVE LIQUID N.O.S | APPROX 3,000 Gal | | |
| | CORROSIVE LIQUID | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ____ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced,

$ ____

* This is to certify that the above articles are properly described by name, and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp; not a part of bill of Lading approved by the Interstate Commerce Commission.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per ____ Shipper

C. O. D. SHIPMENT

C O D Amt ____

Collection Fee ____

Total Charges ____

Shipper, Per [signature] ADVANCED ENVIROTECH Agent, Per ____

Permanent post office address of shipper

00577

ASHL00105

Consignee ADVANCED ENVIRONMENTAL [illegible]

Destination P.O. Box 1[illegible] MILLTOWN State of NEW JERSEY County of

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial

DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS

1 Tank Truck Containing Spent Mixed Acid — APPROX. [illegible]

CORROSIVE LIQUID N.O.S. — APPROX. [illegible]

CORROSIVE LIQUID

CORROSIVE LABELS REQUIRED

CORRECTLY DESCRIBED.

Shipper, Per ADVANCED ENVIROTECH Agent, Per

"...that the above named articles are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

C.O.D. SHIPMENT

C.O.D. Amt.

Collection Fee

Total Charges

BF 000128

ASHL00234

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 10/14/7[illegible]

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J. 08852

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | | |
| | | CORROSIVE LIQUID N.O.S. CORROSIVE LIQUID | | | | | |
| | | APPROX. 3,000 GALS. APPROX. 44,000 LBS. | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | | |

DRUMS RETURNED I.C.C. REG.

ASHL00106

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IF THIS SHIPMENT IS CORRECTLY DESCRIBED CORRECT WEIGHT IS 44,000# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per [signature]

Agent

Per ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CARRIER'S NO

NAME OF CARRIER — DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY** — ORDER NO.

ROUTE: ADVANCED ENVIROTECH CO. — CAR NO. — SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ — OCO — DATE OF ORDER

CUSTOMER ORDER & REQ. NO. — FOB — FREIGHT 1-PPD 2-COLL — SHIP CODE TC-1 LTL-2 — DATE SHIPPED: 10/14/7 — REQUESTED SHIP

FOB: 1-SHIPPING POINT 2-DESTINATION 4-PRODUCING PLANT 5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J. 08852

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

COLLECT

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per

(The signature here acknowledges only the amount prepaid.)

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S. CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS. APPROX. 44,000 LBS. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

ASHL00303

DRUMS RETURNED I.C.C. REG.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper — Agent

Per [signature] — Per ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL CO.

At GREAT MEADOWS, N.J. OCT 20 1976 BY TRUCK [X] FREIGHT [ ] (DESIGNATE WITH AN (X)) Shipper's No.

Carrier ADVANCED ENVIROTECH CO. Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

(Mail or street address of consignee — For purposes of notification only.)

Destination P.O. BOX 152 MILLTOWN State of N.J. County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent | | | |
| | Mixed Acid | APPROX. 44,000 LBS. | | |
| | | APPROX. 3,000 GALS. | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LIQUID | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NO. 800-424-9300, DAY OR NIGHT. "BEF"

C. O. D. SHIPMENT

C.O.D Amt.

Collection Fee

Total Charges

Agent or Cashier.

Charges Advanced.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ______ LBS.

Shipper, Per [signature] ADVANCED ENVIROTECH CO. Agent, Per

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BF 000560

ASHL00113

BI 87-1 H

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier [illegible] ... Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL CO.
At GREAT MEADOWS, N.J. NOV. 5 19 76 BY TRUCK [X] FREIGHT [ ] Shipper's No.

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH COMPANY
Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to P.O. BOX 152 MILLTOWN, N.J.

Destination ADVANCED ENVIROTECH COMPANY State of N.J. County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | ~~1 Tank Truck Containing [illegible] Acid~~ | | | |
| 1 | Tank Truck Containing Waste Water Prox Dyes | | | |
| | APPROX. 4500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE [illegible] 424-9300, DAY OR NIGHT | | | |
| | NO LABELS REQUIRED | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced, $

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations by the Interstate Commerce Commission. [illegible] If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." [illegible] NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding [illegible]

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS APPROX. 44,000 LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Per [signature] Shipper

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

Shipper, Per [signature] ADVANCED ENVIROTECH CO. Agent, Per

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

000[illegible]

BF 000550

ASHL00126