# EXHIBIT 4
# (PART 3)

Case 2:07-cv-02674-SRC Document Page 6 Filed 12/13/2008 Page 2 of 35

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading...

ASHLAND CHEMICAL CO.

From

At GREAT MEADOWS, N.J. NOV. 5 19 70 BY TRUCK ☑ FREIGHT ☐ Shipper's No.

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH COMPANY Agent's No.

P.O. BOX 152 MILLTOWN, N.J.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination State of N.J. County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Tank Truck Containing Waste Water From Dyes | | | |
| | APPROX. 4500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | NO LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED. APPROX

CORRECT WEIGHT IS 44,000 LBS.

Shipper, Per ___ ADVANCED ENVIROTECH CO. Agent, Per

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

BF 000075

ASHL00127

000220

BF000551

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From **ASHLAND CHEMICAL CO**
At **GREAT MEADOWS NJ**                    **NOV 9** 19 **76** BY TRUCK ☒ FREIGHT ☐    Shipper's No. _____

DESIGNATE WITH AN (X)

Carrier **ADVANCED ENVIROTECH CO**                    Agent's No. _____

Consigned to **ADVANCED ENVIROTECH COMPANY**

Destination **MILLTOWN P.O. BOX 152**    State of **NEW JERSEY**    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From Dyes | | | |
| | APPROX   GALLONS | | | |
| | APPROX 44,000 lbs | | | |
| | | | | |
| | | IN THE EVENT OF ANY EMERGENCY | | |
| | | CONCERNING THE PRODUCT IN THIS | | |
| | NO LABELS REQUIRED | SHIPMENT CALL TOLL FREE NUMBER | | |
| | | | | |

CORRECT WEIGHT IS _____ LBS.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

**ADVANCED ENVIROTECH** Agent, Per _____

Shipper, Per _____

C.O.D. shipment

C.O.D. Amt. $ _____
Collection Fee _____
Total Charges _____

Agent or Cashier,

Per _____

From ASHLAND CHEMICALS COMPANY

At GREEN MEADOWS NEW JERSEY    NOV 15 1976    DESIGNATE WITH AN "X" BY TRUCK [X] FREIGHT [ ]    Shipper's No.

Carrier ADVANCED ENVIROTECH CO     Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P. O. BOX MILLTOWN    State of NEW JERSEY    County of _____   No. 152

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| | Tank Truck Containing Waste | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | Water From Dyes   Approx 4,700 GALLONS | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | APPOX 44,000 Lbs | | | | _____ (Signature of Consignor.) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | NO LABELS REQUIRED | | | | _____ Agent or Cashier. |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced. $ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations of the Interstate Commerce Commission.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

‡ The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

C. O. D. SHIPMENT

C. O. D. Amt. _____
Collection Fee _____
Total Charges _____

Shipper, Per _____ ADVANCED ENVIROTECH   Agent, Per _____

Permanent post office address of shipper

† This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

BF000076

ASHL00130

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading,

DESIGNATE WITH AN (X):

From ASHLAND CHEMICALS COMPANY
At GREAT MEADOWS NEW JERSEY     NOV 15 1976   BY   TRUCK ☒   FREIGHT ☐     Shipper's No. _____

Agent's No. _____

Consigned to ADVANCED ENVIROTECH COMPANY

Carrier ADVANCED ENVIROTECH CO

(Mail or street address of consignee — for purposes of notification only.)

152

Destination P.O. BOX MILLTOWN     State of NEW JERSEY     County of _____

Route _____

Delivering Carrier _____     Vehicle or Car Initial _____     No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From Dyes Approx 4500 GALLONS | | | |
| | APPORX 44,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per Maria Cleopel     ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

CO 502110
BF 000541
ASHI 00120

BF 000554

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this ...

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    NOV 30 19 76 BY

DESIGNATE WITH AN (X)
TRUCK ☒    FREIGHT ☐

Shipper's No.

Agent's No.

Carrier  ADVANCED ENVIROTECH CO

Consigned to  ADVANCED ENVIROTECH COMPANY

Destination  P.O. BOX 152  MILLTOWN    State of  NEW JERSEY    County of

Route

| Delivering Carrier | Vehicle or Car Initial | | | |
|---|---|---|---|---|
| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
| 1 Tank Truck Containing Waste | | | | |
| | Water From Dyes  APPROX 5,500 Gallons | | | |
| | approx 44,000 lbs | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL FREE NUMBER. | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

C.O.D. SHIPMENT

C.O.D. Amt.

Collection Fee

Total Charges

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ___ LBS.

Shipper, Per ___    ADVANCED ENVIROTECH Agent, Per

ASHL00134

M 87/1 H

000122

BF000553

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From ASHLAND CHEMICAL COMPANY        DEC. 3 19 76

At GREAT MEADOWS NEW JERSEY

DESIGNATE WITH AN (X)
BY TRUCK ☒ FREIGHT ☐        Shipper's No. _____

Agent's No. _____

Carrier ADVANCED ENVIROTECH COMPANY

Consigned to ADVANCED ENVIROTECH COMPANY

(Mail or street address of consignee — For purposes of notification only.)

Destination  P.O. BOX 152 MILLTOWN        State of  NEW JERSEY        County of _____

Route _____

Delivering Carrier _____        Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste | | | |
| | Water From Dyes APPROX 550x | | | |
| | APPROX 4,500 Gallons | | | |
| | AP PROX 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED. _____ LBS.

CORRECT WEIGHT IS _____

Charles Streckenbach
Shipper, Per Charles Streckenbach

ADVANCED ENVIROTECH Agent, Per _____

C.O.D. shipment
C.O.D. Amt. $ _____
Collection Fee _____
Total Charges _____

Charges Advanced:

ASH00135

BF000556

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

From **ASHLAND CHEMICAL CO.**

At **GREAT MEADOWS, N.J.**    DEC. 13 19 76  BY TRUCK ☒ FREIGHT ☐

DESIGNATE WITH AN (X)

Shipper's No. _____

Agent's No. _____

Carrier **ADVANCED ENVIROTECH CO.**

Mail or street address of consignee – For purposes of notification only.

Consigned to **ADVANCED ENVIROTECH CO.**

Destination **P.O. BOX 152** _____ MILLTOWN _____ State of **N.J.** _____ County of _____

Route _____

Delivering Carrier **ADVANCED ENVIROTECH**    Vehicle or Car Initial _____    No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | ONE TANK TRUCK CONTAINING | | | |
| | WASTE WATER FROM DYES. | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT CALL TOLL FREE NUMBER | | | |
| | 800-424-9300. DAY OR NIGHT. | | | |
| | APPROX. 4500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |

C.O.D. SHIPMENT

C.O.D. Amt. $ _____

Collection Fee _____

Total Charges _____

**ADVANCED ENVIROTECH CO.**

Agent, Per _____

Shipper, Per _____

44,000 LBS.

ASHL00137

BF 000540

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS   NEW JERSEY   DEC. 159 76 BY TRUCK ☒ FREIGHT ☐   Shipper's No. _____

DESIGNATE WITH AN (X)

Carrier   ADVANCED ENVIROTECH CO   Agent's No. _____

(Mail or street address of consignee - For purposes of notification only.)

Consigned to   ADVANCED ENVIROTECH COMANPY

Destination   P.O. BOX 152   MILLTOWN   State of   NEW JERSEY   County of _____

Route _____

Delivering Carrier _____   Vehicle or Car Initial _____   No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | | | | |
| | APPROX 4,500 Gallons  APPROX 44,000 # | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | NO LABLES REQUIRED  CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT | | | |

Permanent post office address of shipper _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____

ADVANCED ENVIROTECH

Agent, Per _____

ASHL00138

BF0005275

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**From** ASHLAND CHEMICAL COMPANY

DESIGNATE WITH AN (X)

**At** GREAT MEADOWS, NEW JERSEY    JAN 29 19 78 TRUCK ☒ FREIGHT ☐    Shipper's No. _____

**Carrier** Advanced Envirotech Co. _____    Agent's No. _____

(Mail or street address of consignee — for purposes of notification only.)

**Consigned to** Advanced Envirotech Company _____

**Destination** P.O. BOX 152 Milltown _____ **State of** New Jersey _____ **County of** _____

**Route** _____

**Delivering Carrier** _____    **Vehicle or Car Initial** _____    No. _____

| NO.PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | Phthalic Acid Water layer | | | |
| | 2% CORROSIVE LIQUID N.O.S. | | | |
| | | | | |
| | APPROX 3,000 Gals. 7 oo P.M. | | | |
| | 11:5 to 1 P.M. | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT: CALL TOLL-FREE DAY OR NIGHT 800-424-9300.

**THIS SHIPMENT IS CORRECTLY DESCRIBED.**    CORRECT WEIGHT IS 44,000 LBS.

Shipper, Per. Charles Lercland

ADVANCED ENVIROTECH Agent, Per. _____

ASHL00142

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From **ASHLAND CHEMICAL COMPANY**

At **GREAT MEADOWS NEW JERSEY** **FEB 14 9 77** BY TRUCK ☒ FREIGHT ☐   Shipper's No. _____

Carrier **ADVANCED ENVIROTECH CO.**   DESIGNATE WITH AN (X)   Agent's No. _____

(Mail or street address of consignee - For purposes of notification only)

Consigned **ADVANCED ENVIROTECH COMPANY**

Destination **P.O. BOX 152   MILLTOWN**   State of **NEW JERSEY**   County of _____

Route _____

Delivering Carrier _____   Vehicle or Car Initial _____   No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| 1 | Tank Truck Containing  Waste Water | | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | From Dyes | | | | |
| | APPROX 5,500 Gallons | | | | Per _____ (Signature of Consignor) |
| | APPROX 44,000 Lbs | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | |
| | NO LABELS REQUIRED | | | | Received $ _____ to apply in prepayment of the charge on the property described hereon. |
| | | | | | Agent or Cashier. |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid.) |
| | | | | | Charges Advanced. $ _____ |

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
* Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

‡ The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per _____

Shipper _____

Shipper, Per **Jke Crusher**  **ADVANCED ENVIROTECH** Agent, Per _____

C. O. D. SHIPMENT

C. O. D. Amt _____

Collection Fee _____

Late Charges _____

Permanent post office address of shipper _____

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**BW 000377**

ASHL00165

BF000521

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From MIDLAND CHEMICAL COMPANY

At Gibbstown, New Jersey    FEB 1 49 77 BY TRUCK ☒ FREIGHT ☐    DESIGNATE WITH AN (X)    Shipper's No. _____

Carrier ADVANCE ENVIRONMENT CO.    Agent's No. _____

Consigned to MIDLAND ENVIRONMENTAL COMPANY

Destination P.O. BOX 152 EDISON    State of NEW JERSEY    County of _____

Route _____

Delivering Carrier _____    Vehicle or Car Initial _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT SUBJECT TO CORR. | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | AP BOX 5750 Gallons 7,000 | | | |
| | APPROX 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |

Shipper, Per _____    ADVANCE ENVIRONMENT Agent, Per _____

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From **Ashland Chemical Company**

At **Great Meadows New Jersey**                    Mar 7 19 77 BY TRUCK ☒ FREIGHT ☐

Carrier **Advanced Envirotech Co.**                                        Shipper's No.

Consigned to **Advanced Envirtoech Company**                                Agent's No.

Destination **P.O. Box 152** , **Milltown** ,           State of **New Jersey** , County of

Route

Delivering Carrier                                    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 Tank Truck Containing Waste Water | | | | |
| From Dyes Approx 4500 Gallons | | | | |
| Approx 44,000 lbs | | | | |
| | | | | |
| NO PLACARDS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Shipper, Per **Advanced Envirotech** Agent, Per

C.O.D. Amt. $
Collection Fee $
Total Charges $

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

| ROUTE ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OC DATE OF ORDER |
|---|---|---|---|

| CUSTOMER ORDER & REQ NO | DATE SHIPPED 3/15/77 | REQUESTED SHIP DATE |
|---|---|---|

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | | | | |
| | APPROX. 5,500 GALS. | | | | |
| | APPROX. 44,000 LBS. | | | | |
| | | | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | NO LABELS REQUIRED | | | | |
| | | | 10:35 | | |

| DRUMS RETURNED | I.C.C. | REG. | |
|---|---|---|---|

ASHLAND CHEMICAL COMPANY, Shipper

Per

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

Per ADVANCED ENVIROTECH CO.    Agent

ASHL00209

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

NAME OF CARRIER                                                      DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

ROUTE  ADVANCED ENVIROTECH CO.      CAR NO        SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ     OCD  DATE OF ORDER

CUSTOMER ORDER & REQ NO                          DATE SHIPPED 3/21/7                   REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Phthalide Acid Water Layer | | | | |
| | | CORROSIVE LIQUID N.O.S. | | | | |
| | | APPROX. 5,000 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300 DAY OR NIGHT. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

DRUMS RETURNED        I.C.C.              REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS

**ASHLAND CHEMICAL COMPANY,** Shipper

Per _____         Per  ADVANCED ENVIROTECH CO         Agent

Permanent postoffice address of shipper.  P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHI 00220

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

**RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.**

CARRIER'S NO

| AME OF CARRIER | DELIVERING CARRIER |
|---|---|

HIPPED BY:

## ASHLAND CHEMICAL COMPANY

ORDER NO

| OUTE | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |

| USTOMER ORDER & REQ. NO | | DATE SHIPPED | REQUESTED SHIP DATE |
|---|---|---|---|
| | | 8/24/7 | |

OB    SHIPPING POINT    2 DESTINATION    4 PRODUCING PLANT    5 SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CON CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 2,800 Gallons APPROX 44,000 # | | | | |
| | | Corrosive Liquid N.O.S Corrosive Liquid | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT | | | | |

| DRUMS RETURNED | I.C.C. | REG | |
|---|---|---|---|

CORRECT WEIGHT IS    44,000

ASHLAND CHEMICAL COMPANY, Shipper    Agent

Pe    PeADVANCED ENVIROTECH

Permanent post office address of shipper , P.O BOX 2219, COLUMBUS, OHIO 43216

ASHLU 00038

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

AME OF CARRIER                                    DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**                    ORDER NO

| OUTE | CAR NO | SHIP FROM (CITY & STATE) | OCD | DATE OF ORDER |
|------|--------|--------------------------|-----|---------------|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |

CUSTOMER ORDER & REQ NO          DATE SHIPPED 9/7/76          REQUESTED SHIP DATE

SHIPPING POINT   DESTINATION   PRODUCING PLANT   S-SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

**COLLECT**

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1Tank Truck Containing Spent Mixed Acid | | | | * |
| | | APPROX 3,000 Gallons  APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED        I.C.C.                REG

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ITEMS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT   44,000#
WEIGHT IS                          .85
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL

ASHLAND CHEMICAL COMPANY, Shipper
Per Charles Vanderhof        Per ADVANCED ENVIROTECH CO.        Agent
Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00052

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

*the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.*

| | |
|---|---|
| NAME OF CARRIER | DELIVERING CARRIER |

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**   ORDER NO

| ROUTE **ADVANCED ENVIROTECH CO** | CAR NO | SHIP FROM (CITY & STATE) **210 GT MEADOWS NJ** | OCO DATE OF ORDER |
|---|---|---|---|
| CUSTOMER ORDER & REQ NO | F.O.B | FREIGHT PPD/COLL | SHIP COD YES NO | DATE SHIPPED 9/15/76 | REQUESTED SHIP DATE |

CONSIGNED TO

**DVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN EX NEW JERSEY 08850**

**COLLECT**

| PRODUCT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | APPROX 3,000 Gallons  APPROX 44,000 Lbs | | | | |
| | CORROSIVE LIQUID N.O.S   CORROSIVE LIQUID | | | | |
| | | | | | |
| | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

*Bruce DoRenal*

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS **44,000#** LBS

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO. SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper                Agent

Per *Charlis Bendershot*   Per **ADVANCED ENVIROTECH CO**

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00062

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                                    DELIVERING CARRIER

SHIPPED BY:                    **ASHLAND CHEMICAL COMPANY**                    ORDER NO

| DATE | CAR NO | SHIP FROM (CITY & STATE) | | DATE OF ORDER |
|------|--------|--------------------------|--|---------------|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |
| CUSTOMER ORDER & REQ. NO | | DATE SHIPPED 9/ /76 | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDW | | | | |
| | | APPROX 5000 Gallons    APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY, CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

*Bruce D. Lewd*

| DRUMS RETURNED | I.C.C. | | REG |
|----------------|--------|--|-----|

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS    44,000#

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO. SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper                                          Agent

Per *Charles Stenchist*         Per ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00071

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                   DELIVERING CARRIER

SHIPPED BY:          **ASHLAND CHEMICAL COMPANY**                ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCC | DATE OF ORDER |
|---|---|---|---|---|---|

ADVANCED ENVIROTECH CO                210 GT MEADOWS N.J

CUSTOMER ORDER & REQ. NO                                       REQUESTED SHIP DATE

DATE SHIPPED   10.4.76

SHIPPING POINT   DESTINATION   PRODUCING PLANT   5 SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN     NEW JERSEY  08850

**COLLECT**

| PRODUCT CODE | CONT. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | # WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | APPROX 4500 Gallons | APPROX 44,000 Lbs | | | |
| | | | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | | | | | |

ASHL00089

DRUMS RETURNED       I.C.C.                    REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS    44,000#

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper                                      Agent

Per  Charles Henderch T          Per  ADVANCED ENVIROTECH CO

Permanent postoffice address of shipper,    P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                    DELIVERING CARRIER

SHIPPED BY:

# ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE  ADVANCED ENVIROTECH CO | CAR NO | SHIP FROM (CITY & STATE)  210 GT MEADOWS NJ | DATE OF ORDER

CUSTOMER ORDER & REQ. NO | DATE SHIPPED  10/0//08 | REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | Corrosive liquid N.O.S. corrosive liquid | | | | |
| | | APPROX 3,000 Gallons    APPROX 44,000 Los | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| 00700 | | Bruce D. Round     REG. | | | | ASHL00092 |

DRUMS RETURNED      I.C.C.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IN 44,000 #
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., Shipper

ASHLAND CHEMICAL COMPANY, Shipper                              Agent
Per Charles Henderhut            Per ADVANCED ENVIROTECH CO.
Permanent post office address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216
This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |
| CUSTOMER ORDER & REQ NO | | DATE SHIPPED  10/8/76 | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR ) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 3,000 Gallons | APPROX | 44,000 | | |
| | | CORROSIVE LIQUID N.O.S   CORROSIVE LIQUID | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

*Bruce Delewal*

ASHL00095

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

*"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is  carrier's or shipper's weight"
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding*

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS   44,000
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

| ASHLAND CHEMICAL COMPANY, Shipper | | Agent |
|---|---|---|
| Per *Charles Henchrist* | Per ADVANCED ENVIROTECHCO | |

Permanent postoffice address of shipper,  P.O. BOX 2219, COLUMBUS, OHIO 43216

BF 000559

# STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading,

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY    OCT 19 19 76 BY TRUCK ☒ FREIGHT ☐    Shipper's No.

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH CO    Agent's No.

Consigned to ADVANCED ENVIROTECH COMPANY

Destination MILLTOWN P.O. BOX 152    State of NEW JERSEY    County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT* (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid  APPROX 3,000 Gallons | | | |
| | APPROX 44,000 lbs | | | |
| | CORROSIVE LIQUID N.O.S | IN THE EVENT OF ANY EMERGENCY | | |
| | CORROSIVE LIQUID | CONCERNING THE PRODUCT IN THIS | | |
| | | SHIPMENT CALL TOLL-FREE NUMBER | | |
| | | 800-424-9300 DAY OR NIGHT | | |
| | CORROSIVE LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS    LBS.

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper, Per Charles Meadows ADVANCED ENVIROTECH Agent, Per

ASHL00110

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**RECEIVED**, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From **ASHLAND CHEMICAL CO.**

At **GT. MEADOWS, N.J.**    MAR 1  19 77  BY TRUCK ☒  FREIGHT ☐    Shipper's No.

Carrier **ADVANCED ENVIROTECH COMPANY**    Agent's No.

Consigned to **ADVANCED ENVIROTECH CO.**

P.O. BOX 152    MILLTOWN

Destination _____ State of **NEW JERSEY** County of _____

Route _____

Delivering Carrier _____ Vehicle or Car Initial _____ No. _____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Nitrating | | | |
| | Mixed Spent Acid | 40,000 | LBS. | |
| | CORROSIVE MATERIAL | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX. 3000 GALS. | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE DAY OR NIGHT. 800-424-9300. | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

Shipper, Per _____    Agent, Per _____

CORRECT WEIGHT IS _____ LBS.

ASHL00193

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| NAME OF CARRIER | | DELIVERING CARRIER | | | | |
|---|---|---|---|---|---|---|

**SHIPPED BY:** **ASHLAND CHEMICAL COMPANY**   ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | | OCC | DATE OF ORDER |
|---|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | | 210 GT MEADOWS NJ | | | |

CUSTOMER ORDER & REQ. NO | | | | DATE SHIPPED 3/15/77 | REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Phthalide Acid Water Layer | | | | |
| | | CORROSIVE LIQUID N.O.S. | | | | |
| | | APPROX. 5,000 GALS | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | | | 10:35 A.m. | | |
| | | | OUT | 12:00 | | |
| | | | | Bruce | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

DRUMS RETURNED    I.C.C.    REG.

**ASHLAND CHEMICAL COMPANY,** Shipper    Agent

Per    ADVANCED ENVIROTECH CO.

Permanent post office address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00210

**SHIPPING ORDER**

RECEIVE *subject to the classifications and lawfully in effect on the date of this Shipping Order*

NAME OF CARRIER

DELIVERING CARRIER

CARRIER'S NO

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |

ROUTE ... ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE) 210 GT MEADOWS N.J.

OCO  DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED 3/23/7

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (Mixed) Acid Spent | | | | |
| | | APPROX 3,000 Gallons | | | | |
| | | APPROX 40,000 Lbs | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED              I.C.C.              REG.

HVNX 50 Cents        ~ Pound

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS 40,000#

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

**ASHLAND CHEMICAL COMPANY,** Shipper

Per

Per ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00223

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*[fine print paragraph]*

NAME OF CARRIER

DELIVERING CARRIER

**ASHLAND CHEMICAL COMPANY**

SHIPPED BY:

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | | 210 GT MEADOWS N.J. | | |

CUSTOMER ORDER & REQ. NO.

DATE SHIPPED 8/9/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | X Tank Truck Containing Spent Mixed Acid FromsGEN | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | APPROX 2,850 Gallons  APPROX 44,000 lbs | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED    I C C    REG

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS    44,000

ASHLAND CHEMICAL COMPANY, Shipper

Per Charles Henderson T    Per ADVANCED ENVIROTECH COMPANY    Agent

Permanent post-office address of shipper   P.O. BOX 2319, COLUMBUS, OHIO 43216

ASHL00005

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

NAME OF CARRIER                                      DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
|---|---|---|---|

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH COMPANY | | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED 8/16/76 | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIRTECH COMPANY
P.O BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO CORR) | FREIGHT RATE | |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | | |
| | | APPROX 2,800 GALLONS  APPROX 44,000 Lbs | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED      I.C.C.                REG

CORRECT WEIGHT IS  44,000  lbs

ASHLAND CHEMICAL COMPANY, Shipper      Per  ADVANCED ENVIRTECH CO. Agent

P.O BOX 2219, COLUMBUS, OHIO 43216

ASHL00006

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

FISHER CHEM

| | |
|---|---|
| NAME OF CARRIER | DELIVERING CARRIER |

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIRTECH CO. | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO. | F.O.B. | FREIGHT SHIP CODE 1-PPD 2-COLL TC 1 LTL 2 | DATE SHIPPED 8/18/7 | REQUESTED SHIP DATE |
|---|---|---|---|---|

FOB   SHIPPING POINT   2-DESTINATION   4-PRODUCING PLANT   5-SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 552
MILLTOWN NEW JERSEY 08850

**COLLECT**

| PRODUCT CODE | CON CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR * | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | APPROX 4,000 Gallons APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

ASHLAND CHEMICAL COMPANY, Shipper

Per Charles Henderson

Permanent post office address of shipper P O BOX 2219, COLUMBUS, OHIO 43216

Edward M Jorg   Agent
Per ADVANCED ENVIROTECH CO.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS   44,000   .81

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO., Shipper

ASHL00007

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                    DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**    ORDER NO

ROUTE **ADVANCED ENVIROTECH CO**    CAR NO    SHIP FROM (CITY & STATE) **210 GT MEADOWS NJ**    OCO    DATE OF ORDER

CUSTOMER ORDER & REQ NO    DATE SHIPPED **8/19/7**    REQUESTED SHIP DATE

SHIPPING POINT    DESTINATION    PRODUCING PLANT    SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
Milltown New Jersey 08850

**COLLECT**
COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | APPROX 5,000 GALLONS | APPROX 44,000 Lbs | | | |
| | | NO LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | | | | | |
| DRUMS RETURNED | | ICC | | REG | | |

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT wt GM is _____ 44,000 _____ lb
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO   Shipper

ASHLAND CHEMICAL COMPANY, Shipper

Per _Charles Henderlot_    Per _Edward M Long_   Agent  ADVANCED ENVIROTECH

P O BOX 2219, COLUMBUS, OHIO 43216

ASHL00008

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

NAME OF CARRIER                                              DELIVERING CARRIER

SHIPPED BY:              **ASHLAND CHEMICAL COMPANY**                          ORDER NO

| ROUTE ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 G1 MEADOWS NJ | OCD | DATE OF ORDER |

CUSTOMER ORDER & REQ NO          DATE SHIPPED 8/19/76          REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O.BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| | PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | | APPROX 3,000 Gallons  APPROX 44,000 Lbs | | | | |
| | | | CORROSIVE LABELS REQUIRED | | | | |
| | | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED      I C C          REG

ASHLAND CHEMICAL COMPANY, Shipper          Eduard M Jong     Agent
                                    Per  ADVANCED ENVIROTECH CO,
P O BOX 2219, COLUMBUS, OHIO 43216

CORRECT 44,000#

ASHL00009

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER | DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY** | ORDER NO

ROUTE **ADVANCED ENVIROTECH CO.** | CAR NO | SHIP FROM (CITY & STATE) **2210 GT MEADOWS NJ** | OCO DATE OF ORDER

CUSTOMER ORDER & REQ NO | DATE SHIPPED 8/20/76 | REQUESTED SHIP DATE

CONSIGNED TO
**ADVANCED ENVIROTECH COMPANY**
**P.O.BOX 152**
**MILLTOWN NEW JERSEY 08850**

**COLLECT**

| PRODUCT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO CORR | FREIGHT RATE |
|---|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | APPROX 3,800 Gallons APPROX 44,000 Lbs | | | | |
| | CORROSIVE LABELS REQUIRED | | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED | I C C | REG

CORRECT WEIGHT IS 44,000#

ASHLAND CHEMICAL COMPANY, Shipper
Per *Charles Vanderbat*
Per *Edward M Jorg*, Agent **ADVANCED ENVIROTECH CO.**
P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00010

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| | CARRIER'S NO |
|---|---|

| NAME OF CARRIER | | DELIVERING CARRIER | |
|---|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |

| ROUTE | ADVANCED ENVIROTECH CO | CAR NO | SHIP FROM (CITY & STATE) 210 GTX MEADOWS NJ | OCO | DATE OF ORDER |
|---|---|---|---|---|---|

| CUSTOMER ORDER & REQ. NO | F.O.B. | FREIGHT PPD I-COLL | SHIP CODE TC I-TI I-T | DATE SHIPPED 8/23/76 | | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|

FOB    SHIPPING POINT   2-DESTINATION   4-PRODUCING PLANT   5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

**COLLECT**

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | + WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Chemists Spent Mixed Acid | | | | |
| | | | APPROX 3,800 Gallons APPROX 44,000 lbs | | | | |
| | | | CORROSIVE LIQUID N.O.S | | | | |
| | | | | | | | |
| | | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | | |
| | | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WT-Cert is   44,000#    LBS
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper
Per _Charles Henderson_    Per ADVANCED ENVIROTECH CO.    Agent

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS OHIO 43216

ASHL00037

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*[small print paragraph — illegible]*

| NAME OF CARRIER | | | DELIVERING CARRIER | | | CARRIER'S NO |
|---|---|---|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | | | ORDER NO |
|---|---|---|---|---|---|

| ROUTE | | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO. | | F.O.B | FREIGHT | SHIP CODE | DATE SHIPPED | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|
| | | | 1-PPD 2-COLL | 1C 1 LN 2 | 8/25/76 | |

FOB    1-SHIPPING POINT   2-DESTINATION   4-PRODUCING PLANT   5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY

P.O. BOX 152
MILLTOWN NEW JERSEY 08850

**COLLECT**

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | *WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 2,800 GALLON APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300. DAY OR NIGHT. | | | | |

| | DRUMS RETURNED | I.C.C. | | REG | |
|---|---|---|---|---|---|

*[small print note about shipment moving between ports]*

NOTE—Where the rate is dependant on value shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ASHLAND CHEMICAL COMPANY, Shipper | | Agent |
|---|---|---|
| Per *Charles Wadsworth* | Per ADVANCED ENVIROTECH CO | |

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS    44,000    IS

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO. SHIPPER

ASHL00039

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |

| ROUTE | ADVANCED ENVIROTECH CO. | CAR NO. | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| CUSTOMER ORDER & REQ NO | | | DATE SHIPPED 8/26/76 | | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH CO.
P.O. BOX 152
MILLTOWN, NEW JERSEY  08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX. 3000 GALLONS | | APPROX. 44,000 LBS. | | |
| | | CORROSIVE LIQUID N.O.S. | | CORROSIVE LIQUID | | |
| | | | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

DRUMS RETURNED         I.C.C.         REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS   44,000

ADVANCED ENVIROTECH CO.   Agent

P.O. BOX 2219, COLUMBUS, OHIO 43216