# EXHIBIT 4
# (PART 4)

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

| | | | |
|---|---|---|---|
| NAME OF CARRIER | | DELIVERING CARRIER | CARRIER'S NO |
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |

| ROUTE | | | CAR NO | SHIP FROM (CITY & STATE) | OCO DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | | 210 GT MEADOWS NJ | |
| CUSTOMER ORDER & REQ NO | | F.O.B | FREIGHT PPD-COLL | DATE SHIPPED 8/26/76 | REQUESTED SHIP DATE |

TO    SHIPPING POINT   DESTINATION   PRODUCING PLANT   SEE EXPLANATION BELOW

**CONSIGNED TO**

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

If charges are to be prepaid, write or stamp here "To be Prepaid"

Received $ _____ to apply in prepayment of the charges on the property described hereon

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

**COLLECT**

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | # WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank  Truck Containing Waste Water From CDN | | | | |
| | | APPROX 5,000 Gallons APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| | |
|---|---|
| ASHLAND CHEMICAL COMPANY, Shipper | THIS SHIPMENT IS CORRECTLY DESCRIBED |
| Per _Charles Hinckerhof_ | Per _advanced envirotech co_    Agent |
| | CORRECT WEIGHT IS  44,000  LBS |
| Permanent post-office address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216 | SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT |
| | ASHLAND CHEMICAL CO , SHIPPER |

_Ed Long_

ASHL00041

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| NAME OF CARRIER | | DELIVERING CARRIER | | CARRIER'S NO |
|---|---|---|---|---|

**SHIPPED BY:**   **ASHLAND CHEMICAL COMPANY**    ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | 210 GT MEADOWS NJ | | |

CUSTOMER ORDER & REQ. NO.    F.O.B   FREIGHT / SHIP CODE   DATE SHIPPED 8/26/76    REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing XXXXXXXXXX WASTE Water From | | | | |
| | | Dyes  APPROX 5,000 Gallons APPROX 44,000 Lbs | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED    I.C.C.    REG

ASHLAND CHEMICAL COMPANY, Shipper

Per *Charles Hudson*    Per *Edward Long* Agent    ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

CORRECT WEIGHT IS 44,000 #

ASHL00042

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | | | |
|---|---|---|---|---|

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**   ORDER NO

| ROUTE | CAR NO. | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO. | F.O.B. | FREIGHT PPD 2-COLL | SHIP CODE FC-142 | DATE SHIPPED 8/27/76 | REQUESTED SHIP DATE |
|---|---|---|---|---|---|

F.O.B.   1-SHIPPING POINT  2-DESTINATION  4-PRODUCING PLANT   3-SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY   08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | ● WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 3,800 Gallons APPROX 44,000 lbs | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG. | |
|---|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS **44,000#**

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING

ASHLAND CHEMICAL COMPANY, Shipper

Per *Charles Hendershot*          Per ADVANCED ENVIROTECH CO.      Agent

Permanent post-office address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00043

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER                                          DELIVERING CARRIER

SHIPPED BY:              **ASHLAND CHEMICAL COMPANY**                    ORDER NO

ROUTE                                    CAR NO        SHIP FROM (CITY & STATE)    OCO DATE OF ORDER
**ADVANCED ENVIROTECH CO**                            **210 GT MEADOWS NJ**

CUSTOMER ORDER & REQ NO      F.O.B  FREIGHT SHIP CODE   DATE SHIPPED              REQUESTED SHIP DATE
                                                       **8/31/76**

SHIPPING POINT  2 DESTINATION  4 PRODUCING PLANT  5 SEE EXPLANATION BELOW
CONSIGNED TO

**ADVANCED ENVIROTECH COMPANY**
**P.O. BOX 152**
**MILLTOWN NEW JERSEY 08850**

COLLECT

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank,Truck Containing Spent Mixed Acid | | | | |
| | | | APPROX 3,000 Gallons APPROX 44,000 Lbs | | | | |
| | | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | | CORROSIVE LABELS REQUIRED | | | | |
| | | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

DRUMS RETURNED        I.C.C                REG

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS  **44,000#**

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTING TO AGREEMENT

ASHLAND CHEMICAL COMPANY, Shipper        ASHLAND CHEMICAL

Per **Charles Vanderslot**    Per **ADVANCED ENVIROTECH**    Agent

Permanent postoffice address of shipper  P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00044

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

[illegible]

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO | FOB | FREIGHT | SHIP CODE | | DATE SHIPPED | | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|---|
| | | | | [redacted] | 9/1/76 | [redacted] | |

FOB: SHIPPING POINT 2-DESTINATION 4-PRODUCING PLANT 5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, NEW JERSEY 08850

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

COLLECT

Received $ ________ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | | |
| | | APPROX 3,000 Gallons APPROX 44,000 Lbs | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT CALL TOLL-FREE NUMBER 80[illegible], DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C. REG

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ________ per ________

(THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL

ASHLAND CHEMICAL COMPANY, Shipper
Per Charles Hauck [signature]

Agent
Per ADVANCED ENVIROTECH [signature]

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

[illegible]

ASHL00049

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

| NAME OF CARRIER | | DELIVERING CARRIER | | |
|---|---|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | | ORDER NO |

| ROUTE | ADVANCED ENVIROTECH CO | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | CO.CD DATE OF ORDER |

| CUSTOMER ORDER & REQ NO | | FOB | FREIGHT | SHIP CODE | DATE SHIPPED 9/2/76 | REQUESTED SHIP DATE |

1-SHIPPING POINT  2-DESTINATION  4-PRODUCING PLANT  5-SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CON CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 3,000 Gallons APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800 424-9300. DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

THIS SHIPMENT IS CORRECT, DESCRIBED
CORRECT WEIGHT IS 44,000#
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND

ASHLAND CHEMICAL COMPANY, Shipper                    Agent
Per Charles Henderson        Per ADVANCED ENVIROTECH CO.
Permanent postoffice address of shipper  P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00050

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY:

## ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE

ADVANCED ENVIROTECH CO.

| CAR NO | | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |

21:0 GT MEADOWS NJ

CUSTOMER ORDER & REQ. NO | F.O.B | FREIGHT | DATE SHIPPED 9/8/76 | REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
PO. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT ISSUE TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | Corrosive liquid N.O.S Corrosive Liquid | | | | |
| | | APPROX 3,000 Gallons APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT | | | | |

DRUMS RETURNED    I.C.C    REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS    44,000# lb

ASHLAND CHEMICAL COMPANY, Shipper

Per *Charles Henderson*

Permanent post-office address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

Per *Edward Long* Agent

ADVANCED ENVIROTECH CO.

ASHL00054

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| | |
|---|---|
| NAME OF CARRIER | DELIVERING CARRIER |

**SHIPPED BY:**      **ASHLAND CHEMICAL COMPANY**      ORDER NO

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCO DATE OF ORDER |
|---|---|---|---|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | |
| CUSTOMER ORDER & REQ NO | | DATE SHIPPED 9/8/76 | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

**COLLECT**

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX 5,000 Gallons | APPROX | 44,000 Lbs | | |
| | | NO LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

*If the shipment moves between two ports by a carrier by water, the law requires that this bill of lading shall state whether it is "carrier's or shipper's weight"

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS   **44,000#**   LBS
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL COMPANY, Shipper     Per ADVANCED ENVIROTECH CO     Agent

Per _Charles Henderson_     Per _Edmund Jones_

Permanent postoffice address of shipper.   P.O. BOX 2219, COLUMBUS, OHIO 43216

If interstate consignment, this shipment hereof shall be subject to the laws of Texas, all provisions not expressly restricted by such laws shall be applicable to this shipment

"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Department of Transportation.

ASHL00055

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

DELIVERING CARRIER

NAME OF CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

| ROUTE | | CAR NO | | SHIP FROM (CITY & STATE) | | OCC | DATE OF ORDER |
|---|---|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | | 210 GT MEADOWS NJ | | | |

CUSTOMER ORDER & REQ NO | | | | DATE SHIPPED 9/10/76 | | | REQUESTED SHIP DATE

1 SHIPPING POINT   2 DESTINATION   4 PRODUCING PLANT   5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

Signature of Consignor

**COLLECT**

Charges Advanced

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | | |
| | | APPROX 5,000     APPROX 44,000# | | | | | |
| | | | | | | | |
| | | NO LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED         I C C         REG

NOTE—where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS **44,000#**

ASHLAND CHEMICAL COMPANY, Shipper

Per Charles Henderlot

Per **ADVANCED ENVIROTECH CO**   Agent

P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00057

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

## ASHLAND CHEMICAL COMPANY

| SHIPPED BY: | | | ORDER NO |
|---|---|---|---|

ADVANCED ENVIROTECH CO

| CAR NO | SHIP FROM (CITY & STATE) | DATE OF ORDER |
|---|---|---|
| | 210 GT MEADOWS NJ | |

DATE SHIPPED  9/10/76

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | # WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 2200 Gallons    APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LIQUID N.O.S    CORROSIVE LIQUID | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

CORRECT WEIGHT IS  44,000#  LBS

ASHLAND CHEMICAL COMPANY, Shipper
Per *Charles Henderson*    Per ADVANCED ENVIROTECH CO    Agent

P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00059

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

*(fine print paragraph, illegible)*

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**     ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | F.O.B. | FREIGHT SHIP CODE | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ NO | | | | DATE SHIPPED | | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|
| | | | | 9/14/76 | | |

1-SHIPPING POINT   2-DESTINATION   4-PRODUCING PLANT   5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN PA 08850

COLLECT

| PRODUCT CODE | CONT 1201 | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | # WEIGHT SUB TO CODE | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 3,000 Gallons   APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT. CALL TOLL-FREE NUMBER
800-424-9300. DAY OR NIGHT.

| DRUMS RETURNED | I.C.C. | REG |
|---|---|---|

*(fine print)*

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ASHLAND CHEMICAL COMPANY, Shipper     Per     ADVANCED ENVIROTECH CO     Agent

Per *(signature)*

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS  44,000#
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEM

ASHL00061

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

### RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER | DELIVERING CARRIER

**SHIPPED BY:**

## ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE
ADVANCED ENVIROTECH CO

CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCO | DATE OF ORDER

CUSTOMER ORDER & REQ NO | F.O.B. | FRT CH | SHIP CODE | DATE SHIPPED 9/16/76 | REQUESTED SHIP DATE

SHIPPING POINT  2-DESTINATION  4 PRODUCING PLANT  5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CON. DON. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S  CORROSIVE LIQUID | | | | |
| | | APPROX 3,000 Gallons    APPROX 44,000 Lbs | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT | | | | |

DRUMS RETURNED      I.C.C.                    REG

NOTE—Where the rate is dependent on value shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

CORRECT WEIGHT IS   44,000#   LBS

ASHLAND CHEMICAL COMPANY, Shipper

Per Charlis Kendall

Per ADVANCED ENVIROTECH CO      Agent

Permanent postoffice address of shipper   P.O. BOX 2219  COLUMBUS, OHIO 43216

ASHL00064

THIS MEMORANDUM

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading,

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER |
| --- | --- |

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

| ROUTE | CAR NO. | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
| --- | --- | --- | --- | --- |
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO. | FOB | FREIGHT 1-PPD 2-COLL | SHIP CODE TC 1 LTL 2 | DATE SHIPPED 9/19/78 | REQUESTED SHIP DATE |
| --- | --- | --- | --- | --- | --- |

| FOB 1-SHIPPING POINT 2-DESTINATION 4-PRODUCING PLANT 5-SEE EXPLANATION BELOW | |
| --- | --- |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY C8850

COLLECT

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | | APPROX 5,000 Gallons    APPROX 44,000 Lbs | | | | |
| | | | CORROSIVE LIQUID N.O.S    CORROSIVE LIQUID | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | | |

| DRUMS RETURNED | I.C.C. | REG. |
| --- | --- | --- |

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS **44,000#** LBS.
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

**ASHLAND CHEMICAL COMPANY, Shipper**

Per _____     Per **ADVANCED ENVIROTECH CO**     Agent

Permanent postoffice address of shipper, P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ASHL00072

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER | |
|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCD | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO | F.O.B. | FRIGHT | SHIP CODE | DATE SHIPPED | REQUESTED SHIP DATE |
|---|---|---|---|---|---|
| | | | | 9/23/7 | |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.  08850

COLLECT

| PRODUCT CODE | CON COD | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.    CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS.    APPROX. 44,000 LBS. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT II. SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300. DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG | THIS SHIPMENT IS CORRECTLY DESCRIBED |
|---|---|---|---|
| | | | CORRECT WEIGHT IS 44,000 LBS |

ASHLAND CHEMICAL COMPANY Shipper    Agent
Per                                    Per    ADVANCED ENVIROTECH CO.

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00077

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*[small print paragraph — illegible]*

| | | | | CARRIER'S NO |

| ME OF CARRIER | DELIVERING CARRIER | |

| IIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |

| UTE | ADVANCED ENVIROTECH CO | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCO | DATE OF ORDER |
| STOMER ORDER & REQ NO | | F.O.B. | DATE SHIPPED 9/24/7 | | REQUESTED SHIP DATE |

1-SHIPPING POINT  2-DESTINATION  4-PRODUCING PLANT  5-SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152

MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CON. CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S  CORROSIVE LIQUID | | | | |
| | | APPROX 3,000 Gallons  APPROX 44,000 lbs | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-93?? DAY OR NIGHT. | | | | |

| DRUMS RETURNED | I.C.C. | REG |

CORRECT WEIGHT IS 44,000 lbs
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORD ING TO AGREEMENT
ASHLAND CHEMICAL

ASHLAND CHEMICAL COMPANY, Shipper
Per *Charles _____*    Per ADVANCED ENVIROTECH CO    Agent
Permanent postoffice address of shipper    P O BOX 2219, COLUMBUS, OHIO 43216

ASHL00078

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

NAME OF CARRIER                                    DELIVERING CARRIER

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
|---|---|---|---|

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCC | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | | 210 GT MEADOWS NJ | | |
| CUSTOMER ORDER & REQ. NO. | | | DATE SHIPPED 9/27/76 | | REQUESTED SHIP DATE |

FOB    SHIPPING POINT    DESTINATION    PRODUCING PLANT    SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08350

COLLECT

| | PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR Y | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | |
| | | | APPROX 3,000 Gallons    APPROX 44,000 Lbs | | | | |
| | | | | | | | |
| | | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |

ASHL00080

DRUMS RETURNED        I.C.C.            REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS     44,000#

| ASHLAND CHEMICAL COMPANY, Shipper | ADVANCED ENVIROTECH CO. | Agent |
|---|---|---|
| Per Charles Blankenhop | Per | |

Permanent postoffice address of shipper,  P.O. BOX 2219, COLUMBUS, OHIO 43216

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

NAME OF CARRIER                    DELIVERING CARRIER                    CARRIER'S NO

SHIPPED BY:

# ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE  ADVANCED ENVIROTECH CO.          CAR NO          SHIP FROM (CITY & STATE)          OCO  DATE OF ORDER
                                                         210 GT MEADOWS NJ

CUSTOMER ORDER & REQ NO                                  DATE SHIPPED                        REQUESTED SHIP DATE
                                                         9/28/76

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | APPROX. 5,000 GALLONS  4500 | | APPROX. 44,000 LBS. | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | NO LABELS REQUIRED | | | | |

ASHL00081

DRUMS RETURNED     I.C.C.          REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS  44,000#

ASHLAND CHEMICAL COMPANY, Shipper                Agent

Per                          Per  ADVANCED ENVIROTECH CO

Permanent postoffice address of shipper  P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | DELIVERING CARRIER: | |
|---|---|---|

| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | ORDER NO |
|---|---|---|

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ. NO | | | DATE SHIPPED 9/28/76 | REQUESTED SHIP DATE |
|---|---|---|---|---|

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.  CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALLONS    APPROX. 44,000 LBS. | | | | |
| | | | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | | | | | |
| | | | | ASHL00082 | | |

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DISCLOSED
CORRECT WEIGHT IS 44,000#

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper    ADVANCED ENVIROTECH CO.    Agent

Per ___    Per ___

Permanent postoffice address of shipper, P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER                                    DELIVERING CARRIER

SHIPPED BY:     **ASHLAND CHEMICAL COMPANY**                              ORDER NO

ROUTE     ADVANCED ENVIROTECH CO.          CAR NO      SHIP FROM (CITY & STATE)      CCO  DATE OF ORDER
                                                        210 GT MEADOWS NJ

CUSTOMER ORDER & REQ NO                                 DATE SHIPPED                       REQUESTED SHIP DATE
                                                        9/29/76

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, NEW JERSEY

                                                        COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S. | | CORROSIVE LIQUID | | |
| | | APPROX. 3,000 GALS. | APPROX. | 44,000 LBS. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | | | | ASHL00083 | |

DRUMS RETURNED      I.C.C.            REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT
WEIGHT IS        44,000#

SUBJECT TO VERIFICATION BY APPROPRIATE
WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper                              Agent
Per                              Per   ADVANCED ENVIROTECH CO.
Permanent postoffice address of shipper.   P.O. BOX 2219, COLUMBUS, OHIO 43216

Copy

THIS MEMORANDUM

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE

CAR NO

SHIP FROM (CITY & STATE)

DATE OF ORDER

CUSTOMER ORDER & REQ. NO.

F.O.B | FREIGHT | SHIP CODE

DATE SHIPPED

REQUESTED SHIP

FOB    SHIPPING POINT    2-DESTINATION    4-PRODUCING PLANT    5-SEE EXPLANATION BELOW
CONSIGNED TO

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | ● WEIGHT ISUB TO COS S | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Waste Water From Dyes | | | | |
| | | | APPROX. 5,000 GALLONS | | APPROX. 44,000 LBS. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | NO LABELS REQUIRED | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DRUMS RETURNED    I.C.C.    REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS    44,000#    LBS.

ASHLAND CHEMICAL COMPANY / Shipper

Per

Per    ADVANCED ENVIROTECH CO    Agent

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00084

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*(fine print paragraph, illegible)*

| NAME OF CARRIER | | DELIVERING CARRIER | | | | ORDER NO |
|---|---|---|---|---|---|---|

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

| ROUTE | CAR NO | SHIP FROM (CITY & STATE) | OCD | DATE OF ORDER |
|---|---|---|---|---|
| ADVANCED ENVIROTECH CO | | 210 GT MEADOWS NJ | | |

| CUSTOMER ORDER & REQ NO | | DATE SHIPPED | REQUESTED SHIP DATE |
|---|---|---|---|
| | | 10/1/76 | |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | APPROX 3,000 Gallons   APPROX 44,000 Lbs | | | | |
| | | CORROSIVE LIQUID N.O.S  CORROSIVE LIQUID | | | | |
| | | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | | | | | |

ASHL00087

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS 44,000# SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL COMPANY, Shipper

Per *Charles Hendricks*

Per **ADVANCED ENVIROTECH CO** — Agent

Permanent postoffice address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY:

# ASHLAND CHEMICAL COMPANY

ORDER NO.

| ROUTE | | | CAR NO. | | SHIP FROM (CITY & STATE) | | OCD | DATE OF ORDER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CUSTOMER ORDER & REG. NO.

| F.O.B | FREIGHT | SHIP CODE | DATE SHIPPED | | REQUESTED SHIP D |
|---|---|---|---|---|---|
| | | | 10 | | |

F.O.B.    SHIPPING POINT    2-DESTINATION    4-PRODUCING PLANT    5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | *WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | | APPROX 5,000 Gallons   APPROX 44,000 Lbs | | | | |
| | | | 4,500 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | NO LABELS REQUIRED | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DRUMS RETURNED          I.C.C.                    REG.

**ASHLAND CHEMICAL COMPANY**, Shipper

Per _____

Per **ADVANCED ENVIROTECH CO.**    Agent

ASHL00090

**RAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

## ASHLAND CHEMICAL COMPANY

ORDER NO

SHIPPED BY:

ROUTE ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ

OCC DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED 10/7/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | |
| | | APPROX 5,000 Gallons   APPROX 44,000 Lbs | | | | |
| | | 4500 | | | | |
| | | | | | | |
| | | NO LABELS REQUIRED | | | | |
| | | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300. DAY OR NIGHT. | | | | |

ASHL00107

DRUMS RETURNED    I.C.C.    REG.

ITEMS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS 44,000#   LBS
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT.
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper
Per Charlie Kimberly

Per ADVANCED ENVIROTECH CO.    Agent

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

| NAME OF CARRIER | | | DELIVERING CARRIER | | |
|---|---|---|---|---|---|

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCC | DATE OF ORDER |
|---|---|---|---|---|---|
| ADVANCED ENVIROTECH CO. | | | 210 GT MEADOWS NJ | | |

CUSTOMER ORDER & REQ. NO

DATE SHIPPED 10/12/7

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J. 08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.   CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS. (2800) | APPROX. | 44,000 LBS | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800-424-9300, DAY OR NIGHT.

CORROSIVE LABELS REQUIRED

ASHL00098

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS   44,000

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per _____   ADVANCED ENVIROTECH CO.   Ed Jones   Agent

Permanent post office address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

**THIS MEMORANDUM**

RECEIVED, subject to the classifications and lawfully in effect on the date of this receipt by the carrier of the property described in the Original Bill of Lading.

*(fine print paragraph, illegible)*

| NAME OF CARRIER | | DELIVERING CARRIER | | | |
|---|---|---|---|---|---|

## ASHLAND CHEMICAL COMPANY

SHIPPED BY:

| ROUTE | | CAR NO. | SHIP FROM (CITY & STATE) | OCO | DATE OF ORDER |
|---|---|---|---|---|---|
| | | | 210 ... S ... | | |

| CUSTOMER ORDER & REQ. NO. | FOB | FREIGHT | SHIP CODE | DATE SHIPPED | | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|
| | | 1-PPD 2-COLL | TC 1 LN 2 | 10/12/7 | | |

FOB  1-SHIPPING POINT  2-DESTINATION  4-PRODUCING PLANT  5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.  08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUE TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.  CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS.     APPROX. 44,000 LBS. | | | | |

CORROSIVE LABELS REQUIRED

DRUMS RETURNED        N.C.              REG.

CORRECT  44,000 LBS

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO.

ASHL00096

THIS MEMORANDUM

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading, set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| NAME OF CARRIER | | DELIVERING CARRIER | | |
|---|---|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | | ORDER NO |
| ROUTE | | CAR NO | SHIP FROM (CITY & STATE) | OCD | DATE OF ORDER |
| YOUR PICK-UP | | | 210 ST. MEADOWS NJ | | |
| CUSTOMER ORDER & REQ. NO. | FOB FREIGHT SHIP CODE | | DATE SHIPPED 10/12/7 | | REQUESTED SHIP DA |

FOB    1-SHIPPING POINT    2-DESTINATION    4-PRODUCING PLANT    5-SEE EXPLANATION BELOW
CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.  08850

COLLECT

| | PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | * WEIGHT (SUB TO COR ) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | 75 dks | | 1 Truck Load Of Waste Material------FLAMMABLE MATERIAL | | | | |
| | | | 64 Drums Isopropanol-----Flammable Liquid | | | | |
| | | | Alcohol N.O.S.      Flammable Liquid | | | | |
| | | | | | 28,800 | | |
| | | | 15  Drums Methanol---------Flammable Liquid | | | | |
| | | | Methyl Alcohol      Flammable Liquid | | | | |
| | | | | | 6750 LBS | | |
| | | | FLAMMABLE LABELS REQUIRED | | | | |

DRUMS RETURNED          I.C.C.                    REG.

THIS SHIPMENT IS CORRECTLY DESCRIBED

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

CORRECT WEIGHT IS   35550  LBS
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper          79
Per _____          Per   ADVANCED ENVIROTECH CO.          Agent

Permanent classified address of shipper   P.O. BOX 2219, COLUMBUS, OHIO 43216
"If accurate consignment, then the premises hereof shall be subject to the laws of Texas and provisions not expressly mentioned thereto herein shall be applicable to this shipment"
( Shipper ) signer or line of cation, not a part of bill of lading, must be signed by the shipper and delivered to the Department of Transportation."
"This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

ASHL00097

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

| NAME OF CARRIER | | DELIVERING CARRIER | |
|---|---|---|---|
| SHIPPED BY: | **ASHLAND CHEMICAL COMPANY** | | ORDER NO |
| ROUTE ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE) 210 GT MEADOWS NJ | OCD DATE OF ORDER |
| CUSTOMER ORDER & REQ NO | | DATE SHIPPED 10/13/7 | REQUESTED SHIP DATE |

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.    08850

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | |
| | | CORROSIVE LIQUID N.O.S.    CORROSIVE LIQUID | | | | |
| | | APPROX. 3,000 GALS.    APPROX. 44,000 LBS. | | | | |
| | | 2800 | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |
| | | | | | | ASHL00099 |

| DRUMS RETURNED | I.C.C. | REG. |
|---|---|---|

44,000

ASHLAND CHEMICAL COMPANY Shipper
Per  A. Leon Henderson    Per  ADVANCED ENVIROTECH CO.    Agent

Permanent postoffice address of shipper    P.O. BOX 2219, COLUMBUS, OHIO 43216

BF 00564

From ASHLAND CHEMICAL CO.                    OCT. 15, 19 76    DESIGNATE WITH AN (X)
At  GREAT MEADOWS, N.J.                                BY TRUCK ☐ FREIGHT ☐    Shipper's No. _____

Carrier    ADVANCED ENVIROTECH CO.                                              Agent's No. _____

Consigned to    ADVANCED ENVIROTECH COMPANY                    Mail or street address of consignee — For purposes of notification only.

Destination    P.O. BOX 152    MILLTOWN        State of    N.J.        County of _____

Route _____

| Delivering Carrier    ADVANCED ENVIROTECH CO. | Vehicle or Car Initial | No. | | | |
|---|---|---|---|---|---|
| PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
| 1 Tank Truck & Containing | | | | | |
| Spent Mixed Acid | | APPROX. 44,000 LBS. | | | |
| | | | | | |
| | CORROSIVE LIQUID N.O.S. | APPROX 3,000 GALS. | | | |
| | CORROSIVE LIQUID | | | | |
| | | IN THE EVENT OF A EMERGENCY | | | |
| | | CONCERNING THE PRODUCT IN THIS | | | |
| | | SHIPMENT CALL TOLL FREE NUMBER. | | | |
| | | 800-424-9300 DAY OR NIGHT. | | | |
| | CORROSIVE LABELS REQUIRED | | | | |

C.O.D. SHIPMENT

C O D Amt _____

Collection fee _____

Total Charges _____

Shipper, Per _____ ADVANCED ENVIROTECH CO. Per Ed Jarg Agent, Per Ed Jarg

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

Permanent post office address of shipper

ASHL00108

RF 000558

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From ASHLAND CHEMICALS CO.
At GREAT MEADOWS, N.J.     OCT. 18, 19 76     BY TRUCK ☒ FREIGHT ☐     DESIGNATE WITH AN (X)     Shipper's No.

Carrier     ADVANCED ENVIROTECH CO.     Agent's No.

Consigned to     Advanced Envirotech Company

Destination     P.O. BOX 152     State of     New Jersey     County of

Route

| Delivering Carrier | Vehicle or Car Initial | No. | | | | |
|---|---|---|---|---|---|---|
| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COMM.) | CLASS OR RATE | CHECK COLUMN | | |
| 1 Tank Truck Containing Spent Mixed | | | | | | |
| Acid CORROSIVE LIQUID | | | | | | |
| CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | | | |
| | | | | | | |
| APPROX 3,000 Gallons | | | | | | |
| | | | | | | |
| APPROX 44,000 Lbs | | | | | | |
| IN THE EVENT OF ANY EMERGENCY | | | | | | |
| CONCERNING THE PRODUCT IN THIS | | | | | | |
| SHIPMENT, CALL TOLL-FREE NUMBER | | | | | | |
| 800.424.9300, DAY OR NIGHT. | | | | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per Charles Rexdallt     Advanced Envirotechgen, Per _____

C.O.D. SHIPMENT
C.O.D. Amt. $ _____
Collection Fee. _____
Total Charges _____
Charges Advanced:

BF 000562

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

From **ABHLAND CHEMICAL COMPANY**

At **GREAT MEADOWS NEW JERSEY**     Date OCT 21 19 76

Carrier **ADVANCED ENVIROTECH CO**

Consigned to **ADVANCED ENVIROTECH COMPANY**

Destination **P.O. BOX 152   MILLTOWN**     State of **NEW JERSEY**     County of

Route

Delivering Carrier **ADVANCED ENVIROTECH CO**     Vehicle or Car No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid CORROSIVE LIQUID N.O.S | | | |
| | APPROX 2900 GALLONS | | | |
| | APPROX 44,000 Lbs | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THIS PRODUCE IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per *Chala abulmaled*     Per *Ed Lacy*     ADVANCED ENVIROTECH Agent, Per *Ed Lacy*

Permanent post office address of shipper

ASHI 00115

HK000563

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY    OCT 22 19 76 BY TRUCK ☒ BY FREIGHT ☐    Shipper's No.
DESIGNATE WITH AN (X)    Agent's No.

Carrier ADVANCED ENVIROTECH CO

Consigned to ADVANCED ENVIROTECH COMPANY
152
Destination P.O. BOX MILLTOWN    State of NEW JERSEY    County of 2

Route

| Delivering Carrier | Vehicle or Car Initial | | | | |
|---|---|---|---|---|---|
| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN | |
| ADVANCED ENVIROTECH CO | | | | | |
| 1 | Tank Truck Containing Spent | | | | |
| | Mixed Acid APPROX 3000 Gallons | | | | |
| | APPROX 44,000 Lbs | | | | |
| | CORROSIVE LIQUID N.O.S | | | | |
| | CORROSIVE LIQUID | | | | |
| | CORROSIVE LABELS REQUIRED | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | | |
| | CONCERNING THE PRODUCT IN THIS | | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | | |
| | 800-424-9300, DAY OR NIGHT | | | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.    LBS.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____    ADVANCED ENVIROTECH Agent, Per _____

Permanent post office address of shipper

DF 000557

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

From ASHLAND CHEMICAL CO

At GREAT MEADOWS NJ OCT 25 1976 BY TRUCK ☑ FREIGHT ☐ DESIGNATE WITH AN (X)

Shipper's No.

Carrier ADVANCED ENVIROTECH CO  Agent's No.

Consigned to ADVANCED ENVIROTECH CO  Mail or street address of consignee - For purposes of notification only.)

Destination P. O. BOX 152 JT. TOWN NJ  State of NEW JERSEY  County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO  Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent | | | |
| | Mixed Acid APPROX 3000 GALLONS | | | |
| | APPROX 44,000 lbs | | | |
| | CORROSIVE LIQUID N.O.S | IN THE EVENT OF ANY EMERGENCY | | |
| | CORROSIVE LIQUID | CONCERNING THE PRODUCT IN THIS | | |
| | | SHIPMENT, CALL TOLL-FREE NUMBER | | |
| | | 800 424-9300, DAY OR NIGHT. | | |
| | CORROSIVE LABELS REQUIRED | | | |

PRESCRIBED

1. The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Shipper, Per Charles Marshall T

ADVANCED ENVIROTECH Agent, Per Ed Daly

C. O. D. SHIPMENT

C. O. D. Amt

Collection Fee

Total Charges

000 7 11

BF 000545

## STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading.

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NJ

Carrier ADVANCED ENVIROTECH COMPANY

DESIGNATE WITH AN (X)
BY TRUCK ☑ FREIGHT ☐

DATE 26197 6

Shipper's No.

Agent's No.

Consigned to FMX ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152    MILLTOWN    State of NEW JERSEY    County of

Route

Delivering Carrier ADVANCED ENVIROTECH    Vehicle or Car Initial

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1 | Tank Truck Containing Spent Mixed | | | |
| | Acid   APPROX 5000 Gallons | | | |
| | APPROX 44,000 lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LIQUID | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY
CONCERNING THE PRODUCT IN THIS
SHIPMENT, CALL TOLL-FREE NUMBER
800 424-9300. DAY OR NIGHT.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per Charles Johnson    ADVANCED ENVIROTECH, Agent, Per Ed Jones

C.O.D. SHIPMENT

C O D Amt.

Collection fee

Total Charges

ASHL00118

From S. LAND CHEMICAL COMPANY    OCT 26 1976 BY TRUCK ☐ FREIGHT ☐ Shipper's No.

GREAT MEADOWS    DESIGNATE WITH AN "X"

Carrier **ADVANCED ENVIROTECH COMPANY**    Agent's No.

Consigned to **THE ADVANCED ENVIROTECH COMPANY**

Destination **P.O. BOX 142   MILLTOWN**   State of **NEW JERSEY**   County of

Route

Delivering Carrier **ADVANCED ENVIROTECH**   Vehicle or Car Initial   No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Spent Mixed | | | |
| | Acid  APPROX  Gallons | | | |
| | APPROX 44,000 lbs | | | |
| | | | | |
| | COR.OSIVE LIQUID N.O.S | | | |
| | CORROSIVE LIQUID | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Shipper, Per _____ ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

+ "This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

C. O. D. SHIPMENT

C. O. D. Amt.

Collection Fee

Total Charges

BF000075

ASHL00119