# EXHIBIT 4
# (PART 5)

000[illegible]

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, [illegible]

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY OCT 27 19 76 BY TRUCK ☒ FREIGHT ☐ (DESIGNATE WITH AN (X)) Shipper's No.

Carrier ADVANCED ENVIROTECH COMPANY Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From CDN APPROX 4500 GALLONS | | | |
| | APPROX 44,000 Lbs NO LABELS REQUIRED | | | |
| | | | | |
| | IN THE EVENT OF ANY EMERGENCY | | | |
| | CONCERNING THE PRODUCT IN THIS | | | |
| | SHIPMENT, CALL TOLL-FREE NUMBER | | | |
| | 800-424-9300, DAY OR NIGHT. | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $

C. O. D. SHIPMENT

C. O. D. Amt.

Collection Fee

Total Charges

[illegible]

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Shipper, Per Charlotte Hendrickson [signature]

Per Ed Fong [signature] Shipper

ADVANCED ENVIROTECH Agent, Per Ed Fong [signature]

Permanent post office address of shipper

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

BF 000546

ASHL00120

BL 87 1 H

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL CO. FEB. 1 19 77 BY DESIGNATE WITH AN (X) TRUCK ☒ FREIGHT ☐ Shipper's No. ____

At GREAT MEADOWS, N.J.

Carrier ADVANCED ENVIROTECH CO. Agent's No. ____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of ____

Route ____

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial ____ No. ____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste | | | |
| | Water From Dyes | | | |
| | | | | |
| | APPROX. 4,500 GALS. | | | |
| | APPROX. 44,000 LBS. | | | |
| | | | | |
| | | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | | | | |

(Stamp across table:) IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ____ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced.

$ ____

C.O.D. SHIPMENT

C.O.D. Amt. ____

Collection Fee ____

Total Charges ____

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Edward Fong (signature) Shipper

Per ADVANCED ENVIROTECH CO.

Shipper, Per H. [signature] Agent, Per EVI, INC.

Permanent post office address of shipper

ASHL00145

BF000529

[illegible] destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY FEB 15 19 77 BY TRUCK [X] FREIGHT [ ] Shipper's No.

At GREAT MEADOWS NEW JERSEY

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH CO. Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing PHTHALIDE | | | |
| | ACID WATER LAYER | | | |
| | APXXXXXXXX | | | |
| | APPROX 4,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LABELS REQUIRED | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced. $

C O D SHIPMENT

C O D Amt

Collection Fee

Total Charges

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per Ed Jones Shipper

Shipper, Per Charles Shackelford ADVANCED ENVIROTECH Agent, Per Ed

Permanent post office address of shipper

BF000522

From ASHLAND CHEMICAL COMPANY FEB15 19 77 BY TRUCK [X] FREIGHT [ ] Shipper's No.

At GREAT MEADOWS NEW JERSEY

Carrier ADVANCED ENVIROTECH CO. Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O.BOX 152 - MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing PHTHALIDE | | | |
| | ACID WATER LAYER | | | |
| | APPROX 4,000 Gallons | | | |
| | APPROX 44,000 Lbs | | | |
| | CORROSIVE LIQUID N.O.S | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid)

Charges Advanced: $

C. O. D. SHIPMENT

C O D Am't

Collection Fee

Total Charges

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per Ed [signature] Shipper

Shipper, Per Charles [signature] ADVANCED ENVIROTECH Agent, Per [signature]

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition according to the applicable regulations of the Department of Transportation.

BF000378

ASHL00167

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. [illegible]

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY — FEB 17 19 77 — BY: DESIGNATE WITH AN (X) TRUCK [X] FREIGHT [ ] — Shipper's No. ____

Carrier ADVANCED ENVIROTECH CO. — Agent's No. ____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O.BOX 152 , MILLTOWN — State of NEW JERSEY — County of ____

Route ____

Delivering Carrier ____ Vehicle or Car Initial ____ No. ____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste ~~Spent~~ PHTHALIC | | | |
| | Acid APPROX 4,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | |

(Stamp:) Please submit original and one copy of your freight bill with this copy of the Bill of Lading to: ASHLAND CHEMICAL CO. TRAFFIC DEPARTMENT P.O. BOX 1068 COLUMBUS, OHIO 43216

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ____ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced. $ ____

C O D SHIPMENT
C O D Amt ____
Collection Fee ____
Total Charges ____

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations of the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per Ed Long — Shipper

Shipper, Per Charles Headachert — ADVANCED ENVIROTECH Agent, Per ADVANCE ENVIRO

Permanent post office address of shipper

BF000523

ASHL00168

From ASHLAND CHEMCIAL COMPANY
At GREAT MEADOWS NEW HERSEY
FEB 17 19 77 BY TRUCK [X] FREIGHT [ ]
Shipper's No.
Carrier ADVANCED ENVIROTECH CO.
Agent's No.
(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O.BOX 152 , MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste ~~Spent~~ PHTHALIDES | | | |
| | Acid APPROX 4,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT | | | |

Please submit original and one copy of your rated bill with this copy of Bill of Lading to: ASHLAND CHEMICAL CO TRAFFIC DEPARTMENT P.O. BOX 1063 COLUMBUS, OHIO 43216

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced.
$

C. O. D. SHIPMENT
C O D Amt
Collection Fee
Total Charges

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per Ed Long Shipper

Charles Hershorst

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent post office address of shipper

000379



BL 87-1 11

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY FEB 19 19 77 BY

DESIGNATE WITH AN (X) TRUCK [X] FREIGHT [ ]

Shipper's No. ______

Carrier ADVANCED ENVIROTECH CO.

Agent's No. ______

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 HILLTOWN State of NEW JERSEY County of ______

Route ______

Delivering Carrier ______ Vehicle or Car Initial ______ No. ______

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Spent | | | |
| | Mixed Acid Corrosive Liquid | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800.424.9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ______
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced,
$ ______

C O D SHIPMENT
C O D Amt ______
Collection Fee ______
Total Charges ______

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per [signature] Shipper

Shipper, Per Charles Huckeshut [signature] ADVANCED ENVIROTECH Agent, Per ______

Permanent post office address of shipper

BF000526

ASHL00176

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, the property described below ... Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY
FEB 19 19 77 BY TRUCK [X] FREIGHT [ ]
DESIGNATE WITH AN (X)
Shipper's No.
Carrier ADVANCED ENVIROTECH CO.
Agent's No.
(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN. State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Spent | | | |
| | Mixed Acid Corrosive Liquid | | | |
| | APPROX 3,000 Gallons | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced.
$

+ This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
+ Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

C. O. D. SHIPMENT
C. O. D. Amt
Collection Fee
Total Charges

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ______ LBS.

+ The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Ed Jones Shipper
Per Charles [signature]

Charles [signature] Shipper, Per — ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

RF 000413

ASHL00175

N 87 1 H

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY

At GREAT MEADOWS NEW JERSEY — FEB 23 19 77 BY — DESIGNATE WITH AN (X): TRUCK [X] FREIGHT [ ] — Shipper's No. ______

Carrier ADVANCED ENVIROTECH CO — Agent's No. ______

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN, State of NEW JERSEY County of ______

Route ______

Delivering Carrier ______ Vehicle or Car Initial ______ No. ______

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS * | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Nitrating | 40,000 Lbs | | |
| | (mixed) Acid Spent | | | |
| | CORROSIVE MATERIAL | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX 2,800 Gallons | | | |
| | | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ______ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

______ Agent or Cashier.

Per ______ (The signature here acknowledges only the amount prepaid.)

Charges Advanced, $ ______

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per [signature] Shipper

C.O.D. SHIPMENT
C.O.D. Amt ______
Collection Fee ______
Total Charges ______

Shipper, Per ______ ADVANCED ENVIROTECH Agent, Per [signature]

Permanent post office address of shipper ______

BF000516

ASHL00184

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY FEB 23 19 77 BY TRUCK ☒ FREIGHT ☐ Shipper's No.
Carrier ADVANCED ENVIROTECH CO Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN, State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Nitrating | 40,000 Lbs | | |
| | (mixed) Acid Spent | | | |
| | CORROSIVE MATERIAL | | | |
| | CORROSIVE LIQUID | | | |
| | APPROX 2,800 Gallons | | | |
| | | | | |
| | CORROSIVE PLACARDS REQUIRED | | | |
| | | | | |
| | | | | |
| | | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid)

Charges Advanced.

$

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS LBS.

The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per [signature] Shipper

C. O. D. SHIPMENT

C. O. D. Amt

Collection Fee

Total Charge:

Shipper, Per ADVANCED ENVIROTECH Agent, Per [signature]

Permanent post office address of shipper

... are in proper condition for transport ... according to the applicable regulations of the Department of Transportation.

BF000376

ASHL00185

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ. NO

DATE SHIPPED: 3/21/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

Signature of Consignor

COLLECT

Received $

Agent or Cashier

Per

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT SUB. TO COR. | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating | | | ( MIXED | ) | |
| | | Spent Acid | | | | | |
| | | APPROX. | 2800 GALS. | | | | |
| | | APPROX. 40,000 LBS. | | | | | |
| | | CORROSIVE MATERIAL | | | | | |
| | | CORROSIVE LIQUID | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | CORROSIVE PLACARDS REQUIRED | | | | |

DRUMS RETURNED I.C.C. REG.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS ____ LBS

SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL COMPANY, Shipper

Per

Edward [signature] Agent

Per ADVANCED ENVIROTECH CO.

ASHLAND CHEMICAL CO. SHIPPER

[signature]

Permanent postoffice address of shipper. P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/24/7[illegible]

REQUESTED SHIP DATE

1-SHIPPING POINT 2-DESTINATION 4-PRODUCING PLANT 5-SEE EXPLANATION BELOW

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

Signature of Consignor

Agent or Cashier

COLLECT

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing ~~xxxxx~~ Waste Water From | | | | | |
| | | Dyes | | | | | |
| | | APPROX ~~5,000~~ 4500 Gallons APPROX 44,000 Lbs | | | | | |
| | | NO LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C. REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per

ADVANCED ENVIROTECH CO. Agent

Per Edward M. [illegible]

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled and are in proper

ASHL00224

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, [illegible fine print]

CARRIER'S NO.

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO.

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO.

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ. NO.

DATE SHIPPED: [illegible]/29/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

Charges advanced

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT SUB. TO COR. | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (Mixed) Acid Spent | | | | |
| | | CORROSIVE MATERIAL | | | | |
| | | CORROSIVE LIQUID | | | | |
| | | APPROX. 2800 GAL. | | | | |
| | | APPROX. 44,000 LBS. | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT.

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ___ LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO. SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per

~~ADVANCED ENVIROTECH CO.~~ Agent

Per

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

ASHL00231

THIS MEMORANDUM [illegible]

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading [illegible]

[illegible]

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE [illegible]

CAR NO

SHIP FROM (CITY & STATE) 21[illegible]

DATE OF [illegible]

[illegible] ORDER & REQ NO

DATE SHIPPED [illegible]/29/77

REQUESTED

[illegible] SHIPPING POINT 2 DESTINATION 4 PRODUCING PLANT 5 SEE EXPLANATION BELOW

CONSIGNED TO

[illegible]
P.O. [illegible] 152
[illegible]

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | NET QUANTITY SHIPPED | RATE |
|---|---|---|---|---|---|
| | | 1 Tank Truck Containing [illegible]itrating ([illegible]ixed) [illegible]cid [illegible]pent | | | |
| | | [illegible]ORROSIVE MATERIAL | | | |
| | | [illegible]ORROSIVE LIQUID | | | |
| | | [illegible]PPROX 2800 GALS. | | | |
| | | APPROX. 44,000 LBS. | | | |
| | | CORROSIVE LABELS REQUIRED | | | |

DRUMS RETURNED I.C.C. REG

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED [illegible]

ASHLAND CHEMICAL COMPANY, Shipper

Per

Per [illegible] Agent

[illegible] VERIFICATION BY [illegible] WEIGHING AND INSPECTION BUREAU [illegible]

ASHLAND CHEMICAL CO. SHIPPER

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

[illegible] consignment [illegible] the provisions hereof shall be subject to the laws of Texas [illegible]

[illegible] of lading approved by the Department of Transportation

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper

ASHL00232

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

OCO | DATE OF ORDER

CUSTOMER ORDER & REQ. NO

F O B | FREIGHT 1-PPD 2-COLL | SHIP CODE

DATE SHIPPED: 9/1/76

REQUESTED SHIP DATE

FOB: SHIPPING POINT 2-DESTINATION 4-PRODUCING PLANT 5-SEE EXPLANATION BELOW

CONSIGNED TO

ABVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

Signature of Consignor

Received $

Agent or Cashier

Per

Charges Advanced

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Waste Water From CDN | | | | | |
| | | APPROX 5,000 Gallons APPROX 44,000 Lbs | | | | | |
| | | (NON HAZARDOES) | | | | | |
| | | NO LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000# LBS SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper
Per Charles Hinchcliffe [signature]

Agent
Per ADVANCED ENVIROTECH CO. [signature]

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00048

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, [illegible fine print]

CARRIER'S NO

NAME OF CARRIER | DELIVERING CARRIER

SHIPPED BY: ASHLAND CHEMICAL COMPANY | ORDER NO

ROUTE: ADVANCED ENVIROTECH CO. | CAR NO | SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ | OCO | DATE OF ORDER

CUSTOMER ORDER & REQ NO | DATE SHIPPED: 9/10/7[illegible] | REQUESTED SHIP DATE

CONSIGNED TO:

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN, NEW JERSEY

COLLECT

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | | |
| | | APPROX. 3000 GALS. APPROX. 44000 LBS. | | | | | |
| | | CORROSIVE LIQUID N.O.S. CORROSIVE LIQUID | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

DRUMS RETURNED | I.C.C. | REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44000# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper | ADVANCED ENVIROTECH CO. Agent

Per [signature] | Per [signature]

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00058

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVNAKED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 9/16/7

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

Signature of Consignor

COLLECT

Received $

Agent or Cashier

Charges Advanced

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | IPA RESIDUE | APPROX | | 24,000# | 27,040 | |
| | | 80-55 Gallons Steel Drum | Containing | | Chemical | N.O.I.B.N | |
| | | FLAMMABLE LIQUID N.O.S | FLAMMABLE LIQUID | | | | |
| | | FLAMMABLE LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED    I.C.C.    REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 27,040 LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND

ASHLAND CHEMICAL COMPANY, Shipper    Per [signature]

Per ADVANCED ENVIROTECH CO    Agent

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00063

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

NAME OF CARRIER | DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

ROUTE: ADVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO.

DATE SHIPPED: 9/27/7[illegible]

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Spent Mixed Acid | | | | | |
| | | APPROX 3,000 Gallons APPROX 44,000 Lbs | | | | | |
| | | CORROSIVE LIQUID N.O.S CORROSIVE LIQUID | | | | | |
| | | CORROSIVE LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 44,000 LBS SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT ASHLAND CHEMICAL CO.

ASHLAND CHEMICAL COMPANY, Shipper
Per Charles Hendershot

Agent
Per ADVANCED ENVIROTECH CO

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00075

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, [illegible] ... to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the [illegible] forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable [illegible] if this is a motor carrier shipment. [illegible] be is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff [illegible] this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From [illegible]AND CHEMICAL CO.

At GR[illegible] MEADOWS, N.J. JAN 31 1977 BY TRUCK ☒ FREIGHT ☐ DESIGNATE WITH AN (X) Shipper's No. ____

Carrier ADVANCED ENVIROTECH CO. Agent's No. ____

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of ____

Route ____

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial ____ No. ____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing | | | |
| | Phthalide Acid Water Acid | | | |
| | | | | |
| | 2% CORROSIVE LIQUID N.O.S. | | | |
| | | | | |
| | APPROX. 3,000 GALS. | | | |
| | APPROX. 40,000 LBS. | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |
| | | | | |

IN THE EVENT OF AN EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL CHEM[illegible] 800-424-9300, DAY OR NIGHT [illegible] NUMBER

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced,

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
** If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

C. O. D. SHIPMENT

[illegible] Amt. ____

Collection Fee ____

Total Charges ____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS 40,000 LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

[signature] Shipper

Per ADVANCED ENVIROTECH CO.

Shipper, Per [signature] Agent, Per ____

Permanent post office address of shipper

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

BF 000393

ASHL00144

BF000528

81 87 I H

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL CO.

At GREAT MEADOWS, N.J. JAN 31 19 77 BY DESIGNATE WITH AN (X) TRUCK [X] FREIGHT [ ] Shipper's No.

Carrier ADVANCED ENVIROTECH CO. Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing | | | |
| | Phthalide Acid Water Acid | | | |
| | | | | |
| | 2% CORROSIVE LIQUID N.O.S. | | | |
| | | | | |
| | APPROX. 3,000 GALS. | | | |
| | APPROX. 40,000 LBS. | | | |
| | | | | |
| | CORROSIVE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THIS PRODUCT IN THIS [illegible] NUMBER [illegible]

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced.

$

C. O. D. SHIPMENT

C.O.D. Amt

Collection Fee

Total Charges

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission. *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." † Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission. NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding [illegible]

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 40,000# LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper ADVANCED ENVIROTECH CO. Per [signature]

Shipper, Per [signature] Agent, Per

Permanent post office address of shipper

ASHL00143

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER | DELIVERING CARRIER | ORDER NO

SHIPPED BY: ASHLAND CHEMICAL COMPANY

ROUTE: ADVANCED ENVIROTECH CO.

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 3/8/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH CO.
P.O. BOX 152
MILLTOWN, N.J.

COLLECT

Charges Advanced

| PRODUCT CODE | | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | NET QUANTITY SHIPPED | WEIGHT (SUB. TO COR.) | FREIGHT RATE |
|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Neutral Waste Water From D[illegible]s | | | | |
| | | APPROX. 5500 GALLONS | | | | |
| | | APPROX. 40,000 LBS. | | | | |
| | | NO PLACARDS REQUIRED | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, [illegible] | | | | |

DRUMS RETURNED I.C.C. REG.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 40,000# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT. ASHLAND CHEMICAL CO., SHIPPER

ASHLAND CHEMICAL COMPANY, Shipper

Per

ADVANCED ENVIROTECH CO. Agent

Per [signature]

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00203

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CARRIER'S NO

NAME OF CARRIER

DELIVERING CARRIER

SHIPPED BY: ASHLAND CHEMICAL COMPANY

ORDER NO

ROUTE: ABVANCED ENVIROTECH CO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 9/8/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

COLLECT

Agent or Cashier

Charges Advanced

| PRODUCT CODE | CONT CODE | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT (SUB TO COR) | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Kontaining Waste Toluene | | | | | |
| | | Flammable Liquid N.OSS | FLAMMABLE LIQUID | | | | |
| | | APPROX 2,500 Gallons | APPROX | | 16,500 | | |
| | | FLAMMABLE LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

DRUMS RETURNED I.C.C. REG

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS 16,500# LBS. SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL COMPANY, Shipper

Per Charles Underhoff [signature]

Agent

Per ADVANCED ENVIROTECH CO

Permanent postoffice address of shipper P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00053

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

DELIVERING CARRIER

SHIPPED BY: ASHLAND CHEMICAL COMPANY

ORDER NO

ADVANCED ENVIROTECH CO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

CUSTOMER ORDER & REQ NO

DATE SHIPPED: 9/8/76

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY 08850

Signature of Consignor

Agent or Cashier

COLLECT

Charges Advanced

| PRODUCT CODE | | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT SUB TO COR | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 12-55 Gal Drums Containing Flammable Liquid N.O.S | | | | | |
| | | 4 Drums Toluene NFA | | | | | |
| | | 2 Drums CAO 30 TOLUENE M/IS | | | | | |
| | | 1 Drum IPA&MEOH | | | | | |
| | | 1 Drum MEOH | NET 6,000 Lbs | | | | |
| | | 2 Drums XYLENE | GROSS 6,600 Lbs | | | | |
| | | 2 Drums IPA | | | | | |
| | | FLAMMABLE LABELS REQUIRED | | | | | |
| | | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | | | |

[signature]

DRUMS RETURNED ICC REG

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS 6,600# LBS
SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT
ASHLAND CHEM

ASHLAND CHEMICAL COMPANY, Shipper Agent

Per Charles Hinderhofer [signature] Per ADVANCED ENVIROTECH CO

Permanent postoffice address of shipper: P.O. BOX 2219, COLUMBUS, OHIO 43216

ASHL00056

B 07-1 H

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted [illegible] ... Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications [illegible] ... motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading [illegible] which govern the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper [illegible]

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY NOV 4 1976 BY TRUCK [X] FREIGHT [ ] Shipper's No.

Carrier ADVANCED ENVIROTECH CO. Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 39 Drums | Containing "XYLENE Flammabels Liquid | | | |
| 30 Drums | Containing TOLUENE Flammable Liquid | | | |
| 4 Drums | Containing METHANOL Flammable Liquid | | | |
| 7 Drums | Containing 6MT DISTILATION (NAPHTHA) | | | |
| | TOTAL WEIGHTS | | | |
| | APPROX NET 29,950 Lbs | | | |
| | APPROX TARE 3,040 Lbs | | | |
| | APPROX GROSS 32,990 Lbs | | | |
| | FLAMMABLE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Per Pound RVNX 50 Cents

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ______ LBS.

Shipper

C.O.D. SHIPMENT

C.O.D. Amt. $

Collection Fee

Total Charges

Charges Advanced, $

Agent or Cashier.

Shipper, Per [signature] ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

BF000548

ASHL00124

From ASHLAND CHEMICAL COMPANY NOV 4 1976 BY TRUCK FREIGHT Shipper's No.

GREAT MEADOWS NEW JERSEY

Carrier ADVANCED ENVIROTECH CO. Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier ADVANCED ENVIROTECH CO. Vehicle or Car Initial No.

| NO. OF PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 39 Drums | Containing XYLENE Flammabels Liquid | | | |
| 30 Drums | Containing TOLUENE Flammable Liquid | | | |
| 4 Drums | Containing METHANOL Flammable Liquid | | | |
| 7 Drums | Containing 6MT DISTILATION (NAPHTHA) | | | |
| | TOTAL WEIGHTS | | | |
| | APPROX NET 29,950 Lbs | | | |
| | APPROX TARE 3,040 Lbs | | | |
| | APPROX GROSS 32,990 Lbs | | | |
| | FLAMMABLE LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced.

$

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Per Pound EVRY 50 Cents

C. O. D. SHIPMENT

C. O. D. Amt.

Collection Fee

Total Charges

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ________ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box-maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per Shipper

Shipper, Per Charles [signature] ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

* "This is to certify th[at the] above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the app[licab]le regulations of the Department of Transportation."

BF000074

ASHL00123

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY DEC. 16 1976 BY TRUCK [X] FREIGHT [ ] (DESIGNATE WITH AN (X)) Shipper's No.

Carrier ADVANCED ENVIRDTECH CO Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination MILLTOWN P.O. BOX 152 State of New Jersey County of

Route BARETT

Delivering Carrier ADVANCED ENVIORTECH Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 2-55 | Dal Drums Containing Waster Water From | | | |
| | Cdn And Dyes Chemicals n.o.i.b.n | | | |
| | | | | |
| | NO LABELS REQUIRED | | | |
| | IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

COLLECT

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding RVNX 50 Cents per Pound

C. O. D. SHIPMENT

C O D Amt.

Collection Fee

Total Charges

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ________ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper, Per Charles Henderschot

BARETT Agent, Per

Per

Permanent post office address of shipper

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

000-2[illegible]

BF 000552

ASHL00139

81-87 1 H

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed [illegible] carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY FEB 4 19 77 BY TRUCK [X] FREIGHT [ ] (DESIGNATE WITH AN (X)) Shipper's No.

Carrier ADVANCED ENVIROTECH CO Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | approx 4,500 Gal. | | | |
| | approx 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT CALL TOLL-FREE NUMBER DAY OR NIGHT

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced, $

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Per Shipper

C. O. D. SHIPMENT
C. O. D. Amt
Collection Fee
Total Charges

Shipper, Per Charles Zkuclushat (signature) ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

BF000532

ASHL00150

[illegible]

From: [illegible] CHEMICAL COMPANY
[illegible] MEADOWS NEW JERSEY — FEB 1 19 77 BY TRUCK [X] FREIGHT [ ] Shipper's No.

DESIGNATE WITH AN (X)

Carrier ADVANCED ENVIROTECH CO — Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier — Vehicle or Car Initial — No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | approx 4,500 Gal. | | | |
| | approx 44,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced, $

C. O. D. SHIPMENT

C. O. D. Amt.

Collection Fee

Total Charges

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
+ Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS ______ LBS.

+ The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper — Per

Shipper, Per Charles [signature] — ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

* "This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

BF 000392

ASHL00151

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier [illegible]

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From ASHLAND CHEMICAL COMPANY
At GREAT MEADOWS NEW JERSEY FEB 9 1977 BY TRUCK [X] FREIGHT [ ] Shipper's No.
Carrier ADVANCED ENVIROTECH CO Agent's No.

(Mail or street address of consignee — For purposes of notification only.)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Contianing Waste Water | | | |
| | From Dyes APPROX 2,600 Gal | | | |
| | APPROX 40,000 Lbs | | | |
| | | | | |
| | NO LABELS REQUIRED IN THE EVENT OF ANY EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT, CALL TOLL FREE NUMBER 800-424-9300, DAY OR NIGHT. | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per (The signature here acknowledges only the amount prepaid.)

Charges Advanced, $

* This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Shipper Per

C O D SHIPMENT
C O D Amt
Collection Fee
Total Charges

Shipper, Per Charles Vanderhoof ADVANCED ENVIROTECH Agent, Per

Permanent post office address of shipper

BF000534

ASHL00154

[illegible] CHEMICAL COMPANY FEB 9 1977 BY TRUCK ☐ FREIGHT ☐ DESIGNATE WITH AN (X) Shipper's No.

[illegible] MEADOWS NEW JERSEY

Carrier ADVANCED ENVIROTECH CO Agent's No.

(Mail or street address of consignee — For purposes of notification only)

Consigned to ADVANCED ENVIROTECH COMPANY

Destination P.O. BOX 152 MILLTOWN State of NEW JERSEY County of

Route

Delivering Carrier Vehicle or Car Initial No.

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Contianing Waste Water | | | |
| | From Dyes APPROX 5,000 Gal | | | |
| | APPROX 40,000 Lbs | | | |
| | NO LABELS REQUIRED | | | |

IN THE EVE[illegible]

ASHL00155

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. [illegible]

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From Ashland Chemical Company — MAR. 1 ~~Feb 28~~, 1977 BY TRUCK [X] FREIGHT [ ] (DESIGNATE WITH AN (X)) — Shipper's No. ______

At Great Meadows New Jersey

Carrier Advanced Envirotech co — Agent's No. ______

(Mail or street address of consignee — For purposes of notification only.)

Consigned to Advanced Envirotech company

Destination P.O Box 152 ,Milltown — State of New Jersey — County of ______

Route ______

Delivering Carrier ______ Vehicle or Car Initial ______ No. ______

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | 1 Tank Truck Containing Waste Water | | | |
| | From Dyes | | | |
| | Approx 4,000 Gallons | | | |
| | Approx 44,000 Lbs | | | |
| | | | | |
| | No Placards Required | | | |

IN CONCERNING THE PRODUCT IN THIS SHIPMENT CALL TOLL-FREE NUMBER 800-424-9300, DAY OR NIGHT.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ______ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ______ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

C. O. D. SHIPMENT

C. O. D. Amt ______

Collection Fee ______

Total Charges ______

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ______ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper ______

Per ______

Shipper, Per ______ Advanced Envirotech Agent, Per ______

Permanent post office address of shipper

* This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CARRIER'S NO

DELIVERING CARRIER

SHIPPED BY: **ASHLAND CHEMICAL COMPANY**

ORDER NO

CAR NO

SHIP FROM (CITY & STATE): 210 GT MEADOWS NJ

DATE OF ORDER

ADVANCED ENVIROTECH CO

DATE SHIPPED: 3/25/77

REQUESTED SHIP DATE

CONSIGNED TO

ADVANCED ENVIROTECH COMPANY
P.O. BOX 152
MILLTOWN NEW JERSEY

COLLECT

Charges advanced

| PRODUCT CODE | UNIT | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | NO. OF CONTENTS | | NET QUANTITY SHIPPED | WEIGHT SUB. TO COR. | FREIGHT RATE |
|---|---|---|---|---|---|---|---|
| | | 1 Tank Truck Containing Nitrating (MIXED) Acid Spent | | | | | |
| | | APPROX 3,000 Gallons | | | | | |
| | | APPROX 44,000 Lbs | | | | | |
| | | ~~CORROSIVE MATERIAL~~ | | | | | |
| | | CORROSIVE LIQUID | | | | | |
| | | CORROSIVE PLACARDS REQUIRED | | | | | |
| | | IN THE EVENT OF AN EMERGENCY CONCERNING THE PRODUCT IN THIS SHIPMENT CALL TOLL FREE NUMBER 800 424 9300 DAY OR NIGHT | | | | | |

DRUMS RETURNED ICC REG

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

(THIS SHIPMENT IS CORRECTLY DESCRIBED) CORRECT WEIGHT IS 44,000 LBS SUBJECT TO VERIFICATION BY APPROPRIATE WEIGHING AND INSPECTION BUREAU ACCORDING TO AGREEMENT

ASHLAND CHEMICAL CO

ASHLAND CHEMICAL COMPANY, Shipper

ADVANCED ENVIROTECH CO. Agent

Per

P.O. BOX 2219 COLUMBUS OHIO 43216

ASHL00226