# EXHIBIT 5

IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE              :

ORIGINAL (Red)

ORIGINAL

- - -

Thursday, March 13, 1997
Commencing at 10:55 a.m.

- - -

Best Western Motor Inn
1446 West Broad Street
Quakertown, Pennsylvania 18951

- - -

NOTE: THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W. HARLEY, REGISTERED PROFESSIONAL REPORTER. COPIES ARE AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa. 19401
(610) 270-0811

*COUNSEL APPEARED AS FOLLOWS:*

SARAH P. KEATING, ESQUIRE
Senior Assistant Regional Counsel
841 Chestnut Building
Phila., Pa. 19107-4431

    for U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III

ALSO PRESENT:

BEVIN HARDY, PARALEGAL SPECIALIST
PAUL J. NEALE, JR., PARALEGAL SPECIALIST
JOAN E. MARTIN-BANKS, CIVIL INVESTIGATOR
Region III
841 Chestnut Building
Phila., Pa. 19107


*Witness:* BRUCE J. DeREWAL


*EXHIBITS*

*U.S. EPA Exhibits*

| No. | Description | Mrkd |
|---|---|---|
| 1 | Administrative subpoena | 6 |
| 2 | Boarhead Farms site map | 8 |
| 3 | Photograph | 11 |
| 4 | Photograph | 12 |
| 5 | Boarhead Farms site map (Pit W) | 43 |
| 6 | Photograph | 43 |
| 7 | Photograph | 43 |
| 8 | Jonas Trucking Company operating record | 45 |
| 9 | Jonas Trucking Company operating record | 46 |



EXHIBITS (Cont'd)

*U.S. EPA Exhibits*

| No. | Description | Mrkd |
|-----|-------------|------|
| 10 | Ltr dtd 1/21/72 from Karen Bean to Mike Margarite, Philco Ford | 49 |
| 11 | DeRewal Chemical Company invoice dtd 3/27/72 | 51 |
| 12 | DeRewal Chemical Company invoice dtd 8/18/72 | 52 |
| 13 | DeRewal Chemical Company invoice dtd 7/14/72 | 52 |
| 14 | DeRewal Chemical Company invoice dtd 10/31/73 | 53 |
| 15 | Ltr dtd 9/18/72 from Manfred DeRewal to Mike Margarite of Philco Ford | 54 |
| 16 | Two photographs | 55 |
| 17 | Ltr dtd 8/23/76 from Susan Lemore to Manfred DeRewal | 56 |
| 18 | DeRewal Chemical invoice #1388 dtd 3/19/77 | 57 |
| 19 | DeRewal Chemical invoice #1402 dtd 4/9/77 | 57 |
| 20 | Ashland Chemical Company sales orders/invoices dtd 7/26/77 through 2/15/78 | 57 |
| 21 | PO dtd 5/11/77 to DeRewal from Diaz Chemical | 61 |
| 22 | Bill of lading dtd 5/28/77 to DeRewal Chemical | 61 |
| 23 | 1976 Jonas operating record | 63 |
| 24 | American Cyanamid shipping orders to Jonas Waste Removal dtd July through September of 1976 | 63 |
| 25 | Ltr 5/17/76 from Manfred DeRewal to Sylvia Fumara, Naval Air Development Center | 69 |
| 26 | Photograph | 69 |
| 27 | SPS PO #68361 dtd 2/17/76 | 70 |

EXHIBITS (Cont'd)

*U.S. EPA Exhibits*

| No. | Description | Mrkd |
|---|---|---|
| 28 | SPS PO #3191 dtd 3/30/73 | 71 |
| 29 | DeRewal Chemical SO #1208 dtd 1974 to SPS | 71 |
| 30 | SPS PO #95421 dtd 3/27/70 | 72 |
| 31 | SPS PO #11802 dtd 6/2/70 | 72 |

1

2          BRUCE J. DeREWAL, having been duly

3    sworn, was examined and testified as follows:

4                          - - -

5                      EXAMINATION

6    **BY MS. KEATING:**

7    Q    Mr. DeRewal, my name is Sarah Keating. I'm the

8    attorney assigned to the Boarhead Farms Superfund site

9    matter. I have with me Bevin Hardy who's a paralegal

10   in our office, Paul Neale who's also a paralegal, and

11   Joan Martin-Banks who is a civil investigator assigned

12   to the Boarhead matter.

13                      I will be posing most of the

14   questions to you, but Ms. Hardy, Mr. Neale and Ms.

15   Martin-Banks might ask you some questions as well.

16   We're here to discuss the Boarhead Farms Superfund site

17   matter. Our focus is on the companies whose wastes

18   might be buried at the site, and I guess at this point

19   I'll just read some directions to you.

20                      If you do not hear a question, say

21   so and I'll repeat the question for you. If you do not

22   understand a question, say so and I'll rephrase it. If

23   you realize that an earlier answer that you gave was

24   inaccurate or incomplete, please say that you would

25   like to correct it or supplement it and I'll permit you

                              5

IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE            :

Wednesday, February 26, 1997
Commencing at 9:55 a.m.

Holiday Inn
Suite 302
Ft. Washington, Pennsylvania 19034

NOTE: THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W. HARLEY, REGISTERED PROFESSIONAL REPORTER. COPIES ARE AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa. 19401
(610) 270-0811

*COUNSEL APPEARED AS FOLLOWS:*

SARAH P. KEATING, ESQUIRE
Senior Assistant Regional Counsel
841 Chestnut Building
Phila., Pa. 19107-4431

    for U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III

ALSO PRESENT:

BEVIN HARDY, PARALEGAL SPECIALIST
PAUL J. NEALE, JR., PARALEGAL SPECIALIST
JOAN E. MARTIN-BANKS, CIVIL INVESTIGATOR
Region III
841 Chestnut Building
Phila., Pa. 19107


Witness:   MANFRED F. DeREWAL, JR.


## EXHIBITS

*U.S. EPA Exhibits*

| No. | Description | Mrkd |
|---|---|---|
| 1 | Administrative subpoena | 5 |
| 2 | Boarhead Farms site map | 10 |
| 3 | Photograph | 11 |
| 4 | Photograph | 11 |
| 5 | Boarhead Farms site map (Pit W) | 41 |
| 6 | Photograph | 41 |
| 7 | Photograph | 41 |
| 8 | Jonas Trucking Company operating record | 46 |
| 9 | Jonas Trucking Company operating record | 47 |

EXHIBITS (Cont'd)

*U.S. EPA Exhibits*

| No. | Description | Mrkd |
|-----|-------------|------|
| 10 | National Rolling Mills shipping order | 50 |
| 11 | National Rolling Mills bills of ladings and invoices | 54 |
| 12 | Ltr dtd 1/21/72 from Karen Bean to Mike Margarite, Philco Ford | 61 |
| 13 | DeRewal Chemical Company invoice dtd 3/27/72 | 62 |
| 14 | Two photographs | 64 |
| 15 | Ltr dtd 8/23/76 from Susan Lemore to Manfred DeRewal | 67 |
| 16 | DeRewal Chemical invoice #1388 dtd 3/19/77 | 67 |
| 17 | DeRewal Chemical invoice #1402 dtd 4/9/77 | 70 |
| 18 | PO dtd 5/11/77 to DeRewal from Diaz Chemical | 72 |
| 19 | Bill of lading dtd 5/28/77 to DeRewal Chemical | 72 |
| 20 | 1976 Jonas Trucking operating records | 78 |
| 21 | American Cyanamid shipping orders to Jonas Waste Removal dtd July through September of 1976 | 79 |
| 22 | Ltr 5/17/76 from Manfred DeRewal to Sylvia Fumara, Naval Air Development Center | 89 |
| 23 | Photograph | 91 |
| 24 | SPS PO #68361 dtd 2/17/76 | 92 |
| 25 | SPS PO #3191 dtd 3/30/73 | 92 |
| 26 | DeRewal Chemical SO #1208 dtd 1974 to SPS | 92 |
| 27 | SPS PO #95421 dtd 3/27/70 | 93 |
| 28 | SPS PO #11802 dtd 6/2/70 | 93 |

3

```
 1                         MANFRED F. DeREWAL, JR., having
 2   been duly sworn, was examined and testified as follows:
 3                       EXAMINATION
 4   BY MS. KEATING:
 5   Q      Mr. DeRewal, my name is Sarah Keating.  I have
 6   with me Joan Martin-Banks, who is a civil investigator
 7   for the EPA; Bevin Hardy, who is a paralegal with the
 8   EPA; and Paul Neale, who is also a paralegal at EPA.
 9   We are all involved in the Boarhead Farms Superfund
10   site matter and we're here to ask you some questions
11   about that site.
12   A      Okay.
13   Q      As you know, the civil provisions of the Federal
14   Superfund Statute authorizes us to ask you questions
15   pursuant to a subpoena and we would like truthful and
16   frank answers from you.  Our focus is on the companies
17   whose wastes might be buried out at that site.  We have
18   so far uncovered at least 2600 drums of wastes, and we
19   would like to know whose waste that is.
20                         Okay.  I will now read some
21   instructions to the deponent.  If you do not hear a
22   question, Mr. DeRewal, please say so and I will repeat
23   it.  If you don't understand a question, say so and
24   I'll rephrase it.  If you realize that an earlier
25   answer you gave was inaccurate or incomplete and you
```

## In The Matter Of:

*In the Matter of: Boarhead Farms Superfund*

*Jeffrey L. Shaak*
*June 25, 1997*

*Krauss, Katz & Ackerman, Inc.*
*Legal Support Services*
*1880 John F. Kennedy Blvd.*
*15th Floor*
*Philadelphia, PA   19103*
*(215) 988-9191     FAX: (215) 988-1821*

Original File js062597.v1, 115 Pages
Min-U-Script® File ID: 2813426886

**Word Index included with this Min-U-Script®**

BSAI035988

Page 1

[1] UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
[2]         REGION III
[3]       841 Chestnut Street
[4]     Philadelphia, Pennsylvania  19107
[5]
    IN THE MATTER OF: :
[6]
    Boarhead Farms                    :
[7] Superfund Site                    : SUBPOENA AD
    Bucks County,                     : TESTIFICANDUM
[8] Pennsylvania                      : Subpoena No. 000037
[9]     COPYRIGHTED MATERIAL
[10]
[11]         June 25, 1997
[12]
[13]    Oral deposition of JEFFREY L.
[14] SHAAK, held at the Best Western, Route
[15] 309 and Stump Road, Montgomeryville,
[16] Pennsylvania commencing at 10:00 a.m., on
[17] the above date, before Linda Rossi Rios,
[18] a Federally Approved Registered
[19] Professional Reporter and Notary Public
[20] of the Commonwealth of Pennsylvania.
[21]
        KRAUSS, KATZ & ACKERMAN, INC.
[22]     Legal Support Services
              15th Floor
[23]    1880 John F. Kennedy Boulevard
        Philadelphia, Pennsylvania 19103
[24]        (215) 988-9191

Page 2

[1] APPEARANCES :
[2]    ENVIRONMENTAL PROTECTION AGENCY
       BY: SARAH KEATING, ESQUIRE (3RC33)
[3]    841 Chestnut Street
       Philadelphia, Pennsylvania 19107
[4]    Counsel for the EPA
[5] A L S O PRESENT:
[6]    PAUL NEALE
       BEVIN ESPOSITO
[7]    JOAN MARTIN-BANKS

Pag

[1]
[2]          INDEX
[3] WITNESS                PAGE NO.
[4] JEFFREY L. SHAAK
[5]    By Ms. Keating         4
[6]
[7]         EXHIBITS
[8] NO.    DESCRIPTION    PAGE NO.
[9] Exhibit 1   Subpoena         9
[10] Exhibit 2   Map             13
[11] Exhibit 3   Picture         14
[12] Exhibit 4   Invoices-Ciba
[13]             Geigy           50
[14] Exhibit 5   Pictures        62
[15] Exhibit 6   National Rolling
[16]             Mills Document  66
[17] Exhibit 7   Bills of Lading 69
[18] Exhibit 8   Philco-Ford
[19]             Invoices        77
[20] Exhibit 9   Pictures        78
[21] Exhibit 10  Invoices-Advanced
[22]             Environmental   81
[23] Exhibit 11  Invoice-Advanced
[24]             Environmental   82

Pag

[1]          EXHIBITS
[2] NO.    DESCRIPTION    PAGE NO.
[3] Exhibit 12  Purchase Order-Diaz  83
[4] Exhibit 13  Bill of Lading       86
[5] Exhibit 14  American Cyanamid
[6]             Listing              88
[7] Exhibit 15  American Cyanamid
[8]             documents            90
[9] Exhibit 16  May 17, 1976 letter  92
[10] Exhibit 17  SPS Purchase order  93
[11] Exhibit 18  SPS Purchase Order  94
[12] Exhibit 19  SPS Purchase Order  94

BSAI035989

Page 5

[2] JEFFREY L. SHAAK, after
[3] having been duly sworn, was
[4] examined and testified as follows:

EXAMINATION

BY MS. KEATING:

[9] **Q:** Mr. Shaak, my name is Sarah
[10] Keating. As you know, I am the attorney
[11] that is assigned to the Boarhead Farms
[12] Superfund site matter from EPA Region
[13] III.
[14]    I have with me Paul Neale,
[15] who is a paralegal in our office; Bevin
[16] Esposito, who is also a paralegal and
[17] Joan Martin-Banks, who is a civil
[18] investigator to this site.
[19]    As you know, we're here to
[20] ask you questions about the Boarhead
[21] Farms Superfund matter. The subpoena
[22] that was sent to you was sent in order to
[23] gather information from you concerning
[24] possible parties that may be responsible

Page 6

[1] for cleanup costs at that site. We would
[2] like to obtain from you any information
[3] you may have with respect to these
[4] companies who may have either knowingly
[5] or unknowingly disposed of their waste at
[6] the Boarhead Farms property.
[7]    It's important that we find
[8] out what kind of chemicals or hazardous
[9] substances are buried out there. We
[10] would also like to find out the origin of
[11] those hazardous substances or chemicals
[12] because under the Superfund law, persons
[13] or corporations who send wastes to a
[14] property or whose wastes end up at that
[15] property are responsible for cleaning it
[16] up or paying for the cleanup if it's
[17] performed by EPA.
[18]    Again, I point out that the
[19] focus of the deposition is on companies
[20] whose wastes have been deposited at the
[21] Boarhead Farms property.
[22]    I will now read some
[23] instructions to the deponent.
[24]    Mr. Shaak, I'm going to ask

Page 7

[1] you some questions to find out what you
[2] know about the Boarhead Farms Superfund
[3] site and who may be responsible for
[4] cleanup costs associated with this site.
[5]    If you do not hear a
[6] question, please say so and I'll repeat
[7] it.
[8]    If you do not understand a
[9] question, please say so and I will
[10] rephrase it for you.
[11]    If you realize that an
[12] earlier answer that you gave was
[13] inaccurate or incomplete, please tell us
[14] that. And if you want to correct or
[15] supplement your earlier answer, you will
[16] be permitted to do so.
[17]    If you want to stop and use
[18] the restroom or get a cup of coffee or
[19] water, please let me know and you will be
[20] permitted to do so. If you find that you
[21] are tired or confused, and you want to
[22] take a break, please let us know.
[23]    If you do not know or do not
[24] remember the information necessary to

Page 8

[1] answer a question, please say so.
[2]    If you answer the question,
[3] I will assume that you have heard it and
[4] understood it and given me your best
[5] recollection.
[6]    Again, do you understand
[7] that you took an oath to tell the truth
[8] and the whole truth?
[9]    **A:** Yes.
[10]    **Q:** Do you understand the
[11] instructions I just read to you?
[12]    **A:** Yes.
[13]    **Q:** With those prefatory
[14] remarks, I would ask that before we begin
[15] the questioning, do you have any
[16] questions for me?
[17]    **A:** No.
[18]    **Q:** And the only other thing is
[19] that Joan Martin-Banks, Paul Neale and
[20] Bevin Esposito might also ask you some
[21] questions. So if it gets confusing for
[22] you, just let us know and we'll slow down
[23] a little bit.
[24]    **A:** All right.

BSAI035590