## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES, INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS, L.L.C., | : : : : : : : | Civil Action No. 02-CV-3830 (LDD) |
| Plaintiffs, | : : | |
| v. | : : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : : : | |
| Defendants. | : : | |

## DECLARATION OF R. CRAIG COSLETT

**R. CRAIG COSLETT**, does hereby state and declare as follows:

1.      I have been employed by de maximis, inc. "de maximis" since July 2000.

2.      I have a BS Degree in Environmental Science with a minor in physics from Wilkes University obtained on August 27, 1992.

3.      de maximis has coordinated the work done by Plaintiffs at the Boarhead Farms Superfund Site ("the Site") since approximately 2000.  I have worked on the Site since July 2000.  As part of my duties with respect to the Site, I supervised the Operable Unit 2 work done on behalf of the Plaintiffs herein at the Site from approximately April 16, 2003 to approximately March 2004.  That work consisted of, among other things, the investigation of magnetic anomalies ("MA") in various parts of the Site.  Test pits were dug in various MA areas to determine whether there were, in fact, any drums or other metals there.

4.     The work was primarily done by CODE Environmental, a contractor for Plaintiffs, and was overseen by EPA through its contractor Tetra Tech.

5.     A portion of that work consisted of excavating drums or drum fragments. Any drums or drum fragments that contained wastes were placed into "overpack" drums. The overpack drums ensured that the excavated drums did not release their contents into the environment. A true and correct copy of the Excavated Drum Inventory chart, a log created listing all such drums, is attached hereto marked Exhibit A. Samples were taken of the wastes in those drums so that the wastes could be characterized for proper disposal. Those wastes were tracked on appropriate chain of custody forms. The samples were taken at the Site, then sent to one or more laboratories for analysis. The results of these analyses were then recorded on a chart and provided to EPA's contractor.

6.     I provided oversight of the remedial activities on behalf of the OU-2 Group. This included daily attendance of safety and planning meetings, review and approval of invoices, review of disposal facilities, waste and disposal tracking, and tracking of the excavation areas identified in the remedial design.

7.     I also identified as they were excavated any drums or drum fragments that bore any discernable markings. I took digital photographs of those drums and drum fragments, and created a log of those photographs. A true and correct copy of the Photographic Log Summary is attached hereto marked Exhibit B.

8.     One intact drum was excavated on 6/18/03 from Area 22 that bore an Ashland label. Photo Nos. 0008 and 0008A. One drum fragment was excavated on 8/11/03 from Area 22 that bore an Ashland label. Photo Nos. 0036 and 0036A. A second intact drum was excavated on 9/2/03 from Area 22 that bore an Ashland label. Photo Nos. 0044 and 0044A.

9.     The analytical results from the wastes in the intact drum pictured in Photo No. 0008 are attached hereto marked Exhibit C.  That sample bore an ID number of BF2-WC-MA:22:DM:02, as set forth on Exhibit A.

10.     The analytical results show that the wastes in that drum contained, among other things, benzene, several other benzene compounds, phenols, methylene chloride, acetone, toluene, and toluene compounds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/11/08

R. Craig Coslett

# EXHIBIT "A"

3/14/2008

# Boarhead Farms OU2 Group Excavated Drum Inventory

| Drum No. | Outer Drum | Inner Drum(s) | Physical State | Contents Description | Sample I.D. | **Waste Characterization & Regulatory Data Summary | EQ Sampling Requirements |
|---|---|---|---|---|---|---|---|
| BF-1 | 85gal OVPK | 55gal/IA2 | Solid/Liquid | Blue crystal and powder with soil and free water (≤ 10%); strong ammonia odor; suspect Cupric Ammonium Sulfate | BF2-WC-MA-12;DM-01 | D008 (22 ppm Pb), Cu-5100 ppm, Ni-41 ppm; Pb=10.0, 60% solids | No Sample-Transfer to EE |
| BF-2 | 85gal OVPK | 55gal/IA2 | Solid/Liquid | Wet blue crystal and powder with soil and free water (≤ 10%); strong ammonia odor; suspect Cupric Ammonium Sulfate (decomposes in air and releases ammonia) | BF2-WC-MA-06;DM-01 | D008-Same as above (composite sample) | • |
| BF-3 | 85gal/IH4 | 55gal/IA2 | Solid/Liquid | Wet blue crystal and powder with soil and free water (≤ 10%); strong ammonia odor; suspect Cupric Ammonium Sulfate (decomposes in air and releases ammonia) | BF2-WC-MA-03;DM-01 | D008-Same as above (composite sample) | • |
| BF-4 | 85gal OVPK | 55gal/IA2 | Solid/Liquid | Blue crystal and powder with soil and free water (≤10%); strong ammonia odor; suspect Cupric Ammonium Sulfate (decomposes in air and releases ammonia) | BF2-WC-MA-02/03;DM-01 | D008-Same as above (composite sample) | • |
| BF-5 | 30gal/IA2 | NONE | Solid/Semi-Solid | Soil, metal rods, debris, black semi-solid | BF2-WC-MA-22;DM-01 | D039 (3.3 ppm PCE), D040 (12.0 ppm TCE), MEK-5.5 ppm, D008 (1.1 ppm Cd), D008 (22 ppm Pb), D001 (Fl. Pt. <77°F), Cu-4.2 ppm, Zn-4.7 ppm, Pb=5.1, 74% solids | EQ/R4-No sample |
| BF-6 | 30gal/IA3 | | Solid/Semi-Solid | Soil with black grease-like residual | • | D001, D006, D039, D040-Same as above (composite sample) | • |
| BF-7 | 55gal/IA2 | | Solid | Crushed carcass with bladder, soil, and debris | • | D001, D006, D039, D040-Same as above (composite sample) | • |
| BF-8 | 55gal/IA2 | *55gal/IA2 | Solid | Crushed carcass with soil, and rat-like solid | BF2-WC-SA2;DM-01 | Nonhazardous-20% solids, Pb=6.0 | No Sample |
| BF-9 | 55gal/IH1 | HDPE Bladder | Solid | Rubber pieces (1/2" thick) in poly bladder (top removed) | BF2-WC-MA-11;DM-02 | Nonhazardous-PCBs 2.2 ppm, 61% solids, Pb=6.0 | No Sample |
| BF-10 | 55gal/IH1 | NONE | Liquid (aqueous) | Aqueous collected liquids, cloudy to clear; Ph=9.3 | BF2-WC-MA-22;DM-02 | D007 (5300 ppm Cr), D009 (0.29 ppm Hg), Cd-0.85 ppm, Ph=2.6 | Sample-Field |
| BF-11 | 55gal/IH1 | NONE | Liquid (aqueous) | Acidic aqueous collected liquids, clear to brown (soil), Ph=2.6 | BF2-WC-MA-03;DM-03 | D008 (6.5 ppm Hg), Ag-2.1 ppm, Ph=2.6 | Sample-Field |
| BF-12 | 55gal/IA2 | NONE | Liquid (aqueous) | Clear to brown (soil) aqueous liquid, transferred from intact drum with bladder | BF2-WC-MA-02/03;DM-03 | D009 (1.4 ppm Hg), Ag-21 ppm, Ph=7.2 | Sample-Field |
| BF-13 | 55gal OVPK | NONE | Solid | Soil and debris with solvent odor | BF2-WC-MA-22;DM-04 | D001, D006, D008, D039, D040-Same as above (composite sample) | EQ/R4-No sample |
| BF-14 | 55gal/IA2 | *55gal/IA2 | Solid | Rags, Soil with solvent odor | BF2-WC-MA-22;DM-R/HA | D001, D006, D008, D039, D040-Same as above (composite sample) | EQ/R4-No sample |
| BF-15 | 55gal/IA2 | NONE | Solid | Soil beads with solvent odor | BF2-WC-MA-22;DM-R/HA | D008-Same as above (composite sample) | EQ/R4-No sample |
| BF-16 | NONE | NONE | Solid | Car and truck lead-acid battery carcasses with soil, partially fragmented, dry now | No sample | D008-No sample | No Sample |
| BF-17 | 55gal/IA2 | 55gal/IA1 | Liquid (aqueous) | Clear, slight amber liquid with mild volatile odor | BF2-WC-MA-22;DM-06 | D018 (130 ppm benz.), D002 (Ph=12.7) | No Sample |
| BF-18 | 55gal OVPK | 55gal/IA1 | Liquid (aqueous) | Labeled "Aethanol Chemical"; Black and brown bottle solid with mild volatile odor | BF2-WC-MA-22;DM-07 | D018 (4.2 ppm benz.), Cr-4.0 ppm, Ph=2.7 | Sample-Field |
| BF-19 | 85gal OVPK | 55gal/IBD | Liquid (organic) | Clear, slightly viscous organic liquid, water soluble w/ acid, slight volatile odor | • | D018 (0.88 ppm benz.), Ph=5.7, 39% solids, see asdlft Prior, PxBd., Results | Sample-Field |
| BF-20 | 55gal OVPK | 55gal/IBD | Liquid (organic) | Dark amber organic liquid, insoluble in water and gel | BF2-WC-MA-22;DM-08 | D018 (550 ppm benz.), D029 (6.3 ppm DCE), Chloroform-19 ppm, Ph=5.1 | Sample-Field |
| BF-21 | 85gal OVPK | 55gal/IBD | Liquid (organic) | Labeled "spray adhesive", light brown, highly volatile, organic liquid | • | D001 (Fl. Pt. <82.4°F), D007 (28 ppm Cr), D018 (5500 ppm benz.), Ph=5.0 | Sample-Field |
| BF-22 | 85gal OVPK | 55gal/IBD | Liquid (organic) | Labeled "Acrylic Acid-Rohm Haas", dark brown, highly volatile, organic liquid | BF2-WC-MA-08;DM-01 | D018 (1.7 ppm benz.), (130 ppm MEK), Ph=4.0, 11% solids | Sample-Field |
| BF-23 | 110gal OVPK | 55gal/85gal | Solid/Sludge | Clear to cloudy brown (soil) collected waters, acidic | BF2-WC-MA-18;DM-01 | U008 (acrylic acid), D001 (Fl. Pt. <150°F), acrylic acid (total)=650 ppm | No Sample |
| BF-24 | 110gal OVPK | 55gal/85gal | Liquid (aqueous) | Labeled "tetraethylene glycol", clear to opaque liquid, soluble in water | • | U008 (acrylic acid), acrylic acid (total)=650 ppm | No Sample |
| BF-25 | 55gal/IH1 | 55gal/85gal | Liquid (aqueous) | Labeled "Acrylic Chemical Acrylic Acid", Clear to cloudy brown (soil), aqueous | • | D018 (4.2 ppm benz.), Cr-4.0 ppm, Ph=2.7 | No Sample |
| BF-26 | 55gal/IH1 | NONE | Liquid (aqueous) | Labeled "Acrylic Sludge soil, PPE, pads and inner drums contaminated with Acrylic Acid" | • | Nonhazardous-Ph=7.5 | No Sample |
| BF-27 | 55gal/IH1 | 15 ml HDPE Liner | Solid | Green, acidic solid for CrO3 (rinsed now) | • | D018 (8.4 ppm benz.), Ph=8.7 | Sample-Field |
| BF-28 | 55gal/IH1 | 15 ml HDPE Liner | Liquid (aqueous) | Light, reddish-brown to yellow-brown liquid, CrO3 | • | D004 (0.4 ppm As), D008 (1.3 ppm Cd), D007 (21,000 ppm Cr), D007 (7.4 ppm Pb) | Sample-Field |
| BF-29 | 85gal OVPK | NONE | Liquid (aqueous) | Dark red/brown dense colloid liquid, CrO3 | • | D004, D008, D007, D008-Same as above (composite sample) | • |
| BF-30 | 85gal/IH1 | 55gal/IA2 | Amber, high Vis. Liquid | Amber, high viscosity resin with white resin on bottom | • | No sample | No Sample |

## Boarhead Farms OU2 Group Excavated Drum Inventory

| Drum No. | Outer Drum | Inner Drum(s) | Physical State | Contents Description | Sample I.D. | **Waste Characterization & Regulatory Data Summary | EQ Sampling Requirements |
|---|---|---|---|---|---|---|---|
| BF-31 | 55gal/1H1 | NONE | Liquid (aqueous) | Dark red-brown dense acidic liquid; CrO3 consolidated feed; Bi/sludent | BF2-WC-MA-06:DM-01 | D004, D006, D007, D008-Same as above (composite sample) | Sample ReqQ-Composite |

3/14/2008

2

3/14/2008

## Boarhead Farms OU2 Group Excavated Drum Inventory

| Drum No. | Outer Drum | Inner Drum(s) | Physical State | Contents Description | Sample I.D. | **Waste Characterization & Regulatory Data Summary | EQ Sampling Requirements |
|---|---|---|---|---|---|---|---|
| BF-32a | 5gal/HH2 | NONE | Liquid (aqueous) | Aqueous blue liquid, positive for oxidizer, plates copper on metals | BF2-WC-MA/06/DM/02 | D001 (oxidizer), D008 (1.3 ppm Cd), D007 (8400 ppm Cr), D008 (8.0 ppm Pb), PH=4.0 | Sample Req'd |
| BF-33 | 5gal/HH2 | NONE | Liquid (aqueous) | Aqueous blue liquid, positive for oxidizer, plates copper on metals | BF2-WC-MA/06/DM/03 | D001, D008, D007, D008-Same as above (composite sample) | Sample Req'd |
| BF-33 | 15 mil HDPE Liner | Solid | White elastic solid, mild volatile odor | BF2-WC-MA/10/DM/03 | D018 (0.75 ppm benz), D039 (13 ppm PCE), D040 (17.0 ppm TCE), PCB's=40,000 ppm, PH=5.1 | | Sample Req'd |
| BF-34 | 55gal/IA1 | NONE | Liquid | Black dense lower layer, brown (soil) aqueous upper layer (chlorinated solvent&H2O) | BF2-WC-MA/10/DM/02 | D001 (Fl, Pt=69°F), F002 (spent halo), D008 (12 ppm Cd), D008 (32 ppm Pb), PH=6.0 | Sample Req'd |
| BF-35 | 110gal/OVPK | 55gal/85gal | Solid/Sludge | Black tar-like sludge with soil | BF2-WC-MA/9/10/DM/01 | D039 (1.5 ppm PCE), PCB's=2.8 ppm, PH=7.4, 71% solids | Sample Req'd-Composite |
| BF-36 | 85gal/OVPK | 55gal/IA1 | High Vis. Liquid | Amber, viscous liquid with soil, no odor | BF2-WC-MA/10/DM/03 | Nonhazardous-PH=9.0 | No Sample |
| BF-37 | 110gal/OVPK | 55gal/85gal | Solid | Amber, brittle solid with viscous, sticky coating; mild volatile odor | BF2-WC-MA/10/DM/01 | Nonhazardous-PCB's=46 ppm, PH=9.8, 92% solids | No Sample |
| BF-38 | 85gal/OVPK | 55gal/IA2 | Sludge | Silver sludge, soil, water (10%); suspect aluminum paint | BF2-WC-MA/5/10/DM/01 | D001 (Fl, Pt=122°F), PH=9.8, 73% solids | No Sample |
| BF-39 | 55gal/IA2 | 55gal/IA2 | Sludge | Amber sludge, soil, water (10%); suspect aluminum paint sludge | * | D001-Same as above (composite sample) | No Sample |
| BF-41 | 30gal/IA2 | *55gal/IA2 | Solid/Sludge | Partial carcass with soil, and tar-like black sludge | * | D039-Same as above (composite sample) | Sample Req'd-Composite |
| BF-43a | *30gal/IA1 | | Solid/Sludge | Partial carcass with soil, and tar-like black sludge | BF2-WC-MA/5/10/DM/01 | D039-Same as above | * |
| BF-43 | 5gal/HH2 | NONE | Solid/Sludge | Brown sludge with absorbent pads, volatile odor (paint sludge) | BF2-WC-MA/5/10/DM/01 | D001 (Fl, Pt=127°F), PH=8.0, 75% solids | EQ/R'k-No Sample |
| BF-43a | 5gal/HH2 | NONE | Solid/Sludge | Brown sludge with absorbent pads, volatile odor (paint sludge) | * | D005-Same as above (composite sample) | EQ/R'k-No Sample |
| BF-44 | 85gal/OVPK | 55gal/IA1 | Liquid/sludge | Dark amber highly volatile organic liquid with sludge (< 4") | BF2-WC-MA/06/DM/01 | D001 (Fl, Pt < 77°F), F002 (spent nonhalo), D008 (8.4 ppm Pb), PH=6.0 | EQ/R'k-No Sample |
| BF-45 | 85gal/OVPK | 55gal/IA1 | Liquid/sludge | Dark amber highly volatile organic liquid with sludge (< 4") | * | D001 (Fl, Pt < 77°F), F002 (spent nonhalo), D008 (8.4 ppm Pb), PH=6.0 | EQ/R'k-No Sample |
| BF-46 | 85gal/OVPK | 55gal/IA1 | Liquid/sludge | Dark amber highly volatile organic liquid with sludge (< 4") | * | D001, F002, F005, D008-Same as above (composite sample) | * |
| BF-47 | 85gal/OVPK | 55gal/IA1 | Liquid/sludge | Dark amber highly volatile organic liquid with sludge (< 4") | * | D001, F002, F005, D008-Same as above (composite sample) | * |
| BF-48 | 85gal/OVPK | 55gal/IA1 | Liquid/sludge | Dark amber highly volatile organic liquid with sludge (< 4") | * | D001, F002, F005, D008-Same as above (composite sample) | * |
| BF-49 | 85gal/OVPK | 55gal/IRD | Liquid (aqueous) | Dark blue aqueous, staining liquid (dye or colorant) | BF2-WC-MA/22/DM/09 | D007 (370 ppm Cr), D018 (11 ppm benz.), D002 (PH<2.0) | Sample Req'd |
| BF-50 | 85gal/OVPK | 55gal/IRD | Solid/Semi-Solid | White and dark purple elastic solid and gel with paper bags, 5gal pail, debris (more "scrap adhesive"; see drum BF-21) | BF2-WC-MA/22/DM/10 | D018 (0.86 ppm benz.), MEK=44 ppm, PH=8.0, 84% solids | Sample Req'd |
| BF-51 | 85gal/OVPK | 5gal/IRD | Liquid (aqueous) | Clear aqueous liquid with black settled solids (<1%) | BF2-WC-MA/22/DM/11 | D018 (29 ppm benz.), PH=7.0 | Sample Req'd |
| BF-52 | 55gal/HH1 | NONE | Liquid (aqueous) | Clear, slight viscous liquid (caustic solution) | BF2-WC-MA/22/DM/12 | D002-PH=12.5, Benzene=0.270 ppm, Chromium= 0.88 ppm | Sample Req'd |
| BF-53 | 85gal/OVPK | 55gal/IRD | Liquid (aqueous) | Labeled "Glacial Acrylic Acid"; Light blue aqueous liquid with blue settled solids (<1%), Based metal to BF-49 | BF2-WC-MA/22/DM/13 | Nonhazardous (by empty drum definition) Acrylic Acid=8700 ppm, PH=4.0 | No Sample |
| BF-54 | 55gal/Bladder | NONE | Liquid (aqueous) | Light amber slightly viscous acidic liquid | BF2-WC-MA/22/DM/14 | D001 (Fl, Pt < 77°F), D002 (PH < 2.0), Barium=0.29 ppm, Lead=0.34 ppm | No Sample |

3/14/2008

## Boarhead Farms OU2 Group Excavated Drum Inventory

| Drum No. | Outer Drum | Inner Drum(s) | Physical State | Contents Description | Sample I.D. | **Waste Characterization & Regulatory Data Summary | EQ Sampling Requirements |
|---|---|---|---|---|---|---|---|
| BF-55 | 55gal/IH1 | NONE | Liquid (aqueous) | Opaque blue-green aqueous acidic liquid (collected waters from containment bins) | BF2-WC-MA.22.DM.15 | D002 (Pb=1.0), D007 (Cr=15.0 ppm), D018 (11.0 ppm benz.), TCE=0.34 ppm, As=0.57 ppm, Pb=0.58 ppm | EQ/RI-No Sample |
| BF-56 | 55gal/IH1 | NONE | Liquid (aqueous) | Opaque blue-green aqueous acidic liquid (collected waters from containment bins) | * | D002, D007, D018-Same as above (composite sample) | EQ/RI-No Sample |
| BF-57 | 55gal/IH1 | NONE | Liquid (aqueous) | Opaque blue-green aqueous acidic liquid (collected waters from containment bins) | * | D002, D007, D018-Same as above (composite sample) | EQ/RI-No Sample |
| BF-58 | 55gal/IH1 | NONE | Liquid (aqueous) | Opaque blue-green aqueous acidic liquid (collected waters from containment bins) | D002, D007 | D002, D007, D018-Same as above (composite sample) | EQ/RI-No Sample |
| BF-59 | 85gal OVPK | 55gal/IA1 | Liquid (organic) | Labeled "Conoco", clear organic liquid (top), brown (soil) aqueous (bottom) | BF2-WC-MA.22.DM.16 | D001 (Fl. Pt. <77°F), D018 (190 ppm benz.), Pb=6.0 | EQ/RI-No Sample |
| BF-60 | 85gal OVPK | 55gal/IA1 | Liquid (organic) | Labeled "Conoco", clear organic liquid (top), brown (soil) aqueous (bottom) | * | D001, D018-Same as above (composite sample) | EQ/RI-No Sample |
| BF-61 | 85gal OVPK | 55gal/IA1 | Liquid (organic) | Labeled "Conoco" layered, clear organic liquid (top), brown (soil) aqueous (bottom) | * | D001, D018-Same as above (composite sample) | |
| BF-62 | 110gal OVPK | 55gal/85gal | Liquid | †Layered, clear organic liquid (top), blue acidic aqueous (bottom) | BF2-WC-MA.22.DM.17 | Top Layer=D001, D018 (organic, same as above), Bottom Layer(aqueous)=D007 (32.0 ppm Cr), (0.94 ppm Pb), Pb=4.0 | EQ/RI-No Sample |
| BF-63 | 5gal/IH2 | NONE | Liquid (aqueous) | Clear to brown (soil) aqueous acidic liquid collected from drum bladder | BF2-WC-MA.22.DM.18 | D002-Ph=1.0, Chromium-4.4 ppm | EQ/RI-No Sample |
| BF-64 | 5gal/IH2 | NONE | Liquid (aqueous) | Clear to brown (soil) aqueous acidic liquid collected from excavation | * | D002-Ph=1.0-Same as above (composite sample) | EQ/RI-No Sample |
| BF-65 | 55gal/IA2 | NONE | Liquid (aqueous) | Clear to brown (soil) aqueous liquid collected from excavation | BF2-WC-MA.22.DM.19 | D001 (Fl. Pt. <77°F), D018 (710 ppm benz.), Pb=6.0 | EQ/RI-No Sample |
| BF-66 | 55gal/IA2 | NONE | Liquid (aqueous) | Clear to brown (soil) aqueous liquid collected from excavation | * | D001, D018-Same as above (composite sample) | EQ/RI-No Sample |
| BF-67 | 55gal/IA2 | NONE | Liquid (organic) | Clear to brown (soil) aqueous liquid collected with mild volatile odor | * | D001, D018-Same as above (composite sample) | * |
| BF-68 | 55gal/IA2 | NONE | Liquid/Soil | Same as above (BF-65, 66, 67) with approximately 6" of soil on bottom | * | D001, D018-Same as above (composite sample) | * |
| BF-69 | 85gal OVPK | 55gal/IA2 | Solid | Labeled "GE RTV 664A Silicone Molding Compound", amber and white elastic chunk solid | BF2-WC-MA.18.DM.02 | D040 (2.4 ppm TCEE), Dichloroethylene=0.68 ppm, Chloroform-0.62 ppm, Pt. 8.0, 78% solids | EQ/RI-No Sample |
| BF-70 | 85gal OVPK | NONE | Liquid | ‡Labeled "Methacryloyl Chloride", Layered, black organic (top), clear, acidic (water) bottom | BF2-WC-MA.22.MC | D001 (Fl. Pt. ≥140°F), D002 (Ph <2.0) Methacryloyl Chloride (total) = <0.1% (none detected) | EQ/RI-No Sample |
| BF-71 | 85gal OVPK | NONE | Solid | Monolithic polyurethane foam (reacted) with 1% to 5% trifluoromethane blowing agent (gas in foam matrix) | BF2-WC-MA.18.ROFM | Nonhazardous | No Sample |
| BF-72 | 55gal/IA1 | Slight Brown Clear | Liquid | Spent solvent... sulfuric acid: 10%... homogeneous sludge | BF2-WC-DM72-DM75 | D002 (Ph=1.0), D007 (Cr=30.0 ppm), D008 (Pb=5.7 ppm), D039 (7.0 ppm 2,4-DNT), MEK=3.0 ppm, 2,4,5-T=1.0 ppm, Nitrate as N = 9600 ppm, Density = 1.7 | * |
| BF-73 | 55gal/IHA1 | NONE | Viscous Liquid | Spent solvent... sludge | * | D002, D007, D008, D039-Same as above (composite sample) | * |
| BF-74 | | NONE | Viscous Liquid | Spent solvent... sludge | * | D002, D007, D008, D039-Same as above (composite sample) | * |
| BF-75 | 55gal/IH1 | NONE | Viscous Liquid | Spent solvent... sludge | * | D002, D007, D008, D039-Same as above (composite sample) | * |
| BF-76 | 55gal/IH1 | NONE | Viscous Liquid | Spent solvent... sludge | * | D002, D007, D008, D039-Derived from waste (original drums transferred to new container) | * |

**Denotes fragmented, partial, or crushed inner drum or bladder

†Sampled bottom (aqueous) layer only; organic (top) layer same as BF-59, 60, and 61

‡Black organic top layer is reaction product of methacryloyl chloride and water

**Data in TCLP Extraction results unless otherwise indicated

4

EXHIBIT "B"

# PHOTOGRAPHIC LOG SUMMARY
## Boarhead Farms OU-2 Remedial Action

| PHOTO # | AREA | DESCRIPTION | DATE | Intact | TIME |
|---|---|---|---|---|---|
| 0001 | 13 | TMC FREON - appears to have DuPont emblem | 04/25/03 | no | 2:06 PM |
| 0002 | 13 | unknown appears STRIAL......ING  located in New York - Came...... | 04/29/03 | no | 1:48 PM |
| 0003 | 13 | DOW emblem | 04/30/03 | no | 2:13 PM |
| 0004 | 13 | AMCHEM Products label | 05/08/03 | no | 3:44 PM |
| 0004A | 13 | AMCHEM Logo | 05/08/03 | no | 3:45 PM |
| 0004B | 13 | AMBLER PA  from AMCHEM drum carcass | 05/08/03 | no | 3:45 PM |
| 0004C | 13 | unlegible writing from AMCHEM drum carcass | 05/08/03 | no | 3:45 PM |
| 0005 | 12 | Identification plate from tanker E BROOKE MATLACK INC | 05/21/03 | no | 3:22 PM |
| 0005A | 12 | Tanker from surface near area 12 | 05/19/03 | no | 12:22 PM |
| 0006 | 12 | Appears to be methanol from National Distill | 05/22/03 | no | 12:12 PM |
| 0006A | 12 | deteriorated container view 2 | 05/22/03 | no | 12:12 PM |
| 0006B | 12 | deteriorated container view 3 | 05/22/03 | no | 12:13 PM |
| 0007 | IDW | Pro Chem 5 gallon pail | 05/30/03 | no | 10:58 AM |
| 0007A | IDW | Pro Chem 5 gallon pail | 05/30/03 | no | 10:56 AM |
| 0008 | 22 | Ashland Chemicals Label from top drum in excavation (#128-0LS2-W65   6025F) | 06/18/03 | yes | 12:07 PM |
| 0008A | 22 | Top of drum in excavation note square left from removal of label | 06/18/03 | yes | 12:08 PM |
| 0009 | 22 | Conoco Chemical Drum | 06/18/03 | no | 3:04 PM |
| 0010 | 22 | Drum label unearther in excavation (Glycol) | 06/18/03 | yes | 12:29 PM |
| 0010A | 22 | Tetra Ethylene Glycol drum in overpack | 09/05/03 | yes | 11:13 AM |
| 0010B | 22 | Tetra Ethylene Glycol drum in overpack view 2 | 09/05/03 | yes | 11:13 AM |
| 0011 | 22 | Acrylic Acid label removed from drum (Celanese Chemical Company) | 06/19/03 | yes | 11:52 AM |
| 0011A | 22 | Acrylic Acid drum placed in containment.  Drum contents leaking | 06/19/03 | yes | 12:01 PM |

# PHOTOGRAPHIC LOG SUMMARY
## Boarhead Farms OU-2 Remedial Action

| PHOTO # | AREA | DESCRIPTION | DATE | Intact | TIME |
|---------|------|-------------|------|--------|------|
| 0012 | 22 | Black Acrylic Acid Monomer (Rohm and Haas) | 06/19/03 | yes | 4:22 PM |
| 0013 | 22 | McKE_SON Chemical drum carcass | 06/20/03 | no | 11:55 AM |
| 0013A | 22 | McKE_SON Chemical drum carcass | 06/20/03 | no | 11:55 AM |
| 0014 | 6 | unlegible writing on drum lid photo taken after decontamination | 07/16/03 | no | 9:52 AM |
| 0015 | 6 | possible Johnson Chemical Drum after decontamination | 07/16/03 | no | 9:53 AM |
| 0015A | 6 | possible Johnson Chemical Drum after decontamination | 07/16/03 | no | 9:53 AM |
| 0016 | 10 | TRISEC empty drum | 07/18/03 | no | |
| 0017 | 10 | Drum removed from area 10 after decontamination | 07/18/03 | no | |
| 0017A | 10 | TRISEC appears to be written on top of drum | 07/18/03 | no | |
| 0017B | 10 | Additional writing (unlegible) | 07/18/03 | no | |
| 0018 | 9 | apha metals logo, photo taken after decontamination | 07/21/03 | no | 11:59 AM |
| 0018A | 9 | additional writing on apha metals drum carcass | 07/21/03 | no | 11:59 AM |
| 0019 | 9 | Top of ICI Logo drum labeled "TRISEC" after gross decontamination | 07/22/03 | no | 9:32 AM |
| 0019A | 9 | ICI Logo with some unlegible writing | 07/22/03 | no | 9:33 AM |
| 0020 | 9 | HOUGHTON'S ABSOBER OIL stamped on top of drum (photo after decon) | 07/22/03 | no | 9:33 AM |
| 0020A | 9 | HOUGHTON'S ABSOBER OIL stamped on top of drum (photo after decon) view 2 | 07/22/03 | no | 9:33 AM |
| 0020B | 9 | HOUGHTON'S ABSOBER OIL stamped on top of drum (photo after decon) view 3 | 07/22/03 | no | 9:33 AM |
| 0020C | 9 | HOUGHTON'S ABSOBER OIL stamped on top of drum (photo after decon) side view | 07/22/03 | no | 9:33 AM |
| 0021 | 10 | SOL Label after decontamination | 07/24/03 | no | 9:09 AM |
| 0022 | 10 | 2nd SOL Label after decontamination | 07/24/03 | no | 9:09 AM |
| 0022A | 10 | Photo of both SOL drum carcass tops | 07/24/03 | no | 9:09 AM |
| 0023 | 10 | DUPONT Freon drum carcass | 07/24/03 | no | 9:10 AM |

# PHOTOGRAPHIC LOG SUMMARY
## Boarhead Farms OU-2 Remedial Action

| PHOTO # | AREA | DESCRIPTION | DATE | Intact | TIME |
|---|---|---|---|---|---|
| 0024 | 9 | ARKEM drum carcass | 07/24/03 | no | 9:10 AM |
| 0025 | 9 | N__ TRI Drum carcass top | 07/24/03 | no | 9:11 AM |
| 0026 | 9 | DOW emblem NUE-TRI TCE drum carcass | 07/24/03 | no | 9:11 AM |
| 0027 | 9 | Labeling matches 0025 and 0026 | 07/24/03 | no | 9:11 AM |
| 0028 | 9 | Three ICI TRISEC drum carcasses (2 identified previously) | 07/24/03 | no | 9:11 AM |
| 0029 | 18 | Philco Ford Corp reversed label | 08/06/03 | yes | 12:19 PM |
| 0030 | 18 | General Latex and Chem__ label | 08/06/03 | | 12:19 PM |
| 0030A | 18 | General Latex and Chem__ label view 2 | 08/06/03 | yes | 12:20 PM |
| 0031 | 18 | GE Label appears to have HTV 664A product code | 08/06/03 | no | 1:42 AM |
| 0032 | 18 | HB Fuller Resiweld after decon | 08/07/03 | no | 4:43 PM |
| 0032A | 18 | HB Fuller Resiweld after decon view 2 | 08/07/03 | no | 4:44 PM |
| 0033 | 18 | Philco Ford cup removed from drum (foam contents) | 08/08/03 | yes | 8:09 AM |
| 0034 | 18 | HB Fuller Resiweld epoxy after decon | 08/08/03 | no | 10:00 AM |
| 0034A | 18 | HB Fuller Resiweld epoxy after decon view 2 | 08/08/03 | no | 10:00 AM |
| 0034B | 18 | HB Fuller Resiweld epoxy after decon view 3 | 08/08/03 | no | 10:00 AM |
| 0035 | 22 | Rohm and Haas Glacial Acrylic Acid Monnomer Label from drum top | 08/11/03 | yes | 2:05 PM |
| 0035A | 22 | Rohm and Haas Glacial Acrylic Acid Monnomer Label from drum top view 2 | 08/11/03 | yes | 2:05 PM |
| 0035B | 22 | Rohm and Haas Glacial Acrylic Acid Monnomer Label from drum top view 3 | 08/11/03 | yes | 2:11 PM |
| 0036 | 22 | Ashland Chemical Label from drum carcass | 08/11/03 | no | 2:11 PM |
| 0036B | 22 | Ashland Chemical Label from drum carcass view 2 | 08/11/03 | no | 2:11 PM |
| 0037 | 22 | Conoco Chemical Drum | 08/13/03 | yes | 9:15 AM |
| 0038 | 22 | 2nd Conoco Chemical Drum | 08/13/03 | yes | 9:17 AM |

# PHOTOGRAPHIC LOG SUMMARY
## Boarhead Farms OU-2 Remedial Action

| PHOTO # | AREA | DESCRIPTION | DATE | Intact | TIME |
|---|---|---|---|---|---|
| 0039 | 22 | Conoco Chemical Drum carcass after decontamination | 08/13/03 | no | 2:05 PM |
| 0040 | 22 | Top of Conoco Chemical Drum carcass after decontamination | 08/15/03 | no | 8:30 AM |
| 0040A | 22 | Close up of 1 inch bunge seal | 08/15/03 | no | 8:30 AM |
| 0041 | 22 | Another Top of Conoco Chemical drum carcass after decontamination | 08/15/03 | no | 8:30 AM |
| 0041A | 22 | Close up of 1 inch bunge seal | 08/15/03 | no | 8:31 AM |
| 0042 | 18 | General Latex  SHIP TO: Philco  (post decontamination photo) | 08/25/03 | no | 12:13 PM |
| 0043 | 18 | General Latex Label  (post decontamination Photo) | 08/25/03 | no | 12:14 PM |
| 0044 | 22 | Ashland Chemical Label (photo showing label and contents of container) | 09/02/03 | yes | 2:20 PM |
| 0044A | 22 | Ashland Chemical Label view 2 | 09/05/03 | yes | 10:49 AM |
| | | | | | |
| | | | | | |













EXHIBIT "C"

**ESI LABORATORIES, INC. • ENVIRONMENTAL TESTING**

377 Sheridan Avenue, North Babylon, New York 11703
(631) 422-5770

Client: _____

Address: _____

Phone: _____

Person receiving: _____

Sampled by: _____

Source: _____

Job No.: _____

FAX RESULTS TO F.O.B. ON
9-2-2003

BSAI103016

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                                    09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN:    Tom Tomassetti                    PO#:

SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
    COLLECTED BY:   Client        DATE COL'D:08/25/03 RECEIVED:08/26/03
                                  TIME COL'D:1120
MATRIX:Extract    SAMPLE: BF2-WC-MA:22:DM:02
                          BF2-WC-MA:22:DM:02
                    TCLP

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
| Carbon Tetrachloride | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| Chlorobenzene | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| Chloroform | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| 1,4 Dichlorobenzene (v) | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| 1,2 Dichloroethane | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| 1,1 Dichloroethene | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| Methyl Ethyl Ketone | ug/L | < 200 |  | 08/28/03 | 200 | EPA8260 |
| Tetrachloroethene | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| Trichloroethylene | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| Vinyl Chloride | ug/L | < 20 |  | 08/28/03 | 20 | EPA8260 |
| Benzene | ug/L | 880 |  | 08/28/03 | 20 | EPA8260 |

TCLP Zero Headspace Extract                        08/27/03         EPA1311

VOC QCQA

cc:

                                        LRL=laboratory Reporting Limit

    REMARKS:

                                        DIRECTOR

    rn = 35766          NYSDOH ID # 10320            Page  1    of 12

BSAI103017

09/02/2003  16:51    6314225770              ECOTEST LABS INC                    PAGE  11

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                                      09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN:  Tom Tomassetti                     PO#:

SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
COLLECTED BY:  Client          DATE COL'D:08/25/03 RECEIVED:08/26/03
                               TIME COL'D:1120
MATRIX:Extract  SAMPLE: BF2-WC-MA:22:DM:02
                        BF2-WC-MA:22:DM:02
                TCLP

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| Lindane | ug/L | < 0.5 | | 08/30/03 | 0.5 | EPA8081 |
| Endrin | ug/L | < 0.5 | | 08/30/03 | 0.5 | EPA8081 |
| Methoxychlor | ug/L | < 1 | | 08/30/03 | 1 | EPA8081 |
| Toxaphene | ug/L | < 10 | | 08/30/03 | 10 | EPA8081 |
| Chlordane | ug/L | < 2 | | 08/30/03 | 2 | EPA8081 |
| Heptachlor | ug/L | < 0.5 | | 08/30/03 | 0.5 | EPA8081 |
| Heptachlor Epoxide | ug/L | < 0.5 | | 08/30/03 | 0.5 | EPA8081 |
| 2,4-D | ug/L | < 1 | | 08/30/03 | 1 | EPA8151 |
| 2,4,5-TP | ug/L | < 0.5 | | 08/30/03 | 0.5 | EPA8151 |
| 2-Methylphenol (o-cresol) | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| 3-Methylphenol (m-cresol) | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| 4-Methylphenol (p-cresol) | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| Pentachlorophenol (ms) | ug/L | < 100 | | 08/30/03 | 100 | EPA8270 |
| 2,4,5-Trichlorophenol | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| 2,4,6-Trichlorophenol | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| 2,4-Dinitrotoluene | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| Hexachlorobenzene | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| Hexachlorobutadiene | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| Hexachloroethane | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| Nitrobenzene | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |
| Pyridine | ug/L | < 10 | | 08/30/03 | 10 | EPA8270 |

CLP Extraction                              08/27/03       EPA1311

cc:

                          LRL=laboratory Reporting Limit

REMARKS:

DIRECTOR

rn = 35767        NYSDOH ID # 10320              Page 2 of 12

BSAI103018

09/02/2003  16:51    6314225770    ECOTEST LABS INC    PAGE 12

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                              09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN:  Tom Tomassetti                    PO#:

SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
COLLECTED BY:  Client     DATE COL'D:08/25/03 RECEIVED:08/26/03
                          TIME COL'D:1120
MATRIX:Extract  SAMPLE: BF2-WC-MA:22:DM:02
                        BF2-WC-MA:22:DM:02
                    TCLP

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| Arsenic as As | mg/L | < 0.05 | | 08/29/03 | 0.05 | EPA6010 |
| Barium as Ba | mg/L | 0.095 | | 08/29/03 | 0.05 | EPA6010 |
| Cadmium as Cd | mg/L | < 0.05 | | 08/29/03 | 0.05 | EPA6010 |
| Chromium as Cr | mg/L | < 0.05 | | 08/29/03 | 0.05 | EPA6010 |
| Lead as Pb | mg/L | < 0.05 | | 08/29/03 | 0.05 | EPA6010 |
| Mercury as Hg | mg/L | < 0.001 | | 08/29/03 | 0.001 | EPA7470A |
| Selenium as Se | mg/L | < 0.1 | | 08/29/03 | 0.1 | EPA6010 |
| Silver as Ag | mg/L | < 0.05 | | 08/29/03 | 0.05 | EPA6010 |
| TCLP Extraction | | | | 08/27/03 | | EPA1311 |

Totals, QCQA

cc:

LRL=laboratory Reporting Limit

REMARKS:

DIRECTOR

rn = 35768          NYSDOH ID # 10320          Page  3  of 12

BSAI103019

09/02/2003 16:51    6314225778    ECOTEST LABS INC    PAGE 13

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                        09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN:  Tom Tomassetti                   PO#:

SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
  COLLECTED BY:  Client        DATE COL'D:08/25/03  RECEIVED:08/26/03
                               TIME COL'D:1120
MATRIX:Soil      SAMPLE: BF2-WC-MA:22:DM:02
                         BF2-WC-MA:22:DM:02
                    Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| Aroclor 1016 | ug/Kg | < 100 | | 08/30/03 | 102.56 | EPA8082 |
| Aroclor 1221 | ug/Kg | < 100 | | 08/30/03 | 102.56 | EPA8082 |
| Aroclor 1232 | ug/Kg | < 100 | | 08/30/03 | 102.56 | EPA8082 |
| Aroclor 1242 | ug/Kg | < 100 | | 08/30/03 | 102.56 | EPA8082 |
| Aroclor 1248 | ug/Kg | < 100 | | 08/30/03 | 102.56 | EPA8082 |
| Aroclor 1254 | ug/Kg | < 100 | | 08/30/03 | 102.56 | EPA8082 |
| Aroclor 1260 | ug/Kg | < 100 | | 08/30/03 | 102.56 | EPA8082 |
| Post QAQC | | | | | | |
| % Solids | | 39 | | 08/29/03 | 0.1 | SM182540G |
| Flash Point  deg C | | > 100 | | 08/27/03 | 25 | EPA1010 |
| pd (lab)      units | | 5.7 | | 08/27/03 | 0.1 | EPA9045C |
| Reactive cyanide | mg/Kg | < 5.1 | | 08/27/03 | 5.1282 | EPA335.4 |
| Sulfide as S | mg/Kg | < 5.1 | | 08/27/03 | 5.1282 | EPA376.2 |
| Cyanide as CN | mg/Kg | < 5.1 | | 09/02/03 | 5.1282 | EPA335.3 |
| Phenols as Phenol | mg/Kg | 2.1 | | 09/02/03 | 0.2564 | EPA420.1 |
| Quality Control | | | | | | |

cc:

LRL=laboratory Reporting Limit

REMARKS:

DIRECTOR

rn = 35/69          NYSDOH ID # 10320          Page 4 of 12

BSAI103020

09/02/2003  16:51    6314225770         ECOTEST LABS INC                    PAGE  14

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                               09/02/03

Code Environmental Services, Inc.
400 Middlesox Avenue
Carteret, NJ 07008
ATTN:   Tom Tomassetti                         PO#:

SOURCE OF SAMPLE:   Boarhead Farms Superfund Site
SOURCE OF SAMPLE:   Boarhead Farms Superfund Site
COLLECTED BY:   Client       DATE COL'D:08/25/03  RECEIVED:08/26/03
                             TIME COL'D:1120
MATRIX:Soil      SAMPLE:  BF2-WC-MA:22:DM:02
                          BF2-WC-MA:22:DM:02
                      Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| Antimony as Sb | mg/Kg | < 13 | | 08/29/03 | 12.820 | EPA6010 |
| Arsenic as As | mg/Kg | < 6.4 | | 08/29/03 | 6.4102 | EPA6010 |
| Beryllium as Be | mg/Kg | < 1.3 | | 08/29/03 | 1.2820 | EPA6010 |
| Cadmium as Cd | mg/Kg | < 6.4 | | 08/29/03 | 6.4102 | EPA6010 |
| Chromium as Cr | mg/Kg | 100 | | 08/29/03 | 6.4102 | EPA6010 |
| Copper as Cu | mg/Kg | 170 | | 08/29/03 | 12.820 | EPA6010 |
| Lead as Pb | mg/Kg | 8.7 | | 08/29/03 | 6.4102 | EPA6010 |
| Mercury as Hg | mg/Kg | 0.067 | | 08/28/03 | 0.0128 | EPA7470A |
| Nickel as Ni | mg/Kg | 28 | | 08/29/03 | 12.820 | EPA6010 |
| Selenium as Se | mg/Kg | < 1.0 | | 09/02/03 | 1.0256 | EPA7740 |
| Silver as Ag | mg/Kg | < 6.4 | | 08/29/03 | 6.4102 | EPA6010 |
| Thallium as Tl | mg/Kg | < 13 | | 08/29/03 | 12.820 | EPA6010 |
| Zinc as Zn | mg/Kg | 190 | | 08/29/03 | 12.820 | EPA6010 |
| Metals, QCQA | | | | | | |

cc:

LRL=laboratory Reporting Limit

REMARKS:

DIRECTOR [signature]

Page 5 of 12

rn # 35770              NYSDOH ID # 10320

BSAI103021

09/02/2003  16:51   6314225770          ECOTEST LABS INC                    PAGE 15

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                                    09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN:  Tom Tomassetti                      PO#:

SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
COLLECTED BY:  Client          DATE COL'D:08/25/03  RECEIVED:08/26/03
                               TIME COL'D:1120
MATRIX:Soil        SAMPLE:  BF2-WC-MA:22:DM:02
                           BF2-WC-MA:22:DM:02
                           Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| Dichlordifluomethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Chloromethane | ng/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Vinyl Chloride | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Bromomethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Chloroethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Trichlorofluomethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| ,1 Dichloroethene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Methylene Chloride | ug/Kg | 620 | | 08/29/03 | 12.820 | EPA8260 |
| -1,2-Dichloroethene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| ,1 Dichloroethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 2-Dichloropropane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 1,2-Dichloroethene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Bromochloromethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Chloroform | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 11 Trichloroethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Carbon Tetrachloride | ng/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| ,1-Dichloropropene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Benzene | ug/Kg | 95000 | | 08/29/03 | 1282.0 | EPA8260 |
| ,2 Dichloroethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Trichloroethylene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| ,2 Dichloropropane | ug/Kg | 74 | | 08/29/03 | 12.820 | EPA8260 |
| Dibromomethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Bromodichloromethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| -1,3Dichloropropene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Toluene | ug/Kg | 140000 | | 08/29/03 | 1282.0 | EPA8260 |

cc:

                                        LRL=laboratory Reporting Limit

REMARKS:

DIRECTOR  [signature]

rn = 35771         NYSDOH ID # 10320         Page  6  of 12

                                              BSAI103022

**EcoTest Laboratories Inc**
**377 Sheffield Ave**
**North Babylon, NY 11703**
**631 422-5777**

LAB NO.234265.03                              09/02/03

                    Code Environmental Services, Inc.
                    400 Middlesex Avenue
                    Carteret, NJ 07008
            ATTN:   Tom Tomassetti                    PO#:

SOURCE OF SAMPLE:   Boarhead Farms Superfund Site
SOURCE OF SAMPLE:   Boarhead Farms Superfund Site
   COLLECTED BY:    Client       DATE COL'D:08/25/03 RECEIVED:08/26/03
                                 TIME COL'D:1120
MATRIX:Soil     SAMPLE: BF2-WC-MA:22:DM:02
                        BF2-WC-MA:22:DM:02
                        Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| t-1,3Dichloropropene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 112 Trichloroethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Tetrachloroethene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 1,3-Dichloropropane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Chlorodibromomethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 1,2 Dibromoethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Chlorobenzene | ug/Kg | 49 | | 08/29/03 | 12.820 | EPA8260 |
| Ethyl Benzene | ug/Kg | 900 | | 08/29/03 | 128.20 | EPA8260 |
| 112Tetrachloroethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| m + p Xylene | ug/Kg | 3300 | | 08/29/03 | 256.41 | EPA8260 |
| Xylene | ug/Kg | 1100 | | 08/29/03 | 12.820 | EPA8260 |
| cyrene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Bromoform | ug/Kg | 97 | | 08/29/03 | 12.820 | EPA8260 |
| Isopropylbenzene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Bromobenzene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 122Tetrachloroethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 23-Trichloropropane | ug/Kg | 90 | | 08/29/03 | 12.820 | EPA8260 |
| -Propylbenzene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| -Chlorotoluene | ug/Kg | 90 | | 08/29/03 | 12.820 | EPA8260 |
| 35-Trimethylbenzene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| -Chlorotoluene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| ert-Butylbenzene | ug/Kg | 100 | | 08/29/03 | 12.820 | EPA8260 |
| 24-Trimethylbenzene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| ec-Butylbenzene | ug/Kg | 23 | | 08/29/03 | 12.820 | EPA8260 |
| -Isopropyltoluene | | | | | | |
| co: | | | | | | |

                              LRL=laboratory Reporting Limit

REMARKS:


                              DIRECTOR

rn = 35772         NYSDOH ID # 10320              Page 7  of 12

BSAI103023

09/02/2003  16:51   6314225770           ECOTEST LABS INC                    PAGE  17

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY  11703
## 631 422-5777

LAB NO.234265.03                                09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
         ATTN: Tom Tomassetti                    PO#:

SOURCE OF SAMPLE: Boarhead Farms Superfund Site
SOURCE OF SAMPLE: Boarhead Farms Superfund Site
   COLLECTED BY: Client          DATE COL'D:08/25/03 RECEIVED:08/26/03
                                 TIME COL'D:1120
MATRIX:Soil      SAMPLE: BF2-WC-MA:22:DM:02
                         BF2-WC-MA:22:DM:02
                         Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| 1,3 Dichlorobenzene (v) | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 1,4 Dichlorobenzene (v) | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| n-Butylbenzene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| .,2 Dichlorobenzene (v) | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Dibromochloropropane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| .24-Trichlorobenzene (v) | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Hexachlorobutadiene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Naphthalene(v) | ug/Kg | 110 | | 08/29/03 | 12.820 | EPA8260 |
| 23-Trichlorobenzene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| ter.ButylMethylEther | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Ethyltoluene | ug/Kg | 210 | | 08/29/03 | 12.820 | EPA8260 |
| .eon 113 | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| 245 Tetramethylbenz | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| .cetone | ug/Kg | 49000 | | 08/29/03 | 12820. | EPA8260 |
| Methyl Ethyl Ketone | ug/Kg | < 130 | | 08/29/03 | 128.20 | EPA8260 |
| Methylisobutylketone | ug/Kg | < 130 | | 08/29/03 | 128.20 | EPA8260 |
| Chlorodifluoromethane | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |
| Diethylbenzene | ug/Kg | < 13 | | 08/29/03 | 12.820 | EPA8260 |

Method #-VOC
S Library Search (Vol)
Library Search, VOC
OC QCQA

cc:

                                    LRL=laboratory Reporting Limit

REMARKS: Library Search is attached.

                              DIRECTOR

rn = 35773        NYSDOH ID # 10320          Page  8   of 12

BSAI103024

09/02/2003  15:51    6314225770              ECOTEST LABS INC                    PAGE  18

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                              09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN: Tom Tomassetti                          PO#:

SOURCE OF SAMPLE: Boarhead Farms Superfund Site
SOURCE OF SAMPLE: Boarhead Farms Superfund Site
COLLECTED BY:    Client      DATE COL'D:08/25/03  RECEIVED:08/26/03
                             TIME COL'D:1120
MATRIX:Soil     SAMPLE: BF2-WC-MA:22:DM:02
                        BF2-WC-MA:22:DM:02

Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| N-Nitrosodimethylamine | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| Bis(2-chloroethyl)ether | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| ,3 Dichlorobenzene(sv) | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| ,4 Dichlorobenzene(sv) | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| ,2 Dichlorobenzene(sv) | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| is(2-chloroisopropyl)ether | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| N-Nitrosodi-n-propylamine | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| exachloroethane | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| itrobenzene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| sophorone | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| s(2-chloroethoxy)methane | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| 4-Trichlorobenzene (sv) | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| aphthalene(sv) | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| exachlorobutadiene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| exachlorocyclopentadiene | ug/Kg | < 770 | | 08/30/03 | 769.23 | EPA8270 |
| -Chloronaphthalene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| imethyl Phthalate | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| cenaphthylene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| ,6-Dinitrotoluene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| cenaphthene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| ,4-Dinitrotoluene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| iethyl Phthalate | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| luorene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| -Chlorophenyl phenyl ether | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| -Nitrosodiphenylamine | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |

cc:

LRL=laboratory Reporting Limit

REMARKS:

DIRECTOR

rn = 35774      NYSDOH ID # 10320            Page  9  of 12

BSAI103025

09/02/2003  16:51    6314225778          ECOTEST LABS INC              PAGE  19

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY  11703
## 631  422-5777

LAB NO. 234265.03                              09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN:  Tom Tomassetti                        PO#:

SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
COLLECTED BY:  Client          DATE COL'D:08/25/03  RECEIVED:08/26/03
                               TIME COL'D:1120
MATRIX:Soil      SAMPLE: BF2-WC-MA:22:DM:02
                         BF2-WC-MA:22:DM:02
                         Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| .,2-Diphenylhydrazine | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| -Bromophenyl phenyl ether | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| lexachlorobenzene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| Phenanthrene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| nthracene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| i-n-Butyl Phthalate | ug/Kg | 85 | | 08/30/03 | 76.923 | EPA8270 |
| luoranthene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| enzidine | ug/Kg | < 770 | | 08/30/03 | 769.23 | EPA8270 |
| yrene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| enzylButylPhthalate | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| nzo(a)anthracene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| 3'-Dichlorobenzidine | ug/Kg | < 770 | * | 08/30/03 | 769.23 | EPA8270 |
| hrysene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| is(2-ethylhexyl)phthalate | ug/Kg | 380 | | 08/30/03 | 76.923 | EPA8270 |
| i-n-octyl Phthalate | ug/Kg | < 77 | * | 08/30/03 | 76.923 | EPA8270 |
| enzo(b)fluoranthene | ug/Kg | < 77 | * | 08/30/03 | 76.923 | EPA8270 |
| enzo(k)fluoranthene | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| enzo(a)pyrene | ug/Kg | < 77 | * | 08/30/03 | 76.923 | EPA8270 |
| adeno(1,2,3-cd)pyrene | ug/Kg | < 77 | * | 08/30/03 | 76.923 | EPA8270 |
| ibenzo(a,h)anthracene | ug/Kg | < 77 | * | 08/30/03 | 76.923 | EPA8270 |
| nzo(ghi)perylene | ug/Kg | < 77 | * | 08/30/03 | 76.923 | EPA8270 |

se Neutrals QAQC
: Library Search (BN)

        cc:

                               LRL=laboratory Reporting Limit

REMARKS: Library Search is attached.
         *Estimated due to low internal standard. *37%. Low recovery
         due to interference. QC limit is 50%.

                               DIRECTOR

rn = 35775       NYSDOH ID # 10320          Page 10  of 12

BSAI103026

09/02/2003  16:51    6314225770          ECOTEST LABS INC                    . PAGE  20

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                                    09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN:  Tom Tomassetti                         PO#:

SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
COLLECTED BY:   Client        DATE COL'D:08/25/03 RECEIVED:08/26/03
                              TIME COL'D:1120
MATRIX:Soil       SAMPLE:  BF2-WC-MA:22:DM:02
                           BF2-WC-MA:22:DM:02
                           Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| Phenol | ug/Kg | 540 | | 08/30/03 | 76.923 | EPA8270 |
| 2-Chlorophenol | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| 2-Nitrophenol | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| 2,4-Dimethylphenol | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| 2,4-Dichlorophenol | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| 4-Chloro-3-methylphenol | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| 2,4,5-Trichlorophenol | ug/Kg | < 77 | | 08/30/03 | 76.923 | EPA8270 |
| 4-Nitrophenol | ug/Kg | < 770 | | 08/30/03 | 769.23 | EPA8270 |
| 2,4-Dinitrophenol | ug/Kg | < 770 | | 08/30/03 | 769.23 | EPA8270 |
| 2-Methyl-4,6-dinitrophenol | ug/Kg | < 770 | | 08/30/03 | 769.23 | EPA8270 |
| Pentachlorophenol (ms) | ug/Kg | < 770 | | 08/30/03 | 769.23 | EPA8270 |

MS Library Search (AE)

Acid Ex. QAQC

cc:

                                    LRL=laboratory Reporting Limit

REMARKS: Library Search is attached.

                              DIRECTOR

rn = 35776           NYSDOH ID # 10320            Page 11  of 12

BSAI103027

09/02/2003  16:51    6314225770          ECOTEST LABS INC                    PAGE  21

# EcoTest Laboratories Inc
## 377 Sheffield Ave
## North Babylon, NY 11703
## 631 422-5777

LAB NO.234265.03                              09/02/03

Code Environmental Services, Inc.
400 Middlesex Avenue
Carteret, NJ 07008
ATTN:  Tom Tomassetti                         PO#:

SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
SOURCE OF SAMPLE:  Boarhead Farms Superfund Site
COLLECTED BY:  Client          DATE COL'D:08/25/03 RECEIVED:08/26/03
                               TIME COL'D:1120
MATRIX:Soil       SAMPLE: BF2-WC-MA:22:DM:02
                          BF2-WC-MA:22:DM:02
                          Results reported on a dry weight basis

| ANALYTICAL PARAMETERS | UNITS | RESULT | FLAG | DATE OF ANALYSIS | LRL | ANALYTICAL METHOD |
|---|---|---|---|---|---|---|
| Lindane | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| Heptachlor | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| Aldrin | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| Heptachlor Epoxide | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| p,p-DDE | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| Dieldrin | ug/Kg | < 5.1 | | 08/31/03 | 5.1282 | EPA8081 |
| Endrin | ug/Kg | < 5.1 | | 08/31/03 | 5.1282 | EPA8081 |
| p,p-DDD | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| p,p-DDT | ug/Kg | < 10 | | 08/30/03 | 10.256 | EPA8081 |
| Chlordane | ug/Kg | < 21 | | 08/30/03 | 20.512 | EPA8081 |
| Toxaphene | ug/Kg | < 100 | | 08/30/03 | 102.56 | EPA8081 |
| Endrin Aldehyde | ug/Kg | < 31 | | 08/31/03 | 30.769 | EPA8081 |
| BHC | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| BHC | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| BHC | ug/Kg | < 5.1 | | 08/30/03 | 5.1282 | EPA8081 |
| Endosulfan 1 | ug/Kg | < 10 | | 08/30/03 | 10.256 | EPA8081 |
| Endosulfan 2 | ug/Kg | < 10 | | 08/31/03 | 10.256 | EPA8081 |
| Endosulfan Sulfate | ug/Kg | < 31 | | 08/31/03 | 30.769 | EPA8081 |
| est QAQC | | | | | | |

cc:

LRL=laboratory Reporting Limit

REMARKS:

DIRECTOR

rn = 35777          NYSDOH ID # 10320          Page 12  of 12

BSAI103028