IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., | : |
|                        Plaintiffs, | : |
| v. | : Civil Action No. 02-CV-3830 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : |
|                        Defendants. | : |

FILED
MAR 2 4 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**STIPULATION AND ORDER FOR REPLY BRIEF**

Pursuant to Rule 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereto hereby stipulate that Defendant Ashland Inc. shall have the right to file a reply brief on or before April 2, 2008 with respect to Ashland's Motion for Partial Summary Judgment, which Motion was filed with the Court by Ashland on February 22, 2008.

_____
GLENN A. HARRIS
**Counsel for Plaintiffs**

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043

_____
JEFFREY L. PETTIT
**Counsel for Defendant Ashland Inc.**

PHELAN, PETTIT & BIEDRZYCKI, LLC
121 South Broad Street, Suite 1600
Philadelphia, PA 19107

IT IS SO ORDERED.

_____
Legrome D. Davis, Judge

Date: