IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., et al.,

        Plaintiff,

v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.

        Defendants.

Civil Action No. 02-CV-3830

FILED
MAR 2 7 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION AND ORDER FOR REPLY BRIEF

Pursuant to Rule 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereto stipulate that Defendants shall have the right to file a reply brief on or before April 4, 2008 with respect to Defendants' Motion for Partial Summary Judgment, which Motion was filed with the Court on February 22, 2008.

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

_____
Glenn A. Harris
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043

Counsel for Plaintiffs

DUANE MORRIS LLP

_____
Seth v.d.H. Cooley
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Counsel for Defendant fcg, inc.

IT IS SO ORDERED.

_____

DM2\1412650.1