IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : : : | |
| Defendants. | : : | |

**HANDY & HARMAN TUBE COMPANY, INC.'S MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL RESPONSE TO JOINT CONTENTION INTERROGATORY NO. 123 AND FOR OTHER RELIEF**

Defendant, Handy & Harman Tube Company, Inc. (H&H Tube"), by and through its undersigned counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, hereby moves the Court to strike Plaintiffs' February 8, 2008 "supplemental" response to Joint Contention Interrogatory No. 123 and for other relief. In support of this motion, H&H Tube avers as follows:

1. On July 26, 2007, Plaintiffs filed a motion for leave to file a Fifth Amended Complaint which sought, in part, to add as party plaintiffs Smiths Group Services Corporation and Smith Group North America, Incorporated ("Smiths").

2. On January 11, 2008, the Court denied that portion of Plaintiffs' motion to add as party plaintiffs Smiths.

3. On January 21, 2008, Plaintiffs filed their Fifth Amended Complaint and included allegations relating to Smiths' claims.

4. On February 8, 2008, Plaintiffs served a supplemental response to Joint Contention Interrogatory No. 123 in which Plaintiffs identified new facts, new documents and new witnesses relating to the Smiths claim, which claim this Court found to be barred by the statute of limitations.

5. For the reasons set forth in the accompanying memorandum, H&H Tube's motion to strike Plaintiffs' February 8, 2008 "supplemental" response to Joint Contention Interrogatory No. 123 should be granted.

WHEREFORE, Handy & Harman Tube Company respectfully requests that the Court strike Plaintiffs' February 8, 2008 "supplemental" response to Joint Contention Interrogatory No. 123.

          Respectfully submitted,

          CARELLA, BYRNE, BAIN, GILFILLAN,
          CECCHI, STEWART & OLSTEIN

          By: _/s/ Melissa E. Flax_    MF1386
          MELISSA E. FLAX
          5 Becker Farm Road
          Roseland, New Jersey 07068

          Attorneys for Defendant,
          Handy & Harman Tube Company, Inc.

Dated: March 31, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date caused true and correct copies of the attached Motion To Strike Plaintiffs' Supplemental Response To Joint Contention Interrogatory No. 123 And For Other Relief on all counsel of record via email and first class mail, postage prepaid, addressed as follows:

***Agere Systems, Inc., Cytec Industries Inc., Ford Motor Company, SPS Technologies, LLC and TI Automotive Systems LLC***

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
E-mail: harris@ballardspahr.com

Monique M. Mooney, Esq.
Ballard, Spahr, Andrews & Ingersoll
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
E-mail: mooney@ballardspahr.com

COUNSEL FOR DEFENDANTS:

***Advanced Environmental Technology Corp.***
Laurie Sands, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Email: tsabino@wolffsamson.com

***Ashland, Inc.***
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
The North American Building
121 South Broad Street, Suite 1600
Philadelphia, Pennsylvania 19107
Email: rbiedrzycki@pp-b.com

3

***Carpenter Technology Corporation***
Lynn Wright, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Email: lwright@ealaw.com

Christopher R. Booth, Jr., Esq.
Booth and Tucker
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 1700
Philadelphia, Pennsylvania 19103
Email: cbooth@boothtucker.com

***Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)***
Seth v.d.H. Cooley, Esq.
Duane Morris
30 South 17th Street
Philadelphia, Pennsylvania 19103-7396
Email: scooley@duanemorris.com

***NRM Investment Co.***
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
Email: edwardfackenthal@cs.com

Dated: March 31, 2008

_____ MF1386
MELISSA E. FLAX