IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., | : |
|   Plaintiff, | : CIVIL ACTION NO. |
| v. | : 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : |
|   Defendants. | : |

**ORDER GRANTING HANDY & HARMAN TUBE COMPANY, INC.'S MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL RESPONSE TO JOINT CONTENTION INTERROGATORY NO. 123 AND FOR OTHER RELIEF**

AND NOW, this _____ day of _____ 2008, upon consideration of defendant Handy & Harman Tube Company, Inc.'s ("H&H Tube") Motion To Strike Plaintiffs' Supplemental Response To Joint Contention Interrogatory No. 123 And For Other Relief, it is hereby ORDERED as follows:

1. H&H Tube's Motion To Strike Plaintiffs' Supplemental Response To Joint Contention Interrogatory No. 123 And For Other Relief is GRANTED.

2. Plaintiffs' February 8, 2008 supplemental response to Joint Contention Interrogatory No. 123 be and is hereby stricken.

3. H&H Tube is hereby awarded reasonable attorneys' fees and costs incurred in connection with this application. H&H Tube shall submit an affidavit of services within __ days of the date hereof, together with a proposed form of order.

_____
Legrome D. Davis, Judge