THE ENVIRONMENTAL QUALITY COMPANY ®

## Generator Approval Notification
**Customer: CODE ENVIRONMENTAL**
*Fax: (732) 969-2701*

*February 25, 2004*

BOARHEAD FARMS PUBLIC ADMIN
DE MAXIMIS INC
1125 CEDAR CREST BLVD
ALLENTOWN, PA 18072

This Generator Approval Notification acknowledges the acceptability of waste material(s) into the EQ environmental protection facility identified below and ensures that this facility has the appropriate permit(s) issued by federal and state regulatory agencies to properly transport, treat, and/or dispose of the waste material(s).

**EQ FACILITY:** Michigan Disposal Waste Treatment Plant (MID000724831)
49350 North I-94 Service Drive, Belleville, Michigan 48111

**Approval Number: 010904MCB-OTS**

Generator EPA ID #: PAD980830780    Approved Container: DRUM    Expires On: 1/8/2005
Waste Common Name: BF-18 ORGANIC RESIN, SOLIDIFIED
Comments: APPROVED FOR ONE OVERPACKED DRUM, ONE TIME
Primary Waste Code: D018

**Approval Number: 010904TAB-OTS**

Generator EPA ID #: PAD980830780    Approved Container: DRUM    Expires On: 1/8/2005
Waste Common Name: BF1,2,3,4 CUPRIC AMMONIUM SULFATE SOL/LIQ/SLUDGE
Comments: APPROVED FOR 4 OVERPACKED DRUMS, ONE TIME.
Primary Waste Code: D008

**Approval Number: 011504MHB**

Generator EPA ID #: PAD980830780    Approved Container: DRUM    Expires On: 1/15/2005
Waste Common Name: BF-51, BF-25
Comments: APPROVED FOR 2 OVERPACKED DRUMS, ONE TIME ONLY.
Primary Waste Code: D018

BSAI 0 59273