DF-13

EQ Tracking # _____

## WASTE CHARACTERIZATION REPORT

TO EXPEDITE YOUR WASTE APPROVAL, PLEASE COMPLETE THIS FORM ENTIRELY

### Please Choose One EQ Management Facility

☐ **Michigan Disposal Waste Treatment Plant**   49350 N. I-94 Service Drive   Belleville, MI 48111   EPA ID # MID 000 724 831
(Stabilization and Treatment)   Phone: 800-592-5489   Fax: 800-592-5329

☐ **Wayne Disposal, Inc. Site #2 Landfill**   49350 N. I-94 Service Drive   Belleville, MI 48111   EPA ID # MID 048 090 633
(Hazardous & Chemical Waste Landfill)   Phone: 800-592-5489   Fax: 800-592-5329

☐ **Michigan Recovery Systems, Inc.**   36345 Van Born Road   Romulus, MI 48174   EPA ID # MID 060 975 844
(Solvent Recycling, Fuel Blending, WW Treatment)   Phone: 800-521-0998   Fax: 734-326-9375

☐ **EQIS – Transfer & Processing**   1010 Old Rawsonville Road   Ypsilanti, MI 48197   EPA ID # MIR 000 033 969
(Drum Transfer/Non-Hazardous Liquid Processing)   Phone: 734-547-1000   Fax: 734-480-9195

### Section 1 - Generator & Customer Information

SIC # 9999

EQ Customer No. 1220

Generator EPA ID # PAD 980830780
Generator  Boarhead Farms Public Admin
Facility Address  1310 Lonely Cottage Dr.
City  Upper Black Eddy   State  PA   Zip  18972
County  Bucks
Mailing Address (if different)
de maximis, Inc. 1125 Cedar Crest Blvd.
City  Allentown   State  Pa   Zip  18972
Generator Contact  Craig Coslett
Title  Group Representative
Phone  (610) 435-1151   Fax  (610) 435-8459

Invoicing Company  Code Environmental Services, Inc
Address  400 Middlesex Ave.
City  Carteret   State  NJ   Zip  07008
Country  USA

Invoicing Contact  Accounts Payable
Phone  732-969-2700   Fax  732-969-2701

Technical Contact  Fred Aňdlauer
Phone  732-969-2700   Fax  732-969-2701

### Section 2 - Shipping and Packaging Information

2.1) Shipping volume: 1 x 85gal OVPK w/55gal inner
Shipping frequency:  ☒ One Time Only   ☐ Annual

2.2) DOT shipping name RQ Hazardous Waste,
Solid, N.O.S., 9, NA3077, PGIII

Density: ____ lbs./gallon or lbs./cubic yard (or) Specific Gravity: ~1

2.3) Packaging: (check all that apply)
☐ Bulk Solid (Yd³ < 2000 lbs/yd³)
☐ Bulk Solid (Ton >2000 lbs/yd³)
☐ Bulk Liquids (Gallons)
☐ Cubic Yard Boxes
☒ Drums
☐ Other (palletized, 5 gal. pails, etc.) _____

Quoted bulk disposal charges for solid materials will be billed by the cubic yd., if waste density is less than 2,000 lbs. per cubic yd. If waste density is greater than 2,000 lbs. per cubic yd., then bulk disposal charges will be billed by the ton regardless of the approved container.

### Section 3 - Physical Characteristics

**WASTE COMMON NAME:**

3.1) Color (describe): Black, Brown
3.2) Odor (describe): Mild Volatile Organic
3.3) Physical state at 70°F: (check all that apply)
☒ Solid   ☐ Dust   ☐ Liquid   ☒ Sludge
3.4) Does this waste contain?: (check all that apply) (minor)
☐ Free Liquids  ☐ Metal fines  ☐ Powders  ☐ Oily residue
☐ Biodegradable sorbants   ☒ NONE
3.5) Does this waste contain?: (check all that apply) ☒ NONE
☐ Asbestos - friable   ☐ Pyrophoric waste
☐ Asbestos - non-friable   ☐ Reactive waste
☐ Dioxins   ☐ Shock Sensitive waste
☐ Furans   ☐ Radioactive waste
☐ Biohazard   ☐ Explosives

3.6) Describe the composition of the waste (i.e. key chemical compounds, soil, water, ppe, debris, etc.):

Organic Resin (solidified)   ___ to 100 %
Benzene (TCLP)- 0.88 ppm    ___ to ___ %
_____   ___ to ___ %
_____   ___ to ___ %
                            Total = 100 %

3.7) Does this waste contain > 50% contaminated soil?
                            ☐ Yes   ☒ No
3.8) Does this waste contain >50% debris by volume?
(debris is greater than 2.5 inches in size)   ☐ Yes   ☒ No

EQ WEB FORM

BSAI 0 59382

BF-18

## Section 4 - Generating Process and Regulatory Information

4.1) Provide a *detailed* description of the process (es) generating this waste (attach flow diagram if available):

Excavation and one time cleanup of volatile hot spots, and soils associated with drum and drum fragments from 24 magnetic anomaly areas identified at the Boarhead Farms Superfund Site in Upper Black Eddy, PA.

Based upon RCRA waste regulations (40 CFR 261) and Michigan Act 451 Rules:     Waste Code(s)

4.2) Is this an EPA RCRA listed hazardous waste (F, K, P or U)?  ☐ Yes  ☒ No  _____
4.3) Is this a MICHIGAN hazardous waste (Other than RCRA)?  ☐ Yes  ☒ No  _____
4.4) Is this a MICHIGAN nonhazardous liquid industrial waste?  ☐ Yes  ☒ No  _____
4.5) Is this a UNIVERSAL waste?  ☐ Yes  ☒ No
4.6) Does this waste exceed LDR treatment standards?  ☒ Yes  ☐ No
4.7) Is this an EPA RCRA characteristic hazardous waste (D001-D043)?  ☒ Yes  ☐ No   D018
4.8) What is the flash point of this waste?  ☐ <90°F  ☐ 90-140°F  ☐ 140-199°F  ☒ >200°F
4.9) Is the waste an oxidizer?  ☐ Yes  ☒ No
4.10) What is the pH of this waste?  ☐ <2  ☐ 2-4.9  ☒ 5-10  ☐ 10.1-12.4  ☐ ≥12.5
4.11) Does this waste contain reactive cyanide ≥ 250 ppm?  ☐ Yes  ☒ No
4.12) Does this waste contain reactive sulfide ≥ 500 ppm?  ☐ Yes  ☒ No
4.13) Is the waste surcharge exempt? (attach surcharge form)  ☐ Yes  ☒ No

| Code | | Regulatory Level TCLP (mg/L) | Concentration (if above) | Code | | Regulatory Level TCLP (mg/L) | Concentration (if above) |
|---|---|---|---|---|---|---|---|
| D004 | Arsenic | 5 | ☒ Below ☐ Above | D024 | m-Cresol | 200 | ☒ Below ☐ Above |
| D005 | Barium | 100 | ☒ Below ☐ Above | D025 | p-Cresol | 200 | ☒ Below ☐ Above |
| D006 | Cadmium | 1 | ☒ Below ☐ Above | D026 | Cresols | 200 | ☒ Below ☐ Above |
| D007 | Chromium | 5 | ☒ Below ☐ Above | D027 | 1,4-Dichlorobenzene | 7.5 | ☒ Below ☐ Above |
| D008 | Lead | 5 | ☒ Below ☐ Above | D028 | 1,2-Dichloroethane | 0.5 | ☒ Below ☐ Above |
| D009 | Mercury | 0.2 | ☒ Below ☐ Above | D029 | 1,1-Dichloroethylene | 0.7 | ☒ Below ☐ Above |
| D010 | Selenium | 1 | ☒ Below ☐ Above | D030 | 2,4-Dinitrotoluene | 0.13 | ☒ Below ☐ Above |
| D011 | Silver | 5 | ☒ Below ☐ Above | D031 | Heptachlor | 0.008 | ☒ Below ☐ Above |
| D012 | Endrin | 0.02 | ☒ Below ☐ Above | D032 | Hexachlorobenzene | 0.13 | ☒ Below ☐ Above |
| D013 | Lindane | 0.4 | ☒ Below ☐ Above | D033 | Hexachlorobutadiene | 0.5 | ☒ Below ☐ Above |
| D014 | Methoxychlor | 10 | ☒ Below ☐ Above | D034 | Hexachloroethane | 3.0 | ☒ Below ☐ Above |
| D015 | Toxaphene | 0.5 | ☒ Below ☐ Above | D035 | Methyl Ethyl Ketone | 200 | ☒ Below ☐ Above |
| D016 | 2,4-D | 10 | ☒ Below ☐ Above | D036 | Nitrobenzene | 2 | ☒ Below ☐ Above |
| D017 | 2,4,5-TP(Silvex) | 1 | ☒ Below ☐ Above | D037 | Pentachlorophenol | 100 | ☒ Below ☐ Above |
| D018 | Benzene | 0.5 | ☐ Below ☒ Above 0.33 ppm | D038 | Pyridine | 5 | ☒ Below ☐ Above |
| D019 | CarbonTetrachloride | 0.5 | ☒ Below ☐ Above | D039 | Tetrachloroethylene | 0.7 | ☒ Below ☐ Above |
| D020 | Chlordane | 0.03 | ☒ Below ☐ Above | D040 | Trichloroethylene | 0.5 | ☒ Below ☐ Above |
| D021 | Chlorobenzene | 100 | ☒ Below ☐ Above | D041 | 2,4,5-Trichlorophenol | 400 | ☒ Below ☐ Above |
| D022 | Chloroform | 6.0 | ☒ Below ☐ Above | D042 | 2,4,6-Trichlorophenol | 2 | ☒ Below ☐ Above |
| D023 | o-Cresol | 200 | ☒ Below ☐ Above | D043 | Vinyl Chloride | 0.2 | ☒ Below ☐ Above |

4.14) The hazardous constituent information is based on: ☒ Analysis (Please attach for review)   ☐ Generator Knowledge   ☐ Both

4.15) If this is a characteristic (D-coded) hazardous waste, does it contain underlying hazardous constituents (List in Secton5)?
☒ Yes   ☐ No   ☐ N/A

## Section 5 - Constituent Information

Review the following items in the EQ Resource Guide and indicate their concentrations below:
1) MVOC (Michigan Volatile Organic Compounds)   2) CCVOC (Subpart CC Volatile Organic Compounds)
3) UHC (Underlying Hazardous Constituents)   4) TRI (Toxic Release Inventory Constituents)

Indicate all constituents in your waste stream, their concentrations, and circle Yes or No for UHC:

| UHC? | | | UHC? | |
|---|---|---|---|---|
| Yes/No | BENZENE - 0.33 ppm (TCLP) | | Yes-No | |
| Yes/No | TOLUENE - 140 ppm (total) | | Yes-No | |
| Yes/No | SEE ATTACHED totals analysis | | Yes-No | |

BSAI 0 59383

BF-18

### Section 6 - PCB & TSCA Information

6.1) What is the concentration of PCBs in the waste?  ☒ None  ☐ 0-5 ppm  ☐ 6-49 ppm  ☐ 50-499 ppm  ☐ 500+ ppm
6.2) Does the waste contain PCB contamination from a source with a concentration ≥50 ppm?  ☐ Yes  ☒ No
6.3) Does this waste contain free liquids? (use paint filter test)  ☐ Yes  ☒ No
6.4) Has this waste been processed into a non-liquid form?  ☐ Yes  ☒ No
   If yes, what was the concentration of PCBs prior to processing?  ☒ N/A  ☐ 0-499 ppm  ☐ 500+ ppm
6.5) Is the non-liquid PCB waste in the form of soil, rags, debris, or other contaminated media?  ☐ Yes  ☒ No
6.6) Are you a PCB capacitor manufacturer or a PCB equipment manufacturer?  ☐ Yes  ☒ No
6.7) Has the PCB Article (e.g., transformer, hydraulic machine, PCB-contaminated electrical equipment) been drained/flushed of all PCBs and decontaminated in accordance with 40 CFR 761.60(b)?  ☒ N/A  ☐ Yes  ☐ No

### Section 7 - Benzene NESHAP Information

| NESHAP SIC CODES |
|---|
| 2812 2836 2875 |
| 2813 2841 2879 |
| 2816 2842 2891 |
| 2819 2843 2892 |
| 2821 2844 2893 |
| 2822 2851 2895 |
| 2823 2861 2899 |
| 2824 2865 2911 |
| 2833 2869 3312 |
| 2834 2873 4953 |
| 2835 2874 9511 |

7.1) Does this waste stream contain Benzene? (if "no" to 7.1, please skip to section 8)  ☒ Yes  ☐ No
7.2) Does the waste stream come from a facility with one of the SIC codes listed under NESHAP?  ☐ Yes  ☒ No
7.3) Does your company manage wastes from facilities with Total Annual Benzene(TAB) ≥10 Mg/year?  ☐ Yes  ☒ No
→ If you answered "NO" to question 7.2 AND 7.3 please skip to Section 8.
7.4) Does the waste contain >10% water?  ☐ Yes  ☐ No
7.5) What is the TAB quantity for your facility? _____ Mg/Year
7.6) Does the waste contain >1.0 mg/kg total Benzene?  ☐ Yes  ☐ No
7.7) What is the total Benzene concentration in your waste? _____ percent or _____ ppmw.
(Do not use TCLP analytical results. Acceptable laboratory methods include 8020, 8240, 8260, 602, and 624.)

### Section 8 - Waste Constituent Information
→ COMPLETE FOR MICHIGAN DISPOSAL WASTE TREATMENT PLANT, WAYNE DISPOSAL, AND EQIS T&P

8.1) Does this waste contain any "Potentially Odorous Constituents" as defined in the EQ Resource Guide?  ☐ Yes  ☒ No
8.2) Does this waste contain any MVOC constituents as defined in the EQ Resource Guide?  ☒ Yes  ☐ No
8.3) Is this waste subject to Subpart CC regulation (i.e., contain ≥500ppm (VOCs) Volatile Organic Compounds)?  ☐ Yes  ☒ No
→ If 8.1, 8.2 or 8.3 is "yes"—please indicate the constituents and their concentrations in the table provided in Section 5

### Section 9 - Reclamation/Recycling/Fuel Blending
→ Complete for Michigan Recovery Systems ONLY

9.1) Heat value (BTU/lb): _____ Chlorine (%): _____ Water (%): _____ Solids (%): _____
9.2) Is this material a recoverable petroleum product?  ☐ Yes  ☐ No
9.3) Is this material for wastewater treatment?  ☐ Yes  ☐ No
→ If 9.1 or 9.2 is "yes"—please attach the Wastewater Addendum Form found in the EQ Resource Guide.

### Section 10 - Certification

I certify that all information (including attachments) is complete and factual and is an accurate representation of the known and suspected hazards, pertaining to the waste described herein. I authorize EQ's Resource Team to add supplemental information to the waste approval file, provided I am contacted and give verbal permission. I authorize EQ's Resource Team to obtain a sample from any waste shipment for purposes of verification and confirmation. I agree that, if EQ approves the waste described herein, all such wastes that are transported, delivered, or tendered to EQ by Generator or on Generator's behalf shall be subject to, and Generator shall be bound by, the attached Standard Terms and Conditions.

Generator Signature _____  Printed Name  Craig Coslett

Company  Boarhead Farms OU-2 Group c/o de maximis, inc.   Title  Agent for Boarhead Farms PRP Group   Date 1-6-04

The generator's signature must appear on the EQ Waste Characterization Report. If the generator has authorized a third-party to certify this document, a written notice (on generator letterhead) must accompany this submittal.
Although the EQ Resource Team is authorized to make certain modifications to the information provided on this form, the addition or removal of waste codes and waste constituents must be documented by the generator.

BSAI 0 59384