```
                                                                 1


 1                 UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2


 3
                                           CIVIL ACTION NO.
 4    BOARHEAD FARM AGREEMENT              02-CV-3830
      GROUP,                           Judge Legrome D. Davis
 5              Plaintiff,             Oral Deposition of

 6         vs.                             THOMAS F. HEALEY
      ADVANCED ENVIRONMENTAL TECHNOLOGY
 7    CORPORATION; ASHLAND CHEMICAL
      COMPANY; BOARHEAD CORPORATION;
 8    CARPENTER TECHNOLOGY CORPORATION;
      CROWN METRO, INC.; DIAZ CHEMICAL
 9    CORPORATION; EMHART INDUSTRIES,
      INC.; ETCHED CIRCUITS, INC.; FCG,
10    INC.; GLOBE DISPOSAL COMPANY, INC.;
      GLOBE-WASTECH, INC.; HANDY & HARMAN
11    TUBE COMPANY, INC.; KNOLL, INC.;
      MERIT METAL PRODUCTS CORPORATION;
12    NOVARTIS CORPORATION; NRM INVESTMENT
      COMPANY; PLYMOUTH TUBE COMPANY;
13    QUIKLINE DESIGN AND MANUFACTURING
      COMPANY; RAHNS SPECIALTY METALS,
14    INC.; ROHM & HAAS COMPANY, SIMON
      WRECKING COMPANY, INC.; TECHALLOY
15    COMPANY, INC.; THOMAS & BETTS
      CORPORATION; UNISYS CORPORATION;
16    UNITED STATES OF AMERICA
      DEPARTMENT OF NAVY,
17              Defendants.

18
                       *   *   *   *   *
19              Thursday, February 10, 2005
                       *   *   *   *   *
20
                Transcript in the above matter taken at
21    the offices of Ballard, Spahr, Andrews & Ingersoll,
      LLP, 1735 Market Street, 42nd Floor, Philadelphia,
22    Pennsylvania, commencing at 10 o'clock A.M.

23          Certified Shorthand Reporting Services
                      Arranged Through
24            Mastroianni & Formaroli, Inc.
                    709 White Horse Pike
25            Audubon, New Jersey 08106
                     (856) 546-1100
```

52

1   during a certain window --

2       Q.    Got you.

3       A.    -- that Wissinoming got it all.

4       Q.    Did you ever, as part of your

5   investigation into the Wissinoming operation,

6   consider the possibility that perhaps some of the

7   waste that DeRewal had handled for these companies

8   went elsewhere?  And when I say "elsewhere", I mean

9   other than the Wissinoming operation.

10      A.    We might have considered that, but for

11  the purposes of sort of jamming the bill up, we

12  assumed that he couldn't refute -- in other words, if

13  he was running this operation, limestoning it.  He

14  wasn't using lime.  The lime was a sham.

15            So even in the calculation, we assumed

16  that they were reacting the acids with lime, even

17  though they probably were not, and that was his

18  position.  So he couldn't reverse his position on --

19  and that produced the solids bill.  If you look at

20  the rate charge, we charge for solids.

21      Q.    Yes.

22      A.    So a good chance he dumped the acids

23  down the sewer system, good chance at some time, it

24  stopped going to the treatment plant and went

25  directly to the river, but in our assumption, we