Ashland Chemical Company
DIVISION OF ASHLAND OIL, INC.

## SALES ORDER

ORDER No. 3007[?]

SHIP TO: S 50 018 2591[?]40
DE REWAL CHEMICAL
PO BOX 58
REVERE PA 18953

ATTENTION DIRECTOR OF PURCHASING: All shipments shall be governed by the Terms and Conditions on the reverse side. Acceptance of delivery shall be deemed acceptance of such provisions. No other terms shall have effect unless in writing signed by Seller.

| 1 | 2 | PRODUCT CODE | CONT CODE | ✓ | M.M. | DESCRIPTION | QTY ORDERED | 3 | Temp | NET QUANTITY | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3361010 | 44 | X | | ETHYL ETHER [?] | 2 | | | | .65 | | 145 |
| | | | | | | AMS LIQUID [?] | | | | | | | |
| | | 8002250 | 00 | | | DRUM DEPOSIT | 1 | | | | 12.00 | | 12 |
| | | 7280050 | 22 | X | | ISOPROPANOL-FLAMMABLE | 1 | | | | | | |
| | | | | | | LIQUID 5-GAL. CAN | | | | | | | |
| | | | | | | (IPA-29) | | | | | 3.40 | G | 17 |
| 35 | | 90015700 | 00 | | | PA. SALES TAX | | | | 182.90 | .06% | | 9 |

PAID - CK #674
for
[?]

| 1 | 2 | RETURNABLE CONTAINERS | TYPE CONTAINER | L.O. NO. S | MISSING PARTS | SIZE | GAUGE | O.O.T. | QUANTITY RECEIVED | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 184 |

CASH SETTLEMENT
CASH
CHECKS
C/M'S
TOTAL

TOTAL

WARNING: Excessive inhaling of solvent vapor or prolonged contact with skin may be harmful.

EXHIBIT

TAXES—Existing taxes or any additional tax levied by any governmental authority on products herein named shall be to account of the buyer

✓ SALES TAX KEY    1—SPECIAL LINE CODE    3—DRUM DEPOSIT    4—HOW BILLED
1—Taxable        2—MULTI-INVOICE CODE
2—License
3—Hand Code

# Ashland Chemical Company
A DIVISION OF ASHLAND OIL, INC.

SEND REMITTANCE TO:
PO BOX 371002M
PITTSBURGH PENNA 15251.0

PLEASE REFER TO THIS NUMBER ON ALL CORRESPONDENCE
INVOICE NUMBER: 050 684220

PLEASE RETURN REMITTANCE ADVICE WITH YOUR PAYMENT.

CUSTOMER NUMBER: 50 018 254164

CONSIGNEE:
DE REWAL CHEMICAL
PO BOX 50
REVENE PA 18953

OUR ORDER NO.: 30475

CUSTOMER ORDER NO.: REWAL CHEMICAL, REVERE PA 18953

TERMS: CASH WITH ORDER
SHIPPED VIA: CUSTOMER P/U
F.O.B.: DESTINATION
SHIPPED FROM: 237 EASTON PA
DATE SHIPPED: 07-26-77
INVOICE DATE: 08-12-77 CASH

THIS SALE IS SUBJECT TO THE "TERMS AND CONDITIONS" SHOWN ON THE REVERSE HEREOF.
• TERMS: DISCOUNT DOES NOT APPLY TO FREIGHT OR TAXES.
PAYMENTS NOT MADE WITHIN THE TERMS AND CONDITIONS INDICATED ARE SUBJECT TO A DELINQUENCY CHARGE BY THE SELLER.

| DESCRIPTION | NET QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ACETIC ACID GLACIAL 99.5% T450 | 450.00 P | .30000 | 135.00 |
| SULFURIC ACID COROSS | 225.00 P | .09500 | 21.38 |
| ISOPROPANOL 99% 5 GAL CAN | 5.00 G | 3.40000 | 17.00 |
| DRUM DEPOSIT | 1.00 E | 45.00000 | 45.00 |
| MELDRUM DEPOSIT | | | 15.00 |

065

REMITTANCE ADVICE
PLEASE RETURN WITH YOUR PAYMENT

A DISCOUNT IN THE AMOUNT OF .00 WILL BE ALLOWED IF PAID IN ACCORDANCE WITH THE ABOVE TERMS

233.38

• P = POUNDS    H = CWT
G = GALLONS    T = TONS
K = KILOGRAMS    E = EACH

BII 000 3563



Ashland Chemical Company
Division of Ashland Oil, Inc.

**SALES ORDER**

| RO. NO. | DIV. | ORG. | ACCOUNT NO. | | | | | | ORDER NO. |
|---|---|---|---|---|---|---|---|---|---|
| 05 | 50 | 018 | 2541640 | | | | | | 3130 |

ROUTE: CUSTOMER P U

SHIP TO: DE REXAL CHEMICAL
REVER, PA.

B. ASTON, PA.    37
    52    8-19-77

| 1 | 2 | PRODUCT CODE | CONT CODE | ✓ | N.M. | DESCRIPTION | QTY | 3 | Temp | NET QUANTITY | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3095500 | 88 | X | | ILLEGIBLE | 1 | | | 100 | .7345 | P | 73 |
| | | | | | | (100# dr. ...) | | | | | | | |
| | | | | | | DOT IF ... | | | | | | | |
| | | 3934060 | 51 | XX | | SULFURIC ACID, ... | 1 | | | 225 | .095 | P | 21 |
| | | | | | | CORROSIVE MATERIAL (225) D.D. | | | | | | | |
| | | | | | | (8750-67) | | | | | | | |
| 5 | | 8002580 | 00 | | | D.D. DEPOSIT ... | 1 | | | 1 | 15.00 | E | 15 |
| | | | | | | PA. SALES TAX | | | | 94.83 | .06 | | 5 |
| | | | | | | TOTAL | | | | | | | 115 |

| 1 | 2 | RETURNABLE CONTAINERS | TYPE CONTAINER | L.D. NO. | MISSING PARTS | SIZE | GROSS | D.C.T. | QUANTITY RECEIVED | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

CASH SETTLEMENT
CASH
CHECKS
C/M'S
TOTAL

WARNING: Excessive inhaling of solvent vapor or prolonged contact with skin may be harmful.

TOTAL

TAXES—Existing taxes or any additional tax levied by any governmental authority on products herein named shall be for account of the buyer.

SALES TAX KEY
1—SPECIAL LINE CODE    3—DRUM DEPOSIT    4—HOW BILLED
2—MULTI-INVOICE CODE

# Ashland Chemical Company
### A DIVISION OF ASHLAND OIL, INC.



SEND REMITTANCE TO:

PO BOX 710082M
PITTSBURGH PENNA 15250

PLEASE RETURN
REMITTANCE ADVICE
WITH YOUR PAYMENT.

PLEASE REFER
TO THIS NUMBER
ON ALL
CORRESPONDENCE

CUSTOMER NUMBER: 50 018 254164
INVOICE NUMBER: 050 764956

THIS SALE IS SUBJECT TO THE "TERMS AND CONDITIONS" SHOWN ON THE REVERSE HEREOF.

* TERMS: DISCOUNT DOES NOT APPLY TO FREIGHT OR TAXES. PAYMENTS NOT MADE WITHIN THE TERMS AND CONDITIONS INDICATED ARE SUBJECT TO A DELINQUENCY CHARGE BY THE SELLER.

OUR ORDER NO.: 3267L
CONSIGNEE: REVAL CHEMICAL, REVERE PA 18953

DE REVAL CHEMICAL
PO BOX 50
REVERE PA 18953

CUSTOMER ORDER NO.:
TERMS: NET 30 DAYS
SHIPPED VIA: CUSTOMER PU
F.O.B.: DESTINATION
DATE SHIPPED: 09-22-77
SHIPPED FROM: EASTON PA
INVOICE DATE: 09-26-77

DESCRIPTION:
TOLUENE FLAMMABLE
MATERIAL PAID FOR ON
INV 050-735221 DTD 9-26-77
** FORMERLY LEHIGH VALLEY CHEMICAL**

REMITTANCE ADVICE
PLEASE RETURN WITH
YOUR PAYMENT

GROSS QTY: 237
CONT.: 
GRAVITY:
TEMP.:
NET QUANTITY: 2,000
UNIT PRICE: 045
AMOUNT: .00

* P = POUNDS      H = CWT       IF PAID IN ACCORDANCE WITH THE ABOVE TERMS
  G = GALLONS    T = TONS
  K = KILOGRAMS  E = EACH       A DISCOUNT IN THE AMOUNT OF _____ WILL BE ALLOWED

**Ashland Chemical Company**
DIVISION OF ASHLAND OIL, INC.

Ashla[nd]

**SALES ORDER**

| CO. NO | DIV | ORG | ACCOUNT NO | DEPT | | | | | ORDER NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 3680 |

ROUTE: CUSTOMER P O

SHIP FROM (City and State): EASTON, PA.   37

| F.O.B. | Freight | Ship Code | | DATE SHIPPED | TERMS | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|
| 2 | 1 | 2 | | | 32 | 12-30 |

SHIP TO:  5 50 018 2541640

DE REVAL CHEMICAL
REVERE PA 18953

ATTENTION DIRECTOR OF PURCHASING: All shipments shall be governed by the Terms and Conditions on the reverse side...

| 2 | PRODUCT CODE | CONT CODE | ✓ | H.M. | DESCRIPTION | QTY | 3 | Temp | NET QUANTITY | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3013085 | 43 | X | | ACETIC ACID, corrosive material (450 technical A130-54) | 1 dr. | | | 450 | .31 | P | 139 |
| 5 | 8002220 | 00 | | | DRUM DEPOSIT | 2 | | | 2 | 45.00 | Z | 90 |
| | 3934080 | 43 | X | | SULFURIC ACID, corrosive material (700 technical 5950-54) | 1 dr. | | | 700 | .09 | P | 63 |
| | 7280050 | 22 | | X | ISOPROPANOL, FLAMMABLE liquid (5-gal can technical 1930-79) | 5 | | | 15 | 3.55 | G | 53 |
| | 7161430 | 22 | | X | ALCOHOL, ETH, FLAMMABLE liquid (5 gal can proprietary solvent III A311-79) | 50 | | | 15 | 3.795 | G | 56 |

| 1 | 2 | RETURNABLE CONTAINERS | TYPE CONTAINER | L.O. NO. 5 | MISSING PARTS | SIZE | GAUGE | D.O.T. | QUANTITY RECEIVED | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

CASH SETTLEMENT
CASH
CHECKS
C/M'S
TOTAL

WARNING: Excessive inhaling of solvent vapor or prolonged contact with skin may be harmful.

TOTAL

SALES TAX KEY
1. Taxable
2. Exempt
3. Hand Case

1—SPECIAL LINE CODE
2—MULTI-INVOICE CODE

3—DRUM DEPOSIT

4—HOW BILLED
E = Each   N = CWT
G = Gallon   T = Tons
P = Pounds

CUSTOMER'S C[OPY]

**Ashland Chemical Company**
DIVISION OF ASHLAND OIL, INC.

## SALES ORDER

ORDER No. 3837

| CO. NO. | DIV | ORG | ACCOUNT No. | DEST | SALESMAN | | | | | ORDER No. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 845 | | | | | 3837 |

ROUTE: CUSTOMER P U
SHIP FROM: EASTON, PA.
DATE OF ORDER: 2-15-72
REQUESTED SHIP DATE: 2-15-72

SHIP TO: 5 50 018 2541640
DE REWAL CHEMICAL
REVERE PA 18953

*ATTENTION DIRECTOR OF PURCHASING: All shipments shall be governed by the Terms and Conditions on the reverse side. Acceptance of delivery shall be deemed acceptance of such provisions. No other terms shall have effect unless in writing signed by Seller.

| | | PRODUCT CODE | CONT CODE | ✓ | M.M. | DESCRIPTION | QTY ORDERED | 3 | Temp | NET QUANTITY | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3919912 | 21 | | | SODIUM ACETATE, anhydrous pdr. (50# bag 8560-27) | 5 | | | 200 | .44 | P | 88 |
| | | | | | | TOTAL | | | | | | | 88 |
| | | | | | | C O D | | | | | | | |

90-2 15 76

| 1 | 2 | RETURNABLE CONTAINERS | TYPE CONTAINER | I.D. NO. 5 | MISSING PARTS | SIZE | GAUGE | D.O.T. | QUANTITY RECEIVED | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

CASH SETTLEMENT
CASH
CHECKS
C/M'S
TOTAL

WARNING: Excessive inhaling of solvent vapor or prolonged contact with skin may be harmful

TAXES—Existing taxes or any additional tax levied by any governmental authority on products herein named shall be to account of the buyer

✓ SALES TAX KEY
1—Taxable
2—Licensed
3—Hand Code

1—SPECIAL LINE CODE
2—MULTI-INVOICE CODE

3—DRUM DEPOSIT

4—HOW BILLED
E = Each  H = CWT
G = Gallon  T = Tons
P = Pounds

CUSTOMER'S C

**Ashland Chemical Company**
DIVISION OF ASHLAND OIL, INC.

Ashla[n]

**SALES ORDER**

Order No. 3793[?]

ROUTE: CUSTOMER P U
SHIP FROM (CITY and State): EASTON, PA.
Date: 2-2-78

SHIP TO: S 50 018 2541640
DE REWAL CHEMICAL
REVERE PA 18953

ATTENTION DIRECTOR OF PURCHASING: All shipments shall be governed by the Terms and Conditions on the reverse side. Acceptance of delivery shall c[onstitute] acceptance of such provisions. No other term[s] shall have effect unless in writing signed by Seller.

| 1 | 2 | PRODUCT CODE | CONT CODE | ✓ | N.L.N. | DESCRIPTION | QTY | 3 | Temp | NET QUANTITY SHIPPED | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   | 2185002 | 44 | X | | TOLUENE, FLAMMABLE liquid (55 gal dr. A155-55) | 1 | | | 55 | 1.218 | C | 66 |
|   |   | 7161430 | 22 | X | | ALCOHOL, FLAMMABLE liquid (5 gal can 200 proof A372-29) | 4 | | | 20 | 3.895 | G | 77 |
|   |   | 7280156 | 22 | X | | ISOPROPANOL, FLAMMABLE liquid (5 gal can 1340-29) | 3 | | | 15 | 3.63 | G | 54 |
|   |   | 3013200 | 44 | X | | ACETIC ANHYDRIDE, corrosive material (55 A120-55) | 1 dr. | | | 495 | .35 | P | 173 |
| 5 |   | 8002250 | 00 | | | DRUM DEPOSIT | 2 | | | 2 | 15.00 | Z | 30 |
|   |   |   |   |   |   |   |   |   |   |   |   |   | 402 |

| 1 | 2 | RETURNABLE CONTAINERS | TYPE CONTAINER | L.O. NO. 5 | MISSING PARTS | SIZE | GAUGE | D.O.T. | QUANTITY RECEIVED | PRICE | 4 | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 |   | 8002250 | STEEL DRUMS | | | 55G | | | -2 | 12.00 | E | 24 |

CASH SETTLEMENT
CASH
CHECKS
I/M'S
TOTAL

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

WARNING: Excessive inhaling of solvent vapor or prolonged contact with skin may be harmful.

TOTAL 378

TAXES—Existing taxes or any additional tax levied by any governmental authority on products herein named shall be to account of the buyer.

✓ SALES TAX KEY
1—SPECIAL LINE CODE
2—MULTI-INVOICE CODE
3—DRUM DEPOSIT
4—HOW BILLED

BH  000 357

CUSTOMER'S C[OPY]