IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., | : |
|                Plaintiff, | : Civil Action No. 02-CV-3830 |
| v. | : |
| | : **DECLARATION OF SETH v.d.H.** |
| ADVANCED ENVIRONMENTAL | : **COOLEY IN SUPPORT OF** |
| TECHNOLOGY CORPORATION, et al. | : **DEFENDANTS' MOTION FOR** |
| | : **PARTIAL SUMMARY** |
|                Defendants. | : **JUDGMENT** |

Seth v.d.H. Cooley, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney admitted to the bar of the Commonwealth of Pennsylvania and with the firm of Duane Morris LLP, 30 S. 17th Street, Philadelphia, Pennsylvania 19103, attorneys for Defendant fcg, inc. (t/a Flexible Circuits, Inc.) in this matter. I am admitted to practice before this Court, and am an attorney of record in this matter.

2. A true and accurate copy of the unredacted portion of an October 10, 2003 e-mail from Glenn A. Harris, Esquire to Defendants' counsel in this action is annexed hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2008

_____
Seth v.d.H. Cooley

DM2\1379311.1