# EXHIBIT 1

**Cooley, Seth v.d.H.**

| | |
|---|---|
| **From:** | Harris, Glenn A. (VH) [HarrisG@ballardspahr.com] |
| **Sent:** | Friday, October 10, 2003 9:49 AM |
| **To:** | Adina Dziuk Esquire (E-mail); Andrew P. Foster (E-mail); David M. Doto Esquire (E-mail); Edward Fackenthal (E-mail); Jennifer Berke Levin (E-mail); John Sheehan (E-mail); Knox L. Haynsworth III (E-mail); Laura Ford (E-mail); Lynn Wright; Melissa Flax (E-mail); Michael R. Dillon (E-mail); Michael W. Steinberg (E-mail); Richard Friedman (E-mail); Robert M. Morris (E-mail); Ronald J. Reid III (E-mail); Sandford F. Schmidt (E-mail); Cooley, Seth v.d.H.; Sharon O. Morgan Esquire (E-mail); Stephen P. Chawaga (E-mail); Steven J. Lemon (E-mail); Thomas W. Sabino (E-mail) |
| **Subject:** | Boarhead - Settlement |

Colleagues,

Specifically, the Agreement Group paid EPA $7 million to compromise EPA's claim for its past response costs of approximately $17 million (please note that the Agreement Group received a substantial orphan share discount in this settlement).

Glenn