## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this date caused true and correct copies of the attached Reply Memorandum of Law in Support of Motion of Defendants for Partial Summary Judgment, Declaration of Counsel and Exhibits to be served on all counsel of record via first class mail, postage prepaid, addressed as follows:

Counsel for Plaintiffs

Glenn A. Harris, Esquire
Ballard Spahr Andrews &
 Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043-4636
(856) 761-3440
(856) 761-9001 (Fax)
harrisg@ballardspahr.com

Counsel for Advanced Environmental Technology Corporation

Laurie J. Sands, Esquire
Wolff & Samson
5 Becker Farm Road
Roseland, NJ 07068-1776
(973) 740-0500
(973) 436-4440 (Fax)
lsands@wolffsamson.com

Counsel for Ashland Chemical Company

Richard Biedrzycki, Esquire
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Bldg.
121 South Broad Street
Philadelphia, PA 19107
(215) 546-0500
(215) 546-9444 (Fax)
rbiedrzycki@pp-b.com

DM2\1379364.1

Counsel for Carpenter Technology Corporation

Lynn Wright, Esquire
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
(212) 756-0215
(888) 325-9169 (Fax)
lwright@ealaw.com

Christopher R. Booth, Jr., Esquire
Booth & Tucker, LLP
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 1700
Philadelphia, PA 19103
cbooth@boothtucker.com

Counsel for Handy & Harman Tube Co.

Melissa E. Flax, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
  Stewart & Olstein
Five Becker Farm Road – 3rd Fl.
Roseland, NJ 07068-1739
(973) 994-1700
(973) 994-1744 (Fax)
mflax@carellabyrne.com

Counsel for NRM Investment Company

Edward Fackenthal, Esquire
One Montgomery Plaza
Suite 209
Norristown, PA 19401
(610) 279-3370
(610) 279-0696 (Fax)
edwardfackenthal@cs.com

_____
Seth v.d.H. Cooley

Date: April 4, 2008