IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

And now, upon consideration of plaintiffs' April 3, 2008 letter, it is ORDERED that all motions in limine and other non-dispositive motions shall be filed in accordance with a scheduling order to be issued at a future date.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.