IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) <br><br> **FILED** <br><br> APR 0 9 2008 <br><br> MICHAEL E. KUNZ, Clerk <br> By_____Dep. Clerk |

## STIPULATION AND ORDER FOR SUR-REPLY BRIEF

Pursuant to Rule 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereto stipulate that Plaintiffs shall have the right to file a sur-reply brief on or before April 16, 2008 with respect to Ashland's Motion for Partial Summary Judgment, which Motion was filed with the Court by Ashland on February 22, 2008.

_____
GLENN A. HARRIS
**Counsel for Plaintiffs**

BALLARD SPAHR ANDREWS
 & INGERSOLL, LLP
Plaza 1000, Suite 500, Main Street
Voorhees, New Jersey 08043

_____
JEFFREY L. PETTIT
**Counsel for Defendant Ashland Inc.**

PHELAN, PETTIT & BIEDRZYCKI, LLC
121 South Broad Street, Suite 1600
Philadelphia, PA 19107

IT IS SO ORDERED.

_____
Legrome D. Davis, Judge

4/9/08