

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AGERE SYSTEMS, INC., et al., | Civil Action No. 02-CV-3830 |
|---|---|
| Plaintiffs, | |
| v. | CIVIL ACTION |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | **FILED** |
| Defendants. | APR 0 9 2008 |
| | MICHAEL E. KUNZ, Clerk |
| | By_____Dep. Clerk |

### STIPULATION AND ORDER FOR REPLY BRIEF

Pursuant to Rule 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereto stipulate that Defendant Advanced Environmental Technology Corporation shall have the right to file a reply brief on or before April 15, 2008 with respect to Defendant Advanced Environmental Technology Corporation's Motion for Summary Judgment or In the Alternative, Dismissing Count Six of Ashland's Cross-Claim for Failure to Plead with Particularity, which Motion was filed with the Court on February 22, 2008.

WOLFF & SAMSON PC

By /s/ Laurie J. Sands
Laurie J. Sands
One Boland Drive
West Orange, NJ 07052
Counsel for Advanced Environmental
Technology Corporation

PHELAN, PETTIT & BIEDRZYCKI, LLC

By /s/ Jeffrey L. Pettit
Jeffrey L. Pettit
1600 North American Building
121 South Broad Street
Philadelphia, PA 19107
Counsel for Ashland Chemical Company

IT IS SO ORDERED

4/9/08

1123624.1