IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C.,

Plaintiffs,

v.

ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,

Defendants.

Civil Action No. 02-CV-3830 (LDD)

**FILED**

APR 1 5 2008

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION FOR EXTENSION OF TIME

Pursuant to Rule 7.1(c) and 7.4 of the Local Rules of Civil Procedure, the Parties hereto stipulate that Plaintiffs' brief in opposition to Handy & Harman Tube Company, Inc.'s Motion to Strike Plaintiffs' Supplemental Response to Joint Contention Interrogatory No. 123 and for Other Relief, which Motion was filed with the Court by Handy & Harman Tube Company, Inc. on March 31, 2008, shall be due on or before April 28, 2008. Plaintiffs have not requested a prior extension of time to respond to said Motion.

_____
GLENN A. HARRIS
**Counsel for Plaintiffs**

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
Plaza 1000, Suite 500, Main Street
Voorhees, New Jersey 08043

_____
MELISSA E. FLAX
**Counsel for Defendant Handy & Harman Tube Company, Inc.**

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068

IT IS SO ORDERED.

_____
Legrome D. Davis, Judge

4/15/08

DMEAST #10019097 v1