WOLFF & SAMSON PC
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
Attorneys for Defendant, Advanced Environmental Technology Corp. (TS-6491)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br>**DECLARATION OF LAURIE J. SANDS IN SUPPORT OF DEFENDANT AETC'S REPLY TO ASHLAND'S OPPOSITION TO AETC'S MOTION FOR SUMMARY JUDGMENT** |

LAURIE J. SANDS, pursuant to 28 U.S.C. 1746 hereby declares as follows:

1. I am an attorney-at-law admitted to practice law before this Court <u>Pro</u> <u>Hac</u> <u>Vice</u> in connection with the above captioned matter and Counsel with the firm of Wolff & Samson, attorneys for Defendant Advanced Environmental Technology Corp. ("AETC") in the within matter.

2. I submit this declaration in support of AETC's reply to Ashland's opposition to AETC's summary judgment motion.

3. Attached hereto as Exhibit A is a true and accurate copy of excerpts from the transcript of the deposition of Arthur T. Curley, Jr. taken on December 9, 2004 in this matter.

1125442.1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2008

/s/ Laurie J. Sands  
LAURIE J. SANDS, ESQ.  
lsands@wolffsamson.com

1125442.1

2