```
00001
 1      UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF PENNSYLVANIA
 2
        _____  CIVIL ACTION NO.
 3              02-CV-3830
        BOARHEAD FARM AGREEMENT   Judge Legrome D. Davis
 4  GROUP,
              Plaintiff,    Oral Deposition of:
 5
        vs.            Arthur T. Curley, Jr.
 6
        ADVANCED ENVIRONMENTAL TECHNOLOGY
 7  CORPORATION; ASHLAND CHEMICAL
        COMPANY; BOARHEAD CORPORATION;
 8  CARPENTER TECHNOLOGY CORPORATION;
        CROWN METRO, INC.; DIAZ CHEMICAL
 9  CORPORATION; EMHART INDUSTRIES,
        INC.; ETCHED CIRCUITS, INC.; FCG,
10  INC.; GLOBE DISPOSAL COMPANY, INC.;
        GLOBE-WASTECH, INC.; HANDY & HARMAN
11  TUBE COMPANY, INC.; KNOLL, INC.;
        MERIT METAL PRODUCTS CORPORATION;
12  NOVARTIS CORPORATION; NRM INVESTMENT
        COMPANY; PLYMOUTH TUBE COMPANY;
13  QUIKLINE DESIGN AND MANUFACTURING
        COMPANY; RAHNS SPECIALTY METALS,
14  INC.; ROHM & HAAS COMPANY, SIMON
        WRECKING COMPANY, INC.; TECHALLOY
15  COMPANY, INC.; THOMAS & BETTS
        CORPORATION; UNISYS CORPORATION;
16  UNITED STATES OF AMERICA
        DEPARTMENT OF NAVY,
17       Defendants.
        _____
18
                    * * * * *
19      Thursday, December 9, 2004
                    * * * * *
20
             Transcript in the above matter taken at
21  the offices of Ballard, Spahr Andrews & Ingersoll,
        LLP, Plaza 1000, Main Street, Suite 500, Voorhees,
22  New Jersey, commencing at 10:00 a.m.

23      Certified Shorthand Reporting Services
                Arranged Through
24          Mastroianni & Formaroli, Inc.
              709 White Horse Pike
25          Audubon, New Jersey 08106
                (856) 546-1100
```

```
00161
 1         MS. MOONEY: I mean --
 2         MR. BIEDRZYCKI: Doesn't matter.
 3         MS. MOONEY: -- it's within that one
 4  and I read off the Bates numbers.
 5         MR. BIEDRZYCKI: My only concern is
 6  it's not going to be attached to the transcript and
 7  you're going to -- this witness' transcript if you
 8  don't mark it.
 9         MS. MOONEY: All right, let's mark it
10  then, that's a really good point. I had extra
11  copies. This is going to be Curley Exhibit 4.
12      (Exhibit Curley-4, 7-page Agreement, Bates
13  stamped AETC 184-190, marked for I.D.)
14  BY MS. MOONEY:
15    Q.   So I'll take that one back.
16    A.   (Handing).
17    Q.   Have you had a chance to look at that,
18  Mr. Curley?
19    A.   Yes.
20    Q.   Do you know what this document is?
21    A.   Yeah.
22    Q.   What is it?
23    A.   Contract supposedly to -- between AETC
24  and Ashland for the handling of waste.
25    Q.   Do you know who created this document?
```

00162

1   A.   No. It was Leuzarder, the company AETC,
2   not Ashland.
3   Q.   Do you know if this document was ever
4   signed by Ashland?
5   A.   No, as far as I know, no.
6   Q.   Do you recall when -- did you receive
7   this document at any time?
8   A.   I'm sure I did, yes.
9   Q.   Do you recall receiving it?
10   A.   Yes.
11   Q.   You do.
12       Do you know when, do you recall when
13   you received it?
14   A.   No.
15   Q.   What were the circumstances surrounding
16   you're receiving this?
17   A.   I just can assume that John wanted it
18   signed as an agreement between Ashland and AETC and
19   the handling of waste.
20   Q.   Was this, did this agreement concern the
21   handling of the waste that AETC ultimately did handle
22   for Ashland?
23   A.   Yes.
24   Q.   Do you know why Ashland did not sign
25   this document?