IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., <br><br> Plaintiffs, <br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) |

ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiffs' Memorandum in Opposition to the Motion of Handy & Harman Tube Company, Inc. to Strike Plaintiffs' Supplemental Response to Joint Contention Interrogatory No. 123, it is hereby ORDERED that Defendant Handy & Harman's Motion is DENIED.

_____
Legrome D. Davis, J.