# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., ET AL.,                :

             Plaintiffs,                   :          CIVIL ACTION

                       :

        v.                             :

ADVANCED ENVIRONMENTAL             :          NO. 02-3830
TECHNOLOGY CORPORATION, ET AL.,    :

            Defendants.                   :

## ORDER

And now, this 1st day of February 2008, it is hereby ORDERED as follows:

1.     The parties are directed to file any motions for summary judgment by Friday, February 22, 2008.

2.     Responses to motions for summary judgment are due Friday, March 14th, 2008

                               BY THE COURT:

                               /S/LEGROME D. DAVIS
                               Legrome D. Davis, J.