# EXHIBIT "H"

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

CHARLES C. CARELLA
BRENDAN T. BYRNE
JOHN N BAIN
JOHN G. GILFILLAN, III
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES T BYERS
DONALD F. MICELI
A. RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
MELISSA E. FLAX
DENNIS F. GLEASON
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
KHOREN BANDAZIAN
KERRIE R. HESLIN

JAMES D. CECCHI (1933-1995)

RICHARD K. MATANLE, II
DONALD S. BROOKS
FRANCIS C. HAND
AVRAM S. EULE
LINDSEY H. TAYLOR
RAYMOND W. FISHER
DAVID J. REICH
DECANDA M. FAULK

OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
LAURA S. MUNZER
MARC D. MICELI
RAYMOND E. STAUFFER°
JACOB A. KUBERT
STANLEY J. YELLIN
FRANK J. CHESKY III
RAMON A. CAMEJO
STEPHEN R. DANEK

°MEMBER N.Y. BAR ONLY

March 15, 2007

*Via Email and Ordinary Mail*
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
ATTN: Glenn A. Harris, Esq.

RE: **Boarhead Farm Agreement Group v. Advanced Environmental Technology Corporation, et al.**
Case No. 02-03830 (LDD)
File No. 300580-21

Dear Glenn:

I herewith serve upon you Defendants' Joint Contention Interrogatories to Plaintiffs. The Joint Contention Interrogatories are propounded upon Plaintiffs on behalf of the following Defendants:

Advanced Environmental Technology Corporation
Ashland Inc.
Carpenter Technology Corporation
fgc, Inc.
Handy & Harman Tube Company, Inc.
NRM Investment Co.

Please respond to the enclosed in accordance with the Federal Rules of Civil Procedure.

Very truly yours,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

MELISSA E. FLAX

MEF
Enclosure
cc: All counsel of record (w/enclosure)