IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | NO. 02-3830 |
| Defendants. | : | |

<u>ORDER</u>

And now, this 29th day of April 2008, upon consideration of defendants' informal request for an extension of deadlines, it is ORDERED that the request is DENIED.

BY THE COURT:

Legrome D. Davis, J.