IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## AMENDED ORDER

And now, this 13th day of May 2008, it is hereby ORDERED as follows:

1. The final pretrial conference will be conducted at **2:00 p.m. on June 10, 2008**, in Courtroom 6A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. The trial in this matter shall commence at **9:00 a.m. on June 23, 2008**, and shall be held in Courtroom 6A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

3. At trial, the parties shall present two (2) copies of all trial exhibits for the Court's use.

4. On or before **May 19, 2008**, each party shall file with the Court the following in preparation for trial:

    a. <u>PRETRIAL MEMORANDUM</u>: The pretrial memorandum shall set forth:

    (1) a brief statement of the nature of the case to be presented and the issues to be addressed;
    (2) a list of all witnesses to appear at trial[1] with a brief statement of the nature each witness's anticipated testimony (witnesses not listed may not be called in a party's case in chief);
    (3) a list of all exhibits to be offered at trial (pre-numbered and pre-

---

[1] In the event that any witness will be in custody at the time of trial, the party seeking to call such witness shall provide the Court with such witness's current place of confinement and institutional number, and such party shall be responsible for preparing and submitting a writ to secure the presence of such witness on the trial date.

        exchanged among all counsel);

(4) an itemized statement of damages and/or other tangible relief sought by any party seeking damages and/or other tangible relief;

(5) a list of stipulations between the parties, and a list of disputed and undisputed facts (counsel shall make a conscientious effort to narrow the factual areas of dispute);

(6) an estimation as to the time for presentation of each party's case; and

(7) all other disclosures required by Fed. R. Civ. P. 26(a)(3).

5. Pretrial motions shall be filed regarding all significant evidentiary or other issues anticipated to arise during trial (including issues pertaining to the admissibility of particular witness testimony or particular exhibits), and setting forth pertinent legal authority (including case law, statutory law, procedural rules, evidentiary rules, etc.). Any pretrial motions shall be filed on or before **May 23, 2008**.

6. Responses to any such pretrial motions shall be filed on or before **June 6, 2008.**

7. The parties' proposed findings of fact and conclusions of law are concurrently due one week after the conclusion of trial.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis