IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## AMENDED ORDER

And now, this 14th day of May 2008, it is hereby ORDERED that the Motion for Summary Judgment filed by defendant Advanced Environmental Technology Corporation, et. al., (Doc. No. 293) is GRANTED.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J