**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, AHSLAND, INC., CARPENTER TECHNOLOGY CORPORATION, DIAZ CHECMICAL CORPORATION, fcg, INC., HANDY & HARMAN TUBE COMPANY, NRM INVESTMENT COMPANY, <br><br> Defendants. | CIVIL ACTION NO. 02-cv-3830 (LDD) |

## HANDY & HARMAN TUBE COMPANY, INC.'S
## SCHEDULE OF TRIAL EXHIBITS

In addition to the exhibits set forth below, defendant, Handy & Harman Tube Company, Inc., reserves the right to introduce into evidence any exhibit contained on plaintiffs' exhibit list and/or on any of the co-defendants' exhibit lists.

| Trial Exhibit No. | Description | Date in Evidence | A.M./P.M. |
|---|---|---|---|
| HH-1 | Adams, J.I. 1974. Memo: Waste Acid Disposal Costs. 8 Oct 1974 | | |
| HH-2 | AETC, 1977. Uniform Striaght Bill of Lading Consigned to AETC (P-52 5/12/03), AETC, various date | | |

| | | | |
|---|---|---|---|
| HH-3 | AETC, 2003. Defendant AETC's Information ans Document Disclosure Pursuant to February 3, 2003 | | |
| HH-4 | Advanced Environmental Case Management Order. 17 March 2003 | | |
| HH-5 | Agere Systems, et. al., 2005. Fourth Ameneded Complaint. 1 August 2005 | | |
| HH-6 | Agreement Group Costs, Undated | | |
| HH-7 | American Cyanamid,1988. American Cyanamid's response to EPA's request for info in 1988. July 13, 1988. (BSAI111-BSAI135) | | |
| HH-8 | American Cyanamid,1993. American Cyanamid's response to EPA's 1993 request for information. July 2, 1993. (BSAI 001625 - BSAI 001739) | | |
| HH-9 | American Cyanamid,1993. American Cyanamid's response to EPA's 1993 request for information. July 2, 1993. (BSAI 001625 - BSAI 001739) | | |
| HH-10 | American Cyanamid,1994. American Cyanamid's supplemental response to EPA's request for information (1993 response inadequate). March 1994. (BSAI 007751 - BSAI 007985) | | |
| HH-11 | American Society for Metals, 1977. Advances in the Technology of Stainless Steels and Related Alloys (ASTM Publication No 369). 1976 | | |
| HH-12 | Ashland, 1976a. Straight Bill of Lading; shipped to: Advanced Envirotech Company (P-51). Ashland Chemical Company. 16 Sept, 1976. (BSA022973) | | |
| HH-13 | Ashland, 1976b. Straight Bill of Lading Shipped to Advanced Environtech Company (P-63). Ashland Chemical Company. Various dates in 1976-1977. (ASHL00005-00010; 00037-00044; 00048-00072, 00075-00084, 00090-00305) | | |

| | | | |
|---|---|---|---|
| HH-14 | Ashland, 1976c. Straight Bill of Lading. Various dates. Ashland Chemical Company | | |
| HH-15 | ASTM, 1966. Handbook of Stainless Steels. 1965 | | |
| HH-16 | AT&T, 1986. Letters from 1971 and DeRewal Chemical Logs. June 27, 1986 (AR0659-AR0674) | | |
| HH-17 | AT&T, 1988. AT&T's 104(e) response, including invoices and exhibits. June 23, 1988. (BSAI000103-BSAI000106) | | |
| HH-18 | AT&T, 2005 (a). Santarelli 6 (Letters from AT&T to EPA, exhibit from Santarelli deposition). February 22, 2005. (AGER000006-AGER000039) | | |
| HH-19 | AT&T, 2005 (b). Santarelli 7, exhibit from Santarelli deposition. February 22, 2005 | | |
| HH-20 | AT&T, 2005 (c). Letters of Correspondence, exhibit from Santarelli deposition. February 22, 2005. (BSAI023382-BSAI0234020) | | |
| HH-21 | BFAG, 2006. BFAG's Initial Disclosures (Exhibit from Santarelli deposition). February 22, 2005 | | |
| HH-22 | Bigler, 2006. Volume I Final O&M Manual Groundwater Extraction and Treatment System. February 22, 2005. (BSAI 0 63845-0 63987) | | |
| HH-23 | Billings, S. 1988a. Call to Frank Miller Re: Chloronating the H2O coming into the school. November 17, 1988. (PHKS2142) | | |
| HH-24 | Billings, S. 1988b. Call to Barbara Guth. November 10, 1988. (PHKS2153) | | |
| HH-25 | Billings, S. 1988c. Call to Dan Donnaly Re: Sampling. September 30, 1988. (PHKS2161-PHKS2162) | | |

3

| HH-26 | Boarhead Farms Agreement Group, 1989 (f). F-63 Administrative Record - Vol 7. Various 1989-1993 | | |
|---|---|---|---|
| HH-27 | Boarhead Farms Agreement Group, 1989a. F-60 Administrative Record - Vol 4 Hand written notes. Various 1989-1993 | | |
| HH-28 | Boarhead Farms Superfund Site Upper Black Eddy, Bucks Co., PA Operable Unit No.1 LTMP Monitoring Report October 2002. February 22, 2005. (BSAI 063624-063844) | | |
| HH-29 | Boarhead Farms, 1988. Meeting with Gary Moulder. September 2, 1988. (PHKS2172-2175) | | |
| HH-30 | Boarhead Farms, 1989b. Data summary from inorganis 11/14-16/90 & FR document. March 31, 1989. (PHKS2049-PHKS2070) | | |
| HH-31 | Boarhead Farms, 2004. Appendix D Daily Progress Reports, Daily Field Report. 2004. (BSAI731-BSAI1942) | | |
| HH-32 | Boarhead Farms, Undated (a). Removal objectives /Interim action - Interception wells pump and treat. Undated (a). (PHKS3769-37710) | | |
| HH-33 | Boarhead Farms, Undated (b). Removal objectives /Treatment of test water. Undated (b). (PHKS 3772-3782) | | |
| HH-34 | Boarhead, 1995. Boarhead Farms superfund project Upper Black Eddy, Bucks County, PA Per-Desighn Sampling Effort Scop of Work. December 5, 1995. (PHKS1906-1949) | | |
| HH-35 | Bostik, 1978.  104(e) response from Bostik South, Inc.  June 23, 1978 | | |
| HH-36 | Bridgeton Township, 1988. Bridgeton township Boarhead toxic waste site propertty list for well/soil tests. November 16, 1988 | | |

| | | | |
|---|---|---|---|
| HH-37 | Brown & Caldwell, 2001. Boarhead Farms Superfund Site Figure 1-2 Site Map. March 2001. (BSAI9351) | | |
| HH-38 | Brown & Caldwell, 2002a. Boarhead Farms Superfund Site Upper BlackEddy, Bucks Co. PA Operable Unit No.2 Remedial Design Work Plan. March 2002. (BSAI9075-9350) | | |
| HH-39 | Brown & Caldwell, 2002b. 4087C OU2.18 Technical Specifications Boarhead Farms Superfund Site. August 2002. (BSAI8462-BSAI8714) | | |
| HH-40 | Brown and Caldwell, 2002c.  OU-2 Remedial Design Waste Management Plan.  October 2002. (PHKS074423-PHKS074429) | | |
| HH-41 | Brown and Caldwell, 2002d.  OU-2 Remedial Design Engineering Report.  September 2002. (PHKS074460-PHKS074505) | | |
| HH-42 | Brown & Caldwell, 2004a. 4087C.06 Letters & Faxes. January 26, 2004. (BSAI8176-BSAI8195) | | |
| HH-43 | Brown & Caldwell, 2004b. 4087C.06 Code, Letters & Faxes. January 26, 2004 (BSAI8196-BSAI8217) | | |
| HH-44 | Brown & Caldwell, 2004c. Remedial Construction Report OU 2 Appendices B-I. May 2004. (BSAI1110-BSAI1730) | | |
| HH-45 | Brown & Caldwell, various dates. 4087C.06 Contractor, Maps, Faxes, Letters, etc. various dates (BSAI8115-BASI8175) | | |
| HH-46 | Bucks County Dept of Health, 1979.  Letter form Bucks County to Mel Silverman stating presence of TCE in holding tanks.  10 Oct 1979 | | |
| HH-47 | Bucks County Dept of Health, 1982. Order and Civil Penalty Assessment.  Nov 1982 | | |

| HH-48 | Bucks County Fire Marshall, 1976. Initial Report (D-7). 9 Sept 1976, Deposition date 8 May 2003. (NOV0192-NOV0197) | | |
|---|---|---|---|
| HH-49 | Carpenter Technology, 1973. Debit Memorandum for DeRewal Chemical (P-36). Sept 1973. (CART 0011) | | |
| HH-50 | CH2M Hill (Britt Eden), 1996a. Memo to Donna Connery Re: Revisions to Boarhead ecological risk assessment. February 12,1996. (PHKS1664-1667) | | |
| HH-51 | CH2M Hill (Britt Eden), 1996b. Memo to Donna Connery Re: Revisions to Boarhead ecological risk assessment. February 12,1996. (PHKS1673-1676) | | |
| HH-52 | CH2M Hill (Connery Donna), 1996. Fax to Harry Harbold Re: 2/12/96 letter. February 13, 1996. (PHKS1668-1672) | | |
| HH-53 | CH2M Hill, 1990a. Remedial planning activities at selected uncontrolled hazardous waste in region III. May 1990. (PHKS1641-1663) | | |
| HH-54 | CH2M Hill, 1990b. Remedial Planing Activities at Selected Uncontrolled Hazardous Wasrte Site in Region III. April 1990. (PHKS9090-9346) | | |
| HH-55 | CH2M Hill, 1991. RI/FS Work Plan. August 1991 | | |
| HH-56 | CH2M Hill, 1993. Revised addendum 2 Boarhead Farms RI/FS Work Plan. May 1993. (PHKS1551-1640) | | |
| HH-57 | CH2M Hill, 1995. Fax to Harry Harbold Re: Boarhead risk assessment. February 7, 1995. (PHKS1677-1682) | | |
| HH-58 | CH2M Hill, 1996 (a). Letter to Mr. Harbold Re: Boarhead Farms RI/FS. February 23, 1996. (PHKS1704-1707) | | |

| HH-59 | CH2MHill, 1997(a). Boarhead Farms Remedial Investigation Report. Prepared for USEPA. January 1997 | | |
|-------|---------------------------------------------------------------------------------------------------|--|--|
| HH-60 | CH2M Hill, 1997 (b). Letter to Mr. McClain Re: Transmittal of 4 USGS reports associated with the Boarhead Farms. February 13, 1996. (PHKS1708-1713) | | |
| HH-61 | CH2MHill, 2003. Figure 1-2 Site Features Boarhead Farms RI/FS Upper Black Eddy, Pa (D-13 5/13/03) | | |
| HH-62 | Chesky, 1994. Interview of Frederick Chesky III (NRM) by Richard Grabill. 3 March 1994 | | |
| HH-63 | Ciba, 1988 (a). Ciba Geigy's 104(e) response summaries. Part 1. (BSAI004014-BSAI004449) | | |
| HH-64 | Ciba, 1988 (b). Ciba Geigy's 104(e) response summaries. Part 2. (BSAI007370-BSAI007750) | | |
| HH-65 | Ciba, 1988 (c). Ciba Geigy's 104(e) response summaries. Part 3. (BSAI002322-BSI002605) | | |
| HH-66 | Ciba, 1988 (d). Ciba Geigy's 104(e) response summaries. Part 4. (BSAI007045-BSAI007369) | | |
| HH-67 | Ciba, 1997. Ciba Geigy's response and information disclosure. 1997 | | |
| HH-68 | Civitello, 1993. Interview of Michael Civitello (NRM) by Richard Grabill. 16 Aug 1993 | | |
| HH-69 | Code Environmental Svc., 2003. 4087C.08 Meeting Notes. September 2003. (BSAI8329-BSAI8430) | | |
| HH-70 | Code Environmental, 2004. Narrative Suppliment to Soil Erosion and Sediment control Plan. March 5, 2003. (BSAI8715-BSAI8785) | | |
| HH-71 | Connery, 1996 (a). Memo to Harry Harbold Re: RI/FS Progress meetiing 12/7/95. January 24, 1996. (PHKS1714-1720) | | |

| | | | |
|---|---|---|---|
| HH-72 | Connery, 1996 (b). Memo to Harry Harbold Re: RI/FS Progress meetiing 12/7/95. January 24, 1996. (PHKS1714-1720) | | |
| HH-73 | Connery, 1996 (c). Memo to Harry Harbold Re: RI/FS Progress meetiing 12/7/95. January 24, 1996. (PHKS1714-1720) | | |
| HH-74 | Corbin, R., 1997. PRP Search CERCLA hazardous substance matrixes. February 19, 1997 | | |
| HH-75 | Correspondence, 2005. Various letters of Correspondence, exhibit from Santarelli deposition. February 22, 2005. (AR200659-AR200674) | | |
| HH-76 | County of Bucks, 1976.  Complaint/Information Report (D-4).  8 Sept 1976.   (NOV0188-NOV0191) | | |
| HH-77 | Crown Metro, 2003.  Crown Metro's information and document disclosures.  March 20, 2003 | | |
| HH-78 | Curley, A.T.  1976.  Memos regarding spent acid. 20 Sept 1976 - 14 Apr 1977 | | |
| HH-79 | Curran, T., 1993a.  Supplemental response by Thomas Curran (Handy and Harman) to EPA's 1992 request for information.  January 7, 1993. (BSAI030914-BSAI030932) | | |
| HH-80 | Cytec, 2002.  BHF disposal possibilites and PRP Group Organization Agreement for Operable Unit 2.  2002.  (PHKS07472-PHKS074303) | | |
| HH-81 | De Maximus, 2002a. 4087C.07 Monthly Rpt. Letters and Faxes. November 11, 2003. BSAI8285-BSAI8328 | | |
| HH-82 | De Maximis, Inc., 2003a.  RW-22 well data. December 1, 2003. (PHKS 061375-PHKS061376) | | |

| HH-83 | De Maximis, Inc., 2003b. Draft Boarhead Farms Cost Estimates for LTMP Program, Well Installation and Groundwater Modeling (email only). December 4, 2003 | | |
|---|---|---|---|
| HH-84 | De Maximis, Inc., 2004a. Cost Tracking for Operable Unit Two RD/RA/O&M    Activities. September 15, 2004 | | |
| HH-85 | De Maximis, Inc., 2004b. 4087C.07 Progress rpt. 2004. September 10, 2004. (BSAI8231-BSAI8284) | | |
| HH-86 | De Maximus, 2004c. 4087C.09 Cost Est. October 31, 2003. BSAI8431-BSAI8439 | | |
| HH-87 | Dept. of Enviornmental Resources, 1976. Waste Discharge Inspection Report (D-5). Dept.of Enviornmental Resources: Bureau of Water Quality Management. 8 Sept 1976. (NOV 0186) | | |
| HH-88 | Dept. of Enviornmental Resources, 1976. Waste Discharge Inspection Report (D-6). Dept.of Enviornmental Resources: Bureau of Water Quality Management. 10 April 1976. (NOV 0187) | | |
| HH-89 | Dept. of Health, 1971. Handwritten notes and waste inspection reports of Merit Metal. 1971-1972 | | |
| HH-90 | DeRewal and Carpenter, 1973a. Agreement between Derewal Chemical Co. and Carpenter Technology. 12 June 1973. (CART0001, CART 0003) | | |
| HH-91 | DeRewal and Carpenter, 1973b. Agreement between Derewal Chemical Co. and Carpenter Technology. 12 June 1973 | | |
| HH-92 | DeRewal Chemical Co. 1977. Records, reports, and invoices of DeRewal Chemical Co. for AET. Various dates 1977. (BSAI 012950 - BSAI 012952) | | |

| | | | |
|---|---|---|---|
| HH-93 | DeRewal Chemical Co., 1970's. Records, reports, and invoices of DeRewal Chemical Co. for Flexible Circuits. Various 1970's. (BSAI 012953 - BSAI 012993) | | |
| HH-94 | DeRewal Chemical Co., 1973b. Proposal to SPS for service, invoice from SPS to DeRewal, handwritten notes. 1972/1973. (BSAI 016593 - BSAI 016595) | | |
| HH-95 | DeRewal Chemical Company, 1972. Invoice to Globe Disposal Service (P-48). 28 Aug 1972 | | |
| HH-96 | DeRewal Chemical Company, 1972. Letter to Edward Strocka of Carpenter Technology (P-31). 14 Nov 1972. (BSAI025180) | | |
| HH-97 | DeRewal Chemical Company, 1972a. Letter to Edward Straka of Carpenter Technology (P-32). 27 Nov 1972. (BSAI025184) | | |
| HH-98 | DeRewal Chemical Company, 1972b. Invoice to Univac (P-18). 25 April 1972. (BSAI035534) | | |
| HH-99 | DeRewal Chemical Company, 1972c. Letter to Ralph Parker of Circuits, Inc. (P-38) 3 Oct 1973. (BSAI032975) | | |
| HH-100 | DeRewal Chemical Company, 1973a. Invoice to Quickline Design Inc. (P-41). 1973. (BSAI032908) | | |
| HH-101 | DeRewal Chemical Company, 1973b. Derewal Chemical Company Shipping Orders for Flexible Circuits (P-10). Various dates 1973- 1975. (BSAI051931, 051959, 051955, 051952, 051947,051949, 051945, 051941, 051937, 051934, 051957, 051923) | | |
| HH-102 | DeRewal Chemical Company, 1973c. Invoices to Flexible Circuits (P-11). Various dates 1973 - 1975.  (BSAI051961, 051960, 051958, 051954, 051950, 051948, 051946, 051939, 051944, 051942, 051929, 051936, 051935, 051927, 051924) | | |

| | | | |
|---|---|---|---|
| HH-103 | DeRewal Chemical Company, 1974a.  Invoice to Etched Circuits, Inc. (P-39).  17 July 1974 | | |
| HH-104 | DeRewal Chemical Company, 1974b.  Timesheets (P-34).  1974.  (BSAI021696-BSAI1021698) | | |
| HH-105 | DeRewal Chemical Company, 1976a.  Shipping order for Plymouth Tube (P-14)  6 July 1976 and 22 Nov 1976.  (BSAI052294, BSAI052301) | | |
| HH-106 | DeRewal Chemical Company, 1976b.  Invoice to Plymouth Tube Co. (P-15).  1976.  (BSAI052293-BSAI052302) | | |
| HH-107 | DeRewal Chemical Company, 1977.  Invoices to Advanced Environmental Tech (P-47).  March and April 1977 | | |
| HH-108 | DeRewal, M., 1972b.  Letter from Manfred Derewal to Al Hammer of Univac Corp (P-16).  21 Jan 1972. (BSAI035517) | | |
| HH-109 | DeRewal, M. 1972c.  Letter from Manfred Derewal to Jack King of Burroughs Corp (P-17)  24 Oct 1972.  (BSAI035503) | | |
| HH-110 | DeRewal, M.  1972d.  Letter to Melvin Bach of Flexible Circuits, Inc. (P-9).  10 Jan  1972.  (BSAI029500-BSAI029501) | | |
| HH-111 | DeRewal, M. 1972e.  Letter to Wayne Slater of Ellwood Ivins Tube Company (P-13).  11 Jan 1972.  (BSAI020570) | | |
| HH-112 | DeRewal, M. 1972f.  Letters from Manfred Derewal to Edward Straka.  27 Nov 1972 and 14 nov 1972 | | |
| HH-113 | DeRewal, M., 1972g. Letters and invoices between DeRewal and Philco Ford. Various 1972/1973 | | |

| | | | |
|---|---|---|---|
| HH-114 | DeRewal, 1973a. Letter to Quickline Design regarding disposal of wastes from DeRewal Chemical Co. March 2, 1973 | | |
| HH-115 | DeRewal, M. 1973b, Letter from DeRewal to SPS, SPS Amendment to Purchase Order to DeRewal Chemical, handwritten notes. 1972/1973 | | |
| HH-116 | DeRewal, M. 1973c. Invoice to Etched Circuits, Inc. (P-39). 2 March 1973. (BSAI020495) | | |
| HH-117 | DeRewal, M. 1973d. Letter from Manfred Derewal to Frank Marchewka, 2 March 1973 | | |
| HH-118 | DeRewal, M. 1973e. Letter to Quickline Design Inc. (P-40). 2 Feb 1973. (BSAI032906) | | |
| HH-119 | DeRewal, undated. Letters in reference to EPA 104(e) request for information from DeRewal Chemical Company. (BSAI029104-BSAI029139) | | |
| HH-120 | DeVasher, 1978. Letter from Willima DeVasher (USM Corp/ Emhart Corp) to David Michelmen (Assistant District Attorney) with attached documents. 21 March 1978 | | |
| HH-121 | Diamond, B.M., 1993. Memo from Bruce Diamond (Office of Waste Programs Enforcement) to Waste Management Division Directors. 30 Jul 1993 | | |
| HH-122 | Dillon, 1995. Corrosion Resistance of Stainless Steels. 1995 | | |
| HH-123 | Drum Inventory, 1995. Boarhead Farm RI/FS Drum Inventory. Updated July 1, 1995. (AR6031-AR6037) | | |
| HH-124 | Dupont, 1992. Dupont's 104(e) response to questioning form the EPA. October 30, 1992. (BSAI001416, PHKS027506-PHKS027508) | | |

| | | | |
|---|---|---|---|
| HH-125 | Elbert, R.G. 1980. Analysis Request- Waste Acid Holding Tanks Bldg. 67). 1980 various. (C6697-C7223) | | |
| HH-126 | Emhart, 2003. Emhart's document disclosure. March 20, 2003. (EMHA00001-EMHA00020) | | |
| HH-127 | Environmental Chemical Control, 1976. Letter to Advanced Environmental Chemcial Control Technology Corp. (P-46). 17 Aug 1976. (BSAI022920) | | |
| HH-128 | Environmental Quality Co., various dates. 4087C.19 Disposal papers, certification forms, coc's, waste charecerization. etc. various dates. (BSAI8786-BSAI8852) | | |
| HH-129 | Etched Circuits, 1980. Notification of Hazardous Waste Activity. 1980-1982 | | |
| HH-130 | Etched Circuits, 1990. Hazardous Waste Generator Annual Report 1989. May 3, 1990 BSAI082830-BSAI082952 | | |
| HH-131 | Flexible Circuits, 1983. Letter containing brief description of processes, diagrams, and standard procedures. 27 May 1983. (BSAI082785-BSAI082800) | | |
| HH-132 | Flexible Circuits, 1986. Letter providing Flexible Circuits' Preparedness, Prevention and Contingency Plan (PPC). 27 Jan 1986. (BSAI082712-BSAI082722) | | |
| HH-133 | Flexible Circuits, 1987. Response to EPA letter and conversation. 6 Nov 1987. (FLEX00004-FLEX00005) | | |
| HH-134 | Ford Motor Company, 1992. Ford's response to EPA's 1992 request for information. November 24, 1992. (PHKS027497-PHKS027503) | | |
| HH-135 | Ford New Holland, undated. Source documents 1 through 15. (BSAI003461-BSAI003665) | | |

| HH-136 | Foster, Andrew P., 2003. Defendants Techalloy Co. Inc. and Rahns Specialty Metals Inc.'s (collectively RSM) submission to document repository. March 20, 2003. (RAHN-001 - RAHN-0037) | | |
|---|---|---|---|
| HH-137 | Fraust, 2006. Correspondence from Fraust regarding Jonas Waste Removal, exhibit from Santarelli deposition. February 22, 2005. BSAI031233-BSAI031249 | | |
| HH-138 | Groundwater, 2000. Supplemental groundwater sampling plan (pgs 37-41 of 42). November 28, 2000. BSAI065449-BSAI065453 | | |
| HH-139 | GROWS, 1976.  Letter from Geological Reclamation Operations and Waste Systems, Inc. (G.R.O.W.S) to Bucks County Dpt. Of Health (D-8).   (NOV 0198-NOV0199) | | |
| HH-140 | Handwritten Notes, 1988. Four pages of handwritten notes. November 6, 1988. (PHKS2143-PHKS2146) | | |
| HH-141 | Lucent, 2005. Santarelli-5 (Letters to the EPA includes waste disposal reports, exhibit from Santarelli deposition). February 22, 2005. AGER000069-AGER000118 | | |
| HH-142 | Lucent, 2006a. Santarelli 3 (Letter to US EPA from Lucent Techonologies, exhibit from Santarelli deposition). February 22, 2005. AGER000060-AGER 000068 | | |
| HH-143 | Lucent, 2006b. (Letter to US EPA from Lucent Techonologies, exhibit from Santarelli deposition). February 22, 2005. AGER000060-AGER 000068 | | |
| HH-144 | Mann, D.E. 1970.  Memo from D.E. Mann confirming Revere Chemical Company is no longer removing Car Tech Waste.  25 Feb 1970 | | |
| HH-145 | Mcall, 2002. 4087C.12 Newspaper. December 11, 2001. BSAI8440-BSAI8441 | | |

| | | | |
|---|---|---|---|
| HH-146 | McMurray, 2006. Letter to USEPA from Lucent Technologies (Exhibit from Santarelli deposition). February 22, 2005. BSAI031216-BSAI031220 | | |
| HH-147 | Meeting notes, 1988a. Handwritten Notes / DQO Removal Level. October 25, 1988. (PHKS2154-PHKS2156) | | |
| HH-148 | Meeting notes, 1988b. Handwritten Notes Re: Boarhead notes sampling plan. October 18, 1988. (PHKS2157-PHKS2160) | | |
| HH-149 | Meeting notes, 1988c. Boarhead Sampling Notes. September 30, 1988. (PHKS2163-PHKS2165) | | |
| HH-150 | Meeting notes, 1988d. Meeting w/ Steve Javela / Potential removal candidates. August 15, 1988. (PHKS2166-PHKS2164) | | |
| HH-151 | Meeting notes, 1988e. Meeting with the Bucks focus on residential sampling / handwritten notes. September 13, 1988. (PHKS2168-PHKS2175) | | |
| HH-152 | Meeting Notes, 1988f. Meeting notes and attached docuements. July 19, 1988. (PHKS2176-PHKS2177) | | |
| HH-153 | Meeting Notes, 1996. Meeting notes Re: Boarhead Farms RI/FS. February 29, 1996. PHKS1702-1703 | | |
| HH-154 | National Rolling Mills, 1970.  Exhibit 8 - John Barsum (NRM ledgers).  1970-1979 | | |
| HH-155 | National Rolling Mills, 1975a.  Shipping orders, Bills of Lading from NRM to Jonas Trucking/ Waste Removal | | |
| HH-156 | National Rolling Mills, 1975b. Shipping Order between Jonas Trucking and NRM (P-50).  1975 | | |
| HH-157 | National Rolling Mills, 1987.  EPA Request for Information--Shipment of Waste Materials to GEMS Site  22 April 1987 | | |

15

| HH-158 | Novartis, 2003. Novartis Corporation's Response to Case Management Order. March 18, 2003 | | |
|--------|------------------------------------------------------------------------------------------|--|--|
| HH-159 | NUS Corp, 1985. Preliminary Assessments of Boarhead Farms prepared for Hazardous Site Control Division USEPA. 22 August 1985 | | |
| HH-160 | NUS Corp, 1986. Site Inspection of Boarhead Farms prepared for Hazardous Site Control Division USEPA. 20 January 1986 | | |
| HH-161 | NUS Corp, 1990. Site Inspection using available information of Merit Metals Product Corp. NUS Corporation. 27 March 1990 | | |
| HH-162 | Onyx, 2004. 4087C.19B Drum Disposal, Waste Manifest, Letters Coc's, Lab data. March 9, 2004. BSAI9251-BSAI9455 | | |
| HH-163 | Pennoni, 1991. ECRA Sampling and Analysis Plan September 1990. BSAI082864-BSAI082879 | | |
| HH-164 | Plymouth Tube Company, 1988. Collection of letters between Plymouth Tube Company and USEPA / Pennsylvania DER. 1988 | | |
| HH-165 | Powers, 2006. Correspondence between EPA and Powers (AT&T), exhibit from Santarelli deposition. February 22, 2005. AGER 000001-AGER 000005 | | |
| HH-166 | Region III, 1992. ATSDR Record of Activity. June 28, 1992. (AR5183-AR5185) | | |
| HH-167 | RSM, 1992a. RSM's 104(e) response, including invoices and exhibits. September to December 1992. (BSAI032952-BSAI032977 and PHKS027010-PHKS027022) | | |
| HH-168 | RSM, 1992b. Response to 1992 letter from EPA requesting info. December 18, 1992. RAHN0001-RAHN0037 | | |
| HH-169 | RT Environmental Services, 2001a. Act 2 Final Report--Former Merit Metals Corp Site. June 2001 | | |

| | | | |
|---|---|---|---|
| HH-170 | RT, 2001b. ISRA Preliminary Assessment/Site Investigation/Remedial Action Workplan. March 2001 | | |
| HH-717 | Satterthwaite, 1983. Groundwater Contamination Study for the Warrington Township Municipal Authority. Walter B Satterthwaite Associates, Inc. August 1983 | | |
| HH-172 | Sayer, 1971. Cease and Desist order from EW Sayer (Enforcement & Administrative Section) to M.H. Silverman (Merit Metal). 2 Feb, 1971 | | |
| HH-173 | Site Map Boarhead Farms Site (P-8 5/7/03), 7 May 2003 | | |
| HH-174 | Southland Corp., 1988(a). Southland Corp's 104(e) response summaries--Part 1. (BSAI 006469 - BSAI 006796) | | |
| HH-175 | Southland Corp., 1988(b). Southland Corp's 104(e) response summaries--Part 2. (BSAI 006861 - BSAI 007044) | | |
| HH-176 | Southland Corp., 1988(c) . Southland Corp's 104(e) response summaries--Part 3. (BSAI 002958 - BSAI 003460) | | |
| HH-177 | Southland Corp., 1988(d). Southland Corp's 104(e) response summaries--Part 4. (BSAI 000963 - BSAI 001117) | | |
| HH-178 | SPS, 1978. SPS's response to information requested from Roger Snodgrass, Manager of Central Services. February 17, 1978. (BSAI013080-BSAI013088) | | |
| HH-179 | SPS, 1992. SPS's response to EPA's 1992 request for information including Attachments A through D of invoices and purchase orders. November 3, 1992. (PHKS027399-PHKS027399) | | |
| HH-180 | Stoekely, 1992. Letter to Lisa Nichols Re: Boarhead Farms Wetlands. September 8, 1992. PHKS1874-1877 | | |

| | | | |
|---|---|---|---|
| HH-181 | Stollsteimer, G. 1987. Letter from George Stollsteimer (Flexible Circuits) to Ms Humane Zia (EPA).  6 Nov, 1987 | | |
| HH-182 | Sylvan, 2006. Invoices, exhibit from Santarelli deposition. February 22, 2005. BSAI023408-BSAI023418 | | |
| HH-183 | Techalloy, 1971. Account Code Invoice Distribution. 1971 Various (RAHN1222-RAHN1249) | | |
| HH-184 | The Environmental Quality Co., 2003. 4087C.19 EQ Manifests, Truck disposal logs. 2003.(BSAI8873-BSAI9250) | | |
| HH-185 | Thomas and Betts, 2003b.  Thomas and Betts Corporation's submissions to the document repository.  March 20, 2003. (THOM0001-THOM0049) | | |
| HH-186 | Trinkle, 2002. Letter from Catherine Trinkle to Mary Platt, Esq. with attached Marvin Jonas' ledger records and partial deposition.  3 Feb 2002 | | |
| HH-187 | Unisys, 1972. Letters and invoices between DeRewal and Unisys.Various 1972/ 1973 | | |
| HH-188 | Unisys, 1988.  Letter to USEPA in response to request for information.  July 19, 1988. (BSAI001849-BSAI001852) | | |
| HH-189 | Unisys, 1992.  Letter to USEPA in response to request for information.  November 12, 1992. (PHKS027487-PHKS027492) | | |
| HH-190 | Unisys, 2003.  Unisys Corporation's submissions to the document repository.  March 20, 2003. (UNIS0001-UNIS0020) | | |
| HH-191 | USEPA, 1988. Marked up copy of Residetial sampling and analysis plan for Boarhead Farms. (PHKS2122-PHKS2141) | | |

| | | | |
|---|---|---|---|
| HH-192 | USEPA, 1993a. EPA's 104(e) request for information from Mr. John Barsum. 1993. (BSAI001603-BSAI001617) | | |
| HH-193 | USEPA, 1993e. Federal On-Scene Coordinator's Report for Boarhead Farms NPL Site Upper Black Eddy, Bucks County, Pennsylvania June 18, 1992 to September 17, 1993. United States Environmental Protection Agency | | |
| HH-194 | USEPA, 1995a. Report to Harry Harbold /Region III data QA review. April 3, 1995. PHKS0741-0870 | | |
| HH-195 | USEPA, 1995c. Report to Harry Harbold Re: Hydrogeological Review. December 4, 1995. PHKS17-571758 | | |
| HH-196 | USEPA, 1998. Superfund Record of Decision. USEPA, EPA/ROD/R03-99/009. November 18, 1998 | | |
| HH-197 | USEPA, 2003. Letter to de maximis, Inc. and Bidgetowntwp. November 27, 2003. (PHKS061394-PHKS061399) | | |
| HH-198 | USEPA, 2004. Interview Summaries of Calvin Abbott. December 1, 2004. (THOM0050-THOM0099) | | |
| HH-199 | USEPA, 2006. Santarelli 2 (Letters to Mr. Schact regarding the Boarhead Site) ( exhibit from Santarelli Deposition). February 22, 2005. AGER000040-AGER 000059 | | |
| HH-200 | USEPA, undated(a). EPA Log Book - Boarhead Agreement Group Contribution Action - Administrative Records Vol 59. PHKS049347-PHKS049450 | | |
| HH-201 | USEPA, undated (b). EPA Log Book - Boarhead Agreement Group Contribution Action - Administrative Records Vol 59. PHKS049451-PHKS049553 | | |

| | | | |
|---|---|---|---|
| HH-202 | USEPA, undated (c). EPA Log Book - Boarhead Agreement Group Contribution Action - Administrative Records Vol 59. PHKS049554-PHKS049657 | | |
| HH-203 | USEPA, undated (d). EPA Log Book - Boarhead Agreement Group Contribution Action - Administrative Records Vol 59. PHKS049658-PHKS049709 | | |
| HH-204 | Warco, 1991. Letter from Terry Warco (Ford Motor Company) to Bowen Hosford (USEPA). 18 Nov, 1991. (BSAI 010653 - BSAI 010658) | | |
| HH-205 | Western Electric, 1970. Contracts and purchase price negotiations via letters for Echo to puchase Western Electric's waste products and haul off in tank trucks. 1960's and 1970's. (BSAI 011485 - BSAI 011558) | | |
| HH-206 | Western Electric, 1996. Western Electric Compnay's (c/o AT&T Corp) 104(e) response. May 22, 1996. (BSAI000643-BSAI000644) | | |
| HH-207 | Western, 2006. Santarelli-4, (Space report Allentown Works, includes plot plans, exhibit from Santarelli deposition). February 22, 2005. BSAI070641-BSAI070661 | | |
| HH-208 | Weston, S. 1989, Memo to Marty Powell Re: Onsite samping trip 6/2/89. July 12, 1989. (PHKS2038- PHKS2048) | | |
| HH-209 | Wills, 1971. Letter from Albert Wills (Chief Sanitary Engineer) to C. T. Beechwood (Regional Sanitary Engineer) with attached Inspection Reports  1 Feb 1971 | | |
| HH-210 | Wolberg and Sayles, undated. Response to EPA questions by Leonard Wolberg and Leonard Sayles | | |
| | | | |

| | | | |
|---|---|---|---|
| HH-211 | American Cyanamid, 1976. Series of shipping documents from the Bound Brook NJ facility (Bates numbered BQ0104-150), indicating Jonas Waste Removal of Sewell NJ as hauler. | | |
| HH-212 | American Cyanamid Company, 1988. Response to USEPA June 10, 1988 correspondence. July 13, 1988. | | |
| HH-213 | American Cyanamid Company, 1993. Response to USEPA May 26, 1993 correspondence. Includes attachments. July 2, 1993. | | |
| HH-214 | Bailey, Robert E., 1990. Oral Deposition in the matter of United States of America v. Helen Kramer, et al., Civil Action No. 89-4380. August 14, 1990. Includes Exhibit Bailey-3. | | |
| HH-215 | Cytec, 1994. Response to USEPA March 11, 1994 correspondence. Includes attachments. April 28, 1994. | | |
| HH-216 | Frankel, Sydney A., 1991. Oral Deposition in the matter of United States of America v. Helen Kramer et. al., Civil Action Nos. 89-4340, 89-4380. February 27, 1991. | | |
| HH-217 | Frankel, Sydney A. 1994. Statement and transcript of September 28, 1993 Interview with Sidney A. Frankel. January 3, 1994. | | |
| HH-218 | Frankel, Sydney A., 2005. Oral Deposition in the matter of Boarhead Farms Agreement Group v. AETC et. al., Civil Action No. 02-3830. January 24, 2005. | | |
| HH-219 | Jonas, 1972. Application for Certification to Collect or Haul Solid Waste (Exhibit Jonas 20, 6-22-95). | | |
| HH-220 | Jonas, 1974. Registration Statement for a Solid/Liquid Waste Collector or Hauler. | | |
| HH-221 | Jonas, 1975. Registration Statement for a Solid/Liquid Waste Collector or Hauler. | | |

| | | | |
|---|---|---|---|
| HH-222 | Jonas, Inc. 1975.  Correspondence to NJDEP re coding of materials, landfills and recycling plants.  February 18, 1975 (labeled as Exhibit Jonas 14, 6/21/1995). | | |
| HH-223 | Jonas 3-ring binder ledger pages, 1976-1979, Bates #00000020-00000050. | | |
| HH-224 | Jonas, Marvin.  1995.  Deposition in the matter of Anthony F. Incollingo et al. v. RCA Corp. et. al., Civil Action No. 87-4263.  June 18, 20, 1995. | | |
| HH-225 | USEPA, 2006.  American Cyanamid, New Jersey, EPA ID#: NJD002173276, Site Details.  March 21, 2006. | | |
| HH-226 | Capone, Louis A. 1993.  Interview/Statement, conducted by r. Grabill of CDM.  September 27, 1993. | | |
| HH-227 | Chesky, Frederick.  1994.  Interview/Statement, conducted by R. Grabill of CDM.  March 1, 1994. | | |
| HH-228 | Civitello, Michael J. 1993.  Interview/Statement, conducted by R. Grabill of CDM.  August 10, 1993. | | |
| HH-229 | Freda, Peter G., 1993.  Interview/Statement, conducted by R. Grabill of CDM.  August 10, 1993. | | |
| HH-230 | Civitello, Michael J., 1993.  Interview/Statement, conducted by R. Grabill of CDM.  August 10, 1993. | | |
| HH-231 | Jonas ledger page entitled "National Rolling Mills, Paoli PA", 1976, no Bates #, included with materials labeled from a file "Boarhead Farms Superfund Site, 011938.074694, Jones 3-Ring Binder Pages Used by EPA, Redwell #24". | | |
| HH-232 | Piotti, Lawrence R., 1994.  Interview/Statement, conducted by R. Grabill of CDM.  March 2, 1994. | | |

| HH-233 | Quici, Santo F. 1993. Interview/Statement, conducted by R. Grabill of CDM. August 10, 1993. | | |
|---|---|---|---|
| HH-234 | Series of National Rolling Mills bills of lading, from 1975 (no Bates #s). | | |
| HH-235 | Winters, Merle, 1993. Interview/Statement, conducted by R. Grabill of CDM. September 16, 1993. | | |
| HH-236 | Ford Motor Company, 1992. Response to USEPA's September 30, 1992 request for information. FORD000014-21. | | |
| HH-237 | Ford Motor Company, 1994. Response to USEPA April 12, 1994 request for information. June 14, 1994. Attachments. BSAI000137-493. | | |
| HH-238 | Ford Motor Company, 1996. Response to USEPA November 28, 1995 Information Request. January 31, 1996. FORD000518-524. | | |
| HH-239 | USEPA, 1992. Information Request Letter to Ford Motor Company, re Boarhead Farms Site. September 30, 1992. With enclosures. FORD000001-13. | | |
| HH-240 | USEPA, 1994a. Memo to File, Subject Boarhead Farms – Philco Ford Waste. March 30, 1994. BSAI005378-80. | | |
| HH-241 | USEPA, 1994b. Information request letter to Ford Motor Company, re Boarhead Farms Site. April 12, 1994. With enclosures. FORD000022-135. | | |
| HH-242 | USEPA, 1995. Information request letter to Ford Motor Company, re Boarhead Farms Site. November 28, 1995. FORD000495-516. | | |
| HH-243 | SPS Technologies, 1988. Response to USEPA June 10, 1988 letter request. June 23, 1988. SPST00001-SPST00088. | | |

| | | | |
|---|---|---|---|
| HH-244 | SPS Technologies, 1992. Response to USEPA September 30, 1992 letter request. November 3, 1992. SPST00089-SPST00176. | | |
| HH-245 | SPS Technologies, 1996. Response to USEPA November 5, 1995 letter request. February 5, 1996. SPST00177-SPST00396. | | |
| HH-246 | Stewart, David, 2000. Deposition in Luis Silva and Iolanda Silva v. Arco Petroleum Products et. al. January 6, 2000. | | |
| HH-247 | USEPA, 1992. Letter to Standard Pressed Steel Technologies, with attachments. September 30, 1992. BSAI035101-BSAI035108. | | |
| HH-248 | USEPA, 1995. Letter to Standard Pressed Steel Technologies, with attachments. November 8, 1995. BSAI035084-BSAI035094. | | |
| HH-249 | AT&T, 1988. Correspondence to Ms. Suzanne Billings, USEPA, re Boarhead Farms Site. June 23, 1988. AGER000001-000005. | | |
| HH-250 | AT&T Technology Systems, June 15, 1987. Internal Memo from C.L. Fraust, Re: Jonas Waste Removal, with attachments. BSAI31233-49. | | |
| HH-251 | Legrome D. Davis. (2 Pages, transmitting Agere's CERCLA 104(e) responses AGER000001 through AGER000120). Undated. | | |
| HH-252 | Lucent Technologies July 25, 1997 correspondence to USEPA, includes May 14, 1973 Western Electric correspondence to Commonwealth of PADER. BSAI0131216 – 312120. | | |
| HH-253 | Deposition of Marianne Santarelli, February 22, 2005, including the following exhibits: Santarelli 2 – USEPA, March 19, 1997, Correspondence to Western Electric Company c/o Lucent Technologies. AGER000040-000059. | | |

| | | | |
|---|---|---|---|
| HH-254 | Santarelli 3 – Lucent Technologies, May 9, 1997, Correspondence to USEPA. AGER000060 – 000068. | | |
| HH-255 | Santarelli 4 – Western Electric, September 30, 1976, Space Report Allentown Works. BSAI070641 – BSAI070661. | | |
| HH-256 | Santarelli 5 – Lucent Technologies, May 29, 1997, Correspondence to USEPA, AGER000069 – 0000118. | | |
| HH-257 | Santarelli 6 – AT&T, February 1, 1996 Correspondence to USEPA and USEPA, November 8, 1995, Correspondence to AT&T c/o Western Electric (Greensboro, NC), AGER000006 – 000039; | | |
| HH-258 | Santarelli 7 – 1971 Western Electric/AT&T report on waste disposal for Allentown Works (no Bates #s). | | |
| HH-259 | Marion Chance Deposition: May 14, 1997 by USEPA | | |
| HH-260 | John Barsum Depositions: June 4, 1997 by EPA June 5, 1997 by EPA April 28, 2000 Affidavit of John Barsum | | |
| HH-261 | Bruce DeRewal Depositions: March 13, 1997 by EPA | | |
| HH-262 | Manfred F. DeRewal, Jr., Depositions: February 26, 1997, by EPA | | |
| HH-263 | Manfred DeRewal, Sr., Depositions: March 15 and 17, 1989 by EPA December 10-11, 1996 by EPA | | |

| | | | |
|---|---|---|---|
| HH-264 | Marvin Jonas Depositions:<br>April 14, 1986 by EPA<br>April 15, 1986 by NJDEP<br>April 17, 1986 (Lipari Landfill)<br>June 20, 1995 (<u>Incollingo</u> case)<br>July 18, 1995 (<u>Incollingo</u> case) | | |
| HH-265 | Franklin Pertnoy Deposition:<br>February 12, 1997 by EPA | | |
| HH-266 | Jeffrey Shaak Depositions:<br>June 25, 1997 by EPA | | |
| HH-267 | CH2MHill, 1997.  Final Remedial Investigation Report, Volume I, prepared for USEPA under Contract No. 68-W-0090.  January 31, 1997. | | |
| HH-268 | Larson, Sarah, and Callaway, Brian, 2005. Newspaper article in the Intelligencer: "Long, Costly Battle", http://www.phillyburbs.com/pb-dyn/news/113-11302005-576208.html. November 30, 2005. | | |
| HH-269 | NUS Corporation, 1986.  Site Inspection of Boarhead Farms Prepared Under TDD No. F3-8304-25, EPA No. PA-257, Contract No. 68-01-6699 for the Hazardous Site Control Division, U.S. Environmental Protection Agency, January 20, 1986.  AR100173-256. | | |
| HH-270 | TetraTech/Black & Veatch, 2004.  Remedial Action Oversight Report, Boarhead Farms Superfund Site, Operable Unit #2, Upper Black Eddy, Bucks County, Pennsylvania.  June 25, 2004. | | |
| HH-271 | USEPA, 1987.  NPL Site Narrative for Revere Chemical Co. | | |
| HH-272 | U.S. Environmental Protection Agency (USEPA), 1989.  Record of Decision: DeRewal Chemical Co. EPA ID: NJD980761373, OU1, Kingwood Township, NJ.  September 29, 1989. EPA/ROD/R02-89-087 1989. | | |

| HH-273 | USEPA, 1998a.  Proposed Plan: Boarhead Farms Site, Bridgeton Township Bucks County, Pennsylvania.  January 1998, http://www.epa.gov/reg3hwmd/super/sites/PAD47726161/proposed/1998-01.htm | | |
|---|---|---|---|
| HH-274 | USEPA, 1998b.  Record of Decision: Boarhead Farms EPA ID: PAD047726161, OU1, Bridgeton Township, PA.  November 18, 1998. http://www.epa.gov/superfund/sites/rods/fulltext/r0399009.pdf | | |
| HH-275 | USEPA, 1996., Record of Decision: Revere Chemical Co., EPA ID: PAD051395499, OU2, Nockamixon Township, PA.  June 20, 1996. | | |
| HH-276 | USEPA, 2001.  Five-Year Review Report, Revere Chemical Co. Superfund Site. | | |
| HH-277 | USEPA website, 2004.  Boarhead Farms Current Site Information.  Last update: January 2004. http://www.epa.gov/reg3hwmd/npl/PAD0477261 61.htm | | |
| HH-278 | 1975-1976 Chemical Leaman and Matlock shipping documents, BSAI00186-2321. | | |
| HH-279 | Bostik South documents, BSAI012996 – BSAI013002. | | |
| HH-280 | Crown Metro, Inc., 2003.  Information and Document Disclosure.  March 20, 2003. | | |
| HH-281 | Emhart Industries, Inc. 2003.  Information and Document Disclosure, with attachments EMHA0001-20.  March 20, 2003. | | |
| HH-282 | Emhart Correspondences to USEPA, 1988. BSAI001860 – 5. | | |
| HH-283 | Ciba-Geigy shipping records, 1976-1977. BSAI026638-745, BSAI004078 – 253. | | |
| HH-284 | Ciba-Geigy, Vendor Value Listings 1974-1975. BSAI004046 – 77. | | |

| | | | |
|---|---|---|---|
| HH-285 | Ciba-Geigy, 1988.  Response letter to USEPA June 10, 1988 request for information.  July 25, 1988.  BSAI004015-20. | | |
| HH-286 | Ciba Specialty Chemicals Corporation, 1997.  Response to USEPA March 19, 1997 letter.  March 24, 1977.  BSAI026746. | | |
| HH-287 | USEPA, 1997.  Request for information letter to Ciba Geigy Corporation, March 19, 1997.  BSAI026749-769. | | |
| HH-288 | McNees, Wallace & Nurick, 2003.  Correspondence to Glenn A. Harris, Esq., Re: Boarhead Farms Agreement Group V. Advanced Environmental Technology Corporation, et al., Civil Action No. 02-CV-3830 (J. Davis) – Information Disclosure on Behalf of Knoll, Inc. under February 3, 2002 Case Management Order.  March 17, 2003. | | |
| HH-289 | Ellwood Ivins Tube Co., 1971.  Department of the Army, Corps of Engineers, Application for Permit to Discharge or Work in Navigable Waters and Their Tributaries.  June 10, 1971.  BSAI032686 – 692. | | |
| HH-290 | Hawk, Hugh 1977.  Correspondence to PADER re: Hazardous Waste.  May 24, 1977.  BSAI005209. | | |
| HH-291 | Plymouth Tube Co., 1988.  Correspondences to USEPA re Boarhead Farms Site.  June 22, 1988, October 25, 1988.  (BSAI000361, BSAI000358). | | |
| HH-292 | Copies of historical documents related to DeRewal Chemical Co. and Plymouth Tube Co.  BSAI013067-079, BSAI052293 – 302, BSAI1020570, BSAI052294. | | |
| HH-293 | DeRewal Chemical Company, 1973.  Invoice to Quickline Design, Inc.  BSAI032908. | | |

| | | | |
|---|---|---|---|
| HH-294 | DeRewal Chemical Company, 1973. Copy of correspondence to F. Marchewka of Quickline Design, Inc. March 2, 1973. BSAI016524. | | |
| HH-295 | McAndrew, Patrick F. 1996. Letter to L. Miller of USEPA, re Boarhead Farms Site. February 1, 1996. | | |
| HH-296 | Rohm and Haas Company, 2003. Initial Disclosure pursuant to February 3, 2003 Case Management Order, in the matter of BFAG v. AETC. March 19, 2003. | | |
| HH-297 | Jonas ledger page entitled "Simon Wrecking Co. Williamsport", undated, no Bates #, included with materials labeled from a file "Boarhead Farms Superfund Site, 011938.074694, Jones 3-Ring Binder Pages Used by EPA, Redwell #24". | | |
| HH-298 | Handwritten notes (possibly from DeRewal Chemical Co. files), Bates #'d BH000 3959 and BSAI016578. | | |
| HH-299 | Enclosure D – BH 000 3962 through 3966, BH000 2554.1, BH 000 2554 | | |
| HH-300 | Document Submission of Defendant Unisys Corporation pursuant to Case Management Order of February 3, 2003. UNIS-0001 through UNIS-0020. | | |
| HH-301 | Unisys, 1992. Correspondence to USEPA, Re: Boarhead Farms Site. November 12, 1992. PHKS027487-92. | | |
| HH-302 | Unisys, 1988. Correspondence to USEPA, Re: Boarhead Farms Site. July 19, 1988. BSAI001847-52. | | |
| HH-303 | Sansonetti, Thomas L., 2003. United States' Filing Pursuant to Paragraph 3.B(3) of the Case Management Order, BFAG v. AETC, Civil Action No. 02-3830. March 19, 2003. | | |

| HH-304 | D-18: City of Philadelphia Water Department correspondence to Manfred DeRewal, July 5, 1978. PKS003404 7. | | |
|---|---|---|---|
| HH-305 | D-23: Commonwealth of Pennsylvania Complaint/Warrant/Summons vs. Jeffrey Shaak, March 29, 1977. PHKS003230. | | |
| HH-306 | P-2: Commonwealth of Pennsylvania Department of State Corporation Bureau, Articles of Incorporation for Penn Rare Metals, Inc. April 13, 1960. BSAI047200-2. | | |
| HH-307 | P-3: Commonwealth of Pennsylvania, Articles of Incorporation for Echo, Inc. December 5, 1960. BSAI047211-3. | | |
| HH-308 | P-5: Commonwealth of Pennsylvania, Certificate of Incorporation, Boarhead Corporation. September 2, 1969. BSAI047227-9. | | |
| HH-309 | P-6: Indenture between Alan R. Reim, Gail D. Reim, Robert W. Buckman, Ruth J. Buckman and Boarhead Corporation, for sale of land in Bridgeton Township, Bucks County PA to Boarhead Corporation. October 16, 1969. BSAI000428. | | |
| HH-310 | P-7: Commonwealth of Pennsylvania, Certificate of Incorporation, DeRewal Chemical Company, Inc., December 29, 1969. BSAI047244. | | |
| HH-311 | P-20: Lease Agreement between Philadelphia Hide Corporation and Manfred DeRewal, December 1, 1973, PHKS003410. | | |
| HH-312 | P-21: DeRewal Chemical Company correspondence to Manfred F. DeRewal, July 23, 1970. AETC78. | | |
| HH-313 | P-22: Pennsylvania Department of Environmental Resources Waste Discharge Inspection report, Boarhead Corporation, Lonely Cottage Road, Bucks County, Bridgeton Twp., February 14, 1973. | | |

| | | | |
|---|---|---|---|
| HH-314 | P-23: Pennsylvania Department of Environmental Resources Waste Discharge Inspection Report, Boarhead Corporation, March 5, 1973 inspection. | | |
| HH-315 | P-24: Agreement between Pennsylvania Department of Environmental Resources and Boarhead Corporation, March 21, 1973. BSAI017233-4. | | |
| HH-316 | P-25: City of Philadelphia Water Dept. correspondence to Manfred DeRewal, September 24, 1974. PHKS003282-4. | | |
| HH-317 | P-26: City of Philadelphia correspondence to Manfred DeRewal, June 2, 1975. | | |
| HH-318 | P-27: Environmental Chemical Control certificate of incorporation, October 18, 1976. BSAI047236. | | |
| HH-319 | P-28: City of Philadelphia Dept. of Licenses and Inspections Violation Notice issued to Ed Meliti & Linda Cochran regarding 5001 Comly Street (Bldg R), April 5, 1977. PHKS003286-7. | | |
| HH-320 | P-29: City of Philadelphia v. Wissinoming Industrial Park et al. Agreement, May 12, 1977. BSAI019670-1. | | |
| | | | |
| HH-321 | Complaint filed June 18, 2002 | | |
| HH-322 | Amended Complaint filed August 26, 2002 | | |
| HH-323 | Second Amended Complaint filed February 21, 2003 | | |
| HH-324 | Third Amended Complaint filed September 19, 2003 | | |
| HH-325 | Fourth Amended Complaint filed August 1, 2005 | | |

| | | | |
|---|---|---|---|
| HH-326 | Plaintiffs' Responses and Objections to Joint Contention Interrogatories of Advanced Environmental Technology Corporation, Ashland, Inc., Carpenter Technology Corporation, fcg, inc., Handy & Harman Tube Company, Inc. and NRM Investment Company, dated April 17, 2007 | | |
| HH-327 | July 12, 2007 Letter from Glenn A. Harris, Esq. supplementing plaintiffs' responses to Joint Contention Interrogatories | | |
| HH-328 | Plaintiffs Amended and Supplemental Responses to Contention Interrogatories, dated November 21, 2007 | | |
| HH-329 | Plaintiffs' Supplemental Responses to Joint Contention Interrogatories of Advanced Environmental Technology Corporation, Ashland, Inc., Carpenter Technology Corporation, fcg, inc., Handy & Harman Tube Company, Inc. and NRM Investment Company, dated February 8, 2008 | | |
| HH-330 | Drum Logs | | |
| HH-331 | Drum Photos | | |
| HH-332 | Request for Funds for a Removal Action (AR100001-AR100008) | | |
| HH-333 | Approval of a Funding Request for a Removal Action (AR400001-AR400009) | | |
| HH-334 | Engineering Evaluation/Cost Analyis (June 1995) (AR308369-AR308388 | | |
| HH-335 | CERCLA Hazardous Waste Matrixes March 18, 1997 (BSAI012747-BSAI012781) | | |
| HH-336 | Miscellaneous Newspaper Articles (BSAI013665-BSAI013761) | | |
| HH-337 | Brown and Caldwell Revised Supplemental Design Investigation Report (October 2002) | | |

| HH-338 | EPA Cost Report regarding Services Rendered by Environmental Technology of North America for Period of Performance 6/18/92-6/18/93 (BSAI082200-BSAI082201) | | |
|---|---|---|---|
| HH-339 | Approval of a Request for A $2 Million Statutory Exemotion for Removal Actions and a Ceiling Increase (BSAI005508-BSAI005509) | | |
| | Demonstrative Exhibits (to be supplied prior to trial) | | |

Dated: May 19, 2008