## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date caused true and correct copies of Defendant Handy & Harman Tube Company, Inc.'s Pretrial Memorandum to be served on all counsel of record via ECF and email, addressed as follows:

**Plaintiffs:**

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:    (856) 761-3400
Fax:    (856) 761-1020
E-mail: harrisg@ballardspahr.com

Amy J. Trojecki, Esq.
*Ballard, Spahr, Andrews & Ingersoll*
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
Tel:    (215) 864-8189
Fax:    (215) 864-9266
E-mail: trojeckia@ballardspahr.com

**Defendants:**

*Advanced Environmental Technology Corp.*
Laurie Sands, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone: (973) 740-0500
Fax: (973) 740-1407
Email: lsand@wolffsamson.com

*Ashland, Inc.*
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone: (215) 546-0500
Fax: (215) 546-9444
Email: rbiedrzycki@pp-b.com

*Carpenter Technology Corporation*
Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone: 212-756-0215
Fax: 888-325-9169
Email: lwright@ealaw.com

*NRM Investment Co.*
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
Phone: 610-279-3370
Fax: 610-279-0696
Email: edwardfackenthal@cs.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*
Seth Cooley, Esq.
Duane Morris
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
Phone: (215) 979-1818
Fax: (215) 979-1020
Email: scooley@duanemorris.com


_____ MF1386
MELISSA E. FLAX

Dated: May 19, 2008