## EXHIBIT LIST

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-1 | P-5 | Plaintiffs | BSAI047227-BSAI047229 | Boarhead Corporation Certificate of Incorporation, dated September 2, 1969 |
| P-2 | P-6 | Plaintiffs | BSAI000428-BSAI000431 | Deed Between Robert and Ruth Buckman and Boarhead Corporation, dated October 16, 1969 |
| P-3 | P-7 | Plaintiffs | BSAI047242-BSAI047244 | DeRewal Chemical Company, Inc. Certificate of Incorporation, dated December 29, 1969 |
| P-4 | | Plaintiffs | BSAI015601 | Pennsylvania State Police Investigation Report, dated April 26, 1972 |
| P-5 | | Plaintiffs | BSAI013090-013902 and BSAI015633-BSAI015635 | March 7, 1973 and March 12, 1973 BDOH Memorandum |
| P-6 | P-22 | Plaintiffs | | Waste Discharge Inspection Report and Site Map dated February 14, 1973 |
| P-7 | P-23 | Plaintiffs | | Waste Discharge Inspection Report dated March 5, 1973 |
| P-8 | P-24 | Plaintiffs | BSAI047230-BSAI047234 | Agreement Between Boarhead Corporation and Manfred DeRewal, dated March 21, 1973 |
| P-9 | | Plaintiffs | BSAI015760-BSAI015761 | December 20, 1973 Bucks County Department of Health Memorandum |

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates/ Ranges | Description of Document |
|---|---|---|---|---|
| P-10 | | Plaintiffs | BSAI013111-BSAI013113 and BSAI013115-BSAI013118 | PADER November 2, 1973 Order to Boarhead Corporation |
| P-11 | | Plaintiffs | BSAI015676-BSAI015684 | Waste Discharge Inspection Report, dated November 5, 1973 |
| P-12 | | Plaintiffs | BSAI015705-BSAI015710 | Waste Discharge Inspection Report, dated November 23, 1973 |
| P-13 | | Plaintiffs | BSAI015775-BSAI015777 | Department of Health Memorandum, dated January 8, 1974 |
| P-14 | | Plaintiffs | BSAI015392-BSAI015393 | Department of Health Memo, dated June 28, 1974 |
| P-15 | | Plaintiffs | | Complaint in Equity filed on May 31, 1974 in the Court of Common Pleas of Bucks County with an Injunction Issuing on June 21, 1974 |
| P-16 | P-20 | Plaintiffs | PHKS003410-PHKS003414 | Lease Agreement Between Philadelphia Hide Corporation and Manfred DeRewal for 3013-31 East Ontario Street, dated November 15, 1973 |
| P-17 | D-27 | Plaintiffs | BSAI034500-BSAI034501 | Affidavit of John Barsum, dated April 28, 2000 |
| P-18 | P-25 | Plaintiffs | PHKS003282-PHKS003284 | Letter and Diagram from Thomas J. Kulesza of the City of Philadelphia Water Department to Manfred DeRewal, dated September 24, 1974 regarding operations at 3015 E. Ontario Street |
| P-19 | | Plaintiffs | BSAI013271-BSAI013272 | June 17, 1975 Philadelphia Water Department Letter |

2

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-20 | | Plaintiffs | BSAI013186 | Waste Discharge Inspection Report, dated April 25, 1974 |
| P-21 | | Plaintiffs | BSAI015828-BSAI015836 and BSAI013208-BSAI013211 | Commonwealth of Pennsylvania Complaint in Equity on May 28, 1974 which was resolved with an agreed order |
| P-22 | | Plaintiffs | BSAI015935 | Waste Discharge Inspection Report, dated February 26, 1975 |
| P-23 | | Plaintiffs | BSAI018271-BSAI018363 | Bench Opinion filed May 16, 1978 in United States v. Manfred DeRewal, et al. in the United States District Court for the Eastern District of Pennsylvania at Docket No. 77-287 |
| P-24 | P-27 | Plaintiffs | BSAI047236-BSAI047238 | Environmental Chemical Control, Inc. Certificate of Incorporation, dated October 18, 1976 |
| P-25 | | Plaintiffs | BSAI015953-BSAI015954 | Waste Discharge Inspection Report, dated July 16, 1975 |
| P-26 | | Plaintiffs | BSAI015964-BSAI015967 and BSAI015969-BSAI015976 | Nine criminal complaints filed by BCDOH on January 25, 1976 and February 18, 1976 against Boarhead Corporation and Manfred DeRewal alleging violations of the Pennsylvania Clean Streams Law |
| P-27 | | Plaintiffs | BSAI016037-BSAI016043 | Waste Discharge Inspection Report, dated April 1, 1976 |
| P-28 | P-28 | Plaintiffs | PHKS003286-PHKS003287 | Violation Notice to Ed and Linda Cochron regarding premises located at 5001 Comly Street (Bldg. R), dated April 5, 1977 |

3

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-29 | P-29 | Plaintiffs | BSAI019670-BSAI019671 | Agreement between Manfred DeRewal, Environmental Chemical Control, Inc., Environmental Protection Agency and the City of Philadelphia, dated May 12, 1977 |
| P-30 | | Plaintiffs | BSAI016117 | BCDOH "Field Action Report", dated July 9, 1976 |
| P-31 | | Plaintiffs | BSAI016124 | Waste Discharge Inspection Report, dated July 30, 1976 |
| P-32 | D-4 | Plaintiffs | NOV 0188-NOV 0191 | Bridgeton Police Department complaint of ammonia odor on September 8, 1976 |
| P-33 | Curley-5 | Plaintiffs | BSAI006529-BSAI006530 | September 20, 1976 memorandum prepared by Arthur Curley |
| P-34 | Cheri-1 Cheri 2 / P-35 (same) | Plaintiffs | CART 0020; CART 0001-0003; CART 0001-0003 | 6/12/73 contract and legal department cover letter |
| P-35 | Cheri-3 | Plaintiffs | CART 0028 | 12/20/73 Purchase Order |
| P-36 | Cheri-8 | Plaintiffs | | "Waste Acid Removal Cost" Chart |
| P-37 | Cheri-7 | Plaintiffs | BSAI025204 | "DeRewal Chemical Co. Waste Acid Removal" Chart |
| P-38 | Cheri-6 | Plaintiffs | CART 0029 | "DeRewal Chemical Co. 80#228" Chart |
| P-39 | Mamm-4 | Plaintiffs | CART 0027-0027A | 10/8/74 Memo |
| P-40 | Mamm-15 | Plaintiffs | C301138 | 2/25/71 Letter |
| P-41 | Mamm-3 | Plaintiffs | C0018466-C0018469; C018471-018504 | Analysis Requests |

4

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-42 | Mann-12 | Plaintiffs | C303983-C303989 | Handwritten Notes |
| P-43 | Mann-8 | Plaintiffs | C48018-48019 | 7/17/69 Memo |
| P-44 | Adams-2 | Plaintiffs | C60433 | 7/8/69 Handwritten Telephone Note |
| P-45 | Mann-14 | Plaintiffs | CART 0023 | 2/25/70 Memo |
| P-46 | | Plaintiffs | | Polinko Affidavit (10/12/06) and attachments |
| P-47 | | Plaintiffs | 00485-00494 | Worthington 4/22/87 Business Confidential Response to EPA |
| P-48 | Jonas-14 | Plaintiffs | | February 18, 1975 Letter from Phylis Jonas to NJDEP |
| P-49 | | Plaintiffs | | February 14, 1991 Interview Notes re Richard Nicholas Minthom |
| P-50 | | Plaintiffs | | Freda May 2, 1986 Application for Industrial Waste |
| P-51 | | Plaintiffs | | Podolick September 27, 1984 Letter to Valley Forge Sewer Authority |
| P-52 | | Plaintiffs | | Cleveland November 15, 1989 Letter Enclosing Evaluation of Cyanide Treatment Alternative (with attachments) |
| P-53 | | Plaintiffs | | April 25, 1986 Letter from EPA to Peter Freda |
| P-54 | | Plaintiffs | | 1987 Engineering Records (including handwritten calculations and sample results) |
| P-55 | | Plaintiffs | | NRM 1988-89 Fact Sheet and Tables |
| P-56 | | Plaintiffs | | May 1989 NRM Proposed Wastewater Treatment Plan |
| P-57 | | Plaintiffs | | July 17, 1986 Handwritten Notes re CN |
| P-58 | | Plaintiffs | | June 29, 1988 Handwritten Notes |

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates/Ranges | Description of Document |
|---|---|---|---|---|
| P-59 | | Plaintiffs | | Schematic of NRM Facility |
| P-60 | | Plaintiffs | | Various invoices, pick up tickets, and summaries of the same and other correspondence related to hauling of NRM liquid waste |
| P-61 | P-46 | Plaintiffs | AETC51; BSAI022920 | Correspondence dated August 17, 1976 from ECC to AETC |
| P-62 | | Plaintiffs | AETC135 | Correspondence dated August 31, 1976 from AETC to DCC |
| P-63 | Leuzarder-3 | Plaintiffs | AETC13-15 | Correspondence from AETC to Ashland, dated September 28, 1976 |
| P-64 | Leuzarder-7 | Plaintiffs | AETC262 | Correspondence from John Leuzarder to Manfred DeRewal, dated August 31, 1976, confirming conversation regarding trucking and disposal services |
| P-65 | Leuzarder-9 | Plaintiffs | BSAI050935 | DCC Invoice, dated March 31, 1977 |
| P-66 | Leuzarder-11 | Plaintiffs | BSAI050965-BSAI050966 | Correspondence dated September 9, 1976 from Leuzarder to DeRewal re Roche |
| P-67 | Leuzarder-13 | Plaintiffs | BSAI051667 | Correspondence from Susan Lenmore to Manfred DeRewal, dated August 23, 1976, confirming conversation regarding required certificate of insurance to be issued to Advanced Environmental Technology Corp. for work to be performed at Ashland Chemical |
| P-68 | Landmesser-3 | Plaintiffs | AETC257-261 | Handwritten Notes (undated) referring to sulfuric acid leak at Boarhead Farms |

6

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Range | Description of Document |
|---|---|---|---|---|
| P-69 | | Plaintiffs | BSAI022885-BSAI022936 and BSAI022975-BSAI022997 | USEPA's Information Requests to Advanced Environmental Technology Corp. and Advanced Environmental Technology Corporation's Response to Information Requests of USEPA |
| P-70 | Landmesser-4 | Plaintiffs | BSAI029271 | Letter Agreement, dated January 7, 1977, between R.W. Landmesser of Advanced Environmental Technology Corp. and Don Hollwedel of Diaz Chemical Corporation extending services |
| P-71 | Landmesser-5 | Plaintiffs | BSAI029272 | Correspondence from H.D. Hollwedel of Diaz Chemical Corporation to Robert Landmesser of Advanced Environmental Technology Corp., dated April 14, 1977, confirming Diaz Chemical Corporation as primary source of disposal of its waste nitration acid |
| P-72 | Landmesser-6 | Plaintiffs | BSAI029211 | Invoice, dated March 7, 1977, from Advanced Environmental Technology Corp. to Diaz Chemical Corporation |
| P-73 | | Plaintiffs | BSAI029281-BSAI029290; BSAI029291-BSAI029293 | USEPA's Information Request to Diaz Chemical Corporation |
| P-74 | | Plaintiffs | BSAI029140-BSAI029277; BSAI029278-BSAI029280 | Diaz Chemical Corporation's Response to Information Request of USEPA |
| P-75 | | Plaintiffs | BSAI029294-BSAI029295 | Purchase Order, dated 5/16/77 |
| P-76 | Leuzarder-12 | Plaintiffs | | Acknowledgment of Bill of Lading, dated 5/28/77 |

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Range | Description of Document |
|---|---|---|---|---|
| P-77 | Leuzarder-5 | Plaintiffs | AETC197-199 | Portion of document indicating the amount of money and waste streams that were sent to DCC from Ashland Chemical and Diaz |
| P-78 | | Plaintiffs | ASHL00004 | Correspondence from R. T. Olsen of Ashland Chemical Company to Andrea Barnhouse of A.B.M. Disposal Company, dated August 4, 1976, regarding "best estimate" analysis of its A.C.C. Code 616-220 CDN Spent Acid |
| P-79 | | Plaintiffs | ASHL00005-00010; ASHL00037-00044; ASHL00048-00065; ASHL00070-00072; ASHL00075-00084; ASHL00087-00089; ASHL00091-00099; ASHL00105-00110; ASHL00113-00118; ASHL00120-00121; ASHL00124-00126; ASHL00128- | Bills of Lading, dated 8/8/76-4/12/77 |

8

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| | | | 00129;<br>ASHL00131;<br>ASHL00133-<br>00139;<br>ASHL00142-<br>00143;<br>ASHL00145-<br>00146;<br>ASHL00148;<br>ASHL00150;<br>ASHL00152;<br>ASHL00154;<br>ASHL00156;<br>ASHL00163-<br>00164;<br>ASHL00166;<br>ASHL00168;<br>ASHL00170;<br>ASHL00172;<br>ASHL00174;<br>ASHL00176;<br>ASHL00178-<br>00180;<br>ASHL00182;<br>ASHL00184;<br>ASHL00186-<br>00187;<br>ASHL00192-<br>00195;<br>ASHL00197-<br>00212;<br>ASHL00215; | |

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| | | | ASHL00217-00231; ASHL00233-00234; ASHL00239; ASHL00246-00249; ASHL00251-00252 | |
| P-80 | | Plaintiffs | ASHL00066-00069 | Memorandum from A.T. Curley to W.R. Starkey, dated September 16, 1976 |
| P-81 | | Plaintiffs | ASHL00313-ASHL00472; BSAI005140-BSAI005142 | USEPA's Information Requests to Ashland Chemical Company and Ashland Responses to USEPA Information Requests |
| P-82 | | Plaintiffs | ASHL00249 | Invoice from DeRewal Chemical Co., Inc. to Advanced Environmental Tech., dated 4/9/77 |
| P-83 | | Plaintiffs | BSAI024255-BSAI024256; BSAI024275-BSAI024276; BSAI033916; BSAI033932; BSAI033937-BSAI033938; BSAI034142-BSAI034143; BSAI034201 | Portions of Waste Ledger Sheets |
| P-84 | | Plaintiffs | BSAI024001 | Bill of Lading, dated 4/28/77 |

10

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-85 | Curley-1 | Plaintiffs | ASHL00002-ASHL00003 | Correspondence from John Leuzarder of Advanced Technology, Inc. to Art Curley of Ashland Chemical Co., dated August 3, 1976 regarding Pricing on Various Waste Streams |
| P-86 | Curley-2 | Plaintiffs | BSAI006479-BSAI006481 | Memorandum, dated August 23, 1976, from A.T. Curley to W.R. Starkey regarding Waste Chemical Disposal |
| P-87 | Curley-4 | Plaintiffs | AETC184-AETC190 | Agreement between Advanced Environmental Technology, Inc. and Ashland Chemical Company, undated and unsigned |
| P-88 | Curley-5 | Plaintiffs | BSAI006529-BSAI006530 | Memorandum to File, dated September 20, 1976, from A.T. Curley regarding Visit with Current Spent Acid Disposer |
| P-89 | Curley-6 | Plaintiffs | BSAI006573-BSAI006574 | Memorandum, dated October 19, 1976, from A.T. Curley to J. Minott/W.R. Starkey regarding Visit to Disposal Site for its CDN Spent Acid |
| P-90 | Curley-8 | Plaintiffs | BSAI033357-BSAI033358 | Memorandum, dated April 14, 1977, from A.T. Curley to W.R. Starkey regarding CDN Spent Acid Disposal |
| P-91 | Curley-9 | Plaintiffs | BSAI033355-BSAI033356 | Memorandum, dated May 18, 1977, from A.T. Curley to T. Bailey regarding Waste Disposal |
| P-92 | Curley-11 | Plaintiffs | BSAI001067 | Portion of Waste Ledger Sheet for April 1977 |
| P-93 | Curley-16 | Plaintiffs | AETC178 | Correspondence from John Leuzarder of Advanced Environmental Technology Corp., Inc. to Art Curley of Ashland Chemical Corporation, dated August 16, 1976 Offering Reduced Pricing on Two Items Covered in its Quote of August 3, 1976 |

11

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-94 | Curley-17 | Plaintiffs | AETC183 | Correspondence from Arthur Curley of Ashland Chemical Company to John Leuzarder of Advanced Environmental Technology Corp., Inc., dated October 26, 1976, regarding Freeze Point of its Spent Acid |
| P-95 | Curley-18 | Plaintiffs | AETC180-AETC182 | Correspondence from John Leuzarder of Advanced Environmental Technology Corp., Inc. to Art Curley of Ashland Chemical Company, dated September 28, 1976, Providing Quote on Extension of Services |
| P-96 | C. Hendershot-5 | Plaintiffs | ASHL00056 | Bill of Lading, dated 9/8/76 |
| P-97 | C. Hendershot-8 | Plaintiffs | ASHL00124 | Bill of Lading, dated 11/4/76 |
| P-98 | Leuzarder-5 | Plaintiffs | AETC197-199 | "Totals Paid DeRewal" |
| P-99 | | Plaintiffs | BSAI102994-BSAI102999 | Photographs regarding Ashland Chemical Drums and Labels found at Site |
| P-100 | | Plaintiffs | BSAI103000-BSAI103034 | Sample results regarding Contents of Drums with Ashland Chemical Labels |
| P-101 | P-9 | Plaintiffs | BSAI029500-BSAI029501 | 1/10/72 Letter from DeRewal |
| P-102 | | Plaintiffs | | 10/72 Agreement |
| P-103 | | Plaintiffs | BSAI082653 | 10/19/72s Flexible Inspection Report |
| P-104 | | Plaintiffs | BSAI082660 | 10/25/72 Inspection Report |
| P-105 | | Plaintiffs | BSAI082663 | 1/12/73 Inspection Report |
| P-106 | | Plaintiffs | BSAI082664 | 3/15/73 Inspection Report |
| P-107 | | Plaintiffs | FLEX00057-FLEX00095 | Multiple DeRewal invoices and pick-up tickets - 1973-75 |

12

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-108 | P-10 | Plaintiffs | BSAI051931<br>BSAI051959<br>BSAI051955<br>BSAI051952<br>BSAI051947<br>BSAI051949<br>BSAI051945<br>BSAI051941<br>BSAI051937<br>BSAI051934<br>BSAI051957<br>BSAI051923 | Various DeRewal Shipping Order Tickets |
| P-109 | P-38 | Plaintiffs | BSAI020495 | Letter from DeRewal to Parker, dated 3/2/73 |
| P-110 | P-39 | Plaintiffs | | DeRewal Invoice, dated 7/17/74 to Etched Circuits, Inc. |
| P-111 | P-42 | Plaintiffs | BSAI030932 | February 1973 DCC Invoice |
| P-112 | | Plaintiffs | | Interview Notes of Jay Crawford, Mary Kollmar, and Thomas Curran |
| P-113 | P-18 | Plaintiffs | BSAI035534 | 4/30/72 Invoice to Univac |
| P-114 | P-32 | Plaintiffs | BSAI025184 | November 27, 1972 DCC Letter to Carpenter Technology |
| P-115 | | Plaintiffs | BSAI032693 | January 10, 1973 Letter from Hugh Hawk to EPA |
| P-116 | P-15 | Plaintiffs | BSAI052293<br>BSAI052297<br>BSAI052299<br>BSAI052302 | DCC Invoices dated 1976 |
| P-117 | | Plaintiffs | BSAI052290 | May 24, 1977 Letter from Hugh Hawk to PADER |

13

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-118 | P-41 | Plaintiffs | BSAI052229 | March 1973 DCC Invoice |
| P-119 | P-40 | Plaintiffs | BSAI052230 | March 2, 1973 Letter from DeRewal to Marchewka |
| P-120 | | Plaintiffs | | Quikline Industrial Waste Survey Report, dated 10/24/78 |
| P-121 | | Plaintiffs | NAVY0001 | 5/17/76 Fumara letter |
| P-122 | | Plaintiffs | NAVY0002 | 9/7/76 Lynn letter |
| P-123 | P-43 | Plaintiffs | BSAI024480 | 12/1/76 DCC Letter to Bostik South |
| P-124 | P-56 | Plaintiffs | BSAI051679 | 2/25/77 Bostik South Letter to DCC |
| P-125 | D-25 | Plaintiffs | | Ciba-Geigy Shipping Documents |
| P-126 | D-26 | Plaintiffs | | Ciba-Geigy 6/6/76 Purchase Order |
| P-127 | P-37 | Plaintiffs | BSAI032975 | August 1972 Invoice to Techalloy |
| P-128 | | Plaintiffs | BSAI020443 | July 14, 1972 DCC Quotation Letter to Techalloy |
| P-129 | | Plaintiffs | RAHN-0288 | October 12, 1972 Techalloy Letter to PADER |
| P-130 | | Plaintiffs | RAHN-0014 | 11/28/73 Techalloy Purchase Order to Liquid Removal Service |
| P-131 | P-34 | Plaintiffs | BSAI021696; BSAI021657; BSAI021661; BSAI021698 | DCC Time Cards |
| P-132 | | Plaintiffs | RAHN-0521 | 5/16/73 PADER Waste Discharge Inspection Report of Techalloy |
| P-133 | | Plaintiffs | RAHN-0592-RAHN-0593 | 10/17/73 PADER Regional Engineer's Review of Techalloy |

14

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-134 | | Plaintiffs | RAHN-0622 | 8/20/71 PADER Waste Discharge Inspection Report of Techalloy |
| P-135 | | Plaintiffs | RAHN-0610 | 6/5/72 Waste Inspection Report of Techalloy |
| P-136 | Senin-2 | Plaintiffs | RAHN-1222-RAHN-1249 | February 1973 Portions of Techalloy Accounts Payable Register |
| P-137 | Moran-1 | Plaintiffs | | Sanitary Sewerage System, Drawing No. S-10 |
| P-138 | Moran-2 | Plaintiffs | RAHN-1251-RAHN-1259 | Application for Plumbing Permit to Connect Building to Public Sewer |
| P-139 | Jonas-14 | Plaintiffs | | February 18, 1975 Jonas, Incorporated Report (identified during the 6/21/95 deposition of Marvin Jonas in the Buzby landfill litigation) |
| P-140 | Jonas-15 | Plaintiffs | | Marvin Jonas, Inc. Registration Statement for solid/liquid waste collector-hauler dated March 31, 1975 (identified during the 6/21/95 deposition of Marvin Jonas in the Buzby landfill litigation) |
| P-141 | Jonas-11 | Plaintiffs | | Marvin Jonas, Inc. Registration Statement for a solid/liquid waste collector-hauler dated May 26, 1977 (identified during the June 21, 1995 deposition of Marvin Jonas in the Buzby landfill litigation) |
| P-142 | | Plaintiffs | BSAI103165-BSAI103190 | April 14, 1992 Correspondence from Margaret Tribble at American Cyanamid Company to Martha Wilkie Murray at Peterson Consulting Company and attached affidavits from Jonas employees |

15

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-143 | | Plaintiffs | SPST00137-SPST00155; SPST00165-SPST00176; SPST00234 | SPS Purchase Orders, DCC Shipping Orders and DCC Invoices |
| P-144 | | Plaintiffs | FORD000009; FORD000010-FORD000012; FORD000016; FORD000032-FORD000121; FORD000128; FORD000130-FORD000132 FORD000134 | DCC Invoices and Ford Purchase Orders |
| P-145 | | Plaintiffs | BSAI083709-BSAI083715 | Waste Characterization Report, dated September 26, 2003 |
| P-146 | | Plaintiffs | BSAI103743-BSAI103955 | Consent Decree, filed September 28, 2000 |
| P-147 | | Plaintiffs | BSAI052839-BSAI052939 | Consent Decree, filed March 14, 2002 |
| P-148 | | Plaintiffs | BSAI052730-BSAI052825 | Administrative Order on Consent for Remedial Design, EPA Docket No. III-2000-002-DC |
| P-149 | | Plaintiffs | BSAI052826-BSAI052939 | Administrative Order on Consent for Remedial Design, EPA Docket No. III-2001-001DC |
| P-150 | | Plaintiffs | BSAI005128-BSAI005131 | General Notice Letter from EPA to Advanced Environmental Technology Corporation, dated May 18, 1989 |

16

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-151 | | Plaintiffs | BSAI005136-BSAI005139 | General Notice Letter from EPA to Ashland Chemical Company, dated May 18, 1989 |
| P-152 | | Plaintiffs | BSAI032536-BSAI032540 | General Notice Letter from EPA to NRM Investment Company, dated 7/28/89 |
| P-153 | | Plaintiffs | | General Notice/Special Notice Letter to American Cyanamid Company, dated 9/28/00 with attachments (including mailing list) |
| P-154 | | Plaintiffs | BSAI103048-BSAI103049 | Certificate of Amendment to Articles of Incorporation (amending corporation name from Bundy Corporation to TI Group Automotive Systems Corporation), filed 10/19/99 |
| P-155 | | Plaintiffs | BSAI103050 | Certificate of Formation of TI Group Automotive Systems, L.L.C., dated 6/8/01 |
| P-156 | | Plaintiffs | BSAI103051-BSAI103052 | Certificate of merger of TI Group Automotive Systems Corporation with and into TI Group Automotive Systems, L.L.C., dated 6/25/01 |
| P-157 | | Plaintiffs | BSAI103074-BSAI103164 | Transfer Agreement Between Smiths Group and 329th Shelf Investment, dated 4/25/01 |
| P-158 | | Plaintiffs | BSAI103331-BSAI103334 | Copy of settlement check payable to TI Group Automotive Systems LLC, dated 5/8/07 re disbursement of Agere settlement monies; Email correspondence from Lynne Pawlak of TI Automotive to Ralph Kessler, Esq., dated 5/11/07 and Ralph Kessler's reply thereto on same date re proper payee designee of settlement monies; Letter from Ralph Kessler, Esq. to Walter Orme of Smith Group North America, Inc., dated 5/23/07, enclosing TI's settlement proceeds to Smiths Group plc's designee |

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-159 | | Plaintiffs | BSAI103335-BSAI103341 | Unanimous Written Consent of the Board of Directors of Smith Group Service Corp. and Contribution, Assignment and Assumption Agreement between Smiths Group and Smiths Group Services Corp. |
| P-160 | | Plaintiffs | BSAI103342 | Stock Transfer Agreement between Graseby Andersen Inc. and Smiths Industries, Inc. |
| P-161 | | Plaintiffs | BSAI103343-BSAI103344 | Certificate of Amendment of Certificate of Incorporation of Graseby Electro-Optics Inc. (changing its name from Gaseby Electro-Optics Inc. to Smiths Group Services Corp., dated 5/22/01 |
| P-162 | | Plaintiffs | BSAI103345 | Graseby Electro-Optics Inc. Consent of Sole Stockholder, dated May, 2001 |
| P-163 | | Plaintiffs | BSAI103346-BSAI103347 | Smiths Group Services Corp., Integrated Air Systems, Inc. and Vent-Axia, Inc. Consent of Sole Stockholder in Lieu of Meeting, dated July 2001 |
| P-164 | | Plaintiffs | BSAI103348-BSAI103349 | Certificate of Merger of Integrated Air Systems, Inc. and Vent-Axia, Inc. into Smiths Group Services Corp., dated July 2001 |
| P-165 | | Plaintiffs | BSAI104057-BSAI104069 | de maximis, inc. Cost Tracking Chart for Operable Unit One RD/RA/O&M Activities (1999-2004) |
| P-166 | | Plaintiffs | BSAI104070-BSAI104073 | de maximis, inc. Cost Tracking Chart for Operable Unit One RD/RA/O&M Activities (2005) |
| P-167 | | Plaintiffs | BSAI103956-BSAI103957 | de maximis, inc. Cost Tracking Chart for Operable Unit 1 RD/RA/O&M Activities (2006) |
| P-168 | | Plaintiffs | BSAI103958-BSAI103959 | de maximis, inc. Cost Tracking Chart for Operable Unit 1 RD/RA/O&M Activities (2007) |

18

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-169 | | Plaintiffs | BSAI104074-BSAI104078 | de maximis, inc. Cost Tracking Chart for Operable Unit Two RD/RA/O&M Activities (2001-2004) |
| P-170 | | Plaintiffs | BSAI104079-BSAI104080 | de maximis, inc. Cost Tracking Chart for Operable Unit Two RD/RA/O&M Activities (2005-2006) |
| P-171 | | Plaintiffs | | Chart Reflecting Payments Into OU-1 and OU-2 Group Accounts by Plaintiffs, NRM and Worthington |
| P-172 | | Plaintiffs | | Charts Reflecting Payments Out of OU-1 and OU-2 Group Accounts to Vendors |
| P-173 | Jonas-10 Jonas-11 Jonas-12 Jonas-15 Jonas-20 | Plaintiffs | | Jonas Registration Statements (1972-1978) |
| P-174 | | Plaintiffs | Elbert-1 | The Carpenter Reporter, October, 1965 |
| P-175 | | Plaintiffs | | Expert Report of Jay Vandeven, dated June 30, 2006 |
| P-176 | | Plaintiffs | | Rebuttal Expert Report of Jay Vandeven, dated November 15, 2006 |
| P-177 | | Plaintiffs | BSAI104043-BSAI104047 | Supplemental Expert Report of Jay Vandeven, dated May 7, 2008 |
| P-178 | | Plaintiffs | | Expert Report of Jurgen H. Exner, Ph.D., dated June 29, 2006 |
| P-179 | | Plaintiffs | | Expert Report of Raymond F. Dovell, CPA, dated June 29, 2006 |
| P-180 | | Plaintiffs | | Expert Report of Kenneth Goldstein, P.E., dated September 27, 2006 |

19

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-181 | | Plaintiffs | | Expert Report of Joseph J. Hochreiter, Jr., CGWP, dated September 29, 2006 |
| P-182 | | Plaintiffs | | Expert Report Prepared by W. Leigh Short, Ph.D., PE, James F. Roetzer, Ph.D. and Gordon R. Jamieson, PG, dated September 28, 2006 |
| P-183 | | Plaintiffs | | Expert Report of Franklin L. Mink, Ph.D., dated September 29, 2006 |
| P-184 | | Plaintiffs | | Expert Report of Kirk W. Brown, Ph.D., dated September 29, 2006 |
| P-185 | | Plaintiffs | BSAI082008-BSAI082318 | USEPA 2000 Past Cost Report |
| P-186 | | Plaintiffs | BSAI037403 | 6/29/00 Letter from James Harper of USEPA to Geoffrey Seibel of de maximis re Remedial Progress |
| P-187 | | Plaintiffs | BSAI037393 | 8/21/00 Letter from James Harper of USEPA to Geoffrey Seibel of de maximis re July 2000 Report Submittals |
| P-188 | | Plaintiffs | BSAI037216-BSAI037219 (Note: This version is incomplete - a complete non-Bates labeled version is also attached) | 6/6/01 Letter from Geoffrey Seibel of de maximis to James Harper of USEPA re Proposal to Modify Groundwater Extraction System and Request to Extend RD/RA Schedule |
| P-189 | | Plaintiffs | BSAI037208 | Email from Geoffrey Seibel to James Harper, dated 6/13/01 re Groundwater Extraction System Modification and RD/RA Extension Proposals |

20

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-190 | | Plaintiffs | BSAI037211-BSAI037212 | 6/13/01 Letter from James Harper of USEPA to Geoffrey Seibel of de maximis re Groundwater Extraction System Modification and RD/RA Extension Proposals |
| P-191 | | Plaintiffs | BSAI037161-BSAI037164 | 11/6/01 Letter from James Harper of USEPA to Geoffrey Seibel of de maximis re 90% Design Report, Project Drawings, Construction Specifications, Construction Quality Assurance Plan, and Preliminary Operations and Maintenance Plan |
| P-192 | | Plaintiffs | BSAI037157 | 1/15/02 Letter from James Harper of USEPA to Geoffrey Seibel of de maximis re Resubmitted 90% Design Report, Project Drawings, Construction Specifications, Construction Quality Assurance Plan, and Preliminary Operations and Maintenance Plan |
| P-193 | | Plaintiffs | BSAI037145 | 4/9/02 Letter from James Harper of USEPA to Geoffrey Seibel of de maximis re OU-1 Draft Final Long Term Monitoring and Quality Assurance Plan |
| P-194 | | Plaintiffs | BSAI037598-BSAI037599 | 4/9/02 Letter from James Harper of USEPA to Geoffrey Seibel of de maximis re OU-2 Remedial Design Work Plan - Comments on Revision dated March 2002 |
| P-195 | | Plaintiffs | BSAI037144 | 4/23/02 Letter from James Harper of USEPA to Geoffrey Seibel of de maximis re Operable Unit 1 Residential Wells - Operation and Maintenance Plan (ReSubmittal dated March 25, 2002) |
| P-196 | | Plaintiffs | BSAI068520 | Email from James Harper to Craig Coslett, dated 3/13/03 re OU-2 Design Approval |

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-197 | | Plaintiffs | BSAI074760 | Email from James Harper to Craig Coslett dated 8/26/04 re OU-2 Site Work |
| P-198 | | Plaintiffs | AGER000026-AGER000027 | 2/8/72 Western Electric "Journal Shipping Ticket - Reclaimed Material" re Sale of Copper Salts to Sylvan Chemical Corporation and 3/14/72 Corresponding Invoice #384 re Sale of Copper Salts by DeRewal Chemical Company to Sylvan Chemical Corporation |
| P-199 | | Plaintiffs | AGER000028-AGER000029 | 2/9/72 Western Electric "Journal Shipping Ticket - Reclaimed Material" re Sale of Copper Salts to Sylvan Chemical Corporation and 3/14/72 Corresponding Invoice #385 re Sale of Copper Salts by DeRewal Chemical Company to Sylvan Chemical Corporation |
| P-200 | | Plaintiff | AGER000030-AGER000031 | 3/3/72 Western Electric "Journal Shipping Ticket - Reclaimed Material" re Sale of Copper Salts to Sylvan Chemical Corporation and 3/14/72 Corresponding Invoice #386 re Sale of Copper Salts by DeRewal Chemical Company to Sylvan Chemical Corporation |
| P-201 | | Plaintiffs | AGER000032-AGER000033 | 3/3/72 Western Electric "Journal Shipping Ticket - Reclaimed Material" re Sale of Copper Salts to Sylvan Chemical Corporation and 3/14/72 Corresponding Invoice #387 re Sale of Copper Salts by DeRewal Chemical Company to Sylvan Chemical Corporation |
| P-202 | | Plaintiffs | BSAI022273-BSAI022275 | 2/6/69 Letter from Fred DeRewal to Western Electric advising that Echo, Inc. had changed its name to Revere chemical Transport, Inc. and enclosing Agreement for covering removal of ammonium persulfate waste from Greensboro plant facilities to Reidsville |

22

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Range | Description of Document |
|---|---|---|---|---|
| P-203 | | Plaintiffs | BSAI022267-BSAI022268 | 11/25/70 Letter from Western Electric to Revere Chemical Transport, Inc. requesting bid for copper ammonium sulfate crystals generated in CAPER recovery process and 12/16/70 Letter from DeRewal chemical Company to Western Electric containing bid on copper ammonium sulfate crystals generated at Western Electric's Greensboro plant |
| P-204 | | Plaintiffs | BSAI022269 | Western Electric telegram seeking quote for renewing BU-443-E for the period of 1/1/70 - 12/31/70 |
| P-205 | | Plaintiffs | | Site Map (Unmarked) |
| P-206 | P-8 | Plaintiffs | | Site Map (marked for identification by witnesses Manfred DeRewal, Sr. during deposition on 5/7/03 and also by Manfred DeRewal, Jr. during deposition on 5/12/03) |
| P-207 | P-54 | Plaintiffs | | Site Map (marked for identification by witness Linda Cochran during deposition on 5/15/03) |
| P-208 | P-62 | Plaintiffs | | Site Map (marked for identification by witness Jeffrey Shaak during deposition on 6/4/03) |
| P-209 | P-65 | Plaintiffs | | Site Map (marked for identification by witness Bruce DeRewal during deposition on 6/16/03) |
| P-210 | P-68 | Plaintiffs | | Site Map (marked for identification by witness June Stephens during deposition on 7/28/03) |
| P-211 | P-69 | Plaintiffs | | Site Map (marked for identification by witness John Bean during deposition on 7/30/03) |
| P-212 | P-71 | Plaintiffs | | Site Map (marked for identification by witness John Barsum during deposition on 9/8/03) |

23

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-213 | | Plaintiffs | BSAI104039-BSAI104042 | USEPA Preliminary Close Out Report, dated 11/10/03 |
| P-214 | | Plaintiffs | | Federal Register 23978, Vol. 53, No. 122, June 24, 1988 |
| P-215 | | Plaintiffs | | Federal Register 13296, Vol. 54, No. 61, March 31, 1989 |
| P-216 | | Plaintiffs | AR314510-AR314532 | USEPA Superfund Program Proposed Plan - Boarhead Farms Site, dated January 1998 |
| P-217 | | Plaintiffs | AR100036-AR100172 | NUS Corporation, 8/22/85, Preliminary Assessment of Boarhead Farms |
| P-218 | | Plaintiffs | AR100173-AR100256 | NUS Corporation, 1/20/86 Site Inspection of Boarhead Farms |
| P-219 | | Plaintiffs | | USEPA Superfund Program Record of Decision, dated November 1998 |
| P-220 | | Plaintiffs | PHKS000019-PHKS000245 (also AR00013-AR400239) | USEPA Federal On-Scene Coordinator's Report for Boarhead Farms NPL Site |
| P-221 | | Plaintiffs | BSAI060948-BSAI060962 | Remedial Action Construction Completion Report, dated 8/20/04 |
| P-222 | | Plaintiffs | BSAI064972-BSAI065047 | Final Submittal Residential Wells Operation and Maintenance Plan, dated 3/25/02 |
| P-223 | | Plaintiffs | BSAI045195-BSAI045404 | Final Long-Term Monitoring and Quality Assurance Plan, dated March 2002 |
| P-224 | | Plaintiffs | BSAI039711-BSAI039753 | Phytoremediation Study, dated July 2000 |

24

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered by | Bates Range | Description of Document |
|---|---|---|---|---|
| P-225 | | Plaintiffs | BSAI061009-BSAI061046 | Remedial Construction Report, dated 5/28/04 |
| P-226 | | Plaintiffs | BSAI103191-BSAI103264 | USEPA Five-Year Review Report, dated 8/22/07 |
| P-227 | | Plaintiffs | | January 1997 Final Remedial Investigation Report (including Appendices A-I) |
| P-228 | | Plaintiffs | | July 1997 Feasibility Study Report |
| P-229 | | Plaintiffs | BSAI065341-BSAI065383 | Supplemental Design Investigation Report for the Groundwater Treatment System, dated May 2001 |
| P-230 | | Plaintiffs | BSAI065048-BSAI065340 | Design Basis Report Groundwater Treatment System 90% Submittal, dated December 2001 |
| P-231 | | Plaintiffs | BSAI065638-BSAI065726 | Operable Unit #1 Remedial Design Work Plan, dated May 2000 |
| P-232 | | Plaintiffs | BSAI049075-BSAI049351 | Operable Unit No. 2 Remedial Design Work Plan, dated March 2002 |
| P-233 | | Plaintiffs | BSAI049378-BSAI049708 | Operable Unit No. 2 Investigation Report, dated October 2002 |
| P-234 | | Plaintiffs | BSAI064753-BSAI064970 | Operation and Maintenance Manual - Wastewater Treatment System |
| P-235 | | Plaintiffs | BSAI102980-BSAI102993 | Settlement Agreement by and between Certain Plaintiff Settling Parties and Agere Systems, Inc., dated 3/30/07 |
| P-236 | P-11 | Plaintiffs | Various | Various Invoices to Flexible Circuits from DeRewal Chemical Co., Inc. |
| P-237 | P-47 | Plaintiffs | BSAI022929-BSAI022931 | Invoices to Advanced Environmental Technology from DeRewal |

25

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered by | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-238 | P-50 | Plaintiffs | | Various Shipping Orders from National Rolling Mills Co. to Jonas Trucking |
| P-239 | P-51 | Plaintiffs | BSAI022973 | Bill of Lading from Ashland Chemical Company to Advanced Environmental Technology |
| P-240 | P-52 | Plaintiffs | Various | Various Environmental Chemical Control Bills of Lading |
| P-241 | P-63 | Plaintiffs | Various | Various Ashland Chemical Bills of Lading |
| P-242 | P-64 | Plaintiffs | Various | Various Ciba-Geigy Bills of Lading |
| P-243 | D-17 | Plaintiffs | Various | Various Ashland Chemical Company Bills of Lading |
| P-244 | Mink-3A | Plaintiffs | | CV of Franklin L. Mink, Ph.D. |
| P-245 | Mink-3B | Plaintiffs | | Draft Expert Opinion of Franklin L. Mink, dated 9/22/06 |
| P-246 | Mink-3C | Plaintiffs | | Draft Expert Opinion of Franklin L. Mink, Ph.D. Regarding Spent Pickle Liquors in Connection with Response Actions and Associated Costs at the Boarhead Farms Site, dated 9/29/06 |
| P-247 | Mink-3D | Plaintiffs | | Draft Expert Opinion of Franklin L. Mink, Ph.D. Regarding the Matter of Boarhead Frams NPL Site's Response Actions and Associated Cost, dated September 29, 2006 |
| P-248 | Mink-4 | Plaintiffs | | Figures 4-33, 4-34 and 4-35 |
| P-249 | | Plaintiffs | | Correspondence and reports from Keystone Intelligence |
| P-250 | | Plaintiffs | | Comprehensive Report - Manfred T. DeRewal dated 12/10/04 |

26

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-251 | | Plaintiffs | | Comprehensive Report - Steven F. Baum dated 12/20/04 |
| P-252 | | Plaintiffs | | Comprehensive Report - Diane J. Baum dated 12/20/04 |
| P-253 | | Plaintiffs | | Comprehensive Business Report - Baum Cove Marina, Inc. dated 12/20/04 |
| P-254 | | Plaintiffs | | Comprehensive Business Report - Environmental Chemical Control dated 1/5/05 |
| P-255 | | Plaintiffs | | Comprehensive Report - Jacquelyn A. Gantor dated 1/10/05 |
| P-256 | | Plaintiffs | | Comprehensive Business Report - Crown Network Systems dated 1/5/05 |
| P-257 | | Plaintiffs | | Comprehensive Business Report - International Technology dated 1/5/05 |
| P-258 | | Plaintiffs | | Criminal Docket - Manfred DeRewal, Jr. |
| P-259 | | Plaintiffs | | Selected Documents from Boarhead Farms Superfund Site Administrative Records including deeds, correspondence with DeRewal's counsel and Notice of Liens |
| P-260 | | Plaintiffs | | Department of State and Dun & Bradstreet Report - Boarhead Corporation |
| P-261 | | Plaintiffs | | Department of State and Dun & Bradstreet Report - DeRewal Chemical |
| P-262 | | Plaintiffs | | Department of State and Dun & Bradstreet Report - Environmental Chemical Control |
| P-263 | | Plaintiffs | | Documents from manual search at the Bucks County Courthouse |

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-264 | | Plaintiffs | | Newspaper articles by the Intelligencer, Doylestown, PA on 11/27/05 and 11/28/05 |
| P-265 | | Plaintiffs | | Record of Decision and related documents for Revere Chemical Site, DeRewal Chemical Site and Boarhead Farms |
| P-266 | | Plaintiffs | | Internet Search Results for Crown Castle International |
| P-267 | | Plaintiffs | | Selected documents from EPA's Website |
| P-268 | | Plaintiffs | | Selected documents from the Diaz Chemical Bankruptcy in the United States Bankruptcy Court for the Western District of New York |
| P-269 | | Plaintiffs | | Comprehensive Business Report - Diaz Intermediates, dated 12/20/04 |
| P-270 | | Plaintiffs | | Dun & Bradstreet Reports, Diaz Intermediates dated 12/20/04 and 5/23/06 |
| P-271 | | Plaintiffs | | Comprehensive Business Report - Diaz Chemical, dated 12/20/04 |
| P-272 | | Plaintiffs | | Dun & Bradstreet Reports, Comprehensive Business Reports, and Documents Regarding Corporate Filings for the Following:<br><br>Enviratec an Allied Conditioning<br>Drake Chemicals<br>Haven Chemical and Haven Industries<br>GDI Liquidating and Globe Disposal Co.<br>Lucon Enterprises and Globe Industrial Services<br>Leonards II and Merit Metal Products<br>Sitkin Smelting & Refining<br>Trace International |

28

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-273 | | Plaintiffs | | Selected documents from EPA's Website and DEP's Website Regarding the Drake Chemical Site |
| P-274 | | Plaintiffs | | Agreement, Assignment and Bill of Sale between Globe Disposal and Browning Ferris |
| P-275 | | Plaintiffs | | Selected Documents Relating to the Jack Creek/Sitkin Smelting & Refining Superfund Site |
| P-276 | | Plaintiffs | | Newspaper Articles Related to Art Metal-Knoll Corporation |
| P-277 | | Plaintiffs | | Knoll Inc. Form 10-K for 12/31/96 (Excerpts) |
| P-278 | | Plaintiffs | | Selected Documents Relating to Trace International Holdings' Bankruptcy Case |
| P-279 | | Plaintiffs | | Affidavit of George Smajda (including attachments) |
| P-280 | | Plaintiffs | BSAI103226 | Figure-2 (Site Map) from Five-Year Review Report, dated 8/22/07 |
| P-281 | | Plaintiffs | BSAI029291-BSAI029293 and BSAI029140-BSAI029153 | EPA 104(e) Request to Diaz Chemical, dated 6/10/88 and Diaz Chemical Corporation's Response Thereto, dated 6/24/88 |
| P-282 | | Plaintiffs | BSAI029281-BSAI029290 and BSAI029278-BSAI029280 | EPA 104(e) Request to Diaz Chemical, dated 11/8/95 and Diaz Chemical Corporation's Response Thereto, dated 12/8/95 |

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-283 | | Plaintiffs | BSAI022907-BSAI022950 and BSAI022885-BSAI022906 | EPA 104(e) Request to Advanced Environmental Technology Corp., Inc., dated 11/8/95 and Advanced Environmental Technology Corporation's Response Thereto, dated 1/17/96 |
| P-284 | | Plaintiffs | BSAI030923-BSAI030930; BSAI030921-BSAI030922; BSAI030918-BSAI030920; BSAI030914-BSAI030917 | EPA 104(e) Requests to Handy & Harman Tube Co., Inc., dated 9/30/92 and 12/21/92 and Handy & Harman Tube Co., Inc.'s Responses Thereto, dated 10/29/92 and 1/7/93 |
| P-285 | | Plaintiffs | BSAI024154-BSAI024190 and BSAI023910-BSAI023916 | EPA 104(e) Request to Ashland Chemical Company, dated 11/8/95 and Ashland Chemical Company's Response Thereto, dated 1/11/96 |
| P-286 | | Plaintiffs | BSAI025223-BSAI025238 and BSAI025169-BSAI025217 | EPA 104(e) Request to Carpenter Technology Corporation, dated 11/8/95 and Carpenter Technology Corporation's Responses Thereto, dated 1/12/88 and 2/14/96 |
| P-287 | | Plaintiffs | BSAI032541-BSAI032544 and BSAI032534-BSAI032535 | Letter from EPA to NRM Investment Company, dated 7/28/89 and NRM Investment Company's Response Thereto, dated 8/15/89 |

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Range | Description of Document |
|---|---|---|---|---|
| P-288 | | Plaintiffs | BSAI032493-BSAI032503; BSAI032492; BSAI032487-BSAI032488 | EPA 104(e) Request to National Rolling Mills, Inc., dated 11/28/95 and Worthington Steel-Malvern's Responses Thereto, dated 1/2/96 and 1/22/96 |
| P-289 | | Plaintiffs | FORD000002-FORD000012; FORD000014-FORD000021 | EPA 104(e) Request to Ford Motor Company, dated 9/30/92 and Ford Motor Company's Response Thereto, dated 11/24/93 |
| P-290 | | Plaintiffs | FORD000023-FORD000135; FORD000137-FORD000493 | EPA 104(e) Request to Ford Motor Company, dated 4/12/94 and Ford Motor Company's Response Thereto, dated 6/14/94 |
| P-291 | | Plaintiffs | FORD000495-FORD000516 | EPA 104(e) Request to Ford Motor Company, dated 11/28/95 and Ford Motor Company's Response Thereto, dated 1/31/96 |
| P-292 | | Plaintiffs | SPST00001-SPST00088 | SPS Technologies' Response to EPA's 6/10/88 104(e) Request, dated 6/23/88 |
| P-293 | | Plaintiffs | BSAI035100-BSAI035108; SPTS0089-SPTS0164 | EPA 104(e) Request to SPS Technologies, dated 9/30/92 and SPS Technologies' Response Thereto, dated 11/3/92 |
| P-294 | | Plaintiffs | BSAI035083-BSAI035094; SPTST00177-SPST00397 | EPA 104(e) Request to SPS Technologies, dated 11/8/95 and SPS Technologies' Response Thereto, dated 2/5/96 |
| P-295 | | Plaintiffs | BSAI0236961-BSAI023694; BSAI023695; BSAI023666-BSAI023690 | EPA 104(e) Request to American Cyanamid Company, dated 6/10/88 and American Cyanamid Company's Responses Thereto, dated 6/21/88 and 7/13/88 |

DMEAST #10030848 v5

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-296 | | Plaintiffs | BSAI001625-BSAI001739 | American Cyanamid Company's Response to EPA's 5/26/93 104(e) Request, dated 7/2/93 |
| P-297 | | Plaintiffs | BSAI007751-BSAI007985; BSAI023696-BSAI023871 | EPA 104(e) Request to American Cyanamid Company, dated 3/11/94 and American Cyanamid Company's Response Thereto, dated 4/28/94 |
| P-298 | | Plaintiffs | | USEPA, Profile on the Iron and Steel Industry, EPA/310-R-95-005, September 1995 |
| P-299 | | Plaintiffs | | 7/14/93 Letter from Wilmer to USEPA |
| P-300 | Mann-10 | Plaintiffs | | 7/23/69 Draft Letter to East Falls Corporation from David E. Mann of Carpenter Steel Company |
| P-301 | Adams-3 | Plaintiffs | | 4/8/80 Memo from J. I. Adams of Carpenter Technology Corporation to Management |
| P-302 | | Plaintiffs | | Handy & Harman Site Investigation, dated September 1992, Prepared by RMC Environmental Services, Inc. |
| P-303 | | Plaintiffs | | Schneider, L., Graham, D.E., US Patent 4,096,195, June 20, 1978 |
| P-304 | Curley-4 | Plaintiffs | AETC184-AETC190 | 1976 Agreement between Advanced Environmental Technology, Inc. and Ashland Chemical Company |
| P-305 | | Plaintiffs | | Ames, B.N., Kammen, H.O., Yamasaki, E., 1975, "Hair Dyes are Mutagenic: Identification of a Variety of Mutagenic Ingredients," Proc. Nat. Acad. Sci. USA, 72, 2423-2427 |
| P-306 | | Plaintiffs | | Corbett, J., "An Historical Review of the Use of Dye Precursors in the Formulation of Commercial Oxidation Hair Dyes," Dyes and Pigments, Vol. 41, 1999, pp. 127-136 |

32

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-307 | | Plaintiffs | | National Institute of Health, http://householdproducts.nlm.nih.gov/cgi-bin/household, 6/2/06 |
| P-308 | | Plaintiffs | | Other Clairol Documents (Various Patents) |
| P-309 | | Plaintiffs | | Organic Syntheses Coll. Vol. II, p. 526, 1943 |
| P-310 | Curley-1 | Plaintiffs | ASHL00002-ASHL00003 | Letter from Leuzarder to Curley, dated 8/3/76 |
| P-311 | Curley-9 | Plaintiffs | BSAI033355-BSAI033356 | 5/18/77 Memo from A.T. Curley to T. Bailey re Waste Disposal |
| P-312 | | Plaintiffs | BSAI074119-BSAI074656 | 8/8/88 Letter (including attachments) from Dale Brinkman of NRM to Suzanne Pillings of USEPA Responding to Request for Information |
| P-313 | | Plaintiffs | RAHN-0001-RAHN-0037 | Rahn Specialty Metals, Inc./Techalloy's Response to EPA Information Request |
| P-314 | P-26 | Plaintiffs | | 6/2/75 Letter from Michael Nelson of the City of Philadelphia Water Department to Manfred DeRewal re 3015 East Ontario Street |
| P-315 | P-31 | Plaintiffs | BSAI025180 | 11/14/72 Letter from Manfred DeRewal to Edward Strocka of Carpenter Technology re Quote on Removal of Waste Hydrochloric Acid Pickling Solutions |
| P-316 | | Plaintiffs | | EPA Carbaryl Fact Sheet |
| P-317 | | Plaintiffs | | Deposition Transcript Testimony of Marvin Jonas taken on June 20, 1995 in *Incollingo, et al. v. RCA Corporation, et al*, Case No. 87-4263 (D.N.J.) |

33

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-318 | | Plaintiffs | | Deposition Transcript Testimony of Marvin Jonas taken on June 21, 1995 in *Incollingo, et al. v. RCA Corporation, et al*, Case No. 87-4263 (D.N.J.) |
| P-319 | | Plaintiffs | | Deposition Transcript Testimony of Marvin Jonas taken on June 22, 1995 in *Incollingo, et al. v. RCA Corporation, et al*, Case No. 87-4263 (D.N.J.) |
| P-320 | | Plaintiffs | | Deposition Exhibits Marked During the Testimony of Marvin Jonas on June 20-22, 1995 in *Incollingo, et al. v. RCA Corporation, et al*, Case No. 87-4263 (D.N.J.) |
| P-321 | | Plaintiffs | | Deposition Transcript Testimony of Marvin Jonas (including Exhibits) taken on July 18, 1995 in *Incollingo, et al. v. RCA Corporation, et al*, Case No. 87-4263 ) (D.N.J.) |
| P-322 | | Plaintiffs | | Deposition Transcript Testimony of Marvin Jonas (including Exhibits) taken on July 19, 1995 in *Incollingo, et al. v. RCA Corporation, et al*, Case No. 87-4263 ) (D.N.J.) |
| P-323 | | Plaintiffs | | Deposition Transcript Testimony of William C. Olasin taken on May 14, 2001 in *Rohm and Haas Co. v. American Cyanamid Co., et al*, No. 95-1864 and 99-1891 (D.N.J.) |
| P-324 | | Plaintiffs | | Deposition Transcript Testimony of Arthur Curley taken on August 21, 1996 in *U.S. v. Davis, et al*, No. 90-0484/P (D.R.I.) |

DMEAST #10030848 v5