IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : |
| Defendants. | : |

### HANDY & HARMAN TUBE COMPANY, INC.'S MOTION *IN LIMINE* TO BAR PLAINTIFFS AND CO-DEFENDANTS FROM INTRODUCING INTO EVIDENCE "SUMMARIES" OF INTERVIEWS OF FORMER H&H TUBE EMPLOYEES

Defendant, Handy & Harman Tube Company, Inc. ("H&H Tube"), by and through its undersigned counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, hereby moves the Court *in limine* to bar Plaintiffs and co-Defendants from introducing into evidence "summaries" of interviews of former H&H Tube employees, Thomas Curran, Mary Kollmar and Jay Crawford. In support of this motion, H&H Tube avers as follows:

1. Plaintiffs have indicated in their Trial Exhibit List that they intend to rely upon three unsigned and unsworn "summaries" of interviews of former H&H Tube employees that were purportedly prepared by a Richard Grabill.

2. The co-Defendants have likewise indicated in their respective Trial Exhibit Lists that they intend to rely upon three unsigned and unsworn "summaries" of interviews of former H&H Tube employees that were purportedly prepared by a Richard Grabill.

3.  The unsigned and unsworn summaries of the former H&H Tube employees are inadmissible.

4.  For the reasons set forth in the accompanying memorandum, H&H Tube's motion *in limine* to bar Plaintiffs and co-Defendants from introducing into evidence "summaries" of interviews of former H&H Tube employees should be granted.

WHEREFORE, Handy & Harman Tube Company respectfully requests that the Court grant H&H Tube's motion *in limine*.

        Respectfully submitted,

        CARELLA, BYRNE, BAIN, GILFILLAN,
        CECCHI, STEWART & OLSTEIN

By: _____ MF1386
        MELISSA E. FLAX
        JOHN M. AGNELLO
        5 Becker Farm Road
        Roseland, New Jersey 07068

        Attorneys for Defendant,
        Handy & Harman Tube Company, Inc.

Dated: May 23, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date caused true and correct copies of the attached Motion *In Limine* To Bar Plaintiffs and Co-Defendants From Introducing Into Evidence "Summaries" Of Interviews Of Former H&H Tube Employees to be served on all counsel of record via Electronic Filing and email, addressed as follows:

**Plaintiffs:**

Glenn A. Harris, Esq.
Amy J. Trojecki, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:    (856) 761-3400
Fax:    (856) 761-1020
E-mail: harris@ballardspahr.com

**Defendants:**

*Advanced Environmental Technology Corp.*
Laurie Sands, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone: (973) 740-0500
Fax: (973) 740-1407
Email: lsand@wolffsamson.com

*Ashland, Inc.*
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone: (215) 546-0500
Fax: (215) 546-9444
Email: rbiedrzycki@pp-b.com

*Carpenter Technology Corporation*
Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone: 212-756-0215
Fax: 888-325-9169
Email: lwright@ealaw.com

*NRM Investment Co.*
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA  19401
Phone: 610-279-3370
Fax: 610-279-0696
Email: edwardfackenthal@cs.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*
Seth Cooley, Esq.
Duane Morris
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
Phone: (215) 979-1818
Fax: (215) 979-1020
Email: scooley@duanemorris.com

_____ MF1386
MELISSA E. FLAX

Dated: May 23, 2008