IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., et al., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 02-cv-3830 (LDD) |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : | |
| Defendants. | : | |

**ORDER GRANTING HANDY & HARMAN TUBE COMPANY, INC.'S MOTION *IN LIMINE* TO BAR PLAINTIFFS AND CO-DEFENDANTS FROM INTRODUCING INTO EVIDENCE "SUMMARIES" OF INTERVIEWS OF FORMER H&H TUBE EMPLOYEES**

AND NOW, this _____ day of _____ 2008, upon consideration of defendant Handy & Harman Tube Company, Inc.'s Motion *In Limine* To Bar Plaintiffs and Co-Defendants From Introducing Into Evidence "Summaries" Of Interviews Of Former H&H Tube Employees, it is hereby ORDERED that Handy & Harman Tube Company, Inc.'s Motion *In Limine* To Bar Plaintiffs and Co-Defendants From Introducing Into Evidence "Summaries" Of Interviews Of Former H&H Tube Employees is GRANTED and Plaintiffs and Co-Defendants are barred from introducing into evidence the "summaries" of interviews of former H&H Tube employees, Thomas Curran, Mary Kollmar and Jay Crawford.

_____
Legrome D. Davis, Judge