IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., et al.,

        Plaintiff,

v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

        Defendants.

CIVIL ACTION NO.
02-cv-3830 (LDD)

**HANDY & HARMAN TUBE COMPANY, INC.'S MOTION
*IN LIMINE* TO BAR PLAINTIFFS AND CO-DEFENDANTS FROM
INTRODUCING INTO EVIDENCE (1) SELECTED PAGES FROM A 1992
REPORT AND (2) A FEBRUARY 1973 INVOICE**

Defendant, Handy & Harman Tube Company, Inc. (H&H Tube"), by and through its undersigned counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, hereby moves the Court *in limine* to bar Plaintiffs and co-Defendants from introducing into evidence (1) selected pages from a 1992 report and (2) a February 1973 invoice. In support of this motion, H&H Tube avers as follows:

1. Plaintiffs have indicated in their Trial Exhibit List that they intend to rely upon selected pages from a 1992 report and a February 1973 invoice.

2. The co-Defendants have likewise indicated in their respective Trial Exhibit Lists that they intend to rely upon selected pages from a 1992 report and a February 1973 invoice.

3. The selected pages from a 1992 report cannot be authenticated, cannot be admitted due to the lack of completeness, are irrelevant to the claims at issue in this action and are, therefore, inadmissible.

4.     Similarly, the 1973 invoice cannot be authenticated, is not a business record, and is therefore inadmissible.

5.     For the reasons set forth in the accompanying memorandum, H&H Tube's motion *in limine* to bar Plaintiffs and co-Defendants from introducing into evidence selected pages from a 1992 report and a February 1973 invoice should be granted.

WHEREFORE, Handy & Harman Tube Company respectfully requests that the Court grant H&H Tube's motion *in limine*.

                Respectfully submitted,

                CARELLA, BYRNE, BAIN, GILFILLAN,
                CECCHI, STEWART & OLSTEIN

                By: _____ MF1386
                     MELISSA E. FLAX
                     JOHN M. AGNELLO
                     5 Becker Farm Road
                     Roseland, New Jersey 07068

                     Attorneys for Defendant,
                     Handy & Harman Tube Company, Inc.

Dated: May 23, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date caused true and correct copies of the attached Motion *In Limine* To Bar Plaintiffs and Co-Defendants From Introducing Into Evidence (1) Selected Pages From A 1992 Report And (2) A February 1973 Invoice to be served on all counsel of record via Electronic Filing and email, addressed as follows:

**Plaintiffs:**

Glenn A. Harris, Esq.
Amy J. Trojecki, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel:     (856) 761-3400
Fax:     (856) 761-1020
E-mail:  harris@ballardspahr.com

**Defendants:**

*Advanced Environmental Technology Corp.*
Laurie Sands, Esq.
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Phone: (973) 740-0500
Fax: (973) 740-1407
Email: lsand@wolffsamson.com

*Ashland, Inc.*
Richard Biedrzycki, Esq.
Phelan, Pettit & Biedrzycki
Suite 1600
The North American Building, 121 South Broad Street
Philadelphia, Pennsylvania 19107
Phone: (215) 546-0500
Fax: (215) 546-9444
Email: rbiedrzycki@pp-b.com

*Carpenter Technology Corporation*
Lynn Wright, Esq.
Edwards & Angell
750 Lexington Avenue
New York, NY 10022
Phone: 212-756-0215
Fax: 888-325-9169
Email: lwright@ealaw.com

*NRM Investment Co.*
Edward Fackenthal, Esq.
Law Office of Edward Fackenthal
One Montgomery Plaza, Suite 209
Norristown, PA 19401
Phone: 610-279-3370
Fax: 610-279-0696
Email: edwardfackenthal@cs.com

*Etched Circuits, Inc. & Fcg, Inc. (Flexible Circuits)*
Seth Cooley, Esq.
Duane Morris
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
Phone: (215) 979-1818
Fax: (215) 979-1020
Email: scooley@duanemorris.com


_____ MF1386
MELISSA E. FLAX

Dated: May 23, 2008