IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., et al., :  Plaintiff, : <br> v. : <br> ADVANCED ENVIRONMENTAL : <br> TECHNOLOGY CORPORATION, et al., : <br> Defendants. : | CIVIL ACTION NO. <br> 02-cv-3830 (LDD) |

**ORDER GRANTING HANDY & HARMAN TUBE COMPANY, INC.'S
MOTION *IN LIMINE* TO BAR PLAINTIFFS AND CO-DEFENDANTS
FROM INTRODUCING INTO EVIDENCE (1) SELECTED PAGES FROM
A 1992 REPORT AND (2) A FEBRUARY 1973 INVOICE**

AND NOW, this _____ day of _____ 2008, upon consideration of defendant Handy & Harman Tube Company, Inc.'s Motion *In Limine* To Bar Plaintiffs and Co-Defendants From Introducing Into Evidence (1) Selected Pages From A 1992 Report And (2) A February 1973 Invoice, it is hereby ORDERED that Handy & Harman Tube Company, Inc.'s Motion *In Limine* To Bar Plaintiffs and Co-Defendants From Introducing Into Evidence (1) Selected Pages From A 1992 Report And (2) A February 1973 Invoice is GRANTED and Plaintiffs and Co-Defendants are barred from introducing into evidence the selected pages from the 1992 report and the 1973 invoice.

_____
Legrome D. Davis, Judge