# Exhibit "B"

## Harris, Glenn A. (VH)

| | |
|---|---|
| **From:** | Harris, Glenn A. (VH) |
| **Sent:** | Wednesday, October 11, 2006 9:35 AM |
| **To:** | Richard Biedrzycki |
| **Cc:** | A. Nicole Friant (anfriant@duanemorris.com); Andrew P. Foster (Andrew.foster@dbr.com); Edward Fackenthal (edwardfackenthal@cs.com); Lynn Wright (lwright@eapdlaw.com); Melissa Flax (mflax@carellabyrne.com); Robert M. Morris (rmmorris@morrisadelman.com); Seth v. d. H. Cooley (scooley@duanemorris.com); Stephen P. Chawaga (schawaga@monteverde.com); Thomas W. Sabino (tsabino@wolffsamson.com) |
| **Subject:** | Boarhead - Ashland Expert |

Rich,

The Ashland expert report lists three authors. Please identify which of them Ashland may use at trial.

Regards,

Glenn

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
856-761-3440
harrisg@ballardspahr.com