# Exhibit "C"

**Harris, Glenn A. (VH)**

| | |
|---|---|
| **From:** | Richard C. Biedrzycki [rbiedrzycki@pp-b.com] |
| **Sent:** | Tuesday, October 24, 2006 8:53 AM |
| **To:** | Harris, Glenn A. (VH) |
| **Cc:** | o_Friant, Nicole; Andrew.foster@dbr.com; edwardfackenthal@cs.com; lwright@eapdlaw.com; mflax@carellabyrne.com; rmmorris@morrisadelman.com; scooley@duanemorris.com; schawaga@monteverde.com; JPettit@pp-b.com |
| **Subject:** | Re: Boarhead - Ashland Expert |

Any or all.

Richard C. Biedrzycki, Esq.
Phelan Pettit & Biedrzycki
121 South Broad Street, Ste. 1600
Philadelphia, PA 19107
(215) 546-0500 Telephone
(215) 546-9444 Fax
Rbiedrzycki@pp-b.com E-Mail

> ----- Original Message -----
> **From:** Harris, Glenn A. (VH)
> **To:** Richard Biedrzycki
> **Cc:** anfriant@duanemorris.com ; Andrew.foster@dbr.com ; edwardfackenthal@cs.com ; lwright@eapdlaw.com ; mflax@carellabyrne.com ; rmmorris@morrisadelman.com ; scooley@duanemorris.com ; schawaga@monteverde.com ; tsabino@wolffsamson.com
> **Sent:** Wednesday, October 11, 2006 9:35 AM
> **Subject:** Boarhead - Ashland Expert
>
> Rich,
>
> The Ashland expert report lists three authors.  Please identify which of them Ashland may use at trial.
>
> Regards,
>
> Glenn
>
> Glenn A. Harris, Esq.
> Ballard Spahr Andrews & Ingersoll, LLP
> 856-761-3440
> harrisg@ballardspahr.com