# Exhibit "A"
# Part 3 of 5




# Senior Environmental Consulting, LLC

The best approach for understanding and solving complex environmental problems

*Joseph J. Hochreiter, CGWP / Senior-Level Experience in Environmental Consulting*

## Remediation & Risk Management

For a Fortune 500 pharmaceutical company, served as project officer of the RCRA Corrective Action process, which included an RFI of an 800-acre research/manufacturing facility in Pearl River, New York. Directed sampling of more than 50 SWMUs/AOCS and a range of media (concrete impacted with RCRA-hazardous constituents, soils, groundwater, and surface water in a nearby river).

Served on a senior-member team that conducted the environmental due diligence of a confidential client being considered for acquisition by another confidential client. This team worked with the acquiring client's outside counsel (Sidley and Austin) to evaluate environmental matters at more than 130 sites. The team assisted the client with quantifying reservable liabilities, nonreservable "tails," and evaluating numerous other risk management issues, as requested by the client.

Provides technical analysis and negotiation strategies for the evaluation and resolution of Natural Resource Damage Assessments at numerous sites in New Jersey.

Managed the RI, risk assessment, and FS for a site committee at the KOP NPL Site in the Pinelands region of Camden County, New Jersey. Assisted the PRP Committee in negotiating a procedure for remedy selection and served as the initial project manager for the remedial design. The remedy for this site involved soil washing, as well as the off-site recovery and treatment of groundwater in the Cohansey Aquifer for VOCs and metals.

Directed the Independent Quality Assurance Team activities that oversaw construction of a component of the final remedy at the Ewan NPL Site in Burlington County, New Jersey.

Managed the RI at a combined former solvent recovery site and municipal landfill in the Piedmont region of North Carolina. This site is ranked number one on the State Abandoned Site list. Conducted an extensive investigation of the bedrock hydrogeology (including continuous coring, discrete-interval hydraulic testing, borehole geophysics, aquifer testing, fracture trace analysis, and surface geophysics) to refine a conceptual model of fractured groundwater flow. Our report relied on a multilayer numerical model to demonstrate that contaminated groundwater and DNAPL was migrating preferentially through a well-defined set of interconnected fractures in the diabase-intruded, granite bedrock. The ultimate receptor appeared to be a nearby river, with monitored natural attenuation as the likely eventual remedy for groundwater. NCDENR approved this complex report with very few comments.

Led a team of engineers, geologists, and toxicologists that conducted an RI/FS and implemented a risk-based site remedy at an industrial chemicals company in the Port Richmond section of Philadelphia. Our risk-based approach allowed for the passive remediation of heavy fuel oil NAPL that had seeped beneath houses and precluded the need for active groundwater remediation for chlorinated hydrocarbons.

Successfully pilot tested (with regulatory approval) the remediation of a chlorinated solvent plume at a confidential site in New Jersey using in-situ, chemical oxidation (persulfate) technology. This plume originated from a former manufacturing process that employed the use of methylene chloride and other chlorinated solvents. Our confidential food-industry client had retained the services of several other consultants before being selected to test a cost-effective alternative to their existing pump-and-treat approach. Worked with the firm XDD, LLC on this work. Additionally, we optimized the facility's long-term groundwater monitoring requirements by cutting the

program's size by 50% and gaining regulatory approval for a passive diffusion bag (PDB) sampling approach.

Working for the banks that foreclosed on the property, directed the RI/FS and remedy recommendation process at a bicycle plant in eastern Pennsylvania. Based on the investigation work performed and coupled with discussions with the local regulators (PADER and USEPA), developed a risk-based remediation strategy that made site redevelopment possible. Constituents of concern (COCs) included metals in on-site soil and sludges, metals in surface-water runoff, and VOCs (chlorinated solvents) in groundwater.

For a confidential Pennsylvania electric utility, evaluated the impact of a nearby quarry expansion on the mission-critical, groundwater-based water supply beneath their nuclear power plant. Negotiated with the appropriate state and federal regulatory agencies to confirm that our client's water supply would not be adversely impacted by this off-site development activity.

Directed compliance activities at the JIS NPL Site in central New Jersey on behalf of the PRP Committee. Activities included regulatory negotiations, design of a landfill cap, implementing a groundwater monitoring program, constructing a numerical groundwater flow model, and specifying the pilot testing of a chemical oxidation technology for the destruction of VOCs in groundwater.

Designed and managed the investigation and management of more than 60 on-site waste management units for a Fortune 100 chemical manufacturing facility in the New Jersey Coastal Plain (Sayreville, Middlesex County). This investigation met the requirements of the USEPA's RCRA Facilities Investigation/Corrective Measures Study (RFI/CMS), with an emphasis on developing cost-effective technical strategies for the client. The study showcased the client's approach to implementing RCRA Corrective Actions nationwide. As a result, much of the initial work was performed at risk prior to formal USEPA Region II involvement. A major accomplishment of this study was to obtain acceptance by the USEPA Region II of a strategy for contaminated groundwater that emphasized compliance at

the downgradient boundary of the site, as opposed to multiple areas of source and compliance within the site.

Conducted an assessment of the New Jersey Coastal Plain hydrogeology beneath a nuclear power plant for a confidential client. This assessment was used by the client to argue for realistic remedial measures in the event of a release of nonradioactive contaminants to the subsurface.

Directed the investigation and remediation of a former pesticide manufacturing facility in eastern West Virginia. This work was performed on behalf of an industrial client who once owned the property. In the early 1970s, the building burned, and the State of West Virginia requested that a soil and groundwater study be completed and that fire residuals buried on site be excavated and properly disposed. All contaminated residuals were remediated to the satisfaction of WVDEP.

On behalf of a Superfund site committee, directed a project that provides technical review and commentary on the RI/FS/FS conducted by NJDEP at the EPLC Superfund site in central New Jersey. The review positively impacted the scope of remedial activities specified in the Record of Decision for the site. The committee subsequently retained us to perform the supplemental RI at the site under terms of a negotiated ACO. A groundwater model (MODFLOW/Solute) was constructed to support a cost-effective, alternative remedial strategy for groundwater. Currently conducting FS and Remedial Action activities for the committee, who recently assumed responsibility for remediating the site under terms of an ACO with NJDEP.

For a confidential telecommunications company, utilized expertise as an experienced (35 years) Licensed Amateur Radio Operator working with historic radio equipment to conduct an environmental divestiture audit and pre-disposition inventory of four original Marconi MW/HF transmit and receive stations, two on each coast of the U.S. This assessment involved creating detailed inventories of all radio and electronic components (tagging, spreadsheet tallies, and photography), identifying special waste-disposal characteristics, and segregating/appraising equipment with special historic value.

# Senior Environmental Consulting, LLC

The best approach for understanding and solving complex environmental problems

*Joseph J. Hochreiter, CGWP / Senior-Level Experience in Environmental Consulting*



## Complex Site Coordination and Management

Mr. Hochreiter often employs his 32 years of environmental experience to assist clients in the area of portfolio management and technical consultation on projects where complex technical issues require resolution. Examples include:

- Serving on several "super" due diligence teams, one of which evaluated and quantified Environmental Liabilities at 133 chemical manufacturing facilities in 60 days.

- Providing guidance to a Fortune 50 company regarding their New Jersey portfolio of sites (including remediation system evaluation, NRD strategies, and decision-free analysis to develop exit strategies).

- Working with PRP Committees at NPL sites to manage PRP interactions, technical and administrative site management, exit strategy development, and OM&M optimization.

- Periodically assisting incumbent environmental consultants (either at the direction of the client or the consultant) to identify and implement the optimum remedy for contaminated sites.





# Senior Environmental Consulting, LLC

The best approach for understanding and solving complex environmental problems

*Joseph J. Hochreiter, CGWP / Senior-Level Experience in Environmental Consulting*

## Conceptual Model Development and Public Communication

Prior to commencing an investigation, there is always some public domain information from which a Conceptual Site Model (CSM) can be developed. A CSM begins to tell a story about site conditions and possible pathways for constituent exposure. A CSM should always be performed before commencing field study and should be updated as often as new site information is collected.

CSMs can be as simple as a sketch map or hydrogeologic cross-section, or as sophisticated as a rotatable, 4-dimensional (3 dimensions of space plus time) computer animation of subsurface flow and constituent transport. SEC is a strong proponent of CSM development and for its use as an important tool in communicating with regulatory agencies and the public.

The following are four recent examples where Mr. Hochreiter has worked with BBL personnel to employ CSMs for the Public Communication of site conditions:

- Former Tect/Danzig drum disposal site in Northvale, New Jersey, where Mining Visualization Software (MVS) is used in monthly public meetings to update local residents on the status of on-site and off-site soil and groundwater investigations.

- EPLC NPL site in Old Bridge, New Jersey, where time-trend analyses, regional cross-section analysis, and other visual techniques are routinely used to represent site



conditions to the ~~gulators (NJDEP and USEPA, Region I~,,

- iPort 440 brownfields redevelopment project in Perth Amboy, New Jersey where BBL personnel created a web portal for the dissemination of historic and current site data. This data, residing in a database, can be queried by the user to produce custom 3-dimensional graphics for constituent distribution, time-trend analysis, and impacted-volume calculations above regulatory thresholds in both soil and groundwater.

- A confidential client who operated an ink & dye manufacturing plant in Hawthorne, New Jersey, where BBL used existing site data, borehole geophysical and geologic logs, and regional geological data (USGS) to construct a bedrock conceptual hydrogeologic model. This model, coupled with the utilization of Westbay multi-port wells, has enabled BBL to track the transport of nitrobenzene and aniline in the fractures of the Passaic Formation Aquifer.



home page | links | site map | contact SEC