# Exhibit "A"
# Part 4 of 5



# Senior Environmental Consulting, LLC

The best approach for understanding and solving complex environmental problems

*Joseph J. Hochreiter, CGWP / Senior-Level Experience in Environmental Consulting*



## Professional Experience

### Background

Mr. Hochreiter has 14 years of experience at the U.S. Geological Survey (Water Resources Division) and 17 years as principal at two leading environmental consulting firms: Environmental Resources Management (1987-1992) and Blasland, Bouck & Lee, Inc. (1992-2005). He retired from BBL in 2005 and soon after formed Senior Environmental Consulting, LLC. Mr. Hochreiter has directed the design, management, and technical oversight of significant site assessment and remediation projects throughout the Eastern United States. He also provides expert services in cases involving litigation.

## Education and Professional Qualifications

B.A. / Liberal Arts (Custom Degree Program), Temple University, 1978

Graduate Studies / Environmental Engineering and Science, Drexel University, 1985

Certified Ground Water Professional, No. 236, National Ground Water Association (1988 - present)

New Jersey Subsurface Evaluator, NJ, NJDEP #10581

New Jersey Cleanup Star Certified (2004 - present)

## Professional Affiliations and Awards

- New Jersey Site Remediation Advisory Committee (1990-92; 2006 - present)
- Association of Ground Water Scientists and Engineers (NGWA)
- Served for 3 years on the Editorial Board for the NGWA Journal "Ground Water"
- American Geophysical Union
- Water Environment Federation (Industrial Wastes Technology Conference Committee, 2002 and 2003; 2005 New Jersey Achievement Award)
- New Jersey Academy of Sciences
- New Jersey Builders Association and the Home Builders Association of Bucks & Montgomery Counties
- National Brownfields Association
- Central Bucks Chamber of Commerce

home page | links | site map | contact SEC

# Senior Environmental Consulting, LLC

The best approach for understanding and solving complex environmental problems

*Joseph J. Hochreiter, CGWP / Senior-Level Experience in Environmental Consulting*



## Technical Training

- 2005 and 2006 Co-moderator at New Jersey Water Environment's annual Groundwater Conference.

- 2005 Environmental Law Forum – New Jersey ICLE

- Loss Prevention Systems - LPS (BBL, 2004)

- Leading Professional Service Firms I and II (Harvard Business School, 2001 and 2002)

- Natural Resource Damages (WEA, 2000)

- Theis Conference (NGWA, 1999)

- DNAPL Remediation (University of Waterloo, 1991 and NJIT, 1995)

- The "Princeton Groundwater" Pollution and Hydrology Course (Miller, Cleary, et al., 1987)

- Course work in Hydrology, U.S. Geological Survey, National Training Center, Lakewood, CO (1974-1985)




# Senior Environmental Consulting, LLC

The best approach for understanding and solving complex environmental problems

*Joseph J. Hochreiter, CGWP / Senior-Level Experience in Environmental Consulting*

## Publications and Presentations

### Selected Publications, 1987 to present:

Hochreiter, J.J. 2005. "Groundwater in New Jersey: The Regulated Community's Perspective." Presented at the NJWEA Groundwater 2005 Conference, East Brunswick, NJ.

Hochreiter, J.J. 2004. "Water Supply Wars in Southern New Jersey - A Case Study." Presented at the Water Supply and Water Quality Management Update in the Delaware River Basin Seminar, Lorman Education Services, Cherry Hill, New Jersey, and in 2006, Atlantic Builders Convention, Atlantic City, NJ.

Holliday, V.E., R.M. Washburn, R.M., and J.J. Hochreiter. 2004. Water Wars East of the Mississippi: A Case Study in Southern New Jersey: NGWA Ground Water and Environmental Law Conference, Chicago, IL and in 2005, NAHB-LANDS Conference in Mystic CT.

Hochreiter, J. J. 2004. Water Supply in South Jersey – Crisis vs. Reality." Atlantic County Groundwater Task Force, Egg Harbor Twp., NJ.

Havranek, T.J., J.J. Hochreiter, and B. Carney. 2003. "Quantitative Decision Analysis & Probabilistic Modeling in Support of Property Condemnation Proceedings and Site Redevelopment Planning." Presented at the RevTech (Brownfields Redevelopment) Conference, Pittsburgh, PA, July.

Co-Chair, Water Environment Association 8th Industrial Waste Conference, 2002, Session on Remediation of Contaminated River Systems: Atlantic City, New Jersey; 2003 – Served on 9th Industrial Waste Technical Conference Committee.

Co-Chair and Presenter, Manko, Gold, Katcher and Fox/BBL Conference on New Jersey's Natural Resource Damages Program, 2002, Mount Laurel, New Jersey. Included presentation of paper: Hochreiter, J. J. 2002. "How Does New Jersey Calculate Natural Resource Damage Claims?"

Rooney, John, J.J. Hochreiter, and H. Crowley. 2002. "When You Find a Toxic Dump Site on Main Street, What Can You Do?" New Jersey League of

Sperry, K.L., C. Stanley, K. Kelley, and J.J. Hochreiter. 2001. "Field Trial of In-Situ Iron Catalyzed Persulfate (ICP) Oxidation of Chlorinated Volatile Organic Compounds (CVOCS)." Presented at the First International Conference on Oxidation and Reduction Technologies for In-Situ Treatment of Soil and Groundwater (ORTs-1), Ontario, Canada, and Batelle Conference, May 2002, California.

Hochreiter, J.J. Jr. June 2001. "Focus 2000: Blueprint for Urban Redevelopment of the City of Perth Amboy." Presented at the U.S. Chamber of Commerce 'Brownfields Summit', Washington, DC.

Hochreiter, J.J. Jr., and T.V. Taylor. April 1998. "Discrete-Interval Testing to Characterize the Vertical Extent of VOC Contamination in Piedmont Bedrock." Presented at the SMARTech '98 Conference; Raleigh, NC; and NGWA 1998 Annual Conference; Las Vegas, NV.

Cox, S.A., J.J. Hochreiter, and D.J. Stout. October 1995. "Using Risk-Based Remedy Selection to Minimize Remedial Response Costs - A Case History." Presented at the Hazardous Waste Management Association Superfund Conference.

Hochreiter, J.J., J.P. McBurney, and J.L. Davey. May 1993. "Development of a Monitoring Program to Evaluate the Effectiveness of an In-Situ Solidification Remedy at a New Jersey Superfund Site." Presented at the NGWA Outdoor Action Conference.

Wardrop, D.H., J.J. Hochreiter, and D.J. Rosenbaum. 1989. "Use of Preliminary Risk Assessment in the RI/FS Process: Can it Expedite Site Remediation?" Presented at the Nittany Geoscience, Inc., ERM, Inc., and Envirologic Data, Inc. Society for Risk Assessment Annual Meeting.

Imbrigiotta, T.E., J. Gibs, T.V. Fusillo, G.R. Kish, and J.J. Hochreiter. 1988. Field Evaluation of Seven Sampling Devices for Purgeable Organic Compounds in Ground Water. Ground-Water Contamination: Field Methods, ASTM STP 963, A.G. Collins and A.J. Johnson, Eds., American Society for Testing and Materials, Philadelphia, 1988, pp. 258-273.

Hochreiter, J.J., Jr. 1988. "An Example of the Complexity of Hazardous Waste Impacts on Ground Water Quality." Presented at the New Jersey Academy of Sciences Annual Meeting.

# USGS Bibliography for Joseph Hochreiter, Jr., CGWP

Prior to 1987:

Lewis, J.C., Hochreiter, J.J., Barton, G.J., Kozinski, Jane, and Spitz, F.J., 1991, "Hydrogeology of, and Ground-Water Quality in, the Potomac-Raritan-Magothy

Aquifer System in the Logan Town Region, Gloucester and Salem Counties, New Jersey," U.S.G.S. Water-Resources Investigation Report 90-4142.

Kozinski, Jane, Lacombe, P.J., Hochreiter, J.J., and Lewis, J.C., 1990, "Chemical and Geophysical Investigations of Ground Water at Five Industrial or Waste Disposal Sites in Logan Township, Gloucester County, New Jersey," 1983-87: U.S.G.S. Water-Resources Investigations 90-4004.

Kozinski, Jane, Hochreiter, J.J., Jr., and Vowinkel, E.F., 1987, "The Management and Use of Organic Non-Priority Pollutant Data," U.S.G.S. Open-File Report.

Kish, G.R., and Hochreiter, J.J. Jr., 1987, "Ground-Water Sampling Considerations; in Fusillo, T.V., (editor), Design and Implementation of Ground-Water Quality Appraisals," U.S.G.S. Water-Resources Investigations.

Hochreiter, J.J., Jr., Kozinski, Jane, and Lewis, J.C., 1986, "Characterization of Organic Ground-Water Contamination at a Waste-Oil Disposal Site, Bridgeport, N.J.," EOS-Transactions of the AGU Fall Meeting v. 67, p. 945.

Hochreiter, J.J., Jr., Kozinski, Jane, and Lewis, J.C., 1986, "Analysis of Quality-Assurance Samples Collected During an Investigation of Hazardous-Waste-Disposal Facilities in Logan Township, Gloucester County, New Jersey," U.S. Geological Survey First Northeastern Regional Water-Quality Symposium, Shenandoah National Park, Virginia, March 31-April 3, 1986.

Paulachok, G.N., Walker, R.L., Duran, P.B., Hochreiter, J.J., Jr., Farnsworth, John, and Boyle, J.T., 1985, "Marine Well Drilling Program for Estimating the Seaward Extent of Fresh Ground-Water and Evaluating the Likelihood of Saltwater Intrusion near Atlantic City, New Jersey," EOS-Transactions of the AGU Fall Meeting v. 66, p. 889-890.

Imbrigiotta, T.E., Gibs, Jacob, Fusillo, T.V., Kish, G.R., and Hochreiter, J.J., Jr., 1985, "Field Evaluation of Sampling Devices for Purgeable Organic Compounds in Ground Water," American Society for Testing and Materials Symposium on Field Methods for Ground Water Contamination Studies and Their Standardization, Cocoa Beach, Florida, February 2-7, 1986.

Imbrigiotta, T.E., Gibs, Jacob, Fusillo, T.V., Hochreiter, J.J., Jr., and Kish, G.R., 1985, "Field Comparison of Ground-Water Sampling Devices for Recovery of Purgeable Organic Compounds," U.S. Geological Survey 2nd Toxic Waste-Ground-Water Contamination Technical Meeting, Hyannis, Massachusetts, October 21-25, 1985.

Hochreiter, J.J., Jr., and Kozinski, Jane, 1985, "Quality of Water and Bed Material in Streams of Logan Township, Gloucester County, New Jersey, 1984," U.S.G.S. Water-Resources Investigations 85-4300.

Hochreiter, J.J., Jr., Kozinski, Jane, Lacombe, P.J., and Lewis, J.C., 1985, "Ground-Water Pollution in an Outcrop Area of a Coastal Plain Aquifer System."



Logan Township, New Jersey, "Proceedings from the Second Annual Meeting of the Geological Association of New Jersey, Aquifer Symposium, p. AQ 8-AQ 10.

Fusillo, T.V., Hochreiter, J.J., Jr., and Lord, D.G., 1985, "Water-Quality Data for the Potomac-Raritan-Magothy Aquifer System in Southwestern New Jersey, 1923-83," U.S.G.S. Open-File Report 84-737.

Fusillo, T.V., Hochreiter, J.J., Jr., and Lord, D.G., "Distribution of Volatile Organic Compounds in a New Jersey Coastal Plain Aquifer System," Ground Water, v. 23, no. 3 (1985) p. 354-360.

Hochreiter, J.J., Jr., 1982, "Chemical-Quality Reconnaissance of Water and Surficial Bed Material in the Delaware River Estuary and Adjacent New Jersey Tributaries, 1980-81," U.S.G.S. Water Resources Investigations 82-36.

Fusillo, T.V., and Hochreiter, J.J., Jr., 1982, "Relationship of Organic Contamination in Ground-Water to Land Use: A Case Study in the New Jersey Coastal Plain," EOS-Transactions of the AGU Spring Meeting, v. 63, p. 317.

# Senior Environmental Consulting, LLC

The best approach for understanding and solving complex environmental problems

*Joseph J. Hochreiter, CGWP / Senior-Level Experience in Environmental Consulting*





## Personal Resume

### Joe Hochreiter, Jr.

Professionally, Joe is a Hydrologist who has recently retired as Vice-President at BBL, Inc. an environmental consulting firm in King of Prussia, PA. Joe is now President of his own consulting practice, Senior Environmental Consulting, LLC of Yardley, PA. Joe provides Fortune 500 manufacturing companies, brownfields site redevelopers, and municipalities with scientific and engineering solutions to their environmental challenges. He has expertise in contaminated-site cleanup, risk management, regulatory compliance, and water-supply policy. Joe lives in Yardley with his wife, Eileen, and his two children, Erich and Kristen.

Joe has been very active as a volunteer in the community. After serving as a Disaster Services Team member since 1972, Joe served for seven years (1985-1992) on the Board of Directors of the Lower Bucks County Chapter of the Red Cross, where he managed Disaster Services and founded the Red Cross Homeless Shelter in Levittown. Currently he is on the Red Cross Shelter's Advisory Committee. He recently completed a 3-year term (2002-2005) as President of the Board of the Human Growth Center of Holland, a non-profit, psychotherapeutic counseling center that serves those who cannot afford private-practice therapy. He has worked with the Lower Bucks Center for Church and Community's 'Welcoming the Stranger' program, which provides language and computer training to recent immigrants. He is also the recording engineer and Chairman of the Board for the non-profit Youth Orchestra of Bucks County, whose members include over 170 of the County's most talented young classical musicians.



Joe enjoys motorcycling, sk[...], and endurance kart racing. He communicates with people across the world as an active General Class Radio Amateur (WA3KTZ), having received his first license in 1968.

**home page** | **links** | **site map** | **contact SEC**




# Senior Environmental Consulting, LLC

The best approach for understanding and solving complex environmental problems

*Joseph J. Hochreiter, CGWP / Senior-Level Experience in Environmental Consulting*

### Contact Senior Environmental Consulting

Joseph J. Hochreiter, CGWP, Principal Scientist
Senior Environmental Consulting, LLC
252 Hollow Branch Lane, Yardley, PA 19067-5791

Phone & Fax: 215-493-0343

Cell: 215-962-6564

E-mail Senior Environmental Consulting

