# EXHIBIT "B"
# Part 5 of 7

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1         Q.    If you look in the text of

2    your report under Section 3.1.2, the

3    second paragraph, you reference what

4    I believe is the basis for the

5    information that's contained in Table

6    1a of your report.

7              In fact, in the last line

8    you say, "The information contained

9    in the American Cyanamid summary is

10   reproduced on the first page of Table

11   1a." And I want to make sure that I

12   know where the documents are that you

13   reproduced for Table 1a.

14              And I guess we will have to

15   mark this as an exhibit.

16              This is actually the

17   attachment to the 1993 response -- to

18   American Cyanamid's 1993 response to

19   the EPA 104(e) information request,

20   and it's also an exhibit to Bailey's

21   deposition in the Kramer landfill

22   case. So let's mark that as the next

23   exhibit, Exhibit 8.

24              (Hochreiter Exhibit 8 was

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905        InnovatingLitigation        FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    marked for identification.)

2    BY MS. TROJECKI:

3        Q.    Is this the source of the

4    information that's contained in Table

5    1a of your report?

6        A.    I believe it is.  I believe

7    it is.  Let me just make certain, but

8    I recall this.  And you say this was

9    an attachment to --

10       Q.    The 1993 response?

11       A.    Okay, yes.  I'm not used to

12   seeing it on its own, but yes, okay.

13       Q.    So just to be clear, you

14   basically went -- tell me how you got

15   the information from that attachment

16   and put it on Table 1a.

17       A.    I mean, the mechanics are

18   pretty simple.  We read this

19   document, we -- I took this

20   information and literally transcribed

21   it into a tabular format, it was

22   easier to read, provided reference or

23   Bates numbers for every individual

24   entry, and I think on 1a, for at

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    least the first page, the first page

2    of three for Table 1a appears to come

3    from Exhibit 8.

4            I mean, it's just a simple

5    transcription.

6        Q.    Okay.  And for the second

7    page of Table 1a, I want to show you

8    some documents and see if that's the

9    source of that information for the

10   second page of Table 1a.

11           And it appears that you

12   broke up the American Cyanamid waste

13   into summary of waste shipments by

14   Jonas, and you call that American

15   Cyanamid records, and then summary of

16   Bound Brook wastes hauled by Jonas,

17   and you called that Jonas records; is

18   that correct?

19       A.    That's correct.

20       Q.    So there are actually two

21   sets of records that you worked off

22   of to calculate the quantity of

23   American Cyanamid waste.  Correct?

24       A.    We looked at both sets,

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                              www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    yes.

2        Q.    And the two sets are

3    exclusive?

4        A.    Oh, I'm certain there is

5    probably overlap, but we have no way

6    of discerning that.

7        Q.    Okay.  What I meant by that

8    is that you either -- when you are

9    determining the waste quantity in

10   your report, you decided to go with

11   one list or the other, you didn't add

12   the waste in Table 1a --

13       A.    In fact, what I think we

14   ended up doing -- I'm sorry, I spoke

15   over you.  I will get that

16   eventually.

17            I believe what we did, and

18   we can look at the language

19   specifically, for example, on Page

20   3-5, "As shown on Table --" and this

21   is the third full paragraph -- "As

22   shown on Table 1a, the American

23   Cyanamid 1993 information for 1976 to

24   '78, when summed, results in a total

JDR

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                FAX  215.751.0581

232

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    of 49 drums of unknown weight plus

2    54,780 gallons plus 4,906,040 pounds

3    of waste substances generated for

4    offsite shipment."

5         And then we mentioned what

6    the Jonas ledger came up with.  The

7    total gallons of material shipped in

8    1977 alone, according to Jonas'

9    ledger, was 4 million and some-odd

10   thousand gallons.  The difference

11   between the Cyanamid and Jonas

12   information indicates that the

13   Cyanamid information may be

14   incomplete.

15        What we did was we compared

16   what Jonas had reported, compared it

17   to the information in the -- Page 1

18   of Table 1a and we saw that although

19   there may be some overlap, there's

20   also some reinforcement.

21        Q.   And so do you have an

22   opinion as to which list is more

23   accurate?

24        A.   We have no way of saying

**JDR**
**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com
FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    which list is more accurate.    There

2    are two different lists.

3        Q.    How about which one is more

4    complete?

5        A.    I don't even say that.    I'm

6    going to take the opinion that we

7    stated in the report, which is we

8    accept everything at face value, and

9    I'm not going to attempt to parse out

10   which one is better than the other.

11   It's really beyond my ability to do

12   that.

13       Q.    So in the Conclusion

14   section of your report for American

15   Cyanamid on Page 5-1, you state that

16   actual and incompletely documented

17   wastes generated total 10,546,745

18   gallons.    That's based on the Jonas

19   records, correct?

20       A.    That is correct.

21       Q.    But it could just as easily

22   be based on the American Cyanamid

23   records, is that what your opinion

24   is?    I mean, you could just as easily

**JDR**

**James DeCrescenzo Reporting**, LLC

InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                    FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    use the American Cyanamid number from

2    their records?

3         A.    We could.  We would have

4    to, of course, do the appropriate

5    extrapolations for both.

6         Q.    And did you do that in this

7    report?  I believe you did it.

8         A.    I believe we did.

9         Q.    So do you have an opinion

10   as to which one is the more

11   appropriate number?

12              MS. WRIGHT:  Objection.

13              THE WITNESS:  We tried to

14   report what we found, and we did not

15   ascribe a value judgment to one or

16   the other.

17   BY MS. TROJECKI:

18        Q.    I just want to briefly walk

19   through these documents, because I

20   have a question on one of them.  If

21   we could go through on Page 3-5 of

22   your report, the Jonas records and

23   indicate to make sure that I have the

24   right sources of the information.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          Page 3-5 under the item

2     that's marked No. 1 is a 1972

3     application?

4          A.    Yes.

5          Q.    I'm going to show you

6     what's been marked as Jonas Exhibit

7     20 in a deposition for a different

8     case and ask you if that's the 1972

9     application that you are referring to

10    on Page 3-5 of your report.

11          And I actually highlighted

12    in there the numbers that I believe

13    you took off of that for your Table

14    1b.

15          A.    Okay.

16          Q.    Can you just --

17          A.    Just give me a second, if

18    you would.  I just want to make sure

19    that I'm looking at what I think I'm

20    looking at.

21          MR. PETTIT:  I just want to

22    make an objection.  In

23    Mr. Hochreiter's Table 6-1, it's

24    clear that this '72 application is

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    Exhibit Jonas Exhibit 20, so I don't

2    need see the need to ask the

3    question, other than to waste time.

4              MS. TROJECKI:  Okay.

5              THE WITNESS:  Do you want

6    to withdraw the question or do you

7    want me to answer it?

8              MS. TROJECKI:  Well, I

9    think we cleared it up.  I didn't

10   make that correlation.

11   BY MS. TROJECKI:

12       Q.    And the Jonas operational

13   statement covering activity for the

14   year 1994 --

15       A.    '74.

16       Q.    '74.

17       A.    Are you going to show me

18   something?

19       Q.    Yes.  And I will show you

20   what's been marked as Jonas 15 at an

21   earlier deposition for Jonas, which I

22   believe is the 1974 Jonas operational

23   statement that you referred to,

24   although you don't identify it in

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    your report as Exhibit Jonas 15.

2              And you will see on the

3    page that's marked BSAI077551,

4    there's a reference to 89,682 gallons

5    from the Bound Brook facility.

6         A.    Yes.

7         Q.    And is this the source of

8    the information on the table on Page

9    3-5 of your report where 89,000

10   gallons of bulk liquid was hauled

11   from the Bound Brook facility?

12        A.    It is.

13        Q.    And, then, also on the same

14   document, on Page BSAI077552, there

15   are five references to waste hauled

16   from the Bound Brook facility, and I

17   will represent to you that they add

18   up to the 1,004,000 gallons of

19   hazardous waste.  Is that the source

20   of the information on Page 3-5 of

21   your report?

22        A.    Yes, it is.  Do you want

23   this back?

24        Q.    Yes.

238

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      A.     You want both of these,

2  because these haven't been marked for

3  this case.  Right.

4      Q.     And, finally, I'm going to

5  show you Jonas 12, which I believe is

6  the source of the information for the

7  Jonas operational statement covering

8  activities during the year 1975 on

9  your report on Page 3-5.

10         If you turn to the fifth

11  page of Jonas 12 -- I'm sorry, the

12  fourth page -- there's a reference to

13  134,500 gallons in the Bound Brook

14  facility?

15      A.     134,500 gallons, yes.

16      Q.     And then two pages later

17  there's a reference to 438,000

18  gallons?

19      A.     Right.

20      Q.     And 85.  So I guess my

21  question is, is this source -- is

22  this the document, Jonas 12, that you

23  got your information for No. 3 on

24  Page 3-5?

JDR

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      A.     Yes, I believe it is.  I'm

2  sorry.

3      Q.     That's okay.

4      A.     I believe it is.  Where is

5  the illegible quantity, that's what I

6  want to --

7      Q.     It's in there.

8      A.     Yes, okay.

9      Q.     So, in any event, do you

10  have an opinion as to whether these

11  documents accurately reflect the

12  quantity of waste that was taken from

13  the Bound Brook facility?

14      A.     As I have stated several

15  times before, we went into this

16  analysis doing the only thing that we

17  thought was scientifically credible,

18  and that was taking the reports by

19  the waste haulers and the companies

20  at face value.

21          And I can't ascribe a

22  qualitative assessment, is this one

23  better than the other, is this one

24  accurate, is this one not accurate.

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                    FAX  215.751.0581

240

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    I'm just not able to do that because

2    I am not given the backup information

3    to be able to make that kind of

4    assessment.

5         Q.    Have you seen a -- I just

6    note that you used the Jonas

7    applications for 1972, for 1974 data,

8    for 1975 data.  Have you seen a Jonas

9    operational statement covering

10   activities during the year 1976?

11        A.    I don't recall that we had

12   that, no.  Is it possible that we

13   did, yes, but I don't remember it.

14             And I'm looking at the list

15   of documents that we referenced.

16   There's Jonas three-ring binder

17   ledger pages, 1976 to '79, I don't

18   know if that would be a part of or a

19   larger set of what you are

20   referencing or not.  Actually, that's

21   the next item on the list.

22        Q.    Where is that?

23        A.    In my expert report, number

24   four.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905        InnovatingLitigation        FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1        Q.    The handwritten series of

2    documents?

3        A.    Yes.

4        Q.    Right.   Okay.   So I'm going

5    to show you what's been marked as

6    Jonas 11 in a previous litigation.

7    And this, I believe, is the Jonas

8    operational statement covering

9    activities during the year 1976.

10            And I guess my question is,

11   if I look through this document and

12   highlight the waste that was taken

13   from the Bound Brook facility and

14   represent to you that there's a

15   different amount here than the amount

16   that's in the series of handwritten

17   documents, would you have any opinion

18   as to which one is the more accurate

19   document, or how would you handle

20   that?

21       A.    How I would handle it is I

22   would, first of all, try to determine

23   whether the handwritten document and

24   this were attempting to be the same

**JD▷R**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                              FAX 215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    thing, whether this was an attempt

2    at, you know, codifying what was done

3    in the handwritten ledger or not.

4              I notice right off the bat

5    that there are -- the first two

6    entries for Bound Brook in what you

7    have called Jonas 11 have illegible

8    cubic yards or gallons listed.  So,

9    right off the bat, looking at this, I

10   would have a hard time saying that

11   this is a complete report, because

12   there's something there, but I can't

13   tell what it is.

14        Q.    Well, looking at this

15   document, then, now, I assume that

16   you haven't -- did you testify that

17   you haven't seen this before?

18        A.    I don't recall seeing this,

19   no.

20        Q.    Now that you have it in

21   front of you, would this change

22   anything in your report?

23        A.    Any new information that

24   would provide credible insight on

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905    InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com    FAX  215.751.0581

243

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1  waste quantities and types certainly

2  would be something that we would look

3  at, and I would consider in making

4  any possible revisions to the report.

5      Q.    And would you consider this

6  to be a credible piece of evidence?

7          MR. PETTIT:  Objection to

8  the form.

9          THE WITNESS:  By the way,

10  before I answer that question, you

11  had indicated that this was a '76.

12  BY MS. TROJECKI:

13      Q.    I believe that it covers

14  the period --

15      A.    Because it says fiscal year

16  '78 at the top.  So I don't know --

17  I'm not sure I know what this is.

18      Q.    I believe that it covers

19  the period for 1976, if you look at

20  the second or third page of the

21  document, it says covering the period

22  for 1976.

23      A.    Okay.  Again, I think in

24  fairness -- if this is something new

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                FAX  215.751.0581

244

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    that we could use to evaluate --

2    first of all, I would want to make

3    certain that it isn't simply a

4    restatement of something that we have

5    already evaluated.

6              If it is truly a new, an

7    analysis of wastes that we otherwise

8    haven't somehow characterized, then,

9    yes, I would like to look at it in

10   more detail and evaluate whether we

11   could use it in refining our

12   estimates.

13        Q.    Going back to your tables,

14   your Table 1a and Table 1b, explain

15   to me what you extrapolated with

16   respect to American Cyanamid?

17        A.    Sure.  If you look at the

18   top of Page 1b, the upper half of 1b,

19   what you have is essentially a

20   synopsis of what is explained in more

21   detail in 1a, and this is the form

22   that all of these tables follow.

23              And, in fact, the Roman

24   numeral tables in the text are very

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                 1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                         www.JDReporting.com

245

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    similar to the 1b tables, they are

2    just in the text so it's easier for

3    you to cross-reference, you don't

4    have to go into an appendix.

5        Q.    Okay.

6        A.    So we have subtotals for

7    1976 to 1978, the 4,906,000 pounds

8    and the 54,780 gallons and the

9    handful of tanker trucks and

10   55-gallon drums.

11            What we did then was we

12   made a determination that what we

13   were seeing for the years 1976 to

14   '78, which is about a

15   two-and-a-third-year time frame,

16   could be extrapolated to create an

17   estimated volume of waste and mass

18   generated for the entire eight-year

19   period of record.

20            So we multiplied that 4.9

21   million pounds, for one example, by

22   3.43 to come up with 60,800,000

23   pounds, and we did the same thing for

24   the other waste categories.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905            InnovatingLitigation            FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

246

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1              In Jonas we took -- this is

2      another line of evidence.  We took

3      the Table 1a summary for Jonas, which

4      is 10,546,745 gallons, and his

5      reports were, in this instance,

6      exclusively gallons, and we did the

7      same type of extrapolation to an

8      eight-year period.

9              We had four years of record

10     and we extrapolated it to an eight-

11     year total, and we made an assumption

12     for waste generation for each of

13     1970, '71, '72, and '73 was

14     equivalent to the 1974 volume.

15     Q.    Does that include, also,

16     waste for 1969, is that included in

17     this?

18     A.    It probably does, but I

19     think we accepted that this was a

20     four-year ex -- you know, a four-year

21     period of record and we extrapolated

22     it out, essentially, to the rounded

23     off eight-year period.  1969 is a

24     very small number of months.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905        InnovatingLitigation        FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      Q.     So did you take the year

2  1978, then, for this American

3  Cyanamid as a full year?

4      A.     I believe we did, yes.

5      Q.     And you didn't do 1969,

6  correct?

7      A.     We were doing

8  extrapolations for '70 through '73,

9  and for reasons that are escaping me

10  right at the moment, I don't know why

11  we didn't include two or three months

12  in 1969, but it wouldn't make a

13  significant difference in the

14  estimated and extrapolated gallons.

15      Q.     Because the period of

16  interest is to 1977.   Right?

17      A.     That is correct.

18      Q.     And you used data for four

19  years including 1978?

20      A.     That is correct.

21      Q.     So that's why you stuck

22  with the eight years and that's why

23  '69 is not included; is that right?

24      A.     That's probably the logic

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

248

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    that we used and you are refreshing

2    my recollection on that.  I honestly

3    drew a blank on exactly why that was

4    the way we handled it.  I don't

5    recall specifically.

6              I would have to get back

7    into the data itself to see exactly

8    why we picked the period of time we

9    did.  1978 is beyond the period of

10   time that allegedly Boarhead Farms

11   operated, yet it was indicative of a

12   good period of record where Cyanamid

13   produced information on their wastes.

14             I'm not sure that it was

15   because, 1970 to '78, still the

16   period of interest was '69 to '77.

17        Q.    Is there any correlation

18   between the wastes that are listed on

19   Tables 1a and 1b of your expert

20   report and the wastes that are listed

21   in those three lists that we talked

22   about earlier with respect to

23   American Cyanamid?

24        A.    I think the answer is yes.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905        InnovatingLitigation        FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          Q.     Do the amounts that are

2     included in Tables 1a and 1b or the

3     wastes that are listed, excuse me, in

4     Tables 1a and 1b represent all the

5     wastes that are generated by American

6     Cyanamid?

7          A.     Would you rephrase the

8     question, please?

9          Q.     Sure.   You have certain

10     waste types that are listed in Tables

11     1a and 1b of your report.

12          A.     Uh-huh.

13          Q.     Do these tables reference

14     all of the wastes that was generated

15     by American Cyanamid or what subset

16     of the waste is this?

17          A.     Table 1a is our attempt at

18     summarizing all of the evidentiary

19     material using two different sources

20     for wastes generated by American

21     Cyanamid at Bound Brook.

22               Your question was, does

23     this represent all of the wastes that

24     were generated at Bound Brook, and

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    again that goes to qualitative

2    judgment as to the accuracy and

3    completeness of the evidentiary

4    material that was provided to us.    I

5    can't speak to that.    I take it at

6    face value.

7             And so just to be clear,

8    I'm not saying whether this is good

9    data or bad data.    It's the data we

10   were given.    But Table 1a is a

11   compilation of everything that we

12   were provided.    It includes those

13   handwritten ledgers and other

14   documents.

15            It brings it all up into a

16   contemporaneous list as best as we

17   can make it and then provides the

18   extrapolation, so -- and this is true

19   for every one of these companies, and

20   this is the generally -- where there

21   was a decent amount of evidentiary

22   material, this is how the tables were

23   constructed.

24            Q.    So with respect to, say,

## James DeCrescenzo Reporting, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
              1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    I'm just picking a waste type that's

2    listed on Table 1a, waste spill

3    bottoms, did you review any records

4    that indicate the frequency that this

5    type of waste was generated at

6    American Cyanamid?

7         A.    I don't believe so.  I

8    don't recall specifically for waste

9    spill bottoms anything that we saw

10   that said there was a certain amount

11   of this material produced on a

12   regular frequency.  There may have

13   been, but I just am not recalling it.

14        What we had was for that

15   particular period of time that amount

16   of pounds that were reported by

17   Cyanamid's own records that they

18   generated.

19        Q.    Is that an analysis that

20   you did throughout this report where

21   you actually looked at -- in other

22   words, you have lots of waste types

23   listed for American Cyanamid.

24        Did you go through the

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905

InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    analysis of saying this waste type

2    was generated by this process at this

3    frequency for any of the wastes by

4    any of the plaintiffs or settled

5    defendants?

6        A.    We did not make any attempt

7    at doing an independent analysis of

8    what wastes should have been

9    generated by a particular

10   manufacturing process.

11           Our job was essentially to

12   take the evidentiary material that we

13   were provided and, where a particular

14   waste stream is identified either by

15   the company or the waste hauler that

16   handled the waste, we would tabulate

17   it and do our best not to double-

18   count within a category, to the

19   extent that the data would make that

20   clear.

21       Q.    So, for instance, I see --

22   I guess my question is, then, how do

23   you know or how can you extrapolate

24   throughout the eight-year period and

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
              1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    say that American Cyanamid produced
2    this much waste spill bottoms
3    throughout the whole time?
4        A.    I can't say it with
5    absolute certainty.  What I can do is
6    know for a period of time that
7    Cyanamid provided us records of what
8    they manufactured.
9            We have nothing in any of
10   the material that was provided to us
11   that indicates that the manufacturing
12   process changed, things, quantities
13   of wastes, increase went down,
14   ceased.
15           So for us to simply take --
16   well, there's two years of records,
17   and all of the waste that was
18   generated was during that two-year
19   period of time where they happened to
20   produce records is not appropriate,
21   in my view, in my professional
22   opinion.
23           So it's reasonable to do
24   that extrapolation where there isn't

254

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    evidence to the contrary that says

2    what we produced in year X was the

3    same that they produced in year Y.

4              If we were able to get our

5    hands on information that said, Well,

6    you know, that process wasn't even in

7    existence in 1970, then, of course,

8    we would modify our extrapolation and

9    our process for evaluating how much

10   waste was generated.

11             But we weren't given that

12   information, and absent any reason

13   not to do the extrapolation, we felt

14   that was the prudent course.

15        Q.   So what's the basis, then,

16   for your extrapolating in the case of

17   American Cyanamid?  Is it just that

18   American Cyanamid was in operation

19   from 1969 to 1977?

20        A.   They were in operation, and

21   it's our opinion that, given the

22   diverse waste streams that were being

23   generated during the limited periods

24   of record that we were afforded, it's

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    reasonable to assume that something

2    similar to those quantities and types

3    of waste streams were produced during

4    the other years during the period of

5    interest.

6         Q.    And what's the basis for

7    your saying that it's reasonable?

8         A.    I don't know exactly how to

9    answer that.  It's intuitively,

10   common sensically unreasonable to

11   think that just because in a given

12   year I say that I produced five

13   pounds of a particular waste, and

14   I've been manufacturing the same

15   material for 20, 30, 40 -- Bound

16   Brook has been in operation for a

17   long time -- it's unreasonable to me

18   to think that all of a sudden in

19   1977, they just started generating

20   that waste.

21              If they were making the

22   same things in 1976 that they were

23   making in '77, and it's our

24   understanding, given the limited

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                 1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                            www.JDReporting.com

1    information that we were provided,

2    that that's a reasonable assumption,

3    then the appropriate thing to do is

4    to say what we saw in '77, absent any

5    other information, is the same that

6    we would have seen in '76 had they

7    calculated and tallied the waste

8    material.

9            MS. FLAX:    Counsel, you

10   asked the witness to look at a

11   document that was marked Jonas 11,

12   and I note that there are no BSAI

13   Bates stamp numbers on it.    Has this

14   be produced to the repository?

15           MS. TROJECKI:    I believe

16   all the Jonas depositions and

17   exhibits have been produced to the

18   repository.

19           MS. FLAX:    Because the

20   other two exhibits have BSAI numbers

21   on them, so I would ask that this be

22   marked at this deposition so it's

23   part of the transcript.

24           MS. TROJECKI:    Okay.

**James DeCrescenzo Reporting**, LLC

215.564.3905                    InnovatingLitigation                    FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1              MS. FLAX:  Thank you.

2              (Hochreiter Exhibit 9 was

3     marked for identification.)

4     BY MS. TROJECKI:

5         Q.    Will you turn to Page 3-6

6     of your report.  And Section

7     3.2.1.1 you discuss the manufacturing

8     operations of National Rolling Mills,

9     correct?

10        A.    That is correct.  If you

11    give me one second.

12        Q.    Sure.

13        A.    I just want to do some

14    house cleaning here so I don't lose

15    things.  Okay, go ahead.

16        Q.    You cite as the basis for

17    your statements in Section 3.2.1.1 to

18    various deposition transcripts.

19        A.    That is correct.

20        Q.    Freda, Civitello, Winters,

21    and Chesky; is that correct?

22        A.    That is correct.

23        Q.    And just incidentally,

24    under the second paragraph under

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

258

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      Section 3.2.1.1 that reads, "The

2      steel division produced," and you

3      have a reference to Chesky 1994,

4      2004.  Is that a typo there?

5          A.    I'm sorry, where are you?

6          Q.    The first section in the

7      second paragraph under Section

8      3.2.1.1.

9          A.    Okay.

10         Q.    You reference Chesky 1994

11     and 2004.

12         A.    I don't think there were

13     two for Chesky.

14         Q.    I think there was just a

15     1994 interview, and I just want to

16     make sure that this is a typo.

17         A.    I would have to go back and

18     confirm that, but I think you are

19     right.

20         Q.    And looking on your list of

21     documents considered, you don't see

22     anything that you believe that that's

23     a reference to?

24         A.    No.  I think what may have

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1  happened is when I was doing the

2  compilation there's a Civitello

3  2004 -- they're both C's -- and that

4  probably came out that way.

5       Q.    Other than reading the

6  deposition transcripts, did you do

7  any independent analysis regarding

8  the manufacturing operations at

9  National Rolling Mills?

10       A.    No.   We did not.

11       Q.    And you also cite to those

12  same depositions for the basis for

13  your statements in Section 3.2.1.2.

14  Did you do any independent analysis

15  regarding the waste generated by

16  National Rolling Mills?

17       A.    No.   We did get some

18  insight from Ed Fackenthal on

19  National Rolling Mills' operations.

20  He sent us a synopsis which we read.

21       Q.    And is that synopsis listed

22  in the documents considered in your

23  report?

24       A.    I don't believe it is.

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                      FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          Q.     Was that produced to

2     defense counsel as part of your file?

3          A.     Yes.  Well, I produced it.

4              THE WITNESS:   I'm assuming

5     that you did.

6              MS. WRIGHT:   I think I did.

7              THE WITNESS:   Okay.

8     BY MS. TROJECKI:

9          Q.     Excuse me?

10         A.     I produced it to counsel.

11    I'm just asking counsel if they

12    produced it to you.

13         Q.     Okay.  I'm going to see if

14    they did.

15             MS. TROJECKI:   I want to

16    mark as Hochreiter 10 a document with

17    the title NRM Investment Statement to

18    Defendant's Expert.

19             (Hochreiter Exhibit 10 was

20    marked for identification.)

21    BY MS. TROJECKI:

22         Q.     Is this the statement that

23    you are referring to that was

24    produced to you by Ed Fackenthal?

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1        A.      Yes.

2        Q.      So this Exhibit 10 was

3   prepared by Ed; is that correct?

4        A.      That's my understanding.

5   Ed provided it to me.

6        Q.      And you relied on this for

7   what part of your expert report?

8        A.      I read it.  I did not

9   incorporate any of the information

10  specifically in the report.

11       Q.      So then we were speaking

12  about whether you did any independent

13  analysis regarding the waste

14  generation by National Rolling Mills,

15  and we said that you read the

16  deposition transcripts of the

17  individuals we identified, and you

18  also reviewed Hochreiter 10.  Is

19  there anything else?

20       A.      No.

21       Q.      Under Section 3.2.2, in the

22  second paragraph, last sentence, you

23  state that "The estimation

24  extrapolation of spent acid wastes

JDR

**James DeCrescenzo Reporting**, LLC

215.564.3905                InnovatingLitigation                FAX  215.751.0581
                      1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                              www.JDReporting.com

1      generated each year on employee

2      recollections becomes problematic."

3           A.     I'm sorry, if you could

4      just tell me where you are.

5           Q.     Section 3.2.2, second

6      paragraph, last sentence.

7           A.     All right.

8           Q.     Can you explain to me why

9      the estimation or extrapolation of

10     spent acid wastes becomes

11     problematic, and I believe that you

12     are saying, based on the former

13     employee recollection?

14          A.     Let me read the paragraph

15     on that.

16          Q.     Okay.

17          A.     If you read the preceding

18     three sentences in that paragraph,

19     that really gives you a pretty good

20     tee-off for why we included giving so

21     many variables basing the estimation

22     extrapolation of spent acid wastes

23     generated each year on employee

24     recollections becomes problematic.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905            InnovatingLitigation            FAX  215.751.0581
                  1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                           www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          The reasons are, first of
2     all, the estimated rates of wastes
3     generated are based completely on
4     former employee recollections;
5     there's no hard tangible record
6     documents that we could go to.
7          It's also apparent from the
8     employee interviews and deposition
9     testimonies that Jonas and DeRewal
10    were not the only waste hauling
11    contractors used by National Rolling
12    Mills during the period of interest.
13    That's the second issue.
14          The third issue, further
15    after 1972 the acid reclamation plant
16    was in operation and when it was
17    operating effectively its usage
18    reportedly significantly reduced the
19    generated volumes of spent acid and
20    ferric chloride sent off site for
21    disposal.
22          So we are dealing with a
23    body of evidentiary material that
24    isn't first generation, if you will.

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                   FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      It's not somebody committing to the

2      written record that, yes, this is the

3      amount of waste I picked up, this is

4      the amount of waste I actually

5      generated.

6          Q.     Okay.  Can you turn to

7      Table 2a of your report?

8          A.     Sure.

9          Q.     And describe to me what the

10     basis of the information in Table 2a

11     is.

12         A.     We have -- at the top we

13     have DeRewal invoices for spent

14     acid.  We don't have quantities, we

15     just know that spent acid was

16     handled.  We have twelve tanker wagon

17     loads of waste removed in 1976.

18     Again, the material quantity or

19     weight is unspecified.  The comments

20     list the actual reference notes, but

21     it makes it very difficult to say

22     anything definitive about that waste.

23              The Jonas ledger in 1976

24     lists a series of dates from January

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                   1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    through October where gallonage was
2    picked up in a tanker wagon.  So what
3    we end up with for 1976 is 580,000
4    gallons of quantifiable waste
5    material that Jonas handled.
6            The same thing in '75.
7    It's a little more varied because we
8    are dealing with a broader variety of
9    waste materials, and, in most
10   instances, we have gallons
11   represented.  Then we come up with a
12   1975 total of 81,000 gallons and
13   811,000 pounds.
14       Q.    And are the gallons and
15   pounds separate entries or are the
16   gallons converted to pounds?
17       A.    We usually only put in the
18   tables what was actually reported.
19       Q.    So I guess my question is,
20   in 1975 are you saying that there is
21   an actual amount of 81,100 gallons
22   and an additional 811,190 pounds of
23   waste, or are they the same thing?
24       A.    They are essentially the

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905          1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103          FAX  215.751.0581
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    same thing.  There are one or two

2    entries where, for example, ferric

3    chloride waste in 1975, it was

4    reported as gallons, it was not

5    converted to pounds, so we are

6    dealing with one or two places --

7    probably only one where we didn't

8    have it in both measurements.

9         Q.    And can you describe to me

10   how you extrapolated with respect to

11   National Rolling Mills?

12        A.    Sure.

13        Q.    Go through the process.

14        A.    Let's go to -- if you go to

15   Page 3-9 of my expert report, the

16   second paragraph, "It is possible,

17   however, based on available

18   documentation of actual amounts

19   hauled during 1975 and 1976 to

20   calculate a minimum extrapolated

21   annual volume of waste acid generated

22   by National Rolling Mills.

23            "As summarized in table

24   Roman Numeral II, an average result

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    of 452,200 gallons of spent acid

2    wastes estimated to have been

3    generated per year.  Again, that

4    figure is believed to represent a

5    minimum amount for the time period as

6    it does not include haulers other

7    than Jonas in its basis and it is

8    likely that the available

9    documentation is incomplete for the

10   two years of record, 1975 and '76."

11          "Utilizing the available

12   data set and the same extrapolation

13   assumptions," what we did we had two

14   years, we came up with an average for

15   that two years, if you extrapolate

16   that for an eight-year period you

17   come up with the 1,959,533 gallons of

18   waste acid.

19      Q.    And how did you

20   calculate --

21      A.    And that's actually

22   incorrect.  It's from 1970 to 1974,

23   because this particular entity has

24   two parts, as you know.

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1        Q.    How did you calculate the

2    452,200 average, because I, for some

3    reason, couldn't figure it out.

4        A.    Okay.

5        Q.    I have a calculator if you

6    need that.

7        A.    Okay.  All right, if you

8    look at Roman II, Table 2, what we

9    have is a complete year in 1976 of

10    580,000 gallons based on the Jonas

11    ledger, and then based on Jonas

12    invoices and NRM shipping documents

13    we have a three-month record in 1975

14    for waste spent acid and ferric

15    chloride of 81,100 gallons.

16            So if you take the total

17    actual 661,100 and you take the

18    estimated annual waste volume, since

19    the 81,100 was three months, if you

20    do four times 81,100, I believe you

21    come up with 3.44.

22            You then have a 1975

23    estimated annual volume and a 1976

24    actual volume, and if you do the

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
            1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    average of those two, I believe you

2    come up with 452,200.

3        Q.    Okay.  So you extrapolated

4    within 1975 itself?

5        A.    That's exactly right.

6        Q.    Isn't there actually four

7    months of records for 1975?

8        A.    I don't believe so.

9        Q.    If you look at Table 2a, I

10   think there's a reference to, I

11   thought there was, May, July, August,

12   and then there's a reference to

13   September and then three months

14   afterwards.  So did you just -- you

15   didn't include the September?

16              In other words, some of

17   these are undated, they just say

18   1975, how did you know what months --

19   or did you attribute those undated

20   periods without a month to any

21   particular --

22        A.    It only occurs in one

23   instance with 4,500 gallons, and I

24   would have to do the math over again

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905              InnovatingLitigation              FAX  215.751.0581
                   1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                              www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    to see if we just took that 4,500
2    gallons out or whether we assumed it
3    was part of the three-month total.
4    In the grand scheme of things it's
5    not going to make really any
6    substantive difference.
7        Q.    And the reference that just
8    refers to 1975 you attributed those
9    to one of May, July, August?
10        A.    May, July, August, that's
11    correct.  We said we had three months
12    and those were the three months we
13    were given.
14        Q.    But there might actually be
15    more months than that.  These records
16    may actually account for more months
17    than May, July, and August, correct?
18        A.    I'm not sure I understand
19    how that could be, but, you know, I
20    suppose it's possible.
21        Q.    Well, some of them aren't
22    dated, is what I'm saying, some of
23    them don't have a month?
24        A.    Only the ferric chloride.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                    1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                           www.JDReporting.com

1    That's true towards the end there
2    were three, that's right.  And,
3    actually, there was another one
4    somewhere; we had a question mark
5    because we couldn't read it.  Where
6    was that?  Okay, the spent acid,
7    question mark 20, 1975.  So we are
8    not sure about that month, either.
9              But we did make the
10   assumption that this represents a
11   three-month period of time.  If you
12   wanted to argue that well, maybe you
13   don't know that with absolute
14   certainty, I wouldn't disagree with
15   you, but it was our best effort at
16   trying to approximate or understand
17   the limited data we were given.
18        Q.    And would the extrapolation
19   that you performed or would the
20   analysis be equally applicable to the
21   period after 1974?
22        A.    I'm not here to opine about
23   after 1974.
24        Q.    With respect to this

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          Innovating Litigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1     National Rolling Mills?

2         A.     Right.

3         Q.     And, again, for National

4     Rolling Mills, what specifically was

5     the basis for your extrapolating

6     throughout the entire period 1969 to

7     1977?

8         A.     First of all, I didn't

9     extrapolate from '69 to '77.

10        Q.     I'm sorry, it's a typo then

11    on Page 3-8 when you say National

12    Rolling Mills generated from 1969 to

13    1977 and then there's another

14    section.  So just to be clear, it

15    only refers from 1969 to 1974,

16    correct?

17        A.     That was -- yes.  Yes.  I

18    would like to see where the typo is,

19    though, if you can direct me, what

20    page are you on.

21        Q.     The section is titled --

22        A.     What page.

23        Q.     Sorry.  Section 3.2.2, and

24    the section is entitled Waste

JDR

James DeCrescenzo Reporting, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                          www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    Generated 1969 to 1977.

2         A.    Right.

3         Q.    And then there are some

4    other parts where you speak about the

5    waste period being '69 to '77?

6         A.    Well, you know, we did look

7    at records, I mean, there are records

8    that exist beyond the period of

9    interest that we have for this

10   report.

11        Q.    Meaning '70 to '74?

12        A.    Right.

13        Q.    So getting back to the

14   question, then, what is the specific

15   basis for your extrapolating with

16   respect to National Rolling Mills?

17        A.    It is taking the actual

18   Jonas ledger data for 1976, three

19   months of documentation for wastes

20   generated in 1975, doing an

21   extrapolation from three months of

22   '75 to the entire year 1975, and then

23   taking the estimated annual 1975 and

24   the best we could get actual 1976 and

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX 215.751.0581
              1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                          www.JDReporting.com

1   coming up with an average.

2        Q.    And you felt that you were

3   able to extrapolate because the

4   operations -- I mean, what's the

5   basis, why did you think you were

6   able to extrapolate throughout the

7   entire time period?

8        A.    We did not have any

9   information.  First of all, we only

10  extrapolated for the period of

11  interest for this particular -- this

12  is the one company that has two parts

13  to it.  So we only extrapolated for a

14  particular part of the period of

15  interest.

16       Q.    Okay.

17       A.    That being said, we were

18  not given any information that would

19  suggest that manufacturing processes

20  substantively changed during that

21  period of time.  So what we had as

22  the limited factual information we

23  felt comfortable extrapolating over

24  the period of interest for this

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    particular party.

2         Q.    So is it correct then, if I

3    could just summarize then, that you

4    used records from 1976?

5         A.    Yes, and '75.

6         Q.    1975 and '76 to show what

7    amount of waste was generated by

8    National Rolling Mills from 1970 to

9    1974 because you didn't have any

10   evidence to suggest that the

11   operations changed within that time

12   period; is that correct?

13        A.    That is correct.

14        Q.    Can you turn to Page 3-10

15   of your report, Ford.

16        A.    Sure.   Just give me a

17   second to do some more housekeeping.

18        Q.    Uh-huh.

19        A.    Okay.

20        Q.    Why is it that you were not

21   able to extrapolate with respect to

22   Ford but you were able to for

23   National Rolling Mills and American

24   Cyanamid?

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905              InnovatingLitigation              FAX  215.751.0581
                  1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                           www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          A.      We felt that -- in fact I

2     think we state this right in the

3     expert report, Page 3-10, Section

4     3.3.2.

5               What we had was a very

6     limited amount of evidentiary

7     material for one site, Watsontown,

8     and they were drums.  We totaled up

9     what was provided to us for those two

10    years and came up with 708 55-gallon

11    drums.

12              We decided that, since the

13    information was so sketchy, we could

14    not do an extrapolation and that 708

15    number of 55-gallon drums was simply

16    the minimum amount of wastes,

17    extrapolation with this limited data

18    set.

19              We did not have, for

20    example, as we did in the prior, a

21    continue -- a year of good continuous

22    record and then, secondarily, the

23    three months in 1975.

24              We had here one facility of

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1       several that are mentioned as

2       possibly generating wastes, and we

3       only had 55-gallon drums, and we were

4       not comfortable making any -- we did

5       not have enough understanding of how

6       their manufacturing process worked to

7       be comfortable that this represented

8       accurately wastes generated for any

9       particular time frame.

10               So to be appropriately

11      conservative, scientifically we

12      decided that we would simply take the

13      number as it was represented to us

14      and say that we considered it a

15      minimum total amount of waste

16      generated.

17          Q.    Are the documents that you

18      do have with respect to Ford's waste,

19      are they all in any particular year?

20      I believe they are in 1973.

21          A.    '72 and '73.  If you look

22      at Table Roman Numeral III, that's

23      probably the best -- it's essentially

24      a replication of Table 3 in the

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905                InnovatingLitigation                FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

278

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    appendix.  But you have a few dates

2    in 1972 and then several dates in

3    1973, but, again, it's not a full

4    year for either year.

5        Q.    So why didn't you

6    extrapolate, then, for the rest of

7    1973 like you did in the other cases?

8        A.    Because we felt that this

9    was a spottier record and a less

10   complete record.

11       Q.    In what way?

12             MS. WRIGHT:   Objection.

13             THE WITNESS:   My

14   recollection is that this was based

15   on invoices, purchase orders.

16             It's a little different

17   type of information than you would

18   get if you actually had a waste

19   ticket that shows I actually picked

20   something up, or you reported in a

21   104(e) that this is the amount of

22   material that I actually created,

23   waste that I generated.  That played

24   into it.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          Just because you issue a

2     purchase order, for example, doesn't

3     mean that it's actually fulfilled.

4     And it was a spotty record.  I don't

5     have what I would consider to be a

6     full year.

7          You know, you have February

8     12th, March 28th, a week in the

9     middle of April, the following week,

10    the first week of May and then

11    October, the end of October.

12         That, to me, is just, it's

13    too scattered and it's a professional

14    judgment.  There is nothing

15    quantitative that I will be able to

16    tell you to say, Oh, I used this

17    formula and this is how we decided

18    that we couldn't extrapolate.  It was

19    my professional judgment that we

20    could not extrapolate this.

21    BY MS. TROJECKI:

22         Q.    Okay, can you turn to Page

23    311, Standard Press Steel.

24         A.    Are we done with 4?

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

280

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1        Q.    Possibly.

2        A.    Because I'm going to do

3     housekeeping again.

4        Q.    Okay, keep yourself

5     organized.

6              Is the analysis the same

7     with respect to SPS that the

8     information that you put in your

9     report regarding the manufacturing

10    and waste generation and handling was

11    all taken from documents in the

12    repository and that you did no

13    independent analysis to determine

14    what the manufacturing operations

15    were at SPS or what the wastes

16    generated were?

17       A.    Yes, with the previous

18    qualification, that I don't know that

19    all of the material that was provided

20    to me came from the repository.

21       Q.    But it is certainly

22    elicited in your report under Section

23    6?

24       A.    Yes.

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
              1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    Q.    Incidentally, was all the

2    documentation that you reviewed

3    provided to you by defense counsel?

4    A.    I know I should understand

5    that question, but could you repeat

6    it?

7    Q.    Was all the documents that

8    you reviewed, when you say they are

9    all listed in Section 6 of your

10   report, were they all given to you by

11   defense counsel?  Did you go on the

12   Internet and research anything

13   yourself and get documents?

14   A.    We did look at, not the

15   individual companies, but we did some

16   research on the Boarhead Farms site

17   itself on the Internet.

18   Q.    Anything else other than

19   that?

20   A.    No.

21   Q.    Can you walk me through the

22   quantification of wastes for SPS and

23   how you calculated monthly or yearly

24   averages and how you extrapolated?

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6ᵗʰ Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          A.     Okay.

2          Q.     Let's go through the table

3     in your report regarding SPS.

4          A.     Well, we always start with

5     table -- the A table, so Table 4a we

6     had a relatively large body of data

7     to work with here.

8                 We had one facility, the

9     Jenkintown facility.  We had waste

10    categories that we sorted different

11    wastes into, as you can see, acetone,

12    chromic acid, cyanide degreasers,

13    what we call mix wastes, nickel and

14    other.

15                And the period of time for

16    these records, in most instances, is

17    known.  There's at least one instance

18    here, I thought there was two,

19    there's actually three, where dates

20    were illegible.  The last cyanide

21    entry, for example, we know the month

22    but not the day or year.

23                For the last of the mixed

24    wastes we knew the year but we didn't

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                 1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                      www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    know the month or the day, actually

2    for the last three of the mixed

3    wastes.

4              So what we did was we had

5    reporting based on a number of

6    55-gallon drums, and we assumed in

7    this instance that a 55-gallon drum

8    was full to 55 gallons, so we took

9    that 55-gallon drum quantity and

10   converted it to gallons.

11             And for each of the

12   categories we came up with a total,

13   and then for the total number of

14   drums and total gallons for all

15   documented wastes generated by SPS

16   and disposed with either Jonas or

17   DeRewal, we came up with 2,356 drums

18   or 134,080 gallons. So that's the

19   evidentiary material that we were

20   provided.

21        Q.    What is that last number

22   that you just read, the two hundred

23   and --

24        A.    2,300 -- it's at the bottom

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

1    of Page 4a, Table 2 or 3.

2        Q.    Okay.  2,356 drums?

3        A.    Drums.  Which converts

4    calculated to 134,080 gallons.

5        Q.    Okay.

6        A.    So then you move to Table

7    4b.  You have a 1973 monthly average

8    for acetone.

9        Q.    And how did you calculate

10   that monthly average?

11       A.    Let's see.  What we did was

12   that was considered representative of

13   one month in 1973.  So we had four

14   drums for the month of June.  So if

15   you extrapolate that to an annual

16   basis, it's four times 12 or 48, and

17   then if you extrapolate that --

18       Q.    It's like exponential

19   growth?

20       A.    It's not exponential, but

21   it's multiplicative growth.  Then we

22   come up with the number of drums with

23   the calculated estimate of the

24   gallonage.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
             1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1            And, essentially, the same

2    thing was done -- now with acetone

3    there was a limited amount of

4    information that we had.  We had more

5    information on the other categories,

6    chromic acid, cyanide waste, the

7    mixed wastes, and other wastes, but

8    we basically followed that same

9    model.

10        Q.    So I guess one of my

11   questions was related to the acetone

12   in general, and what is the basis for

13   your extrapolating -- in other words,

14   you have two records from 1973 that

15   say that four drums were picked up.

16        A.    Right.

17        Q.    So from that information,

18   how did you know that -- you know,

19   not considering any other documents

20   about the frequency of how acetone

21   was generated, that you can

22   extrapolate that amount for eight

23   years?

24        A.    It's a fair question.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905    InnovatingLitigation    FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    Let's say, just hypothetically, the

2    only wastes that were generated for

3    this particular site was acetone, and

4    we only had that limited amount, we

5    would not have done any

6    extrapolation.

7          We did extrapolation, I

8    think appropriately, for chromic

9    acid, cyanide wastes; we had enough

10   information for the degreaser mixed

11   wastes, the other categories of

12   wastes.  And if we were doing the

13   extrapolations for those, I was

14   comfortable going ahead and doing the

15   extrapolation for acetone and nickel.

16          When you look at the eight-

17   year extrapolated totals, if you were

18   to remove nickel and acetone and say,

19   Well, I don't think that was

20   appropriate, we shouldn't have done

21   those, it wouldn't have made a

22   significant difference in the bottom

23   line.

24          Q.    Did you conclude that any

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905                InnovatingLitigation                FAX  215.751.0581
                    1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                              www.JDReporting.com