# EXHIBIT "B"
# Part 6 of 7

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    of the records for a given year for

2    SPS were complete?

3        A.    Let's see.    I think it's

4    fair to say that none of the records

5    for SPS were considered complete for

6    any given year.

7              We felt that they were

8    spotty, and I believe in the write-

9    up, and let me take a look at what we

10   concluded.    "Recognizing that Table

11   4a's information only --" this is,

12   I'm sorry, on Page 3-14, second

13   paragraph from the bottom -- "that

14   Table 4a's information only

15   represents minimum waste quantities

16   generated and disposed.    Table 4b

17   utilizes the quantities summarized in

18   4a to extrapolate the potential

19   generated during the approximate

20   eight-year period."

21             So we recognized that we

22   felt that these were minimum waste

23   quantities generated and disposed,

24   that there were holes in this data

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    set as well, as there were with

2    almost all of them.

3        Q.    And how -- like, for

4    instance, with respect to chromic

5    acid, how did you know that those

6    records were incomplete?

7        A.    In the case of chromic

8    acid, we had two pickups in June, one

9    in August of 1970, we had three

10   pickups of chromic acid, identified

11   different ways, in 1971, all around

12   the end of September, beginning of

13   October.

14              Is it possible for just

15   those two years that they were

16   batching this material and that was

17   all they generated?  I suppose that's

18   possible.  But then there are storage

19   implications associated with,

20   depending on how this waste was

21   characterized, whether they would be

22   allowed to store it for a year.

23              So when you look at that,

24   it's reasonable to think that this

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                            www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1   was probably just partial records

2   rather than an accumulation over a

3   year.

4        Q.     But you didn't consider the

5   frequency as to how the waste was

6   generated or whether they may have

7   stored it for some period of time on

8   site?

9        A.     We considered it, and,

10  again, given the classification that

11  some of this waste would clearly have

12  as RCRA hazardous, if they were

13  accumulating it over 90 days then

14  they were in regulatory difficulty.

15            We didn't want to assume

16  they were in regulatory difficulty,

17  so we assumed, in turn, that they

18  probably were compliant with the law,

19  they just weren't reporting

20  everything.

21       Q.     And does that hold true for

22  1971?  In other words, is the basis

23  for your opinion that the 1971

24  chromic acid records are not

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                          FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    complete, is that based on the RCRA

2    statute and RCRA regulations?

3        A.    That's only part of it.  I

4    mean, it's a judgment call based on

5    the fact that we only received three

6    entries for 1971 in the chromic acid

7    example, and they are all clustered

8    around a three-week period, and then

9    we move on to 1972.

10       Q.    Now, are some of the wastes

11   that are listed in mixed waste or

12   other, isn't some of that also

13   chromic acid?

14       A.    It is possible that it

15   could be chromic acid.  The problem

16   is that the name that was given for

17   this waste is not specific enough.

18   We simply can't say.

19            For example, is it possible

20   that acid waste is chromic acid?  It

21   is possible.  But since it doesn't

22   have chromic or chromate or something

23   in it that would identify it as

24   chromium related --

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          Q.     Well, some of them do in

2     the mixed waste category?

3          A.     Well, hold on.  I'm sorry,

4     I was thinking you were talking about

5     other.  In mixed waste, absolutely,

6     some of it can be chromic acid and,

7     in fact, is identified as such, but

8     it's mixed with other things.  It's

9     not just chromic acid.  It's chromic

10    acid with something else, so that's

11    why we slid it over to the mixed

12    waste category.

13         Q.     So when you were

14    considering whether chromic acid

15    records for 1971 were complete, did

16    you also consider the mixed waste

17    records in that analysis?

18         A.     We did not.  We did not.

19    Because I don't know that -- for just

20    one example, I don't know that those

21    mixed wastes came from the same place

22    that the chromic acid wastes came

23    from.  Why were they mixed?  Was it

24    another process?  I just don't know.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
               1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                              www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          Q.     Let's move on to Western

2     Electric or Agere?

3               Is the analysis the same

4     for Agere as it is with respect to

5     the other plaintiffs that we talked

6     about so far, that the information in

7     the sections of your report dealing

8     with the manufacturing operations and

9     the waste generation practices are

10    all from documents that are listed in

11    your report under Section 6?

12         A.     With the same qualification

13    as before, yes.

14         Q.     And can you walk me through

15    how you performed the Agere

16    extrapolation?

17         A.     We had a lot of

18    information, relatively speaking for

19    Western Electric, which is Agere, and

20    since we don't know how to pronounce

21    it I will say Western Electric.   And

22    we also had multiple facilities for

23    Western Electric.

24               So 5a, without spending a

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    lot of time going through, I mean

2    it's essentially the same process

3    that we went through, and this is

4    heavily referenced.  We started with

5    the Reading facility and listed the

6    waste materials that were generated.

7              Some of this is trash as

8    opposed to hazardous waste.  We have

9    gallons, we have drums, some of it

10   was reported in pounds.  Usually, in

11   this instance, we didn't have gallons

12   and pounds, it was one or the other,

13   so what we did was we kept a running

14   total of each.

15             So where we ended up, and I

16   think it's probably more useful to

17   switch over to -- actually, we will

18   go to Roman Numeral V, which is sort

19   of the abbreviated version of Table

20   5b.

21             Actually, that's not going

22   to work.  We will have to go to 5b,

23   because that's where the math is.  My

24   mistake.

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1              What we had was for

2      Reading, each of the actual 12-month

3      period from April '73 to March '74

4      for the different waste categories

5      that were identified.  So we had a

6      good understanding of a particular

7      12-month period for each of those

8      waste categories and we summed those

9      up.

10              So in the case of, let's

11     pick one, the Miscellaneous Trash

12     Compacted -- Uncompacted, I'm sorry.

13     45,400 for the period April '73 to

14     March '74.  If you extrapolate that

15     times eight, I believe you will come

16     up with the 363,525 pounds.  It was

17     that kind of a process.

18        Q.    So it's your opinion, then,

19     that the records for the Agere

20     Reading facility were complete with

21     respect to the waste types that are

22     listed on Table 5b, correct?

23        A.    We concluded that for the

24     period April '73 to March '74 that

JDR

**James DeCrescenzo Reporting**, LLC

215.564.3905            InnovatingLitigation            FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    represented the best information we

2    had about waste quantities and types

3    for the waste produced at this

4    facility.    It was the most complete

5    record we had.

6         Q.    And is that just because

7    they had records for every month?

8         A.    Yes, that was a very -- we

9    considered that, I considered that to

10   be a very -- again, I don't want to

11   put a qualitative judgment on whether

12   they counted everything, but it

13   certainly was detailed for that time

14   frame, and it appeared that it would

15   include most of the wastes that were

16   generated.

17              But, again, in an absolute

18   sense does it include it all?    I take

19   everything at face value.

20        Q.    And going through for the

21   North Carolina Works, can you explain

22   how you calculated the average there

23   and what you did to extrapolate?

24        A.    There we had two months'

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905              InnovatingLitigation              FAX 215.751.0581
                   1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                              www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    worth of information, February and

2    March of 1972 and copper salts and

3    pounds per month were 50,618, so we

4    took a -- well, actually the 50,618

5    was the average month based on those

6    two months of information.

7              We extrapolated that up to

8    12, so we had an annual average, and

9    then we extrapolated that for the

10   entire period of interest.

11        Q.    So how did you calculate

12   the monthly average?

13        A.    The monthly average was

14   50,618 times 12, I believe.

15        Q.    Well, is the monthly

16   average 50,000?

17        A.    Yes, the monthly average is

18   50,000.

19        Q.    And how did you calculate

20   the 50,000?

21        A.    For North Carolina we would

22   go back to 5a, and we had copper

23   salts produced in February of 1972

24   and you've got four entries, two of

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    which are for February and two are
2    for March.
3         Q.    So did you add them up and
4    divide by four or did you add up the
5    February ones and divide by two and
6    add up the March ones and divide by
7    two?
8         A.    Let's see.  I don't
9    honestly recall exactly how I did
10   that, but I can reconstruct it pretty
11   easily.
12        Q.    Could you?
13        A.    Yes.  I believe what we did
14   was we took the two entries for 1972
15   and averaged those, the two entries
16   for 1973 and averaged those.
17        Q.    For March you mean?
18        A.    For March and then came up
19   with the 50,618 as an average monthly
20   for that, yes.
21             And I will admit that
22   that's based on limited information,
23   but it was all the information we
24   were provided.  And knowing what we

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103        FAX  215.751.0581
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    know about how that operation worked,

2    we knew there was copper salts

3    produced, and it appeared that those

4    copper salts were produced over the

5    entire period of record, so.

6        Q.    And how about for

7    Allentown?

8        A.    For Allentown it was --

9    Allentown was complicated, so I have

10   to go back and look at exactly how we

11   did that.

12       Q.    Because there aren't a lot

13   of references to months in the

14   Allentown records?

15       A.    Right.  The Allentown

16   records are spottier than the

17   others.  And then we had this

18   category of unspecified location,

19   either Allentown or Reading.  I'm

20   going to have to look at the text and

21   see how we actually ended up doing

22   that.  My recollection isn't fresh on

23   how we dealt with that.

24               What I said in the report,

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX 215.751.0581
              1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    "Based on the limited quantitative
2    information --" and this is on Page
3    3-21 -- "available for Allentown
4    Works generated wastes, minimum and
5    maximum annual and eight-year
6    extrapolated totals could only be
7    estimated for the flammable liquid
8    wastes, the nonflammable solvents,
9    and acids, miscellaneous chemicals
10   waste streams.  Both the minimum and
11   maximum volume for each of these
12   three waste streams was estimated due
13   to the existence of the reported
14   actual annual amounts for 1969 and
15   1970 and Western Electric's own
16   estimates of annual volumes
17   generated."
18            So we ended up with a range
19   based on those two pieces of
20   information for each of those three
21   waste categories.  And then once we
22   had those ranges for annual volumes
23   generated, those were simply
24   extrapolated times eight.

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905                    1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103          FAX  215.751.0581
www.JDReporting.com

1      Q.    And why is it that you

2  could only could do it for flammable

3  liquid wastes, not flammable solvents

4  and miscellaneous?

5      A.    Again, this was a complex

6  one for us to do, and at this late

7  hour in the day I don't recall

8  exactly why we picked those

9  categories.  I'm certain it had to do

10 with the fact that that's where we

11 had robust data sets or relatively

12 robust data sets.

13          MS. TROJECKI:  Want to take

14 another break?

15              (Recess taken)

16 BY MS. TROJECKI:

17     Q.    Can you turn to Page 4-1 of

18 your report.

19     A.    Sure.  Give me a second.

20     Q.    I think there is a table --

21     A.    No, I was pretty certain

22 there wasn't, but I'm just being

23 thorough.

24     Q.    Is the same analysis true

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    for Bostik, in other words that the

2    information that you have stated in

3    your report in Sections 4.1.1.1 and

4    4.1.1.2 came from documents that you

5    reviewed that are listed in Section 6

6    of your report?

7          A.    That is correct.

8          Q.    And why is it that you

9    thought you did not have or you think

10   you do not have enough information to

11   determine any quantities of or -- let

12   me rephrase that.

13               Why is it that you did not

14   have enough information to

15   extrapolate with respect to Bostik?

16         A.    This was the one -- give me

17   a second.  I want to read.

18               The problem with Bostik was

19   that we didn't trust that the Table

20   6a information, which comes from 1976

21   and 1977, represented what this

22   particular facility could have been

23   making in terms of product and waste

24   material from that product.

302

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      Q.    When you say the Table 6,
2  what table are you referring to?
3      A.    I'm sorry, it is getting
4  late in the day.   That's why it
5  wasn't making sense.   6a had nothing
6  to do with this.
7            What we had were two or
8  three pieces of information regarding
9  waste generated at Bostik.   One was
10  the City of Philadelphia Sewer's
11  information regarding Revere Chemical
12  site; the other was deposition
13  information from Mr. DeRewal, and
14  something called the Bushman
15  memorandum which showed us some
16  things about the composition of the
17  spent acid, but didn't really tell us
18  much about how much was generated.
19            So with regards to Bostik,
20  we just didn't have enough hard
21  factual information in my view to be
22  able to even say for any given period
23  of time how much -- it was clear they
24  were producing acid as a waste, but

303

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    nothing that would tell us how much
2    acid was being produced for a month,
3    three months, five months, a year.
4           And I was just not
5    comfortable doing an extrapolation
6    based on the allegation-type
7    information that we had.
8       Q.    If you did have information
9    that Bostik generated so much spent
10   acid waste in a month or a year,
11   would you be able to extrapolate
12   throughout the period of interest?
13      A.    It's possible we could,
14   yes.  I would have to look at what
15   kind of material, hypothetically,
16   documentation we would be presented
17   with, and then we would make a
18   judgment call as to whether we could
19   do an extrapolation, if the data was
20   considered reliable for the period of
21   record and whether there -- because
22   we don't really have a lot of
23   information on the operation at
24   Bostik and how it might have changed

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                    FAX  215.751.0581

304

1    over time, so.

2         Q.    Do you know whether the

3    Bostik operation was throughout the

4    entire period of interest as defined

5    in your report?

6         A.    I'm not sure that I know

7    that.

8         Q.    If you did know that, would

9    there be any other information that

10   you would need to determine whether

11   or not to extrapolate, given that you

12   had some actual quantities?

13        A.    My preference is never to

14   extrapolate, so if we are talking in

15   a hypothetical ideal world, I would

16   like to have all of the waste

17   tickets, all of the records, the

18   invoices that show from 1969 to 1977,

19   what waste was produced and how much.

20             The idea would be to have

21   all of the documented waste disposal

22   records.  Then I would be very

23   confident in and I wouldn't have to

24   do an extrapolation and I would know

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905         InnovatingLitigation         FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    how much waste we are talking about.

2              In the instance of getting

3    some records, yes, we could probably

4    do something with a period of time

5    that we're fairly confident

6    represents all of or most of the

7    waste that was generated for a time

8    frame.

9              And, then, if we knew that

10   the facility hadn't significantly

11   changed its operation, its waste

12   generation practices, then I would be

13   comfortable doing an extrapolation.

14        Q.    And many of these

15   instances, though, is it more that

16   you, it's not that you know that the

17   company kept consistent operations,

18   it's that there's no evidence to

19   suggest that they changed; isn't that

20   correct?

21        A.    That's correct.   That's

22   correct.

23        Q.    Okay.   Let's turn to Page

24   4-3, Ciba-Geigy.   And is it the same

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    thing for Ciba-Geigy?

2         A.    I'm sorry, is it 4.2 or

3    4.3?

4         Q.    Page 4.3.

5         A.    Okay.

6         Q.    So for Section 4.2.1.1 and

7    4.2.1.2, that the information in

8    those sections are relied-upon

9    documents that are listed in Section

10   6 of your report, and you didn't do

11   any independent analysis regarding

12   Ciba-Geigy's manufacturing operations

13   or waste generation?

14        A.    Two questions there, it

15   consti -- I don't know how to

16   exact -- the second question is we

17   didn't do any independent research,

18   and the answer to the first one is

19   the same as I have answered

20   previously, we simply used the record

21   documents that we were provided.

22        Q.    Okay.

23             And can you walk me through

24   the Ciba-Geigy quantification of

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
              1880 JFK Blvd., 6ᵗʰ Floor, Philadelphia, PA 19103
                        www.JDReporting.com

307

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    wastes?

2        A.    Sure.    Hold on one second.

3            All right, for Ciba-Geigy,

4    when we were looking at the Cranston

5    plant, we had what we thought were

6    fairly good records from 1976 and

7    1977.

8            So on Table 6a what we did

9    was we summed up and in most

10   instances they were tanker trucks.

11   Tanker trucks were 3,000 gallons, I

12   don't recall exactly how we knew

13   that, there was something that gave

14   us the ability to say a tanker truck

15   was 3,000 gallons, and there was one

16   or two instances where there was

17   gallonage and pounds provided, so we

18   were able to do some cross-

19   referencing.

20           But, anyhow, I think the

21   summations that we did were in

22   gallons.    So we had a 1976 total and

23   a 1977 total, and most of this, if

24   not all of it was waste acid,

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                    FAX  215.751.0581

308

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    different types of acid, but pretty

2    much sulfuric acid.

3        Q.    And is it your opinion that

4    the records for 1976 were complete?

5        A.    Again, going back to the

6    same qualification that I made

7    before, I don't have a way of

8    independently ascertaining that any

9    records are complete, but they are

10   certainly more robust for 1976 and

11   '77, sufficiently robust, in our

12   view, that we could say as a minimum

13   this was the amount of waste for

14   these years that was generated.

15       Q.    Did you extrapolate for

16   Ciba-Geigy?

17       A.    Yes.

18       Q.    And you extrapolated for

19   1976; is that correct?

20       A.    '76 and 1977.  If you go to

21   Table 6b you will see how we did

22   that.  We came up with a 1976 monthly

23   average.  Based on the 1976 totals if

24   you take 40 -- let me just --

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                  1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                              www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      Q.    I think you actually

2   calculated the average for each

3   month.

4      A.    Yes.

5      Q.    And then did that.  Can you

6   verify that?  I mean, that's how you

7   did it for other tables.  I didn't do

8   it specifically for Ciba-Geigy.

9      A.    I believe that's correct.

10  I believe you are right.

11     Q.    Could you actually use the

12  calculator and just confirm that

13  that's right?

14     A.    Sure.

15     Q.    The first thing you tried

16  to do was, what, divide 3,400 by 6?

17     A.    Right.

18     Q.    And you didn't come out

19  with a monthly average.  So what I

20  think you did is for September, for

21  instance, you added up the entries

22  for September and then divided by

23  five, and then averaged all that.

24  But can you confirm that?

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          A.      Right.    I appreciate you

2    giving me that recollection.    I

3    believe that's -- I mean, I would

4    have to do more calculations, but I

5    believe that is how we did it.

6              So, anyhow, we came out

7    with the 1976 and 1977 monthly

8    averages that are listed in Table 6b,

9    extrapolated those out to the full

10   years, 1976 and 1977, the monthly

11   average times 12, and then we took

12   1976 and 1977, divided it by two and

13   said that's an annual average, and

14   then took that times eight and came

15   up with 728,239 gallons.

16          Q.      And what is the basis for

17   your extrapolating specifically with

18   respect to Ciba-Geigy?

19          A.      A belief that we've got a

20   period of time with good waste

21   generation records, and a belief

22   that, not a belief, a lack of

23   information that would suggest that

24   operations through the period of

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    interest differed significantly from

2    1969 to 1977.

3          Since we didn't see any

4    evidence of a change, we were

5    comfortable taking this period of

6    record and extrapolating.

7          Q.    Did you see any evidence

8    that there was no change?

9          A.    No.  We saw no evidence of

10   a change.

11         Q.    And what is Tolban that is

12   referenced in Section 4.2.1.2 of your

13   report?

14         A.    According to my text, "The

15   Cranston plant reportedly developed a

16   process to make the Ciba-Geigy

17   product known as Tolban.  The Tolban

18   manufacturing process utilized

19   several intermediates including one

20   which used mixed acid for nitration.

21   The nitration process used sulfuric

22   acid and generated wastes or spent

23   sulfuric acid at the Cranston

24   facility."

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1            To answer your question

2    directly, what is Tolban, I would

3    have to go on the web and find out

4    actually what that product is, which

5    I did not do.

6        Q.    Do you know if the

7    manufacturing of that product led to

8    the waste that is listed in the table

9    in your report regarding Ciba-Geigy?

10       A.    I don't know with certainty

11   that the Tolban manufacturing process

12   produced part or all of the acid

13   that's discussed or presented in

14   Section 6a.

15            I think it's reasonable to

16   expect that at least a portion of

17   this waste acid came from that

18   process, given that's what they did,

19   but it's certainly not the only -- I

20   would believe it's not the only

21   manufacturing process that occurred

22   at that facility.

23       Q.    If all of the records that

24   are listed in Table 6a actually refer

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    to waste generated as a result of

2    manufacturing Tolban, would you say

3    that it's not appropriate to

4    extrapolate over the eight-year

5    period given that the records

6    indicate that it was only

7    manufactured in the early to late

8    1970s?

9        A.    That would be correct.  If

10   we had evidence that suggested that

11   all of that waste in 6a was generated

12   from the Tolban process, then we

13   would have to modify the

14   extrapolation to only cover the

15   period of time that that process

16   existed.

17       Q.    I'm sorry to do this to

18   you, but I'm actually going to have

19   to ask that you go back and calculate

20   for Ciba-Geigy the monthly average,

21   because I see here in my notes that I

22   tried to do it both ways and I don't

23   know what the outcome was.  Just to

24   be sure.

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103          FAX  215.751.0581
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1           I mean, if there's an error
2   I want to make sure that we get it.
3       A.     There is, by the way, I
4   think, in Ciba-Geigy a typo.
5           MS. WRIGHT:  In the stuff
6   that we sent you yesterday.
7           THE WITNESS:  Yes, if you
8   go to 4-4 of the --
9   BY MS. TROJECKI:
10      Q.     In the stuff that you sent
11  me yesterday?
12      A.     Yes.  But you will actually
13  see in the stuff I sent you yesterday
14  the total of 66,767 pounds at the
15  top, that number is off by a little
16  bit, and that's a typographical
17  error.
18          So if you look at the
19  material that we provided yesterday,
20  you will see that that's corrected
21  and that might answer your question.
22      Q.     Well, just because you
23  brought it up, I just want to say for
24  the record that the report that was

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905          1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103          FAX  215.751.0581
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1  sent to me yesterday, I received it

2  by e-mail last night at 6 o'clock.  I

3  haven't had a chance to look at it

4  yet.

5            In fact, I didn't get it

6  until this morning.  During our lunch

7  break, I actually opened it up and

8  printed it.  So we are not waiving

9  our right to object to the revised

10  report or to call Mr. Hochreiter back

11  for another day of deposition if we

12  have to.

13            With that being said, I am

14  going to skim it before we leave

15  tonight during a break and I will ask

16  you whatever questions I can about

17  it.

18      A.    Okay, that's fine.

19      Q.    So for right now, the

20  typographical error that you are

21  speaking of in your new report, was

22  that just a typo or was that

23  different math that was performed?

24            MR. PETTIT:  I object to

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905                    1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103                    FAX  215.751.0581
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    the form of that question.  It's not

2    a new report.  They are fairly minor

3    corrections to the existing report,

4    so I would object to the

5    characterization of new report.

6              MS. FLAX:  And I would add

7    to that objection that Mr. Hochreiter

8    testified that the number in

9    Hochreiter 1 is incorrect, and he's

10   corrected it in the corrected pages

11   that were provided to you last

12   evening.

13              That was his testimony, so

14   I just don't want to suggest that --

15              MS. TROJECKI:  And I'm just

16   trying to find out if it's just a --

17   BY MS. TROJECKI:

18       Q.    The question was, was it

19   just that you typed in the wrong

20   number or was there actually new

21   analysis?

22              Because I haven't read the

23   revised report, and that being said,

24   I did skim it, and I saw a lot of

JDR

James DeCrescenzo Reporting, LLC
InnovatingLitigation
215.564.3905       1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103       FAX  215.751.0581
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    underlined sections where it looks

2    like there were significant changes

3    to it, but, like I said, I haven't

4    read it yet.

5         A.    To answer your question, it

6    was simply a transcription error.

7         Q.    Okay.  Now, has your

8    opinion --

9              MS. TROJECKI:  I want to

10   have marked as the next exhibit a

11   draft of your report that was sent

12   from Valerie Holliday to you on

13   September 20th by e-mail.

14              (Hochreiter Exhibit 11 was

15   marked for identification.)

16   BY MS. TROJECKI:

17        Q.    And I want to call your

18   attention to Page 4-7.  And the

19   paragraph that starts with "Based on

20   currently available information

21   knowledge of Ciba's operating time

22   frame and activities during that time

23   frame is insufficient to justify

24   extrapolation of the limited 1976 to

**JDR**

**James DeCrescenzo Reporting**, LLC
Innovating Litigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                    FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      '77 waste acid generation data into

2      the remainder of the 1969, 1977 time

3      frame."

4                That appears to be a

5      different conclusion than the

6      conclusion that you ultimately

7      reached in your final report,

8      correct?

9          A.    That is correct.

10         Q.    Can you tell me why the

11     change?

12         A.    I don't think there was any

13     new information that was provided.

14     We took another look at all of the

15     data when this particular draft of

16     the report was produced.

17                I was looking to see if the

18     original or the initial conclusions

19     that I was reaching with regards to

20     the application of the extrapolation

21     guidance were appropriate.

22                And in the case of Ciba, I

23     made the determination that, in fact,

24     although initially I didn't feel

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905                InnovatingLitigation                FAX  215.751.0581
                  1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                            www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    comfortable doing the extrapolation,

2    as we looked at the data again I got

3    myself more comfortable with it, and

4    it was just a decision on my part to

5    go ahead and do the extrapolation.

6            I felt comfortable with it,

7    because to do so would be consistent

8    with the way we dealt with other

9    plaintiffs or settled defendants.

10       Q.   Did you speak to defense

11   counsel at all about the change from

12   your first opinion that there was

13   insufficient information to

14   extrapolate and then later

15   extrapolating with respect to Ciba-

16   Geigy?

17       A.   I don't have a recollection

18   that I specifically talked to defense

19   counsel about that.  It's possible

20   that it might have come up in a

21   conversation or comments, you know,

22   but I don't have a specific

23   recollection that defense counsel led

24   me to look at this again.

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          My recollection is that

2    this was something that I looked at

3    in the course of developing the

4    expert report and felt that we could

5    comfortably do.

6        Q.    So what was it that you

7    were missing the first time, or what

8    changed?  What made you change your

9    mind, specifically?

10       A.    We prepared this report,

11    basically, in 45 days, so there was

12    an awful lot of information that was

13    being digested and analyzed, and the

14    application of these criteria,

15    because every plaintiff and settled

16    defendant had a different checkered

17    history as to exactly how much

18    information was available and how

19    much was missing.

20          So I made a first cut of

21    what I was comfortable doing the

22    extrapolation on and then had a

23    conversation with my colleague

24    Valerie, as well as, you know,

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
              1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                          www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    general discussions with counsel

2    about the direction we were going.

3             This was my decision,

4    though, and if somebody raised a

5    question, a specific question and

6    said, Gee, if you did it here, why

7    didn't you do it here, I don't have a

8    recollection of that conversation.

9             My recollection is that we

10   did an initial cut of what we could

11   extrapolate and what we couldn't and

12   then went back, as I thought was

13   prudent, to reevaluate what we had

14   done, and my sense was, you know, on

15   second read, I think we do have

16   enough information for Ciba to be

17   able to do a credible extrapolation.

18             Nothing more complicated

19   than that.

20        Q.    Is this one that is sort of

21   on the fence, you could go either

22   way?

23        A.    I made the decision to do

24   the extrapolation, so I'm comfortable

**JDR**

**James DeCrescenzo Reporting**, LLC

InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                    FAX 215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1  with that.

2        You could make an argument

3  for many of these extrapolations

4  that, if we were armed with better

5  information, quite frankly, we would

6  use that information.  And if we have

7  better information, then we will go

8  ahead and use it.  This is a judgment

9  call.

10        And, obviously, in an

11  earlier iteration of this report my

12  feeling was I wasn't comfortable

13  doing the extrapolation.  As I

14  thought about it, I felt to do an

15  extrapolation on Ciba would make it

16  consistent with other decisions we

17  were making on other plaintiffs or

18  settled defendants.

19    Q.    So what specifically was it

20  about Ciba-Geigy that made you decide

21  in the end that you could

22  extrapolate?

23    A.    I think the quantity of

24  information that we had, the fact

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    that it appeared for that 1976, '77

2    time frame to be a fairly robust data

3    set after all.

4        Q.     Did you consider the

5    manufacturing operations of Ciba-

6    Geigy in deciding whether or not to

7    extrapolate?

8        A.     There was nothing in the

9    information that we had that

10   suggested that there were significant

11   changes in the Ciba operation during

12   the period of time.  Now, that being

13   said, the Tolban manufacturing was a

14   product that came on line during the

15   period of interest.

16           We don't know whether there

17   were other manufacturing processes

18   that occurred.  This plant I don't

19   think came into existence when Tolban

20   was created, they were making other

21   things.

22           And we don't know, as I

23   said before, whether the Tolban

24   manufacturing process itself is

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905                InnovatingLitigation                FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    representative of 0 percent, 10

2    percent, 50 percent, 100 percent of

3    the waste materials that were

4    tabulated through 1976 and '77.

5              So it's certainly possible

6    for someone armed with better

7    information to be able to enlighten

8    this analysis, and I would love to

9    see if that information exists, but

10   given what we had, I was comfortable,

11   I got myself very comfortable with

12   going ahead and doing the

13   extrapolation.

14        Q.    But do you have any opinion

15   other than the possible -- other than

16   the wastes listed in your table

17   regarding Ciba-Geigy may have come

18   from Tolban manufacturing as to what

19   other manufacturing processes this

20   waste could have come from?

21        A.    I do not.  Everything that

22   we know about what they did is in

23   this -- essentially summarized in

24   this report.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1     Q.    So you don't know anything

2   about the frequency of waste pickup,

3   correct?

4     A.    I don't recall anything

5   that I saw in the documentation that

6   would give us a good indication of

7   frequency of waste pickup over the

8   period of interest.

9     Q.    Okay.  Can you refer to

10  Page 4-5 of your report, Knoll

11  International.

12          It appears that the only

13  information you have regarding

14  Knoll's manufacturing operations or

15  waste generation is deposition

16  testimony in this case; is that

17  correct?

18    A.    That's my understanding,

19  yes.

20    Q.    And why is it that you do

21  not believe you have -- you are not

22  able to extrapolate with respect to

23  Knoll?

24    A.    If you look at Section

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                        www.JDReporting.com

1    4.3.2, and we basically summarize in

2    three bullets what we know or think

3    we know about Knoll's waste

4    generation history, and it's limited

5    to DeRewal employee deposition

6    testimony.

7              The testimony is not all

8    that enlightening or helpful.  It

9    doesn't talk about definitive time

10   frame.

11             The best information was

12   John Barsum basically saying that he

13   used a 4,000-gallon tanker once a

14   month for eight or nine months in

15   1973 or '74, but this is really

16   almost anecdotal information.  It is

17   not something that in the hierarchy

18   of information we felt comfortable.

19             So what we said in the

20   report is that, based on just taking

21   those three bullets at face value,

22   you can calculate a range of 39,500

23   to 45,000 gallons of unknown liquid

24   wastes generated by Knoll during the

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    early to mid-1970s.

2              I don't know how I could

3    begin to credibly extrapolate that,

4    because I'm not certain I know what

5    time frame we are talking about, and

6    I'm certainly not comfortable with

7    that being a number I could rely on

8    in terms of volume.

9         Q.    Can you turn to Page 4-6 of

10   your report, Plymouth Tube Company.

11             Your conclusion with

12   respect to Plymouth Tube Company is

13   that Plymouth Tube generated an

14   estimated volume ranging from 28,000

15   to 299,000 gallons of spent acid

16   waste, correct?

17        A.    During the period 1972 to

18   1976, yes.

19        Q.    And what is that based on?

20        A.    It is based on available

21   shipping documents for waste acid

22   produced June through November, 1976,

23   which are the actual hard evidentiary

24   materials, and then we had a 1971

328

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    permit application that -- at the

2    high end that talked about spent acid

3    and rinse wastewater, 230 gallons a

4    day, five days a week, 52 weeks a

5    year over the five-year period.

6              If you do that simple math,

7    you come out to 299,000 gallons.

8              And then we had Hawk, 1977,

9    which was the general manager of

10   Plymouth, basically, he wrote to the

11   Pennsylvania DER that Plymouth Tube

12   disposed of hazardous wastes, spent

13   pickle liquor during the period '72

14   to '77, and he gave estimates of what

15   he thought that was, which ranged

16   from 27,000 gallons to 51,750

17   gallons, depending on the number of

18   loads.

19        Q.    And do you have any opinion

20   as to what is the most appropriate

21   estimate, the 28,000, the 27,000, the

22   51,750, or the 299,000?

23        A.    We say in the note below

24   Table VII, "The 27,000 gallon

**James DeCrescenzo Reporting**, LLC

215.564.3905     InnovatingLitigation     FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

329

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    estimate is excluded from the

2    estimated range of total wastes

3    because it is considered to be

4    superseded by the 28,000-gallon total

5    derived from the '76 shipping

6    documents."

7              So if you are allowed to

8    make that substitution, we have three

9    sets of numbers, and we are not able

10   to ascribe relative merit to any of

11   those three numbers.  It's an order

12   of magnitude differential in terms of

13   quantity.

14       Q.    And I notice that earlier

15   drafts of your report do not

16   reference the 1971 permit

17   application.  Do you recall that

18   being added at some point later?

19       A.    I think that may have just

20   been something that was in our -- I

21   don't think anybody sent it to us

22   later.  I could be wrong, but I think

23   that we got that in the initial set

24   of documents.

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          It was just something in

2     the course of reviewing the

3     evidentiary material we said, Well,

4     you know, this is another way we

5     could look at this.

6          Q.   Did you review it the first

7     time around?

8          A.   We reviewed everything the

9     first time around, but you don't do

10    it perfectly the first time around.

11    You --

12         Q.   Was there actually a

13    decision that, after you reviewed the

14    1971 permit application, that it's,

15    you know, not reliable enough to base

16    an estimate on?  Why was it included

17    later on, or did you just miss the

18    document completely?

19         A.   No, I don't think it was

20    either.  I know for a fact that I

21    knew the document existed.  We made a

22    decision in the initial cut of the

23    reports or the report that the permit

24    application really wasn't relevant.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905                 InnovatingLitigation                 FAX  215.751.0581
                    1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                              www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1          And then going back and
2    internally reviewing what we had
3    done, we thought of the permit
4    application and said, Well, you know,
5    this is a way that we might be able
6    to bracket a range.
7          Q.    Now, does the permit
8    application, is that just a -- it
9    talks about it in your report, as
10   proposed in the permit application,
11   spent acids from the first still
12   rinse were to be hauled from the
13   facility by the contractor.  Do you
14   know if that ever actually happened?
15         A.    I do not know that.  That's
16   why we provided a range.  Because if
17   they made, which they did, the
18   application for permit, and the
19   permit allowed for that quantity to
20   be generated, then conceivably that's
21   an upper-end limit.  They certainly
22   wouldn't exceed the permit.
23         And we certainly knew that
24   the 28,000-gallon number was based on

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                        FAX  215.751.0581

332

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1   a very limited period of time, and

2   without knowing -- and it was a

3   one-shot deal, so we didn't know

4   whether that represented a period

5   that was low production of waste,

6   high production of waste.

7           So in this instance we made

8   the judgment call that we will go

9   with a range.

10      Q.     And you actually

11  extrapolated using the permit

12  application for the time period '72

13  to '76, correct?

14      A.     That's correct.

15      Q.     And what's the basis for

16  your extrapolating specifically with

17  respect to Plymouth Tube Company?

18      A.     I think Mr. Hawk's

19  indication that waste was generated

20  from 1972 to 1976 factored into that

21  decision pretty heavily.

22      Q.     Okay.  Anything else?

23      A.     Not that I recall.

24      Q.     Going back again to the

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905     InnovatingLitigation     FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    Plymouth Tube, do you know if
2    Plymouth Tube was in operation before
3    1972?
4         A.    I don't know whether there
5    was an operation there prior to
6    1972.  I suspect there wasn't.
7         Q.    And why do you say that?
8         A.    The application for the
9    permit, I believe, was filed to allow
10   for the manufacturing process to
11   commence.  There may have been a
12   different operation there.  I can't
13   speak to that.
14        Q.    And is that why you then
15   didn't extrapolate to earlier years?
16        A.    That's correct.  Basically,
17   I believe it was Mr. Hawk's, the Hugh
18   Hawk 1977 document that gave us
19   insight on the period of time they
20   operated.
21        Q.    But you didn't do any
22   independent analysis to determine
23   what manufacturing processes resulted
24   in the wastes that are listed in your

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1      table regarding Plymouth Tube?

2          A.     No.

3          Q.     Where are we up to,

4      Quickline Design & Manufacturing?

5          A.     Yes.

6          Q.     You believe that Quickline

7      generated a minimum volume of 1,925

8      gallons of waste chromic acid; is

9      that correct?

10         A.     Let me take a look.  Yes,

11     that's what I say in the report, and

12     that's my recollection.

13         Q.     And that's based on a

14     DeRewal Chemical Company invoice from

15     1973, correct?

16         A.     I believe it is, yes.

17         Q.     And why is it that you were

18     not able to extrapolate with respect

19     to Quickline?

20         A.     Concern here was again that

21     we had very limited information in

22     4.5.1.2, Section 4.5.1.2.  There are

23     three bullets that summarize what we

24     know about Quickline's operation.

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
                  1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                          www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1            One of them is deposition

2    testimony, one is correspondence from

3    DeRewal to Quickline quoting for

4    disposal of a certain type of waste.

5    And then we have the DeRewal Chemical

6    Company invoice, the one invoice

7    dating from 1973 where 35 drums of

8    chromic acid waste was taken off

9    site.  We don't know the time frame

10   that that particular transport is

11   supposed to represent.

12            So we have such little

13   information that I was very

14   uncomfortable doing any

15   extrapolation.

16        Q.    What do you mean when you

17   say you don't know the time frame

18   that that transport was supposed to

19   represent?

20        A.    Well, dates from 1973, was

21   that a six-month aggregate, a

22   two-month aggregate, a two-year

23   aggregate, a three-year aggregate of

24   waste?  We just don't know.

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1        Q.     I guess I didn't look at

2    that document particularly.  When you

3    say dates from 1973, what does that

4    mean?

5        A.     I believe that means that

6    the invoice was dated 1973.

7        Q.     So based on that, would you

8    say that the chromic acid was

9    generated some time in 1973?

10        A.     I can't say.  And that's

11    the concern.

12        Q.     Haven't you done that with

13    respect to all the other plaintiffs

14    and settled defendants, though?

15        A.     I made an assumption that

16    they would be in compliance with

17    RCRA, so in a best case scenario,

18    1973, 90 days prior to the date of

19    that invoice that waste was generated

20    on site.  I don't know what process,

21    I don't know anything about how it

22    came to be.

23             So even if we assume that

24    that's the underlying assumption, we

JDR
James DeCrescenzo Reporting, LLC

215.564.3905          InnovatingLitigation          FAX  215.751.0581
              1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                      www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    still have one 90-day window, and we

2    are not even certain of the 90 days,

3    but we will assume it, in 1973 where

4    Quickline's wastes are identified by

5    volume.   It's just insufficient in my

6    judgment to extrapolate and draw any

7    conclusions.

8              So what we say is that you

9    can calculate 1,925 gallons, and we

10   certainly consider that a minimum

11   amount.

12        Q.    Now, was Quickline in

13   operation throughout the entire

14   period of interest, as defined in

15   your expert report?

16        A.    In my report, we say during

17   the period 1970 to 1977, Quickline

18   Designed & Manufacturing was located

19   at 1 Fellowship Road, and I reference

20   Schmidt, 2003.  So I don't have a

21   recollection of Schmidt, but I am

22   assuming that in Schmidt that is what

23   they are telling us.

24        Q.    So I guess what I'm

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                      FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    struggling with on this one is that

2    you -- on some of the other ones you

3    said you weren't able to extrapolate

4    because you didn't know if they were

5    in operation at the time and for

6    American Cyanamid and SPS you were

7    able to extrapolate based on

8    specifically that those companies

9    were in operation continuously

10   throughout the entire time period.

11            So in this one it seems

12   that Quickline was manufacturing the

13   entire time period and you do have

14   one record, so what's the difference

15   here?

16       A.    The difference here is

17   that, in the case of American

18   Cyanamid, we've got a period within

19   our period of interest, a subperiod

20   of interest if you will, where we've

21   got what we judge to be a fairly

22   robust data set in terms of the types

23   of wastes that were generated.

24            In the case of Quickline,

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905     InnovatingLitigation     FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

```
1    I've got one invoice that shows that
2    one type of waste was picked up one
3    time, and we have a quantity
4    associated with that.  I don't know
5    if there were ten or 50 or 100 or
6    zero other waste streams that were
7    created or produced during that
8    period of time.
9              What I know is that they
10   were operating from 1970 to '77, but
11   I know nothing about the waste
12   itself, unlike Cyanamid where I have
13   quite a bit of information about
14   their waste.
15        Q.    How does this compare to
16   the SPS case where you had two
17   records of acetone and you knew SPS
18   was in operation, you didn't know how
19   the acetone was generated, but you
20   did extrapolate in that case?
21        A.     In the case of SPS, and I
22   would have to go back and look, but I
23   believe -- SPS was one where there
24   were a number of waste streams
```

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                    FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    generated, of which one, a relatively

2    minor one, was acetone.

3            And I believe I testified

4    that, in the case of SPS, had acetone

5    in these quantities been the only

6    thing produced, we probably would not

7    have undergone any extrapolation.  We

8    would be doing with Standard Pressed

9    Steel exactly what we did with

10   Quickline.

11           What we had, however, was

12   more robust information for the other

13   waste streams and since we were

14   extrapolating those and acetone, and

15   nickel is the other one in that

16   category, were very small quantities

17   to extrapolate them for an eight-year

18   period along with the others, whether

19   you believe that acetone and nickel

20   can be extrapolated or not, at the

21   end of the day, it really doesn't

22   make any difference to the bottom

23   line.

24           So you could question,

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905    InnovatingLitigation    FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1   well, you know, you shouldn't have

2   extrapolated acetone and I won't put

3   up a huge fuss, but at the end of the

4   day, it doesn't make a huge

5   difference.

6        Q.    So let me ask the same

7   question with respect to, say,

8   American Cyanamid's waste spill

9   bottoms.

10            If you only had two

11  invoices for referencing waste spill

12  bottoms for American Cyanamid, would

13  you be able to extrapolate in that

14  instance?

15            I guess what I'm getting at

16  is, I believe that you testified

17  earlier, that with respect to the

18  American Cyanamid waste, that you

19  weren't familiar with the

20  manufacturing processes associated --

21  that resulted in the generation of

22  each of the wastes in the American

23  Cyanamid records?

24       A.    That's probably true for

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com
FAX  215.751.0581

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    most of these sites.

2         Q.    So how is it that you

3    extrapolated with respect to American

4    Cyanamid for waste spill bottoms but

5    not with respect to Quickline?

6              MS. WRIGHT:  Objection.

7    You have asked this question and

8    Mr. Hochreiter has answered it on a

9    number of points.

10              MS. TROJECKI:  Okay, well,

11    just let him answer it.

12              THE WITNESS:  The reason

13    that we did it in some instances and

14    not in others, it was a judgment call

15    based on how -- the reliability of

16    the data that we were faced with,

17    whether corroborating information

18    existed, multiple sources, that sort

19    of thing.

20              There truly was no specific

21    numerical calculus that you could sit

22    down and say -- I mean, we did lay

23    out in my expert report the criteria

24    that I used for generally evaluating

**JDR**

**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905          1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103          FAX  215.751.0581
www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    whether extrapolation was possible or

2    not.

3            And at the end of the day,

4    it was a personal judgment call,

5    which I stand behind, with regards to

6    whether I was comfortable that we had

7    enough information to be able to say

8    something meaningful about what a

9    particular company was doing.

10           And in the case of

11   Quickline we have some of -- one

12   particular company where we have

13   probably the least amount of

14   information.

15   BY MS. TROJECKI:

16       Q.    Let's move on to Rohm &

17   Haas, Page 4-9.  You state that you

18   have no opinion regarding waste

19   quantities generated by Rohm & Haas

20   during the period of interest,

21   correct?

22       A.    Yes.  I said that the

23   information data currently available

24   at the time of this report

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905        InnovatingLitigation        FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

344

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    preparation was insufficient.

2         Q.    And just, I have asked this

3    question similar with respect to the

4    other --

5         A.    Do you mind just one

6    second.

7              (Discussion off the

8    record.)

9    BY MS. TROJECKI:

10        Q.    And why is it that you

11   believe you -- no, actually, I was

12   getting to the question of -- with

13   respect to the information you have

14   in Section 4.6.1.1 and 4.6.1.2.  Did

15   that all come from deposition

16   testimony?

17        A.    Yes, in 4.6.1.2 we

18   reference four pieces of information

19   that in the report are identified as

20   various depositions.

21        Q.    But, again, the same

22   question with respect to the other

23   plaintiffs and settled defendants,

24   you didn't do any independent

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905              InnovatingLitigation              FAX  215.751.0581
                   1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                            www.JDReporting.com

DEPOSITION OF JOSEPH J. HOCHREITTER, JR., 2/27/07

1    analysis about the manufacturing

2    processes of Rohm & Haas, correct?

3        A.    We did not.

4        Q.    Or their waste generation

5    handling practices, correct?

6        A.    Correct.

7            MS. WRIGHT:  We will

8    stipulate that Mr. Hochreiter did not

9    do any independent research.

10           MS. TROJECKI:  We only have

11   two more.  I already asked about the

12   other ones.  Got to have it.

13   BY MS. TROJECKI:

14       Q.    And why is it that you

15   believe that you don't have enough

16   information with respect to Rohm &

17   Haas?

18       A.    Well, if you look at

19   Section 4.6.1.2, the deposition

20   information, if you will, Marvin

21   Jonas recalled hauling unspecified

22   waste solvents and such from the

23   Bridesburg, Pennsylvania plant, no

24   information on quantities, no