# EXHIBIT "E"

Goodell
Mahony
O'Brien

# AMERICAN CYANAMID COMPANY
### ORGANIC CHEMICALS DIVISION
BOUND BROOK, NEW JERSEY 08805
AREA CODE 201 356-2000

EXHIBIT # Bailey-4
DATE 8-14-90
MASTROIANNI & FORMAROLI
CERTIFIED SHORTHAND REPORTERS

December 15, 1977

Mr. Marvin Jonas
Jonas Inc
Barkridge Road
Sewell, New Jersey 08080

Dear Marvin:

Per our recent conversation, I am attaching a list of wastes that you have been disposing of for the Bound Brook Plant.

The numbers on the left represent the Bound Brook Plant's new internal numbering code, the second column is the composition based on the best estimates available.

We are gearing up to conform to the RCRA law and the NJDEP manifest system and as of January 1, 1978, these are the designations our people will use.

If you need further information, please advise.

Sincerely yours,

Sidney A. Frankel, Manager
Plant Resources Conservation

SAF/pnk
Attach.


Hochreiter
EXHIBIT NO. 7

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| 4160-1 | 83% 3-Nitro-o-xylene<br>13% 4-Nitro-o-xylene<br>3% Dinitro-o-xylene<br>1% Organic Impurities |
| 4160-2 | 5% Potassium Sulfate<br>1% Potassium Hydroxide<br>2% Potassium Salts of Dinitro-xylenols<br>92% Water |
| 5310-4 | 2.0% Water<br>0.5% Sulfuric Acid<br>1.0% Organic Impurities<br>96.5% Isopropanol |
| 5310-5 | 20% Sulfur Monochloride<br>80% Chlorobenzene |
| 5310-6 | 29% Chlorobenzene<br>71% Acetone |
| 5310-7 | 47% Methanol<br>20% Ethylene Dichloride<br>22% Water<br>7% Inorganic Salts<br>4% Other Organics |
| 5310-8 | 93% Methyl Alcohol<br>6% Dimethyl Formamide<br>1% Other Organics |

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| 5310-10 | 20% Copper Sulfate<br>30% Silica<br>50% Water |
| 5310-11 | 6% Silica<br>74% Water<br>20% Copper Cyanide |
| 5310-12 | 95% Organic Tars<br>5% Monochlorobenzene |
| 5320-3 | 35% Zinc Salts<br>55% Organic Tars<br>10% Methanol |
| 5320-4 | 12.0% Chromium Oxide<br>7.0% Iron Oxide<br>0.5% Copper Oxide<br>2.5% Sulfur<br>12.0% Organic Impurities<br>66.0% Water |

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| 5420-1 | 28% Sodium Sulfate<br>32% 2,6-Disulfonated Anthraquinone<br>40% Water |
| 5420-2 | 50% Silica<br>5% Organic Impurities<br>45% Nitrobenzene |
| 5420-3 | 35% Organic Tars<br>5% Water<br>60% Nitrobenzene |
| 5420-4 | 80% Dichlorobenzene<br>20% Organic Tars |
| 5430-1 | 70% Carbon<br>5% Organic Impurities<br>25% Water |

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| S430-2 | 15% Silica<br>10% Organic Impurities<br>2% Chlorobenzene<br>73% Water |
| S430-3 | 25% Sodium Methyl Sulfate<br>5% Water<br>70% Ethanol |
| S430-4 | 20% Chlorobenzene<br>80% Methanol |
| S430-5 | 7.0% Formic Acid<br>2.0% Acetic Acid<br>0.5% Hydrochloric Acid<br>1.0% Sodium Chloride<br>1.0% Organic Impurities<br>88.5% Water |
| S430-6 | 50% Silica<br>5% Manganese Dioxide<br>45% Water |

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| 9310-1 | 95% Chloroform-Dibutyl Ether<br>5% Organic |
| 9310-2 | 38% Silica<br>50% Carbon<br>10% Isopropanol Alcohol<br>2% Organics |
| 9310-3 | 88% Silica<br>10% IB Alcohol<br>2% Organics |
| 9310-4 | 88% Silica<br>10% IB Alcohol<br>2% Organics |
| 9320-8 | 25% Silica<br>25% Carbon<br>35% Salt<br>14% Isopropyl Alcohol<br>1% Organics |
| 9320-9 | 20% Silica<br>70% Salt<br>10% Isopropyl Alcohol |
| 9320-10 | 88% Carbon<br>10% Acetone<br>2% Organics |
| 9320-11 | 40% Magnesol<br>48% Carbon<br>10% Acetone<br>2% Organics |

| ed to by nd enter | Approx Composition |
|---|---|
| .5 | 13% Silica<br>75% Carbon<br>10% Methanol<br>2% Organics |
| 16 | 44% Silica<br>44% Carbon<br>10% 2B Alcohol<br>2% Organics |
| -32 | 85% Carbon<br>14% 3A Alcohol<br>1% Organics |
| -43 | 30% Silica<br>55% Carbon<br>13% Monochloro-<br>    benzene<br>2% Organics |
| -44 | 10% Silica<br>78% Carbon<br>10% Heptane<br>2% Organics |
| -46 | 90% Chloroform<br>10% Organics |
| -47 | 75% Organics<br>25% Water |

(right margin fragments: 1, yl, oro-, ie, s, um, e, oro-, e, s, form, s, s, s, and, r Salts)

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| 9350-1 | 50% Carbon<br>15% Organics<br>20% Toluene<br>15% Copper and Copper Salts |
| 9350-4 | 68% Silica<br>20% Carbon<br>10% 2B Alcohol<br>2% Organics |
| 9350-5 | 88% Silica<br>10% Isopropyl Alcohol<br>2% Organics |
| 9350-6 | 68% Carbon<br>30% Water<br>2% Organics |
| 9350-7 | 73% Silica<br>25% Water<br>2% Organics |
| 9350-8 | 69% Silica<br>30% Water<br>1% Organics |
| 9350-9 | 97% Acetone<br>3% Organics |
| 9350-10 | 75% Cloths<br>25% Water |

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| 9350-11 | 23% Silica<br>52% Carbon<br>24% Water<br>1% Organics |
| 9350-12 | 44% Silica<br>44% Carbon<br>10% 2B Alcohol<br>2% Organics |
| 9350-13 | 80% Chloroform<br>10% Water<br>10% Organics |
| 9350-16 | 75% Organics<br>25% Water |
| 9350-17 | 85% Copper<br>15% Water |
| 9350-18 | 65% Carbon<br>15% Silica<br>19% Water<br>1% Organics |
| 9410-1 | 47% Silica<br>35% Carbon<br>14% Dibutyl Ether<br>1% Organics |
| 9410-2 | 65% Alumina<br>10% Silica<br>10% Magnesium Sulfate<br>14% Hexane<br>1% Organics |

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| 4630-1 | 100% Organics |
| 4640-1 | 100% Organics |
| 7110-1 | 100% Organics |
| 7120-1 | 100% Organics |
| 7131-1 | 45% Water<br>5% Sulfur<br>50% Organics |
| 7131-2 | 2-5% ZnO<br>Remainder Solid Organics |
| 7131-3 | Aluminum Oxide |
| 7140-1 | 100% Organics |
| 7310-1 | 100% Organics |
| 7310-2 | 100% Organics |

| Assigned Number to Waste by Dept and Cost Center | Approx Composition |
|---|---|
| 8111-1 | 80% Water<br>20% Waste Azo Pigments |
| 8111-2 | 95% Azo Pigments Waste<br>5% Water |
| 8220-1 | 100% Phthalo Blue Waste |