# EXHIBIT "F"

Summary of Waste Shipments Made By Bound Brook Plant Via Jonas 1976-1978

| | |
|---|---|
| Flammable Solids | 1,142 x 55 gal. drums |
| Sodium Dichromate Sludge | 105 x 55 gal. drums |
| Waste Still Bottoms B-872 | 6 tank wagons + 37,380 lbs. |
| | |
| Miscellaneous | 49 x 55 gal. drums |
| Distillation Still Pots | 118,860 lbs. |
| Waste NOX (Poisonous Liquid) | 39 x 55 gal. drums + 78,750 lbs + 1 tank truck |
| | |
| Flammable Liquids | 1,171,660 lbs + 24 tank wagons |
| Aqueous Ammonia from DPA | 36 tank wagons + 721,780 lbs |
| MBT Tars | 25 tank wagons + 72 x 55 gal. drums + 792,660 lbs. |
| | |
| Flammable Liquids | 780 x 55 gal. drums |
| Poisonous solid | 381 x 55 gal. drums |
| Unregulated solids + sludges | 2,888 x 55 gal. drums |

EXHIBIT # Bailey-3
DATE 8-14-90
MASTROIANNI & FORMAROLI, INC.
CERTIFIED SHORTHAND REPORTERS

Hochreiter
EXHIBIT NO. 8
TB 2-27-07

Exhibit # Bailey-3

Sum. of Waste Shipments Made by BB Plant Via Jonas 1976-78