# EXHIBIT "G"

NEW JERSEY STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF SOLID WASTE MANAGEMENT
P. O. BOX 1930 TRENTON, N. J. 08625

APPLICATION FOR CERTIFICATION TO COLLECT OR HAUL SOLID WASTE

1 IF INCORPORATED, STATE WHEN AND WHERE

N.J. (STATE) Gloucester (COUNTY) 7 (MO) (DA) 69 (YR)

Harris Cottin, Esq. (REGISTERED AGENT)

2 AGENCY TYPE

☐ 1. GOVT. ☒ 2. PRIVATE

3 I HEREBY CERTIFY THAT THE FOLLOWING INFORMATION AND STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE.

SIGNATURE: Phylis Jonas — 6 (MO) 6 (DAY) 72 (YR)

TITLE: Sect'y. Treasurer

STREET ADDRESS: Barkridge Rd.

CITY: Sewell STATE: N.J. ZIP: 08080

4 ☐ 1 NEW APPLICATION

☒ 2 RENEWAL APPLIC. CERT. NO. 08406301

MARVIN JONAS
MARVIN JONAS INC
BARKRIDGE RD
SEWELL N J
08080

COUNTY GLOUCESTER TEL.

NAME AND ADDRESS CORRECTIONS

NAME
TRADE NAME
ADDRESS
CITY STATE ZIP

5 CORPORATIONS, GOVERNMENTAL BODIES AND PUBLIC AUTHORITIES

| TITLE | NAME | ADDRESS |
|---|---|---|
| President | Marvin Jonas | 114 S. Mansfield Blvd. Cherry Hill, N.J. |
| Sect'y | Phylis Jonas | 114 S. Mansfield Blvd. Cherry Hill N.J. |
| Treasurer | Phylis Jonas | " |
| | | |

6 NATURE OF OPERATION

Commercial hauler of Industrial Wastes

DATE RECEIVED MO DA YR
DATE ISSUED MO DA YR

7 OPERATIONAL DATA

MUNI. OF ORIGIN | WASTE CODE | ESTIMATED VOL FOR WK. | DISPOSAL SITE AND MUNICIPALITY

Please see enclosed attachment

EXHIBIT JONAS-20 MT 6-22-95

8 VEHICLES USED

STATE PLATE | BODY CODE | CAPACITY

See enclosed attachment

7

FOR OFFICE USE ONLY

1 [illegible]
2 1816090200025 (struck through)
3 0455090150025 (struck through)
4 18160900700025
5 04550900500025
6 03110
7
8

Jonas Waste Removal
CHEMICALS • SLUDGES • RESIDUES
BARKRIDGE ROAD, SEWELL, N. J. 08080
N. J. - 1 - 609 - 857-1221
PHILA. - (215) SA 7-1118

6/6/72

Question #7

Our disposal sites will be coded as follows:

#1. Ecological Research Systemms, Inc. Folcroft, Pa.
#2. Schiavo Bros. Phila. Pa.
#3. Price Landfill Egg Harbor, N.J.
#4. Scientific, Inc. Deptford, N.J. - Kinsley"s
#5. John P. Fazio Bellmawr, N.J.

| OPERATIONAL DATA | Wasee Code | Estimated Volume | Disposal Site |
|---|---|---|---|
| Philadelphia & related areas | 09 | 25,000gals. a week | #1,#2,#3 X |
| Philadelphia | 10 | 200 c.y. | #1,#2,#3,#4,#5 |
| BoundBrook, N.J. | 10 | 30 c.y. X | #1,#2,#3,#4,#5 |
| Bound Brook, N.J. | 09 | 2,000 gal.s | #1,#2,#3 |
| Pennsauken, N.J. | 09 | 1500 gals. X | #1,#2,#3 |
| Carlstdat, N.J. | 09 | 12,000gals. (a year) | #1,#2,#3 |
| Carlstadt, N.J. | 10 | 60 c.y. (a year) | #1,#2,#3,#4,#5 |
| Salem, N.J. | 09 | 2,000 gals. ( a year) | #1,#2,#3 |
| Salem, N.J. | 10 | 60 c.y. ( a year) | #1.#2.#3.#4.#5 |
| Burlington, N.J. | 09 | 8,000 gals. ( a year) | #1.#2.#3 |
| Trenton, N.J. | 10 | 60 c.y. ( a year) | #1.#2.#3.#4.#5 |

Jonas Waste Removal
CHEMICALS • SLUDGES • RESIDUES
BARKRIDGE ROAD, SEWELL, N. J. 08080
N. J. - 1 - 609 - 857-1221
PHILA. - (215) SA 7-1118

6/6/72

Question #8 - Vehicles Used

| STATE | PLATE# | BODY CODE | CAPACITY |
|---|---|---|---|
| N.J. | X 9C895 | 3 Lugger | 12-20 Cu. yds. |
| N.J. | XBL68E | 3 Lugger | 12-20 Cu.yds. |
| N.J. | X9C897 | 3 Tractor | 6,000gals.-when hauling tankers, 80 drums-flat beds |
| N.J. | XCN85F | 3 Tractor | " " " " " " " " |
| | | | " " " " " " " " |
| N.J. | XCN 29A | 3 Tractor | " " " " " " " " |
| N.J. | XCN 84F | 3 Tractor | " " " " " " " " |
| N.J. | XDR 29M | 3 Tractor | " " " " " " " " |

Information given as per Mr. Stephen Mc Donnough

NEW JERSEY STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF SOLID WASTE MANAGEMENT
P.O. BOX 2807 TRENTON, N.J. 08625

REGISTRATION STATEMENT FOR A SOLID/LIQUID WASTE COLLECTOR OR HAULER

Bristol 18 Pertway-1 3-23-54

221849857

**Section A** INSTRUCTIONS - Read Carefully

Type or Print Only

1. Information in Section B is to be corrected in Section C. Correct entire line if information given is incorrect. New applicants start application in Section C.
2. Answer all questions in Section D. Incomplete applications will be returned.
3. Complete Vehicle Registration Statement and Operational Statement.
4. Submit fee payable to "Treasurer, State of New Jersey". Refer to N.J.A.C. 7:26-4 for fee schedule.
5. Send all completed forms and fee to:

Forms may be reproduced or additional forms available from:

New Jersey State Department of Environmental Protection
Bureau of Solid Waste Management
P.O. Box 2807 Trenton, New Jersey 08625

COMPLETE AND RETURN THIS FORM AT ONCE - DO NOT PAY UNTIL BILLED

EXHIBIT Jonas-15 MT 6-21-95

**Section B** Information in this Section was supplied by you last year. Correct in Section C.

1. 08406301
2. INCORPORATED
3.
   - 3A. ** ENTER IN SECTION C
   - 3B. ** ENTER IN SECTION C
   - 3C. ** ENTER IN SECTION C
   - 3D. ** ENTER IN SECTION C
   - 3E. ** ENTER IN SECTION C
   - 3F. ** ENTER IN SECTION C
4. FEID 221849857
5.
6. MARVIN JONAS INC
7. BARKRIDGE RD
8. SEWELL NJ 08080
9. 609-468-6128

1. Bureau of Solid Waste Management Number
2. Type Organization *(See Below)
3. Corporate or Partnership Data (if any)
   - 3A. Registered in State County
   - 3B. Date of Filing
   - 3C. Agents Name (Last First Init.)
   - 3D. Agents Address
   - 3E. Agents City State Zip Code
   - 3F. Agents Area Code Telephone Number
4. Applicants Federal Employer ID or Soc. Sec. #
5. Applicants Name (Last First Init.)
6. Company or Trade Name
7. Street Address
8. City State Zip Code
9. Applicants Area Code Telephone No.

*If corrected it must be one of the following — proprietor, partnership, incorporated, municipality, county, state government, authority, Agent of Federal Government, homeowner or other.

**Section C** Corrections to Section B or New Applicants. Enter corrections on proper lines.

1. Bureau of Solid Waste Management Number ........ ~~08406301~~
2. Type of Organization *(See Below) ........ Corporation
3. Corporate or Partnership Data (if any) ........ New Jersey
   - 3A. Registered in: State County ........ New Jerey Gloucester
   - 3B. Date of Filing ........ 7/3/68
   - 3C. Agents Name (Last First Init.) ........ Harris Cotton
   - 3D. Agents Address ........ 25 N. Broad
   - 3E. Agents City State Zip Code ........ Woodbury, N.J. 08096
4. Applicants Federal Employer ID or Soc. Security No. ........ [X] FEID or [ ] SS
5. Applicants Name (Last First Init.) ........ Jonas, Marvin
6. Company or Trade Name ........ ~~Marvin Jonas, Inc.~~
7. Street Address ........ ~~Barkridge Road~~
8. City State Zip Code ........ ~~Sewell, N.J. 08080~~
9. Applicants Area Code Telephone Number ........ ~~609-468-6128~~

*If entered it must be one of the following — proprietor, partnership, incorporated, municipality, county, state government, authority, Agent of Federal Government, homeowner or other.

Office Use

Section D

1. Enter your FEID or SS number from Section B, Line 4 or if new/corrected from Section ... "FEID" or "SS" is being used.

[X] FEID
or
Enter Here → [ ] SS 221849857

1. Enter your FEDERA...

2. Do you have a Public Utilities Commission License? → [X] Yes [ ] No

2A. If "Yes" enter complete PUC License Number Here. → SW 346

3. Enter total number of employees (include part-time and office employees). → 24

4. Person having prime administrative authority or person to be contacted in an emergency.

4A. Name → Jonas (LAST) Marvin (FIRST) (INIT.)

4B. Area Code — Telephone Number → 609-429-6133

5. Check all types of waste carried by you for disposal.

| WASTE ID. | SOLIDS | | For Office Use Only |
|---|---|---|---|
| 10. | [ ] Municipal (Household, Commercial) | 10. | |
| 11. | [ ] Institutional | 11. | |
| 12. | [ ] Dry Sewage Sludge | 12. | |
| 13. | [ ] Bulky Waste | 13. | |
| 14. | [ ] Construction and Demolition | 14. | |
| 15. | [ ] Pesticides — Dry | 15. | |
| 16. | [ ] Hazardous Waste Containers | 16. | |
| 17. | [ ] Hazardous Waste — Dry | 17. | |
| 18. | [X] Chemical Waste — Dry — Non Hazardous | 18. | |
| 19. | [ ] Junked Autos | 19. | |
| 20. | [ ] Tires | 20. | |
| 21. | [ ] Dead Animals | 21. | |
| 22. | [ ] Leaves and Chopped Tree Waste | 22. | |
| 23. | [ ] Agriculture Vegetative Waste | 23. | |
| 24. | [ ] Tree Stumps | 24. | |
| 25. | [ ] Food Processing Wastes | 25. | |
| 26. | [X] Oil Spill Clean-Up Wastes | 26. | |
| 27. | [X] Industrial (Non Chemical) | 27. | |
| | **LIQUIDS** | | |
| 70. | [X] Waste Oil | 70. | |
| 71. | [X] Semi Solid Waste Oils and Sludges | 71. | |
| 72. | [X] Bulk Liquid and Semi Liquids | 72. | |
| 73. | [ ] Septic Tank Clean-Out Wastes | 73. | |
| 74. | [X] Liquid Sewage Sludge | 74. | |
| 75. | [ ] Pesticide Liquids | 75. | |
| 76. | [X] Hazardous Waste Liquids | 76. | |
| 77. | [X] Chemical Waste Liquids | 77. | |

6. FEES MUST BE SUBMITTED BY CERTIFIED CHECK OR MONEY ORDER — PAYABLE TO "TREASURER, STATE OF NEW JERSEY" REFER TO N.J.A.C. 7:26-4 FOR FEE SCHEDULE.

Enter Amount Enclosed → $ [illegible]

7. I certify that the information submitted on both sides of this form and all attachments are true to the best of my knowledge.

Date 3/31/75 Signature [signature] Title President

For Office Use Only

VIII 003

NEW JERSEY STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF SOLID WASTE MANAGEMENT
P.O. BOX 2807 TRENTON, N.J. 08625

OPERATIONAL STATE[illegible]
A SOLID/LIQUID WAS[illegible]
COLLECTOR OR HAULE[illegible]

INSTRUCTIONS:

READ CAREFULLY PRINT OR TYPE

1. Enter your FEID or SS numbe[illegible] from Section B, Line 4 or if new/corrected from Section C, Line 4 of the Registration Statement. Check if "FEID" or "SS" is used.
2. Each waste type for each originating Municipality/City and each disposal site is to have a separate entry. (See example on reverse)
3. Wastes are identified [illegible] D, Line 5 of the Registration Statement. Use the appropriate number [illegible] identify the waste.
4. Record Solids in Tons [illegible] ids in Gallons.
5. Enter originating Munic[illegible] City and County, and disposal site.
6. Entries are to reflect your operational activity for the period JANUARY 1, 1974 to DECEMBER 31, 19

Enter your FEID or SS Number Here ☒ FEID or ☐ SS 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

Marvin Jones

| Waste ID Number | Disposed Amount Tons or Gallons | Originating Municipality or City | Originating County | Disposal Municipality or City | Disposal Site | FOR OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| 72 | 37,000 gal | Paulsboro | Gloucester | New Brunswick | Edgeboro | 08-14-1204A |
| 72 | 67,000 gal | Beverly | Burlington | " | " | 03-02-1204A |
| 72 | 49,000 gal | Chester, N.Y. | New York | " | " | 49-00-1204A |
| 72 | 87,000 gal | Carlstadt | Bergen | " | " | 02-05-1204A |
| 72 | 41,000 gal | " | " | " | " | 02-05-1204A |
| 72 | 32,000 gal | E. Rutherford | " | " | " | 02-12-1204A |
| 72 | 23,000 gal | Pennsauken | Camden | " | " | 04-27-1204A |
| 72 | 49,000 gal. | Croyden | Pennsylvania | " | " | 42-09-1204A |
| 72 | 10,000 gal | New Holland | Pennsylvania | " | " | 42-00-1204A |
| 72 | 27,000 gal | Philadelphia | " | " | " | 42-00-1204A |
| 72 | 19,050 gal | " | " | " | " | 42-00-1204A |
| 72 | 89,682 gal | Bound Brook | Somerset | Malvern, Pa. | Knickerbocker | 18-04-42999 |
| 72 | 25,650 gal | Elizabeth | Union | " | " | 20-04-42999 |
| 72 | 427,520 gal | Edison | Sussex | " | " | 12-05-42999 |
| 72 | 134,000 gal | Woodbury | Gloucester | " | " | 08-22-42999 |
| 72 | 107,000 gal | Woodbury | Gloucester | " | " | 08-22-42999 |

/SW 003

NEW JERSEY STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF SOLID WASTE MANAGEMENT
P.O. BOX 2807 TRENTON, N.J. 08625

**OPERATIONAL STATEMENT FOR A SOLID/LIQUID WASTE COLLECTOR OR HAULER**

**INSTRUCTIONS:**

READ CAREFULLY — PRINT OR TYPE

1. Enter your FEID or SS number from Section B, Line 4 or if new/corrected from Section C, Line 4 of the Registration Statement. Check if "FEID" or "SS" is used.
2. Each waste type for each originating Municipality/City and each disposal site is to have a separate entry. (See example on reverse).
3. Wastes are identified in Section D, Line 5 of the Registration Statement. Use the appropriate number to identify the waste.
4. Record Solids in Tons and Liquids in Gallons.
5. Enter originating Municipality/City and County, and disposal site.
6. Entries are to reflect your operational activity for the period JANUARY 1, 1974 to DECEMBER 31, 1974

Enter your FEID or SS Number Here → [X] FEID or [ ] SS 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

| Waste Number | Disposed Amount Tons or Gallons | Originating Municipality or City | Originating County | Disposal Municipality or City | Disposal Site | FOR OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| 76 | 4,840gals. | Pennsauken | Camden | who? where? | Recycled (Lee Simon / Scientific / Carlstadt) | 04-27-1211B |
| 76 | 4,840gals. | Pennsauken | Camden | Mantua | Kramer's | 04-27-0810A |
| 76 | 5,280gals. | | New York | Middlesex | Marisol | 40-00-1211B |
| 76 | 5,280gals. | | New York | who? where? | Recycled (Marisol SCP) | 40-00-1211B |
| 76 | 45,980gals. | | Pennas. | Vorhees | Busby's | 42-00-0434B |
| 76 | 45,980gals. | | Penna. | Mantua | Kramer's | 42-00-0810A |
| 76 | 18,480gals. | | Maryland | Vorhees | Buzby | 50-00-0434B |
| 76 | 18480gals. | | Maryland | Middlesex | Marisol | 50-00-1211B |
| 76 | 232,000gals. | Boundbrook | Somerset | Pedricktown (who? where?) | Recyled (NOT LEAD) | 18-04-1706C |
| 76 | 193,000gals. | Boundbrook | Somerset | Carlstadt | S.C.P. | 18-04-0205A |
| 76 | 193,000gals. | Boundbrook | Somerset | Edison | Scientific | 18-04-1205D |
| 76 | 193,000gals. | Boundbrook | Somerset | New Brunswick | Herberts | 18-04-1204A |
| 76 | 193,000gals. | Boundbrook | Somerset | who? where? | Recycled | 18-04-1211B |
| 76 | 32,000gals. | Middlesex | Middlesex | Vorhees | Buzby | 12-11-0434B |
| 76 | 32,000gals. | Middlesex | Middlesex | Edison | Scientific | 12-11-1205D |
| 76 | 32,000gals. | Middlesex | Middlesex | Carlstadt | S.C.P. | 12-11-0205A |

81 2/76

NEW JERSEY STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF SOLID WASTE MANAGEMENT
P.O. BOX 2807 TRENTON, NEW JERSEY 08625

REGISTRATION STATEMENT FOR A SOLID/LIQUID WASTE COLLECTOR OR HAULER

**Section A**

INSTRUCTIONS — READ CAREFULLY — TYPE OR PRINT ONLY

1. Information in Section B is to be corrected in Section C. Correct entire line if information given is incorrect. NEW APPLICANTS START APPLICATION IN SECTION C.
2. Answer all questions in Section D. Incomplete applications will be returned.
3. Complete Vehicle Registration Statement and Operational Statement.
4. Submit fee payable to "Treasurer, State of New Jersey". Refer to N.J.A.C. 7:26-4 for fee schedule.
5. Send all completed forms and fee to:

FORMS MAY BE REPRODUCED OR ADDITIONAL FORMS AVAILABLE FROM:

New Jersey State Department of Environmental Protection
Bureau of Solid Waste Management
P.O. Box 2807 Trenton, New Jersey 08625

COMPLETED REGISTRATION STATEMENT AND PROPER FEE MUST BE SUBMITTED ON OR BEFORE MAY 1, 1976

**Section B**

INFORMATION IN THIS SECTION WAS SUPPLIED BY YOU LAST YEAR. CORRECT IN SECTION C.

1. 08406301
2. COUNTY
3. ** 3A THRU 3F NOT APPLICABLE **
   3A.
   3B.
   3C.
   3D.
   3E.
   3F.
4. FEID 221849857
5. JONAS MARVIN
6. MARVIN JONAS INC
7. BARKRIDGE RD
8. SEWELL NJ 08080
9. 609-468-6128

1. Bureau of Solid Waste Management Number
2. Type Organization * (See Below)
3. Corporate or Partnership Date (If any)
   3A. Registered In — State — County
   3B. Date of Filing
   3C. Agents Name (Last — First — Init.)
   3D. Agents Address
   3E. Agents City — State — Zip Code
   3F. Agents Area Code Telephone Number
4. Applicants Federal Employer ID or Soc. Sec. No.
5. Applicants Name (Last — First — Init.)
6. Company or Trade Name
7. Street Address
8. City — State — Zip Code
9. Applicants Area Code — Telephone No.

* If corrected it must be one of the following-proprietor, partnership, incorporated, municipality, county, state government, authority, Agent of Federal Government, homeowner or other.

EXHIBIT JONAS-12 mt 6-21-95

**Section C**

CORRECTIONS TO SECTION B OR NEW APPLICANTS. ENTER CORRECTIONS ON PROPER LINES. NEW APPLICANTS SHOULD LEAVE LINE 1 BLANK.

ENTER INFORMATION HERE

1. Bureau of Solid Waste Management Number
2. Type or Organization * (See Below)
3. Corporate or Partnership Date (If any)
   3A. Registered In ______ State ______ County
   3B. Date of Filing
   3C. Agents Name (Last ______ First ______ Init.)
   3D. Agents Address
   3E. Agents City ______ State ______ Zip Code
   3F. Agents Area Code Telephone Number
4. Applicants Federal Employer ID or Soc. Security No. — ☐ FEID OR ☐ SS
5. Applicants Name (Last ______ First ______ Init.)
6. Company or Trade Name
7. Street Address
8. City ______ State ______ Zip Code
9. Applicants Area Code ______ Telephone Number

* If entered it must be one of the following-proprietor, partnership, incorporated, municipality, county, state government, authority, Agent of Federal Government, homeowner or other.

Office Use Only 4 2 1 6 87

NEW JERSEY STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
DIVISION OF SOLID WASTE MANAGEMENT
P.O. BOX 2807 TRENTON, N.J. 08625

VEHICLE REGISTRATION STATEMENT FOR A SOLID/LIQUID WASTE, COLLECTOR OR HAULER

Form VSW-002 1/76

TYPED

1. ENTER YOUR NAME AND FEDERAL EMPLOYER ID NO. OR SOCIAL SECURITY NUMBER FROM SECTION B OR IF NEW APPLICANT FROM SECTION C.

ENTER YOUR NAME HERE → Marvin Jonas Inc.

ENTER YOUR FEID OR SS NUMBER HERE → [X] FEID OR [ ] SS 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

2. LIST ALL VEHICLE LICENSE NUMBERS FOR WHICH YOU DESIRE AN APPROVED REGISTRATION.

| STATE* | LICENSE NUMBER | STATE* | LICENSE NUMBER | STATE* | LICENSE NUMBER |
|---|---|---|---|---|---|
| NJ | XJV49A | | | | |
| NJ | XEL48W | | | | |
| NJ | XKU772 | | | | |
| NJ | XHX64G | | | | |
| NJ | XGM48N | | | | |
| NJ | XKV14J | | | | |
| NJ | XLE99P | | | | |
| NJ | XIE30K | | | | |
| NJ | XFY65X | | | | |
| NJ | XKV53D | | | | |
| NJ | XXB87S | | | | |
| NJ | XKV52D | | | | |
| NJ | XFA63S | | | | |
| | | | | | |

KP

4 2 1 6 81

FOR OFFICE USE ONLY

* NJ = New Jersey NY = New York PA = Pennsylvania DE = Delaware
Other States use your proper 2 Letter State Abbreviation.

NEW JERSEY STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF SOLID WASTE MANAGEMENT
P.O. BOX 2807 TRENTON, N.J. 06625

**OPERATIONAL STATEMENT FOR A SOLID/LIQUID WASTE COLLECTOR OR HAULER**

**INSTRUCTIONS:** **READ CAREFULLY** PRINT OR TYPE

1. Enter your name from Section B or if new applicant from Section C.
2. Enter your FEID or SS number from Section B, Line 4 or if new applicant from Section C, Line 1 of the Registration Statement. Check if "FEID" or "SS" is used.
3. Each waste type for each originating Municipality-City and each disposal site is to have a separate entry. (See sample on reverse).
4. Wastes are identified in Section D, Line 5 of the Registration Statement. Use the appropriate number to identify the waste.
5. Record Solids in Tons and Liquids in Gallons.
6. Enter originating Municipality-City and County, and disposal site.
7. Entries are to reflect your operational activity for the period JANUARY 1, 19__ to DECEMBER 31, __

TYPED

1. ENTER YOUR NAME HERE → MARVIN JONAS INC.

2. ENTER YOUR FEID OR SS NUMBER HERE → X FEID or SS 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

| Waste Number | Disposed Amount Tons or Gallons | Originating Municipality or City | Originating County | Disposal Municipality or City | Disposal Site | |
|---|---|---|---|---|---|---|
| 72 | 23,500 gal | E. Rutherford | Bergen | Kearney | Municipal | 02-12 0907 3 |
| 72 | 18,250 gal | Mt. View | Passiac | " | " | 16.99 0907 3 |
| 72 | 3,500 gal | Edison | Middlesex | Edison | Kinbuc | 12.05 1205 |
| 72 | 134,500 gal | Boundbrook | Somerset | " | " | 18.04 1205 |
| 72 | 23,000 gal | Middlesex | Middlesex | " | " | 12.11 1205 |
| 72 | 10,000 gal | " | " | " | " | 12.11 1205 |
| 72 | 30,000 gal | Mt. View | Passiac | " | " | 16.99 1205 |
| 72 | 25,000 gal | Elizabeth | Union | " | " | 20.04 1205 |
| 72 | 42,000 gal | Woodbury | Gloucester | " | " | 08.22 1205 |
| 72 | 15,000 gal | Caldwell | Essex | " | " | 07.03 1205 |
| 72 | 27,000 gal | Croyden | Pennsylvania | " | " | 42.00 1205 |
| 72 | 5,500 gal | Philadelphia | " | " | " | 42.00 1205 |
| 72 | 17,000 gal | " | " | " | " | 42.00 1205 |
| 72 | 18,500 gal | " | " | " | " | 42.00 1205 |
| 72 | 9,200 gal | " | " | " | " | 42.00 1205 |
| 72 | 9,100 gal | " | " | " | " | 42.00 1205 |

[illegible] STATE DEPARTMENT OF ENVIRONMENTAL PRO[illegible]TION
[illegible] OF SOLID WASTE MANAGEMENT
[illegible] BOX [illegible] TRENTON, N.J. 08625

OPERATIONAL STATEMENT
A SOLID/LIQUID WASTE
COLLECTOR OR HAULER

Form VSW-003 1/7[illegible]

**INSTRUCTIONS:** **READ CAREFULLY** **PRINT OR TYPE**

1. Enter your name from Section B or if new applicant from Section C.
2. Enter your FEID or SS number from Section B, Line 4 or if new applicant, from Section C, Line 4 of the Registration Statement. Check if "FEID" or "SS" is used.
3. Each waste type for each originating Municipality/City and each disposal site is to have a separate entry. (See example on reverse).
4. Wastes are identified in Section D, Line 5 of the Registration Statement. Use the appropriate number to identify the waste.
5. Record Solids in Tons and Liquids in Gallons.
6. Enter originating Municipality/City and County, and disposal site.
7. Entries are to reflect your operational activity for the period JANUARY 1, 1975 to DECEMBER 31, 1975.

TYPED

1. ENTER YOUR NAME HERE → MARVIN JONAS INC.

2. ENTER YOUR FEID OR SS NUMBER HERE → [X] FEID OR [ ] SS 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

| Waste ID Number | Disposed Amount Tons or Gallons | Originating Municipality or City | Originating County | Disposal Municipality or City | Disposal Site | FOR OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| 74 | 449,000 gal | Chester | Pennsylvania | Waretown,N,J, | Southern Ocean | 42-00-1520A |
| 74 | 100,000 gal | Princeton | Mercer | " | " | 11-10-1520A |
| 74 | 125,000 gal | Marlboro | W. Monmouth | " | " | 13-28-1520A |
| 74 | 235,000 gal | Berlin | Camden | " | " | 04-05-1520A |
| 74 | 50,000 gal | Stratford | Camden | " | " | 04-32-1520A |
| 74 | 95,000 gal | Bordentown | Burlington | " | " | 03-04-1520A |
| 74 | 1,356,000 gal | Long Branch | Monmouth | " | " | 13-25-1520A |
| 74 | 350,000 gal | " | " | New Brunswick NJ | Edgeboro | 13-25-1204A |
| 74 | 105,000 gal | Princeton | Mercer | " | " | 11-10-1204A |
| 74 | 275,050 gal | Marlboro | W. Monmouth | " | " | 13-28-1204A |
| 74 | 107,000 gal | Berlin | Camden | Voorhees,N.J. | Buzby | 04-05-0434B |
| 74 | 74,000 gal | Stratford | " | " | " | 04-32-0434B |
| 74 | 247,645 gal | Chester | Pennsylvania | " | " | 42-09-0434B |
| 76 | 65,000 gal | Middlesex | Middlesex | Clayton,N.J. | Almo | 12-11-0801A |
| 76 | 438,000 gal | Bound Brook | Somerset | " | " | 18-04-0801A |
| 76 | 4,000 gal | Trenton | Mercer | " | " | 11-11-0801A |

KP 0823 81

NEW JERSEY STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF SOLID WASTE MANAGEMENT
P.O. BOX 2807 TRENTON, N.J. 08625

OPERATIONAL STATEMENT FOR A SOLID/LIQUID WASTE COLLECTOR OR HAULER

INSTRUCTIONS: READ CAREFULLY PRINT OR TYPE

1. Enter your name from Section B or if new applicant from Section C.
2. Enter your FEID or SS number from Section B, Line 4 or if new applicant, from Section C, Line 4 of the Registration Statement. Check if "FEID" or "SS" is used.
3. Each waste type for each originating Municipality/City and each disposal site is to have a separate entry. (See example on reverse).
4. Wastes are identified in Section D, Line 5 of the Registration Statement. Use the appropriate number to identify the waste.
5. Record Solids in Tons and Liquids in Gallons.
6. Enter originating Municipality/City and County, and disposal site.
7. Entries are to reflect your operational activity for the period JANUARY 1, 1975 to DECEMBER 31, 1975.

TYPED

1. ENTER YOUR NAME HERE ——→ MARVIN JONAS INC.

2. ENTER YOUR FEID OR SS NUMBER HERE ——→ [X] FEID OR [ ] SS 22/849857

| Waste ID Number | Disposed Amount Tons or Gallons | Originating Municipality or City | Originating County | Disposal Municipality or City | Disposal Site | FOR OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| 76 | 750 gal | Philadelphia | Pennsylvania | Bridgeport N.J. | Rollins Purle | 42-00-0809D |
| 76 | 52,000 gal | Reading | " | " | " | 42-00-0809D |
| 76 | 1,950 gal | Philadelphia | " | " | " | 42-00-0809D |
| 76 | 89,000 gal | " | " | " | " | 42-00-0809D |
| 76 | 1,750 | Woodbury | Gloucester | " | " | 08-22-0809D |
| 76 | 850 Gal | Gloucester | Gloucester | " | " | 04-14-0809D |
| 76 | 1,100 gal | Mayslanding | Atlantic | " | " | 01-12-0809D |
| 76 | 2,500 gal | Carlstadt | Bergen | " | " | 02-05-0809D |
| 76 | 4,300 gal | E.Hanover | Morris | " | " | 14-10-0809C |
| 76 | 1,100 gal | Pennsauken | Camden | " | " | 04-27-0809D |
| 76 | 1,750 gal | Pennsauken | Camden | " | " | 04-27-0809D |
| 76 | 85,000 gal. | Paulsboro | Gloucester | " | " | 08-14-0809D |
| 76 | 85,000 gal | Bound Brook | Somerset | " | " | 18-04-0809D |
| 76 | 5,200 gal | Elkton | Maryland | Carlstadt,N.J. | S.C.P. | 50-00-0205A |
| 76 | 6,000 gal | Philadelphia | Pennsylvania | " | " | 42-00-0205A |
| [illegible] | 1,200 gal | Wilmington | Delaware | " | " | 44-00-0205A |

KP 03 23 81

# OPERATIONAL STATEMENT FOR A SOLID/LIQUID WASTE COLLECTOR OR HAULER

Form VEX-4

INSTRUCTIONS: READ CAREFULLY — PRINT OR TYPE

1. Enter your name from Section B, or if new applicant from Section C.
2. Enter your FEID or SS number from Section B, Line 4 or if new applicant, from Section C, Line 4 of the Registration Statement. Check if "FEID" or "SS" is used.
3. Each waste type for each originating Municipality/City and each disposal site is to have a separate entry. (See example on reverse).
4. Wastes are identified in Section D, Line 5 of the Registration Statement. Use the appropriate number to identify the waste.
5. Record Solids in Tons and Liquids in Gallons.
6. Enter originating Municipality/City and County, and disposal site.
7. Entries are to reflect your operational activity for the period JANUARY 1, 1975 to DECEMBER 31, 1975.

TYPED

1. ENTER YOUR NAME HERE → MARVIN JONAS INC.

2. ENTER YOUR FEID OR SS NUMBER HERE → [X] FEID OR [ ] SS 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

| Waste ID Number | Disposed Amount Tons or Gallons | Originating Municipality or City | Originating County | Disposal Municipality or City | Disposal Site | FOR OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| 76 | 12,500 gal. | Philadelphia | Pennsylvania | Carlstadt, N.J. | S.C.P. | 42-00-020 5A |
| 76 | 3,700 gal | " | " | " | " | 42-00-020 5D |
| 76 | 1,100 gal | " | " | " | " | 42-00-020 5A |
| 76 | 40,000 gal | Bound Brook | Somerset | " | " | 18-04-020 5A |
| 76 | 750 gal | Philadelphia | Pennsylvania | " | " | 42-00-020 5A |
| 76 | 1,500 gal | " | " | " | " | 42-00-020 5A |
| 76 | 135,000 gal | Phoenixville | " | " | " | 42-00-020 A |
| 76 | 35,000 gal | Reading | " | " | " | 42-00-021 A |
| 76 | 5,000 gal | E. Rutherford | Bergen | " | " | 22-13-020 1D |
| 78 | 35,293 gal | Bound Brook | Somerset | Bridgeport | Bridgeport Ren | 18-04-080 1B |
| 70 | 185,750 | " | " | Edison, N.J. | Kinbuc | 18-04-120 5D |
| [illegible] | 17,000 gal | Reading | Pennsylvania | " | " | 42-02-120 5D |
| [illegible] | 5,000 gal | Phoenixville | " | " | " | 42-09-120 5D |
| [illegible] | 9,000 gal | Philadelphia | " | " | " | 42-00-120 5D |
| [illegible] | [illegible],000 gal | Middlesex | Middlesex | " | " | 12-11-120 5D |
| [illegible] | [illegible],000 gal | Bound Brook | Somerset | Phila, Pa. | R & H Phila, | 18-04-429 19 |

OPERATIONAL STATEMENT [illegible] A SOLID/LIQUID WASTE COLLECTOR OR HAULER

Form [illegible]

INSTRUCTIONS — READ CAREFULLY — PRINT OR TYPE

1. Enter your name from Section B or if new applicant from Section C.
2. Enter your FEID or SS number from Section B, Line 4 or if new applicant, from Section C, Line 4 of the Registration Statement. Check if "FEID" or "SS" is used.
3. Each waste type for each originating Municipality/City and each disposal site is to have a separate entry. (See example on reverse).
4. Wastes are identified in Section D, Line 5 of the Registration Statement. Use the appropriate number to identify the waste.
5. Record Solids in Tons and Liquids in Gallons.
6. Enter originating Municipality/City, and County, and disposal site.
7. Entries are to reflect your operational activity for the period JANUARY 1, 1975 to DECEMBER 31, 1975.

TYPED

1. ENTER YOUR NAME HERE → MARVIN JONAS INC.

2. ENTER YOUR FEID OR SS NUMBER HERE → [X] FEID OR [ ] SS 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

| Waste ID Number | Disposed Amount Tons or Gallons | Originating Municipality or City | Originating County | Disposal Municipality or City | Disposal Site | FOR OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| 76 | 8,000 gal | Bound Brook | Somerset | Croyden, Pa. | Rohm & Haas | 18-04-429 ? |
| 76 | 5,000 gal | " | " | Pedricktown, N.J. | National Ld | 18-04-1706 C |
| 76 | 65,500 gal | " | " | Newark N.J. | Alliance Chem | 18-04-071 Y |
| 76 | 18,000 gal | " | " | New Brunswick | Rodia Chem. | 18-04-121 Y |
| 76 | 46,000 gal. | " | " | Phila, Pa. | Hachik Bleach | 18-04-429 ? |
| 76 | 153,000 gal. | " | " | Dover Del. | Standard Brand | 18-04-499 ? |
| 76 | 22,000 gal | " | " | Middlesex | Pfister Chem. | 18-04-121 Y |
| 76 | 249,561 gal | E. Hanover | Morris | Newark, N.J. | Alliance Chem | 14-10-071 Y |
| 76 | 70,000 gal | Middlesex | Middlesex | " | " | 12-11-071 Y |
| 7[illegible] | 265,000 gal. | Bound Brook | Somerset | Middlesex N.J. | Edgeboro | 18-04-120 D |
| [illegible] | ~~[illegible]~~ gal. | ~~Dover~~ | ~~Delaware~~ | ~~Malvern, Pa.~~ | ~~Knickerbocker~~ | |