# EXHIBIT "H"

#1

American Cyanamid - Boundbrook

| Date | Container | Gallons | Tons | Material | Disposal Site |
|---|---|---|---|---|---|
| 1/76 | TW | 15,000 | — | 2-77 Tar | Herberts Land Fill - New Brunswick NJ |
| 1/76 | TW | 5,000 | — | 2-72 Caustic | Kuhns - Edison NJ |
| 1/76 | TW | 5,000 | — | 4-76 Ammonia | Redica Chemical - New Brunswick NJ. N-Recycle |
| 1/76 | TW | 9,000 | — | 4-76 Ammonia | Alliance Chemical - Newark NJ. N-Recycle |
| 1/76 | TW | 10,000 | — | 3-76 Solvent | Almo - Clayton NJ - Recycle |
| 1/20-1/26 | TW | 5000 | — | 2-77 Tar | Herberts - New Brunswick, NJ |
| 1-20-1/26 | TW | 3000 | — | 10-76 Wash Solvents | Knickerbocker - Malvern Pa. |
| 1-20-1-26 | TW | 4000 | — | 4-76 Ammonia | Alliance Chem - Newark NJ. M-Recycle |
| 1-27-76 | TW | 20,000 | — | 3-76 Solvent | Almo - Clayton, NJ. P-Recycle |
| 1-27-76 | TW | 4,000 | — | 4-76 Ammonia | St. Brenda V-Recycle |
| 1-27-76 | TW | 5,000 | — | 2-77 Tar | Herberts - New Brunswick, NJ |
| 2-1-76 | TW | 10,000 | — | 2-77 Tar | Herberts - New Brunswick, NJ |
| 2-1-76 | TW | 20,000 | — | 3-76 Solvent | Almo Clayton, NJ. P-Recycle |
| 2-1-76 | TW | 4,000 | — | 4-76 Ammonia | St. Brenda - Dover, Dela. V-Recycle |
| 2-7-76 | TW | 10,000 | — | 2-77 Tar | Herbert - New Brunswick NJ |
| 2-7-76 | TW | 15,000 | — | 3-76 Solvent | Almo Clayton, NJ. P-Recycle |
| 2-7-76 | TW | 5,000 | — | 4-76 Ammonia | St. Brenda, Dover Dela. V-Recycle |
| 2/23/76 | TW | 10,000 | — | 2-77 tar | Herberts - New Brunswick NJ |
| 2/23/76 | TW | 10,000 | — | 3-76 Solvent | Almo Clayton NJ P-Recycle |
| 2/23 | TW | 5,000 | — | 3-76 Solvent | Rollins Purle, Bridgeport NJ Q-Recycle |
| 2/23 | TW | 8,600 | — | 9-18 Still Bottoms | Almo - Clayton, NJ P-Recycle |
| 2/23 | TW | 5,000 | — | 4-76 Ammonia Water | Standard Brands V-Recycle |
| 2/23 | TW | 5,000 | — | 4-76 Ammonia Water | Pfister Chem, Middlesex, NJ Y-Recycle |
| 2/23 | TW | 5,000 | — | 4-76 Ammonia Water | Emery Supply, New Bruns. NJ N-Recycle |
| 3/1 | TW | 10,000 | — | 2-77 Waste Tar | Herberts, New Brunswick, NJ |

42

## American Cyanamid, Bound Brook

| Date | Container | Gallons | Tons | Material | Disposal Site |
|---|---|---|---|---|---|
| 3/1/76 | TW | 15,000 | — | 3-76 Solvents | Q Recycle Rollins Purle, Bridgeport NJ |
| 3/1 | TW | 3,000 | — | 3-76 Solvents | Z Kraft Oil, Avenel, NJ |
| 3/1 | TW | 4,000 | — | 4-74 Ammonia Water | M - Recycle Alliance, Newark, NJ |
| 3/1 | TW | 4,000 | — | 4-76 Ammonia Water | V - Recycle Standard Br. Dover, Del. |
| 3/1 | TW | 4,000 | — | 4-76 Ammonia Water | E Kinbuc, Edison NJ |
| 3/8 | TW | 10,000 | — | 2-77 Waste Tar | D Herberts, New Brunswick, NJ |
| 3/8 | TW | 10,000 | — | 3-76 Solvents | P - Recycle Almo, Clayton, NJ |
| 3/8 | TW | 8,000 | — | 4-76 Ammonia Water | M Alliance, Newark, NJ |
| 3/8 | TW | 4,000 | — | 4-76 Ammonia Water | Y Pfister Chem, Middlesex, NJ |
| 3/15 | TW | 10,000 | — | 2-77 Waste Tar | D Herberts, New Brunswick, NJ |
| 3/15 | TW | 15,000 | — | 3-76 Solvents | P - Recycle Almo, Clayton, NJ |
| 3/15 | TW | 10,000 | — | 3-76 Solvents | Q Recycle Rollins Purle, Bridgeport NJ |
| 3/15 | TW | 4,000 | — | 4-76 Ammonia Water | O Recycle Hackek Bleach, Phila Pa |
| 3/15 | TW | 8,000 | — | 4-76 Ammonia Water | V Recycle Stand. Br. Dover Del. |
| 3/15 | TW | 12,000 | — | 4-76 Ammonia Water | Y Pfister Chem., Middlesex NJ |
| 3/22 | TW | 10,000 | — | 2-77 Waste Tar | D Herberts, New Brunswick NJ |
| 3/22 | TW | 4,000 | — | 4-76 Ammonia Water | O Recycle Hackek Bleach, Phila Pa |
| 3/22 | TW | 8,000 | — | 4-76 Ammonia Water | Y Pfister, Middlesex NJ |
| 3/22 | TW | 15,000 | — | 3-76 Solvents | P - Recycle Almo, Clayton, NJ |
| 4/1 | TW | 10,000 | — | 2-77 Waste Tar | D Herberts, New Brunswick, NJ |
| 4/1 | TW | 10,000 | — | 18-20-11 Waste Oil | P - Recycle Almo, Clayton |
| 4/1 | TW | 13,000 | — | 3-76 Solvent | P Recycle Almo, Clayton |
| 4/1 | TW | 25,000 | — | 3-76 Solvents | E Kinbuc, Edison NJ |
| 4/1 | TW | 16,000 | — | 3-76 Solvents | Q - Recycle Rollins Purle, Bridgeport NJ |
| 4/1 | TW | 4,000 | — | 4-76 Ammonia Water | M Alliance, Newark, NJ |

#3

## American Cyanamid, Bound Brook

| date | Container | gallons | tons | Material | Disposal Site | |
|------|-----------|---------|------|----------|---------------|---|
| 4/1 | TW | 4,000 | — | 4-76 Ammonia Water | Y Pfister Chem, Middlesex, NJ | |
| 4/1 | TW | 8,000 | — | 4-76 Ammonia Water | E Kinbuc, Edison, NJ | ✓ |
| 4/8 | TW | 20,000 | — | 2-77 Waste tar | D Herberts, New Brunswick, NJ | ✓ |
| 4/8 | TW | 20,000 | — | 3-76 Solvents P-Recycle | Almo - Clayton, NJ | ✓ |
| 4/8 | TW | 15,000 | — | 3-76 Solvents Q-Recycle | Rollins, Park, Bridgeport, NJ | ✓ |
| 4/8 | TW | 8,000 | — | 4-76 Ammonia Water X-Recycle | Grove, Morrisville, Pa | ✓ |
| 4/8 | TW | 12,000 | — | 4-76 Ammonia Water M- | Alliance, Newark, NJ | ✓ |
| 4/8 | TW | 4,000 | — | 4-76 Ammonia Water E | Kinbuc, Edison, NJ | ✓ |
| 4/15 | TW | 10,000 | — | 2-77 Waste tar | D- Herberts, New Brunswick | |
| 4/15 | TW | 11,000 | — | 3-76 Solvents P-Recycle | Almo, Clayton, NJ | ✓ |
| 4/15 | TW | 5,000 | — | 3-76 Solvents Z-Recycle | Grove, Morrisville, Pa | ✓ |
| 4/15 | TW | 10,000 | — | 3-76 Solvents E- | Kinbuc, Edison, NJ | ✓ |
| 4/15 | TW | 4,000 | — | 4-76 Ammonia Water Y | Pfister Chem, Middlesex, NJ | |
| 4/15 | TW | 4,000 | — | 4-76 Ammonia Water M- | Alliance, Newark, NJ | ✓ |
| 4/22 | TW | 5,000 | — | 2-77 Waste tar | D- Herberts, New Brunswick, NJ | ✓ |
| 4/22 | TW | 5,000 | — | 3-76 Solvents E | Kinbuc, Edison, NJ | ✓ |
| 4/22 | TW | 15,000 | — | 3-76 Solvents P-Recycle | Almo, Clayton, NJ | ✓ |
| 4/22 | TW | 4,000 | — | 4-76 Ammonia Water M- | Alliance, Newark, NJ | ✓ |
| 5/10 | TW | 55,000 | — | 1-76 Waste Caustic M | Alliance, Newark, NJ | ✓ |
| 5/10 | TW | 10,000 | — | 2-77 Waste tar | D- Herbert, New Brunswick, NJ | ✓ |
| 5/10 | TW | 20,000 | — | 3-76 Solvents P-Recycle | Almo, Clayton, NJ | ✓ |
| 5/10 | TW | 4,000 | — | 4-76 Ammonia Water Y | Pfister Chem, Middlesex, NJ | |
| 5/10 | TW | 4,000 | — | 4-76 Ammonia Water M- | Alliance, Newark, NJ | ✓ |
| 5/17 | TW | 55,000 | — | 1-76 Waste Caustic M | Alliance, Newark, NJ | ✓ |
| 5/17 | TW | 5,000 | — | 2-77 Waste tar D | Herberts, New Brunswick, NJ | |

#4

GS0033

# American Cyanamid

| Date | Container | Gallons | Ins | Material | Disposal Site |
|------|-----------|---------|-----|----------|---------------|
| 5/17 | TW | 10,000 | — | 3-76 Solvents | P. Reycle Almo, Clayton NJ |
| 5/17 | TW | 4,000 | — | 4-76 Ammonia Water | Pfister, Middlesex NJ |
| 5/17 | TW | 8,000 | — | 4-76 Ammonia Water | Alliance, Newark NJ |
| 5/24 | TW | 55,000 | — | 1-76 Waste Caustic | Alliance, Newark NJ |
| 5/24 | TW | 5,000 | — | 2-77 Waste Tar | Herberts, New Brunswick NJ |
| 5/24 | TW | 10,000 | — | 3-76 Solvents | P. Recycle Almo, Clayton NJ |
| 5/24 | TW | 5,000 | — | 10-76 Waste Solvent | Kinlaw, Edison NJ |
| 5/24 | TW | 8,000 | — | 4-76 Ammonia Water | Alliance, Newark NJ |
| 5/24 | TW | 4,000 | — | 4-76 Ammonia Water | CC A. Gross, Newark NJ |
| 5/24 | TW | 4,000 | — | 4-76 Ammonia Water | Pfister, Middlesex NJ |
| 5/31 | TW | 30,000 | — | 1-76 Waste Caustic | X-Rec Grove, Morrisville Pa |
| 5/31 | TW | 55,000 | — | 1-76 Waste Caustic | Alliance, Newark NJ |
| 5/31 | TW | 10,000 | — | 2-77 Waste Tar | Herberts, New Brunswick NJ |
| 6/7 | TW | 45,000 | — | 1-76 Waste Caustic | Alliance, Newark NJ |
| 6/7 | TW | 15,000 | — | 1-76 Waste Caustic | X-Rec Grove, Morrisville Pa |
| 6/7 | TW | 20,000 | — | 4-76 Ammonia Water | General Chem, Pa |
| 6/7 | TW | 10,000 | — | 3-76 Solvents | P-Recycle Almo, Clayton NJ |
| 6/7 | TW | 4,000 | — | 4-76 Ammonia Water | Pfister, Middlesex NJ |
| 6/7 | TW | 4,000 | — | 4-76 Ammonia Water | Recycle Emery, New Brunswick NJ |
| 6/7 | TW | 8,000 | — | 4-76 Ammonia Water | Alliance, Newark NJ |
| 6/14 | TW | 10,000 | — | 3-76 Solvents | DD Valley Forge Eng, King of Prussia |
| 6/14 | TW | 35,000 | — | 3-76 Solvents | P-Recycle Almo, Clayton NJ |
| 6/14 | TW | 4,000 | — | 4-76 Ammonia Water | Alliance, Newark NJ |
| 6/14 | TW | 4,000 | — | 4-76 Ammonia Water | Pfister, Middlesex NJ |
| 6/14 | TW | 45,000 | — | 1-76 Waste Caustic | Alliance, Newark NJ |
| 6/14 | TW | 20,000 | — | 1-76 Waste Caustic | Grove, Morrisville Pa |

American Cyanamid, Bound Brook, N.J.

| Date | Container | Gals | Tons | Material | Disposal Site |
|---|---|---|---|---|---|
| | | | | 1-76 | TP Rec. |
| 6/21 | TW | 35,000 | — | Waste Caustic | Alliance, Newark N.J. |
| | | | | 1-76 | X - Rec. |
| 6/21 | TW | 10,000 | — | Waste Caustic | Grove, Morrisville, Pa |
| | | | | 3-76 | P - Recycle |
| 6/21 | TW | 36,000 | — | Solvents | Almo, Clayton, N.J. |
| | | | | 4-76 | M - |
| 6/21 | TW | 4,000 | — | Ammonia Water | Alliance, Newark N.J. |
| | | | | 4-76 | O |
| 6/21 | TW | 4,000 | — | Ammonia Water | Jacketh Bleach, Phila Pa |
| | | | | 3-76 | DD |
| 6/21 | TW | 5,000 | — | Solvents | Valley Forge Eng. King of Prussia |
| | | | | 4-76 | EE |
| 6/28 | TW | 16,000 | — | Ammonia Water | Derewal Chem. |
| | | | | 1-76 | M |
| 6/28 | TW | 15,000 | — | Waste Caustic | Alliance, Newark N.J. |
| | | | | 1-76 | X - Rec. |
| 6/28 | TW | 30,000 | — | Waste Caustic | Grove, Morrisville, Pa |
| | | | | 3-76 | DD |
| 6/28 | TW | 5,000 | — | Solvents | Valley Forge Eng. King of Prussia |
| | | | | 3-76 | P - Recycle |
| 6/28 | TW | 20,400 | — | Solvents | Almo, Clayton |
| | | | | 4-76 | M - |
| 6/28 | TW | 4,000 | — | Ammonia Water | Alliance, Newark N.J. |
| | | | | 4-76 | Y |
| 6/28 | TW | 4,000 | — | Ammonia Water | Oyster Chem. Middlesex N.J. |
| | | | | 1-76 | X - Rec. |
| 6/30 | TW | 20,000 | — | Waste Caustic | Grove, Morrisville, Pa |
| | | | | 3-76 | P Recycle |
| 6/30 | TW | 10,000 | — | Solvents | Almo, Clayton |
| | | | | 2-77 | D |
| 7/12 | TW | 5,000 | — | Waste Tar | Claylos, New Brunswick N.J. |
| | | | | 3-76 | DB |
| 7/12 | TW | 30,000 | — | Solvents | Valley Forge, King of Prussia |
| | | | | 4-76 | M. |
| 7/12 | TW | 5,000 | — | Ammonia Water | Alliance, Newark N.J. |
| | | | | 1-76 | X |
| 7/12 | TW | 55,000 | — | Waste Caustic | Grove, Morrisville Pa |
| | | | | 4-76 | EE |
| 7/12 | TW | 5,000 | — | Ammonia Water | Derewal |
| | | | | 4-76 | N - Recycle |
| 7/12 | TW | 5,000 | — | Ammonia Water | Rhodia, New Brunswick |
| | | | | 2-77 | D |
| 7/19 | TW | 10,000 | — | Waste Tar | Edgebors, New Brunswick N.J. |
| | | | | 3-76 | P - Recycle |
| 7/19 | TW | 10,000 | — | Solvents | Almo, Clayton N.J. |
| | | | | 4-76 | EE |
| 7/19 | TW | 10,000 | — | Ammonia Waste | Derewal Chem. |
| | | | | 4-76 | M - |
| 7/19 | TW | 10,000 | — | Ammonia Waste | Alliance, Newark N.J. |

American Cyanamid, Bound Brook, N.J.

| Date | Container | Gals | Tons | Material | Disposal Site |
|---|---|---|---|---|---|
| 7/19 | TW | 5,000 | — | 4-76 Ammonia Water | Y Pfister Chem, Middlesex N.J. |
| 7/19 | TW | 5,000 | — | 4-76 Ammonia Water | S Wonder Chem — |
| 7/19 | TW | 5,000 | — | 4-76 Ammonia Water | O Hatchel Bleach, Phila Pa |
| 7/19 | TW | 60,000 | — | 1-76 Waste Caustics | X-Rec Grows Landfill, Morrisville |
| 7/19 | TW | 5,000 | — | 1-76 Waste Caustics | X-Rec Grows, Morrisville Pa |
| 7/26 | TW | 60,000 | — | 1-76 Waste Caustics | Y-Rec Grows, Morrisville Pa |
| 7/26 | TW | 5,000 | — | 2-77 tar | D Herberts, New Brunswick N.J. |
| 7/26 | TW | 10,000 | — | 3-76 Solvent | P-Rec Almo, Clayton N.J. |
| 7/31 | TW | 50,000 | — | 1-76 Waste Caustics | X Grows, Morrisville Pa |
| 7/31 | TW | 5,000 | — | 2-77 Waste tar | D Edgeboro, New Brunswick N.J. |
| 7/31 | TW | 5,000 | — | 9-18 Still Bottoms | P-Recycle Almo, Clayton N.J. |
| 7/31 | TW | 10,000 | — | 4-76 Ammonia Waste | CC A. Gross, Newark N.J. |
| 8/9 | TW | 50,000 | — | 1-76 Waste Caustics | Y Grows, Morrisville Pa |
| 8/9 | TW | 10,000 | — | 2-77 Waste tar | D — Edgeboro, New Brunswick N.J. |
| 8/9 | TW | 10,000 | — | 3-76 Solvent | P-Recycle Almo, Clayton N.J. |
| 8/9 | TW | 15,000 | — | 3-76 Solvent | Q-Recycle Rollins Purle, Bridgeport N.J. |
| 8/9 | TW | 15,000 | — | 4-76 Ammonia | CC A. Gross, Newark N.J. |
| 8/9 | TW | 5,000 | — | 4-76 Ammonia | X-Pfister, Middlesex N.J. |
| 8/9 | TW | 5,000 | — | 4-76 Ammonia | M- Alliance, Newark N.J. |
| 8/9 | TW | 20,000 | — | 4-76 Ammonia | X- Grows, Morrisville Pa |
| 8/9 | TW | 5,000 | — | 4-76 Ammonia | DD Valley Forge, King of Prussia Pa |
| 8/16 | TW | 40,000 | — | 1-76 Waste Caustics | X Grows, Morrisville Pa |
| 8/16 | TW | 10,000 | — | 3-76 Solvents | B Recycle Almo, Clayton N.J. |
| 8/16 | TW | 5,000 | — | 4-76 Ammonia | O Recycle Hochel Bleach, Phila Pa |
| 8/16 | TW | 5,000 | — | 4-76 Ammonia | M- Recycle Alliance, Newark N.J. |

#7

## American Cyanamid, Bound Brook

| Date | Container | Gals | Tons | Material | Disposal Site |
|---|---|---|---|---|---|
| 8/23 | TW | 45,000 | — | 1-76 Waste Caustics | X Grows, Morrisville Pa |
| 8/23 | TW | 10,000 | — | 2-77 Waste tar | Edgeboro, New Brunswick NJ |
| 8/23 | TW | 10,000 | — | 3-76 Solvent | P- Recycle Almo, Clayton NJ |
| 8/23 | TW | 15,000 | — | 4-76 Ammonia | EE Derewel Chem, Bucks Co Pa |
| 8/31 | TW | 15,000 | — | 2-77 Waste tar | X Grows, Morrisville, Pa |
| 8/31 | TW | 10,000 | — | 3-76 Solvents | P- Recycle Almo, Clayton, NJ |
| 8/31 | TW | 5,000 | — | 3-76 Solvents | Q- Recycle Rollins Purle, Bridgeport NJ |
| 8/31 | TW | 10,000 | — | 4-76 Waste Ammonia | M - Recycle Alliance, Newark NJ |
| 8/31 | TW | 5,000 | — | 4-76 Waste Ammonia | 5- Wonder Chem Pa |
| 8/31 | TW | 25,000 | — | 4-76 Waste Ammonia | EE Derewel Chem. Bucks Co. Pa |
| 8/31 | TW | 45,000 | — | 1-76 Waste Caustics | X Grows, Morrisville Pa |
| 9/13 | TW | 95,000 | — | 1-76 Waste Caustic | X Grows, Morrisville, Pa |
| 9/13 | TW | 10,000 | — | 2-77 Waste tar | Grows, Morrisville, Pa |
| 9/13 | TW | 10,000 | — | 3-76 Solvents | P- Recycle Almo, Clayton NJ |
| 9/13 | TW | 5,000 | — | 4-76 Waste Ammonia | CC Rec. A gross, Newark NJ |
| 9/13 | TW | 5,000 | — | 4-76 Waste Ammonia | O Rec. Hoelch Bleach, Phila Pa |
| 9/13 | TW | 5,000 | — | 4-76 Waste Ammonia | |
| 9/20 | TW | 30,000 | — | 1-76 Waste Caustics | X Grows, Morrisville Pa |
| 9/20 | TW | 20,000 | — | 9-18 Still Bottoms | HH RHO Oil, Carlstadt NJ |
| 9/20 | TW | 25,000 | — | 4-76 Ammonia | EE Derewel Chem, Bucks Co. Pa |
| 9/20 | TW | 10,000 | — | 2-77 Waste tar | Grows, Morrisville Pa |
| 9/20 | TW | 20,000 | — | 3-X Solvents | Q Recycle Rollins Purle, Bridgeport NJ |
| 9/20 | TW | 5,000 | — | 4-76 Ammonia | JJ Staly, Morrisville, Pa |
| 9/20 | TW | 5,000 | — | 4-76 Ammonia | M. Recycle Alliance, Newark NJ |
| 9/27 | TW | 30,000 | — | 1-76 Waste Caustic | X Grows, Morrisville Pa |

# 8

GS0037

## American Cyanamid, Bound Brook Cesspool Site

| Date | Container | gal. | Tons | Material | | Disposal Site |
|---|---|---|---|---|---|---|
| 9/27 | TW | 5,000 | — | 2-77 Waste tar | X | Grows, Morrisville, Pa ✓ |
| 9/27 | TW | 10,000 | — | 3-76 Solvent | R Recycle almo Rollins Inc. Bridgeport NJ | ✓ |
| 9/27 | TW | 10,000 | — | 4-76 Ammonia | JJ Staley, Morrisville Pa | ✓ |
| 9/27 | TW | 10,000 | — | 9-18 Steel Bottoms | #11 RKD Carlstadt NJ | ✓ |
| 9/30 | TW | 20,000 | — | 1-76 Waste Caustic | X Grows, Morrisville Pa | ✓ |
| 9/30 | TW | 5,000 | — | 3-76 Solvent | R Almo, Clayton NJ | ✓ |
| 9/30 | TW | 10,000 | — | 4-76 Ammonia | JJ Staley, Morrisville Pa | ✓ |
| 10/11 | TW | 80,000 | — | 1-76 Waste Caustic | X Grows, Morrisville Pa | ✓ |
| 10/11 | TW | 10,000 | — | 2-77 tar | X Grows, Morrisville Pa | ✓ |
| 10/11 | TW | 5,000 | — | 3-76 Solvent | R Rec. Almo, Clayton NJ | ✓ |
| 10/11 | TW | 10,000 | — | 3-76 Solvent | Q Rec Rollins Park, Bridgeport NJ | ✓ |
| 10/11 | TW | 5,000 | — | 4-76 Ammonia | M Rec Alliance, Newark NJ | ✓ |
| 10/11 | TW | 15,000 | — | 4-76 Ammonia | JJ Rec Staley, Morrisville Pa | ✓ |
| 10/18 | TW | 55,000 | — | 9-76 Caustic | X Grows, Morrisville, Pa | ✓ |
| 10/18 | TW | 5,000 | — | 2-77 Waste tar | X Grows, Morrisville Pa | ✓ |
| 10/18 | TW | 10,000 | — | 3-76 Waste Solvent | R Recycle Almo, Clayton NJ | ✓ |
| 10/18 | TW | 10,000 | — | 3-76 Waste Solvent | Q Rec Rollins Park, Bridgeport NJ | ✓ |
| 10/18 | TW | 5,000 | — | 4-76 Waste Ammon | O Rec Hachik Bleach, Phila, Pa | ✓ |
| 10/18 | TW | 10,000 | — | 4-76 Waste Ammon | JJ Rec Staley, Morrisville Pa | ✓ |
| 10/25 | TW | 65,000 | — | 1-76 Waste Caustic | X Grows, Morrisville, Pa | ✓ |
| 10/25 | TW | 10,000 | — | 2-77 Waste tar | X Grows, Morrisville Pa | ✓ |
| 10/25 | TW | 30,000 | — | 3-76 Waste Solvent | Almo, Clayton NJ | ✓ |
| 10/30 | TW | 65,000 | — | 1-76 Waste Caustic | X Grows, Morrisville Pa | ✓ |
| 10/30 | TW | 10,000 | — | 2-77 Waste tar | X Grows, Morrisville Pa | ✓ |
| 10/30 | TW | 39,000 | — | 3-76 Solvent | R Rec Almo, Clayton NJ | ✓ |
| 10/30 | TW | 6,000 | — | 3-76 Solvent | R Rec Rollins, Bridgeport NJ | |

#9

## American Cyanamid

| Date | Container | gals | Tons | Material | Disposal Site |
|------|-----------|------|------|----------|---------------|
| 11/8 | TW | 10,000 | — | 1-76 Waste Caustic | Grows, Morrisville Pa X |
| 11/8 | TW | 20,000 | — | 3-76 Solvent | Almo, Clayton NJ Pee |
| 11/8 | TW | 20,000 | — | 3-76 Solvent | Rollins Purle, Bridgeport NJ Q pee |
| 11/8 | TW | 15,000 | — | 4-76 Ammonia | Staley JJ |
| 11/8 | TW | 10,000 | — | 9-18 Still Bottoms | R.F.D. Oil, Carlstadt NJ HH |
| 12/20 | TW | 50,000 | — | 1-76 Waste Caustic | Grows Morrisville, Pa X |
| 12/20 | TW | 60,000 | — | 1-76 Waste Caustic | Grows, Morrisville, Pa X |
| 12/20 | TW | 80,000 | — | 1-76 Waste Caustic | Grows, Morrisville Pa X |
| 12/20 | TW | 20,000 | — | 2-72 Waste tar | Grows, Morrisville Pa X |
| 12/20 | TW | 50,000 | — | 4-76 Ammonia | Staley, Morrisville Pa JJ |
| 12/20 | TW | 25,000 | — | 3-76 Solvent | Almo, Clayton NJ Pee |
| 12/20 | TW | 20,000 | — | 3-76 Solvent | Valley Forge, King Prussia Pa DD |
| 12/20 | Mdr 120pt | 4,550 | — | 21-71 Solids | Grows, Morrisville Pa X |
| 12/31 | TW | 100,000 | — | 1-76 Waste Caustic | Grows, Morrisville, Pa X |
| 12/31 | TW | 10,000 | 40.0 | 9-18 Still Bottoms | Grows, Morrisville Pa X |

310,000 gals 2-77 tar
5,000 gals 20-72 Water
8,000 gals 10-76 Wash Solv
1,695,000 gals 1-76 Caustic
   20-72 Water
615,000 gals 4-76 Ammonia

D - Herbert's/Edgboro — 215,000
X - Grows — 95,000
E Rinkue — 5,000
H Knickerbocker — 8,000
M Alliance — 360,000
X Grows — 1,335,000
N Rhodia — 10,000
M Alliance — 134,000
U St Brands — 30,000
Y Pfister — 71,000
N Emery — 9,000
E Rinkue — 16,000
X Grows — 28,000
CC A gross & Co — 34,000
O Hachik — 37,000
EE De Rewal — 116,000
S. Wonder Chem — 10,000
DD Valley Forge — 5,000
JJ Staley — 115,000
— 615,000

#10

803,400 gals. 3-76 Solvents —
- O almo —       539,400
- Q Rollins      146,000
- DP Valley Forge  70,000
- E Kinbue        40,000
- Z Kraft          3,000
- X grows          5,000
-               ———————
-                803,400

~~50,000~~
~~63,600~~ gals 9-18 Still Bottoms
- P almo —    ~~13,600~~  54.4
- HH·RKO       40,000    160.0
- X grows —    10,000
-              ———————    40.0
-              63,600

4,550 gals 21-71 Solids
- X grows —    4,550   18.2

10,000 gals 18-70-71 Waste Oil
- P almo —    10,000 —

---

### 1977

| Date | Cont. | gals | hrs | Material | Disposal Site |
|---|---|---|---|---|---|
| 1/10/77 | TW | 55,000 | — | 20-72 Tar | X grows, Morrisville Pa |
| 1/10/77 | TW | 5,000 | — | 2-77 Solvent | X grows — Morrisville Pa |
| 1/10/77 | TW | 35,000 | — | 3-76 4-76 | O almo, Clayton NJ / JJ |
| 1/10/77 | TW | 15,000 | — | Ammonia | Staley, Morrisville Pa |
| 1/17/77 | TW | 30,000 | — | 20-72 Water | X grows Morrisville Pa |
| 1/17/77 | TW | 5,000 | — | 2-77 Tar | X grows Morrisville Pa |
| 1/17/77 | TW | 15,000 | — | 3-76 Solvent 4-76 | almo, Clayton NJ / RR |
| 1/17/77 | TW | 10,000 | — | Ammonia | Rhus Chem, Newark NJ |
| 1/24/77 | TW | 5,000 | — | 3-76 Solvent 4-76 | almo, Clayton NJ / JJ |
| 1/24/77 | TW | 10,000 | — | Ammonia | Staley, Morrisville Pa |
| 1/24/77 | TW | 30,000 | — | 20-72 Water | X grows, Morrisville Pa |
| 1/24/77 | 103 dr | 5240 | 20.9 | 21-71 Solids | grows, Morrisville, Pa |
| 2/1/77 | TW | 5,000 | — | 2-77 Tar | grows, Morrisville Pa |
| 2/1/77 | TW | 10,000 | — | 3-76 Solvent | PPI Oil Recovery, Clayton NJ |

11

## Am. Cy, Bound Brook, N.J.

| Date | Cont | gals | Tons | Material | Disposal Site |
|------|------|------|------|----------|---------------|
| 2/1/77 | TW | 15,000 | — | 3-76 Solvent | P Almo, Clayton, N.J. |
| 2/1 | TW | 5,000 | — | 4-76 Ammonia | RR Orlus, Newark, N.J. |
| 2/1/77 | TW | 5,000 | — | 4-76 Ammonia | JS Staley, Morrisville Pa |
| 2/1/77 | 264 dr | 13,200 | 52.8 | 21.71 Solids | X Grows, Morrisville Pa |
| 2/7/77 | TW | 5,000 | — | 2-77 Tar | X Grows, Morrisville Pa |
| 2/7/77 | TW | 15,000 | — | 3-76 Solvent | PP Oil Recovery, Clayton N.J. |
| 2/7/77 | TW | 5,000 | — | 4-76 Ammonia | RR Orlus, Newark, N.J. |
| 2/7/77 | TW | 10,000 | — | 4-76 Ammonia | JS Staley, Morrisville Pa |
| 2/7/77 | TW | 5,550 | — | 3-76 Solvent | DD Valley Forge, King Prussia Pa |
| 2/7/77 | 73 dr | 3650 | 14.6 | 21.71 Solids | X Knickerbocker, Malvern Pa |
| 2/14/77 | TW | 40,000 | — | 20.72 Water | X Grows, Morrisville Pa |
| 2/14/77 | TW | 5,000 | — | 2-77 Tar | X Grows, Morrisville Pa |
| 2/14/77 | TW | 5,000 | — | 4-76 Ammonia | JS Staley, Morrisville Pa |
| 2/14/77 | TW | 10,000 | — | 4-76 Ammonia | RR Orlus, Newark, N.J. |
| 2/14/77 | TW | 15,000 | — | 3-76 Solvent | PP Oil Recovery, Clayton N.J. |
| 2/14/77 | TW | 5,000 | — | 3-76 Solvent | P Almo, Clayton, N.J. |
| 2/21/77 | TW | 85,000 | — | 20.72 Water | X Grows, Morrisville Pa |
| 2/21/77 | TW | 5,000 | — | 2-77 Tar | X Grows, Morrisville Pa |
| 2/21/77 | TW | 10,000 | — | 3-76 Solvent | P Almo, Clayton, N.J. |
| 2/21 | TW | 5,000 | — | 4-76 Ammonia | RR Orlus, Newark, N.J. |
| 2/21 | TW | 10,000 | — | 4-76 Ammonia | JS Staley, Morrisville Pa |
| 2/28 | TW | 80,000 | — | 20.72 Water | X Grows, Morrisville Pa |
| 2/28 | TW | 5,000 | — | 2-77 Tar | X Grows, Morrisville Pa |
| 2/28 | TW | 10,000 | — | 9-18 Still Bottom | Grows, Morrisville Pa |
| 2/28 | TW | 6,000 | — | 3-76 Solvent | Almo, Clayton N.J. |

Am. Cy. Bound Brook · NJ

| Date | Cont | gals | Tons | Material | Disposal Site |
|---|---|---|---|---|---|
| 2/28 | TW | 9,000 | — | 3.76 Solvent | Oil Recovery, Clayton, NJ |
| 2/28 | TW | 10,000 | — | 4.76 Ammonia | Staley, Morrisville, Pa |
| 2/28 | TW | 5,000 | — | 4.76 Ammonia | Orkis, Newark NJ |
| 2/28 | TW | 7,250 | — | 20.72 Water | Grows, Morrisville Pa |
| 2/28 | TW | 10,000 | — | 9-18 Still Bottoms | Grows Morrisville Pa |
| 3/7 | TW | 30,000 | — | 20.72 Water | Grows Morrisville Pa |
| 3/7 | TW | 5,000 | — | 2.77 Tar | Grows Morrisville Pa |
| 3/7 | TW | 10,000 | — | 3.76 Solvent | Renora, Edison NJ |
| 3/7 | TW | 5,000 | — | 4.76 Ammonia | Orkis, Newark NJ |
| 3/7 | TW | 5,000 | — | 4.76 Ammonia | Foster, Middlesex NJ |
| 3/7 | TW | 5,000 | — | 4.76 Ammonia | Staley, Morrisville Pa |
| 3/7 | TW | 1,950 | — | 8.72 Paint | Knickerbocker, Malvern Pa |
| 3/7 | TW | 2630 | 11.1 | 21.71 Solids | Knickerbocker, Malvern Pa |
| 3/14 | 10 dr | 500 | 2.1 | 21.71 Solids | Knickerbocker, Malvern Pa |
| 3/14 | 49 dr | 2450 | — | 8.72 Paint | Knickerbocker, Malvern Pa |
| 3/14 | 29 dr | 1450 | — | 3.76 Solvent | Valley Forge, King Prussia Pa |
| 3/14 | TW | 50,000 | — | 20.72 Water | Grows Morrisville Pa |
| 3/14 | TW | 10,000 | — | 3.76 Solvent | Oil Recovery, Clayton NJ |
| 3/14 | TW | 5,000 | — | 2.77 Tar | Grows Morrisville Pa |
| 3/14 | TW | 10,000 | — | 4.76 Ammonia | Orkis, Newark NJ |
| 3/14 | TW | 5,000 | — | 4.76 Ammonia | Hacket Block, Phila Pa |
| 3/14 | TW | 10,000 | — | 4.76 Ammonia | Staley, Morrisville Pa |
| 3/21 | TW | 40,000 | — | 20.72 Water | Grows, Morrisville Pa |
| 3/21 | TW | 5,000 | — | 2.77 Tar | Grows — |
| 3/21 | TW | 10,000 | — | 3.76 Solvent | Oil Recovery, Clayton NJ |

Am. Cy. Bound Brook, NJ

| Date | Cont | gals | Tons | Material | Disp Site |
|------|------|------|------|----------|-----------|
| 3/21 | TW | 5,000 | — | Ammonia 4.76 JJ | Staley, Morrisville Pa |
| 3/21 | TW | 5,000 | — | Ammonia 4.76 RR | Orlis, Newark NJ |
| 3/21 | TW | 5,000 | — | Ammonia 4.76 M | Allionce, Newark NJ |
| 3/28 | TW | 15,000 | — | Water 20.72 X | Grows, Morrisville Pa |
| 3/28 | TW | 5,000 | — | Tar 2.77 Y | Grows, Morrisville Pa |
| 3/28 | TW | 15,000 | — | Solvent 3.76 PP | Oil Recovery, Clayton NJ |
| 3/28 | TW | 10,000 | — | Solvent 3.76 DD | Valley Forge, King Prussia Pa |
| 3/28 | TW | 10,000 | — | Still Bottoms 9.18 PP | Oil Recovery, Clayton NJ |
| 3/28 | TW | 10,000 | — | Ammonia 4.76 JJ | Staley, Morrisville, Pa |
| 3/28 | TW | 5,000 | — | Ammonia 4.76 RR | Orlis, Newark NJ |
| 3/28 | TW | 5,000 | — | Ammonia 4.76 Y | Pfister, Middlesex NJ |
| 3/31 | TW | 5,000 | — | Tar 2.77 X | Grows, Morrisville Pa |
| 3/31 | TW | 10,000 | — | Still Bottoms 9.18 PP | Oil Recovery, Clayton NJ |
| 3/31 | TW | 15,000 | — | Solvent 3.76 PP | Oil Recovery, Clayton NJ |
| 3/31 | TW | 10,000 | — | Ammonia 4.76 JJ | Staley, Morrisville Pa |
| 3/31 | TW | 5,000 | — | Ammonia 4.76 Y | Pfister, Middlesex NJ |
| 3/31 | TW | 5,000 | — | Ammonia 4.76 RR | Orlis, Newark NJ |
| 3/31 | TW | 20,000 | — | Water 20.72 X | Grows, Morrisville Pa |
| 4/11 | TW | 45,000 | — | Water 20.72 X | Grows, Morrisville Pa |
| 4/11 | TW | 15,000 | — | Tar 2.72 Y | Grows, Morrisville Pa |
| 4/11 | TW | 25,000 | — | Solvent 3.74 PP | Oil Recovery, Clayton NJ |
| 4/11 | TW | 20,000 | — | Solvent 3.76 DD | Valley Forge, King Prussia Pa |
| 4/18 | TW | 40,000 | — | Water 20.72 X | Grows, Morrisville Pa |
| 4/18 | TW | 10,000 | — | Tar 2.72 Y | Grows, Morrisville Pa |
| 4/18 | TW | 10,000 | — | Still Bottoms 9.18 PP | Oil Recovery, Clayton NJ |

#14

## Am. Cy. Bound Brook, N.J.

| Date | Cont | Gals | Toxs | Material | Disp. Site |
|---|---|---|---|---|---|
| 4/18 | TW | 10,000 | — | 3.76 Solvent | Oil Recovery, Clayton NJ |
| 4/18 | TW | 5,000 | — | 3.76 Solvent | DD Valley Forge, King Prussia Pa |
| 4/18 | 110 dr | 5,500 | . | 21.71 Solids | X Grows Morrisville Pa |
| 4/25 | TW | 65,000 | — | 20.72 Water | X Grows, Morrisville Pa |
| 4/25 | TW | 5,800 | — | 2.72 Tar | Grows, Morrisville Pa |
| 4/25 | TW | 15,000 | — | 3.76 Solvent | OP Oil Recovery, Clayton, NJ |
| 4/25 | 275 dr | 13,750 | — | 21.71 Solids | X Grows Morrisville Pa |
| 4/30 | TW | 65,000 | — | 20.72 Water | X Grows, Morrisville Pa |
| 4/30 | TW | 5,000 | — | 2.72 Tar | Grows Morrisville Pa |
| 4/30 | TW | 15,000 | — | 3.76 Solvent | Oil Recovery, Clayton NJ |
| 5/9 | TW | 70,000 | — | 20.72 Water | X Grows Morrisville Pa |
| 5/9 | TW | 10,000 | — | 2.72 Tar | Grows, Morrisville Pa |
| 5/9 | TW | 20,000 | — | 3.76 Solvent | OP Oil Recovery, Clayton NJ |
| 5/9 | TW | 10,000 | — | 20.72 Water | X Grows Morrisville Pa |
| 5/16 | TW | 70,000 | — | 20.72 Water | X Grows Morrisville Pa |
| 5/16 | TW | 5,000 | — | 2.77 Tar | X Grows Morrisville Pa |
| 5/16 | TW | 5,000 | — | 3.76 Solvent | OP Oil Recovery, Clayton NJ |
| 5/23 | TW | 55,000 | — | 20.72 Water | X Grows Morrisville Pa |
| 5/23 | TW | 10,000 | — | 2.77 Tar | X Grows — |
| 5/23 | TW | 10,000 | — | 3.76 Solvent | OP Oil Recovery Clayton NJ |
| 5/23 | TW | 5,000 | - | 3.76 Solvent | DD Valley Forge, Pa |
| 5/23 | 177 Dr | 8,850 | — | 21.71 Solids | Knickerbockers, Midwest |
| 5/31 | TW | 95,000 | — | 20.72 Water | X Grows Morrisville Pa |
| 5/31 | TW | 5,000 | — | 2.72 Tar | X Grows — |
| 5/31 | TW | 10,000 | | 18.70 71 Hot Still Bottoms oil | DD Valley Forge, Pa |

# American Cy, Bound Brook NJ

| Date | Cont | gals | tons | Material | Disp Site |
|---|---|---|---|---|---|
| 5/31 | TW | 10,000 | — | 3.76 PP Solvent | Oil Recovery, Clayton NJ |
| 5/31 | TW | 10,000 | — | 3.76 DD Solvent | Valley Forge, Pa |
| 5/31 | 463 dr | 23,150 | 98.3 | 21.71 Solids | Knickerbocker, Malvern Pa |
| 6/6 | 176 dr | 8,800 | 37.4 | 21.71 Solids | Knickerbocker, Malvern Pa |
| 6/6 | TW | 10,000 | — | 20.72 Water | X grows, Morrisville Pa |
| 6/6 | 6 TW | 10,000 | — | 3.76 DD Solvent | Valley Forge, Pa |
| 6/6 | TW | 15,000 | — | 3.76 PP Solvent | Oil Recovery, Clayton NJ |
| 6/13 | TW | 10,000 | — | 3.76 DD Solvent | Valley Forge, Pa |
| 6/13 | 176 dr | 8,800 | 37.4 | 21.71 Solids | Knickerbocker, Malvern Pa |
| 6/20 | TW | 95,000 | — | 20.72 Water | X grows, Morrisville Pa |
| 6/20 | TW | 10,000 | — | 3.74 DD Solvent | Valley Forge, Pa |
| 6/20 | TW | 10,000 | — | 3.76 PP Solvent | Oil Recovery, Clayton NJ |
| 6/20 | TW | 10,000 | — | 18.70 OP Oil | Oil Recovery, Clayton NJ |
| 6/20 | 80 dr | 4,000 | 17. | 21.71 Solids | Knickerbocker, Malvern Pa |
| 6/27 | TW | 15,800 | — | 20.72 Water | X grows — |
| 6/27 | TW | 20,000 | — | 3.76 DD Solvent | Valley Forge, Pa |
| 6/27 | TW | 10,000 | — | 18.70 PP Oil | Oil Recovery, Clayton NJ |
| 6/30 | TW | 40,000 | — | 20.72 Water | X grows — |
| 7/11 | TW | 95,000 | — | 20.72 Water | X grows — |
| 7/11 | 88 dr | 4,400 | 17.8 | 21.71 Solids | Knickerbockers — |
| 7/11 | TW | 10,000 | — | 2.77 Tar | X grows — |
| 7/11 | TW | 5,000 | — | 3.76 DD Solvent | Valley Forge, Pa |
| 7/11 | TW | 15,000 | — | 3.76 PP Solvent | Oil Recovery, Clayton NJ |
| 7/18 | TW | 90,000 | — | 20.72 Water | X grows — |
| 7/18 | TW | 10,000 | — | 2.71 Tar | X grows — |
| 7/18 | TW | 5,000 | — | 3.76 DD Solvent | Valley Forge Pa |

#16

## Amcy - Bound Brook

| Date | Cont | Gal | Inv | Material | Draw Out |
|------|------|-----|-----|----------|----------|
| 7/25 | TW | 85,000 | — | 20.72 Water | X grows |
| 7/25 | TW | 10,000 | — | 2.71 Jar | X grows |
| 7/25 | 88dr | 4,400 | — | 8.72 Paint | Knickerbocker Pa |
| 7/31 | TW | 80,000 | — | 20.72 Water | X grows |
| 7/31 | TW | 5,000 | — | 2.71 Jar | X grows |
| 8/8 | TW | 90,000 | — | 20.72 Water | X grows |
| 8/8 | TW | 10,000 | — | 2.71 Jar | X grows |
| 8/8 | TW | 10,000 | — | 18.78 Hold Bk | Oil Recovery Clayton NJ |
| 8/15 | TW | 85,000 | — | 20.72 Water | X grows |
| 8/15 | TW | 5,000 | — | 2.71 Jar | X grows |
| 8/15 | TW | 15,000 | — | 3.76 Solvent | Gaess Env. |
| 8/22 | TW | 85,000 | — | 20.72 Water | X grows |
| 8/22 | TW | 5,000 | — | 2.71 Jar | X grows |
| 8/22 | TW | 15,000 | — | 3.76 Solvent | Oil Recovery Clayton NJ |
| 8/22 | 88dr | 4,400 | — | 8.72 Paint | Knickerbocker |
| 8/31 | TW | 40,000 | — | 20.72 Water | X grows |
| 8/31 | TW | 5,000 | — | 2.71 Jar | X grows |
| 8/31 | TW | 10,000 | — | 3.76 Solvent | Gaess env |
| 9/6 | TW | 65,000 | — | 20.70 Water | X grows |
| 9/6 | TW | 5,600 | — | 2.71 Jar | X grows |
| 9/6 | TW | 5,000 | — | 3.76 Solvent | Gaess |
| 9/6 | TW | 5,000 | — | 3.76 Solvent | J C P |
| 9/6 | TW | 10,000 | 9-18-78 | 20.71 Hotoil | Oil Recovery Clayton NJ |
| 9/6 | 92 | 4,600 | 20. | 21.71 Solids | Knickerbocker |

#17

## Cm Cy Boond Block

| Date | Cont | Yds | Lms | Material | Dep Site |
|---|---|---|---|---|---|
| 9/12 | TW | 5000 | — | 2.77 Jar | X grows |
| 9/12 | TW | 10,000 | — | 3.76 Solvent | HA RKO, Carlstadt |
| 9/12 | TW | 10,000 | — | 3.76 Solvent | B gaess |
| 9/12 | 80 dr | 4000 | — | 21.71 Solid | A Knickerbockers |
| 9/12 | TW | 55,000 | — | 20.72 Water | X grows |
| 9/19 | TW | 105,000 | — | 20.72 Water | X grows |
| 9/19 | Dr (133) | 6650 | — | 21.71 Solids | A Knickerbockers |
| 9/19 | TW | 10,000 | — | 2.77 Jar | X grows |
| 9/19 | TW | 10,000 | — | 3.76 Solvent | gaess |
| 9/26 | TW | 95,000 | — | 20.72 Water | X grow |
| 9/26 | TW | 5000 | — | 2.77 Jar | X grows |
| 9/26 | TW | 10,000 | — | 3.76 | B gaess |
| 9/26 | TW | 10,000 | — | 187071 Actail | amerion recovery |
| 9/26 | 88 dr | 4400 | — | 21.71 Solids | # Knickerbockers |
| 9/30 | TW | 65,000 | — | 20.72 Water | X grows |
| 9/30 | tw | 10,000 | — | 2.77 Jar | X grow |
| 9/30 | TW | 10,000 | — | 3.76 Solvent | B gaess |
| 9/30 | TW | 10,000 | — | 3.76 Solvent | oil Recovery |
| 10/10 | TW | 105,000 | — | 20.72 Water | X grows |
| 10/10 | TW | 5000 | — | 2.77 Jar | X grow |
| 10/10 | TW | 10,000 | — | 3.76 Solvent | B gaess |
| 10/17 | TW | 85,000 | — | 20.72 Water | X grows |
| 10/17 | TW | 10,000 | — | 2.77 Jar | X grows |
| 10/17 | TW | 10,000 | — | 3.76 Solvent | B gaess |
| 10/17 | 176 Dr | 8,800 | — | 21.71 Solids | X grows |

GS0046

#18

## Am Cy. Bound Brook

| Date | Cont | gals | Lors | Matl | Disp Site |
|---|---|---|---|---|---|
| 10/24 | TW | 95,000 | — | 20.72 Water | X grows |
| 10/24 | TW | 5000 | — | 2.77 Jor | X grows — |
| 10/24 | TW | 10,000 | — | 3.76 Solvent | B goess |
| 10/24 | TW | 10,000 | — | Hot oil | om Rec. |
| 10/24 | 84 Dr | 4,200 | — | 21.71 Solid | X grows — |
| 10/31 | 82 dr | 4,100 | — | 21.71 Solids | X grows — |
| 10/31 | 23TW | 115,000 | — | 20.72 Water | X grows |
| 10/31 | TW | 10,000 | — | 2.77 Jor | X grows |
| 10/31 | TW | 10,000 | — | 3.76 Solvent | B goess — |
| 11/7 | TW | 95,000 | — | 20.72 Water | X grows — |
| 11/7 | TW | 5,000 | — | 2.77 Jor | X grows — |
| 11/7 | TW | 10,000 | — | 3.76 Solvent | B goess — |
| 11/14 | TW | 95,000 | — | 20.72 Water | X grows |
| 11/14 | TW | 5000 | — | 2.77 Jor | X grows |
| 11/14 | tw | 5,000 | — | 3.76 Solvent | B goess — |
| 11/21 | TW | 80,000 | — | 20.72 Water | X grows — |
| 11/21 | TW | 5,000 | — | 2.72 Jor | X grows |
| 11/21 | TW | 10,000 | — | 3.76 Solvent | B goess |
| 11/21 | 88 dr | 4,400 | — | 21.71 Solids | X grows — |
| 11/28 | TW | 80,000 | — | 20.72 Water | X grows |
| 11/28 | TW | 10,000 | — | 2.72 Jor | X grows |
| 11/28 | TW | 10,000 | — | Hot oil | om Rec. |
| 11/28 | tw | 25,000 | — | 3.76 Solvent | B goess |
| 11/30 | TW | 45,000 | — | 20.72 Water | X grows |
| 11/30 | TW | 5000 | — | 2.77 Jor | X grows |

#19

Amy

| Date | Cont | gals | Tons | material | Disp Site |
|------|------|------|------|----------|-----------|
| 12/12 | TW | 10,000 | — | 2.77 Tar | X grows |
| 12/12 | TW | 5,000 | — | 3.74 Solvent | PP East Coast / oil Rec |
| 12/12 | TW | 20,000 | — | 3.76 Solvent | goess |
| 12/12 | TW | 85,000 | — | 20.72 water | grows |
| 12/19 | TW | 15,000 | — | 2.77 Tar | grows |
| 12/19 | TW | 5,000 | — | 3.76 Solvent | goess |
| 12/19 | TW | 80,000 | — | 20.72 water | grows |
| 12/19 | 105dr | 5,250 | — | 21.71 Solids | grows |
| 12/31 | TW | 80,000 | — | 20.72 water | grows |
| 12/31 | TW | 15,000 | — | 3.76 Solvent | Marisol |

---

3,167,750 gals  20.72 Water — X grows —

305,000 gals  2.77 Tar — X grows —

712,000 gals  3.76 Solvent —
- OO Renora  10,000
- HH RKO  10,000
- SCP  5,000
- Marisol  15,000
- P-Almo  91,000
- PP Oil Rec  279,000
- DD Valley Forge  117,000
- B goess  185,000

200,000 gals  4.76 Ammonia —
- D Hachik  5,000
- M alliance  5,000
- Y Pfister  15,000
- RR Orbis  90,000
- JJ Staley  105,000

148,870 gals  21.71 Solids  X grows

130,000 gals  39-18 (70) Still Bottoms —
- X grows  20,000
- PP Oil Rec  80,000
- Z Ampee  30,000

13,200 gals  8.72 Paint — H Knickerbockers

GS0048