UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,,<br><br>Defendants. | Civil Action No. 02-CV-3830 (LDD) |

**MOTIONS IN LIMINE OF THE DEFENDANT ADVANCED ENVIRONMENT TECHNOLOGY CORPORATION**

Defendant Advanced Environmental Technology Corporation ("AETC") respectfully moves for this Court to preclude certain evidence from admission at trial including (1) a letter dated September 9, 1976 from AETC to Manfred DeRewal, Sr. regarding the disposal of Roche waste; (2) Manfred DeRewal, Sr.'s hearsay statements and statements made outside his personal knowledge; (3) the opinions of Plaintiff's expert, Jay Vandeven; (4) Plaintiffs' allocation conclusions and/or framework; (5) evidence that Plaintiffs' costs were voluntarily incurred; and (6) the opinions of Plaintiffs' expert, Jay Vandeven, set forth in his untimely supplemental report, dated May 7, 2008.

The grounds for AETC's Motion are more fully set forth in the accompanying Memorandum of Law and Declaration of Laurie J. Sands, which is incorporated by reference. A proposed Order is attached pursuant to Local Rule 7.1.

1089062.1

Dated: May 23, 2008            Respectfully submitted,

WOLFF & SAMSON, PC
Attorneys For Defendant
Advanced Environmental Technology Corp.

By: /s/ John A. McKinney, Jr.
JOHN A. MCKINNEY, JR.
JMcKinney@Wolffsamson.com

Robert M. Morris, Esq.
Morris & Adelman
1920 Chestnut Street
Philadelphia, Pennsylvania

1089062.1