WOLFF & SAMSON PC
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
Attorneys for Defendant Advanced
Environmental Technology Corp.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL<br>TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br>**CERTIFICATION OF SERVICE** |

  I, Laurie J. Sands, certify that on May 23, 2008, I caused a true and correct copy of Defendant AETC's Memorandum of Law in Support of its Motions in limine and Declaration of Laurie J. Sands to be served via the Court's electronic notification system on each of the below:

| **Counsel for Plaintiffs – Boarhead Farm Agreement Group**<br>Glenn A. Harris, Esquire<br>Ballard Spahr Andrews & Ingersoll, LLP<br>Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ 08043-4636<br>(856) 761-3440<br>(856) 761-9001 (Fax)<br>harrusg@ballardspahr.com | **Attorney for NRM Investment Company**<br>Edward Fackenthal, Esq.<br>Law Offices of Edward Fackenthal<br>One Montgomery Plaza, Suite 209<br>Norristown, PA 19401<br>(610) 279-3370<br>(610) 279-0696 (Fax)<br>edwardfackenthal@cs.com |

1131672.1

| **Counsel for Ashland Chemical Company**<br>Richard C. Biedrzycki, Esquire<br>Jeffrey Pettit, Esquire<br>Phelan, Pettit & Biedrzycki<br>Suite 1600, The North American Bldg.<br>121 South Broad Street<br>Philadelphia, PA 19107<br>(215) 546-0500<br>(215) 546-9444 (Fax)<br>ddoto@pp-b.com | **Counsel for Carpenter Technology Corp.**<br>Lynn Wright, Esquire<br>Edwards & Angell<br>750 Lexington Avenue<br>New York, NY 10022<br>(212) 756-0215<br>(888) 325-9169 (Fax)<br>lwright@ealaw.com |
|---|---|
| **Counsel for Flexible Circuits**<br>Seth v.d.H. Cooley, Esq.<br>Duane Morris LLP<br>Suite 4200, One Liberty Place<br>Philadelphia, PA 19103-7396<br>(215) 979-1000<br>(215) 979-1020 (Fax)<br>secoley@duanemorris.com | **Counsel for Handy & Haman Tube Co.**<br>Melissa E. Flax, Esquire<br>Carella, Byrne, Bain, Gilfillan, Cecchi,<br>  Stewart & Olstein<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>(973) 994-1700<br>(973) 994-1744 (Fax)<br>mtlax@carellabyrne.com |

/s/ Laurie J. Sands
LAURIE J. SANDS, ESQ.
lsands@wolffsamson.com

1131672.1

2