WOLFF & SAMSON PC
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
Attorneys for Defendant Advanced
Environmental Technology Corp.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARHEAD FARM AGREEMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br><br>**DECLARATION OF LAURIE J. SANDS, ESQ., IN SUPPORT OF DEFENDANT AETC'S MOTIONS <u>IN LIMINE</u>** |

LAURIE J. SANDS, pursuant to 28 U.S.C. 1746 hereby declares as follows:

1. I am an attorney-at-law admitted to practice law before this Court <u>Pro Hac Vice</u> in connection with the above captioned matter and Counsel with the firm of Wolff & Samson PC attorneys for defendant Advanced Environmental Technology Corp. ("AETC") in the within matter. I submit this declaration in support of AETC's motions <u>in limine</u>.

2. Attached hereto as Exhibit A is a true and accurate copy of the Fifth Amended Complaint in this action.

3. Attached hereto as Exhibit B is a true and accurate copy of a letter dated September 9, 1976.

1129797.1

4. Attached hereto as Exhibit C is a true and accurate copy of relevant excerpts from the deposition of Manfred DeRewal, Sr.

5. Attached hereto as Exhibit D is a true and accurate copy of relevant excerpts from the testimony of Manfred DeRewal, Sr. in connection with an EPA civil investigation.

6. Attached hereto as Exhibit E is a true and accurate copy of the initial expert report submitted by Jay Vandeven.

7. Attached hereto as Exhibit F is a true and accurate copy of the reply expert report submitted by Jay Vandeven.

8. Attached hereto as Exhibit G is a true and accurate copy of the expert report submitted by W. Leigh Short Ph.D., PE, James Roetzer, Ph.D., and Gordon R. Jamieson, PG.

9. Attached hereto as Exhibit H is a true and accurate copy of relevant excerpts from the deposition of Jay Vandeven.

10. Attached hereto as Exhibit I is a true and accurate copy of relevant excerpts from Plaintiffs responses to Defendants Combined Contention Interrogatories.

11. Attached hereto as Exhibit J is a true and accurate copy of the expert report submitted by Jurgen Exner.

12. Attached hereto as Exhibit K is a true and accurate copy of Consent Decree OU-1.

13. Attached hereto as Exhibit L is a true and accurate copy of Consent Decree OU-2.

14. Attached hereto as Exhibit M is a true and accurate copy of the May 7, 2008 Vandeven Report.

15.   Attached hereto as Exhibit N is a true and accurate copy of the Court's May 16, 2006 Eighth Case Management Order.

16.   Attached hereto as Exhibit O is a true and accurate copy of Chitayat v. Vanderbilt Associates, 2007 WL 2890248 (E.D.N.Y. Sept. 27, 2007).

17.   Attached hereto as Exhibit P is a true and accurate copy of Tobias v. Pennsylvania Board of Probation and Parole, 2005 WL 6042718 (E.D. Pa. April 26, 2005).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2008

*[signature]*
LAURIE J. SANDS, ESQ.
lsands@wolffsamson.com