# Exhibit "A"

1

```
 1

 2

 3            U.S. ENVIRONMENTAL PROTECTION AGENCY

 4


 5                         * * *

 6

    IN RE:
 7
       BOARHEAD FARMS SUPERFUND SITE
 8                       * * *

 9

10

11

          Administrative deposition of MARIAN CHANCE, taken
12
    pursuant to notice on Wednesday, May 14, 1997, was held
13
    in the LANDMARK LODGE, I-95 and N.J. Turnpike, Penns
14
    Grove, New Jersey ^ zip, commencing at 10:00 a.m.,
15
    before Stacy M. Uptegraph, Certified Shorthand Reporter
16
    and Notary Public, there being present:
17
                         * * *
18

19

              ACCURATE COURT REPORTING SERVICES, INC.
20                 555 Blackwood-Clementon Road
                       Post Office Box 9500
21                  Clementon, New Jersey  08021
             (609) 435-7300    FAX (609) 435-4599
22                         -and-
            20 South Tennessee Avenue, Suite 200
23           Atlantic City, New Jersey  08401
             (609) 340-0165    FAX (609) 340-0171
24

25
```

ACCURATE COURT REPORTING SERVICES, INC.

```
 1   APPEARANCES:

 2

     U.S. ENVIRONMENTAL PROTECTION AGENCY
 3   BY:   SARAH P. KEATING, ESQ.
     Region III, 3RC33
 4   841 Chestnut Building
     Philadelphia, PA  19107
 5   Senior Assistant Regional Counsel for U.S.
        Environmental Protection Agency
 6

 7   A L S O   P R E S E N T:

 8   Bevin Esposito
        U.S. Environmental Protection Agency
 9   Paul J. Neale, Jr.
        U.S. Environmental Protection Agency
10

11

12                        INDEX

     WITNESS:                          PAGE
13

     MARIAN CHANCE
14
                 BY:  Ms. Keating
15
                     *  *  *
16

17

18

19

20

21

22

23

24

25
```

ACCURATE COURT REPORTING SERVICES, INC.

1

1      UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
2                         REGION III
                   841 CHESTNUT BUILDING
3               PHILADELPHIA, PA 19107-4431

4      _____              CONFIDENTIAL

5
       IN REGARD TO THE MATTER OF:
6                                                  COPY
       BOARHEAD FARMS SUPERFUND SITE,
7      BUCKS COUNTY, PENNSYLVANIA

8
9      _____

10               Wednesday, June 4, 1997

11               Oral sworn deposition of JOHN BARSUM, held
       at the National Hotel, 31 Race Street, Frenchtown,
12     New Jersey 08825 before Heather L. Ashton, Certified
       Shorthand Reporter and Notary Public of the State of
13     New Jersey, held on the above date, commencing at
       11:30 A.M., there being present:

14
       A P P E A R A N C E S   B Y:
15
           U.S. ENVIRONMENTAL PROTECTION AGENCY
16         BY:   SARAH KEATING, ESQUIRE
           841 Chestnut Building
17         Philadelphia, PA 19107
           Attorneys for the Government
18

19

20

21           ACCURATE COURT REPORTING SERVICES, INC.
               555 Blackwood-Clementon Road
22                   Post Office Box 9500
             856 Clementon, New Jersey 08021
23          (609) 435-7300   FAX (609) 435-4599
                            -and-
24         20 South Tennessee Avenue, Suite 200
             Atlantic City, New Jersey 08401
25          (609) 340-0165   FAX (609) 340-0171

2

```
 1   A P P E A R A N C E S    C O N T I N U E D:

 2       U.S. ENVIRONMENTAL PROTECTION AGENCY
         BY:   BEVIN ESPOSITO
 3       841 Chestnut Building
         Philadelphia, PA 19107
 4       Attorneys for the Government

 5       U.S. ENVIRONMENTAL PROTECTION AGENCY
         BY:   PAUL NEALE
 6       841 Chestnut Building
         Philadelphia, PA 19107
 7       Attorneys for the Government

 8

 9       U.S. ENVIRONMENTAL PROTECTION AGENCY
         BY:   JOAN MARTIN-BANKS
10       841 Chestnut Building
         Philadelphia, PA 19107
11       Attorneys for the Government

12       U.S. ENVIRONMENTAL PROTECTION AGENCY
         BY:   ELIZABETH APPEL
13       841 Chestnut Building
         Philadelphia, PA 19107
14       Attorneys for the Government

15

16

17

18

19

20

21

22

23

24

25
```

ACCURATE COURT REPORTING SERVICES, INC.

```
 1        UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
                          REGION III
 2                   841 CHESTNUT BUILDING
                  PHILADELPHIA, PA 19107-4431
 3

 4      _____

 5

 6    IN REGARD TO THE MATTER OF:

 7    BOARHEAD FARMS SUPERFUND SITE,
      BUCKS COUNTY, PENNSYLVANIA

 8

 9      _____

10              Thursday, June 5, 1997

11              Oral sworn deposition of JOHN BARSUM, held
      at the National Hotel, 31 Race Street, Frenchtown,
12    New Jersey 08825 before Heather L. Ashton, Certified
      Shorthand Reporter and Notary Public of the State of
13    New Jersey, held on the above date, commencing at
      10:30 A.M., there being present:
14

      A P P E A R A N C E S   B Y:
15
              U.S. ENVIRONMENTAL PROTECTION AGENCY
16            BY:   SARAH KEATING, ESQUIRE
              841 Chestnut Building
17            Philadelphia, PA 19107
              Attorneys for the Government
18

19

20

21            ACCURATE COURT REPORTING SERVICES, INC.
                   555 Blackwood-Clementon Road
22                     Post Office Box 9500
                    Clementon, New Jersey 08021
23            (609) 435-7300    FAX (609) 435-4599
                            -and-
24            20 South Tennessee Avenue, Suite 200
                 Atlantic City, New Jersey 08401
25            (609) 340-0165    FAX (609) 340-0171
```

CONFIDENTIAL

COPY

2

1    A P P E A R A N C E S    C O N T I N U E D:

2        U.S. ENVIRONMENTAL PROTECTION AGENCY
         BY:    BEVIN ESPOSITO
3        841 Chestnut Building
         Philadelphia, PA 19107
4        Attorneys for the Government

5        U.S. ENVIRONMENTAL PROTECTION AGENCY
         BY:    PAUL NEALE
6        841 Chestnut Building
         Philadelphia, PA 19107
7        Attorneys for the Government

8

9        U.S. ENVIRONMENTAL PROTECTION AGENCY
         BY:    JOAN MARTIN-BANKS
10       841 Chestnut Building
         Philadelphia, PA 19107
11       Attorneys for the Government

12       U.S. ENVIRONMENTAL PROTECTION AGENCY
         BY:    ELIZABETH APPEL
13       841 Chestnut Building
         Philadelphia, PA 19107
14       Attorneys for the Government

15

16

17

18

19

20

21

22

23

24

25

ACCURATE COURT REPORTING SERVICES, INC.

IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE            :

- - -

ORIGINAL
(Red)

ORIGINAL

Thursday, March 13, 1997
Commencing at 10:55 a.m.

- - -

Best Western Motor Inn
1446 West Broad Street
Quakertown, Pennsylvania 18951

- - -

NOTE:  THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W.
HARLEY, REGISTERED PROFESSIONAL REPORTER.  COPIES ARE
AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401
(610) 270-0811



*COUNSEL APPEARED AS FOLLOWS:*

SARAH P. KEATING, ESQUIRE
Senior Assistant Regional Counsel
841 Chestnut Building
Phila., Pa. 19107-4431

     for U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III


ALSO PRESENT:

BEVIN HARDY, PARALEGAL SPECIALIST
PAUL J. NEALE, JR., PARALEGAL SPECIALIST
JOAN E. MARTIN-BANKS, CIVIL INVESTIGATOR
Region III
841 Chestnut Building
Phila., Pa. 19107


*Witness:  BRUCE J. DeREWAL*


*EXHIBITS*


*U.S. EPA Exhibits*

| No. | Description | Mrkd |
|---|---|---|
| 1 | Administrative subpoena | 6 |
| 2 | Boarhead Farms site map | 8 |
| 3 | Photograph | 11 |
| 4 | Photograph | 12 |
| 5 | Boarhead Farms site map (Pit W) | 43 |
| 6 | Photograph | 43 |
| 7 | Photograph | 43 |
| 8 | Jonas Trucking Company operating record | 45 |
| 9 | Jonas Trucking Company operating record | 46 |

- - -

IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE            :

- - -

Wednesday, February 26, 1997
Commencing at 9:55 a.m.

- - -

Holiday Inn
Suite 302
Ft. Washington, Pennsylvania 19034

- - -

NOTE:  THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W.
HARLEY, REGISTERED PROFESSIONAL REPORTER.  COPIES ARE
AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401
(610) 270-0811

COUNSEL APPEARED AS FOLLOWS:

SARAH P. KEATING, ESQUIRE
Senior Assistant Regional Counsel
841 Chestnut Building
Phila., Pa. 19107-4431

     for U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III


ALSO PRESENT:

BEVIN HARDY, PARALEGAL SPECIALIST
PAUL J. NEALE, JR., PARALEGAL SPECIALIST
JOAN E. MARTIN-BANKS, CIVIL INVESTIGATOR
Region III
841 Chestnut Building
Phila., Pa. 19107


Witness:  MANFRED F. DeREWAL, JR.


EXHIBITS

U.S. EPA Exhibits

| No. | Description | Mrkd |
|-----|-------------|------|
| 1 | Administrative subpoena | 5 |
| 2 | Boarhead Farms site map | 10 |
| 3 | Photograph | 11 |
| 4 | Photograph | 11 |
| 5 | Boarhead Farms site map (Pit W) | 41 |
| 6 | Photograph | 41 |
| 7 | Photograph | 41 |
| 8 | Jonas Trucking Company operating record | 46 |
| 9 | Jonas Trucking Company operating record | 47 |

```
 1 BEFORE THE

 2 UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

 3 In the Matter of:              )
                                  )
 4 BOARHEAD FARMS SUPERFUND SITE:  )
 5 REVERE CHEMICAL SUPERFUND SITE: ) Caes No. 000008
   AND FRENCHTOWN SUPERFUND SITE.  )
                                  )
 6

 7 Depostion of:

 8                     MANFRED DEREWAL

 9 a witness of lawful age, taken on behalf of the U. S.

10 Environmental Protection Agency, pursuant to notice,

11 in the offices of the United States Marshall, Room 2113,

12 601 Market Street, Philadelphia, Pennsylvania, 19106, on

13 Wednesday, March 15, 1989, at 10:25 a.m., before Barbara

14 A. Burke, Notary Public, when where present:

15

16 APPEARANCES:

17

   On behalf of the Environmental Protection Agency:

19 WAYNE WALTER, ESQ.
   BRIAN M. NISHITANI, ESQ.
20 Environmental Protection Agency
   Office of Regional Counsel
21 Region III
   841 Chestnut Street
22 Philadelphia, Pa. 19107

23

24

25
```

2

```
 1 ROBERT G. CARR, ESQ.
   Environmental Protection, Agency
 2 Region II, Office of Regional Counsel
   26 Federal Plaza
 3 New York, New York 10278
 4
 5
 6
 7
 8
 9
10
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1 BEFORE THE
 2 UNITED STATES ENVIRONMENTAL PROTECTION
 3 In the Matter of:              )
 4 BOARHEAD FARMS SUPERFUND SITE: )
   REVERE CHEMICAL SUPERFUND SITE: )     C
 5 AND FRENCHTOWN SUPERFUND SITE.  )
 6                                )

 7 Deposition of:

 8                        MANFRED DEREWAL

 9 a witness of lawful age, taken on behalf of the U. S.

10 Environmental Protection Agency, pursuant to notice,

11 in the offices of the United States Marshall, Room 2113,

12 601 Market Street, Philadelphia, Pennsylvania,19106, on

13 Friday, March 17,1989, at 10:00 a.m., before Carl

14 Dillich, Notary Public, when where present:

15

16         APPEARANCES:
17
18         On behalf of the Environmental Protection Agency:
19         WAYNE WALTERS, ESQ.
           BRIAN M. NISHITANI, ESQ.
20         Environmental Protection Agency
           Office of Regional Counsel
21         Region III
           841 Chestnut Street
22         Philadelphia, Pa. 19107
23
24
25
```

176

1                              I N D E X

2 WITNESS:                              EXAMINATION

3 MANFRED DEREWAL                          179

4    EXHIBITS:                          IDENTIFIED

5 ENVIRONMENTAL PROTECTION AGENCY'S:

6 2-1                                      181

7 2-2                                      192

8 2-3, 2-4                                 205

9 2-5                                      209

10 2-6                                     231

11 2-7                                     249

12 2-8                                     264

13 2-9                                     282

14 2-10                                    294

15 2-11                                    302

16 2-12                                    306

17 2-13                                    308

17 2-14                                    309

18 2-15                                    323

19 2-16                                    331

20 2-17                                    341

21

22

23

24

25

MANFRED TATARA DeREWAL, VOL. I    12-10-96          1

1

2

3

4

5    IN RE:   BOARHEAD FARMS SUPERFUND SITE

6

7

8

9

10

11                    SWORN STATEMENT OF

12                MANFRED TATARA DeREWAL

13                       VOLUME I

14

15

16

17          On the 10th and 11th days of December,

18    1996, at 10:17 a.m. and 10:35 a.m., respectively, the

19    sworn statement of the above-named witness was taken

20    at the instance of the United States Enviornmental

21    Protection Agency before Greg B. Hunt, Certified

22    Shorthand Reporter in and for the State of Texas, at

23    the Bureau of Prisons Federal Medical Center, 3150

24    Horton Road, in the City of Fort Worth, County of

25    Tarrant, State of Texas.

COPY

1                              A P P E A R A N C E S

2    U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
     841 Chestnut Building
3    Philadelphia, PA 19107-4431
     BY:  MS. SARAH P. KEATING
4
                              Senior Assistant Regional Counsel
5
     U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
6    841 Chestnut Building
     Philadelphia, PA 19107-4431
7    BY:  MS. BEVIN HARDY

8                              Paralegal Specialist

9    U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
     841 Chestnut Building
10   Philadelphia, PA 19107-4431
     BY:  MR. PAUL J. NEALE, JR.

11                             Paralegal Specialist

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2     WITNESS
      MANFRED TATARA DeREWAL

3
      EXAMINATION                                    PAGE
4         BY:  MS. KEATING                             4

5

6     EXHIBITS                                       PAGE

7     Exhibit No. 1   . . . . . . . . . . . . . .  8

8     Exhibit No. 2   . . . . . . . . . . . . . . 10

9     Exhibit No. 3   . . . . . . . . . . . . . . 12

10    Exhibit No. 4   . . . . . . . . . . . . . . 19

11    Exhibit No. 5   . . . . . . . . . . . . . . 68

12    Exhibit No. 6   . . . . . . . . . . . . . . 68

13    Exhibit No. 7   . . . . . . . . . . . . . . 69

14    Exhibit No. 8   . . . . . . . . . . . . . . 76

15    Exhibit No. 9   . . . . . . . . . . . . . . 80

16    Exhibit No. 10   . . . . . . . . . . . . . 83

17    Exhibit No. 11   . . . . . . . . . . . . . 86

18    Exhibit No. 12   . . . . . . . . . . . . . 93

19    Exhibit No. 13   . . . . . . . . . . . . . 95

20    Exhibit No. 14   . . . . . . . . . . . . . 98

21    Exhibit No. 15   . . . . . . . . . . . . . 100

22    Exhibit No. 16   . . . . . . . . . . . . . 101

23    Exhibit No. 17   . . . . . . . . . . . . . 102

24    Exhibit No. 18   . . . . . . . . . . . . . 103

25    Exhibit No. 19   . . . . . . . . . . . . . 105

1

2

3

4

5   IN RE:   BOARHEAD FARMS SUPERFUND SITE

6

7

8

9

10

11                   SWORN STATEMENT OF

12                 MANFRED TATARA DeREWAL

13                       VOLUME II

14

15

16

17            On the 10th and 11th days of December,

18   1996, at 10:17 a.m. and 10:35 a.m., respectively, the

19   sworn statement of the above-named witness was taken

20   at the instance of the United States Enviornmental

21   Protection Agency before Greg B. Hunt, Certified

22   Shorthand Reporter in and for the State of Texas, at

23   the Bureau of Prisons Federal Medical Center, 3150

24   Horton Road, in the City of Fort Worth, County of

25   Tarrant, State of Texas.

1              A P P E A R A N C E S

2   U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
    841 Chestnut Building
3   Philadelphia, PA 19107-4431
    BY:  MS. SARAH P. KEATING

4

.                 Senior Assistant Regional Counsel
5

    U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
6   841 Chestnut Building
    Philadelphia, PA 19107-4431
7   BY:  MS. BEVIN HARDY

8                 Paralegal Specialist

9   U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
    841 Chestnut Building
10  Philadelphia, PA 19107-4431
    BY:  MR. PAUL J. NEALE, JR.

11

12                Paralegal Specialist

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                           I N D E X

 2      WITNESS
        MANFRED TATARA DeREWAL
 3
        EXAMINATION                              PAGE
 4           BY:  MS. KEATING              152, 235, 253

 5      EXAMINATION
             BY:  MR. HARDY                    225, 251
 6

 7      EXHIBITS                                 PAGE

 8      Exhibit No. 28  . . . . . . . . . . . . .  153

 9      Exhibit No. 29  . . . . . . . . . . . . .  156

10      Exhibit No. 30  . . . . . . . . . . . . .  161

11      Exhibit No. 31  . . . . . . . . . . . . .  167

12      Exhibit No. 32  . . . . . . . . . . . . .  176

13      Exhibit No. 33  . . . . . . . . . . . . .  236

14      Exhibit No. 34  . . . . . . . . . . . . .  239

15      Exhibit No. 35  . . . . . . . . . . . . .  240

16      Exhibit No. 36  . . . . . . . . . . . . .  245

17      Exhibit No. 37  . . . . . . . . . . . . .  246

18      Exhibit No. 38  . . . . . . . . . . . . .  248

19      Exhibit No. 39  . . . . . . . . . . . . .  248

20      Exhibit No. 40  . . . . . . . . . . . . .  253

21      Exhibit No. 41  . . . . . . . . . . . . .  262

22      Exhibit No. 42  . . . . . . . . . . . . .  262

23

24

25
```

STATE OF NEW JERSEY
OFFICE OF REGULATORY SERVICES
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

x------------------x
                   :
IN THE MATTER OF   :
                   :
MARVIN JONAS       :
                   :
x------------------x

APRIL 14, 1986
10:00 a.m.
OFFICE OF KEVIN F. WALL, ESQ.
407 White Horse Pike
Oaklyn, New Jersey  08107

A P P E A R A N C E S :

JOHN A. MacDONALD, ESQ.
Attorney for New Jersey
Department of
Environmental Protection

OFFICE OF REGULATORY
SERVICES DEPARTMENT OF
ENVIRONMENTAL PROTECTION
Trenton, New Jersey

DAVID B. GRAHAM, ESQ.
Attorneys for Township
of Gloucester.

FREEDMAN,LEVY,KROLL &
SIMONDS, ESQ.
1050 Connecticut Ave.,N.W.
Washington, D.C.

KEVIN F. WALL, ESQ.
Attorney for Marvin Jonas.

407 White Horse Pike
Oaklyn, New Jersey

ALSO PRESENT:

GEORGE SMAJDA
Representative for Department
of Environmental Protection.

REED JENSEN
Investigator for David Graham,
Esq.

ALBANESE, WASIK & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
2224 ROUTE 37, EAST
TOMS RIVER, N.J. 08753

TELEPHONE (201) 270-6300

968

2

I N D E X

| Witness | Direct | Cross | Redirect | Recross |
|---------|--------|-------|----------|---------|
| MARVIN JONAS | | | | |
| By Mr. MacDonald | 3 | | 120 | |
| By Mr. Graham | | 108 | | 132 |


E X H I B I T S

| No. | Description | ID |
|-----|-------------|-----|
| S-1 | List of Disposal Sites | 7 |
| S-2 | List | 48 |
| S-3 | Application for Certification | 55 |
| S-4 | Document Entitled Tariff for Solid Waste Collection | 56 |
| S-5 | List | 79 |

1

STATE OF NEW JERSEY
DEPARTMENT OF ENVIRONMENTAL PROTECTION


IN THE MATTER OF:                    :
                                     :
                                     :
                                     :
        MARVIN JONAS                 :          INVESTIGATION
                                     :
                                     :
                                     :
                                     :


        Testimony of Marvin Jonas taken
stenographically in the above-entitled matter before
Linda L. Psyllos, a Certified Shorthand Reporter and
Notary Public of the State of New Jersey, at the law
offices of Kevin Wall, Esq., 407 Whitehorse Pike,
Oaklyn, N.J., April 15, 1986 commencing at 11:00 a.m.


A P P E A R A N C E S :

                JOHN A. MAC DONALD, ESQ.
                Office of Regulatory Service
                New Jersey DEP

                KEVIN WALL, ESQ.
                Attorney for Marvin Jonas

                DAVID B. GRAHM, ESQ.
                Attorney for the Township of Gloucester


        ALBANESE & ASSOCIATES REPORTING SERVICE
            2224 Rt. 37 E.,  Toms River, N.J.

2

1
2
3                        I N D E X

4   WITNESS                                          PAGE

5   MARVIN JONAS
    Direct Examination by Mr. MacDonald                3
6
7
8                      E X H I B I T S
9
    ID                DESCRIPTION                     PAGE
10
    S-6                  Documents                      7
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - GLOUCESTER COUNTY
DOCKET NO. C-3902-85

3

- - - - - - - - - - - - - - - - - - - - - - - -

4

5

DOUGLAS ZEE, INDIVIDUALLY,
PATRICIA ZEE, INDIVIDUALLY,
WILMER ZEE, AND ZEE ORCHARDS,
INC.,

6

PLAINTIFFS,

ORAL DEPOSITION OF:

7

VS.

MARVIN JONAS

8

9

10

NICK LIPARI, D/B/A LIPARI
LANDFILL, ROHM & HAAS COMPANY,
ALMO, INC., OWENS-ILLINOIS,
INC., AND MARVIN JONAS,
D/B/A JONAS WASTE REMOVAL,

11

DEFENDANTS.

- - - - - - - - - - - - - - - - - - - - -

12

13

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

14

15

UNITED STATES OF AMERICA

CIVIL ACTION NO.
85-4386

16

VS.

17

ROHM & HAAS COMPANY

- - - - - - - - - - - - - - - - - - - - - - - -

18

19

* * * * *

20

THURSDAY, APRIL 17, 1986

* * * * *

21

22

23

TRANSCRIPT IN THE ABOVE MATTER TAKEN
AT THE OFFICES OF THE U.S. ATTORNEY, CAMDEN, NEW
JERSEY, COMMENCING AT 10:30 A.M.

24

25

MASTROIANNI & FORMAROLI, INC.
Professionals Serving Professionals

1

2

APPEARANCES:

3

4

5      BLANK, ROME, COMISKY & MC CAULEY, ESQUIRES
       BY:   E. HUNTER TAYLOR, ESQUIRE
       ATTORNEYS FOR THE PLAINTIFF, ZEE

6

7

8      BY:   JAMES C. WOODS, ESQUIRE
       ATTORNEY FOR THE UNITED STATES
       ENVIRONMENTAL PROTECTION AGENCY

9

10

11     W. CARY EDWARDS, ATTORNEY GENERAL
       BY:   ANNE R. SIMONOFF,
       DEPUTY ATTORNEY GENERAL

12     ATTORNEYS FOR THE DEPARTMENT OF
       ENVIRONMENTAL PROTECTION

13

14

15     MC CARTER & ENGLISH, ESQUIRES
       BY:   FRANK E. FERRUGGIA, ESQUIRE
       ATTORNEYS FOR OWENS-ILLINOIS

16

17

18     DECHERT, PRICE & RHOADS, ESQUIRES
       BY:   BRADFORD F. WHITMAN, ESQUIRE
       AND

19     WENDY R. RELATION, ESQUIRE
       ATTORNEYS FOR ROHM & HAAS

20

21     ELLEN S. FRIEDELL, ESQUIRE
       IN-HOUSE COUNSEL FOR ROHM & HAAS

22

23

24     GOODWIN, PROCTER & HOAR, ESQUIRES
       BY:   FRANKLIN C. HUNTINGTON, IV
       ATTORNEYS FOR CBS, INC.

25

## In The Matter Of:

*In the Matter of: Boarhead Farms Superfund*

---

*Franklin Pertnoy*
*February 12, 1997*

---

*Krauss, Katz & Ackerman, Inc.*

*Legal Support Services*

*1880 John F. Kennedy Blvd.*

*15th Floor*

*Philadelphia, PA   19103*

*(215) 988-9191     FAX: (215) 988-1821*

*Original File fp021296.asc, 104 Pages*
*Min-U-Script® File ID: 3500807103*

## Word Index included with this Min-U-Script®

**In the Matter of: Boarhead Farms Superfund**

---

Page 1

[1]

[2]  IN RE:

[3]

[4]     BOARHEAD FARMS SUPERFUND SITE

[5]

[6]

[7]

[8]     February 12, 1997

[9]

[10]

[11]     Oral deposition of FRANKLIN

[12]  PERTNOY, held in the offices of the

[13]  United States Environmental Protection

[14]  Agency, 841 Chestnut Street,

[15]  Philadelphia, Pennsylvania 19107,

[16]  commencing at 10:10 a.m., on the above

[17]  date, before Patricia Nolan, a Court

[18]  Reporter and a Commissioner of the

[19]  Commonwealth of Pennsylvania.

[20]

[21]

     KRAUSS, KATZ & ACKERMAN, INC.

[22]     Legal Support Services

     1880 John F. Kennedy Boulevard

[23]     15th Floor

     Philadelphia, Pennsylvania 19103

[24]     (215) 988-9191

---

Page

[1]

[2]               INDEX

[3]  WITNESS               PAGE NO.

[4]  FRANKLIN KEATING

[5]     By Ms. Keating        4

[6]

[7]

[8]          EXHIBITS

[9]  NO.  DESCRIPTION        PAGE NO.

[10]  1   Subpoena             7

[11]  2   Photograph of site   38

[12]  3   Photographs of site  38

[13]  4   Operating record     41

[14]  5   Operating record     53

[15]  6   Shipping order       57

[16]  7   Shipping order       59

[17]  8   Operating record     69

[18]  9   Operating record     76

[19]  10  Photographs of site  80

[20]  11  Operating record     81

[21]  12  Shipping order       81

[22]  13  Photograph of site   92

[23]

[24]

---

Page 2

[1]  APPEARANCES :

[2]     UNITED STATES ENVIRONMENTAL
     PROTECTION AGENCY

[3]     BY: SARA P. KEATING, ESQUIRE
     841 Chestnut Street

[4]     Philadelphia, Pennsylvania 19107
     Counsel for Boarhead Farms

[5]

[6]

   ALSO PRESENT:

[7]

     BEVIN HARDY

[8]  PAUL NEAL
     JOAN E. MARTIN-BANKS

[9]

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

---

Page

[1]

[2]  FRANKLIN PERTNOY, after

[3]  having been duly sworn, was

[4]  examined and testified as follows:

[5]

[6]          EXAMINATION

[7]

[8]       BY MS. KEATING:

[9]     Q: Mr. Pertnoy, my name is Sara

[10]  Keating. I have with me Joan

[11]  Martin-Banks, who's a Civil Investigator

[12]  with the EPA, Bevin Hardy, who's a

[13]  paralegal and Paul Neal, who is also a

[14]  paralegal, assisting me with the Boarhead

[15]  Farms Superfund matter.

[16]     I'm going to be asking you a

[17]  number of questions relating to the

[18]  Boarhead Farms Superfund sites, as well

[19]  as your experience in the past with

[20]  Marvin Jonas or Jonas Trucking. Joan

[21]  Martin-Banks may be asking you some

[22]  questions as well. And Bevin Hardy and

[23]  Paul Neal will be assisting as well.

[24]     The subpoena that you

---

## In The Matter Of:

*Boarhead Farms Superfund Site*
*Bucks County, Pa*

---

*Jeffrey L. Shaak*
*June 25, 1997*

---

*Krauss, Katz & Ackerman, Inc.*
*Legal Support Services*
*1880 John F. Kennedy Blvd.*
*15th Floor*
*Philadelphia, PA*
*(215) 988-9191    FAX: (215) 988-1821*

*Original File js062597.v1, 115 Pages*
*Min-U-Script® File ID: 2813426886*

## Word Index included with this Min-U-Script®

## Page 1

[1] UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

[2]            REGION III

[3]        841 Chestnut Street

[4]     Philadelphia, Pennsylvania 19107

[5]

   IN THE MATTER OF: :

[6]

   Boarhead Farms                        :

[7] Superfund Site                 : SUBPOENA AD

   Bucks County,                   : TESTIFICANDUM

[8] Pennsylvania                    : Subpoena No. 000037

[9]      COPYRIGHTED MATERIAL

[10]

[11]        June 25, 1997

[12]

[13]    Oral deposition of JEFFREY L.

[14] SHAAK, held at the Best Western, Route

[15] 309 and Stump Road, Montgomeryville,

[16] Pennsylvania commencing at 10:00 a.m., on

[17] the above date, before Linda Rossi Rios,

[18] a Federally Approved Registered

[19] Professional Reporter and Notary Public

[20] of the Commonwealth of Pennsylvania.

[21]

      KRAUSS, KATZ & ACKERMAN, INC.

[22]    Legal Support Services

          15th Floor

[23]   1880 John F. Kennedy Boulevard

      Philadelphia, Pennsylvania 19103

[24]      (215) 988-9191

## Page 2

[1] APPEARANCES :

[2]    ENVIRONMENTAL PROTECTION AGENCY

      BY: SARAH KEATING, ESQUIRE (3RC33)

[3]    841 Chestnut Street

      Philadelphia, Pennsylvania 19107

[4]    Counsel for the EPA

[5] A L S O PRESENT:

[6]    PAUL NEALE

      BEVIN ESPOSITO

[7]    JOAN MARTIN-BANKS

[8]

[9]

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

## Page 3

[1]

[2]            INDEX

[3] WITNESS            PAGE NO.

[4] JEFFREY L. SHAAK

[5]    By Ms. Keating        4

[6]

[7]        EXHIBITS

[8] NO.      DESCRIPTION      PAGE NO.

[9] Exhibit 1    Subpoena        9

[10] Exhibit 2    Map           13

[11] Exhibit 3    Picture        14

[12] Exhibit 4    Invoices-Ciba

[13]          Geigy           50

[14] Exhibit 5    Pictures        62

[15] Exhibit 6    National Rolling

[16]          Mills Document    66

[17] Exhibit 7    Bills of Lading    69

[18] Exhibit 8    Philco-Ford

[19]          Invoices        77

[20] Exhibit 9    Pictures        78

[21] Exhibit 10   Invoices-Advanced

[22]          Environmental     81

[23] Exhibit 11   Invoice-Advanced

[24]          Environmental     82

## Page 4

[1]      EXHIBITS

[2] NO.      DESCRIPTION      PAGE NO.

[3] Exhibit 12   Purchase Order-Diaz  83

[4] Exhibit 13   Bill of Lading     86

[5] Exhibit 14   American Cyanamid

[6]          Listing         88

[7] Exhibit 15   American Cyanamid

[8]          documents       90

[9] Exhibit 16   May 17, 1976 letter  92

[10] Exhibit 17   SPS Purchase order   93

[11] Exhibit 18   SPS Purchase Order   94

[12] Exhibit 19   SPS Purchase Order   94

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]