# Exhibit "B"

Date Transcribed  February 13, 1993

ORIGINAL
(Red)

MARY A. KOLLMAR was interviewed in the offices of Handy & Harmon Tube Company, Inc., Township Line and Whitehall Road, Norristown, PA 19403. The following descriptive information was obtained:

Home Address:          Prefers contact at place of business
Home Telephone:        Prefers contact at place of business
Date of Birth:
SSAN:
Employer:              Handy & Harmon Tube Company, Inc.
                       Norristown, PA
                       Purchasing Manager

JOHN C. BULLOCK, Esquire, Environmental Counsel, Handy & Harmon, Waterbury, CT, was present for the interview. Mr. Grabill identified himself by displaying his credentials and advised Ms. KOLLMAR that the interview concerned her knowledge of the type and extent of a possible relationship between Handy & Harmon Tube Company, Inc. and the Boarhead Farms Site during the period 1969 to 1977. Ms. KOLLMAR was also advised that the investigation had been authorized by the U.S. Environmental Protection Agency (EPA), Region III, Philadelphia, PA, and that her participation was voluntary. She was informed that no information protected by attorney/client privilege would be solicited. Ms. KOLLMAR agreed to be interviewed and stated that she would be willing to review this statement and, after reviewing it for accuracy, sign the statement. She then provided the following information:

Ms. KOLLMAR stated that she started working for Handy & Harmon Tube Company, Inc. in 1972 as a clerk/typist in the Purchasing Department. Her duties primarily involved typing and filing purchase orders. She recalled typing purchase orders for Waste Conversion Systems to haul out waste, but she did not recall the type of waste involved.

Ms. KOLLMAR stated that she recalled the name DeRewal, possibly in connection with the pick-up of wastes for disposal. She thought that she had typed a debit memo to the file for DeRewal Chemical Company services. She did not recall ever having typed any purchase orders for DeRewal Chemical Company, and she did not recognize DeRewal Chemical Company invoice number 571, dated 2/5/73, issued to Handy & Harmon Tube Company. Ms. KOLLMAR stated that this invoice would have been received by the Accounting Department and would not have been handled by her. The Purchasing Agent at the time would have made contact with the outside hauler, and she would not have had any contact with the office of DeRewal Chemical Company. She stated that NORM WILLIAMS was a Purchasing Agent form 1975 to 1980, but he is now deceased. BOB ZIMMERMAN was the Plant Manager during the pertinent period, but he is also deceased. Ms. KOLLMAR could not remember any other employees, former or current, who may have been involved in waste disposal. In addition, there are no records available to research since the Purchasing

---

view of ___Mary A. Kollmar___          On __2/5/93__   JHA File # __90-150__
by ___Richard C. Grabill___
                                        Client File # __CDM Work Asgmt.# C03052__

HEMENWAY ASSOCIATES

A-5                                    Form 302 - Interview Report

Department maintained records for only three years during the pertinent period.

Ms. KOLLMAR stated that during the pertinent period, "TCE" and lubricating oils were collected in 55-gallon drums and were hauled away by an outside vendor. She did not recall the volume of waste or who may have hauled it out for disposal.

Ms. KOLLMAR stated that she recognized the name MANFRED DEREWAL, probably as the result of hearing the name in the office and because it is an unusual name. She recalled having seen the name Revere Chemical Company in an old rolodex which was disposed of many years ago. She did not know what the connection between Revere Chemical Company and Handy & Harmon Tube Company was.

Ms. KOLLMAR did not recognize the names Echo, Inc.; Revere Chemical Transport; KAREN BEAN; or any of the other names set forth on page 3, paragraph 5 of the 104(e) letter from the EPA dated September 30, 1992 as having any connection with Handy & Harmon Tube Company, Inc.

Ms. KOLLMAR could provide no further information of value, and the interview was terminated.

STATEMENT OF MARY A. KOLLMAR:

I, Mary A. Kollmar, have read the above statement; and it is true and accurate to the best of my recollection. I have voluntarily signed this page and have initialed all corrections and each of the above pages to attest to the accuracy of this statement. No threats or promises have been made to me, and no coercion of any kind has been used to make me sign this statement.

Date: _____    Signature: _____

Boarhead Farms Site
Kollmar, Mary A.
Page 2

A-6




ORIGINAL
(Red)

**BOARHEAD FARMS SITE**

**INTERIM REPORT 18**

**APPENDIX B**

Interview Summary - Rahns Specialty Metals Employee

Pierce, James E. .................................... B-1