# Exhibit "C"

365 01



## TELEPHONE CONVERSATION RECORD

ENFORCEMENT CONFIDENTIAL

| CONVERSATION WITH: | RECORD OF PHONE CALL ATTEMPTS: |
|---|---|

**CONVERSATION WITH:**

NAME: _Calvin Abbott_
COMPANY: ____
ADDRESS: ____

PHONE NO.: ____
SUBJECT: _Revere_

(✓) ORIGINATOR PLACED CALL

( ) ORIGINATOR RECEIVED CALL

**RECORD OF PHONE CALL ATTEMPTS:**

DATE: _11_ / _15_ / _90_    ( ) left message
TIME: ____ AM/PM       ( ) no answer
                       ( ) see notes

DATE: __/__/__    ( ) left message
TIME: ____ AM/PM       ( ) no answer
                       ( ) see notes

DATE: __/__/__    ( ) left message
TIME: ____ AM/PM       ( ) no answer
                       ( ) see notes

**NOTES**
- Muncy, instead of Watsontown, was GTE location
- Smith - Douglass Smyrna, De was not Echo cust.
- No Gen Foods
- No Mobil Elco in Del.
- Litton - yes but in Smyrna, not Frederica

11/7 tried to contact, left wife message

ENFORCEMENT CONFIDENTIAL

☐ FILE: ____    FOLLOW-UP ACTION: ____

☐ FOLLOW-UP: ____

☐ COPY/ROUTE TO: ____

ORIGINATOR: ____

THOM-0051

221550

ENFORCEMENT CONFIDENTIAL

## PHONE CONVERSATION RECORD

Conversation with:

Name *Cal Abbott*

Company _____

Address _____

_____

Phone _____

Subject *Revere Chemical Co.*

Date *1-31-91*

Time _____ AM/PM

☒ Originator Placed Call *JemB*

☐ Originator Received Call

ORIGINAL
(Red)

Notes:
— *moving Feb 15th to Arizona*
— *Feb 6th is bad; otherwise pick a date. more crap*
— *he will supply Arizona address when we visit*

☐ File _____

☐ Follow-Up By: _____

☐ Copy/Route To: *Jack Kelly*

Follow-Up Action: _____

_____

_____

_____

Originator's Initials _____

THOM-0052

34783

P.F.E.
ORIGINAL
(Red)

_Cal Abbott_
215-749-2360

Rt. 7
go past (1) red lite in Reigelsville
#?? Street; make left on Walnut La.
Go to end — Cor. Fairview & Walnut La.


_Statement_ — Original

& get Arizona Address /
& print Phone

(Kelly)
Calvin Navy Abbott
11241 Louisiana Ave.
Youngtown Az. 85363

602 —

(602)
933-1981
Off.
Phone

THOM-0053

34807

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION III
841 Chestnut Building
Philadelphia, Pennsylvania 19107

ORIGINAL
(Red)

SUBJECT:  Interview of Calvin S. Abbott;
          Revere Chemical Site

DATE:MAY 2 9 1987

FROM:  Joan E. Martin-Banks, Investigator
       DELMARVA-DC/VW CRES (3HW16)

TO:  Humane Zia, Project Manager
     PA CRES (3HW12)


     On May 9, 1987, Investigator Martin-Banks telephonically interviewed
Calvin S. Abbott, former employee of Echo Corp. and Revere Chemical
Co.  Mr. Abbott was employed as a truck driver for Manfred De Rewal
for a period of five years, ending in 1970 when the Revere Chemical
Co. closed down.  Mr. Abbott currently resides at 302 Fairview
Rd., Reigelsville, PA, 18077 (telephone number (215) 749-2360.

     Mr. Abbott recalled hauling waste from the following IBM plants
to the Revere Chemical Site:

                    Owega
                    Endicott
                    Poughkeepsie

     He was familiar with De Rewal's pre-processing facility in
Owega where IBM wastes were stored before being hauled to the Echo-
Revere Site.

     Mr. Abbott also recalled hauling waste to the site from:

                    Carpenter Technology
                    Mohawk Data, Herkimer, NY (near Utica)
                    Magnavox, TN
                    Babcock & Wilcox, Lynchburg, VA

     Mr. Abbott also hauled waste from a company in the Reading, PA,
area to the Revere Chemical Site; however, he could not recall the
name for sure but thought it was Kawecki-Berylco.  (Directory assis-
tance revealed that there was a Kawecki-Berylco Co. in Boyertown, PA,
now operating under the name Cabot Corp.)

     Mr. Abbott is currently employed as a truck driver and can only
be reached on Saturdays between 9 and 10 o'clock.  He requested
that Investigator Martin-Banks call him again Saturday morning,
May 16th, and he may recall additional companies whose waste he
hauled to Revere Chemical Site.

THOM-0054

ORIGINAL
(Red)

— 2 —

Mr. Abbott stated that he believed ████████████ a former employee of De Rewal's, is living somewhere in the West. He also indicated that ████████████ another employee of De Rewal's, was currently living in the Quakertown, PA, area.

On May 16, 1987, Investigator Martin-Banks again contacted Mr. Abbott. He was unable to furnish any additional PRPs' names. He did recall two other Echo employees who worked in the office:

████████████ (phonetic spelling)

Mr. Abbott also confirmed that ████████████████████ at Echo-Revere.

cc: Maureen Barden, 3RC21

THOM-0055

34781

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
Region III
841 Chestnut Building
Philadelphia, PA  19107

ENFORCEMENT CONFIDENTIAL

ORIGINAL
(Red)

SUBJECT: Interview of Calvin "Cal Abbott;
Revere Chemical Co.

Date:    OCT 2 3 1990

FROM: Joan E. Martin-Banks, Civil Investigator
PRP Search Section (3HW11)

TO: Donna McCartney, RPM


On October 12, 1990 Joan E. Martin-Banks interviewed Calvin "Cal" Abbott (Abbott) at his residence, 302 Fairview Rd., Reigelsville, Penna. 18077 tele. no. 215-749-2360. His wife, Mary, was present during the interview. The interview began at 2:15 p.m. Abbott was employed as a truckdriver for Manfred De Rewal (De Rewal) from about 1965 to 1970. Abbott was not positive of his beginning and ending dates of employment. He had been trying to locate employment records to verify the dates but could not locate any. He hauled waste from the IBM plants in Owega, Endicott and Poughkeepsie, N.Y. to the Revere site. He also hauled waste from Carpenter Technology in Reading, Penna to the Revere Site. He did not recall telling Joan E. Martin-Banks in a prior interview on May 9, 1987 that he hauled waste from Magnavox in Tennessee and Babcock and Wilcox in Lynchburg, Va. to the Revere site. He indicated that the waste from these companies and from a firm in Tampa, Fla. whose name began with "Digital_____" was hauled to the Echo plant in Reidsville, N.C. not to the Revere Site. He never hauled any spent waste from Reidsville to Revere. He only hauled radiators from Reidsville to Revere. He did not know the source of the radiators. The radiators' copper content was why they were valued by De Rewal.

Abbott furnished PRP information on the following companies:
Kawecki Berylco Abbott recalled hauling what he believed to be a sulfuric acid solution that contained copper from a company in Reading, Penna. To arrive at the plant, he took Rte 22 west to Rte 100; then traveled on Rte 100 until he reached Rte 222; then he stayed on Rte 222 to the beginning of Reading. He believes the plant was around Buttonwood St. He recalled that the company had undergone a name change while he was hauling waste from there. When Abbott could not recall the name(s) of the company Joan E. Martin-Banks asked him whether the names Beryllium Co./Kawecki-

THOM-0056

ORIGINAL
(Red)

2

Berylco were ones he knew.  He stated that he believes that this was the firm. He indicated that copper bars were dipped in the sulfuric acid to clean them.  Some copper came off and that is why De Rewal wanted the solution.  Abbott thought that the sons of the founder of the business were not interested in running business and had sold the company to another firm.  (Ed. note:  This may have been when Kawecki acquired the company).

Abbott recalled that the waste solution was stored in stainless steel tanks  He drove a 3,200 gallon stainless steel milk tanker to pick up the solution.  The tanker would be 3/4 full when he drove it back to Revere.  Abbott picked this waste up once a week.  He was uncertain for how long but thought it was for around one year.

Abbott alway picked up the solution at night time.  He would come in from the nothern end of the plant.  There was a big parking lot with the main building of the plant being positioned behind the office part.  He recalled that at some point a loading change occurred in that his tanker could be loaded from the firm's tanks by parking under the tanks and by gravity the solution would flow into the tanker.

Abbott could not recall hauling anything from the Boyertown plant which was also owned by this company but he does recall going there.  He thought that he might have hauled scrap circuit boards from there to Revere.

When asked where at Revere he would deposit the solution picked up at the Reading plant, Abbott was directed by De Rewal to deposit the material into one of the empty lagoons on-site.  It could have been anyone; whatever was not filled with other material.  Each lagoon would have a different type solution e.g. one would have copper ammonium persulfate and another might hold this copper sulfuric acid solution.

NCR CORPORATION

Abbott recalled hauling a waste solution which he could not identify from the Cambridge, Ohio facility of National Cash Register on approximately twelve occasions.  The waste was hauled in a 4,000 gallon rubberized tanker to the Revere Site and deposited in a lagoon on site.  He described the waste as brown in color, runny and odorless.  It did not irritate the eyes or nose. The color was similar to copper ferric chloride but he does not believe it was this substance nor was it sulfuric acid with copper or copper ammonium persulfate.  The solution was stored in

ENFORCEMENT CONFIDENTIAL

THOM-0057

ORIGINAL
(Red)

3

stainless steel tanks at the plant. The tanker was just about full when it left the Cambridge facility bound for Revere, Penna. Abbott was questioned on whether he ever hauled anything from this facility when it was owned by RCA. He said "No", only by the National Cash Register Co.

Fred Hess and John Shuman also picked up waste from Cambridge bound for Revere. Mr. Hess was described by Abbott as being nothing more than a "vegetable" today and John Shuman is deceased.

## MOHAWK DATA

Abbott recounted how he picked up copper ammonium persulfate from Mohawk Data in Herkimer, N.Y. He recalled traveling on the New York throughway to Rte 90 to the Herkimer exit. It was day time when he picked up the solution. He made the run once every two weeks for about one year. He hauled it in a 4,000 gallon rubberized tanker that was 3/4 full to the Revere, Penna Site and deposited it in one of the lagoons on site. The solution had been stored in either fiberglass or stainless steel tanks on site at Mohawk Data.

## BURROUGHS CORP., PAOLI, PENNA.

Abbott recalled hauling copper ammonium persulfate from this facility to the Revere, Penna. site. He picked the solution up once a week for around 2-3 years. He hauled it in a 3,200 gallon milk stainless steel tanker which was 3/4 full. It was deposited in a lagoon on site at Revere, Penna. Abbott could not recall for sure but thought that the solution was stored on site by Burroughs in fiberglass tanks.

## SYLVANIA, WATSONTOWN, PENNA

Abbott recalled hauling a solution which he thought was either copper ferric chloride or copper ammonium persulfate from Sylvania to the Revere, Penna. Site. He traveled on I-80 to Rte 147 and the first or second town on 147 was where Sylvania was located. He thinks it's Watsontown. He only made the run once or twice. He hauled the solution in a 4,000 gallon rubberized tanker which was 3/4 full. He brought it to the Revere Site where it was deposited in a lagoon on site.

Abbott remembered being directed by De Rewal to take a pump truck to the railroad station in Doylestown where railroad tankers were waiting full of copper ammonium persulfate that had originated some where out West. He did this around twelve times in the period of 1968-1970. The solution was brought to Revere, Penna. and deposited in one of the lagoons.

## ENFORCEMENT CONFIDENTIAL

THOM-0058

ORIGINAL
(Red)

4

Abbott recalled that a firm in Maine whose name he did not recall sent waste to the site. He did not haul the waste himself.

Abbott recalled hauling waste from a Smyrna, Del facility to Revere. He could not identify the firm.

In the early years of the Echo/Revere site operation in Revere, Penna., De Rewal employed a driver named ▓▓▓▓ (LNU). He did a lot of driving but mostly down South. Abbott was unaware of any holding or pre-processing area in Chicago. He knew there was one in Owega, NY for storing IBM wastes until De Rewal was ready for them at Revere, Penna. The Reidsville, N.C. facility had operations similar to the Revere plant and was located north of Greensboro.

Other employees of Echo/Revere were ▓▓▓▓, driver, ▓▓▓▓ Laborer, ▓▓▓▓ (▓▓▓▓), and ▓▓▓▓. and ▓▓▓▓ were always dressed up and were involved with Sales as was ▓▓▓▓. should be knowledgeable on all sources of waste because of her involvement with the paperwork. ▓▓▓▓ was involved with chemistry when he showed up for work which, according to Abbott, was infrequently. Another employee of Upper Black Eddy whose name Abbott could not recall worked first at Revere and then around 1968 went down to run the Reidsville facility when it opened around then. Abbott thought that his name might be ▓▓▓▓. There was a young recent law school grad with the last name of ▓▓▓▓ who worked for De Rewal at Revere. His dad's name is ▓▓▓ and he

Abbott whose birthdate is 2/19/29 has just retired from truck driving. He and his wife are anticipating re-locating to Arizona by April of 1991. When asked for an address there, he replied that the town was located 20 miles east of Phoenix and that he and his wife have to sell their Riegelsville property first. He did indicate his willingness to sign a statement of interview. The interviewer felt that Abbott was extremely cooperative and will furnish an address in Arizona.

When questioned about Boarhead Farms, Abbott stated emphatically that he never brought anything to the Site. He has been there, however. He recalled around 1970 or 1971 seeing drums of chemicals being buried on site there. He will be supplied with a map to see if he can pinpoint the burial area. When questioned as to whether he actually saw contents of the drums, he answered in the affirmative. He believes that the contents were chemicals. For information on Boarhead Farms, Abbott suggested speaking to ▓▓

ENFORCEMENT CONFIDENTIAL

THOM-0059

ORIGINAL
(Red)

5

███████ who had also been employed at Echo/Revere as a supervisor and worker. Abbott thought that ████████████ might have knowledge pertaining to activity at the Boarhead Farms property since he was a buddy of █████████.

Attached to this memo is a list of firms whose names were reviewed with Abbott for generator information. Any such information supplied is documented in this memo. Any firms for which no such information is documented in this memo are ones Abbott did no hauling from. He could not recall the names of anyone employed at the generators.

The interview concluded at 5:30 p.m.

Directions to Abbott's residence: 611 N. to Riegelsville; go past the red light to the fourth street, Walnut Lane; made a left; Fairview and Walnut Lane intersect; Abbott's home is on the SE corner.

cc: A. Duchovnay 3RC22
    L. Sanders, Tech Law
    J. Kelly, 3HW21

**Statement of Calvin Abbott:**

I, Calvin S. Abbott, have read the above statement and it is true and accurate to the best of my recollection. I have signed this page and have initialed each of the above three (3) pages to attest to their accuracy. No promises or threats have been made to me and no coercion of any kind has been used against me to make me sign this statement.

_Calvin S. Abbott_                    Date: _11/1/90_
Calvin S. Abbott

THOM-0060

ORIGINAL
(Red)

6

## NAMES REVIEW:  WITH ABBOTT FOR (ECHO AND BOARHEAD)

Mohawk Data, Herkimer, NY

RCA

FMC, Minneapolis, Minn

Kawecki - Berylco

Westinghouse

Raytheon, Mass

Kodak Rochester, NY

Dow

Burroughs Corp., Paoli, Penna.

duPont, Edgemoor, Del.

Babcock and Wilcox, Lynchburg, VA

American Bemberg Co., Elizabethtown, Tenn.

GAF Corp.

NCR Corp., Cambridge, Dayton, Ohio

U.S. Steel

Die Specialties Co., Jersey City

Flexible/Etched Circuits, Warrington, Penna; Cherry Hill, NJ

ENFORCEMENT CONFIDENTIAL

THOM-0061

ORIGINAL
(Red)

7

Industrial Circuits

NVF

Sylvania

Univac

Gen. Electric, Trenton, NJ

General Foods

American Cyanamid, Bound Brook, NJ; Somerville,; NJ Jersey City, NJ

Sitkin Smelting and Refining, Lewistown, Penna.

National Rolling Mills, Paoli, Penna.

Whippany Paper Co., Riegelsville, Penna.

Digital....., Tampa, Fla.

Air Products, Middlesex, NJ

SPS Technologies, Jenkintown, Penna.

Alco Inds

Diaz Chemical, Holly, NY and Seneca, NY

ENFORCEMENT CONFIDENTIAL

ORIGINAL
(Red)

8

GTE-Sylvania (Western, Penna. near Bloomsburg, Penna)

Unisys, Blue Bell, Penna.

Chem Fab, Doylestown, Penna.

Chem Cut

Smyrna, Del Co.

Haven Chemical, 5000 Langdon St., Phila., Penna.

Sandoz, East Hanover, NJ

Plymouth Tube, Horsham, Penna.

Betz Labs, Trevose, Penna.

Ashland Chemical, Great Meadows, NJ

Ciba Geigy, Cranston, RI

Drake Chemical, Lock Haven, PA

Bostik So., Greenville NC

Diamond Shamrock, Carlstadt, NJ

Roche, Belvidere, NJ

ENFORCEMENT CONFIDENTIAL

THOM-0063

ORIGINAL
(Red)

9

Textile Chemicals Co., Reading, Penna

J.T. Baker, Phillipsburg, NJ

So. Cal Chemical, NJ

Allied Chemical, Newall, Penna.

**ENFORCEMENT CONFIDENTIAL**