PLAINTIFF

v.                                                          CIVIL ACTION NO.

DEFENANT

**<u>DOCUMENT FILED IN ERROR</u>**