# WOLFF & SAMSON PC

COUNSELLORS AT LAW

THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WWW.WOLFFSAMSON.COM

WRITER'S E-MAIL:
jlevy@wolffsamson.com
WRITER'S DIRECT DIAL:
973-530-2067
WRITER'S TELECOPIER:
973-530-2267

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
GEORGE A. SPADORO*
JEFFREY M. GUSSOFF*
JOHN F. CASEY
JAMES D. FERRUCCI
JOHN M. SIMON

JOHN A. McKINNEY, JR.
STEPHEN L. FERSZT*
LAURENCE M. SMITH
WILLIAM E. GOYDAN*
DARRYL WEISSMAN*
PETER E. NUSSBAUM
LORI GRIFA*
MICHELLE A. SCHAAP
ADAM K. DERMAN
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
DANIEL M. MURPHY*
ROBERT H. CRESPI*
JUNIE HAHN*
JOSEPH TRIPODI*
JILL D. ROSENBERG*
JOHN O. LUKANSKI*
ROXANNA E. HAMMETT
BARBARA B. MANAHAN
RONALD L. ISRAEL*

AARON D. BASSAN
LAUREN M. O'SULLIVAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
DORIT F. KRESSEL*
JOSEPH MONAGHAN
STEPHEN G. CORDARO*
WARREN BARROWS*
LAURIE J. SANDS*
DONNA M. EREM
LEE D. HENIG-ELONA*
COUNSEL

CARL B. LEVY
RHONDA CARNIOL*
BARBARA S. HUTCHEON
ANDREW D. ELLIS
KLAUS P. STOFFEL*△
STEPHEN M. ASPERO*
STEPHEN A. KISKER*
DAVID E. WOLFF*
ARTHUR T. HILSON*
OF COUNSEL

JOSEPH A. DICKSON
BRUCE D. ETTMAN*
CARLOS G. MANALANSAN
MYRNA BLUME
DANIEL D. BARNES*
WILLIAM R. FINIZIO
DIANA L. BUONGIORNO
THOMAS J. TRAUTNER
LINDA D. SULLIVAN*
JENNIFER R. JACOBUS
JOSHUA M. LEE

KAREN L. MARKS
TODD W. TERHUNE
SHANNON L. KEIM
MARGARET O'ROURKE WOOD
MARK A. FORAND*
DENISE J. PIPERSBURGH*
RUSSEL D. FRANCISCO*
NICOLE F. DIMARIA
DANIEL T. McKILLOP
FARAH N. HOMSI*
SCOTT E. LINSKY*
DAVID M. DUGAN*
ELISA M. PAGANO
KATHRYN E. SONG*
KIRAN V. SOMASHEKARA*
RACHEL C. SANTARLAS*△
XAVIER M. BAILLIARD
KEYANA C. LAWS*
NATASHA M. SONGONUGA*
SCOTT J. GOLDSTEIN*
MELISSA A. SALIMBENE*
NICOLE K. MARTIN
ERIC YUN
JENNIFER L. DE LYON
NANCY A. DEL PIZZO*
DARREN GRZYB
BETH J. ROTENBERG*
DEEPA A. KAIREN*
BRIAN KANTAR*
ELIZABETH C. YOO*
PETER D. SIMON
JOSHUA M. LEVY*
PATRICIA D. CLEARY*
GRAHAM H. CLAYBROOK
KIMBERLY DILORENZO
CHRISTOPHER J. DONADIO
MAULIK M. SANGHAVI*
MERISA B. VINICK

*MEMBER NJ AND NY BARS
*MEMBER NY BAR ONLY
△REGISTERED PATENT ATTORNEY

MARTIN L. WIENER (1942 - 2002)

PLEASE REPLY TO WEST ORANGE

June 5, 2008

**Via Electronic Filing**
Honorable Legrome D. Davis
United States District Court for the
Eastern District of Pennsylvania
6614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19102

      RE:    Agere Systems, Inc., et al. v. Advanced Environmental
                Technology Corporation, et al.
                <u>Civil Action No.: 02-CV-3830</u>

Dear Judge Davis:

      We represent Advanced Environmental Technology Corporation ("AETC") in the above-referenced matter. As Your Honor is aware, the Plaintiffs' case as to AETC in this matter is tied to the Plaintiffs' case against Ashland Chemical Company ("Ashland"). The Plaintiffs claim that both Ashland and AETC should be held liable for any alleged contamination at the Boarhead Farms Site that originated from Ashland's waste stream. As such, AETC has always believed it would be trying this case in tandem with Ashland. This was recently evidenced by the fact that AETC's designation of witnesses included Ashland employees and the Ashland experts.

1133323.1

**WOLFF & SAMSON** PC

Honorable Legrome D. Davis
June 5, 2008
Page 2

      As trial approaches, there is a possibility that Ashland will not be present at trial. Therefore, AETC is designating as its experts the Ashland experts W. Leigh Short Ph.D., P.E.; James F. Roetzer, Ph.D.; and Gordon R. Jamieson, P.G. These witnesses produced a joint expert report and were subsequently deposed. Moreover, they have a unique understanding of the relationship between Ashland's waste stream and the contamination discovered at the Site. This relationship goes to the heart of Plaintiffs' case against AETC and the amount of liability the Plaintiffs allege should be allocated to AETC. Therefore, these three witnesses are integral to AETC's (and Ashland's) case.

      AETC and Ashland's counsel discussed the appropriate mechanism for jointly retaining these three witnesses, and AETC has offered to pay for half of the fees these experts incur for trial in addition to half the fees the witnesses have incurred to date. If Ashland is not at trial, AETC will pay all of the fees these experts incur for trial.

      By this letter AETC is advising the parties and the Court that it intends to designate Ashland's three expert witnesses as its own and call these expert witnesses at trial as part of AETC's case.

Respectfully submitted,

JOHN A. McKINNEY, JR.

cc:    All Counsel of Record (via Electronic Filing)

1133323.1