IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., <br><br> Plaintiffs, <br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | : <br> : <br> : Civil Action No. 02-CV-3830 (LDD) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## DECLARATION OF GLENN A. HARRIS, ESQUIRE IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT HANDY & HARMAN TUBE COMPANY, INC.'S MOTIONS *IN LIMINE*

GLENN A. HARRIS, ESQUIRE hereby certifies:

1. I am a member of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, and counsel for Plaintiffs in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Brief in Opposition to Handy & Harman Tube Company, Inc.'s Motions *in* Limine.

3. Attached hereto and marked Exhibit "A" are true and correct copies of relevant portions of the deposition transcript of Karen Castillo.

4. Attached hereto and marked Exhibit "B" are true and correct copies of the relevant portions of the deposition transcript of Manfred DeRewal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated June 6, 2008

_____
Glenn A. Harris, Esquire