# EXHIBIT B

Page 187



```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3                              CIVIL ACTION NO.
      BOARHEAD FARM AGREEMENT    02-CV-3830
 4    GROUP,                     Judge Legrome D. Davis
             Plaintiff,          Oral Deposition of
 5
          vs.                   MANFRED T. DE REWAL, SR.
 6    ADVANCED ENVIRONMENTAL TECHNOLOGY
      CORPORATION; ASHLAND CHEMICAL
 7    COMPANY; BOARHEAD CORPORATION;
      CARPENTER TECHNOLOGY CORPORATION;      ORIGINAL
 8    CROWN METRO, INC.; DIAZ CHEMICAL
      CORPORATION; EMHART INDUSTRIES,
 9    INC.; ETCHED CIRCUITS, INC.; FCG,
      INC.; GLOBE DISPOSAL COMPANY, INC.;
10    GLOBE-WASTECH, INC.; HANDY & HARMAN
      TUBE COMPANY, INC.; KNOLL, INC.;
11    MERIT METAL PRODUCTS CORPORATION;
      NOVARTIS CORPORATION; NRM INVESTMENT
12    COMPANY; PLYMOUTH TUBE COMPANY;
      QUIKLINE DESIGN AND MANUFACTURING
13    COMPANY; RAHNS SPECIALTY METALS,
      INC.; ROHM & HAAS COMPANY, SIMON
14    WRECKING COMPANY, INC.; TECHALLOY
      COMPANY, INC.; THOMAS & BETTS
15    CORPORATION; UNISYS CORPORATION;
      UNITED STATES OF AMERICA
16    DEPARTMENT OF NAVY,
             Defendants.
17
18            *   *   *   *   *
          Thursday, May 8, 2003
19            *   *   *   *   *
20            Transcript in the above matter taken at
      the offices of Ballard, Spahr, Andrews & Ingersoll,
21    LLP, 1735 Market Street, 42nd Floor, Philadelphia,
      Pennsylvania, commencing at 10:15 A.M.
22
          Certified Shorthand Reporting Services
23                  Arranged Through
            Mastroianni & Formaroli, Inc.
24               709 White Horse Pike
            Audubon, New Jersey 08106
25               (856) 546-1100
```

1      Q.      When was the first time you heard of

2   Handy & Harman Tube Company?

3      A.      I don't know.

4      Q.      How did you learn about Handy & Harman

5   Tube Company?

6      A.      I don't know.

7      Q.      Do you know, and I apologize if you

8   answered this in response to another question, do you

9   know what the business of Handy & Harman Tube Company

10  is?

11     A.      No.

12     Q.      Are you familiar with any of the

13  processes used by Handy & Harman Tube Company?

14     A.      No.

15     Q.      Are you familiar with the types of waste

16  generated by Handy & Harman Tube Company?

17     A.      No.

18     Q.      Mr. DeRewal, if you would turn to P-42

19  which was marked yesterday, do you have P-42 in front

20  of you?

21     A.      Yes, I have.

22     Q.      Does P-42 represent a typical DeRewal

23  Chemical Company invoice?

24     A.      Yes.

25     Q.      If you would just look across the top

Page 251

1      Q.      And the last column says invoice number?

2      A.      Correct.

3      Q.      Looking under the column terms, does

4   that say 1 percent 10 and 30?

5      A.      Right.

6      Q.      And can you tell us what 1 percent 10

7   and 30 means?

8      A.      That's the discounting, 1 percent if you

9   pay within 10 days, the net is due in 30.

10      Q.      And under invoice number, I believe it

11   says N2571; would you agree with that?

12      A.      Yes.

13      Q.      Do you know what the N2 stands for?

14      A.      No, I do not.

15      Q.      Going to the next preprinted line, first

16   column, that would be quantities; is that correct?

17      A.      Yes.

18      Q.      And the next section, next column would

19   be the description?

20      A.      Yes.

21      Q.      And the next column would be the price?

22      A.      Right.

23      Q.      And the last column would be the amount?

24      A.      Correct.

25      Q.      Do you know what DeRewal Chemical

1    drums were full or empty?

2         A.    No, I do not know.

3         Q.    Do you know whether the 36 30-gallon

4    drums were being delivered to or being picked up from

5    Handy & Harman Tube Company?

6         A.    No, but the invoice would suggest that

7    they are being picked up.  They have waste solution

8    in them.

9         Q.    But you don't know as you sit here today

10   whether they were being picked up from or delivered

11   to Handy & Harman Tube Company; is that correct?

12                  MR. HARRIS:    Objection.

13        A.    No, I wouldn't -- I wouldn't know what

14   they were -- just looking at this invoice, you know,

15   I don't think Handy & Harman is ordering waste

16   solutions.  I think they are getting rid of waste

17   solutions.  I mean --

18        Q.    Mr. DeRewal, I didn't ask you what you

19   think.  I asked you whether you knew or did not know.

20        A.    I absolutely do not know.

21        Q.    Okay.  Can you tell me what the $6 per

22   55-gallon drum price represents?

23        A.    What?

24        Q.    Looking in the third column under the

25   second preprinted line where it says price, second

Page 256

1    line down says $6 each.

2        A.    Right.

3        Q.    Can you tell me what the $6 per

4    55-gallon drum price represents?

5        A.    No.

6        Q.    Can you tell me what the $5 per

7    30-gallon drum price represents?

8        A.    No.

9        Q.    Can you tell me what the $25 per

10   250-gallon oil tank price represents?

11       A.    No.

12       Q.    Looking at the first preprinted line on

13   P-42 in the third column which says shipped via, do

14   you know what the reference to "our truck" means?

15       A.    Well, this is DeRewal invoice, so our

16   truck means a DeRewal -- a DeRewal truck.

17       Q.    If you look at the bottom of P-42,

18   MrDeRewal --

19       A.    Yes.

20       Q.    -- there's a marking on the bottom.

21       A.    Yes.

22       Q.    Do you know what that is?

23       A.    No, I do not.

24       Q.    Is that a signature of some sort?

25       A.    I thought that was his marking.  I mean,