IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., <br><br>  Plaintiffs, <br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br>  Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## ORDER

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED that Defendant Handy & Harman Tube Company, Inc.'s two motions *in limine* are DENIED.

BY THE COURT:

_____
Legrome D. Davis, J