IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., : : : : : : : Plaintiffs, : v. : : ADVANCED ENVIRONMENTAL : TECHNOLOGY CORPORATION, et al., : : Defendants. : | Civil Action No. 02-CV-3830 (LDD) |

## DECLARATION OF GLENN A. HARRIS, ESQUIRE IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION'S MOTIONS *IN LIMINE*

GLENN A. HARRIS, ESQUIRE hereby certifies:

1. I am a member of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, and counsel for Plaintiffs in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Brief in Opposition to Advanced Environmental Technology Corporation's Motions *in Limine*.

3. Attached hereto and marked Exhibit "A" is a true and correct copy of the deposition transcript of Jay Vandeven.

4. Attached hereto and marked Exhibit "B" is a true and correct copy of the May 7, 2008 e-mail.

DMEAST #10046969 v3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated  June 3, 2008

_____
Glenn A. Harris, Esquire