# Exhibit B

## Harris, Glenn A. (VH)

| | |
|---|---|
| **From:** | Harris, Glenn A. (VH) |
| **Sent:** | Wednesday, May 07, 2008 4:19 PM |
| **To:** | Christopher Booth; Edward Fackenthal (edwardfackenthal@cs.com); Lynn Wright (lwright@eapdlaw.com); Melissa Flax (mflax@carellabyrne.com); Richard C. Biedrzycki (rbiedrzycki@pp-b.com); Robert M. Morris (rmmorris@morrisadelman.com); Sands, Laurie J.; Seth v. d. H. Cooley (scooley@duanemorris.com) |
| **Subject:** | Boarhead -- Vandeven supplemental report regarding costs from 11/05 through 2007 |
| **Attachments:** | JAVsupplemental.pdf |

Colleagues,

I have attached the above-referenced supplemental report. Please note that the charts and documents referenced in Attachment A are those provided to you and/or placed in the Repository as set forth in our April 1, 2008 letter.

Regards,

Glenn

Glenn A. Harris, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043
856-761-3440
harrisg@ballardspahr.com



JAVsupplemental.pdf (49 KB)

1