## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, LLC, et al.,                     :
                                                :
                                                :
                          Plaintiff,            :        CIVIL ACTION NO.
                  v.                            :        02-cv-3830 (LDD)
                                                :
ADVANCED ENVIRONMENTAL                          :
TECHNOLOGY CORPORATION, et al.,                 :
                                                :
                          Defendants.           :
                                                :

## DECLARATION OF MELISSA E. FLAX IN OPPOSITION TO
## PLAINTIFFS' MOTION *IN LIMINE*

MELISSA E. FLAX, of full age and upon her oath declares as follows:

1.      I am a member of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, attorneys for defendant Handy & Harman Tube Company, Inc. ("H&H Tube") and am admitted *pro hac vice* before this Court in connection with the above captioned matter.

2.      I submit this declaration in opposition to Plaintiffs' motion *in limine* with respect to the Administrative Depositions.

3.      Attached hereto as Exhibit A is a true and accurate copy of relevant portions of the deposition testimony of Manfred DeRewal, Sr. dated December 11, 1996.

4.      Attached hereto as Exhibit B is a true and accurate copy of relevant portions of the deposition testimony of Manfred DeRewal, Sr. dated May 7, 2003.

5.      Attached hereto as Exhibit C is a true and accurate copy of relevant portions of the deposition testimony of Bruce DeRewal dated March 13, 1997.

6.      Attached hereto as Exhibit D is a true and accurate copy of relevant portions of the deposition testimony of Bruce DeRewal dated June 16, 2003.

7.      Attached hereto as Exhibit E is a true and accurate copy of relevant portions of the deposition testimony of Manfred DeRewal, Jr. dated February 26, 1997.

8.      Attached hereto as Exhibit F is a true and accurate copy of relevant portions of the deposition transcript of Manfred DeRewal, Jr. dated May 12, 2003.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on this 6th day of June 2008.

[MF1386]

MELISSA E. FLAX [MF4060]

2

# EXHIBIT A

MANFRED TATARA DeREWAL, VOL. II   12-11-96   149

IN RE:  BOARHEAD FARMS SUPERFUND SITE

SWORN STATEMENT OF

MANFRED TATARA DeREWAL

VOLUME II

On the 10th and 11th days of December, 1996, at 10:17 a.m. and 10:35 a.m., respectively, the sworn statement of the above-named witness was taken at the instance of the United States Enviornmental Protection Agency before Greg B. Hunt, Certified Shorthand Reporter in and for the State of Texas, at the Bureau of Prisons Federal Medical Center, 3150 Horton Road, in the City of Fort Worth, County of Tarrant, State of Texas.

COPY

BSAI036798

1                 A P P E A R A N C E S

2   U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
    841 Chestnut Building
3   Philadelphia, PA 19107-4431
    BY:  MS. SARAH P. KEATING
4
5                 Senior Assistant Regional Counsel

6   U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
    841 Chestnut Building
7   Philadelphia, PA 19107-4431
    BY:  MS. BEVIN HARDY
8
9                 Paralegal Specialist

10  U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
    841 Chestnut Building
    Philadelphia, PA 19107-4431
11  BY:  MR. PAUL J. NEALE, JR.

12                Paralegal Specialist

13

14

15

16

17

18

19

20

21

22

23

24

25

BSAI036799

1              MR. NEALE:  Okay.

2              THE WITNESS:  Yeah.

3      A      Handy & Harman, I think -- I think that

4   was some drums.  I don't think they had much waste,

5   but I think that's what that was, and I don't know

6   what they -- I don't -- I mean, Handy & Harman Tub --

7              MS. HARDY:  We don't have --

8              THE WITNESS:  We don't have Handy &

9   Harman?

10             MS. HARDY:  We don't have any

11  documents --

12             THE WITNESS:  Oh, yeah, you've got it

13  here.

14             MS. HARDY:  -- to show you.  We don't

15  have any documents to show you.

16             THE WITNESS:  Oh, okay.

17     A      I think we may have -- I mean, they're --

18  some exotic metals they deal -- of course, they're

19  the big gold people out there.  You know, they have

20  gold refining, silver refining.

21     Q      We did detect some drums with silver in

22  them at the site.  Could that have been Handy &

23  Harman drums?

24     A      They could be.

25     Q      Can you think of any other company that

1    you did business with that would have had silver --

2        A    No.   I'm just saying Handy & Harman

3    because they're over there near Norristown also, but

4    I don't recall ever doing much with Handy & Harman,

5    but -- Hoffman La Roche, I don't know what we ever

6    got from Hoffman La Roche.   They're over there in

7    Jersey not too far from us, but that would be --

8    their kind of waste, I don't think it would be acid.

9    I don't know what it would be.   They make

10   pharmaceuticals there.   NCR Corporation, we got

11   ferric chloride out of NCR Corporation.

12       Q    Would that have gone to the Philadelphia

13   facility?

14       A    Philly, yeah.

15       Q    That was bulk waste?

16       A    What?

17       Q    That was bulk waste?

18       A    Yes, as far as I know, it was -- that's

19   all we ever took out.   I mean, you know, if they

20   called up and they had 30 drums and they wanted

21   someone to pick them up, they would have, I mean, but

22   as far as I know, that was all bulk.

23       Q    Okay.

24           MR. NEALE:   What about General

25   Electric?

MANFRED TATARA DeREWAL, VOL. II    12-11-96    272

1    STATE OF TEXAS          )

2    COUNTY OF DALLAS        )

3         I, Greg B. Hunt, Certified Shorthand Reporter

4    in and for the State of Texas, certify that the

5    foregoing sworn statement of MANFRED TATARA DeREWAL

6    was reported stenographically by me at the time and

7    place indicated, said witness having been placed

8    under oath by me, and that this transcript is a true

9    record of the testimony given by the witness.

10        I further certify that I am neither counsel for

11   nor related to any party in this cause and am not

12   financially interested in its outcome.

13        Given under my hand and seal of office on this

14   the __4th__ day of __April__, ~~1996.~~ 1997

15

16

17

18        _____Greg B. Hunt_____
          Greg B. Hunt, Certified
19        Shorthand Reporter No. 3455 in
          and for the State of Texas
20        4111 North Central Expressway
          Suite 205
21        Dallas, Texas 75204

22

23

24   My commission expires December 31, 1997.

25

STANLEY, RICE & ASSOCIATES    214-720-4567        BSAI036921

# EXHIBIT B

1

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3                                   CIVIL ACTION NO.
    BOARHEAD FARM AGREEMENT            02-CV-3830
 4  GROUP,                         Judge Legrome D. Davis
              Plaintiff,          Oral Deposition of
 5
         vs.                      MANFRED T. DE REWAL, SR.
 6  ADVANCED ENVIRONMENTAL TECHNOLOGY
    CORPORATION; ASHLAND CHEMICAL
 7  COMPANY; BOARHEAD CORPORATION;
    CARPENTER TECHNOLOGY CORPORATION;
 8  CROWN METRO, INC.; DIAZ CHEMICAL
    CORPORATION; EMHART INDUSTRIES,
 9  INC.; ETCHED CIRCUITS, INC.; FCG,
    INC.; GLOBE DISPOSAL COMPANY, INC.;
10  GLOBE-WASTECH, INC.; HANDY & HARMAN
    TUBE COMPANY, INC.; KNOLL, INC.;
11  MERIT METAL PRODUCTS CORPORATION;
    NOVARTIS CORPORATION; NRM INVESTMENT
12  COMPANY; PLYMOUTH TUBE COMPANY;
    QUIKLINE DESIGN AND MANUFACTURING
13  COMPANY; RAHNS SPECIALTY METALS,
    INC.; ROHM & HAAS COMPANY, SIMON
14  WRECKING COMPANY, INC.; TECHALLOY
    COMPANY, INC.; THOMAS & BETTS
15  CORPORATION; UNISYS CORPORATION;
    UNITED STATES OF AMERICA
16  DEPARTMENT OF NAVY,
              Defendants.
17

18              *   *   *   *   *
              Wednesday, May 7, 2003
19              *   *   *   *   *

20              Transcript in the above matter taken at
    the offices of Ballard, Spahr, Andrews & Ingersoll,
21  LLP, 1735 Market Street, 42nd Floor, Philadelphia,
    Pennsylvania, commencing at 10:10 A.M.
22
              Certified Shorthand Reporting Services
23                 Arranged Through
              Mastroianni & Formaroli, Inc.
24                 709 White Horse Pike
              Audubon, New Jersey 08106
25                 (856) 546-1100
```

```
 1    A P P E A R A N C E S:

 2         BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP
           BY: GLENN A. HARRIS, ESQUIRE
 3         PLAZA 1000, MAIN STREET, # 500
           VOORHEES, NEW JERSEY  08043
 4         (856)761-3400
           ATTORNEYS FOR THE PLAINTIFF
 5
           HINMAN, HOWARD & KATTELL, LLP
 6         BY:  RALPH K. KESSLER, ESQUIRE
           106 CORPORATE PARK DRIVE, SUITE 317
 7         WHITE PLAINS, NEW YORK  10604
           (914)694-4102
 8         ALSO APPEARING FOR THE PLAINTIFF

 9         CYTEC INDUSTRIES, INC.
           BY:  THOMAS A. WALDMAN, ESQUIRE
10         5 GARRET MOUNTAIN PLAZA
           WEST PATERSON, NEW JERSEY  07424
11         (973)357-3136
           ALSO APPEARING FOR THE PLAINTIFF
12
           FORD MOTOR COMPANY
13         BY:  KATHY J. HOFER, ESQUIRE
           PARKLANE TOWERS WEST, SUITE 1500
14         3 PARKLANE BOULEVARD
           DEARBORN, MICHIGAN  48126-2493
15         (313)594-1687
           ALSO APPEARING FOR THE PLAINTIFF
16
           WOLFF & SAMSON, PC
17         BY:  THOMAS W. SABINO, ESQUIRE
           THE OFFICES AT CRYSTAL LAKE
18         ONE BOLAND DRIVE
           WEST ORANGE, NEW JERSEY  07052-3698
19         (973)530-2044
           ATTORNEYS FOR THE DEFENDANT,
20         ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION

21         PHELAN, PETTIT & BIEDRZYCKI, ESQUIRES
           BY:  DAVID M. DOTO, ESQUIRE
22         NORTH AMERICAN BUILDING
           121 SOUTH BROAD STREET, SUITE 1600
23         PHILADELPHIA, PENNSYLVANIA  19107
           (215)546-0500
24         ATTORNEYS FOR THE DEFENDANT,
           ASHLAND CHEMICAL COMPANY
25
```

3

```
 1    A P P E A R A N C E S  (CONTINUED:)

 2         EDWARDS & ANGELL, LLP
           BY:  LYNN WRIGHT, ESQUIRE
 3         51 JOHN F. KENNEDY PARKWAY
           SHORT HILLS, NEW JERSEY  07078-5006
 4         (973)376-7700
           ATTORNEYS FOR THE DEFENDANT,
 5         CARPENTER TECHNOLOGY CORPORATION

 6         SWIDLER, BERLIN, SHEREFF, FRIEDMAN, LLP
           BY:  LAURA A. FORD, ESQUIRE
 7         3000 K STREET, N.W., SUITE 300
           WASHINGTON, D.C.  20007-5116
 8         (202)424-7861
           ATTORNEYS FOR THE DEFENDANTS,
 9         CROWN METRO and EMHART INDUSTRIES

10         DUANE MORRIS
           BY:  A. NICOLE FRIANT, ESQUIRE
11         ONE LIBERTY PLACE
           PHILADELPHIA, PENNSYLVANIA  19103-7396
12         (215)979-1818
           ATTORNEYS FOR THE DEFENDANT,
13         FLEXIBLE CIRCUITS

14         CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
           STEWART & OLSTEIN, PC
15         BY:  MELISSA E. FLAX, ESQUIRE
           6 BECKER FARM ROAD
16         ROSELAND, NEW JERSEY  07068-1739
           (973)994-1700
17         ATTORNEYS FOR THE DEFENDANT,
           HANDY & HARMAN TUBE COMPANY, INC.
18
           MC NEES, WALLACE & NURICK, LLC
19         BY:  RICHARD H. FRIEDMAN, ESQUIRE
           100 PINE STREET
20         HARRISBURG, PENNSYLVANIA  17108-1166
           (717)237-5469
21         ATTORNEYS FOR THE DEFENDANT, KNOLL, INC.

22         MONTEVERDE, MC ALEE & HURD, ESQUIRES
           BY:  STEPHEN P. CHAWAGA, ESQUIRE
23         1617 JFK BOULEVARD, SUITE 1500
           PHILADELPHIA, PENNSYLVANIA  19103-1815
24         (215)557-2900
           ATTORNEYS FOR THE DEFENDANT,
25         MERIT METALS PRODUCTS CORPORATION
```

4

```
 1    A P P E A R A N C E S  (CONTINUED:)

 2         MORGAN, LEWIS & BOCKIUS, LLP
           BY:  MICHAEL R. DILLON, ESQUIRE
 3         1701 MARKET STREET
           PHILADELPHIA, PENNSYLVANIA  19103-2921
 4         (215)963-4938
           ATTORNEYS FOR THE DEFENDANT,
 5         NOVARTIS CORPORATION

 6         HENDERSON, WETHERILL, O'HEY & HORSEY, ESQUIRES
           BY:  EDWARD FACKENTHAL, ESQUIRE
 7         ONE MONTGOMERY PLAZA, SUITE 902
           NORRISTOWN, PENNSYLVANIA  19404
 8         (610)279-3370
           ATTORNEYS FOR THE DEFENDANT,
 9         NRM INVESTMENT COMPANY

10         JONES, LEMON, GRAHAM & CLANCEY, ESQUIRES
           BY:  STEVEN J. LEMON, ESQUIRE
11         223 EAST STATE STREET
           GENEVA, ILLINOIS  60134-0805
12         (630)208-0805
           ATTORNEYS FOR THE DEFENDANT,
13         PLYMOUTH TUBE COMPANY

14         SCHMIDT & TOMLINSON, ESQUIRES
           BY:  SANFORD F. SCHMIDT, ESQUIRE
15              and MARGARET QUINN, ESQUIRE
           29 UNION STREET
16         MEDOFRD, NEW JERSEY  08055
           (609)714-0600
17         ATTORNEYS FOR THE DEFENDANT,
           QUICKLINE DESIGN AND MANUFACTURING COMPANY
18
           ROHM AND HAAS COMPANY
19         BY:  JENNIFER BERKE LEVIN, ESQUIRE
           100 INDEPENDENCE MALL WEST
20         PHILADELPHIA, PENNSYLVANIA  19106-2399
           ATTORNEYS FOR THE DEFENDANT,
21         ROHM AND HAAS COMPANY

22         MATTLEMAN, WEINROTH & MILLER, PC
           BY:  SHARON ORAS MORGAN, ESQUIRE
23         LAND TITLE BUILDING, SUITE 2226
           BROAD & CHESTNUT STREETS
24         PHILADELPHIA, PENNSYLVANIA  19110
           (215)923-2225
25         ATTORNEYS FOR THE DEFENDANT,
           SIMON WRECKING COMPANY, INC.
```

5

```
 1    A P P E A R A N C E S  (CONTINUED:)

 2         DRINKER, BIDDLE & REATH, LLP
           BY:  ANDREW P. FOSTER, ESQUIRE
 3             and ADINA M. DZIUK, ESQUIRE
           ONE LOGAN SQUARE
 4         18TH & CHERRY STREETS
           PHILADELPHIA, PENNSYLVANIA  19103-6996
 5         (215)988-2512
           ATTORNEYS FOR THE DEFENDANTS,
 6         RAHNS SPECIALTY METALS, INC.,
           TECHALLOY COMPANY, INC., THOMAS & BETTS
 7         CORPORATION and UNISYS CORPORATION

 8         NAVY LITIGATION OFFICE
           BY:  ROBERT MANLEY, ESQUIRE
 9         WASHINGTON NAVY YARD
           WASHINGTON, D.C.  20002
10         (202)685-6987
                -and-
11         UNITED STATES DEPARTMENT OF JUSTICE
           ENVIRONMENT & NATURAL RESOURCES
12         BY:  JOHN SHEEHAN, ESQUIRE (present via phone)
           601 D STREET NW, SUITE 8120
13         WASHINGTON, D.C.
           (202)514-0995
14         ATTORNEYS FOR THE DEFENDANT,
           UNITED STATES OF AMERICA DEPARTMENT OF NAVY
15

16

17

18

19

20

21

22

23

24

25
```

152

1          DeRewal to Quickline Design, marked for

2          I.D.)

3      Q.    P-41 is an invoice, Mr. DeRewal.  Can

4  you tell us what P-41 is?

5      A.    It's an invoice from DeRewal to

6  Quickline Design.

7      Q.    You recognize it to be that?

8      A.    Yes.

9      Q.    Mr. DeRewal, do you recall whether or

10  not DeRewal Chemical ever did business with a company

11  called Handy & Harman Tube Company?

12      A.    Yes.

13      Q.    Where was the Handy & Harman Tube

14  facility located?

15      A.    I think it's Paoli, I think.

16      Q.    Do you remember what street it was on?

17      A.    No.

18      Q.    Did you ever visit the facility?

19      A.    I don't think so.

20      Q.    Do you recall for how long Handy &

21  Harman was a customer of DeRewal Chemical?

22      A.    No.

23      Q.    What if anything do you know about the

24  waste that DeRewal Chemical removed from Handy &

25  Harman?

153

1      A.      I don't even know the type of waste they

2      have.

3              (Exhibit P-42, Invoice to Handy &

4           Harman, marked for I.D.)

5      Q.      Mr. DeRewal, take a look at the document

6      that's been marked Exhibit P-42 and let me ask you

7      whether you recognize this or not.

8      A.      It's an invoice to Handy & Harman.

9      Q.      Okay.  Taking a look at the invoice

10     where it says 55-gallon drums industrial waste

11     solution and 30-gallon drums.  Does that jog your

12     memory as to what kind of waste Handy & Harman had?

13     A.      No.

14     Q.      Now, this invoice is addressed to

15     Norristown, Pennsylvania.  I forgot what town you

16     mentioned a moment ago when I asked you about them.

17     A.      I don't know.  I thought they were in

18     Paoli.  They might be in Norristown.

19     Q.      You don't have a real good recollection

20     of this customer, right?

21     A.      No.

22              MR. HARRIS:  Okay.  Nobody

23           objected.  That was leading, I can't

24           understand it.

25              (Off-the-record discussion.)

186

1               C E R T I F I C A T E

2          I, NORA M. GALLAGHER, a Notary Public and

3     Certified Shorthand Reporter of the State of New

4     Jersey, and Commissioner of Deeds of the Commonwealth

5     of Pennsylvania, do hereby certify that prior to the

6     commencement of the examination,

7                    MANFRED T. DE REWAL

8     was duly sworn by me to testify to the truth, the

9     whole truth and nothing but the truth.

10              I do further certify that the foregoing

11    is a true and accurate transcript of the testimony as

12    taken stenographically by and before me at the time,

13    place and on the date hereinbefore set forth.

14              I do further certify that I am neither

15    a relative nor employee nor attorney nor counsel of

16    any of the parties to this action, and that I am

17    neither a relative nor employee of such attorney or

18    counsel and that I am not financially interested in

19    this action.

20

21

22         Nora M. Gallagher, C.S.R.
           My Commission Expires October 24, 2007
23         Certificate No. XI00911
           Date:
24

25

**EXHIBIT C**

IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE             :

ORIGINAL
(Red)

ORIGINAL

- - -

Thursday, March 13, 1997
Commencing at 10:55 a.m.

- - -

Best Western Motor Inn
1446 West Broad Street
Quakertown, Pennsylvania 18951

- - -

NOTE:  THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W.
HARLEY, REGISTERED PROFESSIONAL REPORTER.  COPIES ARE
AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

)

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401
(610) 270-0811

BSAI019313

*COUNSEL APPEARED AS FOLLOWS:*



SARAH P. KEATING, ESQUIRE
Senior Assistant Regional Counsel
841 Chestnut Building
Phila., Pa. 19107-4431

    for U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III

ALSO PRESENT:

BEVIN HARDY, PARALEGAL SPECIALIST
PAUL J. NEALE, JR., PARALEGAL SPECIALIST
JOAN E. MARTIN-BANKS, CIVIL INVESTIGATOR
Region III
841 Chestnut Building
Phila., Pa. 19107


*Witness:  BRUCE J. DeREWAL*


*EXHIBITS*

*U.S. EPA Exhibits*

*No.  Description                                      Mrkd*
1    Administrative subpoena                             6

2    Boarhead Farms site map                             8

3    Photograph                                         11

4    Photograph                                         12

5    Boarhead Farms site map (Pit W)                    43

6    Photograph                                         43

7    Photograph                                         43

8    Jonas Trucking Company operating record            45

9    Jonas Trucking Company operating record            46


                            2


BSAI019314

ORIGINAL
(Red)

1                    BRUCE J. DeREWAL

2     the same thing.

3     BY MS. KEATING:

4     Q      Was that waste contained in drums?

5     A      Yes.

6     Q      Do you recall where those drums were disposed of?

7     A      Well, they were emptied out in Jersey into that

8     tank.  They had the copper solution that we would

9     re-sell.

10    Q      Was that tank located at the Frenchtown facility?

11    A      Frenchtown site, yeah, the same steel tank down

12    there.

13    Q      Then what would happen to the empty drums once

14    they were emptied?

15    A      I don't know what we ever did with them.  They

16    were plastic, plastic-lined drums.  I don't know what

17    we ever did with them.  We had a guy that used to buy

18    the drums down in Philadelphia.  We might have sold

19    them to him.

20    BY MS. HARDY:

21    Q      Are you familiar with General Electric Company?

22    A      No.

23    Q      Are you familiar with Handy and Harman Tub?

24    A      No.

25    Q      Are you familiar with Hoffman LaRoche,

                           90

BSAI019402

1                         BRUCE J. DeREWAL

2    Incorporated?

3    A      No.

4    BY MS. KEATING:

5    Q      Are you familiar with Handy and Harman Tube?

6    A      Handy and Harman Tube?  Where would they be

7    located, do you know?  If you had some addresses, maybe

8    that would help.  I've never heard of any of these,

9    really.  Go ahead.

10   BY MS. HARDY:

11   Q      Are you familiar with NCR Corporation?

12   A      No.

13   Q      Are you familiar with Rahns Specialty?

14   A      No.

15   Q      Are you familiar with Sylvan Chemical

16   Corporation?

17   A      He might be the one that owned the copper salts.

18   That could have been his material.  He got them back

19   then, so that's the only way I'd know him.

20   BY MS. KEATING:

21   Q      Were the copper salts the drums that were buried

22   out there for a number of months -- or not buried but

23   stored out there for a number of months?

24   A      Yeah.  I think Sylvan Chemical had to do with

25   that stuff, but we never hauled any waste for them.

                              91

                                        BSAI019403

C E R T I F I C A T I O N

ORIGINAL
(Reg)

ORIGINAL

I, Robert W. Harley, Registered Professional Reporter, Notary Public, do hereby certify that the foregoing proceedings were taken stenographically be me on <u>March 13, 1997</u> and that this is a true and correct transcript of same, fully transcribed under my direction, to the best of my ability and skill.

I further certify that I am not a relative, employee or attorney of any of the parties in this action; that I am not a relative or employee of any attorney in this action; and that I am not financially interested in the event of this action.

Robert W. Harley, RPR
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401

Notarial Seal
Robert W. Harley, Notary Public
Norristown Boro, Montgomery County
My Commission Expires Aug. 14, 2000

100

BSAI019412

**EXHIBIT D**

#188796                                                                        1

```
 1                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2     _____      _____
                                      CIVIL ACTION NO.
 3     BOARHEAD FARM AGREEMENT          02-CV-3830
       GROUP,                          Judge Legrome D. Davis
 4
               Plaintiff,
 5                                              ORAL DEPOSITION OF:
       vs.
 6                                              BRUCE DeREWAL
       ADVANCED ENVIRONMENTAL TECHNOLOGY
 7     CORPORATION; ASHLAND CHEMICAL
       COMPANY; BOARHEAD CORPORATION;
 8     CARPENTER TECHNOLOGY CORPORATION;
       CROWN METRO, INC.; DIAZ CHEMICAL
 9     CORPORATION; EMHART INDUSTRIES,
       INC.; ETCHED CIRCUITS, INC.; FCG,
10     INC.; GLOBE DISPOSAL COMPANY, INC.;
       GLOBE-WASTECH, INC.; HANDY & HARMAN
11     TUBE COMPANY, INC.; KNOLL, INC.;
       MERIT METAL PRODUCTS CORPORATION;
12     NOVARTIS CORPORATION; NRM INVESTMENT
       COMPANY; PLYMOUTH TUBE COMPANY;
13     QUIKLINE DESIGN AND MANUFACTURING
       COMPANY; RAHNS SPECIALTY METALS,
14     INC.; ROHM & HAAS COMPANY, SIMON
       WRECKING COMPANY, INC.; TECHALLOY
15     COMPANY, INC.; THOMAS & BETTS
       CORPORATION; UNISYS CORPORATION;
16     UNITED STATES OF AMERICA
       DEPARTMENT OF NAVY,
17
               Defendants.
18     _____

19                     *   *   *   *   *
                   Monday, June 16, 2003
20                     *   *   *   *   *
             Transcript in the above matter taken at
21     the offices of Ballard, Spahr, Andrews & Ingersoll,
       LLP, 1735 Market Street, 42nd Floor, Philadelphia,
22     Pennsylvania, commencing at 10:10 a.m.

23            Certified Shorthand Reporting Services
                        Arranged Through
24              Mastroianni & Formaroli, Inc.
                     709 White Horse Pike
25              Audubon, New Jersey 08106
                       (856) 546-1100
```

2

```
 1   A P P E A R A N C E S:

 2           BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP
             BY: GLENN A. HARRIS, ESQUIRE
 3           PLAZA 1000, MAIN STREET, # 500
             VOORHEES, NEW JERSEY  08043
 4           (856)761-3400
             ATTORNEYS FOR THE PLAINTIFF
 5
             MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
 6           BY: SALLY ACKERMAN KING, ESQUIRE
             123 SOUTH BROAD STREET
 7           PHILADELPHIA, PENNSYLVANIA 19109
             (215) 772-7412
 8           ALSO APPEARING FOR THE PLAINTIFF

 9           HINMAN, HOWARD & KATTELL, LLP
             BY:  RALPH K. KESSLER, ESQUIRE
10           106 CORPORATE PARK DRIVE, SUITE 317
             WHITE PLAINS, NEW YORK  10604
11           (914)694-4102
             ALSO APPEARING FOR THE PLAINTIFF
12
             WOLFF & SAMSON, PC
13           BY:  THOMAS W. SABINO, ESQUIRE
             THE OFFICES AT CRYSTAL LAKE
14           ONE BOLAND DRIVE
             WEST ORANGE, NEW JERSEY  07052-3698
15           (973)530-2044
             ATTORNEYS FOR THE DEFENDANT,
16           ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION

17           PHELAN, PETTIT & BIEDRZYCKI, ESQUIRES
             BY:  DAVID M. DOTO, ESQUIRE
18           NORTH AMERICAN BUILDING
             121 SOUTH BROAD STREET, SUITE 1600
19           PHILADELPHIA, PENNSYLVANIA  19107
             (215)546-0500
20           ATTORNEYS FOR THE DEFENDANT,
             ASHLAND CHEMICAL COMPANY
21
             EDWARDS & ANGELL, LLP
22           BY:  LYNN WRIGHT, ESQUIRE
             51 JOHN F. KENNEDY PARKWAY
23           SHORT HILLS, NEW JERSEY  07078-5006
             (973)376-7700
24           ATTORNEYS FOR THE DEFENDANT,
             CARPENTER TECHNOLOGY CORPORATION
25
```

1   A P P E A R A N C E S (CONTINUED:)

2        SWIDLER, BERLIN, SHEREFF, FRIEDMAN, LLP
         BY:  LAURA A. FORD, ESQUIRE
3        3000 K STREET, N.W., SUITE 300
         WASHINGTON, D.C.  20007-5116
4        (202)424-7861
         ATTORNEYS FOR THE DEFENDANTS,
5        CROWN METRO and EMHART INDUSTRIES

6        DUANE MORRIS
         BY:  A. NICOLE FRIANT, ESQUIRE
7        ONE LIBERTY PLACE
         PHILADELPHIA, PENNSYLVANIA  19103-7396
8        (215)979-1818
         ATTORNEYS FOR THE DEFENDANT,
9        FLEXIBLE CIRCUITS

10       CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
            STEWART & OLSTEIN, PC
11       BY:  MELISSA E. FLAX, ESQUIRE
         6 BECKER FARM ROAD
12       ROSELAND, NEW JERSEY  07068-1739
         (973)994-1700
13       ATTORNEYS FOR THE DEFENDANT,
         HANDY & HARMAN TUBE COMPANY, INC.

14
         MC NEES, WALLACE & NURICK, LLC
15       BY:  RICHARD H. FRIEDMAN, ESQUIRE
         100 PINE STREET
16       HARRISBURG, PENNSYLVANIA  17108-1166
         (717)237-5469
17       ATTORNEYS FOR THE DEFENDANT, KNOLL, INC.

18       MONTEVERDE, MC ALEE & HURD, ESQUIRES
         BY:  MATTHEW LIPMAN, ESQUIRE
19       1617 JFK BOULEVARD, SUITE 1500
         PHILADELPHIA, PENNSYLVANIA  19103-1815
20       (215)557-2900
         ATTORNEYS FOR THE DEFENDANT,
21       MERIT METALS PRODUCTS CORPORATION

22       MORGAN, LEWIS & BOCKIUS, LLP
         BY:  MICHAEL R. DILLON, ESQUIRE
23       1701 MARKET STREET
         PHILADELPHIA, PENNSYLVANIA  19103-2921
24       (215)963-4938
         ATTORNEYS FOR THE DEFENDANT,
25       NOVARTIS CORPORATION

4

```
 1    A P P E A R A N C E S  (CONTINUED:)

 2            JONES, LEMON, GRAHAM & CLANCY, ESQUIRES
              BY:  STEVEN J. LEMON, ESQUIRE
 3            223 EAST STATE STREET
              GENEVA, ILLINOIS  60134-0805
 4            (630)208-0805
              ATTORNEYS FOR THE DEFENDANT,
 5            PLYMOUTH TUBE COMPANY

 6            SCHMIDT & TOMLINSON, ESQUIRES
              BY:  MARGARET QUINN, ESQUIRE
 7            29 UNION STREET
              MEDFORD, NEW JERSEY  08055
 8            (609)714-0600
              ATTORNEYS FOR THE DEFENDANT,
 9            QUIKLINE DESIGN AND MANUFACTURING COMPANY

10            ROHM AND HAAS COMPANY
              BY:  JENNIFER BERKE LEVIN, ESQUIRE
11            100 INDEPENDENCE MALL WEST
              PHILADELPHIA, PENNSYLVANIA  19106-2399
12            ATTORNEYS FOR THE DEFENDANT,
              ROHM AND HAAS COMPANY
13
              MATTLEMAN, WEINROTH & MILLER, PC
14            BY:  SHARON ORAS MORGAN, ESQUIRE
              LAND TITLE BUILDING, SUITE 2226
15            BROAD & CHESTNUT STREETS
              PHILADELPHIA, PENNSYLVANIA  19110
16            (215)923-2225
              ATTORNEYS FOR THE DEFENDANT,
17            SIMON WRECKING COMPANY, INC.

18            DRINKER, BIDDLE & REATH, LLP
              BY:  ADINA M. DZIUK, ESQUIRE
19            ONE LOGAN SQUARE
              18TH & CHERRY STREETS
20            PHILADELPHIA, PENNSYLVANIA  19103-6996
              (215)988-2696
21            ATTORNEYS FOR THE DEFENDANTS,
              RAHNS SPECIALTY METALS, INC.,
22            TECHALLOY COMPANY, INC., THOMAS & BETTS
              CORPORATION and UNISYS CORPORATION
23

24

25
```

5

```
 1   A P P E A R A N C E S (CONTINUED:)

 2           DEPARTMENT OF THE NAVY
             OFFICE OF THE GENERAL COUNSEL
 3           BY:   JOHN D. TEW, ESQUIRE
             720 KENNON STREET
 4           WASHINGTON NAVY YARD
             WASHINGTON, D.C.  20002
 5           (202)685-7030
                  -and-
 6           UNITED STATES DEPARTMENT OF JUSTICE
             ENVIRONMENT & NATURAL RESOURCES
 7           BY:   JOHN SHEEHAN, ESQUIRE (present via phone)
             601 D STREET NW, SUITE 8120
 8           WASHINGTON, D.C.
             (202)514-0995
 9           ATTORNEYS FOR THE DEFENDANT,
             UNITED STATES OF AMERICA DEPARTMENT OF NAVY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        Q.    And now that you say that --

2        A.    When I got burned I was scheduled to go to

3    Philadelphia.

4        Q.    It was supposed to go to Philadelphia?

5        A.    Yeah.

6        Q.    So now you're remembering another load that

7    was supposed to go to the farm?

8              MR. DILLON:  Objection to the form,

9    leading.

10   BY MR. HARRIS:

11       Q.    I'm trying to clarify your testimony.

12       A.    No, I might have pulled two loads out of

13   there.  One was set to go to the farm and the second

14   one was supposed to go to Philly, and I had to pull out

15   of there because of the leak in the trailer.

16       Q.    The Norristown, the outside Norristown place

17   that we talked about a few minutes ago, I don't

18   remember if I asked you how many times you went there.

19       A.    I don't recall.  Not that many.

20       Q.    By "not that many", we mean less than ten?

21       A.    Yes.

22       Q.    Less than five?

23       A.    Let's say less than ten, let's keep it at

24   ten.

25       Q.    You're comfortable with less than ten?

```
 1        A.   Yeah, I think.

 2        Q.   What kind of pick-up was that, was that bulk

 3   or drums?

 4        A.   That was drums.

 5        Q.   What kind of truck did you drive on those

 6   trips?

 7        A.   It could have been a box van, box truck.

 8        Q.   By "box truck", is it a straight truck?

 9        A.   Straight truck, yes.

10        Q.   Stakes on the side or, you know, sides on

11   it?

12        A.   Yeah, either stake body or it was a rental,

13   a Ryder rental or something box truck.

14        Q.   You mean literally with an enclosed --·

15        A.   Yeah, enclosed box.

16        Q.   How big was the box truck?

17        A.   16 feet.

18        Q.   And we're talking the bed, right?

19        A.   Yeah, the bed.

20        Q.   How many drums were you able to put in there

21   on the times you went to Handy & Harman?

22             MS. FLAX:  Objection to form.

23             MR. HARRIS:  I'm sorry, the place in

24   Norristown.

25             THE WITNESS:  Whatever we can get in a
```

133

1        Q.    Do you also recall driving a stake body?

2        A.    Yes.

3              MR. HARRIS:   Objection.

4    BY MS. FLAX:

5        Q.    When you went to the facility located

6    outside of Norristown, I believe you testified this

7    morning you picked up drummed waste from that facility;

8    is that correct?

9        A.    Yes.

10       Q.    How were the drums loaded onto the truck

11   that you were driving?

12             MR. HARRIS:   Objection.

13             THE WITNESS:   I don't recall.

14   BY MS. FLAX:

15       Q.    You don't recall whether you physically

16   loaded the drums onto the truck or whether an employee

17   of this facility loaded them?

18       A.    Yeah, I don't recall how they did it.

19       Q.    Do you recall where the drummed waste was

20   stored at the facility located outside of Norristown?

21       A.    No.

22       Q.    Do you recall where you would pick up the

23   drummed waste at the facility located outside of

24   Norristown?

25       A.    No.

```
 1              C E R T I F I C A T E

 2         I, Karen L. Siedlecki, a Notary Public and

 3    Certified Shorthand Reporter of the State of New

 4    Jersey, do hereby certify that the foregoing is

 5    a true and accurate transcript of the testimony

 6    as taken stenographically by and before me at the

 7    time, place and on the date hereinbefore set

 8    forth.

 9         I do further certify that I am neither a

10    relative nor employee nor attorney nor counsel of

11    any of the parties to this action, and that I am

12    neither a relative nor employee of such attorney

13    or counsel and that I am not financially

14    interested in this action.

15

16

17    _____
             Karen L. Siedlecki, C.S.R.
18           Notary Public, State of New Jersey
             My Commission expires 2-17-04
19           Certificate No. 2162671

20

21

22

23

24

25
```

# EXHIBIT E

IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE            :

- - -

Wednesday, February 26, 1997
Commencing at 9:55 a.m.

- - -

Holiday Inn
Suite 302
Ft. Washington, Pennsylvania 19034

- - -

NOTE:  THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W.
HARLEY, REGISTERED PROFESSIONAL REPORTER.  COPIES ARE
AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401
(610) 270-0811

BSAI036923

*COUNSEL APPEARED AS FOLLOWS:*

SARAH P. KEATING, ESQUIRE
Senior Assistant Regional Counsel
841 Chestnut Building
Phila., Pa. 19107-4431

    for U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III

ALSO PRESENT:

BEVIN HARDY, PARALEGAL SPECIALIST
PAUL J. NEALE, JR., PARALEGAL SPECIALIST
JOAN E. MARTIN-BANKS, CIVIL INVESTIGATOR
Region III
841 Chestnut Building
Phila., Pa. 19107

*Witness:* MANFRED F. DeREWAL, JR.

## EXHIBITS

*U.S. EPA Exhibits*

| No. | Description | Mrkd |
|-----|-------------|------|
| 1 | Administrative subpoena | 5 |
| 2 | Boarhead Farms site map | 10 |
| 3 | Photograph | 11 |
| 4 | Photograph | 11 |
| 5 | Boarhead Farms site map (Pit W) | 41 |
| 6 | Photograph | 41 |
| 7 | Photograph | 41 |
| 8 | Jonas Trucking Company operating record | 46 |
| 9 | Jonas Trucking Company operating record | 47 |

BSAI036924

1                    MANFRED F. DeREWAL, JR.

2    A    I believe, yeah.  That's the only company that --

3    most of our work was bulk.  I know we never picked up

4    cyanide in bulk.

5    Q    Do you recall ever doing business with the

6    Department of Defense?

7    A    No.

8    Q    Are you familiar with a company called General

9    Electric company?

10   A    I've heard of them but I don't believe we ever

11   did any work at DeRewal Chemical.

12   Q    Are you familiar with a company Handy and Harman

13   Tub?

14   A    That rings a bell.

15   Q    Do you recall ever doing business with Handy and

16   Harman Tub?

17   A    I can't recall but it sounds familiar.

18   Q    Do you know what kind of waste stream was

19   generated by Handy and Harman?

20   A    No, I do not.

21   Q    Do you know what kind of business they were in?

22   A    No, I do not.

23   Q    Are you familiar with a company called Hoffman

24   LaRoche, Inc.?

25   A    No.

BSAI037029

# C E R T I F I C A T I O N

I, Robert W. Harley, Registered Professional Reporter, Notary Public, do hereby certify that the foregoing proceedings were taken stenographically be me on February 26, 1997 and that this is a true and correct transcript of same, fully transcribed under my direction, to the best of my ability and skill.

I further certify that I am not a relative, employee or attorney of any of the parties in this action; that I am not a relative or employee of any attorney in this action; and that I am not financially interested in the event of this action.

```
_____
Robert W. Harley, RPR
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401
```

BSAI037038

**EXHIBIT F**

1

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2    _____
                                       CIVIL ACTION NO.
 3    BOARHEAD FARM AGREEMENT            02-CV-3830
      GROUP,                           Judge Legrome D. Davis
 4
              Plaintiff,               ORAL DEPOSITION OF:
 5
         vs.                           MANFRED DeREWAL, JR.
 6
      ADVANCED ENVIRONMENTAL TECHNOLOGY
 7    CORPORATION; ASHLAND CHEMICAL
      COMPANY; BOARHEAD CORPORATION;
 8    CARPENTER TECHNOLOGY CORPORATION;
      CROWN METRO, INC.; DIAZ CHEMICAL
 9    CORPORATION; EMHART INDUSTRIES,
      INC.; ETCHED CIRCUITS, INC.; FCG,
10    INC.; GLOBE DISPOSAL COMPANY, INC.;
      GLOBE-WASTECH, INC.; HANDY & HARMAN
11    TUBE COMPANY, INC.; KNOLL, INC.;
      MERIT METAL PRODUCTS CORPORATION;
12    NOVARTIS CORPORATION; NRM INVESTMENT
      COMPANY; PLYMOUTH TUBE COMPANY;
13    QUIKLINE DESIGN AND MANUFACTURING
      COMPANY; RAHNS SPECIALTY METALS,
14    INC.; ROHM & HAAS COMPANY, SIMON
      WRECKING COMPANY, INC.; TECHALLOY
15    COMPANY, INC.; THOMAS & BETTS
      CORPORATION; UNISYS CORPORATION;
16    UNITED STATES OF AMERICA
      DEPARTMENT OF NAVY,
17
              Defendants.
18    _____

19                  *   *   *   *   *
                  Monday, May 12, 2003
20                  *   *   *   *   *
                  Transcript in the above matter taken at
21    the offices of Ballard, Spahr, Andrews & Ingersoll,
      LLP, 1735 Market Street, 42nd Floor, Philadelphia,
22    Pennsylvania, commencing at 10:10 a.m.

23            Certified Shorthand Reporting Services
                     Arranged Through
24            Mastroianni & Formaroli, Inc.
                   709 White Horse Pike
25            Audubon, New Jersey 08106
                     (856) 546-1100
```

2

```
 1   A P P E A R A N C E S:

 2         BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP
           BY: GLENN A. HARRIS, ESQUIRE
 3         PLAZA 1000, MAIN STREET, # 500
           VOORHEES, NEW JERSEY  08043
 4         (856)761-3400
           ATTORNEYS FOR THE PLAINTIFF
 5
           WOLFF & SAMSON, PC
 6         BY:  THOMAS W. SABINO, ESQUIRE
           THE OFFICES AT CRYSTAL LAKE
 7         ONE BOLAND DRIVE
           WEST ORANGE, NEW JERSEY  07052-3698
 8         (973)530-2044
           ATTORNEYS FOR THE DEFENDANT,
 9         ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION

10         PHELAN, PETTIT & BIEDRZYCKI, ESQUIRES
           BY:  DAVID M. DOTO, ESQUIRE
11         NORTH AMERICAN BUILDING
           121 SOUTH BROAD STREET, SUITE 1600
12         PHILADELPHIA, PENNSYLVANIA  19107
           (215)546-0500
13         ATTORNEYS FOR THE DEFENDANT,
           ASHLAND CHEMICAL COMPANY
14
           EDWARDS & ANGELL, LLP
15         BY:  LYNN WRIGHT, ESQUIRE
           51 JOHN F. KENNEDY PARKWAY
16         SHORT HILLS, NEW JERSEY  07078-5006
           (973)376-7700
17         ATTORNEYS FOR THE DEFENDANT,
           CARPENTER TECHNOLOGY CORPORATION
18
           SWIDLER, BERLIN, SHEREFF, FRIEDMAN, LLP
19         BY:  LAURA A. FORD, ESQUIRE
           3000 K STREET, N.W., SUITE 300
20         WASHINGTON, D.C.  20007-5116
           (202)424-7861
21         ATTORNEYS FOR THE DEFENDANTS,
           CROWN METRO and EMHART INDUSTRIES
22
           DUANE MORRIS
23         BY:  A. NICOLE FRIANT, ESQUIRE
           ONE LIBERTY PLACE
24         PHILADELPHIA, PENNSYLVANIA  19103-7396
           (215)979-1818
25         ATTORNEYS FOR THE DEFENDANT,
           FLEXIBLE CIRCUITS
```

3

```
 1    A P P E A R A N C E S  (CONTINUED:)

 2              CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
                  STEWART & OLSTEIN, PC
 3              BY:  MELISSA E. FLAX, ESQUIRE
                6 BECKER FARM ROAD
 4              ROSELAND, NEW JERSEY  07068-1739
                (973)994-1700
 5              ATTORNEYS FOR THE DEFENDANT,
                HANDY & HARMAN TUBE COMPANY, INC.
 6
                MC NEES, WALLACE & NURICK, LLC
 7              BY:  RICHARD H. FRIEDMAN, ESQUIRE
                100 PINE STREET
 8              HARRISBURG, PENNSYLVANIA  17108-1166
                (717)237-5469
 9              ATTORNEYS FOR THE DEFENDANT, KNOLL, INC.

10              MONTEVERDE, MC ALEE & HURD, ESQUIRES
                BY:  MATTHEW A. LIPMAN, ESQUIRE
11              and  STEPHEN P. CHAWAGA, ESQUIRE
                1617 JFK BOULEVARD, SUITE 1500
12              PHILADELPHIA, PENNSYLVANIA  19103-1815
                (215)557-2900
13              ATTORNEYS FOR THE DEFENDANT,
                MERIT METALS PRODUCTS CORPORATION
14
                MORGAN, LEWIS & BOCKIUS, LLP
15              BY:  MICHAEL R. DILLON, ESQUIRE
                1701 MARKET STREET
16              PHILADELPHIA, PENNSYLVANIA  19103-2921
                (215)963-4938
17              ATTORNEYS FOR THE DEFENDANT,
                NOVARTIS CORPORATION
18
                HENDERSON, WETHERILL, O'HEY & HORSEY, ESQUIRES
19              BY:  EDWARD FACKENTHAL, ESQUIRE
                ONE MONTGOMERY PLAZA, SUITE 902
20              NORRISTOWN, PENNSYLVANIA  19404
                (610)279-3370
21              ATTORNEYS FOR THE DEFENDANT,
                NRM INVESTMENT COMPANY
22
                JONES, LEMON, GRAHAM & CLANCY, ESQUIRES
23              BY:  STEVEN J. LEMON, ESQUIRE
                223 EAST STATE STREET
24              GENEVA, ILLINOIS  60134-0805
                (630)208-0805
25              ATTORNEYS FOR THE DEFENDANT,
                PLYMOUTH TUBE COMPANY
```

4

```
 1   A P P E A R A N C E S  (CONTINUED:)

 2           SCHMIDT & TOMLINSON, ESQUIRES
             BY:  MARGARET QUINN, ESQUIRE
 3           29 UNION STREET
             MEDFORD, NEW JERSEY  08055
 4           (609)714-0600
             ATTORNEYS FOR THE DEFENDANT,
 5           QUIKLINE DESIGN AND MANUFACTURING COMPANY

 6           ROHM AND HAAS COMPANY
             BY:   JENNIFER BERKE LEVIN, ESQUIRE
 7           100 INDEPENDENCE MALL WEST
             PHILADELPHIA, PENNSYLVANIA  19106-2399
 8           ATTORNEYS FOR THE DEFENDANT,
             ROHM AND HAAS COMPANY
 9
             MATTLEMAN, WEINROTH & MILLER, PC
10           BY:  SHARON ORAS MORGAN, ESQUIRE
             AND  KIMBERLEY STUART KLUCHNICK, ESQUIRE
11           LAND TITLE BUILDING, SUITE 2226
             BROAD & CHESTNUT STREETS
12           PHILADELPHIA, PENNSYLVANIA  19110
             (215)923-2225
13           ATTORNEYS FOR THE DEFENDANT,
             SIMON WRECKING COMPANY, INC.
14
             DRINKER, BIDDLE & REATH, LLP
15           BY:  ADINA M. DZIUK, ESQUIRE
             ONE LOGAN SQUARE
16           18TH & CHERRY STREETS
             PHILADELPHIA, PENNSYLVANIA  19103-6996
17           (215)988-2696
             ATTORNEYS FOR THE DEFENDANTS,
18           RAHNS SPECIALTY METALS, INC.,
             TECHALLOY COMPANY, INC., THOMAS & BETTS
19           CORPORATION and UNISYS CORPORATION

20           UNITED STATES DEPARTMENT OF JUSTICE
             ENVIRONMENT & NATURAL RESOURCES
21           BY:  JOHN SHEEHAN, ESQUIRE (present via phone)
             601 D STREET NW, SUITE 8120
22           WASHINGTON, D.C.
             (202)514-0995
23           ATTORNEYS FOR THE DEFENDANT,
             UNITED STATES OF AMERICA DEPARTMENT OF NAVY
24

25
```

119

1    that facility?

2        A.    Same material.

3        Q.    Did you ever pick up any waste from a Betts

4    Labs facility?

5        A.    I can't remember.

6        Q.    Did you ever pick up any waste from a

7    facility in Ivyland, Pennsylvania?

8        A.    I can't remember that also.

9        Q.    Did you ever pick up any waste from an

10   Ansley facility?

11       A.    That doesn't ring a bell.

12       Q.    Did you ever pick up any waste from a Handy

13   & Harman facility?

14       A.    Yes.

15       Q.    Where was that facility located?

16       A.    I believe that is, it's south of -- I know

17   it's outside of Norristown, I don't know what street

18   that would be on.

19       Q.    If you look at a map can you remember how

20   you got there?

21       A.    No.

22       Q.    Not really?

23       A.    No, it's been a long time.

24       Q.    Yeah, I understand.

25       A.    See, I might have two companies --

122

1        Q.    Tell me what happened after you drove
2    through the gate.
3        A.    Went in through the gate, and I believe it
4    was a tight fit.  I forget what was on either side but
5    I remember a tight fit backing down to get loaded.
6    There again, somebody would come out, put the hose in
7    until it was full.
8        Q.    All right.  Did anybody tell you there what
9    it was that was being loaded?
10       A.    No, I have no idea.
11       Q.    Did you see the stuff?
12       A.    No, I did not.
13       Q.    How many times did you go to that facility
14   to pick up waste?
15       A.    I can't remember.
16       Q.    At least once?
17       A.    At least once.
18       Q.    Where did that waste go that you picked up
19   for disposal?
20       A.    That would have went to Boarhead.
21       Q.    Do you have a recollection of where at
22   Boarhead that particular waste was disposed of?
23       A.    No, I don't.
24       Q.    And how was that disposed at Boarhead,
25   physically?

152

```
 1              C E R T I F I C A T E

 2          I, Karen L. Siedlecki, a Notary Public and

 3   Certified Shorthand Reporter of the State of New

 4   Jersey and Commissioner of Deeds for the Commonwealth

 5   of Pennsylvania, do hereby certify that the foregoing

 6   is a true and accurate transcript of the testimony

 7   as taken stenographically by and before me at the

 8   time, place and on the date hereinbefore set

 9   forth.

10          I do further certify that I am neither a

11   relative nor employee nor attorney nor counsel of

12   any of the parties to this action, and that I am

13   neither a relative nor employee of such attorney

14   or counsel and that I am not financially

15   interested in this action.

16

17

18          _____
            Karen L. Siedlecki, C.S.R. #XI 01958
19          Notary Public, State of New Jersey
            Certificate No. 2162671
20          My Commission expires 2-17-04
            Commissioner of Deeds expires 9-4-06
21

22

23

24

25
```