## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-3830 (LDD) <br><br><br><br> **ORDER** |

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED Plaintiffs' Motion in limine Regarding the Testimony of Joseph J. Hochreiter, Jr. is DENIED.

BY THE COURT:

_____
LEGROME D. DAVIS, U.S.D.J.

1133832.1