IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br><br><br>**ORDER** |

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED that Plaintiffs' Motion in limine Regarding Ashland's Experts is DENIED.

BY THE COURT:

_____
LEGROME D. DAVIS, U.S.D.J.

1133822.1