# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br>**<u>ORDER</u>** |

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED that Plaintiffs' and Handy and Harman's Motion <u>in limine</u> with respect to the United States Environmental Protection Agency's Administrative Deposition Testimony, Marvin Jonas' Deposition Testimony, and the United States Environmental Protection Agency's Witness Summaries is DENIED.

BY THE COURT:

_____
LEGROME D. DAVIS, U.S.D.J.

1133830.1