<span style="font-variant:small-caps">Wolff & Samson</span> PC  
<span style="font-variant:small-caps">The Offices at Crystal Lake</span>  
<span style="font-variant:small-caps">One Boland Drive</span>  
<span style="font-variant:small-caps">West Orange, New Jersey 07052</span>  
973-325-1500  
Attorneys for Defendant Advanced  
Environmental Technology Corp.

**IN THE UNITED STATES DISTRICT COURT**  
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-3830 (LDD) <br><br><br> **CERTIFICATION OF SERVICE** |

  I, Laurie J. Sands, certify that on June 6, 2008, I caused a true and correct copy of Defendant Advance Environmental Technology Corporation's Opposition to Plaintiffs' and Handy and Harman's Motions <u>in</u> <u>limine</u> with respect to the EPA Administrative Deposition Testimony, Marvin Jonas Deposition Testimony, and the EPA Witness Summaries, Declaration of Laurie J. Sands, and proposed form of Order to be served via the Court's electronic notification system on each of the parties below:

1133769.1

| **Counsel for Plaintiffs – Boarhead Farm Agreement Group**<br>Glenn A. Harris, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ  08043-4636<br>(856) 761-3440<br>(856) 761-9001 (Fax)<br>harrusg@ballardspahr.com | **Counsel for Defendant – NRM Investment Company**<br>Edward Fackenthal, Esq.<br>Law Offices of Edward Fackenthal<br>One Montgomery Plaza, Suite 209<br>Norristown, PA  19401<br>(610) 279-3370<br>(610) 279-0696 (Fax)<br>edwardfackenthal@cs.com |
|---|---|
| **Counsel for Defendant – Handy & Harman Tube Co.**<br>Melissa E. Flax, Esq.<br>Carella, Byrne, Bain, Gilfillan, Cecchi,<br>  Stewart & Olstein<br>5 Becker Farm Road<br>Roseland, NJ  07068-1739<br>(973) 994-1700<br>(973) 994-1744 (Fax)<br>mtlax@carellabyrne.com | **Counsel for Defendant – Carpenter Technology Corp.**<br>Lynn Wright, Esq.<br>Edwards & Angell<br>750 Lexington Avenue<br>New York, NY  10022<br>(212) 756-0215<br>(888) 325-9169 (Fax)<br>lwright@ealaw.com |

<u>/s/ Laurie J. Sands</u>
LAURIE J. SANDS, ESQ.
lsands@wolffsamson.com

1133769.1

2