**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 02-3830 (LDD)<br><br><br>**<u>ORDER</u>** |

   AND NOW, this _____ day of _____, 2008, it is hereby ORDERED Plaintiffs' Motion <u>in</u> <u>limine</u> Regarding the Presentation of Evidence at Trial is DENIED.

                                                      BY THE COURT:

                                                      _____
                                                      LEGROME D. DAVIS, U.S.D.J.

1133835.1