UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,,<br><br>Defendants. | Civil Action No. 02-CV-3830 (LDD) |

**DEFENDANT ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION'S MOTION TO STRIKE PLAINTIFFS' OBJECTION TO DEFENDANTS' TRIAL EXHIBITS**

Defendant Advanced Environmental Technology Corporation ("AETC") respectfully moves for this Court to Strike Plaintiffs' Objection to Defendants' Trial Exhibits.

The grounds for AETC's Motion are more fully set forth in the accompanying Memorandum of Law. A proposed Order is attached pursuant to Local Rule 7.1.

Dated: June 6, 2008

Respectfully submitted,

WOLFF & SAMSON, PC
Attorneys For Defendant Advanced
Environmental Technology Corp.

By: _____
JOHN A. MCKINNEY JR.
JMcKinney@Wolffsamson.com

Robert M. Morris, Esq.
Morris & Adelman
1920 Chestnut Street
Philadelphia, Pennsylvania

1133847.1