WOLFF & SAMSON PC
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
Attorneys for Defendant Advanced
Environmental Technology Corp.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br>**CERTIFICATION OF SERVICE** |

I, Laurie J. Sands, certify that on June 6, 2008, I caused a true and correct copy of Defendant Advanced Environmental Technology Corporation's ("AETC") Response to Plaintiffs' Objections to Defendants' Trial Exhibits or, in the alternative, Defendant AETC's Motion to Strike, to be served via the Court's electronic notification system on each of the parties below:

| **Counsel for Plaintiffs – Boarhead Farm Agreement Group**<br>Glenn A. Harris, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ  08043-4636 | **Counsel for Defendant – NRM Investment Company**<br>Edward Fackenthal, Esq.<br>Law Offices of Edward Fackenthal<br>One Montgomery Plaza, Suite 209<br>Norristown, PA  19401<br>(610) 279-3370 |

1133780.2

| | |
|---|---|
| (856) 761-3440<br>(856) 761-9001 (Fax)<br>harrusg@ballardspahr.com | (610) 279-0696 (Fax)<br>edwardfackenthal@cs.com |
| **Counsel for Defendant – Handy & Harman Tube Co.**<br>Melissa E. Flax, Esq.<br>Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein<br>5 Becker Farm Road<br>Roseland, NJ  07068-1739<br>(973) 994-1700<br>(973) 994-1744 (Fax)<br>mtlax@carellabyrne.com | **Counsel for Defendant – Carpenter Technology Corp.**<br>Lynn Wright, Esq.<br>Edwards & Angell<br>750 Lexington Avenue<br>New York, NY  10022<br>(212) 756-0215<br>(888) 325-9169 (Fax)<br>lwright@ealaw.com |

          /s/ Laurie J. Sands
          LAURIE J. SANDS, ESQ.
          lsands@wolffsamson.com

1133780.2