IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, LLC, ET AL.,      :
                    :
        Plaintiffs       :      CIVIL ACTION
                    :
     v.              :      No. 02-3830
                    :
ADVANCED ENVIRONMENTAL     :
TECHNOLOGY CORPORATION, ET AL.,   :
                    :
        Defendants     :

ORDER

AND NOW, this 11th day of June 2008, in light of the final pretrial conference with all

parties present and this Court's Order requiring the parties to share exhibits and file any

objections to exhibits on or before Wednesday, June 18, 2008, it is ORDERED as follows:

1.     Plaintiffs' Objections to Defendants' Trial Exhibits (Doc. No. 339) is STRICKEN as premature.

2.     Defendant AETC's Motion to Strike Plaintiffs' Objections (Doc. No. 353) is DENIED as moot.

BY THE COURT:

S/Legrome D. Davis, J.

Legrome D. Davis, J.