IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, LLC, ET AL., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL | : | |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants | : | |

ORDER

AND NOW, this 11th day of June 2008, after a final pretrial conference with all parties present, it is ORDERED as follows:

1. AETC shall file a motion regarding use of Ashland's expert witnesses on or before Friday, June 13, 2008.

2. Any response in opposition to AETC's motion shall be filed on or before Wednesday, June 18, 2008.

3. Plaintiffs and defendants shall make their pre-marked exhibits available to each other for viewing on or before Monday, June 16, 2008.

4. Any objections to exhibits shall be filed on or before Wednesday, June 18, 2008.

BY THE COURT:

S/Legrome D. Davis, J.

Legrome D. Davis, J.