IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, LLC, ET AL., : | |
| : | |
| Plaintiffs : | CIVIL ACTION |
| : | |
| v. : | No. 02-3830 |
| : | |
| ADVANCED ENVIRONMENTAL : | |
| TECHNOLOGY CORPORATION, ET AL., : | |
| : | |
| Defendants : | |

## ORDER

AND NOW, this 12th day of June 2008, upon consideration of defendant Handy & Harman Tube Company's Motion in Limine to Bar Plaintiffs and Co-defendants from Introducing into Evidence "Summaries" of Interviews of Former Handy & Harman Tube Employees (Doc. No. 331) and plaintiffs' response thereto (Doc. No. 345), it is ORDERED that the Motion is GRANTED as unopposed.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.