IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, LLC, ET AL., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of June 2008, upon consideration of plaintiffs' Motion in Limine with Respect to Order of Presentation at Trial (Doc. No. 340) and defendant Advanced Environmental Technology Corporation's response in opposition (Doc. No. 352) it is hereby ORDERED that the motion is DENIED. The parties shall present their case in the traditional manner.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.