IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, LLC, ET AL., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of June 2008, upon consideration of plaintiffs' Motion in Limine to Strike Defendant AETC's Expert, Kenneth Goldstein, P.C. (Doc. No. 335) and defendant Advanced Environmental Technology Corporation's response (Doc. No. 349) it is ORDERED that the motion is DENIED at this juncture. To the extent plaintiffs are of the view that expert's trial testimony is tendered in violation of the Federal Rules of Evidence, plaintiffs shall interpose specific objections at trial.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.