IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, LLC, ET AL., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of June 2008, upon consideration of plaintiffs' Motion in Limine to Strike Defendants' Expert, Joseph J. Hochreiter, Jr. (Doc. No. 336) and defendant Advanced Environmental Technology Corporation's response (Doc. No. 348) it is ORDERED that the motion is DENIED.  Consistent with the standard rules of presenting expert testimony, the witness' testimony shall be confined to matters within his expertise, the factual events upon which he relies in arriving at those opinions, and any other legal permissible assumptions or expert opinions which he makes explicit in his testimony.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.