UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-CV-3830 (LDD)<br><br>**NOTICE OF MOTION** |

**MOTION OF DEFENDANT ADVANCED ENVIRONMENT TECHNOLOGY CORPORATION TO DESIGNATE WITNESSES FOR USE AT TRIAL**

Defendant Advanced Environmental Technology Corporation ("AETC") respectfully moves for this Court to permit AETC to designate, as trial witnesses, W. Leigh Short, Ph.D., P.E., James F. Roetzer, Ph.D., and Gordon Jamieson, PG, three experts previously deposed by Plaintiffs in the above-referenced action.

The grounds for AETC's Motion are more fully set forth in the accompanying

1134568.1

Memorandum of Law, which is incorporated by reference. A proposed Order is attached pursuant to Local Rule 7.1.

Dated: June 12, 2008                                      Respectfully submitted,

                                                          WOLFF & SAMSON, PC
                                                          Attorneys For Defendant
                                                          Advanced Environmental Technology Corp.

                                                          By _____
                                                              JOHN A. MCKINNEY, JR.
                                                              JMcKinney@Wolffsamson.com


                                                          Robert M. Morris, Esq.
                                                          Morris & Adelman
                                                          1920 Chestnut Street
                                                          Philadelphia, Pennsylvania

2

1134568.1