IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, LLC, ET AL., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this 13th day of June 2008, in the event the Court deems a witness unavailable to testify at trial is ORDERED as follows:

1. The parties shall not read the deposition testimony into the record.

2. Any party wishing to submit deposition testimony for unavailable witnesses shall submit two (2) copies of the deposition: one copy for the Court's review and another for inclusion in the record.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.