IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, LLC, et al.,<br><br>　　　　　Plaintiff,<br>v.<br><br>ADVANCED ENVIRONMENTAL<br>TECHNOLOGY CORPORATION, et al.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  02-cv-3830 (LDD)<br>:<br>:<br>:<br>:<br>: |

**HANDY & HARMAN TUBE COMPANY, INC.'S DESIGNATIONS OF TESTIMONY FROM ADMINISTRATIVE DEPOSITIONS**

Handy & Harman Tube Company, Inc. designates the following administrative depositions and the page and line citations in accordance with the June 12, 2008 Order:

1. Administrative deposition of Manfred DeRewal, Sr. dated December 11, 1996:

    - page 149 to page 152, line 5
    - page 257, line 3 to page 258, line 11
    - page 272 (certification)

2. Administrative deposition of Bruce DeRewal dated March 13, 1997:

    - page 1 to page 5, line 3
    - page 90, lines 23 to 24
    - page 91, lines 5 to 9
    - page 100 (certification)

3. Administrative deposition of Manfred DeRewal, Jr. dated February 26, 1997:

- page 1 to page 4, line 2
- page 107, lines 12 to 22
- page 116 (certification)

|  |  |
|---|---|
|  | CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN<br>Attorneys for Defendant, Handy & Harman Tube Company, Inc. |
| Dated: June 17, 2008 | By: _____ MF 1386<br>MELISSA E. FLAX<br>JOHN M. AGNELLO<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>(973) 994-1744 (fax) |