Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
Attorneys for Defendant Advanced
Environmental Technology Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 02-3830 (LDD)<br><br>**ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION'S DESIGNATIONS FROM THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY'S <u>DEPOSITIONS</u>** |

Bruce DeRewal, March 13, 1997, 31:20-25

Bruce DeRewal, March 13, 1997, 57:25-58:9

Bruce DeRewal, March 13, 1997, 58:15-59:2

Bruce DeRewal, March 13, 1997, 60:19-61:3

Bruce DeRewal, March 13, 1997, 62:18-24

Bruce DeRewal, March 13, 1997, 64:2-5

Bruce DeRewal, March 13, 1997, 64:11-16

Bruce DeRewal, March 13, 1997, 65:8-16

Bruce DeRewal, March 13, 1997, 65:22-24

Bruce DeRewal, March 13, 1997, 72:14-73:20

1135277.1

Bruce DeRewal, March 13, 1997, 75:23-76:5

Manfred DeRewal, Jr., February 2, 1997, 67:14-16

Manfred DeRewal, Jr., February 2, 1997, 73:16-21

Manfred DeRewal, Jr., February 2, 1997, 95:6-96:6

Manfred DeRewal, Jr., February 2, 1997, 101:6-16

Manfred DeRewal, Jr., February 2, 1997, 48:20-49:4

Manfred DeRewal, Sr., March 15, 1989, 133:14-135:5

Manfred DeRewal, Sr., March 17, 1989, 275:2-17

Manfred DeRewal, Sr., March 17, 1989, 351:7-19

Manfred DeRewal, Sr., December 10, 1996, 52:1-18

Manfred DeRewal, Sr., December 10, 1996, 112:1-23

Manfred DeRewal, Sr., December 10, 1996, 123:22-124:25

Manfred DeRewal, Sr., December 11, 1996, 153:3-18

Manfred DeRewal, Sr., December 11, 1996, 161:21-162:21

Manfred DeRewal, Sr., December 11, 1996, 191:5-194:4

Manfred DeRewal, Sr., December 11, 1999, 207:19-208:1

Manfred DeRewal, Sr., December 11, 1996, 235:14-236:14

Manfred DeRewal, Sr., December 11, 1996, 238:19-239:12

Manfred DeRewal, Sr., December 11, 1996, 242:7-243:25

Manfred DeRewal, Sr., December 11, 1996, 249:16-251:5

John Barsum, June 4, 1997, 22:13-24:25

John Barsum, June 4, 1997, 41:23-42:17

John Barsum, June 4, 1997, 78:5-25

John Barsum, June 4, 1997, 86:12-87:23

John Barsum, June 4, 1997, 88:1-9

1135277.1

John Barsum, June 4, 1997, 88:13-89:13

John Barsum, June 4, 1997, 89:15-91:5

John Barsum, June 5, 1997, 62:19-63:3

John Barsum, June 5, 1997, 89:20-90:4

John Barsum, June 5, 1997, 92:10-93:5

1135277.1