IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, LLC, ET AL., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants | : | |

ORDER

AND NOW, this 18th day of June 2008, upon consideration of plaintiffs' Motion to Dismiss Defendant Ashland Inc. (Doc. No. 367) and plaintiffs' Motion for Dismissal of Defendant Advanced Environmental Technology Corporation (Doc. No. 371), and in light of imminence of trail, it is ORDERED that any opposition to these motions shall be filed on or before Thursday, June 19, 2008 at 8:00pm.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.