# WOLFF & SAMSON PC

COUNSELLORS AT LAW
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WWW.WOLFFSAMSON.COM

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
GEORGE A. SPADORO*
JEFFREY M. GUSSOFF*
JOHN F. CASEY
JAMES D. FERRUCCI
JOHN M. SIMON

JOHN A. McKINNEY, JR.
STEPHEN L. FERSZT*
LAURENCE M. SMITH
WILLIAM E. GOYDAN*
DARRYL WEISSMAN*
PETER E. NUSSBAUM
LORI GRIFA*
MICHELLE A. SCHAAP
ADAM K. DERMAN
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
DANIEL M. MURPHY*
ROBERT H. CRESPI*
JUNIE HAHN*
JOSEPH TRIPODI*
JILL D. ROSENBERG*
JOHN O. LUKANSKI*
ROXANNA E. HAMMETT
BARBARA B. MANAHAN
RONALD L. ISRAEL*

*MEMBER NJ AND NY BARS
"MEMBER NY BAR ONLY
ᴬREGISTERED PATENT ATTORNEY

MARTIN L. WIENER (1942 - 2002)

AARON D. BASSAN
LAUREN M. O'SULLIVAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
DORIT F. KRESSEL*
JOSEPH MONAGHAN
STEPHEN G. CORDARO*
WARREN BARROWS*
LAURIE J. SANDS*
DONNA M. EREM
LEE D. HENIG-ELONA*
  COUNSEL

CARL B. LEVY
RHONDA CARNIOL*
BARBARA S. HUTCHEON
ANDREW D. ELLIS
KLAUS P. STOFFEL*ᴬ
STEPHEN M. ASPERO*
STEPHEN A. KISKER*
DAVID E. WOLFF*
ARTHUR T. HILSON*
  OF COUNSEL

JOSEPH A. DICKSON
BRUCE D. ETTMAN*
CARLOS G. MANALANSAN
MYRNA BLUME
DANIEL D. BARNES*
WILLIAM R. FINIZIO
DIANA L. BUONGIORNO
THOMAS J. TRAUTNER
LINDA D. SULLIVAN*
JENNIFER R. JACOBUS
JOSHUA M. LEE

KAREN L. MARKS
TODD W. TERHUNE
SHANNON L. KEIM
MARGARET O'ROURKE WOOD
MARK A. FORAND*
DENISE J. PIPERSBURGH*
RUSSEL D. FRANCISCO*
NICOLE F. DIMARIA
DANIEL T. McKILLOP
FARAH N. HOMSI*
SCOTT E. LINSKY*
DAVID M. DUGAN*
ELISA M. PAGANO
KATHRYN E. SONG*
KIRAN V. SOMASHEKARA*
RACHEL C. SANTARLAS*ᴬ
XAVIER M. BAILLIARD
KEYANA C. LAWS*
NATASHA M. SONGONUGA*
SCOTT J. GOLDSTEIN*
MELISSA A. SALIMBENE*
NICOLE K. MARTIN
ERIC YUN
JENNIFER L. DE LYON
NANCY A. DEL PIZZO*
DARREN GRZYB
BETH J. ROTENBERG*
DEEPA A. KAIREN*
BRIAN KANTAR*
ELIZABETH C. YOO*
PETER D. SIMON
JOSHUA M. LEVY*
PATRICIA D. CLEARY*
GRAHAM H. CLAYBROOK
KIMBERLY DILORENZO
CHRISTOPHER J. DONADIO
MAULIK M. SANGHAVI*
MERISA B. VINICK

WRITER'S E-MAIL:
JMcKinney@WolffSamson.com
WRITER'S DIRECT DIAL:
973-530-2036
WRITER'S TELECOPIER:
973-530-2236

PLEASE REPLY TO WEST ORANGE

June 18, 2008

Honorable Legrome D. Davis
United States District Court for the
Eastern District of Pennsylvania
6614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19102

    Re:    Agere Systems, Inc., et al. v. Advanced Environmental
            Technology Corporation, et al.
            Civil Action No.: 02-CV-3830

Dear Judge Davis:

      This office represents defendant Advanced Environmental Technology Corporation ("AETC") in the matter referenced above. Please be advised that AETC has reached a settlement with the Plaintiffs in this matter. In connection with the settlement, subject to the Court's approval of the requested Order of Dismissal submitted today, AETC hereby withdraws any and all pending motions and designations with the Court, including its Motion to Designate Ashland's Expert Witnesses for Use at Trial and its designations from the United States Environmental Protection Agency's Depositions. If the Court does not approve the requested Order of Dismissal, AETC will seek to reinstate any withdrawn motions and designations and

**WOLFF & SAMSON** PC

Honorable Legrome D. Davis
June 18, 2008
Page 2

Plaintiffs have agreed to not oppose such reinstatement.

Respectfully submitted,

JOHN A. McKINNEY, Jr.

JAM/dlb
cc:   All Counsel of Record

1135503.1