## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C.,

Plaintiffs,

v.

ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al.,

Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 02-CV-3830 (LDD)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DESIGNATIONS OF EPA RECORDED INTERVIEWS OF CERTAIN WITNESSES**

Defendant Carpenter Technology Corporation[1] seeks to admit into evidence designated pages and lines from transcripts of EPA recorded interviews of Manfred F. DeRewal, Jr., Bruce J. DeRewal and Jeffrey L. Shaak in 1997. Handy & Harman Tube Company, Inc. seeks to admit into evidence designated pages and lines from transcripts of EPA recorded interviews of Manfred DeRewal, Sr., Bruce J. DeRewal and Manfred DeRewal, Jr. in 1996 and 1997. The EPA interviews are classic hearsay and are not admissible into evidence because they are nothing more than a record of an administrative agency's internal investigation, and the witnesses who actually gave the statements have been deposed in this case. The designations themselves are limited to statements that those Defendants intend to argue are inconsistent with the actual deposition testimony taken in this action and that the witnesses are therefore expected to give at trial. Attached hereto and marked Exhibit A are the pages from the recorded interviews containing the lines designated by the Defendants.

Plaintiffs served trial subpoenas on Bruce DeRewal and Jeffrey Shaak and expect

---

[1]    We note that, although Carpenter Technology Corporation now seeks to admit the recorded statements into evidence, it did not file any opposition to Plaintiffs' motion in limine to exclude the recorded statements.

that these individuals will testify at trial. Since these witnesses are available to testify at trial, the only proper use of the EPA interviews is to impeach these witnesses at trial. For the reasons previously set forth in Plaintiffs' Motion in Limine with Respect to Certain Exhibits and Witnesses Listed in Defendants' Pretrial Memoranda filed with this Court on May 23, 2008 and because Bruce DeRewal and Jeffrey Shaak will be available to testify at trial, Plaintiffs hereby object to any use of the EPA recorded statements of Bruce DeRewal and Jeffrey Shaak at trial other than to impeach these witnesses.

   To the extent that Manfred DeRewal, Sr. or Manfred DeRewal, Jr. are unavailable to testify at trial, Plaintiffs object to any use at all of the EPA interviews at trial. These interviews were taken by an administrative agency for its own purposes unrelated to this litigation. The interviews were not conducted pursuant to the Federal Rules of Civil Procedure or as part of any formal proceeding. An EPA attorney, EPA investigator and EPA paralegal randomly questioned the witnesses. The witnesses were not represented by counsel and no representative from Plaintiffs or any of the parties in this case were present during or made aware of the EPA interviews in 1996 and 1997. Most importantly, however, the witnesses who gave the recorded statements in 1996 and 1997 were deposed in this case where all parties of record were present and had the opportunity to question the witnesses under oath, pursuant to the Federal Rules of Civil Procedure, about their previous statements to EPA.

   In addition, the transcripts of Manfred DeRewal, Sr.'s and Manfred DeRewal, Jr.'s EPA interviews cannot be used at trial to impeach any designations of deposition testimony of these witnesses in this case under Rule 801(d)(1) because the declarants would not be subject to cross-examination concerning the statements.

   To the extent that this Court permits Defendant Carpenter Technology Corporation and Handy & Harman Tube Company to introduce the recorded statements at trial, Plaintiffs respectfully request that this Court provide them with an opportunity to counter-designate pages and lines from the EPA interviews.

Dated:  June 19, 2008

Respectfully submitted,

Ballard Spahr Andrews & Ingersoll, LLP


By:  _____

Amy M. Trojecki, Esquire
Plaza 1000, Suite 500, Main Street
Voorhees, New Jersey  08043
E-mail:  harrisg@ballardspahr.com
Phone:  (856) 761-3400

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC
INDUSTRIES INC., FORD MOTOR
COMPANY, SPS TECHNOLOGIES, LLC
and TI GROUP AUTOMOTIVE SYSTEMS
L.L.C.,

                Plaintiffs,

    v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

           Defendants.

Civil Action No. 02-CV-3830 (LDD)

## DECLARATION IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DESIGNATIONS OF EPA RECORDED INTERVIEWS OF CERTAIN WITNESSES

GLENN A. HARRIS, ESQUIRE hereby certifies:

1.      I am a member of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, and counsel for Plaintiffs in the above-captioned matter.

2.      I submit this declaration in support of Plaintiffs' Objections to Defendants' Designations of EPA Recorded Interviews of Certain Witnesses.

3.      Attached hereto and marked Exhibit A are the pages from the recorded interviews containing the lines designated by the Defendants.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                     *W*
                              _____
                              Glenn A. Harris, Esquire

DATED: June 19, 2008

# Exhibit A

- - -

IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE                  :

- - -

Wednesday, February 26, 1997
Commencing at 9:55 a.m.

- - -

Holiday Inn
Suite 302
Ft. Washington, Pennsylvania 19034

- - -

NOTE:  THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W.
HARLEY, REGISTERED PROFESSIONAL REPORTER.  COPIES ARE
AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401
(610) 270-0811

*COUNSEL APPEARED AS FOLLOWS:*

SARAH P. KEATING, ESQUIRE
Senior Assistant Regional Counsel
841 Chestnut Building
Phila., Pa. 19107-4431

    for U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III

ALSO PRESENT:

BEVIN HARDY, PARALEGAL SPECIALIST
PAUL J. NEALE, JR., PARALEGAL SPECIALIST
JOAN E. MARTIN-BANKS, CIVIL INVESTIGATOR
Region III
841 Chestnut Building
Phila., Pa. 19107

*Witness:*  MANFRED F. DeREWAL, JR.

*EXHIBITS*

*U.S. EPA Exhibits*

| No. | Description | Mrkd |
|-----|-------------|------|
| 1 | Administrative subpoena | 5 |
| 2 | Boarhead Farms site map | 10 |
| 3 | Photograph | 11 |
| 4 | Photograph | 11 |
| 5 | Boarhead Farms site map (Pit W) | 41 |
| 6 | Photograph | 41 |
| 7 | Photograph | 41 |
| 8 | Jonas Trucking Company operating record | 46 |
| 9 | Jonas Trucking Company operating record | 47 |

EXHIBITS (Cont'd)

## U.S. EPA Exhibits

| No. | Description | Mrkd |
|---|---|---|
| 10 | National Rolling Mills shipping order | 50 |
| 11 | National Rolling Mills bills of ladings and invoices | 54 |
| 12 | Ltr dtd 1/21/72 from Karen Bean to Mike Margarite, Philco Ford | 61 |
| 13 | DeRewal Chemical Company invoice dtd 3/27/72 | 62 |
| 14 | Two photographs | 64 |
| 15 | Ltr dtd 8/23/76 from Susan Lemore to Manfred DeRewal | 67 |
| 16 | DeRewal Chemical invoice #1388 dtd 3/19/77 | 67 |
| 17 | DeRewal Chemical invoice #1402 dtd 4/9/77 | 70 |
| 18 | PO dtd 5/11/77 to DeRewal from Diaz Chemical | 72 |
| 19 | Bill of lading dtd 5/28/77 to DeRewal Chemical | 72 |
| 20 | 1976 Jonas Trucking operating records | 78 |
| 21 | American Cyanamid shipping orders to Jonas Waste Removal dtd July through September of 1976 | 79 |
| 22 | Ltr 5/17/76 from Manfred DeRewal to Sylvia Fumara, Naval Air Development Center | 89 |
| 23 | Photograph | 91 |
| 24 | SPS PO #68361 dtd 2/17/76 | 92 |
| 25 | SPS PO #3191 dtd 3/30/73 | 92 |
| 26 | DeRewal Chemical SO #1208 dtd 1974 to SPS | 92 |
| 27 | SPS PO #95421 dtd 3/27/70 | 93 |
| 28 | SPS PO #11802 dtd 6/2/70 | 93 |

1                    MANFRED F. DeREWAL, JR., having

2     been duly sworn, was examined and testified as follows:

3                              EXAMINATION

4     *BY MS. KEATING:*

5     Q      Mr. DeRewal, my name is Sarah Keating.  I have

6     with me Joan Martin-Banks, who is a civil investigator

7     for the EPA; Bevin Hardy, who is a paralegal with the

8     EPA; and Paul Neale, who is also a paralegal at EPA.

9     We are all involved in the Boarhead Farms Superfund

10    site matter and we're here to ask you some questions

11    about that site.

12    A      Okay.

13    Q      As you know, the civil provisions of the Federal

14    Superfund Statute authorizes us to ask you questions

15    pursuant to a subpoena and we would like truthful and

16    frank answers from you.  Our focus is on the companies

17    whose wastes might be buried out at that site.  We have

18    so far uncovered at least 2600 drums of wastes, and we

19    would like to know whose waste that is.

20                          Okay.  I will now read some

21    instructions to the deponent.  If you do not hear a

22    question, Mr. DeRewal, please say so and I will repeat

23    it.  If you don't understand a question, say so and

24    I'll rephrase it.  If you realize that an earlier

25    answer you gave was inaccurate or incomplete and you

                                4

```
 1                    MANFRED F. DeREWAL, JR.

 2   Chemical Company pick up wastes from them?

 3   A      I can't tell you.  I have no idea whether they

 4   did or not.

 5   BY MS. KEATING:

 6   Q      Are you familiar with a company called Carpenter

 7   Technology?

 8   A      Yes.

 9   Q      Did DeRewal Chemical Company do business with

10   Carpenter?

11   A      Yes.

12   Q      What type of business did they do?

13   A      That was also bulk.

14   Q      Hauling of bulk acid?

15   A      Acid, the same acid from like National Rolling

16   Mills.  I guess it was pickled.

17   Q      Is it possible that any of that waste was dumped

18   at the Boarhead property?

19   A      No.

20   Q      It all went to the Philadelphia facility?

21   A      Yeah, Philadelphia.

22   Q      Are you familiar with a company called Etched

23   Circuits Incorporated?

24   A      I heard of them.

25   Q      Do you remember doing any business with Etched
```

1                        MANFRED F. DeREWAL, JR.

2       A     I believe, yeah.  That's the only company that --

3       most of our work was bulk.  I know we never picked up

4       cyanide in bulk.

5       Q     Do you recall ever doing business with the

6       Department of Defense?

7       A     No.

8       Q     Are you familiar with a company called General

9       Electric company?

10      A     I've heard of them but I don't believe we ever

11      did any work at DeRewal Chemical.

12      Q     Are you familiar with a company Handy and Harman

13      Tub?

14      A     That rings a bell.

15      Q     Do you recall ever doing business with Handy and

16      Harman Tub?

17      A     I can't recall but it sounds familiar.

18      Q     Do you know what kind of waste stream was

19      generated by Handy and Harman?

20      A     No, I do not.

21      Q     Do you know what kind of business they were in?

22      A     No, I do not.

23      Q     Are you familiar with a company called Hoffman

24      LaRoche, Inc.?

25      A     No.

BSAI037029

# C E R T I F I C A T I O N

I, Robert W. Harley, Registered Professional Reporter, Notary Public, do hereby certify that the foregoing proceedings were taken stenographically be me on February 26, 1997 and that this is a true and correct transcript of same, fully transcribed under my direction, to the best of my ability and skill.

I further certify that I am not a relative, employee or attorney of any of the parties in this action; that I am not a relative or employee of any attorney in this action; and that I am not financially interested in the event of this action.

_____
Robert W. Harley, RPR
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401

IN RE: BOARHEAD FARMS NPL :
SUPERFUND SITE                 :

ORIGI
(Red)

ORIGINAL

- - -

Thursday, March 13, 1997
Commencing at 10:55 a.m.

- - -

Best Western Motor Inn
1446 West Broad Street
Quakertown, Pennsylvania 18951

- - -

NOTE:  THIS TRANSCRIPT IS THE WORK PRODUCT OF ROBERT W.
HARLEY, REGISTERED PROFESSIONAL REPORTER.  COPIES ARE
AVAILABLE ONLY THROUGH ROBERT W. HARLEY.

Robert W. Harley Reporting Services
Suite 700
One Montgomery Plaza
Norristown, Pa.  19401
(610) 270-0811

*COUNSEL APPEARED AS FOLLOWS:*

SARAH P. KEATING, ESQUIRE
Senior Assistant Regional Counsel
841 Chestnut Building
Phila., Pa. 19107-4431

        for U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III

ALSO PRESENT:

BEVIN HARDY, PARALEGAL SPECIALIST
PAUL J. NEALE, JR., PARALEGAL SPECIALIST
JOAN E. MARTIN-BANKS, CIVIL INVESTIGATOR
Region III
841 Chestnut Building
Phila., Pa. 19107


*Witness:  BRUCE J. DeREWAL*


*EXHIBITS*

*U.S. EPA Exhibits*

*No. Description*                                              *Mrkd*

1    Administrative subpoena                                    6

2    Boarhead Farms site map                                    8

3    Photograph                                                 11

4    Photograph                                                 12

5    Boarhead Farms site map (Pit W)                            43

6    Photograph                                                 43

7    Photograph                                                 43

8    Jonas Trucking Company operating record                    45

9    Jonas Trucking Company operating record                    46

*EXHIBITS (Cont'd)*

*U.S. EPA Exhibits*

*No. Description*

*Mrkd*

10   Ltr dtd 1/21/72 from Karen Bean to Mike
     Margarite, Philco Ford
                                                              49

11   DeRewal Chemical Company invoice dtd 3/27/72
                                                              51

12   DeRewal Chemical Company invoice dtd 8/18/72
                                                              52

13   DeRewal Chemical Company invoice dtd 7/14/72
                                                              52

14   DeRewal Chemical Company invoice dtd 10/31/73
                                                              53

15   Ltr dtd 9/18/72  from Manfred DeRewal to
     Mike Margarite of Philco Ford
                                                              54

16   Two photographs
                                                              55

17   Ltr dtd 8/23/76 from Susan Lemore to Manfred
     DeRewal
                                                              56

18   DeRewal Chemical invoice #1388 dtd 3/19/77
                                                              57

19   DeRewal Chemical invoice #1402 dtd 4/9/77
                                                              57

20   Ashland Chemical Company sales orders/invoices
     dtd 7/26/77 through 2/15/78
                                                              57

21   PO dtd 5/11/77 to DeRewal from Diaz Chemical
                                                              61

22   Bill of lading dtd 5/28/77 to DeRewal Chemical
                                                              61

23   1976 Jonas operating record
                                                              63

24   American Cyanamid shipping orders to Jonas Waste
     Removal dtd July through September of 1976
                                                              63

25   Ltr 5/17/76 from Manfred DeRewal to Sylvia
     Fumara, Naval Air Development Center
                                                              69

26   Photograph
                                                              69

27   SPS PO #68361 dtd 2/17/76
                                                              70

*EXHIBITS (Cont'd)*

*U.S. EPA Exhibits*

*No. Description*

*Mrkd*

28    SPS PO #3191 dtd 3/30/73

71

29    DeRewal Chemical SO #1208 dtd 1974 to SPS

71

30    SPS PO #95421 dtd 3/27/70

72

31    SPS PO #11802 dtd 6/2/70

72

1

2                    BRUCE J. DeREWAL, having been duly

3    sworn, was examined and testified as follows:

4                          - - -

5                      EXAMINATION

6    *BY MS. KEATING:*

7    Q    Mr. DeRewal, my name is Sarah Keating. I'm the

8    attorney assigned to the Boarhead Farms Superfund site

9    matter. I have with me Bevin Hardy who's a paralegal

10   in our office, Paul Neale who's also a paralegal, and

11   Joan Martin-Banks who is a civil investigator assigned

12   to the Boarhead matter.

13                    I will be posing most of the

14   questions to you, but Ms. Hardy, Mr. Neale and Ms.

15   Martin-Banks might ask you some questions as well.

16   We're here to discuss the Boarhead Farms Superfund site

17   matter. Our focus is on the companies whose wastes

18   might be buried at the site, and I guess at this point

19   I'll just read some directions to you.

20                    If you do not hear a question, say

21   so and I'll repeat the question for you. If you do not

22   understand a question, say so and I'll rephrase it. If

23   you realize that an earlier answer that you gave was

24   inaccurate or incomplete, please say that you would

25   like to correct it or supplement it and I'll permit you

5

1                          BRUCE J. DeREWAL

2    A      No.

3    Q      When you were given invoices or sales receipts or

4    anything, you don't recall ever seeing the initials

5    "EE" used?

6    A      No.  When I used to go to National Rolling Mills

7    I had a stack of -- I think I had a stack of Marvin

8    Jonas' shipping papers, blanks.  Maybe they used

9    DeRewal's.  I don't know.

10   Q      Do you recall ever picking up any drummed waste

11   from National Rolling Mills?

12   A      No.  That was all bulk.

13   BY MR. NEALE:

14   Q      Do you recall what years you hauled their waste?

15   A      No, I don't remember.

16   Q      Was it during the entire time that you worked for

17   DeRewal?

18   A      Yeah.  That was one of my runs, National Rolling

19   Mills.  My other run was Carpenter Tech in Reading.

20   Q      Carpenter Technology?

21   A      Carpenter Technology up in Reading, yeah, Route

22   222.  That was my other run.

23   BY MS. KEATING:

24   Q      Do you recall what kind of waste you hauled for

25   Carpenter Technology?

1
BRUCE J. DeREWAL

2      A      Hydrochloric acid.

3      Q      Was it all bulk?

4      A      Yeah.

5      Q      Was any of it ever contained in drums?

6      A      No.

7      Q      Was any of Carpenter Technology's waste ever

8      disposed of at the Boarhead property?

9      A      No.  That all went down the city.  We had

10     neutralizing tanks down in Wissinoming.

11     BY MS. HARDY:

12     Q      Did you ever haul any drummed waste working as an

13     employee of DeRewal Chemical?

14     A      Yes.

15     Q      Where was that waste?

16     A      Most of it was a copper sulfate solution.

17     Q      Where did you pick it up?

18     A      I'm trying to think.  It would be picked up from

19     these circuit board companies, these small circuit

20     board companies.

21     Q      Do you know their names?

22     A      I'm trying to think.  Oh, geez...

23     BY MS. KEATING:

24     Q      Flexible Circuits?

25     A      Flexible Circuits was one.

1                          BRUCE J. DeREWAL

2    **BY MS. HARDY:**

3    Q    Are you familiar with American Nickeloid Company?

4    A    No, never heard of them.

5    Q    Are you familiar with Harry Miller Corporation?

6    A    No.

7    Q    Are you familiar with Heatbath Corporation?

8    A    No.

9    Q    Are you familiar with Thomas and Betts Company?

10   A    No.

11   Q    Are you familiar with Unysis Corporation?

12   A    Unysis?

13                    **MS. MARTIN-BANKS:**  That was known

14   as Burroughs, the Burroughs Corporation previously.

15                    **THE WITNESS:**  No.

16   **BY MS. HARDY:**

17   Q    Are you familiar with Carpenter Technology?

18   A    Yes.

19   Q    Did DeRewal Chemical Company do business with

20   Carpenter Technology?

21   A    Yes.

22   Q    What type of business did they do?

23   A    Picked up waste acid up in their Reading facility

24   and took it down to Philadelphia.

25   Q    Was their waste ever brought to the Boarhead

                              87

BRUCE J. DeREWAL

1

2          site?

3      A      No.  Philadelphia was too close.  We always went

4      to Philly with that.  That was all bulk, tanker.

5      Q      Are you familiar with Chem Fab Corporation?

6      A      Mm-hmm.

7      **BY MS. KEATING:**

8      Q      Did DeRewal Chemical Company ever do business

9      with Chem Fab Corporation?

10     A      Yeah, they did a little business with them but

11     not much.

12     Q      Do you recall what kind of business they did?

13     A      He had ferric chloride solution.

14     Q      Was that liquid?

15     A      That was liquid bulk, ferric chloride.

16     Q      Was it contained in drums?

17     A      No.  That was bulk, tankers.

18     Q      Are you aware of any of Chem Fab's waste ever

19     being disposed of at the Boarhead property?

20     A      No.  That material was sold.  We would go to Chem

21     Fab and most of our ferric chloride that was picked up

22     was sold.  It wasn't even unloaded off the tanker.  It

23     was shipped to another destination.  A lot of it was

24     the Philadelphia Water Treatment plant.  They bought a

25     lot of ferric chloride.  So whenever we would get a

BRUCE J. DeREWAL

2    the same thing.

3    BY MS. KEATING:

4    Q    Was that waste contained in drums?

5    A    Yes.

6    Q    Do you recall where those drums were disposed of?

7    A    Well, they were emptied out in Jersey into that

8    tank.  They had the copper solution that we would

9    re-sell.

10    Q    Was that tank located at the Frenchtown facility?

11    A    Frenchtown site, yeah, the same steel tank down

12    there.

13    Q    Then what would happen to the empty drums once

14    they were emptied?

15    A    I don't know what we ever did with them.  They

16    were plastic, plastic-lined drums.  I don't know what

17    we ever did with them.  We had a guy that used to buy

18    the drums down in Philadelphia.  We might have sold

19    them to him.

20    BY MS. HARDY:

21    Q    Are you familiar with General Electric Company?

22    A    No.

23    Q    Are you familiar with Handy and Harman Tub?

24    A    No.

25    Q    Are you familiar with Hoffman LaRoche,

1
                          BRUCE J. DeREWAL

2    Incorporated?

3    A      No.

4    *BY MS. KEATING:*

5    Q      Are you familiar with Handy and Harman Tube?

6    A      Handy and Harman Tube?  Where would they be

7    located, do you know?  If you had some addresses, maybe

8    that would help.  I've never heard of any of these,

9    really.  Go ahead.

10   *BY MS. HARDY:*

11   Q      Are you familiar with NCR Corporation?

12   A      No.

13   Q      Are you familiar with Rahns Specialty?

14   A      No.

15   Q      Are you familiar with Sylvan Chemical

16   Corporation?

17   A      He might be the one that owned the copper salts.

18   That could have been his material.  He got them back

19   then, so that's the only way I'd know him.

20   *BY MS. KEATING:*

21   Q      Were the copper salts the drums that were buried

22   out there for a number of months -- or not buried but

23   stored out there for a number of months?

24   A      Yeah.  I think Sylvan Chemical had to do with

25   that stuff, but we never hauled any waste for them.

                              91

Page 101

[1] passenger in the truck, but not the
[2] driver?
[3]     A: I might have been. Because
[4] I used to ride with them once in a
[5] while.
[6]     MS. MARTIN-BANKS: Did you
[7] ever hear any of them say that any
[8] of Carpenter Technology's material
[9] was disposed of at Boarhead?
[10]     THE WITNESS: No.
[11]         BY MS. KEATING:
[12]     Q: Are you familiar with a
[13] company called Chem Fab Corporation?
[14]     A: Yes.
[15]     Q: What kind of company is Chem
[16] Fab Corporation?
[17]     A: As far as I know, it's an
[18] etching company. It used to do etching.
[19]     Q: Do you recall any of DeRewal
[20] Chemical Company's waste haulers ever
[21] making runs to Chem Fab Corporation?
[22]     A: Yes.
[23]     Q: Where would that waste have
[24] been disposed of?

Page 102

[1]     A: I don't know where it was
[2] disposed of. I think they brought it
[3] back to Boarhead or down to Philadelphia,
[4] I'm not sure. I don't know where
[5] anything was disposed of.
[6]     Q: Was that drummed material or
[7] bulk material?
[8]     A: I think it was both. I'm
[9] not sure.
[10]     Q: You don't specifically
[11] recall ever seeing any Chem Fab
[12] Corporation waste at the Boarhead Farms
[13] site?
[14]     A: What? With their names on
[15] it? Out of the ground or flatbeds?
[16]     Q: Your general knowledge that
[17] that waste came from Chem Fab
[18] Corporation.
[19]     A: Not that I know of, no.
[20]     Q: But when I asked you where
[21] Chem Fab's waste might have been disposed
[22] of, you said it would be either Boarhead
[23] or the Philadelphia facility?
[24]     A: I'm saying it could have

Page 103

[1] been up at Boarhead and then parked there
[2] and then taken someplace else; or down to
[3] Philadelphia, parked there and taken
[4] someplace else. That's what I'm saying.
[5]     Q: Are you familiar with a
[6] company called Etched Circuits?
[7]     A: No. I don't think so.
[8]     Q: Are you familiar with a
[9] company called Flexible Circuits?
[10]     A: No.
[11]     Q: Are you familiar with a
[12] company called MacArthur Chemical Company
[13] in Canada?
[14]     A: No.
[15]     Q: Are you familiar with a
[16] company called General Electric Company?
[17]     A: I heard of them, but not
[18] associated with Manfred.
[19]     Q: Did you or any of Manfred
[20] DeRewal's companies ever do business with
[21] a company called Handy & Harman Tube?
[22]     A: Handy & Harman Tube? That
[23] can't be the one in Warminster, is it?
[24]     Q: In where?

Page 104

[1]     A: In Warminster.
[2]     MS. MARTIN-BANKS: I think
[3] it is in that area, yes.
[4]     THE WITNESS: I was there
[5] once with one of the boys.
[6]         BY MS. KEATING:
[7]     Q: Do you recall what kind of
[8] waste was generated by Handy & Harman
[9] Tube?
[10]     A: I'm not sure. It might have
[11] been liquid.
[12]     Q: What kind of liquid waste,
[13] do you know?
[14]     A: I don't know.
[15]     Q: Was it liquid waste
[16] containing cyanide or metals?
[17]     A: I don't know. I can't
[18] answer.
[19]     Q: Do you know where Handy &
[20] Harman Tube's waste was disposed of?
[21]     A: No, I do not.
[22]     Q: When you made your trip up
[23] to Handy & Harman Tube, when you left the
[24] facility, where did you drive the truck?

BSAI036014

Min-U-Script®

Krauss, Katz & Ackerman, Inc.

1

2

3

4

5       IN RE:   BOARHEAD FARMS SUPERFUND SITE

6

7

8

9

10

11                      SWORN STATEMENT OF

12               MANFRED TATARA DeREWAL

13                        VOLUME II

14

15

16

17            On the 10th and 11th days of December,

18      1996, at 10:17 a.m. and 10:35 a.m., respectively, the

19      sworn statement of the above-named witness was taken

20      at the instance of the United States Enviornmental

21      Protection Agency before Greg B. Hunt, Certified

22      Shorthand Reporter in and for the State of Texas, at

23      the Bureau of Prisons Federal Medical Center, 3150

24      Horton Road, in the City of Fort Worth, County of

25      Tarrant, State of Texas.

1                          A P P E A R A N C E S

2    U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
     841 Chestnut Building
3    Philadelphia, PA 19107-4431
     BY:  MS. SARAH P. KEATING
4
5                              Senior Assistant Regional Counsel

6    U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
     841 Chestnut Building
     Philadelphia, PA 19107-4431
7    BY:  MS. BEVIN HARDY

8                              Paralegal Specialist

9    U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION III
     841 Chestnut Building
10   Philadelphia, PA 19107-4431
     BY:  MR. PAUL J. NEALE, JR.
11
12                             Paralegal Specialist

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                         I N D E X

 2      WITNESS
        MANFRED TATARA DeREWAL
 3
        EXAMINATION                            PAGE
 4           BY:  MS. KEATING
                                       152, 235, 253
 5      EXAMINATION
             BY:  MR. HARDY
 6                                         225, 251

 7      EXHIBITS
                                              PAGE
 8      Exhibit No. 28  . . . . . . . . . . .  153

 9      Exhibit No. 29  . . . . . . . . . . .  156

10      Exhibit No. 30  . . . . . . . . . . .  161

11      Exhibit No. 31  . . . . . . . . . . .  167

12      Exhibit No. 32  . . . . . . . . . . .  176

13      Exhibit No. 33  . . . . . . . . . . .  236

14      Exhibit No. 34  . . . . . . . . . . .  239

15      Exhibit No. 35  . . . . . . . . . . .  240

16      Exhibit No. 36  . . . . . . . . . . .  245

17      Exhibit No. 37  . . . . . . . . . . .  246

18      Exhibit No. 38  . . . . . . . . . . .  248

19      Exhibit No. 39  . . . . . . . . . . .  248

20      Exhibit No. 40  . . . . . . . . . . .  253

21      Exhibit No. 41  . . . . . . . . . . .  262

22      Exhibit No. 42  . . . . . . . . . . .  262

23

24

25
```

1                    MANFRED TATARA DeREWAL,

2     the witness hereinbefore named, being first duly

3     sworn to testify the truth, the whole truth and

4     nothing but the truth, testified under oath as

5     follows:

6                         EXAMINATION

7     BY MS. KEATING:

8          Q     Okay.  Mr. DeRewal, we are going to ask

9     you a number of questions about a company called

10    American Cyanamid.  Are you familiar with a company

11    called American Cyanamid?

12         A     Yes.

13         Q     Did you ever do business with American

14    Cyanamid?

15         A     I don't believe so.

16         Q     Okay.

17         A     Which -- which company was that -- I mean

18    which location?

19         Q     We have information that would indicate

20    that you may have done business with the Bound Brook

21    or Somerville, New Jersey facility.

22         A     I -- the Bound Book -- the Bound Brook

23    facilities was a -- is where they made their

24    pharmaceuticals.  I knew the president there very,

25    very well.  We grew up together.  And -- and I don't

1          MR. NEALE:  Okay.

2          THE WITNESS:  Yeah.

3     A     Handy & Harman, I think -- I think that

4  was some drums.  I don't think they had much waste,

5  but I think that's what that was, and I don't know

6  what they -- I don't -- I mean, Handy & Harman Tub --

7          MS. HARDY:  We don't have --

8          THE WITNESS:  We don't have Handy &

9  Harman?

10          MS. HARDY:  We don't have any

11  documents --

12          THE WITNESS:  Oh, yeah, you've got it

13  here.

14          MS. HARDY:  -- to show you.  We don't

15  have any documents to show you.

16          THE WITNESS:  Oh, okay.

17     A     I think we may have -- I mean, they're --

18  some exotic metals they deal -- of course, they're

19  the big gold people out there.  You know, they have

20  gold refining, silver refining.

21     Q     We did detect some drums with silver in

22  them at the site.  Could that have been Handy &

23  Harman drums?

24     A     They could be.

25     Q     Can you think of any other company that

MANFRED TATARA DeREWAL, VOL. II   12-11-96                258

1    you did business with that would have had silver --

2        A    No.  I'm just saying Handy & Harman

3    because they're over there near Norristown also, but

4    I don't recall ever doing much with Handy & Harman,

5    but -- Hoffman La Roche, I don't know what we ever

6    got from Hoffman La Roche.  They're over there in

7    Jersey not too far from us, but that would be --

8    their kind of waste, I don't think it would be acid.

9    I don't know what it would be.  They make

10   pharmaceuticals there.  NCR Corporation, we got

11   ferric chloride out of NCR Corporation.

12       Q    Would that have gone to the Philadelphia

13   facility?

14       A    Philly, yeah.

15       Q    That was bulk waste?

16       A    What?

17       Q    That was bulk waste?

18       A    Yes, as far as I know, it was -- that's

19   all we ever took out.  I mean, you know, if they

20   called up and they had 30 drums and they wanted

21   someone to pick them up, they would have, I mean, but

22   as far as I know, that was all bulk.

23       Q    Okay.

24            MR. NEALE:  What about General

25   Electric?

1    STATE OF TEXAS        )

2    COUNTY OF DALLAS       )

3          I, Greg B. Hunt, Certified Shorthand Reporter

4    in and for the State of Texas, certify that the

5    foregoing sworn statement of MANFRED TATARA DeREWAL

6    was reported stenographically by me at the time and

7    place indicated, said witness having been placed

8    under oath by me, and that this transcript is a true

9    record of the testimony given by the witness.

10         I further certify that I am neither counsel for

11   nor related to any party in this cause and am not

12   financially interested in its outcome.

13         Given under my hand and seal of office on this

14   the __4th__ day of __April__, ~~1996.~~ 1997

15

16

17

18   _Greg B. Hunt_
     Greg B. Hunt, Certified
19   Shorthand Reporter No. 3455 in
     and for the State of Texas
20   4111 North Central Expressway
     Suite 205
21   Dallas, Texas 75204

22

23

24   My commission expires December 31, 1997.

25

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC
INDUSTRIES INC., FORD MOTOR
COMPANY, SPS TECHNOLOGIES, LLC
and TI GROUP AUTOMOTIVE SYSTEMS
L.L.C.,

:
:
:
:
:
:

Civil Action No. 02-CV-3830 (LDD)

              Plaintiffs,

   v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

           Defendants.

:
:
:
:
:
:
:
:
:

## CERTIFICATE OF SERVICE

DAWN M. NEUKIRCH, of full age, certifies as follows:

1.     I am employed by the law firm of Ballard Spahr Andrews & Ingersoll, LLP, as a legal secretary.

2.     On this date, I caused one copy of Plaintiffs' Objections to Defendants' Designations of EPA Recorded Interviews of Certain Witnesses, Declaration of Glenn A. Harris, Esquire and Certificate of Service to be served via electronic submission upon the following:

## ALL DEFENDANTS ON ATTACHED SERVICE LIST

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                        Dawn M. Neukirch /s/

Dated:  June 19, 2008