IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## SUPPLEMENTAL FACTS STIPULATED BY ALL PARTIES

1. The parties stipulate that DeRewal Chemical Company hauled the following amounts of waste (in gallons) from each of the following facilities during the designated time periods:

| Settled Party | Time Period | Volume |
|---|---|---|
| Techalloy | 1/72-12/73 | 229,067 |
| | 12/1/73-6/30/75 | |
| | 7/1/75-6/1/76 | |
| | 6/1/76-3/30/77 | |
| Flexible | 1/72-12/73 | 33,798 |
| | 12/1/73-6/30/75 | 100,056 |
| | 7/1/75-6/1/76 | 15,792 |
| | 6/1/76-3/30/77 | 8,458 |
| Etched Circuits | 1/72-12/73 | 16,905 |
| | 12/1/73-6/30/75 | 23,213 |

|  |  |  |
|---|---|---|
|  | 7/1/75-6/1/76 | 13,885 |
|  | 6/1/76-3/30/77 | 14,268 |
|  |  |  |
| Plymouth Tube Company | 1/72-12/73 | 16,104 |
|  | 12/1/73-6/30/75 | 11,667 |
|  | 7/1/75-6/1/76 | 4,465 |
|  | 6/1/76-3/30/77 | 1,165 |
|  |  |  |
| Knoll International, Inc. | Unknown time period | 36,250 |
|  |  |  |
| Novartis | 1/72-12/73 |  |
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 | 53,800 |
|  |  |  |
| U.S. Navy | Unknown time period | 2,390 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Bostik | 1/72-12/73 |  |
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 | 9,000 |
|  |  |  |
| Simon Wrecking | Unknown time period | 3,025 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Quickline | 1/72-12/73 | 525 |
|  | 12/1/73-6/30/75 | 2,261 |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 |  |
|  |  |  |
| Ashland Chemical Company | 1/72-12/73 |  |
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 | 555,655 |
|  |  |  |
| Diaz Chemical Corporation | 1/72-12/73 |  |
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 | 173,100 |
|  |  |  |

| | | |
|---|---|---|
| Unisys | 1/72-12/73 | 3,465 |
| | 12/1/73-6/30/75 | |
| | 7/1/75-6/1/76 | |
| | 6/1/76-3/30/77 | |
| | | |
| Rohm and Haas | | 0 |
| | | |
| | | |
| | | |
| | | |
| Thomas and Betts | | 0 |
| | | |
| | | |
| | | |

Dated: June 19, 2008

Respectfully submitted,

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
Attorneys for Plaintiffs

By: *Amy Trojecki*
Glenn A. Harris
Amy M. Trojecki

BOOTH & TUCKER
Attorneys for Carpenter Technology
Corporation

By: _____
Christopher Booth

LAW OFFICES OF EDWARD
FACKENTHAL
Attorneys for NRM Investment
Company

By: _____
Edward Fackenthal

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Handy & Harman Tube
Company, Inc.

By: _____
John M. Agnello
Melissa E. Flax

| Unisys | 1/72-12/73 | 3,465 |
|---|---|---|
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 |  |
| Rohm and Haas |  | 0 |
|  |  |  |
|  |  |  |
|  |  |  |
| Thomas and Betts |  | 0 |
|  |  |  |
|  |  |  |
|  |  |  |

Dated: June 19, 2008

Respectfully submitted,

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Attorneys for Plaintiffs

By: _____
Glenn A. Harris
Amy M. Trojecki

BOOTH & TUCKER, LLP
Attorneys for Carpenter Technology Corporation

By: /s/ Christopher R. Booth, Jr.
Christopher R. Booth, Jr.

LAW OFFICES OF EDWARD FACKENTHAL
Attorneys for NRM Investment Company

By: _____
Edward Fackenthal

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
Attorneys for Handy & Harman Tube Company, Inc.

By: _____
John M. Agnello
Melissa E. Flax

| | | |
|---|---|---|
| Unisys | 1/72-12/73 | 3,465 |
| | 12/1/73-6/30/75 | |
| | 7/1/75-6/1/76 | |
| | 6/1/76-3/30/77 | |
| Rohm and Haas | | 0 |
| | | |
| | | |
| | | |
| Thomas and Betts | | 0 |
| | | |
| | | |
| | | |

Dated: June 19, 2008

Respectfully submitted,

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
Attorneys for Plaintiffs

By: _____
Glenn A. Harris
Amy M. Trojecki

BOOTH & TUCKER
Attorneys for Carpenter Technology
Corporation

By: _____
Christopher Booth

LAW OFFICES OF EDWARD
FACKENTHAL
Attorneys for NRM Investment
Company

By: *[signature]*
Edward Fackenthal

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Handy & Harman Tube
Company, Inc.

By: _____
John M. Agnello
Melissa E. Flax

DMEAST #10062730 v1    3

| | | |
|---|---|---|
| Unisys | 1/72-12/73 | 3,465 |
| | 12/1/73-6/30/75 | |
| | 7/1/75-6/1/76 | |
| | 6/1/76-3/30/77 | |
| Rohm and Haas | | 0 |
| Thomas and Betts | | 0 |

Dated: June 19, 2008

Respectfully submitted,

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
Attorneys for Plaintiffs

By: _____
Glenn A. Harris
Amy M. Trojecki

BOOTH & TUCKER
Attorneys for Carpenter Technology
Corporation

By: _____
Christopher Booth

LAW OFFICES OF EDWARD
FACKENTHAL
Attorneys for NRM Investment
Company

By: _____
Edward Fackenthal

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Handy & Harman Tube
Company, Inc.

By: /s/ *signature*
John M. Agnello
Melissa E. Flax