IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 02-CV-3830 (LDD) |

## STIPULATIONS BY AND BETWEEN THE PARTIES AS TO THE ADMISSIBILITY OF CERTAIN EXHIBITS

1. The parties stipulate that the following documents are moved into evidence without objection by any party, subject to the Court's approval:

*See Exhibit A "Plaintiffs' and Defendants' Joint Exhibit List"*

2. The parties stipulate that the following documents may be moved into evidence by any party without objection, subject to the Court's approval:

*See Exhibit B "Exhibits Which May Be Moved Into Evidence by any Party Without Objection"*

Dated: June 18, 2008

Respectfully submitted,

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
Attorneys for Plaintiffs

By: *Amy Trojecki*
Glenn A. Harris
Amy J. Trojecki

WOLFF & SAMSON, PC
Attorneys for Advanced Environmental
Technology Corporation

By: *Settled*
John McKinney
Laurie Sands

DMEAST #10061972 v1

BOOTH & TUCKER, LLP
Attorneys for Carpenter Technology
Corporation

By: *(signed)*
Christopher R. Booth, Jr.

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Handy & Harman Tube
Company, Inc.

By: _____
John M. Agnello
Melissa E. Flax

LAW OFFICES OF EDWARD
FACKENTHAL
Attorneys for NRM Investment
Company

By: _____
Edward Fackenthal

BOOTH & TUCKER
Attorneys for Carpenter Technology
Corporation

By: _____
Christopher Booth
Melissa E. Flax

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Handy & Harman Tube
Company, Inc.

By: _____
John M. Agnello

LAW OFFICES OF EDWARD
FACKENTHAL
Attorneys for NRM Investment
Company

By: *[signature]*
Edward Fackenthal

BOOTH & TUCKER
Attorneys for Carpenter Technology
Corporation

By: _____
Christopher Booth

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Handy & Harman Tube
Company, Inc.

By: /s/ *illegible signature*
John M. Agnello
Melissa E. Flax

LAW OFFICES OF EDWARD
FACKENTHAL
Attorneys for NRM Investment
Company

By: _____
Edward Fackenthal

# EXHIBIT A

## PLAINTIFFS' AND DEFENDANTS' JOINT EXHIBIT LIST

| Trial Exhibit # | Deposition Exhibit # | Bates Ranges | Description of Document |
|---|---|---|---|
| J-1 | P-5 | BSAI047227-BSAI047229 | Boarhead Corporation Certificate of Incorporation, dated September 2, 1969 |
| J-2 | P-6 | BSAI000428-BSAI000431 | Deed Between Robert and Ruth Buckman and Boarhead Corporation, dated October 16, 1969 |
| J-3 | P-7 | BSAI047242-BSAI047244 | DeRewal Chemical Company, Inc. Certificate of Incorporation, dated December 29, 1969 |
| J-4 | P-20 | PHKS003410-PHKS003414 | Lease Agreement Between Philadelphia Hide Corporation and Manfred DeRewal for 3013-31 East Ontario Street, dated November 15, 1973 |
| J-5 | P-27 | BSAI047236-BSAI047238 | Environmental Chemical Control, Inc. Certificate of Incorporation, dated October 18, 1976 |
| J-6 | | BSAI103743-BSAI103955 | Consent Decree, filed September 28, 2000 |
| J-7 | | BSAI052839-BSAI052939 | Consent Decree, filed March 14, 2002 |
| J-8 | | BSAI052730-BSAI052825 | Administrative Order on Consent for Remedial Design, EPA Docket No. III-2000-002-DC |
| J-9 | | BSAI052826-BSAI052939 | Administrative Order on Consent for Remedial Design, EPA Docket No. III-2001-001DC |
| J-10 | | BSAI104057-BSAI104069 | de maximis, inc. Cost Tracking Chart for Operable Unit One RD/RA/O&M Activities (1999-2004) |
| J-11 | | BSAI104070-BSAI104073 | de maximis, inc. Cost Tracking Chart for Operable Unit One RD/RA/O&M Activities (2005) |

| Trial Exhibit # | Deposition Exhibit # | Bates Ranges | Description of Document |
|---|---|---|---|
| J-12 | | BSAI103956-BSAI103957 | de maximis, inc. Cost Tracking Chart for Operable Unit 1 RD/RA/O&M Activities (2006) |
| J-13 | | BSAI103958-BSAI103959 | de maximis, inc. Cost Tracking Chart for Operable Unit 1 RD/RA/O&M Activities (2007) |
| J-14 | | BSAI104074-BSAI104078 | de maximis, inc. Cost Tracking Chart for Operable Unit Two RD/RA/O&M Activities (2001-2004) |
| J-15 | | BSAI104079-BSAI104080 | de maximis, inc. Cost Tracking Chart for Operable Unit Two RD/RA/O&M Activities (2005-2006) |
| J-16 | | | Chart Reflecting Payments Into OU-1 and OU-2 Group Accounts by Plaintiffs, NRM and Worthington |
| J-17 | | | Charts Reflecting Payments Out of OU-1 and OU-2 Group Accounts to Vendors |
| J-18 | | BSAI082008-BSAI082318 | USEPA 2000 Past Cost Report |
| J-19 | | | Site Map (Unmarked) |
| J-20 | | BSAI104039-BSAI104042 | USEPA Preliminary Close Out Report, dated 11/10/03 |
| J-21 | | | Federal Register 23978, Vol. 53, No. 122, June 24, 1988 |
| J-22 | | | Federal Register 13296, Vol. 54, No. 61, March 31, 1989 |
| J-23 | | AR314510-AR314532 | USEPA Superfund Program Proposed Plan - Boarhead Farms Site, dated January 1998 |
| J-24 | | AR100036-AR100172 | NUS Corporation, 8/22/85, Preliminary Assessment of Boarhead Farms |
| J-25 | | AR100173- | NUS Corporation, 1/20/86 Site Inspection of Boarhead |

| Trial Exhibit # | Deposition Exhibit # | Bates Ranges | Description of Document |
|---|---|---|---|
| J-26 | | AR100256 | Farms USEPA Superfund Program Record of Decision, dated November 1998 |
| J-27 | | PHKS000019-PHKS000245 (also AR00013-AR400239) | USEPA Federal On-Scene Coordinator's Report for Boarhead Farms NPL Site |
| J-28 | | BSAI103191-BSAI103264 | USEPA Five-Year Review Report, dated 8/22/07 |
| J-29 | | | January 1997 Final Remedial Investigation Report (including Appendices A-I) |
| J-30 | | | July 1997 Feasibility Study Report |
| J-31 | | BSAI102980-BSAI102993 | Settlement Agreement by and between Certain Plaintiff Settling Parties and Agere Systems, Inc., dated 3/30/07 |

3

DMEAST #10060946 v1

# EXHIBIT B

DMEAST #10060947 v1

## EXHIBITS WHICH MAY BE MOVED INTO EVIDENCE BY ANY PARTY WITHOUT OBJECTION

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-4 | | Plaintiffs | BSAI015601 | Pennsylvania State Police Investigation Report, dated April 26, 1972 |
| P-5 | | Plaintiffs | BSAI013090-013902 and BSAI015633-BSAI015635 | March 7, 1973 and March 12, 1973 BDOH Memorandum |
| P-6 | P-22 | Plaintiffs | | Waste Discharge Inspection Report and Site Map dated February 14, 1973 |
| P-7 | P-23 | Plaintiffs | | Waste Discharge Inspection Report dated March 5, 1973 |
| P-8 | P-24 | Plaintiffs | BSAI047230-BSAI047234 | Agreement Between Boarhead Corporation and Manfred DeRewal, dated March 21, 1973 |
| P-9 | | Plaintiffs | BSAI015760-BSAI015761 | December 20, 1973 Bucks County Department of Health Memorandum |
| P-10 | | Plaintiffs | BSAI013111-BSAI013113 and BSAI013115-BSAI013118 | PADER November 2, 1973 Order to Boarhead Corporation |
| P-11 | | Plaintiffs | BSAI015676-BSAI015684 | Waste Discharge Inspection Report, dated November 5, 1973 |
| P-12 | | Plaintiffs | BSAI015705-BSAI015710 | Waste Discharge Inspection Report, dated November 23, 1973 |
| P-13 | | Plaintiffs | BSAI015775- | Department of Health Memorandum, dated January 8, |

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-14 | | Plaintiffs | BSAI015777 | 1974 |
| P-15 | | Plaintiffs | BSAI015392-BSAI015393 | Department of Health Memo, dated June 28, 1974 |
| P-18 | P-25 | Plaintiffs | PHKS003282-PHKS003284 | Complaint in Equity filed on May 31, 1974 in the Court of Common Pleas of Bucks County with an Injunction Issuing on June 21, 1974 and BSAI013208/BSAI015828. Agreed Order. |
| P-19 | | Plaintiffs | BSAI013271-BSAI013272 | Letter and Diagram from Thomas J. Kulesza of the City of Philadelphia Water Department to Manfred DeRewal, dated September 24, 1974 regarding operations at 3015 E. Ontario Street |
| P-20 | | Plaintiffs | BSAI013186 | June 17, 1975 Philadelphia Water Department Letter |
| P-21 | | Plaintiffs | BSAI015828-BSAI015836 and BSAI013208-BSAI013211 | Waste Discharge Inspection Report, dated April 25, 1974 |
| P-22 | | Plaintiffs | BSAI015935 | Commonwealth of Pennsylvania Complaint in Equity on May 28, 1974 which was resolved with an agreed order |
| P-23 | | Plaintiffs | BSAI018271-BSAI018363 | Waste Discharge Inspection Report, dated February 26, 1975 |
| P-25 | | Plaintiffs | BSAI015953- | Bench Opinion filed May 16, 1978 in United States v. Manfred DeRewal, et al. in the United States District Court for the Eastern District of Pennsylvania at Docket No. 77-287 |
| | | | | Waste Discharge Inspection Report, dated July 16, |

DMEAST #10060947 v1

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| P-27 | | Plaintiffs | BSAI015954 | 1975 |
| P-30 | | Plaintiffs | BSAI016037-BSAI016043 | Waste Discharge Inspection Report, dated April 1, 1976 |
| P-31 | | Plaintiffs | BSAI016117 | BCDOH "Field Action Report", dated July 9, 1976 |
| P-32 | D-4 | Plaintiffs | BSAI016124 | Waste Discharge Inspection Report, dated July 30, 1976 |
| P-48 | | Plaintiffs | NOV 0188-NOV 0191 | Bridgeton Police Department complaint of ammonia odor on September 8, 1976 |
| P-139 | Jonas-14 | Plaintiffs | | February 18, 1975 Letter from Phylis Jonas to NJDEP |
| P-140 | Jonas-14 | Plaintiffs | | February 18, 1975 Jonas, Incorporated Report (identified during the 6/21/95 deposition of Marvin Jonas in the Buzby landfill litigation) |
| P-141 | Jonas-15 | Plaintiffs | | Marvin Jonas, Inc. Registration Statement for solid/liquid waste collector-hauler dated March 31, 1975 (identified during the 6/21/95 deposition of Marvin Jonas in the Buzby landfill litigation) |
| P-143 | Jonas-11 | Plaintiffs | | Marvin Jonas, Inc. Registration Statement for a solid/liquid waste collector-hauler dated May 26, 1977 (identified during the June 21, 1995 deposition of Marvin Jonas in the Buzby landfill litigation) |
| P-143 | | Plaintiffs | SPST00137-SPST00155; SPST00165-SPST00176; SPST00234 | SPS Purchase Orders, DCC Shipping Orders and DCC Invoices |
| P-144 | | Plaintiffs | FORD000009; FORD000010- | DCC Invoices and Ford Purchase Orders |

3

| Trial Exhibit # | Deposition Exhibit # | Offered By | Bates Ranges | Description of Document |
|---|---|---|---|---|
| | | | FORD000012; FORD000016; FORD000032-FORD000121; FORD000128; FORD000130-FORD000132 FORD000134 | |
| P-173 | Jonas-10 Jonas-11 Jonas-12 Jonas-15 Jonas-20 | Plaintiffs | | Jonas Registration Statements (1972-1978) |
| P-188 | | Plaintiffs | BSAI037216-BSAI037219 (Note: This version is incomplete - a complete non-Bates labeled version is also attached) | 6/6/01 Letter from Geoffrey Seibel of de maximis to James Harper of USEPA re Proposal to Modify Groundwater Extraction System and Request to Extend RD/RA Schedule |
| P-279 | | Plaintiffs | | Affidavit of George Smajda (including attachments) |