IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, LLC, ET AL., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants | : | |

ORDER

AND NOW, this 23rd day of June 2008, in light of defendant Advanced Environmental Technology Corporation's ("AETC") settlement with plaintiffs and AETC's letter withdrawing its pending motions (Doc. No. 373), it is ORDERED that defendant AETC's Motion to Designate Witnesses for Use at Trial (Doc. No. 364) is DENIED as moot.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.