IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, LLC, ET AL., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-3830 |
| | : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this 24th day of June 2008, in light of parties' submission of stipulated facts (Doc. No. 376), it is ORDERED that this Court's Order dated June 12, 2008 (Doc. No. 363) is AMENDED as follows:

1.  All costs for work done through December 31, 2007, will be treated as past costs at trial. Costs since December 31, 2007, should be presented as future response costs subject to the declaratory judgment.

2.  The remainder of the Order (Doc. No. 363) remains unchanged and in full effect.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.