# APPENDIX B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., NRM INVESTMENT COMPANY, | : : : : : : : | Civil Action No. 02-CV-3830 (LDD) |
| Plaintiffs, | : : | |
| v. | : : | |
| ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., | : : : | |
| Defendants. | : : | |

## SUPPLEMENTAL FACTS STIPULATED BY ALL PARTIES

1.    The parties stipulate that DeRewal Chemical Company hauled the following amounts of waste (in gallons) from each of the following facilities during the designated time periods:

| Settled Party | Time Period | Volume |
|---|---|---|
| Techalloy | 1/72-12/73 | 229,067 |
| | 12/1/73-6/30/75 | |
| | 7/1/75-6/1/76 | |
| | 6/1/76-3/30/77 | |
| | | |
| Flexible | 1/72-12/73 | 33,798 |
| | 12/1/73-6/30/75 | 100,056 |
| | 7/1/75-6/1/76 | 15,792 |
| | 6/1/76-3/30/77 | 8,458 |
| | | |
| Etched Circuits | 1/72-12/73 | 16,905 |
| | 12/1/73-6/30/75 | 23,213 |

|  |  |  |
|---|---|---|
|  | 7/1/75-6/1/76 | 13,885 |
|  | 6/1/76-3/30/77 | 14,268 |
| Plymouth Tube Company | 1/72-12/73 | 16,104 |
|  | 12/1/73-6/30/75 | 11,667 |
|  | 7/1/75-6/1/76 | 4,465 |
|  | 6/1/76-3/30/77 | 1,165 |
| Knoll International, Inc. | Unknown time period | 36,250 |
| Novartis | 1/72-12/73 |  |
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 | 53,800 |
| U.S. Navy | Unknown time period | 2,390 |
|  |  |  |
|  |  |  |
| Bostik | 1/72-12/73 |  |
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 | 9,000 |
| Simon Wrecking | Unknown time period | 3,025 |
|  |  |  |
|  |  |  |
| Quickline | 1/72-12/73 | 525 |
|  | 12/1/73-6/30/75 | 2,261 |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 |  |
| Ashland Chemical Company | 1/72-12/73 |  |
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 | 555,655 |
| Diaz Chemical Corporation | 1/72-12/73 |  |
|  | 12/1/73-6/30/75 |  |
|  | 7/1/75-6/1/76 |  |
|  | 6/1/76-3/30/77 | 173,100 |

| Unisys | 1/72-12/73 | 3,465 |
|---|---|---|
| | 12/1/73-6/30/75 | |
| | 7/1/75-6/1/76 | |
| | 6/1/76-3/30/77 | |
| | | |
| Rohm and Haas | | 0 |
| | | |
| | | |
| | | |
| | | |
| Thomas and Betts | | 0 |
| | | |
| | | |
| | | |

Dated: June 19, 2008                    Respectfully submitted,


BALLARD SPAHR ANDREWS                  LAW OFFICES OF EDWARD
& INGERSOLL, LLP                       FACKENTHAL
Attorneys for Plaintiffs               Attorneys for NRM Investment
                                       Company


By: _____           By: _____
Glenn A. Harris                        Edward Fackenthal
Amy M. Trojecki


BOOTH & TUCKER, LLP                    CARELLA, BYRNE, BAIN, GILFILLAN,
Attorneys for Carpenter Technology     CECCHI, STEWART & OLSTEIN
Corporation                            Attorneys for Handy & Harman Tube
                                       Company, Inc.


By: _____           By: _____
Christopher R. Booth, Jr.              John M. Agnello
                                       Melissa E. Flax