# APPENDIX C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS, INC., CYTEC INDUSTRIES INC., FORD MOTOR COMPANY, SPS TECHNOLOGIES, LLC and TI GROUP AUTOMOTIVE SYSTEMS L.L.C., <br><br>                       Plaintiffs, <br><br> v. <br><br> ADVANCED ENVIRONMENTAL TECHNOLOGY CORPORATION, et al., <br><br>                       Defendants. | Civil Action No. 02-CV-3830 (LDD) |

**STIPULATION BETWEEN PLAINTIFFS, HANDY & HARMAN TUBE COMPANY, INC. AND CARPENTER TECHNOLOGY CORPORATION**

Plaintiffs, Handy & Harman Tube Company, Inc. ("H&H Tube") and Carpenter Technology Corporation hereby stipulate as follows:

1. The waste from the Plaintiff companies referenced in paragraph 5 of the June 23, 2008 Stipulation Between Plaintiffs and H&H Tube ("P-329") contained at least some CERCLA hazardous substances. There were no wastes hauled by DeRewal Chemical Company from TI Group Automotive Systems, L.L.C., Agere Systems, Inc., or their predecessors.

2. The waste from the settled parties referenced in paragraph 1 of the Supplemental Facts Stipulated to By All Parties, marked in evidence as J-34, contained at least some CERCLA hazardous substances.



J-35

DMEAST #10071534 v1

| | |
|---|---|
| BALLARD SPAHR ANDREWS<br>& INGERSOLL, LLP | CARELLA, BYRNE, BAIN, GILFILLAN,<br>CECCHI, STEWART & OLSTEIN |
| By: *Amy Trojecki*<br>    Glenn A. Harris<br>    Amy J. Trojecki | By: *John M. Agnello*<br>    John M. Agnello<br>    Melissa E. Flax |
| Dated: July 1, 2008 | Dated: July 1, 2008 |

BOOTH & TUCKER, LLP

By: *Christopher R. Booth*
    Christopher R. Booth, Jr.

Dated: July 1, 2008