# APPENDIX E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS, INC., CYTEC
INDUSTRIES INC., FORD MOTOR
COMPANY, SPS TECHNOLOGIES,
LLC and TI GROUP AUTOMOTIVE
SYSTEMS L.L.C.,

               Plaintiffs,

     v.

ADVANCED ENVIRONMENTAL
TECHNOLOGY CORPORATION, et al.,

              Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 02-CV-3830 (LDD)

## SUPPLEMENTAL STIPULATION BETWEEN PLAINTIFFS
## AND HANDY & HARMAN TUBE COMPANY, INC.

Plaintiffs and Handy & Harman Tube Company, Inc. ("H&H Tube") hereby supplement the June 23, 2008 Stipulation Between Plaintiffs and H&H Tube that is in evidence as P-329 ("P-329") by further stipulating as follows:

    1.    The spent acid referenced in Paragraph 1 of P-329, and the drummed wastes referenced in Paragraphs 2 and 3 of P-329 contained at least some CERCLA hazardous substances.

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
Attorneys for Plaintiffs

By: _Amy J. Trojecki_
    Glenn A. Harris
    Amy J. Trojecki

Dated:  June 27, 2008

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

By: _John M. Agnello_
    John M. Agnello
    Melissa E. Flax

Dated:  June 27, 2008

DMEAST #10067918 v1