# EXHIBIT A

EXHIBIT A

## CARPENTER'S EQUITABLE ALLOCATION OF REMEDIATION COSTS*

| SETTLED PARTIES | WASTE TYPE | BULK/DRUM | VOLUME | |
|---|---|---|---|---|
| Techalloy | Waste Oil/Pickle Liquor | Drums | 229,067 | 229,067 |
| Flexible | Etchant | Bulk/Drum | 158,104 | 158,104 |
| Etched Circuits | Etchant | Drum | 68,271 | 68,271 |
| Plymouth Tube Company | Pickle Liquor | Bulk | 33,401 | 33,401 |
| Knoll International, Inc. | | | 36,250 | 36,250 |
| Novartis | Nitric Acid | Bulk | 53,800 | 53,800 |
| U.S. Navy | Waste | Drums | 2,390 | 2,390 |
| Bostik | Nitric Acid | Bulk | 9,000 | 9,000 |
| Simon Wrecking | Sulphuric Nitrate | Bulk | 3,025 | 3,025 |
| Quickline | Etchant | Drums | 2,788 | 2,786 |
| Ashland /AETC | Nitric Acid | Bulk | 555,655 | 555,655 |
| Diaz Chemical Corporation | Nitric Acid | Bulk | 173,100 | 173,100 |
| Unisys | Etchant | Drums | 3,465 | 3,465 |
| Rohm and Haas | | | 0 | 0 |
| Thomas and Betts | | | 0 | 0 |
| Handy & Harman | TCE & Spent Acid | Drum & Bulk | 8158 | 8158 |
| NRM | Pickle Liquor | Bulk | 650,475 | 650,475 |

**PLAINTIFFS**

| | | | | |
|---|---|---|---|---|
| Ford | Plastics/Finishing Mat | Drums | 38,940 | 38,940 |
| Cytec | Ammonia | Bulk | 193,000 | 193,000 |
| SPS | Chromic Acid<br>Cyanide Waste<br>Degreasers<br>Acetone<br>Nickle Waste | Drums | 71,437 | 71,437 |

| | | | | |
|---|---|---|---|---|
| **CARPENTER**** | Pickle Liquor | Bulk | 122,500 | 140,000 |

| | | | | |
|---|---|---|---|---|
| **TOTAL VOLUME OF WASTE** | | | 2,412,826 | 2,430,324 |
| **CARPENTER'S PERCENTAGE OF TOTAL VOLUME*** | | | 5% | 6% |
| **TOTAL PAST REMEDIATION COSTS** | | | $14,333,769.52 | |
| **CARPENTER'S PERCENTAGE OF TOTAL PAST REMEDIATION COSTS** | | | $716,688.48 | $860,026.17 |

*Source: Plaintiffs' Answers to Defendants Joint Contention Interrogatories, C-28; Supplemental Stipulation of Counsel, J-34; Stipulations of Handy & Harman and Plaintiffs, P-329.

**Carpenter's total volume is based upon whether the Court finds the testimony of Manfred DeRewal, Jr. and Bruce DeRewal tying Carpenter's waste to Boarhead Farms to be credible.