# Exhibit "A"

# Boarhead Farms

## Interest Through 7/18/08 On Costs Incurred Through 12/31/07 and Paid Through 2/27/08

| Trust Account No. | Description of Work | Interest Calculated through 7/18/08 |
|---|---|---|
| 1301 / 401 | Costs Related to OU-1 RA/RD Technical | 634,815 |
| 1304 / 404 | Costs Related to OU2 RA/RD Technical | 383,433 |
| 1305 / 402 | Costs Related to EPA Reimbursement OU1 | 1,547,332 |
| 1306 / 405 | Costs Related to EPA Reimbursement OU2 | 51,966 |
| | **Total Interest** | $ 2,617,546 |

Boarhead Farms
Interest Calculation
Costs Related to OU-1 RA/RD Technical

| Time Period | | Amount (1) | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|
| Beginning | End | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |
| | | $ 1,883,266.05 | | | | | |
| 06/18/02 | 06/30/02 | | 1,883,266.05 | 13 | 3.35% | 2,247 | 1,885,513 |
| 07/01/02 | 07/31/02 | 35,763.65 | 1,883,266.05 | 31 | 3.35% | 5,358 | 1,926,635 |
| 08/01/02 | 08/31/02 | 10,393.60 | 1,919,029.70 | 31 | 3.35% | 5,460 | 1,942,489 |
| 09/01/02 | 09/30/02 | 60,795.47 | 1,929,423.30 | 30 | 3.35% | 5,313 | 2,008,597 |
| 10/01/02 | 10/31/02 | 56,957.36 | 2,008,596.62 | 31 | 1.47% | 2,508 | 2,068,062 |
| 11/01/02 | 11/30/02 | 33,630.25 | 2,065,553.98 | 30 | 1.47% | 2,496 | 2,104,188 |
| 12/01/02 | 12/31/02 | | 2,099,184.23 | 31 | 1.47% | 2,621 | 2,106,808 |
| 01/01/03 | 01/31/03 | 49,580.03 | 2,099,184.23 | 31 | 1.47% | 2,621 | 2,159,009 |
| 02/01/03 | 02/28/03 | 31,854.92 | 2,148,764.26 | 28 | 1.47% | 2,423 | 2,193,287 |
| 03/01/03 | 03/31/03 | 5,472.05 | 2,180,619.18 | 31 | 1.47% | 2,722 | 2,201,482 |
| 04/01/03 | 04/30/03 | 23,340.24 | 2,186,091.23 | 30 | 1.47% | 2,641 | 2,227,463 |
| 05/01/03 | 05/31/03 | 59,174.82 | 2,209,431.47 | 31 | 1.47% | 2,758 | 2,289,397 |
| 06/01/03 | 06/30/03 | 23,544.23 | 2,268,606.29 | 30 | 1.47% | 2,741 | 2,315,682 |
| 07/01/03 | 07/31/03 | | 2,292,150.52 | 31 | 1.47% | 2,862 | 2,318,544 |
| 08/01/03 | 08/30/03 | | 2,292,150.52 | 30 | 1.47% | 2,769 | 2,321,313 |
| 08/31/03 | 09/30/03 | 53,591.91 | 2,292,150.52 | 31 | 1.47% | 2,862 | 2,377,767 |
| 10/01/03 | 10/31/03 | 2,173.51 | 2,377,766.62 | 31 | 1.27% | 2,565 | 2,382,505 |
| 11/01/03 | 11/30/03 | 29,401.92 | 2,379,940.13 | 30 | 1.27% | 2,484 | 2,414,391 |
| 12/01/03 | 12/31/03 | 32,431.93 | 2,409,342.05 | 31 | 1.27% | 2,599 | 2,449,422 |
| 01/01/04 | 01/31/04 | | 2,441,773.98 | 31 | 1.27% | 2,634 | 2,452,056 |
| 02/01/04 | 02/29/04 | 52,364.18 | 2,441,773.98 | 29 | 1.27% | 2,464 | 2,506,884 |
| 03/01/04 | 03/31/04 | | 2,494,138.16 | 31 | 1.27% | 2,690 | 2,509,574 |
| 04/01/04 | 04/30/04 | | 2,494,138.16 | 30 | 1.27% | 2,603 | 2,512,177 |
| 05/01/04 | 05/31/04 | 135,695.76 | 2,494,138.16 | 31 | 1.27% | 2,690 | 2,650,563 |
| 06/01/04 | 06/30/04 | 18,376.47 | 2,629,833.92 | 30 | 1.27% | 2,745 | 2,671,685 |
| 07/01/04 | 07/31/04 | | 2,648,210.39 | 31 | 1.27% | 2,856 | 2,674,541 |
| 08/01/04 | 08/30/04 | 34,327.52 | 2,648,210.39 | 30 | 1.27% | 2,764 | 2,711,633 |
| 08/31/04 | 09/30/04 | 121,309.41 | 2,682,537.91 | 31 | 1.27% | 2,893 | 2,835,836 |
| 10/01/04 | 10/31/04 | | 2,835,836.02 | 31 | 2.21% | 5,323 | 2,841,159 |
| 11/01/04 | 11/30/04 | | 2,835,836.02 | 30 | 2.21% | 5,151 | 2,846,310 |
| 12/01/04 | 12/31/04 | | 2,835,836.02 | 31 | 2.21% | 5,323 | 2,851,633 |
| 01/01/05 | 01/31/05 | 145,469.75 | 2,835,836.02 | 31 | 2.21% | 5,323 | 3,002,425 |
| 02/01/05 | 02/28/05 | | 2,981,305.77 | 28 | 2.21% | 5,054 | 3,007,480 |
| 03/01/05 | 03/31/05 | | 2,981,305.77 | 31 | 2.21% | 5,596 | 3,013,076 |
| 04/01/05 | 04/30/05 | | 2,981,305.77 | 30 | 2.21% | 5,415 | 3,018,491 |
| 05/01/05 | 05/31/05 | | 2,981,305.77 | 31 | 2.21% | 5,596 | 3,024,087 |
| 06/01/05 | 06/30/05 | 103,514.51 | 2,981,305.77 | 30 | 2.21% | 5,415 | 3,133,017 |
| 07/01/05 | 07/31/05 | 9,333.36 | 3,084,820.28 | 31 | 2.21% | 5,790 | 3,148,140 |
| 08/01/05 | 08/31/05 | 67,326.64 | 3,094,153.64 | 31 | 2.21% | 5,808 | 3,221,275 |
| 09/01/05 | 09/30/05 | 804.83 | 3,161,480.28 | 30 | 2.21% | 5,743 | 3,227,822 |
| 10/01/05 | 10/31/05 | | 3,227,821.98 | 31 | 4.11% | 11,267 | 3,239,089 |
| 11/01/05 | 11/30/05 | 56,710.67 | 3,227,821.98 | 30 | 4.11% | 10,904 | 3,306,704 |
| 12/01/05 | 12/31/05 | 71,763.35 | 3,284,532.65 | 31 | 4.11% | 11,465 | 3,389,932 |
| 01/01/06 | 01/31/06 | 10,376.46 | 3,356,296.00 | 31 | 4.11% | 11,716 | 3,412,025 |
| 02/01/06 | 02/28/06 | | 3,366,672.46 | 28 | 4.11% | 10,615 | 3,422,639 |
| 03/01/06 | 03/31/06 | 66,913.40 | 3,366,672.46 | 31 | 4.11% | 11,752 | 3,501,305 |
| 04/01/06 | 04/30/06 | | 3,433,585.86 | 30 | 4.11% | 11,599 | 3,512,904 |
| 05/01/06 | 05/31/06 | | 3,433,585.86 | 31 | 4.11% | 11,986 | 3,524,889 |
| 06/01/06 | 06/30/06 | 73,509.42 | 3,433,585.86 | 30 | 4.11% | 11,599 | 3,609,998 |
| 07/01/06 | 07/31/06 | | 3,507,095.28 | 31 | 4.11% | 12,242 | 3,622,240 |
| 08/01/06 | 08/31/06 | | 3,507,095.28 | 31 | 4.11% | 12,242 | 3,634,482 |
| 09/01/06 | 09/30/06 | | 3,507,095.28 | 30 | 4.11% | 11,847 | 3,646,329 |
| 10/01/06 | 10/31/06 | 157,965.83 | 3,646,329.19 | 31 | 5.02% | 15,546 | 3,819,841 |
| 11/01/06 | 11/30/06 | | 3,804,295.02 | 30 | 5.02% | 15,697 | 3,835,538 |
| 12/01/06 | 12/31/06 | 15,473.85 | 3,804,295.02 | 31 | 5.02% | 16,220 | 3,867,232 |
| 01/01/07 | 01/31/07 | 54,341.69 | 3,819,768.87 | 31 | 5.02% | 16,286 | 3,937,859 |
| 02/01/07 | 02/28/07 | | 3,874,110.56 | 28 | 5.02% | 14,919 | 3,952,778 |
| 03/01/07 | 03/31/07 | | 3,874,110.56 | 31 | 5.02% | 16,518 | 3,969,296 |
| 04/01/07 | 04/30/07 | 109,607.59 | 3,874,110.56 | 30 | 5.02% | 15,985 | 4,094,888 |
| 05/01/07 | 05/31/07 | 17,564.38 | 3,983,718.15 | 31 | 5.02% | 16,985 | 4,129,437 |
| 06/01/07 | 06/30/07 | | 4,001,282.53 | 30 | 5.02% | 16,509 | 4,145,947 |

Boarhead Farms
Interest Calculation
Costs Related to OU-1 RA/RD Technical

| Time Period | | | | Calculation of Interest | | | Total Costs |
| Beginning | End | Amount (1) | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | With Interest |
|---|---|---|---|---|---|---|---|
| 07/01/07 | 07/31/07 | 4,386.41 | 4,001,282.53 | 31 | 5.02% | 17,060 | 4,167,393 |
| 08/01/07 | 08/31/07 | 75,822.87 | 4,005,668.94 | 31 | 5.02% | 17,078 | 4,260,294 |
| 09/01/07 | 09/30/07 | 2,440.00 | 4,081,491.81 | 30 | 5.02% | 16,840 | 4,279,574 |
| 10/01/07 | 10/31/07 | 22,668.02 | 4,279,574.40 | 31 | 4.34% | 15,775 | 4,318,017 |
| 11/01/07 | 11/30/07 | 28,267.38 | 4,302,242.42 | 30 | 4.34% | 15,347 | 4,361,631 |
| 12/01/07 | 12/31/07 | 34,752.67 | 4,330,509.80 | 31 | 4.34% | 15,962 | 4,412,346 |
| 01/01/08 | 01/31/08 | | 4,365,262.47 | 31 | 4.34% | 16,090 | 4,428,437 |
| 02/01/08 | 02/29/08 | 67,116.88 | 4,365,262.47 | 29 | 4.34% | 15,052 | 4,510,606 |
| 03/01/08 | 03/31/08 | | 4,432,379.35 | 31 | 4.34% | 16,338 | 4,526,944 |
| 04/01/08 | 04/30/08 | | 4,432,379.35 | 30 | 4.34% | 15,811 | 4,542,755 |
| 05/01/08 | 05/31/08 | | 4,432,379.35 | 31 | 4.34% | 16,338 | 4,559,092 |
| 06/01/08 | 06/30/08 | | 4,432,379.35 | 30 | 4.34% | 15,811 | 4,574,903 |
| 07/01/08 | 07/18/08 | | 4,432,379.35 | 18 | 4.34% | 9,487 | 4,536,430 |
| | | $ 3,949,575 | | | | $ 634,815 | $ 4,584,390 |

Note:
(1) Monthly costs do not accumulate interest until the beginning of the next month.
(2) Interest Compounded Annually on 9/30, the end of each fiscal year

Boarhead Farms
Interest Calculation
Costs Related to OU2 RA/RD Technical

| Time Period Beginning | End | Amount (1) | Calculation of Interest Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | Total Costs With Interest |
|---|---|---|---|---|---|---|---|
| | | $ 59,106.26 | | | | | |
| 06/18/02 | 06/30/02 | | 59,106.26 | 13 | 3.35% | 71 | 59,177 |
| 07/01/02 | 07/31/02 | 8,559.98 | 59,106.26 | 31 | 3.35% | 168 | 67,905 |
| 08/01/02 | 08/31/02 | 4,581.71 | 67,666.24 | 31 | 3.35% | 193 | 72,679 |
| 09/01/02 | 09/30/02 | 39,886.24 | 72,247.95 | 30 | 3.35% | 199 | 112,764 |
| 10/01/02 | 10/31/02 | 14,977.20 | 112,764.34 | 31 | 1.47% | 141 | 127,882 |
| 11/01/02 | 11/30/02 | 43,656.89 | 127,741.54 | 30 | 1.47% | 154 | 171,694 |
| 12/01/02 | 12/31/02 | | 171,398.43 | 31 | 1.47% | 214 | 171,908 |
| 01/01/03 | 01/31/03 | 40,971.04 | 171,398.43 | 31 | 1.47% | 214 | 213,093 |
| 02/01/03 | 02/28/03 | 9,984.48 | 212,369.47 | 28 | 1.47% | 239 | 223,317 |
| 03/01/03 | 03/31/03 | 10,560.30 | 222,353.95 | 31 | 1.47% | 278 | 234,154 |
| 04/01/03 | 04/30/03 | 10,800.00 | 232,914.25 | 30 | 1.47% | 281 | 245,236 |
| 05/01/03 | 05/31/03 | 14,972.28 | 243,714.25 | 31 | 1.47% | 304 | 260,512 |
| 06/01/03 | 06/30/03 | 7,909.98 | 258,686.53 | 30 | 1.47% | 313 | 268,735 |
| 07/01/03 | 07/31/03 | 282,818.05 | 266,596.51 | 31 | 1.47% | 333 | 551,886 |
| 08/01/03 | 08/30/03 | 170,724.51 | 549,414.56 | 30 | 1.47% | 664 | 723,274 |
| 08/31/03 | 09/30/03 | 319,384.62 | 720,139.07 | 31 | 1.47% | 899 | 1,043,558 |
| 10/01/03 | 10/31/03 | 53,117.18 | 1,043,557.86 | 31 | 1.27% | 1,126 | 1,097,801 |
| 11/01/03 | 11/30/03 | 292,415.83 | 1,096,675.04 | 30 | 1.27% | 1,145 | 1,391,361 |
| 12/01/03 | 12/31/03 | 28,284.27 | 1,389,090.87 | 31 | 1.27% | 1,498 | 1,421,144 |
| 01/01/04 | 01/31/04 | | 1,417,375.14 | 31 | 1.27% | 1,529 | 1,422,673 |
| 02/01/04 | 02/29/04 | 39,796.59 | 1,417,375.14 | 29 | 1.27% | 1,430 | 1,463,899 |
| 03/01/04 | 03/31/04 | | 1,457,171.73 | 31 | 1.27% | 1,572 | 1,465,471 |
| 04/01/04 | 04/30/04 | 567,248.90 | 1,457,171.73 | 30 | 1.27% | 1,521 | 2,034,241 |
| 05/01/04 | 05/31/04 | 41,409.28 | 2,024,420.63 | 31 | 1.27% | 2,184 | 2,077,834 |
| 06/01/04 | 06/30/04 | 5,621.81 | 2,065,829.91 | 30 | 1.27% | 2,156 | 2,085,612 |
| 07/01/04 | 07/31/04 | | 2,071,451.72 | 31 | 1.27% | 2,234 | 2,087,847 |
| 08/01/04 | 08/30/04 | | 2,071,451.72 | 30 | 1.27% | 2,162 | 2,090,009 |
| 08/31/04 | 09/30/04 | 39,738.30 | 2,071,451.72 | 31 | 1.27% | 2,234 | 2,131,981 |
| 10/01/04 | 10/31/04 | | 2,131,981.41 | 31 | 2.21% | 4,002 | 2,135,983 |
| 11/01/04 | 11/30/04 | | 2,131,981.41 | 30 | 2.21% | 3,873 | 2,139,856 |
| 12/01/04 | 12/31/04 | | 2,131,981.41 | 31 | 2.21% | 4,002 | 2,143,857 |
| 01/01/05 | 01/31/05 | 1,508.67 | 2,131,981.41 | 31 | 2.21% | 4,002 | 2,149,368 |
| 02/01/05 | 02/28/05 | | 2,133,490.08 | 28 | 2.21% | 3,617 | 2,152,985 |
| 03/01/05 | 03/31/05 | | 2,133,490.08 | 31 | 2.21% | 4,005 | 2,156,989 |
| 04/01/05 | 04/30/05 | | 2,133,490.08 | 30 | 2.21% | 3,875 | 2,160,865 |
| 05/01/05 | 05/31/05 | 173,761.12 | 2,133,490.08 | 31 | 2.21% | 4,005 | 2,338,630 |
| 06/01/05 | 06/30/05 | 189.53 | 2,307,251.20 | 30 | 2.21% | 4,191 | 2,343,011 |
| 07/01/05 | 07/31/05 | | 2,307,440.73 | 31 | 2.21% | 4,331 | 2,347,342 |
| 08/01/05 | 08/31/05 | | 2,307,440.73 | 31 | 2.21% | 4,331 | 2,351,673 |
| 09/01/05 | 09/30/05 | | 2,307,440.73 | 30 | 2.21% | 4,191 | 2,355,864 |
| 10/01/05 | 10/31/05 | | 2,355,864.23 | 31 | 4.11% | 8,224 | 2,364,088 |
| 11/01/05 | 11/30/05 | | 2,355,864.23 | 30 | 4.11% | 7,958 | 2,372,046 |
| 12/01/05 | 12/31/05 | | 2,355,864.23 | 31 | 4.11% | 8,224 | 2,380,270 |
| 01/01/06 | 01/31/06 | 153.83 | 2,355,864.23 | 31 | 4.11% | 8,224 | 2,388,647 |
| 02/01/06 | 02/28/06 | | 2,356,018.06 | 28 | 4.11% | 7,428 | 2,396,075 |
| 03/01/06 | 03/31/06 | 462.01 | 2,356,018.06 | 31 | 4.11% | 8,224 | 2,404,761 |
| 04/01/06 | 04/30/06 | | 2,356,480.07 | 30 | 4.11% | 7,960 | 2,412,722 |
| 05/01/06 | 05/31/06 | | 2,356,480.07 | 31 | 4.11% | 8,226 | 2,420,948 |
| 06/01/06 | 06/30/06 | 267.76 | 2,356,480.07 | 30 | 4.11% | 7,960 | 2,429,176 |
| 07/01/06 | 07/31/06 | | 2,356,747.83 | 31 | 4.11% | 8,227 | 2,437,402 |
| 08/01/06 | 08/31/06 | | 2,356,747.83 | 31 | 4.11% | 8,227 | 2,445,629 |
| 09/01/06 | 09/30/06 | | 2,356,747.83 | 30 | 4.11% | 7,961 | 2,453,590 |
| 10/01/06 | 10/31/06 | | 2,453,590.34 | 31 | 5.02% | 10,461 | 2,464,051 |
| 11/01/06 | 11/30/06 | | 2,453,590.34 | 30 | 5.02% | 10,124 | 2,474,175 |
| 12/01/06 | 12/31/06 | | 2,453,590.34 | 31 | 5.02% | 10,461 | 2,484,636 |
| 01/01/07 | 01/31/07 | 1,091.16 | 2,453,590.34 | 31 | 5.02% | 10,461 | 2,496,188 |
| 02/01/07 | 02/28/07 | | 2,454,681.50 | 28 | 5.02% | 9,453 | 2,505,641 |
| 03/01/07 | 03/31/07 | | 2,454,681.50 | 31 | 5.02% | 10,466 | 2,516,107 |
| 04/01/07 | 04/30/07 | | 2,454,681.50 | 30 | 5.02% | 10,128 | 2,526,235 |
| 05/01/07 | 05/31/07 | | 2,454,681.50 | 31 | 5.02% | 10,466 | 2,536,701 |
| 06/01/07 | 06/30/07 | | 2,454,681.50 | 30 | 5.02% | 10,128 | 2,546,829 |

Boarhead Farms
Interest Calculation
Costs Related to OU2 RA/RD Technical

| Time Period | | Amount (1) | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|
| Beginning | End | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |
| 07/01/07 | 07/31/07 | | 2,454,681.50 | 31 | 5.02% | 10,466 | 2,557,294 |
| 08/01/07 | 08/31/07 | | 2,454,681.50 | 31 | 5.02% | 10,466 | 2,567,760 |
| 09/01/07 | 09/30/07 | | 2,454,681.50 | 30 | 5.02% | 10,128 | 2,577,888 |
| 10/01/07 | 10/31/07 | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,587,390 |
| 11/01/07 | 11/30/07 | | 2,577,888.05 | 30 | 4.34% | 9,196 | 2,596,586 |
| 12/01/07 | 12/31/07 | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,606,088 |
| 01/01/08 | 01/31/08 | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,615,590 |
| 02/01/08 | 02/29/08 | | 2,577,888.05 | 29 | 4.34% | 8,889 | 2,624,479 |
| 03/01/08 | 03/31/08 | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,633,981 |
| 04/01/08 | 04/30/08 | | 2,577,888.05 | 30 | 4.34% | 9,196 | 2,643,177 |
| 05/01/08 | 05/31/08 | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,652,679 |
| 06/01/08 | 06/30/08 | | 2,577,888.05 | 30 | 4.34% | 9,196 | 2,661,875 |
| 07/01/08 | 07/18/08 | | 2,577,888.05 | 18 | 4.34% | 5,517 | 2,639,499 |
| | | $ 2,283,960 | | | | $ 383,433 | $ 2,667,392 |

Note:
(1) Monthly costs do not accumulate interest until the beginning of the next month.
(2) Interest Compounded Annually on 9/30, the end of each fiscal year

Boarhead Farms
Interest Calculation
Costs Related to EPA Reimbursement OU1

| Time Period Beginning | Time Period End | Amount (1) | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | Total Costs With Interest |
|---|---|---|---|---|---|---|---|
| | | $ 7,478,614.80 | | | | | |
| 06/18/02 | 06/30/02 | | 7,478,614.80 | 13 | 3.35% | 8,923 | 7,487,538 |
| 07/01/02 | 07/31/02 | 38,993.30 | 7,478,614.80 | 31 | 3.35% | 21,278 | 7,547,809 |
| 08/01/02 | 08/31/02 | | 7,517,608.10 | 31 | 3.35% | 21,389 | 7,569,199 |
| 09/01/02 | 09/30/02 | | 7,517,608.10 | 30 | 3.35% | 20,699 | 7,589,898 |
| 10/01/02 | 10/31/02 | | 7,589,897.72 | 31 | 1.47% | 9,476 | 7,599,374 |
| 11/01/02 | 11/30/02 | | 7,589,897.72 | 30 | 1.47% | 9,170 | 7,608,544 |
| 12/01/02 | 12/31/02 | | 7,589,897.72 | 31 | 1.47% | 9,476 | 7,618,020 |
| 01/01/03 | 01/31/03 | | 7,589,897.72 | 31 | 1.47% | 9,476 | 7,627,496 |
| 02/01/03 | 02/28/03 | | 7,589,897.72 | 28 | 1.47% | 8,559 | 7,636,055 |
| 03/01/03 | 03/31/03 | | 7,589,897.72 | 31 | 1.47% | 9,476 | 7,645,531 |
| 04/01/03 | 04/30/03 | | 7,589,897.72 | 30 | 1.47% | 9,170 | 7,654,701 |
| 05/01/03 | 05/31/03 | | 7,589,897.72 | 31 | 1.47% | 9,476 | 7,664,177 |
| 06/01/03 | 06/30/03 | | 7,589,897.72 | 30 | 1.47% | 9,170 | 7,673,347 |
| 07/01/03 | 07/31/03 | | 7,589,897.72 | 31 | 1.47% | 9,476 | 7,682,823 |
| 08/01/03 | 08/30/03 | | 7,589,897.72 | 30 | 1.47% | 9,170 | 7,691,993 |
| 08/31/03 | 09/30/03 | 169,720.60 | 7,589,897.72 | 31 | 1.47% | 9,476 | 7,871,190 |
| 10/01/03 | 10/31/03 | | 7,871,189.81 | 31 | 1.27% | 8,490 | 7,879,680 |
| 11/01/03 | 11/30/03 | | 7,871,189.81 | 30 | 1.27% | 8,216 | 7,887,896 |
| 12/01/03 | 12/31/03 | | 7,871,189.81 | 31 | 1.27% | 8,490 | 7,896,386 |
| 01/01/04 | 01/31/04 | | 7,871,189.81 | 31 | 1.27% | 8,490 | 7,904,876 |
| 02/01/04 | 02/29/04 | | 7,871,189.81 | 29 | 1.27% | 7,942 | 7,912,819 |
| 03/01/04 | 03/31/04 | | 7,871,189.81 | 31 | 1.27% | 8,490 | 7,921,309 |
| 04/01/04 | 04/30/04 | | 7,871,189.81 | 30 | 1.27% | 8,216 | 7,929,525 |
| 05/01/04 | 05/31/04 | | 7,871,189.81 | 31 | 1.27% | 8,490 | 7,938,015 |
| 06/01/04 | 06/30/04 | | 7,871,189.81 | 30 | 1.27% | 8,216 | 7,946,231 |
| 07/01/04 | 07/31/04 | | 7,871,189.81 | 31 | 1.27% | 8,490 | 7,954,721 |
| 08/01/04 | 08/30/04 | 80,466.45 | 7,871,189.81 | 30 | 1.27% | 8,216 | 8,043,404 |
| 08/31/04 | 09/30/04 | | 7,951,656.26 | 31 | 1.27% | 8,577 | 8,051,981 |
| 10/01/04 | 10/31/04 | | 8,051,981.04 | 31 | 2.21% | 15,113 | 8,067,095 |
| 11/01/04 | 11/30/04 | | 8,051,981.04 | 30 | 2.21% | 14,626 | 8,081,720 |
| 12/01/04 | 12/31/04 | | 8,051,981.04 | 31 | 2.21% | 15,113 | 8,096,834 |
| 01/01/05 | 01/31/05 | | 8,051,981.04 | 31 | 2.21% | 15,113 | 8,111,947 |
| 02/01/05 | 02/28/05 | | 8,051,981.04 | 28 | 2.21% | 13,651 | 8,125,598 |
| 03/01/05 | 03/31/05 | | 8,051,981.04 | 31 | 2.21% | 15,113 | 8,140,712 |
| 04/01/05 | 04/30/05 | | 8,051,981.04 | 30 | 2.21% | 14,626 | 8,155,338 |
| 05/01/05 | 05/31/05 | | 8,051,981.04 | 31 | 2.21% | 15,113 | 8,170,451 |
| 06/01/05 | 06/30/05 | | 8,051,981.04 | 30 | 2.21% | 14,626 | 8,185,077 |
| 07/01/05 | 07/31/05 | | 8,051,981.04 | 31 | 2.21% | 15,113 | 8,200,190 |
| 08/01/05 | 08/31/05 | 33,015.66 | 8,051,981.04 | 31 | 2.21% | 15,113 | 8,248,320 |
| 09/01/05 | 09/30/05 | | 8,084,996.70 | 30 | 2.21% | 14,686 | 8,263,005 |
| 10/01/05 | 10/31/05 | | 8,263,005.45 | 31 | 4.11% | 28,844 | 8,291,849 |
| 11/01/05 | 11/30/05 | | 8,263,005.45 | 30 | 4.11% | 27,913 | 8,319,762 |
| 12/01/05 | 12/31/05 | | 8,263,005.45 | 31 | 4.11% | 28,844 | 8,348,606 |
| 01/01/06 | 01/31/06 | | 8,263,005.45 | 31 | 4.11% | 28,844 | 8,377,449 |
| 02/01/06 | 02/28/06 | | 8,263,005.45 | 28 | 4.11% | 26,052 | 8,403,501 |
| 03/01/06 | 03/31/06 | | 8,263,005.45 | 31 | 4.11% | 28,844 | 8,432,345 |
| 04/01/06 | 04/30/06 | | 8,263,005.45 | 30 | 4.11% | 27,913 | 8,460,258 |
| 05/01/06 | 05/31/06 | | 8,263,005.45 | 31 | 4.11% | 28,844 | 8,489,102 |
| 06/01/06 | 06/30/06 | | 8,263,005.45 | 30 | 4.11% | 27,913 | 8,517,015 |
| 07/01/06 | 07/31/06 | | 8,263,005.45 | 31 | 4.11% | 28,844 | 8,545,858 |
| 08/01/06 | 08/31/06 | | 8,263,005.45 | 31 | 4.11% | 28,844 | 8,574,702 |
| 09/01/06 | 09/30/06 | | 8,263,005.45 | 30 | 4.11% | 27,913 | 8,602,615 |
| 10/01/06 | 10/31/06 | | 8,602,614.98 | 31 | 5.02% | 36,678 | 8,639,293 |
| 11/01/06 | 11/30/06 | | 8,602,614.98 | 30 | 5.02% | 35,495 | 8,674,787 |
| 12/01/06 | 12/31/06 | | 8,602,614.98 | 31 | 5.02% | 36,678 | 8,711,465 |
| 01/01/07 | 01/31/07 | | 8,602,614.98 | 31 | 5.02% | 36,678 | 8,748,143 |
| 02/01/07 | 02/28/07 | | 8,602,614.98 | 28 | 5.02% | 33,128 | 8,781,271 |
| 03/01/07 | 03/31/07 | | 8,602,614.98 | 31 | 5.02% | 36,678 | 8,817,949 |
| 04/01/07 | 04/30/07 | | 8,602,614.98 | 30 | 5.02% | 35,495 | 8,853,444 |
| 05/01/07 | 05/31/07 | | 8,602,614.98 | 31 | 5.02% | 36,678 | 8,890,121 |
| 06/01/07 | 06/30/07 | | 8,602,614.98 | 30 | 5.02% | 35,495 | 8,925,616 |

Boarhead Farms
Interest Calculation
Costs Related to EPA Reimbursement OU1

| Time Period | | | | Calculation of Interest | | | | Total Costs |
| Beginning | End | Amount (1) | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | | With Interest |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/01/07 | 07/31/07 | | 8,602,614.98 | 31 | 5.02% | 36,678 | | 8,962,294 |
| 08/01/07 | 08/31/07 | | 8,602,614.98 | 31 | 5.02% | 36,678 | | 8,998,972 |
| 09/01/07 | 09/30/07 | | 8,602,614.98 | 30 | 5.02% | 35,495 | | 9,034,466 |
| 10/01/07 | 10/31/07 | | 9,034,466.25 | 31 | 4.34% | 33,301 | | 9,067,768 |
| 11/01/07 | 11/30/07 | | 9,034,466.25 | 30 | 4.34% | 32,227 | | 9,099,995 |
| 12/01/07 | 12/31/07 | | 9,034,466.25 | 31 | 4.34% | 33,301 | | 9,133,296 |
| 01/01/08 | 01/31/08 | | 9,034,466.25 | 31 | 4.34% | 33,301 | | 9,166,597 |
| 02/01/08 | 02/29/08 | | 9,034,466.25 | 29 | 4.34% | 31,153 | | 9,197,750 |
| 03/01/08 | 03/31/08 | | 9,034,466.25 | 31 | 4.34% | 33,301 | | 9,231,051 |
| 04/01/08 | 04/30/08 | | 9,034,466.25 | 30 | 4.34% | 32,227 | | 9,263,278 |
| 05/01/08 | 05/31/08 | | 9,034,466.25 | 31 | 4.34% | 33,301 | | 9,296,580 |
| 06/01/08 | 06/30/08 | | 9,034,466.25 | 30 | 4.34% | 32,227 | | 9,328,807 |
| 07/01/08 | 07/18/08 | | 9,034,466.25 | 18 | 4.34% | 19,336 | | 9,250,388 |
| | | $ 7,800,811 | | | | $ 1,547,332 | | $ 9,348,143 |

Note:
(1) Monthly costs do not accumulate interest until the beginning of the next month.
(2) Interest Compounded Annually on 9/30, the end of each fiscal year

Boarhead Farms
Interest Calculation
Costs Related to EPA Reimbursement OU2

| Time Period | | Amount (1) | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|
| Beginning | End | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |
| | | $ - | | | | | |
| 06/18/02 | 06/30/02 | | - | 13 | 3.35% | - | - |
| 07/01/02 | 07/31/02 | | - | 31 | 3.35% | - | - |
| 08/01/02 | 08/31/02 | | - | 31 | 3.35% | - | - |
| 09/01/02 | 09/30/02 | | - | 30 | 3.35% | - | - |
| 10/01/02 | 10/31/02 | | - | 31 | 1.47% | - | - |
| 11/01/02 | 11/30/02 | | - | 30 | 1.47% | - | - |
| 12/01/02 | 12/31/02 | | - | 31 | 1.47% | - | - |
| 01/01/03 | 01/31/03 | | - | 31 | 1.47% | - | - |
| 02/01/03 | 02/28/03 | | - | 28 | 1.47% | - | - |
| 03/01/03 | 03/31/03 | | - | 31 | 1.47% | - | - |
| 04/01/03 | 04/30/03 | | - | 30 | 1.47% | - | - |
| 05/01/03 | 05/31/03 | | - | 31 | 1.47% | - | - |
| 06/01/03 | 06/30/03 | | - | 30 | 1.47% | - | - |
| 07/01/03 | 07/31/03 | | - | 31 | 1.47% | - | - |
| 08/01/03 | 08/30/03 | | - | 30 | 1.47% | - | - |
| 08/31/03 | 09/30/03 | 133,327.41 | - | 31 | 1.47% | - | 133,327 |
| 10/01/03 | 10/31/03 | | 133,327.41 | 31 | 1.27% | 144 | 133,471 |
| 11/01/03 | 11/30/03 | | 133,327.41 | 30 | 1.27% | 139 | 133,610 |
| 12/01/03 | 12/31/03 | | 133,327.41 | 31 | 1.27% | 144 | 133,754 |
| 01/01/04 | 01/31/04 | | 133,327.41 | 31 | 1.27% | 144 | 133,898 |
| 02/01/04 | 02/29/04 | | 133,327.41 | 29 | 1.27% | 135 | 134,033 |
| 03/01/04 | 03/31/04 | | 133,327.41 | 31 | 1.27% | 144 | 134,176 |
| 04/01/04 | 04/30/04 | | 133,327.41 | 30 | 1.27% | 139 | 134,316 |
| 05/01/04 | 05/31/04 | | 133,327.41 | 31 | 1.27% | 144 | 134,459 |
| 06/01/04 | 06/30/04 | | 133,327.41 | 30 | 1.27% | 139 | 134,599 |
| 07/01/04 | 07/31/04 | | 133,327.41 | 31 | 1.27% | 144 | 134,742 |
| 08/01/04 | 08/30/04 | | 133,327.41 | 30 | 1.27% | 139 | 134,881 |
| 08/31/04 | 09/30/04 | 120,958.65 | 133,327.41 | 31 | 1.27% | 144 | 255,984 |
| 10/01/04 | 10/31/04 | | 255,983.96 | 31 | 2.21% | 480 | 256,464 |
| 11/01/04 | 11/30/04 | | 255,983.96 | 30 | 2.21% | 465 | 256,929 |
| 12/01/04 | 12/31/04 | | 255,983.96 | 31 | 2.21% | 480 | 257,410 |
| 01/01/05 | 01/31/05 | | 255,983.96 | 31 | 2.21% | 480 | 257,890 |
| 02/01/05 | 02/28/05 | | 255,983.96 | 28 | 2.21% | 434 | 258,324 |
| 03/01/05 | 03/31/05 | | 255,983.96 | 31 | 2.21% | 480 | 258,805 |
| 04/01/05 | 04/30/05 | | 255,983.96 | 30 | 2.21% | 465 | 259,270 |
| 05/01/05 | 05/31/05 | | 255,983.96 | 31 | 2.21% | 480 | 259,750 |
| 06/01/05 | 06/30/05 | | 255,983.96 | 30 | 2.21% | 465 | 260,215 |
| 07/01/05 | 07/31/05 | | 255,983.96 | 31 | 2.21% | 480 | 260,696 |
| 08/01/05 | 08/31/05 | 71,695.27 | 255,983.96 | 31 | 2.21% | 480 | 332,871 |
| 09/01/05 | 09/30/05 | | 327,679.23 | 30 | 2.21% | 595 | 333,467 |
| 10/01/05 | 10/31/05 | | 333,466.70 | 31 | 4.11% | 1,164 | 334,631 |
| 11/01/05 | 11/30/05 | | 333,466.70 | 30 | 4.11% | 1,126 | 335,757 |
| 12/01/05 | 12/31/05 | | 333,466.70 | 31 | 4.11% | 1,164 | 336,921 |
| 01/01/06 | 01/31/06 | | 333,466.70 | 31 | 4.11% | 1,164 | 338,085 |
| 02/01/06 | 02/28/06 | | 333,466.70 | 28 | 4.11% | 1,051 | 339,137 |
| 03/01/06 | 03/31/06 | | 333,466.70 | 31 | 4.11% | 1,164 | 340,301 |
| 04/01/06 | 04/30/06 | | 333,466.70 | 30 | 4.11% | 1,126 | 341,427 |
| 05/01/06 | 05/31/06 | | 333,466.70 | 31 | 4.11% | 1,164 | 342,591 |
| 06/01/06 | 06/30/06 | | 333,466.70 | 30 | 4.11% | 1,126 | 343,718 |
| 07/01/06 | 07/31/06 | | 333,466.70 | 31 | 4.11% | 1,164 | 344,882 |
| 08/01/06 | 08/31/06 | | 333,466.70 | 31 | 4.11% | 1,164 | 346,046 |
| 09/01/06 | 09/30/06 | | 333,466.70 | 30 | 4.11% | 1,126 | 347,172 |
| 10/01/06 | 10/31/06 | | 347,172.18 | 31 | 5.02% | 1,480 | 348,652 |
| 11/01/06 | 11/30/06 | | 347,172.18 | 30 | 5.02% | 1,432 | 350,085 |
| 12/01/06 | 12/31/06 | | 347,172.18 | 31 | 5.02% | 1,480 | 351,565 |
| 01/01/07 | 01/31/07 | | 347,172.18 | 31 | 5.02% | 1,480 | 353,045 |
| 02/01/07 | 02/28/07 | 10,564.97 | 347,172.18 | 28 | 5.02% | 1,337 | 364,947 |
| 03/01/07 | 03/31/07 | | 357,737.15 | 31 | 5.02% | 1,525 | 366,472 |
| 04/01/07 | 04/30/07 | | 357,737.15 | 30 | 5.02% | 1,476 | 367,948 |
| 05/01/07 | 05/31/07 | | 357,737.15 | 31 | 5.02% | 1,525 | 369,474 |
| 06/01/07 | 06/30/07 | | 357,737.15 | 30 | 5.02% | 1,476 | 370,950 |

Boarhead Farms
Interest Calculation
Costs Related to EPA Reimbursement OU2

| Time Period Beginning | Time Period End | Amount (1) | Calculation of Interest Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | Total Costs With Interest |
|---|---|---|---|---|---|---|---|
| 07/01/07 | 07/31/07 | | 357,737.15 | 31 | 5.02% | 1,525 | 372,475 |
| 08/01/07 | 08/31/07 | | 357,737.15 | 31 | 5.02% | 1,525 | 374,000 |
| 09/01/07 | 09/30/07 | | 357,737.15 | 30 | 5.02% | 1,476 | 375,476 |
| 10/01/07 | 10/31/07 | | 375,476.15 | 31 | 4.34% | 1,384 | 376,860 |
| 11/01/07 | 11/30/07 | | 375,476.15 | 30 | 4.34% | 1,339 | 378,200 |
| 12/01/07 | 12/31/07 | | 375,476.15 | 31 | 4.34% | 1,384 | 379,584 |
| 01/01/08 | 01/31/08 | | 375,476.15 | 31 | 4.34% | 1,384 | 380,968 |
| 02/01/08 | 02/29/08 | | 375,476.15 | 29 | 4.34% | 1,295 | 382,262 |
| 03/01/08 | 03/31/08 | | 375,476.15 | 31 | 4.34% | 1,384 | 383,646 |
| 04/01/08 | 04/30/08 | | 375,476.15 | 30 | 4.34% | 1,339 | 384,986 |
| 05/01/08 | 05/31/08 | | 375,476.15 | 31 | 4.34% | 1,384 | 386,370 |
| 06/01/08 | 06/30/08 | | 375,476.15 | 30 | 4.34% | 1,339 | 387,709 |
| 07/01/08 | 07/18/08 | | 375,476.15 | 18 | 4.34% | 804 | 384,450 |
| | | $ 336,546 | | | | $ 51,966 | $ 388,513 |

**Note:**
(1) Monthly costs do not accumulate interest until the beginning of the next month.
(2) Interest Compounded Annually on 9/30, the end of each fiscal year