IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-cv-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
|     Defendants. | : | |

ORDER

AND NOW, this 4th day of August 2008, upon consideration of defendant Carpenter's informal request for leave to file a reply to plaintiffs' Proposed Findings of Fact and Conclusions of Law, it is ORDERED that the request is GRANTED. Either party may file a reply to the opposing party's Proposed Findings of Fact and Conclusions of Law by Friday, August 8, 2008. Any such reply shall not to exceed ten (10) pages.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.