IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED ENVIRONMENTAL | : | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

ORDER

AND NOW, this 19th day of August 2008, it is ORDERED that defendant Carpenter Technology shall respond to plaintiffs' prejudgment interest calculations, if at all, by Thursday, August 21, 2008.

BY THE COURT:

/S/LEGROME D. DAVIS

_____Legrome D. Davis, J.