Law Offices
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
PLAZA 1000, SUITE 500
MAIN STREET
VOORHEES, NEW JERSEY 08043-4636
856-761-3400
FAX: 856-761-1020
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
BETHESDA, MD
DENVER, CO
LAS VEGAS, NV
PHOENIX, AZ
SALT LAKE CITY, UT
WASHINGTON, DC
WILMINGTON, DE

PARTNER RESPONSIBLE FOR
VOORHEES, NJ PRACTICE
BENJAMIN A. LEVIN

GLENN A. HARRIS
DIRECT DIAL: 856-761-3440
PERSONAL FAX: 856-761-9001
HARRISG@BALLARDSPAHR.COM

August 20, 2008

**By Hand Delivery**

The Honorable Legrome D. Davis, USDJ
United States District Court
5918 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:   *Agere Systems, Inc., et al. v. Advanced Environmental Techn. Corp. et al.*
            *No. 02-3830*

Dear Judge Davis:

      I have enclosed an interest calculation revised in accordance with Your Honor's instructions in the August 18, 2008 Findings of Fact and Conclusions of Law. Interest is calculated in accordance with CERCLA at the Superfund rate from the date of the Complaint or the date of the expenditure, whichever occurred later. Specifically, interest begins running on response costs incurred prior to June 18, 2002 as if those costs were incurred on that date and on costs incurred after June 18, 2002 as of the date the invoice for those costs was paid. The "past costs" date of December 31, 2007 and amounts of response costs stipulated by the parties to have been incurred as of that date included a few invoices for costs for work in 2007 but actually paid in early 2008. Interest is included up to August 22, 2008, which is the date the final judgment is expected to be entered.

      The actual amount of each response costs payment was reduced by 20% so that the interest is calculated only on 80% of that payment. This revision is reflected under the column entitled "80% of Costs." The response costs payments for OU-1 work and one of the payments to EPA for its past costs were first reduced to reflect the fact that those payments were made from OU-1 group accounts, and thus partially funded by NRM Investment Company and Worthington Industries. We determined the percentage of those costs that were paid by NRM and Worthington using the Facts Stipulated by All Parties and reduced each payment by that percentage so that interest is not calculated on any sums paid by NRM or Worthington. This

DMEAST #10100091 v1

The Honorable Legrome D. Davis, USDJ
August 20, 2008
Page 2

revision is reflected on the attached interest calculation under the column entitled "NRM/Worthington Adjustment."

Respectfully submitted,

*[signature]*

Glenn A. Harris

GAH/dmn
Enclosure

cc w/encl.:   Lynn Wright, Esquire (*via e-mail*)
Christopher R. Booth Jr., Esquire (*via e-mail*)

**Boarhead Farms**
**Costs Incurred through 12/31/07 and Paid through 2/27/08**
**Interest Calculated through 8/22/08**

| Trust Account No. | Description of Work | Costs Incurred through 12/31/07 & Paid through 2/27/08 | NRM / Worthington Adjustment | 80% of Costs Paid after NRM / Worthington Adjustment | Interest Calculated through 8/22/08 | Total |
|---|---|---|---|---|---|---|
| 1301 / 401 | Costs for OU-1 RA/RD Technical | 3,949,575 | (555,251) | 2,715,459 | 431,574 | 4,381,149 |
| 1304 / 404 | Costs for OU2 RA/RD Technical | 2,283,960 | - | 1,827,168 | 394,161 | 2,678,121 |
| 1305 / 402 | Costs for EPA Past Costs and OU1 Oversight | 7,811,376 | (100,142) | 6,168,987 | 1,198,105 | 9,009,481 |
| 1306 / 405 | Costs for EPA OU2 Oversight | 325,981 | - | 260,785 | 40,682 | 366,663 |
| | **Total Costs** | $ 14,370,892 | $ (655,393) | $ 10,972,399 | $ 2,064,521 | $ 16,435,414 |

Boarhead Farms
Interest Calculation
Costs for OU-1 RA/RD Technical

| Time Period Beginning | End | Amount (1) | NRM Worthington Adjustment (3) | 80% of Costs | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | Total Costs With Interest |
|---|---|---|---|---|---|---|---|---|---|
| 06/18/02 | 06/30/02 | $ 1,883,266.05 | $ (264,758.94) | $ 1,294,805.69 | 1,294,805.69 | 13 | 3.35% | 1,545 | 1,884,811 |
| 07/01/02 | 07/31/02 | 35,763.65 | (5,027.83) | 24,588.65 | 1,294,805.69 | 31 | 3.35% | 3,684 | 1,924,259 |
| 08/01/02 | 08/31/02 | 10,393.60 | (1,461.18) | 7,145.93 | 1,319,394.34 | 31 | 3.35% | 3,754 | 1,938,406 |
| 09/01/02 | 09/30/02 | 60,795.47 | (8,546.93) | 41,798.83 | 1,326,540.27 | 30 | 3.35% | 3,653 | 2,002,854 |
| 10/01/02 | 10/31/02 | 56,957.36 | (8,007.35) | 39,160.01 | 1,380,974.47 | 31 | 1.47% | 1,724 | 2,061,536 |
| 11/01/02 | 11/30/02 | 33,630.25 | (4,727.91) | 23,121.87 | 1,420,134.48 | 30 | 1.47% | 1,716 | 2,096,882 |
| 12/01/02 | 12/31/02 | | | | 1,443,256.35 | 31 | 1.47% | 1,802 | 2,098,684 |
| 01/01/03 | 01/31/03 | 49,580.03 | (6,970.21) | 34,087.86 | 1,443,256.35 | 31 | 1.47% | 1,802 | 2,150,066 |
| 02/01/03 | 02/28/03 | 31,854.92 | (4,478.32) | 21,901.28 | 1,477,344.21 | 28 | 1.47% | 1,656 | 2,183,586 |
| 03/01/03 | 03/31/03 | 5,472.05 | (769.29) | 3,762.21 | 1,499,245.48 | 31 | 1.47% | 1,872 | 2,190,930 |
| 04/01/03 | 04/30/03 | 23,340.24 | (3,281.29) | 16,047.16 | 1,503,007.69 | 30 | 1.47% | 1,816 | 2,216,086 |
| 05/01/03 | 05/31/03 | 59,174.82 | (8,319.09) | 40,684.58 | 1,519,054.86 | 31 | 1.47% | 1,897 | 2,277,158 |
| 06/01/03 | 06/30/03 | 23,544.23 | (3,309.97) | 16,187.41 | 1,559,739.44 | 30 | 1.47% | 1,885 | 2,302,587 |
| 07/01/03 | 07/31/03 | | | | 1,575,926.85 | 31 | 1.47% | 1,968 | 2,304,554 |
| 08/01/03 | 08/30/03 | | | | 1,575,926.85 | 30 | 1.47% | 1,904 | 2,306,458 |
| 08/31/03 | 09/30/03 | 53,591.91 | (7,534.22) | 36,846.15 | 1,575,926.85 | 31 | 1.47% | 1,968 | 2,362,018 |
| 10/01/03 | 10/31/03 | 2,173.51 | (305.56) | 1,494.36 | 1,620,496.64 | 31 | 1.27% | 1,748 | 2,365,939 |
| 11/01/03 | 11/30/03 | 29,401.92 | (4,133.47) | 20,214.76 | 1,621,991.00 | 30 | 1.27% | 1,693 | 2,397,034 |
| 12/01/03 | 12/31/03 | 32,431.93 | (4,559.44) | 22,297.99 | 1,642,205.76 | 31 | 1.27% | 1,771 | 2,431,237 |
| 01/01/04 | 01/31/04 | | | | 1,664,503.75 | 31 | 1.27% | 1,795 | 2,433,033 |
| 02/01/04 | 02/29/04 | 52,364.18 | (7,361.62) | 36,002.05 | 1,664,503.75 | 29 | 1.27% | 1,680 | 2,487,076 |
| 03/01/04 | 03/31/04 | | | | 1,700,505.80 | 31 | 1.27% | 1,834 | 2,488,911 |
| 04/01/04 | 04/30/04 | | | | 1,700,505.80 | 30 | 1.27% | 1,775 | 2,490,686 |
| 05/01/04 | 05/31/04 | 135,695.76 | (19,076.79) | 93,295.18 | 1,700,505.80 | 31 | 1.27% | 1,834 | 2,628,216 |
| 06/01/04 | 06/30/04 | 18,376.47 | (2,583.46) | 12,634.41 | 1,793,800.98 | 30 | 1.27% | 1,872 | 2,648,465 |
| 07/01/04 | 07/31/04 | | | | 1,806,435.39 | 31 | 1.27% | 1,948 | 2,650,413 |
| 08/01/04 | 08/30/04 | 34,327.52 | (4,825.93) | 23,601.27 | 1,806,435.39 | 30 | 1.27% | 1,886 | 2,686,626 |
| 08/31/04 | 09/30/04 | 121,309.41 | (17,054.28) | 83,404.10 | 1,830,036.66 | 31 | 1.27% | 1,974 | 2,809,910 |
| 10/01/04 | 10/31/04 | | | | 1,921,121.23 | 31 | 2.21% | 3,606 | 2,813,515 |
| 11/01/04 | 11/30/04 | | | | 1,921,121.23 | 30 | 2.21% | 3,490 | 2,817,005 |
| 12/01/04 | 12/31/04 | | | | 1,921,121.23 | 31 | 2.21% | 3,606 | 2,820,611 |
| 01/01/05 | 01/31/05 | 145,469.75 | (20,450.86) | 100,015.11 | 1,921,121.23 | 31 | 2.21% | 3,606 | 2,969,687 |
| 02/01/05 | 02/28/05 | | | | 2,021,136.34 | 28 | 2.21% | 3,427 | 2,973,113 |
| 03/01/05 | 03/31/05 | | | | 2,021,136.34 | 31 | 2.21% | 3,794 | 2,976,907 |
| 04/01/05 | 04/30/05 | | | | 2,021,136.34 | 30 | 2.21% | 3,671 | 2,980,578 |
| 05/01/05 | 05/31/05 | | | | 2,021,136.34 | 31 | 2.21% | 3,794 | 2,984,372 |
| 06/01/05 | 06/30/05 | 103,514.51 | (14,552.59) | 71,169.54 | 2,021,136.34 | 30 | 2.21% | 3,671 | 3,091,557 |
| 07/01/05 | 07/31/05 | 9,333.36 | (1,312.13) | 6,416.98 | 2,092,305.87 | 31 | 2.21% | 3,927 | 3,104,818 |
| 08/01/05 | 08/31/05 | 67,326.64 | (9,465.12) | 46,289.22 | 2,098,722.86 | 31 | 2.21% | 3,939 | 3,176,084 |
| 09/01/05 | 09/30/05 | 804.83 | (113.15) | 553.35 | 2,145,012.08 | 30 | 2.21% | 3,896 | 3,180,785 |
| 10/01/05 | 10/31/05 | | | | 2,160,999.48 | 31 | 4.11% | 7,543 | 3,188,328 |
| 11/01/05 | 11/30/05 | 56,710.67 | (7,972.67) | 38,990.40 | 2,160,999.48 | 30 | 4.11% | 7,300 | 3,252,339 |
| 12/01/05 | 12/31/05 | 71,763.35 | (10,088.85) | 49,339.60 | 2,199,989.88 | 31 | 4.11% | 7,679 | 3,331,782 |
| 01/01/06 | 01/31/06 | 10,376.46 | (1,458.77) | 7,134.15 | 2,249,329.48 | 31 | 4.11% | 7,852 | 3,350,010 |
| 02/01/06 | 02/28/06 | | | | 2,256,463.63 | 28 | 4.11% | 7,114 | 3,357,124 |
| 03/01/06 | 03/31/06 | 66,913.40 | (9,407.02) | 46,005.10 | 2,256,463.63 | 31 | 4.11% | 7,877 | 3,431,915 |
| 04/01/06 | 04/30/06 | | | | 2,302,468.73 | 30 | 4.11% | 7,778 | 3,439,692 |
| 05/01/06 | 05/31/06 | | | | 2,302,468.73 | 31 | 4.11% | 8,037 | 3,447,730 |
| 06/01/06 | 06/30/06 | 73,509.42 | (10,334.32) | 50,540.08 | 2,302,468.73 | 30 | 4.11% | 7,778 | 3,529,017 |
| 07/01/06 | 07/31/06 | | | | 2,353,008.81 | 31 | 4.11% | 8,214 | 3,537,231 |
| 08/01/06 | 08/31/06 | | | | 2,353,008.81 | 31 | 4.11% | 8,214 | 3,545,444 |
| 09/01/06 | 09/30/06 | | | | 2,353,008.81 | 30 | 4.11% | 7,949 | 3,553,393 |
| 10/01/06 | 10/31/06 | 157,965.83 | (22,207.62) | 108,606.56 | 2,385,162.62 | 31 | 5.02% | 10,169 | 3,721,528 |
| 11/01/06 | 11/30/06 | | | | 2,493,769.19 | 30 | 5.02% | 10,289 | 3,731,817 |
| 12/01/06 | 12/31/06 | 15,473.85 | (2,175.39) | 10,638.77 | 2,493,769.19 | 31 | 5.02% | 10,632 | 3,757,924 |
| 01/01/07 | 01/31/07 | 54,341.69 | (7,639.63) | 37,361.65 | 2,504,407.95 | 31 | 5.02% | 10,678 | 3,822,943 |
| 02/01/07 | 02/28/07 | | | | 2,541,769.61 | 28 | 5.02% | 9,788 | 3,832,731 |
| 03/01/07 | 03/31/07 | | | | 2,541,769.61 | 31 | 5.02% | 10,837 | 3,843,568 |
| 04/01/07 | 04/30/07 | 109,607.59 | (15,409.18) | 75,358.73 | 2,541,769.61 | 30 | 5.02% | 10,487 | 3,963,663 |
| 05/01/07 | 05/31/07 | 17,564.38 | (2,469.29) | 12,076.07 | 2,617,128.33 | 31 | 5.02% | 11,158 | 3,992,386 |
| 06/01/07 | 06/30/07 | | | | 2,629,204.41 | 30 | 5.02% | 10,848 | 4,003,234 |
| 07/01/07 | 07/31/07 | 4,386.41 | (616.66) | 3,015.80 | 2,629,204.41 | 31 | 5.02% | 11,210 | 4,018,830 |
| 08/01/07 | 08/31/07 | 75,822.87 | (10,659.56) | 52,130.65 | 2,632,220.20 | 31 | 5.02% | 11,223 | 4,105,876 |
| 09/01/07 | 09/30/07 | 2,440.00 | (343.03) | 1,677.58 | 2,684,350.85 | 30 | 5.02% | 11,076 | 4,119,391 |
| 10/01/07 | 10/31/07 | 22,668.02 | (3,186.78) | 15,584.99 | 2,730,384.71 | 31 | 4.34% | 10,064 | 4,152,124 |
| 11/01/07 | 11/30/07 | 28,267.38 | (3,973.97) | 19,434.73 | 2,745,969.70 | 30 | 4.34% | 9,795 | 4,190,186 |
| 12/01/07 | 12/31/07 | 34,752.67 | (4,885.70) | 23,893.57 | 2,765,404.43 | 31 | 4.34% | 10,193 | 4,235,132 |
| 01/01/08 | 01/31/08 | | | | 2,789,298.00 | 31 | 4.34% | 10,281 | 4,245,414 |
| 02/01/08 | 02/29/08 | 67,116.88 | (9,435.63) | 46,145.00 | 2,789,298.00 | 29 | 4.34% | 9,618 | 4,322,149 |
| 03/01/08 | 03/31/08 | | | | 2,835,443.01 | 31 | 4.34% | 10,452 | 4,332,600 |
| 04/01/08 | 04/30/08 | | | | 2,835,443.01 | 30 | 4.34% | 10,114 | 4,342,715 |
| 05/01/08 | 05/31/08 | | | | 2,835,443.01 | 31 | 4.34% | 10,452 | 4,353,166 |
| 06/01/08 | 06/30/08 | | | | 2,835,443.01 | 30 | 4.34% | 10,114 | 4,363,281 |
| 07/01/08 | 07/31/08 | | | | 2,835,443.01 | 31 | 4.34% | 10,452 | 4,373,732 |
| 08/01/08 | 08/22/08 | | | | 2,835,443.01 | 22 | 4.34% | 7,417 | 4,340,017 |
| | | $ 3,949,575 | $ (555,251) | $ 2,715,459 | | | | $ 431,574 | $ 4,381,149 |

Note:
(1) Monthly costs do not accumulate interest until the beginning of the next month.
(2) Interest Compounded Annually on 9/30, the end of each fiscal year
(3) The NRM Worthington adjustment was calculated at 14.06% ($555,251 / $3,949,575) of all costs related to OU-1 RA/RD Technical

Boarhead Farms
Interest Calculation
Costs for OU-1 RA/RD Technical

| Time Period | | Amount (1) | NRM Worthington Adjustment (3) | 80% of Costs | Calculation of Interest | | | | Total Costs With Interest |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beginning | End | | | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |

Boarhead Farms
Interest Calculation
Costs for OU2 RA/RD Technical

| Time Period | | Amount (1) | NRM Worthington Adjustment | 80% of Costs | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|---|---|
| Beginning | End | | | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |
| | | $ 59,106.26 | | $ 47,285.01 | | | | | |
| 06/18/02 | 06/30/02 | | | | 59,106.26 | 13 | 3.35% | 71 | 59,177 |
| 07/01/02 | 07/31/02 | 8,559.98 | | 6,847.98 | 59,106.26 | 31 | 3.35% | 168 | 67,905 |
| 08/01/02 | 08/31/02 | 4,581.71 | - | 3,665.37 | 67,666.24 | 31 | 3.35% | 193 | 72,679 |
| 09/01/02 | 09/30/02 | 39,886.24 | - | 31,908.99 | 72,247.95 | 30 | 3.35% | 199 | 112,764 |
| 10/01/02 | 10/31/02 | 14,977.20 | - | 11,981.76 | 112,764.34 | 31 | 1.47% | 141 | 127,882 |
| 11/01/02 | 11/30/02 | 43,656.89 | - | 34,925.51 | 127,741.54 | 30 | 1.47% | 154 | 171,694 |
| 12/01/02 | 12/31/02 | | | | 171,398.43 | 31 | 1.47% | 214 | 171,908 |
| 01/01/03 | 01/31/03 | 40,971.04 | | 32,776.83 | 171,398.43 | 31 | 1.47% | 214 | 213,093 |
| 02/01/03 | 02/28/03 | 9,984.48 | | 7,987.58 | 212,369.47 | 28 | 1.47% | 239 | 223,317 |
| 03/01/03 | 03/31/03 | 10,560.30 | | 8,448.24 | 222,353.95 | 31 | 1.47% | 278 | 234,154 |
| 04/01/03 | 04/30/03 | 10,800.00 | | 8,640.00 | 232,914.25 | 30 | 1.47% | 281 | 245,236 |
| 05/01/03 | 05/31/03 | 14,972.28 | | 11,977.82 | 243,714.25 | 31 | 1.47% | 304 | 260,512 |
| 06/01/03 | 06/30/03 | 7,909.98 | | 6,327.98 | 258,686.53 | 30 | 1.47% | 313 | 268,735 |
| 07/01/03 | 07/31/03 | 282,818.05 | | 226,254.44 | 266,596.51 | 31 | 1.47% | 333 | 551,886 |
| 08/01/03 | 08/30/03 | 170,724.51 | | 136,579.61 | 549,414.56 | 30 | 1.47% | 664 | 723,274 |
| 08/31/03 | 09/30/03 | 319,384.62 | | 255,507.70 | 720,139.07 | 31 | 1.47% | 899 | 1,043,558 |
| 10/01/03 | 10/31/03 | 53,117.18 | | 42,493.74 | 1,043,557.86 | 31 | 1.27% | 1,126 | 1,097,801 |
| 11/01/03 | 11/30/03 | 292,415.83 | | 233,932.66 | 1,096,675.04 | 30 | 1.27% | 1,145 | 1,391,361 |
| 12/01/03 | 12/31/03 | 28,284.27 | | 22,627.42 | 1,389,090.87 | 31 | 1.27% | 1,498 | 1,421,144 |
| 01/01/04 | 01/31/04 | | | | 1,417,375.14 | 31 | 1.27% | 1,529 | 1,422,673 |
| 02/01/04 | 02/29/04 | 39,796.59 | | 31,837.27 | 1,417,375.14 | 29 | 1.27% | 1,430 | 1,463,899 |
| 03/01/04 | 03/31/04 | | | | 1,457,171.73 | 31 | 1.27% | 1,572 | 1,465,471 |
| 04/01/04 | 04/30/04 | 567,248.90 | | 453,799.12 | 1,457,171.73 | 30 | 1.27% | 1,521 | 2,034,241 |
| 05/01/04 | 05/31/04 | 41,409.28 | | 33,127.42 | 2,024,420.63 | 31 | 1.27% | 2,184 | 2,077,834 |
| 06/01/04 | 06/30/04 | 5,621.81 | | 4,497.45 | 2,065,829.91 | 30 | 1.27% | 2,156 | 2,085,612 |
| 07/01/04 | 07/31/04 | | | | 2,071,451.72 | 31 | 1.27% | 2,234 | 2,087,847 |
| 08/01/04 | 08/30/04 | | | | 2,071,451.72 | 30 | 1.27% | 2,152 | 2,090,009 |
| 08/31/04 | 09/30/04 | 39,738.30 | | 31,790.64 | 2,071,451.72 | 31 | 1.27% | 2,234 | 2,131,981 |
| 10/01/04 | 10/31/04 | | | | 2,131,981.41 | 31 | 2.21% | 4,002 | 2,135,983 |
| 11/01/04 | 11/30/04 | | | | 2,131,981.41 | 30 | 2.21% | 3,873 | 2,139,856 |
| 12/01/04 | 12/31/04 | | | | 2,131,981.41 | 31 | 2.21% | 4,002 | 2,143,857 |
| 01/01/05 | 01/31/05 | 1,508.67 | | 1,206.94 | 2,131,981.41 | 31 | 2.21% | 4,002 | 2,149,368 |
| 02/01/05 | 02/28/05 | | | | 2,133,490.08 | 28 | 2.21% | 3,617 | 2,152,985 |
| 03/01/05 | 03/31/05 | | | | 2,133,490.08 | 31 | 2.21% | 4,005 | 2,156,989 |
| 04/01/05 | 04/30/05 | | | | 2,133,490.08 | 30 | 2.21% | 3,875 | 2,160,865 |
| 05/01/05 | 05/31/05 | 173,761.12 | | 139,008.90 | 2,133,490.08 | 31 | 2.21% | 4,005 | 2,338,630 |
| 06/01/05 | 06/30/05 | 189.53 | | 151.62 | 2,307,251.20 | 30 | 2.21% | 4,191 | 2,343,011 |
| 07/01/05 | 07/31/05 | | | | 2,307,440.73 | 31 | 2.21% | 4,331 | 2,347,342 |
| 08/01/05 | 08/31/05 | | | | 2,307,440.73 | 31 | 2.21% | 4,331 | 2,351,673 |
| 09/01/05 | 09/30/05 | | | | 2,307,440.73 | 30 | 2.21% | 4,191 | 2,355,864 |
| 10/01/05 | 10/31/05 | | | | 2,355,864.23 | 31 | 4.11% | 8,224 | 2,364,088 |
| 11/01/05 | 11/30/05 | | | | 2,355,864.23 | 30 | 4.11% | 7,958 | 2,372,046 |
| 12/01/05 | 12/31/05 | | | | 2,355,864.23 | 31 | 4.11% | 8,224 | 2,380,270 |
| 01/01/06 | 01/31/06 | 153.83 | | 123.06 | 2,355,864.23 | 31 | 4.11% | 8,224 | 2,388,647 |
| 02/01/06 | 02/28/06 | | | | 2,356,018.06 | 28 | 4.11% | 7,428 | 2,396,075 |
| 03/01/06 | 03/31/06 | 462.01 | | 369.61 | 2,356,018.06 | 31 | 4.11% | 8,224 | 2,404,761 |
| 04/01/06 | 04/30/06 | | | | 2,356,480.07 | 30 | 4.11% | 7,960 | 2,412,722 |
| 05/01/06 | 05/31/06 | | | | 2,356,480.07 | 31 | 4.11% | 8,226 | 2,420,948 |
| 06/01/06 | 06/30/06 | 267.76 | | 214.21 | 2,356,480.07 | 30 | 4.11% | 7,960 | 2,429,176 |
| 07/01/06 | 07/31/06 | | | | 2,356,747.83 | 31 | 4.11% | 8,227 | 2,437,402 |
| 08/01/06 | 08/31/06 | | | | 2,356,747.83 | 31 | 4.11% | 8,227 | 2,445,629 |
| 09/01/06 | 09/30/06 | | | | 2,356,747.83 | 30 | 4.11% | 7,961 | 2,453,590 |
| 10/01/06 | 10/31/06 | | | | 2,453,590.34 | 31 | 5.02% | 10,461 | 2,464,051 |
| 11/01/06 | 11/30/06 | | | | 2,453,590.34 | 30 | 5.02% | 10,124 | 2,474,175 |
| 12/01/06 | 12/31/06 | | | | 2,453,590.34 | 31 | 5.02% | 10,461 | 2,484,636 |
| 01/01/07 | 01/31/07 | 1,091.16 | | 872.93 | 2,453,590.34 | 31 | 5.02% | 10,461 | 2,496,188 |
| 02/01/07 | 02/28/07 | | | | 2,454,681.50 | 28 | 5.02% | 9,453 | 2,505,641 |
| 03/01/07 | 03/31/07 | | | | 2,454,681.50 | 31 | 5.02% | 10,466 | 2,516,107 |
| 04/01/07 | 04/30/07 | | | | 2,454,681.50 | 30 | 5.02% | 10,128 | 2,526,235 |
| 05/01/07 | 05/31/07 | | | | 2,454,681.50 | 31 | 5.02% | 10,466 | 2,536,701 |
| 06/01/07 | 06/30/07 | | | | 2,454,681.50 | 30 | 5.02% | 10,128 | 2,546,829 |
| 07/01/07 | 07/31/07 | | | | 2,454,681.50 | 31 | 5.02% | 10,466 | 2,557,294 |
| 08/01/07 | 08/31/07 | | | | 2,454,681.50 | 31 | 5.02% | 10,466 | 2,567,760 |
| 09/01/07 | 09/30/07 | | | | 2,454,681.50 | 30 | 5.02% | 10,128 | 2,577,888 |
| 10/01/07 | 10/31/07 | | | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,587,390 |
| 11/01/07 | 11/30/07 | | | | 2,577,888.05 | 30 | 4.34% | 9,196 | 2,596,586 |
| 12/01/07 | 12/31/07 | | | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,606,088 |
| 01/01/08 | 01/31/08 | | | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,615,590 |
| 02/01/08 | 02/29/08 | | | | 2,577,888.05 | 29 | 4.34% | 8,889 | 2,624,479 |
| 03/01/08 | 03/31/08 | | | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,633,981 |
| 04/01/08 | 04/30/08 | | | | 2,577,888.05 | 30 | 4.34% | 9,196 | 2,643,177 |
| 05/01/08 | 05/31/08 | | | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,652,679 |
| 06/01/08 | 06/30/08 | | | | 2,577,888.05 | 30 | 4.34% | 9,196 | 2,661,875 |
| 07/01/08 | 07/31/08 | | | | 2,577,888.05 | 31 | 4.34% | 9,502 | 2,671,377 |
| 08/01/08 | 08/22/08 | | | | 2,577,888.05 | 22 | 4.34% | 6,743 | 2,640,725 |
| | | $ 2,283,960 | $ - | $ 1,827,168 | | | | $ 394,161 | $ 2,678,121 |

Note:
(1) Monthly costs do not accumulate interest until the beginning of the next month.
(2) Interest Compounded Annually on 9/30, the end of each fiscal year

**Boarhead Farms**
**Interest Calculation**
Costs for OU2 RA/RD Technical

| Time Period | | Amount (1) | NRM Worthington Adjustment | 80% of Costs | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|---|---|
| Beginning | End | | | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |

Boarhead Farms
Interest Calculation
Costs for EPA Past Costs and OU1 Oversight

| Time Period | | Amount (1) | NRM Worthington Adjustment | 80% of Costs | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|---|---|
| Beginning | End | | | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |
| 06/18/02 | 06/30/02 | $ 7,478,614.80 | $ (55,421.62) | $ 5,938,554.54 | 5,938,554.54 | 13 | 3.35% | 7,086 | 7,485,700 |
| 07/01/02 | 07/31/02 | 38,993.30 | (5,199.10) | 27,035.36 | 5,938,554.54 | 31 | 3.35% | 16,896 | 7,541,590 |
| 08/01/02 | 08/31/02 | | | | 5,965,589.90 | 31 | 3.35% | 16,973 | 7,558,563 |
| 09/01/02 | 09/30/02 | | | | 5,965,589.90 | 30 | 3.35% | 16,426 | 7,574,989 |
| 10/01/02 | 10/31/02 | | | | 6,022,971.03 | 31 | 1.47% | 7,520 | 7,582,509 |
| 11/01/02 | 11/30/02 | | | | 6,022,971.03 | 30 | 1.47% | 7,277 | 7,589,786 |
| 12/01/02 | 12/31/02 | | | | 6,022,971.03 | 31 | 1.47% | 7,520 | 7,597,306 |
| 01/01/03 | 01/31/03 | | | | 6,022,971.03 | 31 | 1.47% | 7,520 | 7,604,825 |
| 02/01/03 | 02/28/03 | | | | 6,022,971.03 | 28 | 1.47% | 6,792 | 7,611,617 |
| 03/01/03 | 03/31/03 | | | | 6,022,971.03 | 31 | 1.47% | 7,520 | 7,619,137 |
| 04/01/03 | 04/30/03 | | | | 6,022,971.03 | 30 | 1.47% | 7,277 | 7,626,414 |
| 05/01/03 | 05/31/03 | | | | 6,022,971.03 | 31 | 1.47% | 7,520 | 7,633,933 |
| 06/01/03 | 06/30/03 | | | | 6,022,971.03 | 30 | 1.47% | 7,277 | 7,641,211 |
| 07/01/03 | 07/31/03 | | | | 6,022,971.03 | 31 | 1.47% | 7,520 | 7,648,730 |
| 08/01/03 | 08/30/03 | | | | 6,022,971.03 | 30 | 1.47% | 7,277 | 7,656,007 |
| 08/31/03 | 09/30/03 | 169,720.60 | (22,629.42) | 117,672.94 | 6,022,971.03 | 31 | 1.47% | 7,520 | 7,833,248 |
| 10/01/03 | 10/31/03 | | | | 6,170,237.39 | 31 | 1.27% | 6,655 | 7,839,903 |
| 11/01/03 | 11/30/03 | | | | 6,170,237.39 | 30 | 1.27% | 6,441 | 7,846,344 |
| 12/01/03 | 12/31/03 | | | | 6,170,237.39 | 31 | 1.27% | 6,655 | 7,852,999 |
| 01/01/04 | 01/31/04 | | | | 6,170,237.39 | 31 | 1.27% | 6,655 | 7,859,654 |
| 02/01/04 | 02/29/04 | | | | 6,170,237.39 | 29 | 1.27% | 6,226 | 7,865,880 |
| 03/01/04 | 03/31/04 | | | | 6,170,237.39 | 31 | 1.27% | 6,655 | 7,872,536 |
| 04/01/04 | 04/30/04 | | | | 6,170,237.39 | 30 | 1.27% | 6,441 | 7,878,977 |
| 05/01/04 | 05/31/04 | | | | 6,170,237.39 | 31 | 1.27% | 6,655 | 7,885,632 |
| 06/01/04 | 06/30/04 | | | | 6,170,237.39 | 30 | 1.27% | 6,441 | 7,892,073 |
| 07/01/04 | 07/31/04 | | | | 6,170,237.39 | 31 | 1.27% | 6,655 | 7,898,728 |
| 08/01/04 | 08/30/04 | 80,466.45 | (10,728.86) | 55,790.07 | 6,170,237.39 | 30 | 1.27% | 6,441 | 7,985,635 |
| 08/31/04 | 09/30/04 | | | | 6,226,027.46 | 31 | 1.27% | 6,716 | 7,992,351 |
| 10/01/04 | 10/31/04 | | | | 6,252,279.88 | 31 | 2.21% | 11,735 | 8,004,086 |
| 11/01/04 | 11/30/04 | | | | 6,252,279.88 | 30 | 2.21% | 11,357 | 8,015,443 |
| 12/01/04 | 12/31/04 | | | | 6,252,279.88 | 31 | 2.21% | 11,735 | 8,027,179 |
| 01/01/05 | 01/31/05 | | | | 6,252,279.88 | 31 | 2.21% | 11,735 | 8,038,914 |
| 02/01/05 | 02/28/05 | | | | 6,252,279.88 | 28 | 2.21% | 10,600 | 8,049,514 |
| 03/01/05 | 03/31/05 | | | | 6,252,279.88 | 31 | 2.21% | 11,735 | 8,061,249 |
| 04/01/05 | 04/30/05 | | | | 6,252,279.88 | 30 | 2.21% | 11,357 | 8,072,606 |
| 05/01/05 | 05/31/05 | | | | 6,252,279.88 | 31 | 2.21% | 11,735 | 8,084,342 |
| 06/01/05 | 06/30/05 | | | | 6,252,279.88 | 30 | 2.21% | 11,357 | 8,095,698 |
| 07/01/05 | 07/31/05 | | | | 6,252,279.88 | 31 | 2.21% | 11,735 | 8,107,434 |
| 08/01/05 | 08/31/05 | 33,015.66 | (4,402.10) | 22,890.85 | 6,252,279.88 | 31 | 2.21% | 11,735 | 8,152,185 |
| 09/01/05 | 09/30/05 | | | | 6,275,170.72 | 30 | 2.21% | 11,398 | 8,163,583 |
| 10/01/05 | 10/31/05 | | | | 6,321,396.95 | 31 | 4.11% | 22,066 | 8,185,649 |
| 11/01/05 | 11/30/05 | | | | 6,321,396.95 | 30 | 4.11% | 21,354 | 8,207,004 |
| 12/01/05 | 12/31/05 | | | | 6,321,396.95 | 31 | 4.11% | 22,066 | 8,229,070 |
| 01/01/06 | 01/31/06 | | | | 6,321,396.95 | 31 | 4.11% | 22,066 | 8,251,136 |
| 02/01/06 | 02/28/06 | | | | 6,321,396.95 | 28 | 4.11% | 19,931 | 8,271,066 |
| 03/01/06 | 03/31/06 | | | | 6,321,396.95 | 31 | 4.11% | 22,066 | 8,293,132 |
| 04/01/06 | 04/30/06 | | | | 6,321,396.95 | 30 | 4.11% | 21,354 | 8,314,486 |
| 05/01/06 | 05/31/06 | | | | 6,321,396.95 | 31 | 4.11% | 22,066 | 8,336,552 |
| 06/01/06 | 06/30/06 | | | | 6,321,396.95 | 30 | 4.11% | 21,354 | 8,357,907 |
| 07/01/06 | 07/31/06 | | | | 6,321,396.95 | 31 | 4.11% | 22,066 | 8,379,973 |
| 08/01/06 | 08/31/06 | | | | 6,321,396.95 | 31 | 4.11% | 22,066 | 8,402,039 |
| 09/01/06 | 09/30/06 | | | | 6,321,396.95 | 30 | 4.11% | 21,354 | 8,423,393 |
| 10/01/06 | 10/31/06 | | | | 6,408,237.36 | 31 | 5.02% | 27,322 | 8,450,715 |
| 11/01/06 | 11/30/06 | | | | 6,408,237.36 | 30 | 5.02% | 26,441 | 8,477,155 |
| 12/01/06 | 12/31/06 | | | | 6,408,237.36 | 31 | 5.02% | 27,322 | 8,504,477 |
| 01/01/07 | 01/31/07 | | | | 6,408,237.36 | 31 | 5.02% | 27,322 | 8,531,799 |
| 02/01/07 | 02/28/07 | 10,564.97 | (1,760.82) | 7,043.32 | 6,408,237.36 | 28 | 5.02% | 24,678 | 8,567,042 |
| 03/01/07 | 03/31/07 | | | | 6,415,280.68 | 31 | 5.02% | 27,352 | 8,594,394 |
| 04/01/07 | 04/30/07 | | | | 6,415,280.68 | 30 | 5.02% | 26,470 | 8,620,864 |
| 05/01/07 | 05/31/07 | | | | 6,415,280.68 | 31 | 5.02% | 27,352 | 8,648,216 |
| 06/01/07 | 06/30/07 | | | | 6,415,280.68 | 30 | 5.02% | 26,470 | 8,674,685 |
| 07/01/07 | 07/31/07 | | | | 6,415,280.68 | 31 | 5.02% | 27,352 | 8,702,037 |
| 08/01/07 | 08/31/07 | | | | 6,415,280.68 | 31 | 5.02% | 27,352 | 8,729,389 |
| 09/01/07 | 09/30/07 | | | | 6,415,280.68 | 30 | 5.02% | 26,470 | 8,755,859 |
| 10/01/07 | 10/31/07 | | | | 6,522,923.82 | 31 | 4.34% | 24,044 | 8,779,902 |
| 11/01/07 | 11/30/07 | | | | 6,522,923.82 | 30 | 4.34% | 23,268 | 8,803,170 |
| 12/01/07 | 12/31/07 | | | | 6,522,923.82 | 31 | 4.34% | 24,044 | 8,827,214 |
| 01/01/08 | 01/31/08 | | | | 6,522,923.82 | 31 | 4.34% | 24,044 | 8,851,258 |
| 02/01/08 | 02/29/08 | | | | 6,522,923.82 | 29 | 4.34% | 22,492 | 8,873,750 |
| 03/01/08 | 03/31/08 | | | | 6,522,923.82 | 31 | 4.34% | 24,044 | 8,897,794 |
| 04/01/08 | 04/30/08 | | | | 6,522,923.82 | 30 | 4.34% | 23,268 | 8,921,062 |
| 05/01/08 | 05/31/08 | | | | 6,522,923.82 | 31 | 4.34% | 24,044 | 8,945,106 |
| 06/01/08 | 06/30/08 | | | | 6,522,923.82 | 30 | 4.34% | 23,268 | 8,968,374 |
| 07/01/08 | 07/31/08 | | | | 6,522,923.82 | 31 | 4.34% | 24,044 | 8,992,417 |
| 08/01/08 | 08/22/08 | | | | 6,522,923.82 | 22 | 4.34% | 17,063 | 8,914,857 |
| | | $ 7,811,376 | $ (100,142) | $ 6,168,987 | | | | $ 1,198,105 | $ 9,009,481 |

Note:
(1) Monthly costs do not accumulate interest until the beginning of the next month.
(2) Interest Compounded Annually on 9/30, the end of each fiscal year

Boarhead Farms
Interest Calculation
Costs for EPA Past Costs and OU1 Oversight

| Time Period | | Amount (1) | NRM Worthington Adjustment | 80% of Costs | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|---|---|
| Beginning | End | | | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |

Boarhead Farms
Interest Calculation
Costs for EPA OU2 Oversight

| Time Period | | Amount (1) | NRM Worthington Adjustment | 80% of Costs | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|---|---|
| Beginning | End | | | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |
| 06/18/02 | 06/30/02 | | | $  - | - | 13 | 3.35% | - | - |
| 07/01/02 | 07/31/02 | | | | - | 31 | 3.35% | - | - |
| 08/01/02 | 08/31/02 | | | | - | 31 | 3.35% | - | - |
| 09/01/02 | 09/30/02 | | | | - | 30 | 3.35% | - | - |
| 10/01/02 | 10/31/02 | | | | - | 31 | 1.47% | - | - |
| 11/01/02 | 11/30/02 | | | | - | 30 | 1.47% | - | - |
| 12/01/02 | 12/31/02 | | | | - | 31 | 1.47% | - | - |
| 01/01/03 | 01/31/03 | | | | - | 31 | 1.47% | - | - |
| 02/01/03 | 02/28/03 | | | | - | 28 | 1.47% | - | - |
| 03/01/03 | 03/31/03 | | | | - | 31 | 1.47% | - | - |
| 04/01/03 | 04/30/03 | | | | - | 30 | 1.47% | - | - |
| 05/01/03 | 05/31/03 | | | | - | 31 | 1.47% | - | - |
| 06/01/03 | 06/30/03 | | | | - | 30 | 1.47% | - | - |
| 07/01/03 | 07/31/03 | | | | - | 31 | 1.47% | - | - |
| 08/01/03 | 08/30/03 | | | | - | 30 | 1.47% | - | - |
| 08/31/03 | 09/30/03 | 133,327.41 | - | 106,661.93 | - | 31 | 1.47% | - | 133,327 |
| 10/01/03 | 10/31/03 | | | | 106,661.93 | 31 | 1.27% | 115 | 133,442 |
| 11/01/03 | 11/30/03 | | | | 106,661.93 | 30 | 1.27% | 111 | 133,554 |
| 12/01/03 | 12/31/03 | | | | 106,661.93 | 31 | 1.27% | 115 | 133,669 |
| 01/01/04 | 01/31/04 | | | | 106,661.93 | 31 | 1.27% | 115 | 133,784 |
| 02/01/04 | 02/29/04 | | | | 106,661.93 | 29 | 1.27% | 108 | 133,892 |
| 03/01/04 | 03/31/04 | | | | 106,661.93 | 31 | 1.27% | 115 | 134,007 |
| 04/01/04 | 04/30/04 | | | | 106,661.93 | 30 | 1.27% | 111 | 134,118 |
| 05/01/04 | 05/31/04 | | | | 106,661.93 | 31 | 1.27% | 115 | 134,233 |
| 06/01/04 | 06/30/04 | | | | 106,661.93 | 30 | 1.27% | 111 | 134,344 |
| 07/01/04 | 07/31/04 | | | | 106,661.93 | 31 | 1.27% | 115 | 134,459 |
| 08/01/04 | 08/30/04 | | | | 106,661.93 | 30 | 1.27% | 111 | 134,571 |
| 08/31/04 | 09/30/04 | 120,958.65 | - | 96,766.92 | 106,661.93 | 31 | 1.27% | 115 | 255,644 |
| 10/01/04 | 10/31/04 | | | | 203,881.62 | 31 | 2.21% | 383 | 256,027 |
| 11/01/04 | 11/30/04 | | | | 203,881.62 | 30 | 2.21% | 370 | 256,397 |
| 12/01/04 | 12/31/04 | | | | 203,881.62 | 31 | 2.21% | 383 | 256,780 |
| 01/01/05 | 01/31/05 | | | | 203,881.62 | 31 | 2.21% | 383 | 257,163 |
| 02/01/05 | 02/28/05 | | | | 203,881.62 | 28 | 2.21% | 346 | 257,508 |
| 03/01/05 | 03/31/05 | | | | 203,881.62 | 31 | 2.21% | 383 | 257,891 |
| 04/01/05 | 04/30/05 | | | | 203,881.62 | 30 | 2.21% | 370 | 258,261 |
| 05/01/05 | 05/31/05 | | | | 203,881.62 | 31 | 2.21% | 383 | 258,644 |
| 06/01/05 | 06/30/05 | | | | 203,881.62 | 30 | 2.21% | 370 | 259,014 |
| 07/01/05 | 07/31/05 | | | | 203,881.62 | 31 | 2.21% | 383 | 259,397 |
| 08/01/05 | 08/31/05 | 71,695.27 | - | 57,356.22 | 203,881.62 | 31 | 2.21% | 383 | 331,475 |
| 09/01/05 | 09/30/05 | | | | 261,237.84 | 30 | 2.21% | 475 | 331,950 |
| 10/01/05 | 10/31/05 | | | | 262,848.06 | 31 | 4.11% | 918 | 332,867 |
| 11/01/05 | 11/30/05 | | | | 262,848.06 | 30 | 4.11% | 888 | 333,755 |
| 12/01/05 | 12/31/05 | | | | 262,848.06 | 31 | 4.11% | 918 | 334,673 |
| 01/01/06 | 01/31/06 | | | | 262,848.06 | 31 | 4.11% | 918 | 335,590 |
| 02/01/06 | 02/28/06 | | | | 262,848.06 | 28 | 4.11% | 829 | 336,419 |
| 03/01/06 | 03/31/06 | | | | 262,848.06 | 31 | 4.11% | 918 | 337,336 |
| 04/01/06 | 04/30/06 | | | | 262,848.06 | 30 | 4.11% | 888 | 338,224 |
| 05/01/06 | 05/31/06 | | | | 262,848.06 | 31 | 4.11% | 918 | 339,142 |
| 06/01/06 | 06/30/06 | | | | 262,848.06 | 30 | 4.11% | 888 | 340,030 |
| 07/01/06 | 07/31/06 | | | | 262,848.06 | 31 | 4.11% | 918 | 340,947 |
| 08/01/06 | 08/31/06 | | | | 262,848.06 | 31 | 4.11% | 918 | 341,865 |
| 09/01/06 | 09/30/06 | | | | 262,848.06 | 30 | 4.11% | 888 | 342,753 |
| 10/01/06 | 10/31/06 | | | | 266,458.95 | 31 | 5.02% | 1,136 | 343,889 |
| 11/01/06 | 11/30/06 | | | | 266,458.95 | 30 | 5.02% | 1,099 | 344,988 |
| 12/01/06 | 12/31/06 | | | | 266,458.95 | 31 | 5.02% | 1,136 | 346,124 |
| 01/01/07 | 01/31/07 | | | | 266,458.95 | 31 | 5.02% | 1,136 | 347,260 |
| 02/01/07 | 02/28/07 | | | | 266,458.95 | 28 | 5.02% | 1,026 | 348,286 |
| 03/01/07 | 03/31/07 | | | | 266,458.95 | 31 | 5.02% | 1,136 | 349,422 |
| 04/01/07 | 04/30/07 | | | | 266,458.95 | 30 | 5.02% | 1,099 | 350,522 |
| 05/01/07 | 05/31/07 | | | | 266,458.95 | 31 | 5.02% | 1,136 | 351,658 |
| 06/01/07 | 06/30/07 | | | | 266,458.95 | 30 | 5.02% | 1,099 | 352,757 |
| 07/01/07 | 07/31/07 | | | | 266,458.95 | 31 | 5.02% | 1,136 | 353,893 |
| 08/01/07 | 08/31/07 | | | | 266,458.95 | 31 | 5.02% | 1,136 | 355,029 |
| 09/01/07 | 09/30/07 | | | | 266,458.95 | 30 | 5.02% | 1,099 | 356,129 |
| 10/01/07 | 10/31/07 | | | | 270,929.91 | 31 | 4.34% | 999 | 357,128 |
| 11/01/07 | 11/30/07 | | | | 270,929.91 | 30 | 4.34% | 966 | 358,094 |
| 12/01/07 | 12/31/07 | | | | 270,929.91 | 31 | 4.34% | 999 | 359,093 |
| 01/01/08 | 01/31/08 | | | | 270,929.91 | 31 | 4.34% | 999 | 360,091 |
| 02/01/08 | 02/29/08 | | | | 270,929.91 | 29 | 4.34% | 934 | 361,026 |
| 03/01/08 | 03/31/08 | | | | 270,929.91 | 31 | 4.34% | 999 | 362,024 |
| 04/01/08 | 04/30/08 | | | | 270,929.91 | 30 | 4.34% | 966 | 362,991 |
| 05/01/08 | 05/31/08 | | | | 270,929.91 | 31 | 4.34% | 999 | 363,989 |
| 06/01/08 | 06/30/08 | | | | 270,929.91 | 30 | 4.34% | 966 | 364,956 |
| 07/01/08 | 07/31/08 | | | | 270,929.91 | 31 | 4.34% | 999 | 365,954 |
| 08/01/08 | 08/22/08 | | | | 270,929.91 | 22 | 4.34% | 709 | 362,733 |
| | | $ 325,981 | $ - | $ 260,785 | | | | $ 40,682 | $ 366,663 |

Note:
(1) Monthly costs do not accumulate interest until the beginning of the next month.
(2) Interest Compounded Annually on 9/30, the end of each fiscal year

**Boarhead Farms**
**Interest Calculation**
**Costs for EPA OU2 Oversight**

| Time Period | | Amount (1) | NRM Worthington Adjustment | 80% of Costs | Calculation of Interest | | | | Total Costs With Interest |
|---|---|---|---|---|---|---|---|---|---|
| Beginning | End | | | | Costs to Date (2) | Days Outstanding | Superfund Interest Rate | Calculated Interest | |