IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., ET AL., : | | |
|     Plaintiffs, : | | CIVIL ACTION |
| : | | |
|   v. : | | |
| : | | |
| ADVANCED ENVIRONMENTAL : | | NO. 02-3830 |
| TECHNOLOGY CORPORATION, ET AL., : | | |
|     Defendants. : | | |

## JUDGMENT

And now, this 22nd day of August 2008, it is ORDERED as follows:

1. Judgment is entered in favor or Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC, TI Group Automotive Systems LLC, and Agere Systems, Inc. and against defendant Carpenter on Counts I, II, and V in the amount of $10,942,702.84.[1]

2. Judgment is entered in favor or Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC, TI Group Automotive Systems LLC, and Agere Systems, Inc. and against defendant Carpenter in the amount of $2,064,521 for prejudgment interest on 80% of all costs incurred through January 1, 2008.

3. A declaratory judgment is entered in favor of Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC, TI Group Automotive Systems LLC, and Agere Systems, Inc. and against defendant Carpenter on Count III. Carpenter is liable for 80% of all future costs, as measured from January 1, 2008, for response actions pursuant to the 2000 and 2001 Consent Decrees.

4. Judgment is entered in favor of Carpenter and against Cytec Industries, Inc., Ford Motor Company, SPS Technologies, LLC, TI Group Automotive Systems LLC, and Agere Systems, Inc. on Carpenter's counterclaims for contribution. Plaintiffs are liable for 20% of all past and future response costs.

5. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS
Legrome D. Davis, J.

---

[1] The court notes that the Fifth Amended Complaint omitted Count IV. Count IV is mislabeled as Count V.