IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS INC., et al., | : | |
| Plaintiffs, | : | |
| v. | : | CV – 02-3830 |
| CARPENTER TECHNOLOGY CORPORATION, et al., | : | |
| Defendants. | : | |

**DEFENDANT CARPENTER TECHNOLOGY CORPORATION'S
MOTION TO ALTER OR AMEND THE
COURT'S FINAL JUDGMENT OF AUGUST 22, 2008
<u>OR FOR NEW TRIAL</u>**

Pursuant to Fed. R. Civ. P 59(a), (b) and (e), Defendant Carpenter Technology Corporation ("Carpenter"), by its undersigned counsel, hereby files this Motion to Alter or Amend the Court's Final Judgment of August 22, 2008 (the "Judgment") or for New Trial. For the reasons set forth in the accompanying memorandum of law and affidavit of counsel, Carpenter's motion should be granted, and the Court's Judgment should be altered or amended so that it conforms to the evidence introduced at trial and complies with established case law. Further, Carpenter respectfully requests a new trial to determine the actual damages allegedly suffered by Plaintiffs.

                                                  Respectfully submitted,
                                                  **BOOTH & TUCKER, LLP**

                                        BY:    /s/CRB2896_____
                                                      Christopher R. Booth, Jr.,
                                                      1617 JFK Blvd., Suite 1700
Dated: September 8, 2008                   Philadelphia, PA 19103
                                                      (215) 875-0609