IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS INC., et al., | : |
| Plaintiffs, | : |
| v. | : CV – 02-3830 |
| CARPENTER TECHNOLOGY CORPORATION, et al., | : |
| Defendants. | : |

## AFFIDAVIT OF
## CHRISTOPHER R. BOOTH, JR.

Christopher R. Booth, Jr., Esquire, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am counsel for defendant, Carpenter Technology Corporation ("Carpenter").

2. I was principally responsible for the trial of this case and am fully familiar with the evidence introduced at trial and presented during the discovery phase of this case.

3. Upon information and belief, as counsel to Carpenter, I became aware that plaintiffs settled with nearly all defendants in this matter in the approximate amounts set forth in Exhibit A to this Affidavit.

4. The settlement amounts for each of the parties set forth in Exhibit A, except for defendants AETC, Inc., Ashland and Handy & Harmon, are based upon conversations I have had with other counsel in this case. The settlement

amounts for AETC, Ashland and Handy & Harmon are based upon my estimates and beliefs which I inferred as a result of the volume generated by such parties, as well as the evidence presented at trial.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Christopher R. Booth, Jr.

September 8, 2008

**EXHIBIT A**

**Boarhead Farms Estimated Settlement Amounts**

| Party | Settled Amount |
|---|---|
| Techalloy | $ 3,200,000.00 |
| Plymouth Tube | $ 425,000.00 |
| Knoll | $ 207,500.00 |
| NRM | $ 1,700,000.00 |
| Novartis | $ 162,500.00 |
| US Navy | $ 100,000.00 |
| Bostick | $ 100,000.00 |
| Simon Wrecking | $ 50,000.00 |
| Quikline | $ 50,000.00 |
| T&B | $ 42,500.00 |
| Rohm & Haas | $ 35,000.00 |
| Flexible/Etched | $ 790,000.00 |
| AETC | $ 1,500,000.00 |
| Ashland | $ 1,500,000.00 |
| Handy & Harmon | $ 150,000.00 |
| **Total** | $ 10,012,500.00 |