**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AGERE SYSTEMS INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CV – 02-3830 |
| | : | |
| CARPENTER TECHNOLOGY CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant Carpenter Technology Corporation's Motion to Amend or Alter the Court's Judgment of August 22, 2008 and for New Trial, and any responses thereto, is hereby Ordered that such motion is GRANTED and the Judgment entered on August 22, 2008 shall be set aside.

IT IS FUTHER ORDERED that an evidentiary hearing shall be scheduled to determine the actual damages allegedly suffered by plaintiffs and plaintiffs' contribution rights in this case.

BY THE COURT:

_____
J.