IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS INC., et al., | : |
| Plaintiffs, | : |
| v. | : CV – 02-3830 |
| CARPENTER TECHNOLOGY CORPORATION, et al., | : |
| Defendants. | : |

### DEFENDANT, CARPENTER TECHNOLOGY CORPORATION'S MOTION TO STAY EXECUTION PURSUANT TO FED. R. CIV. P. 62

Pursuant to Fed. R. Civ. P 62(b)(3), Defendant, Carpenter Technology Corporation ("Carpenter") hereby files this Motion to Stay Execution Proceedings pending the Court's disposition of Carpenter's Motion to Alter or Amend the Court's Final Judgment of August 22, 2008 and/or for New Trial, which was filed on this date. Carpenter incorporates by reference such motion and the memorandum of law in support thereof.

Respectfully submitted,

/s/crb2896
Christopher R. Booth, Jr., Esquire
Booth & Tucker, LLP
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19103
(215) 875-0609

Dated: September 8, 2008

## CERTIFICATE OF SERVICE

I, Christopher R. Booth, Jr., Esquire, hereby certify that I am an Attorney admitted to the bar of this court, and on this day a copy of Defendant, Carpenter Technology Corporation's Motion to Stay Execution Pursuant to Fed. R. Civ. P. 62 was sent via electronic filing:

Glenn A. Harris, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ  08043=4636
(856) 761-3440
(856) 761-9001 (Fax)
harrisg@ballardspahr.com

(Counsel for Boarhead Farms Agreement Group)

**BOOTH & TUCKER, LLP**

BY:  /s/CRB2896
Christopher R. Booth, Jr., Esquire
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19103
(215) 875-0609

Dated: September 8, 2008